UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCENT DELIGHT INTERNATIONAL LTD.
and XITRANS FINANCE LTD.,

                       Plaintiffs,

         -against-

SOTHEBY'S and SOTHEBY'S, INC.,

                       Defendants.

Case No. 18 Civ. 9011

**NOTICE OF APPEARANCE**

          **PLEASE TAKE NOTICE** that Douglas E. Lieb of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel on behalf of Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by e-mail at dlieb@ecbalaw.com.

Dated: October 2, 2018
       New York, New York

                                          EMERY CELLI BRINCKERHOFF
                                                                             & ABADY LLP

                                                               By:            /s/
                                                                        Douglas E. Lieb
                                                                        600 Fifth Avenue, 10th Floor
                                                                        New York, New York 10020
                                                                        (212) 763-5000

                                                                      *Attorneys for Plaintiffs*