UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCENT DELIGHT INTERNATIONAL LTD.
and XITRANS FINANCE LTD.,

                      Plaintiffs,

        -against-

SOTHEBY'S and SOTHEBY'S, INC.,

                      Defendants.

Case No. 18 Civ. 9011

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that O. Andrew F. Wilson of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel on behalf of Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by e-mail at awilson@ecbalaw.com.

Dated: October 2, 2018
       New York, New York

                                     EMERY CELLI BRINCKERHOFF
                                       & ABADY LLP

                                     By:         /s/
                                           O. Andrew F. Wilson
                                           600 Fifth Avenue, 10th Floor
                                           New York, New York 10020
                                           (212) 763-5000

                                           *Attorneys for Plaintiffs*