UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCENT DELIGHT INTERNATIONAL LTD.
and XITRANS FINANCE LTD.,

                Plaintiffs,

-against-

SOTHEBY'S and SOTHEBY'S, INC.,

                Defendants.

Case No. 18 Civ. 9011

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Zoe Salzman of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel on behalf of Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon her by e-mail at zsalzman@ecbalaw.com.

Dated: October 2, 2018
       New York, New York

                              EMERY CELLI BRINCKERHOFF
                                & ABADY LLP

                              By:       /s/
                                    Zoe Salzman
                                    600 Fifth Avenue, 10th Floor
                                    New York, New York 10020
                                    (212) 763-5000

                                    *Attorneys for Plaintiffs*