**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

ACCENT DELIGHT INTERNATIONAL LTD. and
XITRANS FINANCE LTD.,

                             Plaintiffs,

       v.

SOTHEBY'S and SOTHEBY'S, INC.,

                           Defendants.

Case No. 1:18-cv-09011

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Marcus A. Asner of ARNOLD & PORTER KAYE

SCHOLER LLP hereby appears as counsel for **DEFENDANTS SOTHEBY'S** and

**SOTHEBY'S, INC.** in the above-entitled action, and requests that all papers filed through the

ECF system be served upon him by his email at marcus.asner@arnoldporter.com.

Dated: October 4, 2018
       New York, New York

                         ARNOLD & PORTER KAYE SCHOLER LLP

                   By:     */s/ Marcus A. Asner*
                         Marcus A. Asner
                         250 West 55th Street
                         New York, NY 10019
                         (212) 836-8000
                         marcus.asner@arnoldporter.com

                         *Attorneys for Defendants Sotheby's and
                         Sotheby's, Inc.*