UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> SOTHEBY'S and SOTHEBY'S, INC., <br><br> Defendants. | Case No. 18-cv-09011 (JMF) |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declarations, and the exhibits attached thereto, Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's"), by and through undersigned counsel, hereby move before the Honorable Jesse M. Furman in the United States District Court for the Southern District of New York for an order, pursuant to the doctrines of *forum non conveniens* and international comity and Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint (ECF No. 29) or, in the alternative, staying the action.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated October 23, 2018, Plaintiffs shall file any response to the motion by February 15, 2019, and Sotheby's shall file any reply in support of its motion by March 1, 2019.

Dated:  New York, New York
January 18, 2019

                                          ARNOLD & PORTER KAYE SCHOLER LLP

                                      By:  */s/ Marcus A. Asner*
                                                  Marcus A. Asner
                                                  Sara L. Shudofsky
                                                  250 W. 55th Street
                                                  New York, NY 10019-9710
                                                  Tel: 212.836.8000
                                                  Fax: 212.836.8689
                                                  marcus.asner@arnoldporter.com
                                                  sara.shudofsky@arnoldporter.com

                                                  *Attorneys for Defendants*
                                                  *Sotheby's and Sotheby's, Inc.*

TO:  Daniel J. Kornstein
       O. Andrew F. Wilson
       Zoe Salzman
       Douglas E. Lieb
       Emery Celli Brinckerhoff & Abady LLP
       600 Fifth Avenue, 10th Floor
       New York, NY 10020
       (212) 763-5000

*Attorneys for Plaintiffs Accent Delight*
*International Ltd. and Xitrans Finance Ltd.*

**AFFIRMATION OF SERVICE**

  I, Marcus A. Asner, the undersigned attorney at law duly admitted to practice in the State of New York, affirm that on the 18th day of January, 2019, I caused a copy of the attached to be electronically filed, and that service was accomplished on all counsel of record by operation of CM/ECF.


                */s/ Marcus A. Asner*
                Marcus A. Asner