# EXHIBIT C



**République et canton de Genève**
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

 

BÄR & KARRER
REÇU le

0 2 MARS 2018

C/27203/2017 15 ROD C

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

**R** 1211 GENEVE 3

98.41.900053.51072789



SOTHEBY'S
c/o Me LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

---

Réf :  **C/27203/2017** 15 ROD C
à rappeler lors de toute communication

---

## CITATION A COMPARAITRE

Dans la cause visée sous référence, le Tribunal vous cite à comparaître à l'audience de conciliation qui se tiendra le :

Date :  **MERCREDI 11 AVRIL 2018 à 15:45 heures**

Lieu :  **Palais de Justice, Bâtiment B, rez, Salle B2**
**1 Place du Bourg-de-Four, Genève**

---

**Parties demanderesses**

Monsieur BOUVIER Yves
comparant par Maître KLEIN Yves et Maître BITTON David

MEI INVEST LIMITED
comparant par Maître KLEIN Yves et Maître BITTON David

ARROW FINE ART LLC
comparant par Maître KLEIN Yves et Maître BITTON David

KINSRIDE FINANCE LTD
comparant par Maître KLEIN Yves et Maître BITTON David

THE EAGLE OVERSEAS CO LTD
comparant par Maître KLEIN Yves et Maître BITTON David

ART FAMILY PTE LTD
comparant par Maître KLEIN Yves et Maître BITTON David

BLANCAFLOR INVESTMENTS LTD
comparant par Maître KLEIN Yves et Maître BITTON David

SOTHEBY'S SA, SUCCURSALE DE GENÈVE
comparant par Maître LEMBO Saverio et Maître

**Parties défenderesses**

Monsieur RYBOLOVLEV Dmitriy
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

Madame RYBOLOVLEVA Elena

Madame RYBOLOVLEVA Ekaterina
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

XITRANS FINANCE LTD
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

BOLTON TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

MERCO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

---

**Pour les dispositions légales, voir au verso**

---

TPI_C_001                    Tribunal de première instance - Tél : +41 22 327 66 50                    FOS
Recommandé C6

CONRAD HARI Aurélie

SOTHEBY'S
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S INC
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

Monsieur VALETTE Samuel
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

**Objet du litige :** Contrat de vente mobilière (art. 184 ss); Divers (37 oeuvres d'art); Action en constatation de droit; Responsabilité contractuelle (art. 97ss)

Une copie de la requête est adressée à la partie défenderesse.

Les parties sont invitées à déposer toutes les pièces nécessaires à l'appréciation du litige, en 2 exemplaires, accompagnées d'un bordereau, sept jours avant la date de l'audience au greffe du Tribunal.

Les parties pourront, sur requête, consulter lesdites pièces au greffe du Tribunal.

Les parties doivent comparaître personnellement, sauf exceptions prévues par la loi (art. 204 CPC).

Le représentant doit justifier de ses pouvoirs par une procuration l'autorisant à transiger.

Stéphanie FOEX
Greffière

République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

C/27203/2017 15 ROD C

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

**Recommandé n°**
**98.41.900053.51072789**

SOTHEBY'S INC
c/o Me LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Réf : **C/27203/2017** 15 ROD C
à rappeler lors de toute communication

## CITATION A COMPARAITRE

Dans la cause visée sous référence, le Tribunal vous cite à comparaître à l'audience de conciliation qui se tiendra le :

Date : **MERCREDI 11 AVRIL 2018 à 15:45 heures**

Lieu : **Palais de Justice, Bâtiment B, rez, Salle B2**
**1 Place du Bourg-de-Four, Genève**

**Parties demanderesses**

Monsieur BOUVIER Yves
comparant par Maître KLEIN Yves et Maître BITTON David

MEI INVEST LIMITED
comparant par Maître KLEIN Yves et Maître BITTON David

ARROW FINE ART LLC
comparant par Maître KLEIN Yves et Maître BITTON David

KINSRIDE FINANCE LTD
comparant par Maître KLEIN Yves et Maître BITTON David

THE EAGLE OVERSEAS CO LTD
comparant par Maître KLEIN Yves et Maître BITTON David

ART FAMILY PTE LTD
comparant par Maître KLEIN Yves et Maître BITTON David

BLANCAFLOR INVESTMENTS LTD
comparant par Maître KLEIN Yves et Maître BITTON David

SOTHEBY'S SA, SUCCURSALE DE GENÈVE
comparant par Maître LEMBO Saverio et Maître

**Parties défenderesses**

Monsieur RYBOLOVLEV Dmitriy
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

Madame RYBOLOVLEVA Elena

Madame RYBOLOVLEVA Ekaterina
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

XITRANS FINANCE LTD
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

BOLTON TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

MERCO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et Maître MACALUSO Alain

**Pour les dispositions légales, voir au verso**

TPI_C_001
Recommandé C6

Tribunal de première instance - Tél : +41 22 327 66 50

FOS

CONRAD HARI Aurélie

SOTHEBY'S
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S INC
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

Monsieur VALETTE Samuel
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

**Objet du litige :**    Contrat de vente mobilière (art. 184 ss); Divers (37 oeuvres d'art); Action en constatation de droit; Responsabilité contractuelle (art. 97ss)

Une copie de la requête est adressée à la partie défenderesse.

Les parties sont invitées à déposer toutes les pièces nécessaires à l'appréciation du litige, en 2 exemplaires, accompagnées d'un bordereau, sept jours avant la date de l'audience au greffe du Tribunal.

Les parties pourront, sur requête, consulter lesdites pièces au greffe du Tribunal.

Les parties doivent comparaître personnellement, sauf exceptions prévues par la loi (art. 204 CPC).

Le représentant doit justifier de ses pouvoirs par une procuration l'autorisant à transiger.

Stéphanie FOEX

Greffière

République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

C/27203/2017 15 ROD C

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

Recommandé n°
**98.41.900053.51072789**

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
c/o Me LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Réf : **C/27203/2017** 15 ROD C
à rappeler lors de toute communication

## CITATION A COMPARAITRE

Dans la cause visée sous référence, le Tribunal vous cite à comparaître à l'audience de conciliation qui se tiendra le :

| | |
|---|---|
| Date : | **MERCREDI 11 AVRIL 2018 à 15:45 heures** |
| Lieu : | **Palais de Justice, Bâtiment B, rez, Salle B2**<br>**1 Place du Bourg-de-Four, Genève** |

**Parties demanderesses**

Monsieur BOUVIER Yves
comparant par Maître KLEIN Yves et Maître
BITTON David

MEI INVEST LIMITED
comparant par Maître KLEIN Yves et Maître
BITTON David

ARROW FINE ART LLC
comparant par Maître KLEIN Yves et Maître
BITTON David

KINSRIDE FINANCE LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

THE EAGLE OVERSEAS CO LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

ART FAMILY PTE LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

BLANCAFLOR INVESTMENTS LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

SOTHEBY'S SA, SUCCURSALE DE GENÈVE

**Parties défenderesses**

Monsieur RYBOLOVLEV Dmitriy
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

Madame RYBOLOVLEVA Elena

Madame RYBOLOVLEVA Ekaterina
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

XITRANS FINANCE LTD
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

BOLTON TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

MERCO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

**Pour les dispositions légales, voir au verso**

comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S INC
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

Monsieur VALETTE Samuel
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

**Objet du litige :**  Contrat de vente mobilière (art. 184 ss); Divers (37 oeuvres d'art); Action en constatation de droit; Responsabilité contractuelle (art. 97ss)

Une copie de la requête est adressée à la partie défenderesse.

Les parties sont invitées à déposer toutes les pièces nécessaires à l'appréciation du litige, en 2 exemplaires, accompagnées d'un bordereau, sept jours avant la date de l'audience au greffe du Tribunal.

Les parties pourront, sur requête, consulter lesdites pièces au greffe du Tribunal.

Les parties doivent comparaître personnellement, sauf exceptions prévues par la loi (art. 204 CPC).

Le représentant doit justifier de ses pouvoirs par une procuration l'autorisant à transiger.

Stéphanie FOEX

Greffière

République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

C/27203/2017 15 ROD C

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

**Recommandé n°**
**98.41.900053.51072789**

SOTHEBY'S SA, SUCCURSALE DE
GENÈVE
c/o Me LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Réf : **C/27203/2017** 15 ROD C
à rappeler lors de toute communication

## CITATION A COMPARAITRE

Dans la cause visée sous référence, le Tribunal vous cite à comparaître à l'audience de conciliation qui se tiendra le :

Date : **MERCREDI 11 AVRIL 2018 à 15:45 heures**

Lieu : **Palais de Justice, Bâtiment B, rez, Salle B2**
**1 Place du Bourg-de-Four, Genève**

**Parties demanderesses**

Monsieur BOUVIER Yves
comparant par Maître KLEIN Yves et Maître
BITTON David

MEI INVEST LIMITED
comparant par Maître KLEIN Yves et Maître
BITTON David

ARROW FINE ART LLC
comparant par Maître KLEIN Yves et Maître
BITTON David

KINSRIDE FINANCE LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

THE EAGLE OVERSEAS CO LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

ART FAMILY PTE LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

BLANCAFLOR INVESTMENTS LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

SOTHEBY'S SA, SUCCURSALE DE GENÈVE

**Parties défenderesses**

Monsieur RYBOLOVLEV Dmitriy
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

Madame RYBOLOVLEVA Elena

Madame RYBOLOVLEVA Ekaterina
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

XITRANS FINANCE LTD
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

BOLTON TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

MERCO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

**Pour les dispositions légales, voir au verso**

TPI_C_001
Recommandé C6

Tribunal de première instance - Tél : +41 22 327 66 50

FOS

comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S INC
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

Monsieur VALETTE Samuel
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

**Objet du litige :**    Contrat de vente mobilière (art. 184 ss); Divers (37 oeuvres d'art); Action en constatation de droit; Responsabilité contractuelle (art. 97ss)

Une copie de la requête est adressée à la partie défenderesse.

Les parties sont invitées à déposer toutes les pièces nécessaires à l'appréciation du litige, en 2 exemplaires, accompagnées d'un bordereau, sept jours avant la date de l'audience au greffe du Tribunal.

Les parties pourront, sur requête, consulter lesdites pièces au greffe du Tribunal.

Les parties doivent comparaître personnellement, sauf exceptions prévues par la loi (art. 204 CPC).

Le représentant doit justifier de ses pouvoirs par une procuration l'autorisant à transiger.

Stéphanie FOEX

Greffière

**République et canton de Genève**
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

C/27203/2017 15 ROD C

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

Recommandé n°
**98.41.900053.51072789**

Monsieur
VALETTE Samuel
c/o Me LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Réf :    **C/27203/2017** 15 ROD C
à rappeler lors de toute communication

## CITATION A COMPARAITRE

Dans la cause visée sous référence, le Tribunal vous cite à comparaître à l'audience de conciliation qui se tiendra le :

Date :    **MERCREDI 11 AVRIL 2018 à 15:45 heures**

Lieu :    **Palais de Justice, Bâtiment B, rez, Salle B2**
**1 Place du Bourg-de-Four, Genève**

**Parties demanderesses**

Monsieur BOUVIER Yves
comparant par Maître KLEIN Yves et Maître
BITTON David

MEI INVEST LIMITED
comparant par Maître KLEIN Yves et Maître
BITTON David

ARROW FINE ART LLC
comparant par Maître KLEIN Yves et Maître
BITTON David

KINSRIDE FINANCE LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

THE EAGLE OVERSEAS CO LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

ART FAMILY PTE LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

BLANCAFLOR INVESTMENTS LTD
comparant par Maître KLEIN Yves et Maître
BITTON David

SOTHEBY'S SA, SUCCURSALE DE GENÈVE

**Parties défenderesses**

Monsieur RYBOLOVLEV Dmitriy
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

Madame RYBOLOVLEVA Elena

Madame RYBOLOVLEVA Ekaterina
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

XITRANS FINANCE LTD
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

BOLTON TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

MERCO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
comparant par Maître LOMBARDINI Carlo et
Maître MACALUSO Alain

**Pour les dispositions légales, voir au verso**

comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S INC
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

Monsieur VALETTE Samuel
comparant par Maître LEMBO Saverio et Maître
CONRAD HARI Aurélie

**Objet du litige :**    Contrat de vente mobilière (art. 184 ss); Divers (37 oeuvres d'art); Action en constatation de droit; Responsabilité contractuelle (art. 97ss)

Une copie de la requête est adressée à la partie défenderesse.

Les parties sont invitées à déposer toutes les pièces nécessaires à l'appréciation du litige, en 2 exemplaires, accompagnées d'un bordereau, sept jours avant la date de l'audience au greffe du Tribunal.

Les parties pourront, sur requête, consulter lesdites pièces au greffe du Tribunal.

Les parties doivent comparaître personnellement, sauf exceptions prévues par la loi (art. 204 CPC).

Le représentant doit justifier de ses pouvoirs par une procuration l'autorisant à transiger.

Stéphanie FOEX

Greffière

# EXHIBIT C

Canton of Geneva  
JUDICIAL POWER  
Civil Court

Geneva, date of the postal stamp

Court of First Instance  
Place du Bourg-de-Four 1  
Case postale 3736  
CH - 1211 GENEVE 3

C/27203/2017 15 ROD C

**Registered Letter n°**  
**98.41.90053.51072789**

SOTHEBY'S  
c/o Mr. LEMBO Saverio  
Bär & Karrer SA  
Quai de la Poste 12  
Case postale 5056  
1211 Genève 11

| Ref: | **C/27203/2017** 15 ROD C |
|---|---|
| | To be used in any communication |

**SUMMONS TO APPEAR**

In the cause referred to under reference, the Court summons you to appear to the conciliation hearing which will be held on:

| | |
|---|---|
| Date: | **WEDNESDAY 11 APRIL 2018 at 15:45** |
| Place: | **Courthouse, Building B, ground floor, Room B2** |
| | **1 Place du Bourg-de-Four, Geneva** |

**Claimants**

Mr. BOUVIER Yves  
represented by Mr. KLEIN Yves and Mr. BITTON David

MEI INVESTED LIMITED  
represented by Mr. KLEIN Yves and Mr. BITTON David

ARROW FINE ART LLC  
represented by Mr. KLEIN Yves and Mr. BITTON David

KINSRIDE FINANCE LTD  
represented by Mr. KLEIN Yves and Mr. BITTON David

**Defendants**

Mr. RYBOLOVLEV Dmitriy  
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

Mrs. RYBOLOVLEVA Elena

Mrs. RYBOLOVLEVA Elena  
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

XITRANS FINANCE LTD  
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD  
represented by Mr. LOMBARDINI Carlo and

THE EAGLE OVERSEAS CO LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

ART FAMILY PTE LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

BLANCAFLOR INVESTMENTS LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

SOTHEBY'S SA, GENEVA BRANCH
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S INC
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

Mr. VALETTE Samuel
represented by Mr. LEMBO Saverio and Mrs..
CONRAD HARI Aurélie

Mr. MACALUSO Alain

BOLTON TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MERCO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

**Object in dispute:**    Sales Contract (Art. 184 et seq.); Miscellaneous (37 Works of Art); Action for a declaratory Judgment; Contractual liability (Art. 97 et seq.)

A copy of the submission is sent to the defendant.

The parties are invited to submit all the documents necessary for the assessment of the dispute, in 2 copies, accompanied by a list of the evidence offered, seven days before the hearing date at the Court clerk's office.

The parties may, on request, consult the said documents at the Court clerk's office.

The parties shall appear in person, unless otherwise provided by law (Art. 204 SCCP).

Counsel must justify their powers by power of attorney authorizing them to transact.

Stéphanie FOEX

Court Clerk

Canton of Geneva
JUDICIAL POWER
Civil Court

Geneva, date of the postal stamp

Court of First Instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

C/27203/2017 15 ROD C

**Registered Letter n°
98.41.90053.51072789**

SOTHEBY'S INC
c/o Mr. LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Ref:  **C/27203/2017** 15 ROD C
To be used in any communication

**SUMMONS TO APPEAR**

In the cause referred to under reference, the Court summons you to appear to the conciliation hearing which will be held on:

| | |
|---|---|
| Date: | **WEDNESDAY 11 APRIL 2018 at 15:45** |
| Place: | **Courthouse, Building B, ground floor, Room B2** <br> **1 Place du Bourg-de-Four, Geneva** |

**Claimants**

Mr. BOUVIER Yves
represented by Mr. KLEIN Yves and Mr. BITTON David

MEI INVESTED LIMITED
represented by Mr. KLEIN Yves and Mr. BITTON David

ARROW FINE ART LLC
represented by Mr. KLEIN Yves and Mr. BITTON David

KINSRIDE FINANCE LTD
represented by Mr. KLEIN Yves and Mr. BITTON David

**Defendants**

Mr. RYBOLOVLEV Dmitriy
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

Mrs. RYBOLOVLEVA Elena

Mrs. RYBOLOVLEVA Elena
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

XITRANS FINANCE LTD
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD
represented by Mr. LOMBARDINI Carlo and

THE EAGLE OVERSEAS CO LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

ART FAMILY PTE LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

BLANCAFLOR INVESTMENTS LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

SOTHEBY'S SA, GENEVA DIVISION
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S INC
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

Mr. VALETTE Samuel
represented by Mr. LEMBO Saverio and Mrs..
CONRAD HARI Aurélie

Mr. MACALUSO Alain

BOLTON TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MERCO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

**Object in dispute:**    Sales Contract (Art. 184 et seq.); Miscellaneous (37 Works of Art); Action for
a declaratory Judgment; Contractual liability (Art. 97 et seq.)

A copy of the submission is sent to the defendant.

The parties are invited to submit all the documents necessary for the assessment of the dispute, in 2
copies, accompanied by a list of the evidence offered, seven days before the hearing date at the Court
clerk's office.

The parties may, on request, consult the said documents at the Court clerk's office.

The parties shall appear in person, unless otherwise provided by law (Art. 204 SCCP).

Counsel must justify their powers by power of attorney authorizing them to transact.

Stéphanie FOEX

Court Clerk

Canton of Geneva
JUDICIAL POWER
Civil Court

Geneva, date of the postal stamp

Court of First Instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

C/27203/2017 15 ROD C

**Registered Letter n°**
**98.41.90053.51072789**

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
c/o Mr. LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Ref:    **C/27203/2017** 15 ROD C
To be used in any communication

**SUMMONS TO APPEAR**

In the cause referred to under reference, the Court summons you to appear to the conciliation hearing which will be held on:

| | |
|---|---|
| Date: | **WEDNESDAY 11 APRIL 2018 at 15:45** |
| Place: | **Courthouse, Building B, ground floor, Room B2** |
| | **1 Place du Bourg-de-Four, Geneva** |

**Claiming Parties**

Mr. BOUVIER Yves
represented by Mr. KLEIN Yves and Mr.
BITTON David

MEI INVESTED LIMITED
represented by Mr. KLEIN Yves and Mr.
BITTON David

ARROW FINE ART LLC
represented by Mr. KLEIN Yves and Mr.
BITTON David

KINSRIDE FINANCE LTD
represented by Mr. KLEIN Yves and Mr.

**Defending Parties**

Mr. RYBOLOVLEV Dmitriy
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

Mrs. RYBOLOVLEVA Elena

Mrs. RYBOLOVLEVA Elena
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

XITRANS FINANCE LTD
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD

BITTON David

THE EAGLE OVERSEAS CO LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

ART FAMILY PTE LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

BLANCAFLOR INVESTMENTS LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

SOTHEBY'S SA, GENEVA DIVISION
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S INC
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

Mr. VALETTE Samuel
represented by Mr. LEMBO Saverio and Mrs..
CONRAD HARI Aurélie

represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

BOLTON TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MERCO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

**Object in dispute:**     Sales Contract (Art. 184 et seq.); Miscellaneous (37 Works of Art); Action for
a declaratory Judgment; Contractual liability (Art. 97 et seq.)

A copy of the submission is sent to the defendant.

The parties are invited to submit all the documents necessary for the assessment of the dispute, in 2 copies, accompanied by a list of the evidence offered, seven days before the hearing date at the Court clerk's office.

The parties may, on request, consult the said documents at the Court clerk's office.

The parties shall appear in person, unless otherwise provided by law (Art. 204 SCCP).

Counsel must justify their powers by power of attorney authorizing them to transact.

Stéphanie FOEX

Court Clerk

Canton of Geneva
JUDICIAL POWER
Civil Court

Geneva, date of the postal stamp

Court of First Instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

C/27203/2017 15 ROD C

**Registered Letter n°**
**98.41.90053.51072789**

SOTHEBY'S SA, GENEVA DIVISION
c/o Mr. LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Ref:    **C/27203/2017** 15 ROD C
To be used in any communication

**SUMMONS TO APPEAR**

In the cause referred to under reference, the Court summons you to appear to the conciliation hearing which will be held on:

| | |
|---|---|
| Date: | **WEDNESDAY 11 APRIL 2018 at 15:45** |
| Place: | **Courthouse, Building B, ground floor, Room B2** |
| | **1 Place du Bourg-de-Four, Geneva** |

**Claiming Parties**

Mr. BOUVIER Yves
represented by Mr. KLEIN Yves and Mr. BITTON David

MEI INVESTED LIMITED
represented by Mr. KLEIN Yves and Mr. BITTON David

ARROW FINE ART LLC
represented by Mr. KLEIN Yves and Mr. BITTON David

KINSRIDE FINANCE LTD
represented by Mr. KLEIN Yves and Mr.

**Defending Parties**

Mr. RYBOLOVLEV Dmitriy
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

Mrs. RYBOLOVLEVA Elena

Mrs. RYBOLOVLEVA Elena
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

XITRANS FINANCE LTD
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD

BITTON David

THE EAGLE OVERSEAS CO LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

ART FAMILY PTE LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

BLANCAFLOR INVESTMENTS LTD
represented by Mr. KLEIN Yves and Mr.
BITTON David

SOTHEBY'S SA, GENEVA DIVISION
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S INC
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN
GESELLSCHAFT MBH
represented by Mr. LEMBO Saverio and Mrs.
CONRAD HARI Aurélie

Mr. VALETTE Samuel
represented by Mr. LEMBO Saverio and Mrs..
CONRAD HARI Aurélie

represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

BOLTON TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MERCO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and
Mr. MACALUSO Alain

**Object in dispute:**    Sales Contract (Art. 184 et seq.); Miscellaneous (37 Works of Art); Action for a declaratory Judgment; Contractual liability (Art. 97 et seq.)

A copy of the submission is sent to the defendant.

The parties are invited to submit all the documents necessary for the assessment of the dispute, in 2 copies, accompanied by a list of the evidence offered, seven days before the hearing date at the Court clerk's office.

The parties may, on request, consult the said documents at the Court clerk's office.

The parties shall appear in person, unless otherwise provided by law (Art. 204 SCCP).

Counsel must justify their powers by power of attorney authorizing them to transact.

Stéphanie FOEX

Court Clerk

Canton of Geneva                                    Geneva, date of the postal stamp
JUDICIAL POWER
Civil Court

Court of First Instance                             C/27203/2017 15 ROD C
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

**Registered Letter n<sup>o</sup>**
**98.41.90053.51072789**

Mr. VALETTE Samuel
c/o Mr. LEMBO Saverio
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Ref:   **C/27203/2017** 15 ROD C
       To be used in any communication

**SUMMONS TO APPEAR**

In the cause referred to under reference, the Court summons you to appear to the conciliation hearing which will be held on:

Date:   **WEDNESDAY 11 APRIL 2018 at 15:45**

Place:  **Courthouse, Building B, ground floor, Room B2**
        **1 Place du Bourg-de-Four, Geneva**

**Claiming Parties**                        **Defending Parties**

Mr. BOUVIER Yves                            Mr. RYBOLOVLEV Dmitriy
represented by Mr. KLEIN Yves and Mr.       represented by Mr. LOMBARDINI Carlo and
BITTON David                                Mr. MACALUSO Alain

MEI INVESTED LIMITED                        Mrs. RYBOLOVLEVA Elena
represented by Mr. KLEIN Yves and Mr.
BITTON David                                Mrs. RYBOLOVLEVA Elena
                                            represented by Mr. LOMBARDINI Carlo and
ARROW FINE ART LLC                          Mr. MACALUSO Alain
represented by Mr. KLEIN Yves and Mr.
BITTON David                                XITRANS FINANCE LTD
                                            represented by Mr. LOMBARDINI Carlo and
KINSRIDE FINANCE LTD

represented by Mr. KLEIN Yves and Mr. BITTON David

THE EAGLE OVERSEAS CO LTD
represented by Mr. KLEIN Yves and Mr. BITTON David

ART FAMILY PTE LTD
represented by Mr. KLEIN Yves and Mr. BITTON David

BLANCAFLOR INVESTMENTS LTD
represented by Mr. KLEIN Yves and Mr. BITTON David

SOTHEBY'S SA, GENEVA DIVISION
represented by Mr. LEMBO Saverio and Mrs. CONRAD HARI Aurélie

SOTHEBY'S
represented by Mr. LEMBO Saverio and Mrs. CONRAD HARI Aurélie

SOTHEBY'S INC
represented by Mr. LEMBO Saverio and Mrs. CONRAD HARI Aurélie

SOTHEBY'S KUNSTAUKTIONEN GESELLSCHAFT MBH
represented by Mr. LEMBO Saverio and Mrs. CONRAD HARI Aurélie

Mr. VALETTE Samuel
represented by Mr. LEMBO Saverio and Mrs.. CONRAD HARI Aurélie

Mr. MACALUSO Alain

ACCENT DELIGHT INTERNATIONAL LTD
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

BOLTON TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

MERCO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

MONTRAGO TRUSTEES LIMITED
represented by Mr. LOMBARDINI Carlo and Mr. MACALUSO Alain

**Object in dispute:** Sales Contract (Art. 184 et seq.); Miscellaneous (37 Works of Art); Action for a declaratory Judgment; Contractual liability (Art. 97 et seq.)

A copy of the submission is sent to the defendant.

The parties are invited to submit all the documents necessary for the assessment of the dispute, in 2 copies, accompanied by a list of the evidence offered, seven days before the hearing date at the Court clerk's office.

The parties may, on request, consult the said documents at the Court clerk's office.

The parties shall appear in person, unless otherwise provided by law (Art. 204 SCCP).

Counsel must justify their powers by power of attorney authorizing them to transact.

Stéphanie FOEX

Court Clerk