# EXHIBIT H

Declaration of Daniel W. Levy in Opposition to
Petitioners' Motion to Amend the Protective
Order to Permit Use of Discovery in the United
Kingdom, dated November 20, 2017

# Exhibit I

# Russian Owner of AS Monaco Charged Over Privacy-Invasion Claim

By **Stephanie Baker** and **Hugo Miller**

October 19, 2017 12:22 PM

→ Monaco authorities probing Dmitry Rybolovlev in art case

→ Rybolovlev charged as accomplice but says he's innocent



Dmitriy Rybolovlev *Photographer: Boris Horvat/AFP via Getty Images*

Monaco authorities have charged Russian billionaire Dmitry Rybolovlev as an accomplice in an invasion-of-privacy case that emerged from his long-running legal dispute with Swiss art dealer Yves Bouvier.

Rybolovlev, owner of the AS Monaco football club, released a statement acknowledging he'd been charged by Monaco judicial authorities. They are investigating a complaint by Tania Rappo, a Bulgarian resident of Monaco involved in the art dispute, that her privacy had been invaded.

Tax Fraud, Feuds Draw Scrutiny to Art World: QuickTake Scorecard



Rappo says that Rybolovlev's lawyer illegally taped conversations with her during the art dispute, using the lawyer's mobile phone. Rybolovlev said he was confident he would be cleared of any wrongdoing.

"I have done nothing illegal," Rybolovlev said in the statement. "All my actions in this matter have had only one purpose -- to uncover a massive fraud in the art market."

Rybolovlev has accused Bouvier of overcharging him by as much as $1 billion for works of art he bought over a decade. Bouvier, who runs tax-free port storage facilities in Geneva, Luxembourg and Singapore, denies he engaged in any wrongdoing.

Bouvier in turn has alleged that Rybolovlev's lawyer, Tetiana Bersheda, bribed 🖰
Monaco officials before Bouvier was arrested in February 2015 when the art dispute first
began. Switzerland and Monaco authorities are investigating Bersheda over that claim.

Last month, Monaco's justice minister, Philippe Narmino, took early retirement after
friendly text messages 🖰 from early 2015 among Bersheda, Narmino and Monaco
officials were found on the Bersheda phone that the Monaco prosecutors had requested.
They've all denied wrongdoing.

"I welcome this charge, which seems to me to be perfectly justified," said Frank Michel,
Bouvier's Monaco lawyer.

Rybolovlev made most of his $10 billion fortune in Russia from the sale of potash
producer Uralkali OJSC. In 2011, he bought Monaco's football club.

Feedback   Like 3.2M

Thursday, Nov 16th 2017   12AM 54°F   3AM 51°F   5-Day Forecast


**Mail** Online

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV

Soccer   Premier League   Champions League   UFC   Boxing   F1   Tennis   Rugby   Golf   Cricket   NBA   More   Fantasy   eSports            Login


PERIGOLD
The highest-quality home furnishings, at your fingertips. Online for the first time.
SHOP



# Monaco owner Dmitry Rybolovlev under investigation over allegations of complicity in invasion of privacy

- **Dmitry Rybolovlev has been put under investigation, but has not been charged**
- **Rybolovlev is being investigated as part of a dispute with art dealer Yves Bouvier**
- **Monaco owner has denied all allegations and will co-operate with authorities**

By REUTERS REPORTER

PUBLISHED: 18:59 EST, 19 October 2017 | UPDATED: 04:24 EST, 20 October 2017

A Monaco judge is investigating Monaco owner Dmitry Rybolovlev over allegations of complicity in invasion of privacy as part of a dispute with an art dealer, a source close to the Russian billionaire said on Thursday.

Being put under investigation in Monaco is not equivalent to being charged. It is the first step in a probe, in which judges inform the person in question of the allegations against them before questioning at a later stage.

Judicial authorities in Monaco declined to comment.


© AFP/Getty Images
**Monaco owner Dmitry Rybolovlev leaves after appearing at Monaco courthouse on Thursday**


PLAY

+ More Videos

Like
Daily Mail Sport

Follow
@MailSport

Follow
Daily Mail

+1
Daily Mail Sport

**Get the Sports News RSS feed**
RSS          My Yahoo!
Feedly        AOL Reader
**More RSS feeds...**



WIN BIG EVERY WEEK WITH MAILONLINE FANTASY FOOTBALL
Mail Online
FANTASY FOOTBALL
PLAY NOW!

In a statement, Rybolovlev said that he had done nothing wrong and would fully co-operate with the judicial authorities.

'I am certain that the Monaco judicial system ... will clarify all this,' he said in the statement, in which he also repeated allegations that he has been a victim of fraud.

The case is linked to an investigation into a dispute between Rybolovlev and Swiss art dealer Yves Bouvier.

**STARS OF SPORT**


▶'Great hanging out with Lukaku': Smalling gets way too big for his boots as he pokes fun at grime king Stormzy at bash
Behind the scenes at United's Unicef gala


▶'Why has he come to France to play against Amiens or Guingamp?' Cantona questions Neymar's decision to swap Barca for PSG
Moved for huge £198m


▶Stick to the day job, Jose! United manager Mourinho sets to work on new Jaguar as he visits Solihull factory
He gave motivational speech to employees too


▶World Cup 2018 guide: A look at the stadiums, travel, security and how welcome hosts Russia will be next summer
All 32 teams have now booked their place


▶Messi the family man! Barcelona star enjoys some down-time as he reads a children's book with his son Thiago
Star returned home early from Argentina duty

**SHARE THIS ARTICLE**

**RELATED ARTICLES**


Paris-Saint Germain forward Kylian Mbappe favoured Barcelona...


Kylian Mbappe becomes highest scoring teenager in

Kylian Mbappe breaks another record as Scottish MP...

Monaco knuckle down ahead of Champions League clash with...

That dispute led to the resignation last month of the head of Monaco's judicial services after Le Monde daily wrote about connections between Rybolovlev and Monegasque justice officials. All those involved have denied wrongdoing.

The matter at stake in Thursday's move is the taping by a lawyer for Rybolovlev of conversations linked to the broader investigation, French media said.

Rybolovlev, who has an estimated fortune of £5.3billion largely from his ownership of potash producer Uralkali, took over AS Monaco in 2011 and lives in the principality.


© REUTERS                                                                    +2

Monaco's Russian president Rybolovlev pictured in the St Louis II stadium stands

**SHARE THIS ARTICLE**

**RELATED ARTICLES**


Paris-Saint Germain forward Kylian Mbappe favoured Barcelona...


Kylian Mbappe becomes highest scoring teenager in

Kylian Mbappe breaks another record as Scottish MP...

Monaco knuckle down ahead of Champions League clash with...

Share or comment on this article

**Season at a glance**

LIVE TABLES    FIXTURES    SCORES

Premier League ▼

| | | |
|---|---|---|
| Saturday 18 November | | |
| Arsenal | 12:30 | Tottenham |
| Bournemouth | 15:00 | Huddersfield |
| Burnley | 15:00 | Swansea |
| Crystal Palace | 15:00 | Everton |
| Leicester | 15:00 | Man City |
| Liverpool | 15:00 | Southampton |
| West Brom | 15:00 | Chelsea |
| Man Utd | 17:30 | Newcastle |
| Sunday 19 November | | |
| Watford | 16:00 | West Ham |

More fixtures

**TOP SPORT STORIES**

▶'I was lying in bed for 12 hours a day, feeling paralysed': United star Ibrahimovic on his injury hell ahead of comeback
Swede is nearing a return to action in the top flight

▶Ronaldo and Ramos' public war of words has led to 'tension' between Real Madrid stars
Los Blancos are at war behind the scenes after the pair's public spat

▶The NICE London derby? Tottenham boss Pochettino calls Wenger 'one of the great managers' ahead of weekend showdown
Likened him to Ferguson

▶Wenger says Cazorla's Achilles tendon injury is the 'worst I have ever known' as Spaniard targets January return

**MOST WATCHED SPORT VIDEOS**

Embed this </>

MENU    THURSDAY NOVEMBER 16 2017


Ready for more? Subscribe for £1 for your first 30 days.

10 Ways t
Retiremer
If you have a $50
best-selling autho
It's called *The De*

Lear

# Minister quits over 'art fraud link' to AS Monaco oligarch Dmitri Rybolovlev

Charles Bremner, Paris

September 15 2017, 12:00am, The Times



Philippe Narmino took early retirement after being exposed in a "vast influence peddling scandal"
ERIC GAILLARD/REUTERS

      

Share

MENU

**THURSDAY NOVEMBER 16 2017**

The justice minister of Monaco resigned yesterday after text messages emerged suggesting complicity with a Russian oligarch who claims to be the victim of a billion-dollar art fraud.

Philippe Narmino said he was taking early retirement hours after Le Monde newspaper exposed what it described as a "a vast influence-peddling scandal at the heart of Monaco institutions".

The affair revolves around Dmitry Rybolovlev, 50, a mining billionaire who is chairman and majority owner of AS Monaco football club. The Russian is alleged to have recruited the principality's justice system in his pursuit of Yves Bouvier, a prominent Swiss art collector and dealer.

Mr Bouvier allegedly sold him 38 masterpieces, including works by Leonardo da Vinci, Picasso, Modigliani and Van Gogh, for $2 billion.

Mr Rybolovlev, estimated in 2014 to be worth $9 billion, lodged a criminal complaint in France, Monaco and Singapore for fraud against Mr Bouvier two years ago. He claimed that Mr Bouvier had misled him, and had skimmed as much as ¤1 billion by quietly buying the paintings, then reselling them to him at inflated prices. Mr Bouvier denies the charges.



Monaco police and prosecutors appear to have helped Mr Rybolovlev pursue Mr Bouvier, according to Le Monde. It published text messages to Mr Narmino and the former police chief Regis Asso from the telephone of Tetiana Bersheda, the Russian's lawyer.

Mr Bouvier was allegedly lured to Monaco early in 2015 with the help of Mr Rybolovlev and was arrested. He was released on bail of €10 million.

Shortly before the arrest, Mr Narmino, the principality's director of judicial services, was flown by helicopter with his wife Christine for a weekend of skiing at Mr Rybolovlev's chalet at Gstaad in Switzerland, said Le Monde. The Russian also sent gifts to justice officials, including Mr Asso, the chief of police, who retired last year, Le Monde said.

Announcing his resignation, Mr Narmino said he was no longer able to carry out his duties because of the "personal allegations against me and the repeated attacks against judicial institutions".

Francis Szpiner, who represents Mr Bouvier, told Le Monde that the text messages proved that "Mr Rybolovlev has privatised the



Monaco justice system for his own profit". Mr Szpiner called on Prince Albert to intervene directly over the scandal. "I really hope that the prince will be able to draw all the appropriate conclusions," he said.

Ready for more? Subscribe for £1 for your first 30 days.

Share                                                      Save

### Insider tips: We asked an interior designer how she'd create the perfect kitchen

SPONSORED

### Ten ways to feel energised on Jersey this autumn

SPONSORED

Comments are subject to our community guidelines, which can be viewed here.

## 0 comments

Newest | Oldest | Most Recommended

*livefyre*

**You are logged in as a registered user**

## Ready for more?

Ready for more? Subscribe for £1 for your first 30 days.

artnet (http://www.artnet.com)                                           中文 (http://artnetnews.cn)

artnet Auctions (https://www.artnet.com/auctions/)



## DAVID HOCKI

### *WORKS ON PAPER, 19*

297 TENTH AVENUE, NEW
NOVEMBER 9, 2017 — JANUARY

PAUL KASMIN GALI

**Art and Law (https://news.artnet.com/art-world/art-law)**

# Monaco's Justice Minister Resigns After Texts Reveal 'Vast Influence Peddling' in Billion-Dollar Art Fraud Case

The French press has dubbed the scandal "Monaco-gate."

**Eileen Kinsella (https://news.artnet.com/about/eileen-kinsella-22)**, September 15, 2017



Philippe Narmino, Minister of Justice of Monaco. Photo by Pascal Le Segretain/Getty Images.

Get hand-picked stories from our editors delivered straight to your inbox every day.

✉ Enter email address                           SIGN UP

In what the French press is calling "Monaco-gate," Philippe Narmino, the minister of justice for Monaco, has resigned after French newspaper *Le Monde* published text messages revealing that he

Narmino, 64, reportedly decided to take "early retirement" just hours after _Le Monde_ posted the texts (https://www.thetimes.co.uk/article/minister-quits-over-art-fraud-link-to-as-monaco-oligarch-dmitri-rybolovlev-w6qms8l3f), which suggest "a vast influence-peddling scandal at the heart of Monaco institutions," according to the newspaper. artnet News reached out to Monaco's Ministry of Justice, which referred us to the Monaco Court of Justice. The court had not responded to request for comment as of publication time.

Rybolovlev, 50, is a mining billionaire and a majority owner of AS Monaco football club. He allegedly recruited Narmino and other officials in the Ministry of Justice to help him pursue Yves Bouvier, a prominent Swiss art collector and dealer who once represented the billionaire. Rybolovlev claimed that Bouvier cheated him out of as much as $1 billion by misrepresenting sale prices on some 38 artworks, including pricey masterpieces by Leonardo da Vinci (http://www.artnet.com/artists/leonardo-da-vinci/), Pablo Picasso (http://www.artnet.com/artists/pablo-picasso/), Amedeo Modigliani (http://www.artnet.com/artists/amedeo-modigliani/), and Van Gogh—which the billionaire bought for a total of $2 billion.

According to reports, hundreds of text messages exchanged between Rybolovlev, his attorney and close associate Tetiana Bersheda, and Narmino included information about an all-expenses-paid ski trip for Narmino and his wife at the billionaire's Swiss chalet in Gstaad, as well as a private helicopter ride and other expensive gifts.

The messages also reportedly suggest Bersheda was in close contact with the Monaco police about a plan to arrest Bouvier after "luring" him to Monaco. The dealer was arrested there in early 2015 following the allegations by Rybolovlev and then released on €10 million bail. Several high-ranking Monaco police officers—including former police chief Regis Asso—are also reportedly involved.

Ron Soffer, an attorney for Bouvier based in France, says the charges against his client are bogus. "Mr. Bouvier strongly believes in his innocence and that he will not be charged with any crime," the lawyer told artnet News. "He continues to have confidence in the impartiality of the Monaco judiciary and the investigating magistrate leading the investigation."

Francis Szpiner, another Paris lawyer working for Bouvier, told _Le Monde_ that he had long suspected that Rybolovlev's connections and influence with local officials played a role in the Bouvier dealings. He claims there is now evidence that the police, the prosecutor's office, and the minister had done everything possible to carry out the scheme. Szpiner said he wanted to call on Prince Albert to investigate these officials.

A spokesman for Rybolovlev had not responded to artnet News' request for comment as of publication time.

_Follow artnet News (https://www.facebook.com/artnet) on Facebook:_

| Like 258K |

_Want to stay ahead of the art world? Subscribe to our newsletter to get the breaking news, eye-opening interviews, and incisive critical takes that drive the conversation forward._
_(http://link.artnet.com/join/522/newscta&hash=8e9534fb495110baf97a368037111816)_

Access the data behind the
headlines with the artnet Price
Database.

**GET STARTED (HTTPS://WWW.ARTNET.COM/PRICE-DATABASE/)**
Get hand-picked stories from our editors delivered straight to your inbox every day.

| ✉ Enter email address | | SIGN UP |

SHARE

**News**Room

9/14/17 Le Monde (French Language) (Pg. Unavail. Online)
2017 WLNR 28432164

Le Monde
Copyright © 2017 LeMonde

September 14, 2017

Le directeur des services judiciaires de Monaco
contraint au départ après l'enquête du « Monde »

« Le Monde » a montré, jeudi, l'existence d'un réseau occulte œuvrant en faveur du milliardaire Dmitri Rybolovlev, patron de l'AS Monaco, et aux prises avec la justice locale.

A la suite des révélations du Monde, jeudi 14 septembre, sur l'existence d'un vaste trafic d'influence au cœur des institutions monégasques , le directeur des services judiciaires de la principauté, l'équivalent du ministre de la justice, Philippe Narmino, a fait valoir ses droits à « une mise en retraite anticipée ». Dans un communiqué publié à la mi-journée, M. Narmino explique ainsi sa décision :

« Les mises en cause personnelles dont je fais l'objet et les attaques répétées subies par l'institution judiciaire ne me permettent plus d'en assurer convenablement la charge. »

Il entend ainsi retrouver sa « liberté de parole », lui qui avait été nommé directement par le prince Albert.

Dans une enquête parue le jour même, Le Monde fait état des informations, extrêmement embarrassantes pour la police et la justice monégasques, contenues dans un DVD-Rom remis à un juge d'instruction de Monaco. En l'espèce, des centaines de SMS démontrant l'existence d'un réseau occulte œuvrant en faveur du milliardaire Dmitri Rybolovlev, patron de l'AS Monaco, et aux prises avec la justice locale. En conflit avec l'homme d'affaires suisse Yves Bouvier, M. Rybolovlev aurait eu recours aux services d'une avocate, M e Tetiana Bersheda, pour influer sur le cours de la justice. De nombreux SMS issus du smartphone de M e Bersheda font notamment état des relations suivies entre le couple Narmino et M. Rybolovlev : week-end tous frais payés dans la résidence suisse de l'oligarque, à Gstaad, envoi

de cadeaux, dîners fins, etc. Plusieurs policiers de haut rang sont également impliqués dans ce vaste scandale aux allures de « Monacogate ».

**---- Index References ----**

Language: FR

Word Count: 290

---

**End of Document**                                    © 2017 Thomson Reuters. No claim to original U.S. Government Works.



# The Russian billionaire Dmitri Rybolovlev at the centre of a "Monacogate".

The owner of the football club AS Monaco may have used his fortune and connections to influence the Monaco police and judiciary as part of a judicial investigation.

LE MONDE | 14.09.2017 at 10h08 | By Gérard Davet *(/journaliste/gerard-davet/)* and Fabrice Lhomme *(/journaliste/fabrice-lhomme/)*



Dmitri Rybolovlev, owner of AS Monaco, at the Louis II stadium, 18 August 2013. REUTERS / © Stringer. / Reuters

A single DVD has been rocking the Principality of Monaco for the last two months. It is at the centre of what looks strongly like a "Monacogate", a scandal with the stench of undue use of influence or indeed corruption involving high level police officers and magistrates. The information on the DVD is rather surprising: hundreds of text messages exchanged between the protagonists in a criminal investigation, messages which reveal, involuntarily, the hidden face of part of the Monaco police and judiciary, ready to do favours for the powerful. One of those protagonists in particular: the Russian billionaire Dmitri Rybolovlev, the influential owner of AS Monaco (ASM), the local football club.

For this middle aged Russian, listed by Forbes as the 190th richest man in the world in 2017, the fateful moment was perhaps on the 12th July. On that day he was interviewed as the civil plaintiff by magistrate Morgan Raymond as part of an ordinary business legal dispute. When the magistrate asked him calmly whether he enjoyed "*privileged connections with certain individuals in the Monaco judiciary*" the oligarch replied curtly "No". That initial lie could be his downfall. Because the famous DVD, which *Le Monde* has knowledge of, contradicts his statements and reveals some strange practices.

To begin with, it was a conflict between the super rich. On one side, Dmitri Rybolovlev, compulsive buyer of Old Masters. On the other, Yves Bouvier, a Swiss businessman deeply involved in the art market with his Swiss associate Tania Rappo. Mr Rybolovlev accused Mr Bouvier and Ms Rappo of having extracted €1 billion in commissions from him by over charging him for Picassos and Modiglianis. The art intermediaries argued that they had acted in good faith.

## The confidences of an art dealer

On the 9th January 20115 the Russian billionaire filed a criminal complaint for fraud.

The judicial machinery went into action. With sometimes some astonishing results. On the 23
February Tania Rappo, invited to dinner by Mr Rybolovlev, let a few confidences slip between the
vodka, fine wine and caviar. Unbeknownst to her, Mr Rybolovlev's lawyer Tetiana Bersheda recorded
her remarks on her smartphone and sent it to the police. Two days later, Yves Bouvier fell into a trap in
Monaco: nine police officers arrested him (/societe/article/2015/03/01/un-marchand-d-art- inculpe-pour-escroquerie-sur-le-president-de-l-
as-monaco_4585342_3224.html) while, at Mr Rybolovlev's invitation, he was on his way to the Russian's
sumptuous apartment (valued at €230 M) at the top of La Belle  Epoque building.

# Rybolovlev's Modiglianis and Picassos



Dmitri Rybolovlev, President of AS Monaco, with his daughter Ekaterina Rybolovleva, at the Parc des Princes in
Paris, 20 March. FRANCK FIFE / AFP

As is the case with Waldemar Kita (/panama-papers/article/2016/04/07/panama-papers-waldemar-kita-proprietaire-du-fc-nantes-
et-d- une-societe-aux-iles-vierges-britanniques_4897577_4890278.html) , several names of French football club owners
appear in the documents of the Panamanian firm Mossack Fonseca, even if their names do not
necessarily appear connected with their football related activities. This includes the Russian
Dmitri Rybolovlev, president and majority shareholder in AS Monaco since December 2011,
who is behind several offshore companies which he learned to juggle with as much skill as his
players do with the ball.

The Russian oligarch's interest in offshore structures is not new. His propensity for hiding his
assets was disclosed in 2008 by his ex-wife Elena Rybolovleva when she decided to divorce
him.

In 2005, Mr Rybolovlev put his assets into trusts in Cyprus, the Vigo Trust and the Aries Trust.
The sale of his shares in the Uralkali potassium company in 2010 – right in the middle of his
divorce – enabled him to grow his fortune considerably to $8.8 billion (€7.7 billion) in 2014
according to Forbes. He transferred part of his wealth to these opaque asset management
entities via several offshore companies. Concerned that her husband was seeking to defraud
her of part of her fortune from the divorce, at the end of 2008 Elena Rybolovleva asked the
Eastern Caribbean Supreme Court to freeze the assets of three offshore companies domiciled
in the British Virgin Islands. The were Xitrans Finance Limited, which had opened among
others an account with Standard Chartered Bank in Jersey; Ringham Investment Finance SA;
and Treehouse Capital Inc. His ex-wife estimated that 720 million Swiss Francs (€660 M) had
been placed with these companies, mainly in the form of works of art including Modiglianis and
Picassos. According to  Elena Rybolovleva, Treehouse Capital Inc. also held the yacht *My
Anna*, valued at $60 M.

behind the interests of commercial secrecy and are covered by business confidentiality and that nobody is required to tell the press about the constitution of his personal fortune", Tetiana Bersheda, Mr Rybolovlev's lawyer, replied "*Ringham has not been in existence since 2010 – it was struck off the commercial register in May 2010 and will be dissolved automatically in May 2017 in accordance with applicable law. Xitrans holds works of art, a fact which is now public knowledge. It is not correct that Treehouse holds the yacht My Anna. Offshore companies are used for wealth planning reasons, particularly inheritance and protection of assets".* In May 2014 the Swiss courts awarded Elena Rybolovleva 4 billion Swiss Francs before reducing it to SF 564 million on appeal. Finally, on the 20 October 2015, the ex-couple announced in a laconic press release that they had come to an agreement, without giving any figures.

> "OFFSHORE COMPANIES ARE USED FOR INHERITANCE PLANNING AND PROTECTION OF ASSETS"

In addition to these three companies in which the judiciary had already taken an interest, the Mossack Fonseca documents revealed the name of another offshore entity which had perhaps escaped the notice of Elena Rybolovleva and her lawyers. Talasea Limited is also domiciled in the British Virgin Islands. It was created in August 2006 with Montrago Trustees Limited as shareholder – a trust manager based in Cyprus. Mr Rybolovlev is a director along with a certain Mikhaïl Sazonov. Mr Sazonov, a financial adviser to Mr Rybolovlev, appears very close to the club AS Monaco. Does Talasea Ltd have a connection to the football activities of the oligarch? *"This company does not do anything and has no assets",* replied Ms Bersheda without giving any further details.

After being held at length for questioning, the Swiss businessman paid bail of €10 M and left the premises of the Judicial Police, despite the representations of the Monaco prosecutor's office. Not surprisingly he did not appreciate the episode. Having dealt with Mr Rybolovlev for a long time, he knew that the oligarch had solid local connections and that perhaps he pulled some strings to get him arrested. But how could he prove it? By using a mistake made by his adversary. That occurred on the 3rd February 2017.

That day Tetiana Bersheda, without overmuch suspicion, handed over her mobile phone to the magistrate Morgan Raymond, who was investigating the criminal complaint filed by Mr Rybolovlev. The magistrate wanted to check the legality of the recording which she had made in the dispute between her client and the Bouvier-Rappo duo. The lawyer saw nothing wrong with this. But Judge Raymond was something of a snoop: he got an expert to check out the entire memory on the smartphone. That was the starting point for "Monacogate".

**Read Also:** **Yves Bouvier, the Swiss businessman who played on all the tables**
(/idees/article/2015/04/11/yves-bouvier-l-homme-d-affaires-suisse-qui-jouait-sur-tous-les-tableaux_4614226_3232.html)

The report from the technical investigation was completed on 7 July 2017. Being careful, Raymond sent it to one of his colleagues, Edouard Levrault, who was investigating another criminal complaint filed by Tania Rappo for infringement of privacy. The DVD containing the contents of the telephone's memory was transcribed and filed as evidence. But on the 4th September the Monaco Chief Prosecutor's Office quickly filed an application to have it destroyed. (The Court of Appeal will hear the application on Thursday 14th September). Is that because too much would be revealed, in this instance a large number of text messages embarrassing to Monaco high society?

In the hot seat in this affair is Tetiana Bersheda, 33 years old, a Swiss-Ukrainian brunette known for her connections. It was she who designed the trap for Yves Bouvier - with the complicity of the Monaco police. Three of them in particular. First of all, Christophe Haget, head of the Judicial Police, still at his position, as is his deputy Frédéric Fusari. Neither of them replied to our requests for comment. *"He'll be coming on the 25th …. stay with Plan A",* the lawyer texted Haget, before Bouvier arrived in Monaco. *"What was plan B then, to kill me?",* asks Mr Bouvier now angrily.

## "Thanks Tetiana".

Since 2014 Régis Asso and Tetiana Bersheda were showered with attentions and free gifts. At the beginning of March 2016 Régis Asso (also approached by Le Monde in vain) received at his private address – *"rather than at the police station"*, said Ms Bersheda by text message – a superb samovar as a gift from Dmitri Rybolovlev. *"Thank you very much for your assistance with the matter of my Swiss friends"* texted the lawyer. On the 16th March a new salvo of congratulations by text message: *"It was only possible because of the effectiveness of your investigations, well done again and thanks to your entire team"*. The police officer was appreciative. *"Thanks for your message Tetiana, it had a big impact on my affection for Russia"*, he replied. *"Could you send my sincere thanks to Dmitri Rybolovlev and I would like to assure you both of my loyalty"*. Régis Asso also dined or lunched with the billionaire. The lawyer was the one who invited him. *"Would you and your deputy be available for lunch at Mr Rybolovlev's place on Friday 10th April at 1 o'clock? Best wishes, Tetiana*". A few weeks earlier she had wished him a *"Happy Birthday"* on behalf of *"Dmitri"* himself.

But the Monaco *Sûreté Publique* – the division Régis Asso heads up – did not directly control the Bouvier case. The cooperation of investigators Haget and Fusari would appear to have been essential. Ms Bersheda got to work. She invited them to AS Monaco football matches, with over-friendly manners affected by text message. They met frequently, called each other constantly, way beyond the limits of a professional lawyer-investigator relationship. It was these two who took on the Bouvier investigation. The ones who set up his arrest and then questioned him. *"We will use the interviews to reinforce Monaco's competence in the case"*, Mr Haget wrote to Ms Bersheda while Mr Bouvier was in custody.
*"We worked on extending his detainment for questioning with the "Juge de la liberté et des détentions" (Detention and releases magistrate)"*. Without forgetting this other edifying message. *"We will be seeing each other around 10 am to discuss all the key points of the case"*. On the 16th March they lunched together. *"Thanks for lunch, till tomorrow then, best wishes"* texted the police office afterwards.

The two investigators had no hesitation in calling on their contacts to put the lawyer in touch with the prestigious *"Brigade de répression du banditisme"* (BRB – Organised Crime Agency) in Paris. *"I've spoken to the BRB in Paris at length, I'll call you"* texted Mr Haget before adding *"The French are already up to speed on the matter"*. From then on a Parisian investigator, Commander Thomas Erhardy, took over the international aspect of the Bouvier case. Contacted by Le Monde he invoked his duty to remain silent. *"You can call him on my behalf"*, Mr Fusari assured her. We are clearly amongst people who trust each other here. *"I spoke to Mr Erhardy, everything's going fine :)"*, enthused the lawyer. To such an extent that on the 6th July 2015 the BRB commander informed her of the actions taken against the Swiss businessman. *"Our Interpol red notice has been sent to Singapore for execution, wait and see"* he declared. He went on. *"I hope to have the arrest warrant* [against Bouvier] *issued by 12 o'clock"*. Frédéric Fusari also chipped in by text message: *"Don't worry, it's also part of my job"*, he told the lawyer between two exchanges about ASM's game.

## "Privatisation" of the Judiciary

Above the police, it still seemed like a good idea to ensure the support of the Monaco judiciary. Her client Dmitri Rybolovlev had a trump card: the Director of Judicial Services Philippe Narmino, in other words the Minister of Justice of the Principality. He and his wife Christine enjoy the warmest possible relations with "Rybo" and his team. One evening in January 2015 they dined together at their house. In February, they sent a box of sweets to their Russian friend.
*"Dear Christine and Philippe, Dmitri would like to thank you both very much for the delicious chocolates"*, his lawyer informed them. It is true that the Narminos had just come back from a dream weekend in Gstaad, staying at Rybolovlev's chalet. They travelled there at his expense by helicopter from the Rock.

*"Please thank Dmitri warmly"* wrote Christine Narmino *"for his constant hospitality and once again we'd like to say what a delightful place he has in Gstaad"*. *"It was a pleasure to spend the weekend with you and go skiing together"* replied Ms Bersheda. *"I won't fail to pass on your message to Dmitri who was delighted to have you stay. Have a great evening, kisses, Tetiana"*.
Shortly after this stay in Gstaad Yves Bouvier was arrested on the orders of the Monaco authorities. That meant some flowers had to be sent to Mrs Narmino. *"Thank you for thinking of me"* she wrote in return. *"The flowers are magnificent and light up my day"*. The Narminos were also invited to the lawyer's 30th birthday party. And one day when she sent him an article unfavourable to the Russian side, the head of the Monaco judiciary, using the familiar "tu" form of address, replied *"A strategy has been organised on the other side"*. Contacted by Le Monde, Mr Narmino did not reply. Mr Rybolovlev's and Ms Bersheda's defence refused to comment and condemned the revelations as a diversionary tactic by the other party.

The Paris lawyer Francis Szpiner, who along with François Baron, represents Mr Bouvier, condemned the practices brought to light. *"I have always said that Mr Rybolovlev had privatised the Monaco judiciary for his own benefit. We now have proof that the police, prosecutor's office and the equivalent of the Ministry of Justice have done everything they can to associate with criminals to pervert the course of justice. I am asking the French Justice Minister to carry out an investigation into the exercise of the profession of magistrate in Monaco and the Minster of the Interior to investigate the French police officers seconded to Monaco".* And the lawyer concludes: *"I strongly hope the Prince will draw all the necessary conclusions".* In fact, Prince Albert - who did not reply to our approaches either – is now in an awkward position. According to Monegasque legislation, *"the director of judicial services ensures that justice is administered correctly and is accountable for this to the Prince alone".*

Le milliardaire russe Dmitri Rybolovlev au centre d'un «..., 2017 WLNR 28295015

**NewsRoom**

9/14/17 Le Monde (French Language) (Pg. Unavail. Online)
2017 WLNR 28295015

Le Monde
Copyright © 2017 LeMonde

September 14, 2017

Le milliardaire russe Dmitri Rybolovlev au centre d'un « Monacogate »

En conflit avec un marchand d'art, le propriétaire du club de football de l'AS Monaco a usé d'influence sur la police et la justice locales, selon des éléments révélés par « Le Monde ».

Depuis deux mois, un simple DVD-Rom fait trembler la principauté de Monaco. Il est au cœur de ce qui ressemble fort à un « Monacogate », un scandale aux relents de trafic d'influence, voire de corruption, impliquant policiers et magistrats de haut rang. Le contenu du DVD a de quoi surprendre : des centaines de SMS échangés entre les protagonistes d'une affaire judiciaire, des messages qui dévoilent, bien involontairement, la face cachée d'une partie de la police et de la justice monégasques, enclines à favoriser les puissants. Enfin, surtout l'un d'entre eux : le milliardaire russe Dmitri Rybolovlev, influent propriétaire de l'AS Monaco (ASM), le club de football local.

Pour ce quinquagénaire, 190 e fortune mondiale selon le classement 2017 du magazine Forbes , tout s'est peut-être joué le 12 juillet dernier. Ce jour-là, il témoigne en tant que partie civile devant le juge Morgan Raymond dans le cadre d'un banal différend commercial. Lorsque le magistrat lui demande benoîtement s'il entretient « avec certaines personnes de l'institution judiciaire monégasque des liens privilégiés », l'oligarque répond sèchement : « Non. » Ce mensonge initial pourrait devenir son boulet. Car le fameux DVD-Rom, dont Le Monde a eu connaissance, contredit ses déclarations et lève le voile sur d'étranges pratiques.

Au départ, donc, un conflit entre super riches. D'un côté, Dmitri Rybolovlev, acheteur compulsif de tableaux de maîtres. De l'autre, Yves Bouvier, un homme d'affaires suisse très introduit sur le marché de l'art et associé à sa compatriote Tania Rappo. Le premier reproche aux seconds de lui avoir soutiré 1 milliard d'euros de commissions, en surfacturant des Picasso et autres Modigliani. Les intermédiaires vendeurs arguent, eux, de leur bonne foi.

Dès le 9 janvier 2015, le milliardaire russe dépose plainte pour « escroquerie ». La machine judiciaire se met en marche. Avec, parfois, des séquences étonnantes. Ainsi, le 23 février suivant, Tania Rappo, invitée à dîner par Rybolovlev, se laisse aller à quelques confidences entre vodka, vins fins et caviar. A son insu, l'avocate du Russe, M e Tetiana Bersheda, enregistre ses propos sur son smartphone et les transmet aux policiers. Deux jours plus tard, Yves Bouvier tombe dans un traquenard à Monaco : neuf policiers monégasques l'interpellent alors qu'il se rend, à la demande de Rybolovlev, dans le somptueux appartement (valeur estimée : 230 millions d'euros) que celui-ci occupe au sommet de l'immeuble La Belle Epoque.

Après une longue garde à vue, l'homme d'affaires suisse verse une caution de dix millions d'euros et sort libre des locaux de la police judiciaire, en dépit des réquisitions du parquet monégasque. Autant dire qu'il vit mal l'épisode. Pour avoir longtemps commercé avec Rybolovlev, il sait que ce dernier dispose de solides relais locaux, et qu'il les a peut-être activés pour le coincer. Mais comment le prouver ? En comptant sur un faux pas de l'adversaire. Celui-ci survient le 3 février 2017.

Ce jour-là, M e Tetiana Bersheda, sans trop se méfier, remet son téléphone au juge Morgan Raymond, chargé d'instruire la plainte du camp Rybolovlev. Le magistrat entend ainsi vérifier la licéité de l'enregistrement qu'elle a fourni dans le conflit opposant son client au duo Bouvier-Rappo. L'avocate n'y voit pas malice. Mais le juge Raymond est du genre fouineur : il veut qu'un expert ausculte l'intégralité de la mémoire du smartphone. Ce sera le point de départ du « Monacogate ».

Le rapport d'expertise est terminé le 7 juillet 2017. Prudent, le juge le transmet à l'un de ses collègues, Edouard Levrault, qui instruit une autre plainte déposée par Tania Rappo, pour atteinte à la vie privée. Le DVD-Rom contenant les éléments du téléphone est alors retranscrit et coté en procédure. Mais le parquet général de Monaco s'empresse, le 4 septembre, de demander sa destruction (La cour d'appel examine cette requête jeudi 14 septembre). Serait-ce parce qu'on y découvre trop de choses, en l'occurrence une multitude de SMS accablants pour la haute société monégasque ?

En vedette de cette affaire, M e Tetiana Bersheda, 33 ans, une brune helvéto-ukrainienne connue pour son entregent. C'est elle qui aurait conçu le piège tendu à Yves Bouvier avec la complicité de… policiers monégasques dont les noms et les « écrits » (SMS) ont été révélés par plusieurs médias, dont Mediapart . Trois d'entre eux en particulier. Christophe Haget, d'abord, le patron de la division de police judiciaire, toujours en poste actuellement, tout comme son adjoint, Frédéric Fusari (ni l'un ni l'autre n'ont répondu à nos sollicitations). « Il viendra le 25 (…) il faudrait rester avec le plan A », écrit l'avocate à Haget, en prévision de l'arrivée de Bouvier à Monaco. « C'était quoi le plan B, m'assassiner ? » , s'indigne aujourd'hui celui-ci.

Autre relation policière de l'avocate : le directeur de la Sûreté publique, Régis Asso, à la retraite depuis 2016. A en croire les textos, il est question, cette fois, de menus services et de cadeaux. Ainsi, début mars 2015, Régis Asso (lui aussi sollicité, en vain) reçoit à son adresse privée – « plutôt que dans les locaux de la police », précise M e Bersheda par SMS – un superbe samovar offert par Dmitri Rybolovlev. « Merci beaucoup pour votre aide dans le dossier de mes amis suisses », indique l'avocate. Le 16 mars, nouvelle salve de félicitations, toujours par texto : « Ce n'était possible que grâce à l'efficacité de vos enquêtes, encore bravo et merci à toute votre équipe. » Le policier apprécie : « Merci Tetiana de votre envoi qui a touché ma sensibilité forte pour la Russie , lui répond-il. Pouvez-vous adresser mes remerciements sincères à Dimitri Rybolovlev, je vous assure à tous deux de ma fidélité. » Il arrive aussi que Régis Asso dîne ou déjeune chez le milliardaire. C'est l'avocate qui se charge de l'inviter : « Est-ce que votre adjoint et vous seriez disponibles pour déjeuner chez M. Rybolovlev le vendredi 10 avril à 13 ? Amitiés, Tetiana. » Quelques semaines plus tôt, elle lui avait souhaité un « joyeux anniversaire » au nom de « Dmitri » et d'elle-même.

Mais la Sûreté publique monégasque – le service de Régis Asso – ne gère pas directement la procédure liée à Bouvier. La coopération des enquêteurs Haget et Fusari paraît - indispensable. M e Bersheda s'y emploie. Elle leur propose des invitations aux matchs de l'ASM, minaude par messagerie interposée… Ils se rencontrent souvent, s'appellent constamment, bien au-delà d'une relation classique avocat-enquêteur. Ce sont eux qui se chargent de l'enquête Bouvier. Eux qui ont mis au point son interpellation et procédé aux interrogatoires. « Nous utiliserons les confrontations pour renforcer la compétence à Monaco », a écrit M. Haget à M e Bersheda pendant la garde à vue. « Nous avons travaillé pour nous assurer de la prolongation des gardes à vue avec le juge de la liberté et des détentions. » Sans oublier cet autre message édifiant : « On se voit vers 10 h pour évoquer tous les points du dossier. ». Le 16 mars, ils déjeunent ensemble. « Merci pour ce moment, à demain, amitiés », écrira ensuite le policier.

Les deux enquêteurs n'hésitent pas non plus à actionner leurs réseaux en mettant l'avocate en contact avec la prestigieuse Brigade de répression du banditisme (BRB), à Paris. « J'ai eu longuement la BRB Paris, je vous appelle », prévient ainsi M. Haget, avant d'ajouter : « Les Français sont déjà sensibilisés sur le sujet. » Dès lors, c'est un enquêteur parisien, le commandant Thomas Erhardy – sollicité par Le Monde , ce dernier a invoqué son devoir de réserve –, qui se charge du dossier Bouvier au niveau international. « Vous pouvez l'appeler de ma part », assure M. Fusari. On est entre gens de confiance. « J'ai parlé à M. Erhardy, tout va bien :) » , se félicite l'avocate. A tel point que, le 6 juillet 2015, le policier de la BRB l'informe de poursuites lancées contre le Suisse :  « Notice rouge Interpol diffusée à Singapour pour exécution, wait and see », annonce-t-il. Il précise : « J'espère avoir la diffusion du mandat d'arrêt [contre Bouvier] avant 12 h. » Frédéric Fusari, quant à lui, baguenaude

par SMS : « Vous rassurer, ça fait aussi partie de mon travail » , dit-il à l'avocate, entre deux considérations sur le jeu de l'ASM.

Au-dessus des policiers, mieux vaut s'assurer de l'appui des magistrats monégasques. Son client, Dmitri Rybolovlev, dispose d'un atout maître : le directeur des services judiciaires, Philippe Narmino, pour ainsi dire le ministre de la justice de la Principauté. Lui et son épouse, Christine, entretiennent les meilleures relations du monde avec « Rybo » et son entourage. Un soir de janvier 2015, ils dînent ensemble à leur domicile. En février, ils envoient une boîte de douceurs à leur ami russe. « Chers Christine et Philippe, Dmitri vous remercie de tout cœur pour les délicieux chocolats », fait savoir l'avocate. Il est vrai que les Narmino reviennent d'un week-end de rêve à Gstaad (Suisse) dans le chalet de Rybolovlev. Ils s'y sont rendus à ses frais, en hélicoptère, depuis le Rocher. « Remercie chaleureusement Dmitri de notre part, écrit Christine Narmino, pour son hospitalité sans faille et renouvelle-lui nos amitiés et nos félicitations pour la beauté de sa résidence gstaadoise. »« C'était un grand plaisir de passer le week-end avec vous et de skier ensemble, répond M e Bersheda. Je ne manquerai pas de transmettre votre message à Dmitri, qui était ravi de vous recevoir chez lui. Bonne soirée, je vous embrasse. Tetiana. »

Peu après ce séjour, Yves Bouvier est interpellé sur ordre de la justice monégasque. Cela vaut bien l'envoi de fleurs à M me Narmino. « Merci pour tes pensées, écrit-elle en retour. Les fleurs sont magnifiques et embaument ma journée. » Les Narmino sont également conviés aux 30 ans de l'avocate. Et le jour où celle-ci lui envoie un article peu favorable au camp russe, le patron des services judiciaires, qui la tutoie, répond : « Une stratégie est organisée de l'autre côté. » Sollicité par Le Monde, M. Narmino n'a pas donné suite. La défense de M. Rybolovlev et de M e Bersheda, de son côté, refuse de commenter ces informations, dénonçant des tentatives de diversion de la part de la partie adverse.

L'avocat parisien Francis Szpiner, conseil, avec François Baroin, de M. Bouvier, s'indigne, quant à lui, des pratiques ainsi mises au jour : « J'ai toujours dit que M. Rybolovlev avait privatisé la justice de Monaco à son profit. On a désormais la preuve que la police, le parquet et l'équivalent du ministre de la justice ont tout fait pour constituer une association de malfaiteurs afin de réaliser une escroquerie au jugement. Je demande à la garde des Sceaux de diligenter une enquête sur l'exercice de la profession de magistrat à Monaco, et au ministre de l'intérieur une enquête sur les policiers français détachés à Monaco ». Et l'avocat de conclure : « J'espère vivement que le prince saura tirer toutes les conclusions qui s'imposent. » De fait, le prince Albert – qui n'a pas donné suite, lui non plus, à nos demandes – est désormais en première ligne. Selon la législation monégasque, « le directeur des services judiciaires veille à la bonne administration de la justice dont il est responsable devant le Prince seul ».

---- **Index References** ----

Language: FR

Word Count: 1830

---

End of Document © 2017 Thomson Reuters. No claim to original U.S. Government Works.



**The Swiss businessman may have fallen into a trap in Monaco**

**By Ian Hamel BACK FROM MONACO. N**ew documents suggest that the Russian Dmitri Rybolovlev may have come to an agreement with the Monegasque police to arrest the main tenant of the Geneva Freeport.

According to the indictment, Yves Bouvier supposedly earned improper margins of nearly a billion euros over a twelve year period.  This version of events is now questioned by new elements.

On February 25, 2015, Yves Bouvier, the world leader in the transportation of art works, had an appointment in Monaco with his main client, Dmitri Rybolovlev. As Mr. Bouvier was entering the residence of the Russian businessman, situated on the seafront, an army of Monegasque policemen surrounded and handcuffed him. The Swiss-Bulgarian socialite, Tania Rappo, who resides in Monaco, also suffered the same fate.  After spending 72 hours in custody, Yves Bouvier is placed under investigation for "fraud" and "complicity in money laundering". Tania Rappo was placed under investigation for "money laundering". The crime of the King of Free Ports? As Bouvier was simply recruited as an intermediary by Rybolovlev to find him Picasso, Modigliani, and Rothko, artworks, he should have been content with a 2% commission on the purchase price of these artworks.

However, according to the indictment, Yves Bouvier supposedly earned during a 12 year period, by going behind the back of the Russian oligarch Dmitri Rybolovlev, improper margins of nearly a billion euros!  Tania Rappo, presented as his accomplice, supposedly pocketed around 100 million. For two years, practically nothing occurred in the Monaco courthouse. The two Swiss citizens, Tania Rappo and Yves Bouvier, were not even questioned by the Monegasque justice. But the case suddenly started to move quickly.

## 2. The lawyer's thousands of text message

On July 12, 2017, investigating magistrate Morgan Raymond asked Dmitri Rybolovlev the following question: "Yves Bouvier was questioned the day after the dinner party on February 25, 2015, while he was going to your home. How did the police know that Yves Bouvier was on Monegasque territory on that date? ". The oligarch's embarrassed reply: "He had to come and meet me. I do not know how the police found out that he was coming." The problem is that the justice system knows the truth. They seized Tetiania Bersheda's mobile phone, Dmitri Rybolovlev's lawyer," and thanks to IT experts, thousands of deleted text messages were recovered.

On February 23, 2015 at 8:59 pm, the lawyer sent the following message to Chief Commissioner Christophe Haget: "Good evening, he will come on the morning of the 25th. It is for sure. It will be necessary to stay with plan A. Please call me back when you can please. Thank-you ! Tetiana". The following day, at 6:37 am, the commissioner in charge of the file involving Yves Bouvier and Tania Rappo answered: "Very well, I will you from the office, cordially".

Tetiana Bersheda also exchanged text messages very frequently with the police commander Frédéric Fusari, Christophe Haget's deputy. On February 24 at 10:08 am, the lawyer informed her that "Bouvier confirmed our meeting tomorrow at 10h. Could you please ring me back? Thanks in advance, cordially, Tetiana." These multiple exchanges give the strange impression that it is the entourage of the Russian oligarch who helped the Monegasque police move forward with the case.. On March 2, 2017 at 8:21 am, Tetiana Bersheda spoke to Christophe Haget: "Will you be at the office today? DR [Dmitri Rybolovlev] would like to

meet you to review and discuss the rest of the proceedings before leaving MC [Monaco] tomorrow for a week. Thank you in advance. Warmly, Tetiana." Moreover, the text messages reveal not only that the lawyer and the police see each other frequently, but that they are also very close.

 "*Dear Tetiana. Thank you for this moment, see you tomorrow. With friendship, Christophe*," the policeman wrote on March 16 at 2:17 pm Tetiana Bersheda responded shortly thereafter at 2:58 pm: "Dear Christophe, thank you for your time and sharing with me your exceptional experiences ( ...) See you tomorrow, with friendship, Tetiana". Apparently, the stadium is an ideal place to reinforce their friendship, especially since Dmitri Rybolovlev presides over the destinies of AS Monaco (the Association Sportive de Monaco Football Club, the Monaco based soccer club).

It is not only this proximity that disturbs the Monegasque magistrates. Judge Morgan Raymond simply wonders why Dmitri Rybolovlev claims to have been wronged in this case by Yves Bouvier since the works of art do not belong to him - as he has never ceased to say - but to the company Accent Delight International, owned by The Domus Trust, a Cyprus based trust. In another set of Minutes of the proceedings, drawn up on January 20, 2016 in Monaco, Dmitri Rybolovlev declares: "I did not purchase the art works that were the subject, and referred to, in the proceedings".  I was therefore not the owner of these works of art.

Another anomaly: Dmitri Rybolovlev asserts that by an "oral agreement", Yves Bouvier, a mere intermediary, was to receive only "2% of the acquisition price of works of art". The investigating judge then asked the question: "So, how do you explain that this agreement with you subsequently linked the company Accent Delight?" The Russian oligarch could not answer. For the record, the Singapore justice, which ruled in favor of Yves Bouvier in the case, recalls that art houses, such as Sotheby's or Christie's "usually charge a buyer's premium exceeding 20% for selling art work at auction."

## 3.  Use of violence, threats or cunning methods

The magistrate then put a contract dated February 11, 2015 under the nose of the Russian billionaire, that was passed with the consultation of another company:  It provides for a remuneration of 2.5% of the value of the transactions, plus a fee of 500 000 dollars and the assumption of all expenses. "How do you explain that the remuneration of this "advisor" is greater than that of Yves Bouvier"? asked the investigating magistrate, Morgan Raymond. Most of the time, Dmitri Rybolovlev prefers to send the ball back to his collaborators or his lawyers. *Bilan* sent questions by email Tuesday morning to Ms. Tetiana Bersheda and to two representatives of Dmitri Rybolovlev, one in Switzerland, the other in France. None returned our call.

If the existence of a trap is proven, it could be expensive for their perpetrators. Article 271 of the Swiss Criminal Code stipulates that "anyone who, by violence, trickery or threat, would have induced a person to travel abroad, in order to deliver the to an authority, party or other organization from abroad or to endanger that person's life or bodily integrity, shall be punished by a custodial sentence of at least one year".

Gérer mon abonnement   Newsletter   Concours

Re

LA RÉFÉRENCE SUISSE DE L'ÉCONOMIE        **EPAPER**

ABONNEZ VOUS
À BILAN

ECONOMIE    FINANCE    ENTREPRISES    TECHNO    LUXE    FEMMES LEADERS    IMMOBILIER    VIN    OPINIONS    **TV BILAN**

SOUS LA LOUPE        BITCOIN | BREXIT | ENERGIE |

JUSTICE   23 Août 2017

# Le Suisse Yves Bouvier serait tombé dans un piège à Monaco

PAR IAN HAMEL (/AUTHOR-IMPORT/IAN-HAMEL) DE RETOUR DE MONACO. (/AUTHOR-IMPORT/DE-RETOUR-DE-MONACO)

De nouveaux documents laissent à penser que le Russe Dmitri Rybolovlev aurait pu s'entendre avec la police monégasque pour faire arrêter le principal locataire des Ports francs de Genève.



(http://www.bilan.ch/sites/default/files/styles/photoswipe/public/story/1061209/screen_shot_2017-08-22_at_18.35.24.png?itok=u578bh4z)

Selon l'acte d'accusation, Yves Bouvier aurait réalisé pendant douze ans des marges indécentes, de près d'un milliard d'euros. Une version maintenant mise en doute par de nouveaux éléments.

Le 25 février 2015, Yves Bouvier, le numéro un mondial du transport d'œuvres d'art, a rendez-vous à Monaco avec son principal client, Dmitri Rybolovlev. Alors qu'il s'apprête à entrer dans la résidence du Russe, sur le front de mer, une armée de policiers monégasques se jette sur lui et le menotte. L'Helvético-bulgare Tania Rappo, qui réside dans la Principauté, subit le même sort. Au terme de 72 heures de garde de vue, Yves Bouvier est inculpé pour « escroquerie » et « complicité de blanchiment ». Tania Rappo pour « blanchiment ». Le crime du roi des Ports francs ? Recruté comme simple intermédiaire

par Rybolovlev pour lui dénicher des Picasso, des Modigliani, des Rothko, Bouvier aurait dû se contenter d'une commission de 2 % sur le prix d'acquisition des œuvres d'art.

Or, selon l'acte d'accusation, il aurait réalisé pendant douze ans, dans le dos de l'oligarque, des marges indécentes, de près d'un milliard d'euros ! Tania Rappo, présenté comme sa complice, aurait empoché autour de 100 millions. Pendant deux ans, il ne va pratiquement rien se passer au palais de justice de la Principauté. Les deux Suisses ne sont même pas interrogés par la justice monégasque. Mais l'affaire vient brutalement de prendre un violent coup d'accélérateur.

### Les milliers de textos de l'avocate

Le 12 juillet 2017, Le juge d'instruction Morgan Raymond pose la question suivante à Dmitri Rybolovlev : « Yves Bouvier était interpelé le lendemain du dîner, le 25 février 2015, alors qu'il se rendait à votre domicile. Comment les services de police ont-ils su qu'Yves Bouvier se trouvait sur le territoire monégasque à cette date ? ». Réponse embarrassée de l'oligarque : « Il devait venir me rencontrer. Je ne sais pas comment la police a été informée de sa venue ». Le problème, c'est que la justice connaît la vérité. Elle a saisi le téléphone portable de Tetiania Bersheda, l'avocate de Dmitri Rybolovlev, et pu récupérer, grâce à un expert, des milliers de textos effacés.

Le 23 février 2015 à 20 h 59, l'avocate adresse le message suivant au commissaire principal Christophe Haget : « Bonsoir, il viendra le 25 au matin. C'est sûr. Il faudrait rester avec le plan A. Rappelez moi quand vous pouvez svp. Merci ! Tetiana ». Le lendemain, à 6 h 37, le commissaire chargé du dossier impliquant Yves Bouvier et Tania Rappo répond : « Très bien, je vous rappelle du service cordialement ».

Lire aussi: **Yves Bouvier pris dans une faillite immobilière** (http://www.bilan.ch/economie-plus-de-redaction/yves-bouvier-pris-une-faillite-immobiliere)

Tetiana Bersheda échange également très fréquemment avec le commandant de police Frédéric Fusari, l'adjoint de Christophe Haget. Le 24 février à 10 h 08, l'avocate a confirmé le que « Bouvier a confirmé le r-v demain à 10 h. Pourriez-vous SVP me rappeler ? Merci d'avance, cordialement, Tetiana ». Ces multiples contacts donnent l'étrange impression que c'est l'entourage de l'oligarque russe qui indique la marche à suivre à la police monégasque. Le 2 mars 2017 à 8 h 21, Tetiania Bersheda s'adresse à Christophe Haget en ces termes : « Serez-vous au bureau aujourd'hui ? DR [Dmitri Rybolovlev]

voudrait passer vous voir pour faire le point et discuter de la suite, avant son départ demain de MC [Monaco] pour une semaine. Merci d'avance. Amitiés, Tetiana ». Par ailleurs, les textos révèlent non seulement que l'avocate et les policiers se voient très fréquemment, mais qu'ils sont très proches.

« Chère Tetiana. Merci pour ce moment, à demain. Amitiés, Christophe », écrit le policier le 16 mars à 14 h 17. Ce à quoi Tetiana Bersheda répond peu après à 14 h 58 : « Cher Christophe, merci à vous pour votre temps et d'avoir partagé avec moi vos expériences exceptionnelles (…) A demain, amitiés, Tetiana ». Apparemment, le stade serait un lieu idéal pour renforcer ces franches amitiés, d'autant que Dmitri Rybolovlev préside aux destinées de l'AS Monaco.

Lire aussi : **Le blanchiment, cette épine qui agace l'art**
(http://www.bilan.ch/economie-plus-de-redaction/blanchiment-cette-epine-agace-lart)

Il n'y a pas que cette proximité qui fasse tiquer les magistrats monégasques. Le juge Morgan Raymond se demande tout simplement pourquoi Dmitri Rybolovlev prétend avoir été lésé dans cette affaire par Yves Bouvier puisque les œuvres d'art ne lui appartiennent pas - comme il n'a jamais cessé de l'affirmer - mais à la société Accent Delight International, propriété de The Domus Trust, trust chypriote. Dans un autre procès verbal, établi le 20 janvier 2016 à Monaco, Dmitri Rybolovlev déclare d'ailleurs : « Je n'étais pas l'acquéreur des tableaux objet de la procédure à laquelle il est fait référence. Je n'étais donc de ce fait, pas le propriétaire de ces œuvres d'art ».

Autre anomalie : Dmitri Rybolovlev assure que par un « accord oral », Yves Bouvier, simple intermédiaire, ne devait percevoir que « 2 % du prix d'acquisition des œuvres d'art ». Le juge d'instruction pose alors la question : « Dès lors, comment expliquer que cet accord pris avec vous a continué par la suite à lier la société Accent Delight ? ». L'oligarque russe ne peut pas répondre. Pour mémoire, la justice de Singapour, qui a donné gain de cause à Yves Bouvier, rappelle que les maisons d'art, tels que Sotheby's ou Christie's « facturent usuellement une prime d'acheteur dépassant 20 % pour les enchères d'art ».

**User de violence, ruse ou menace**
Le magistrat met ensuite sous le nez du milliardaire russe un contrat datant du 11 février 2015 passé avec le consultant d'une autre société : il est prévu une rémunération de 2,5 % de la valeur des transactions réalisées, plus une rémunération de 500 000 dollars et la prise en

11/16/2017

charge de tous les frais. « Comment pouvez-vous expliquer que la rémunération de ce "conseiller" soit plus importante que celle d'Yves Bouvier » ? Interroge le juge d'instruction Morgan Raymond. La plupart du temps, Dmitri Rybolovlev préfère renvoyer la balle sur ses collaborateurs ou ses avocats. *Bilan* a adressé par mail des questions mardi matin à maître Tetiana Bersheda, et à deux communicants de Dmitri Rybolovlev, l'un en Suisse, l'autre en France. Aucun n'a retourné notre appel.

Si l'existence d'un traquenard était avérée, cela pourrait coûter cher à leurs auteurs. L'article 271 du code pénal suisse stipule que « celui qui, en usant de violence, ruse ou menace, aurait entraîné une personne à l'étranger pour la livrer à une autorité, à un parti ou à une autre organisation de l'étranger, ou pour mettre sa vie ou son intégrité corporelle en danger, sera puni d'une peine privative de liberté d'un an au moins ».

## BILAN VOUS RECOMMANDE



**MARCHÉ DE L'ART**
**Art et blanchiment: les signes qui alertent** (/luxe-plus-de-redaction/art-blanchiment-signes-alertent)



**BANQUE**
**Le Qatar réduit sa participation dans Credit Suisse** (/argent-finances/qatar-reduit-participation-credit-suisse)



**VENTE EN LIGNE**
**Enchères inversées: des montres et des Jaguar jusqu'à 40% moins chères** (/entreprises-plus-de-redaction/encheres-inversees-montres-jaguar-jusqua-40-cheres)

## THÈMES

YVES BOUVIER (/TAG/YVES-BOUVIER)

## LES DERNIERS ARTICLES "ÉCONOMIE"



**E-COMMERCE**

**When the Monaco police force lends a hand to the president of AS Monaco**

Dmitry Rybolovlev has powerful friends on the Rock of Monaco (*le Rocher*). Text messages have been exhumed from his attorney's phone showing that in 2015, he supervised the investigation opened in Monaco against his art dealer Yves Bouvier. The Russian billionaire transmitted what he wanted done to the Monaco police.

It was in May 2017: Prince Albert II and the AS Monaco president fell into each other's arms to celebrate winning the French champions league, the first championship in 17 years. One month before, it was the qualifier for the semi-finals. Almost five years after moving to Monaco and having taken over ASM through a Cyprus trust, the Russian billionaire DR has become the Man of Providence. By spending hundreds of millions of euros to attract famous players and getting involved in all types of obscure transactions as we had shown in Football Leaks, he bought Monaco football back to life again. He is celebrated. Everybody wants a piece of him.

But what is less known is how, behind his football successes, he has managed to make Monaco his rear base, with close connections to Monaco establishment and government, even using the police to deal with his personal business and get competitors out of the way. "*Football in Monaco is the key to influence. When Rybolovlev decided to buy AS Monaco, that is what he had in mind. He continues to behave as if he is still in Russia*", claimed a member of his entourage.

As Mediapart has just learned, the Monaco justice department currently holds documents, potentially explosive and embarrassing for the principality which, on July 13, were picked upon by the Greco (European anti-corruption body).

Text messages show how Dmitry Rybolovlev, through his loyal Geneva attorney Tetiana Bersheda, maintained a very warm relationship with the head of the Principality's police – a French police commissioner detached in Monaco since 2007, and his deputy, in the famous "painting case". It is with their assistance that he was able to launch an attack on his art dealer Yves Bouvier and interfere in the investigation.

What is it actually about? To understand, one has to go back to the scandal which shook Monaco and the art industry two years ago. In January 2015, Dmitry Rybolovlev, owner of a huge art collection held by a Cyprus trust, suddenly attacked Yves Bouvier. He accused him of having sold him around 40 high value paintings at exorbitant prices for nearly 2 billion euros. On February 25, 2015, the top dog of the Geneva, Luxembourg and Singapore freeports (these places where the fortuned keep their artwork to avoid paying customs fees) was arrested by 12 police officers in Monaco, and then placed under investigation for fraud and complicity to money laundering. An old confidante of Dmitry Rybolovlev, Tania Rappo was also arrested for having received huge commissions from Yves Bouvier and placed under investigation for money laundering.

They were released from police custody after 96 hours but the investigation, tainted by many irregularities, suddenly became a worldwide case, with civil procedures in Singapore, Hong Kong, an investigation in Paris and a never ending investigation in Monaco. Yves Bouvier always claimed that the price of extremely rare art work depends on the amount the potential buyer is prepared to pay, even though the market is extremely opaque.

1

The case is full of surprises. In 2016, we learned that Tania Rappo, Dmitry Rybolovlev's attorney, who is not scared of anything, recorded Tania Rappo, during a vodka drinking party two days before her arrest.  She was placed under investigation for breach of privacy in February 2016.

It is in these proceedings (complaint for breach of privacy) that the investigating Judge Edouard Levrault appointed an expert to analyse the content of her phone. Nearly 9000 text messages had been deleted and then found, the report was given to the judge last July.

We then found out that from January to September 2015, the Russian's attorney was regularly in contact with Christophe Haget, the commissioner in charge of the judicial Monaco police and his deputy Frédéric Fusari. From the very moment the criminal complaint was filed, these two were in charge of keeping the file active.

After reading the text messages, it seems that Mrs Bersheda orchestrates everything. On February 23, 2015, she warns Mr. Haget and Fusari that the art dealer Yves Bouvier will be arriving in Monaco: "*Good evening, he will come the 25th in the morning.  It is for sure.  It will be necessary to stay with plan A.  Call me back when you can please. Thank-you!  Tetiana*"

What was plan A? which actually means that there was a plan B? A mystery. On February 26, the day after Yves Bouvier and Tania Rappo had been arrested, Commissioner Haget reassures her that he is working in order to have police custody prolonged and even offers to meet "*each other [the next day"] at 10 to discuss the case*", a clear violation of secrecy of the investigation file.

Dmitry Ryvoloblev wants to be kept personally informed. On February 24, 2015, he makes a request to Fusari, "*He wanted to speak with you via conference call if we don't meet tonight. Is that possible? Around 17h15-17h30 for instance*?" "around 17h30" accepts Fusari. On March 2, both police officers are contacted: "*Hello, I hope you had a good weekend. Can you come by the office today? DR would like to speak and discuss what's coming next, before he leaves for Monaco for a week. Thanks, with friendship, Tetiana.* »

**Text messages also sent to the Monaco minister of justice**

At this stage, we don't know if the chief of AS Monaco managed to get to the Monaco police station to "go over the case" but this request raises a lot of questions. At the time, the billionaire, who was in the middle of a divorce and tried to minimize his property was only a "witness" in this case, presenting himself as an "art consultant" for the Cyprus trust which filed the complaint. On February 2, 2015 he was interviewed as a witness by…Fusari.

As one goes through the text messages, the conversation between the attorney and the two police offers becomes more and more cordial. Christophe Haget offers to contact his contacts at Interpol to help out Singapore and Hong Kong. He also sends information to have another investigation against Bouvier opened in Paris. The tone becomes familiar [t*utoiement*]. They seem to trust each other, the conversation moves on to football. On March 19, Fusari gets excited about an upcoming match with AS Monaco, "*The Italians*

2

*are going fight for the tickets!!"* answers Mrs. Bersheda, who also plays a central role in AS Monaco. "I saw that ! It's great :))) Do you want me to get you two tickets?". "*We will see but thank you for offering* » he answers.

Since these intriguing text messages have surfaced, Tania Rappo's attorneys are rejoicing. They will fill a complaint in Monaco against X for "*violation of investigation secrecy, corruption and influence peddling*" in order to obtain proof that DR manipulated the justice system and the Monaco police for his own use and to trap his art dealer who dared to make money at his expense.

What seemed to be a simple argument between two billionaires could suddenly take a huge new dimension.

In Tetiana Bersheda's telephone, it seems that she also sent text messages to Philippe Narmino, Head of the Monaco justice department, Jean Pierre Dreno, the prosecutor at the time, and Gérard Cohen, head of HSBC in Monaco. All three of them are suspected by Yves Bouvier's attorneys to have, in one way of another, helped the Russian billionaire in his legal battle. The content of the conversations has not yet been revealed. The investigating judge has not done anything with them considering that they do not concern his investigation into breach of privacy. The case is not over yet, his colleague Morgan Raymond, in charge of the main investigation against Bouvier and Rappo is interested in it. On July 17, he appointed the same expert to analyze Mrs. Bersheda's telephone.

Philippe Narmino, very influential in Monaco and is also head of the Council of State received the Legion of Honor in August 2016. He congratulates himself for working towards making Monaco a transparent state. In November 2016, he was discreetly interviewed by members of Greco who went to Monaco to discuss judges and prosecutors in Monaco, as revealed by Le Point.

The minister has always refused to acknowledge accusations of corruption in connection with Dmitry Rybolovlev. In *Monaco Matin*, he claimed that he met with the Russian "*6 or 7 times a year*" at official receptions or football matches. Several articles, including those by Mediapart reveal several secret meetings between the Russian billionaire and the number 1 of Monaco justice, whose taste for luxury is well known.

On February 12, 2015, several days before Yves Bouvier was arrested, the minister went to mundane event organized by a Geneva jeweler in Gstaad. Dmitry Rybolovlev was also there. According to several witnesses, that evening they met at the Russian's chalet, at a dinner with around 10 people. They allegedly discussed filing a complaint against Yves Bouvier.

Jean-Pierre Dreno, ex-Monaco prosecutor, had been extremely quick in following up on the complaint filed in January 2015 by the Cyprus trust even though the question of Monaco forum was and still is an issue, as the paintings were sold in Switzerland. Since then, the judge appointed to a court in Aix en Provence has left Monaco, leaving behind him a difficult case mentioned by the Greco report on corruption in Monaco.

The banker Gérard Cohen, with whom Tetiana Bersheda also exchanged text messages, never hid his friendship with Dmitri Rybolovlev who become one of the establishment's

3

biggest clients. At the beginning of the investigation against Bouvier, on February 17, 2015, something strange happened: HSBC Private Bank (Monaco) sent Frédéric Fusari – him again- a letter certifying that Tania Rappo and Yves Bouvier were financial beneficiaries on three bank accounts which had received  commissions paid by the Swiss during the sale of the paintings to Rybolovlev. The bank then confessed to having made a mistake.   Yves Bouvier never had any account with HSBC. Such a mistake enabled Dmitry Rybolovlev to add the "money laundering" charge to "fraud" and to have the investigation opened in Monaco as Mrs. Rappo lives in Monaco. This solution was invented *in extremis* as the name of this 60 year old does not even figure in the complaint. Proceedings are pending for production of forged documents.

The investigating judge Morgan Raymond is reckless. Mediapart learned that he interviewed Dmitry Rybolovlev this summer. During the interviews on June 23 and July 12, 2017, the Russian billionaire, who didn't think that his attorneys' text messages had been discovered, presented his version of the facts.

"*How did the police services know that Yves Bouvier was in Monaco at this date*", "*he was meant to meet me. I don't know how the police knew he was coming*", he replied in complete contradiction with the conversations between his attorney and the two police officers.

As far as Mrs. Bersheda is concerned, she declared in local press that she no had "privileged connection with the representatives of justice." An affirmation clearly queried today.

[…]

We contacted the two police officers from the Monaco police, Christophe Haget & Frédéric Fusari.

The first one said: "*you should contact directly press office of the principality for all press related questions. I also remind you that this investigation is still pending and therefore covered by the secrecy of investigation*."
The second one has still not answered.

We also sent questions to Tetiana Bershead, Dmitry Rybolovlev's attorney. She sent us the following answer:
"*Neither my clients or their attorneys, including myself, will reply to the multiple pointless media and judicial maneuvers aiming to remove the merits of the case from the public eye: an investigation was opened for fraud and money laundering of millions of euros, an investigation for the theft of Pablo Picasso paintings, handling of stolen goods and money laundering. This opaque and misleading system needs to be denounced in order to clean up the art market.*
*Neither pointless attacks, nor misleading accusations against the victims' attorneys in the gigantic fraud, nor timewasting maneuvers can distract the relevant jurisdictions from their examination of the questions raised by my clients. Our confidence in these jurisdictions is complete.*

CORRUPTION - ENQUÊTE

# 1 Quand la police monégasque se met au service du président de l'AS Monaco

21 AOÛT 2017 | PAR AGATHE DUPARC

**Dmitri Rybolovlev a de puissants relais sur le Rocher. Des textos exhumés du téléphone de son avocate montrent qu'en 2015, il a supervisé en coulisses l'enquête ouverte à Monaco contre son ancien marchand d'art Yves Bouvier. Le milliardaire russe transmettait ses desiderata au patron de la police judiciaire.**

C'était en mai 2017 : le prince Albert II et le président de l'AS Monaco tombaient dans les bras l'un de l'autre pour célébrer le titre de champion de France de Ligue 1, le premier depuis 17 ans. Un mois auparavant, c'était une qualification en demi-finale de la Ligue des champions qui avait provoqué des effusions entre les deux hommes. Près de cinq ans après s'être installé sur le Rocher et avoir pris le contrôle de l'ASM par l'intermédiaire d'un trust chypriote, le milliardaire russe Dmitri Rybolovlev s'est imposé comme l'homme providentiel. En dépensant des centaines de millions d'euros pour attirer des joueurs de renom et en se livrant à toutes sortes de transactions obscures, comme nous l'avions révélé dans les Football Leaks, il a redonné vie au football monégasque. On le célèbre. On se l'arrache.

1



Dmitri Rybolovlev, l'homme providentiel du foot monégasque et le prince Albert II © Reuters
Mais ce que l'on sait moins, c'est la manière dont, à côté de ces succès footballistiques, il
s'est appliqué à faire de Monaco sa base arrière, nouant des liens étroits au sein de
l'establishment et du gouvernement monégasques, et obtenant même, à l'occasion, le soutien

de la police pour régler ses affaires personnelles et écarter ses concurrents. *« Le football à Monaco, c'est la clé d'entrée pour s'acheter une influence déterminante. Quand Rybolovlev a jeté son dévolu sur l'AS Monaco, il avait aussi ça en tête. Il continue à agir comme s'il était toujours en Russie »*, assure l'un de ses anciens proches.

Comme l'a appris Mediapart, la justice monégasque a aujourd'hui entre les mains des documents potentiellement explosifs, et plutôt embarrassants pour la réputation de la Principauté qui, le 13 juillet dernier, a été épinglée par le Greco (l'organe anticorruption du Conseil de l'Europe) dans un rapport sur une *« gestion des politiques anticorruption »* encore très lacunaire.

3



4

© DR
Il s'agit de textos montrant comment Dmitri Rybolovlev a, par l'intermédiaire de sa fidèle avocate genevoise Tetiana Bersheda, entretenu des contacts nourris et chaleureux avec le patron de la police judiciaire de la principauté – un commissaire français détaché depuis 2007 – et son adjoint, dans le cadre de la fameuse « affaire des tableaux ». C'est avec l'appui de ces deux commissaires qu'il a pu déclencher son offensive contre son ancien marchand d'art Yves Bouvier et s'immiscer dans la conduite de l'enquête.
De quoi s'agit-il exactement ? Pour comprendre, il faut revenir sur le scandale qui avait secoué il y a deux ans Monaco et les milieux de l'art. En janvier 2015, Dmitri Rybolovlev, propriétaire d'une vaste collection de peintures détenue par un trust chypriote, s'était soudain attaqué au Suisse Yves Bouvier. Il l'accusait de lui avoir vendu une quarantaine de toiles de maîtres à des prix surfacturés et exorbitants, pour près de 2 milliards d'euros. Le 25 février 2015, celui qui est aussi le grand manitou des ports francs « culturels » à Genève, Luxembourg et Singapour (ces lieux où les fortunes du monde entier entreposent leurs œuvres d'art et peuvent les revendre sans s'acquitter de taxes douanières) était interpellé par douze policiers à Monaco, puis inculpé d'escroquerie et de complicité de blanchiment. Une ancienne confidente de Dmitri Rybolovlev, Tania Rappo, était elle aussi arrêtée pour avoir touché de mirobolantes commissions de la main d'Yves Bouvier et inculpée pour blanchiment.

Le duo était finalement relâché au bout de 96 heures, mais le dossier, émaillé de toutes sortes d'irrégularités, devenait planétaire, avec des procédures au civil à Singapour, Hong Kong, une procédure à Paris et une enquête qui s'éternise à Monaco. Yves Bouvier s'est toujours défendu en arguant que les prix des œuvres d'art les plus rares dépendent essentiellement du montant que les acheteurs sont prêts à mettre, alors que ce marché reste très opaque.

Moult rebondissements ont déjà eu lieu. En 2016, on découvrait que Tetiana Bersheda, l'avocate de Dmitri Rybolovlev, qui n'a pas froid aux yeux, avait réalisé avec son téléphone portable un enregistrement illégal de Tania Rappo, lors d'un dîner arrosé à la vodka, deux jours avant son arrestation. Ce qui a valu à la juriste une mise en examen pour violation de la vie privée en février 2016.

C'est dans le cadre de cette procédure annexe qu'un juge d'instruction monégasque, Édouard Levrault, a mandaté un expert pour analyser le contenu de son téléphone. Près de 9 000 textos qui avaient été effacés ont été finalement retrouvés et le rapport a été livré au magistrat en juillet dernier.

5



Christophe Haget, le chef de la division police judiciaire et commissaire principal à Monaco

On découvre que de janvier à septembre 2015, l'avocate du Russe était en contact régulier avec Christophe Haget, le commissaire principal et chef de la division police judiciaire de Monaco, et son adjoint Frédéric Fusari. Dès le dépôt de la plainte contre Yves Bouvier, le 9 janvier 2015, ces deux policiers ont été chargés du retentissant dossier.

À la lecture des textos, il apparaît que Maître Bersheda dirige les opérations. Le 23 février 2015, elle avertit MM. Haget et Fusari de l'arrivée imminente sur le Rocher du marchand d'art Yves Bouvier : *« Bonsoir, il viendra le 25* [février – ndlr] *le matin. C'est sûr. Il faudrait rester avec le plan A. Rappelez-moi quand vous pouvez svp. Merci ! Tetiana »*, écrit-elle. Haget lui répond le lendemain : *« Très bien je vous rappelle du service. Cordialement. »*

Quel était donc ce *« plan A »* qui suppose qu'il existait aussi un plan B ? Mystère. Le 26 février, le lendemain de l'interpellation d'Yves Bouvier et Tania Rappo, le commissaire Haget assure qu'il travaille pour prolonger les gardes à vue et propose de *« se voir* [le lendemain– ndlr] *à vers 10 heures pour évoquer tous les points du dossier »*, en violation manifeste du secret de l'enquête.

Dmitri Rybolovlev exige d'être informé personnellement. Le 24 février 2015, une demande émanant de lui est transmise à Fusari. *« Il voulait aussi vous parler en conf call si on ne se voit pas ce soir... Est-ce possible ? Par exemple vers 17 h 15-17 h 30 ? »* écrit l'avocate. *« Vers 17 h 30 »*, accepte Fusari. Le 2 mars, les deux policiers sont sollicités : *« Bonjour. J'espère que vous avez passé un bon week-end. Serez-vous au bureau aujourd'hui ? DR* [Dmitri Rybolovlev – ndlr] *voudrait passer vous voir pour faire le point et discuter de la suite, avant son départ demain de MC* [Monaco – ndlr] *pour une semaine. Merci d'avance. Amitiés. Tetiana. »*

## 1.1 *Des textos aussi échangés avec le ministre de la justice monégasque*

À ce stade, on ignore si le patron de l'AS Monaco a réussi à s'inviter dans les locaux de la police judiciaire pour *« faire le point »*, mais cette requête interpelle. À l'époque, le milliardaire, qui était en plein divorce et cherchait à minimiser son patrimoine, avait un statut de simple *« témoin »* dans le dossier, se présentant comme *« le consultant en art »* du trust chypriote qui est à l'origine de la plainte contre Bouvier. Le 2 février 2015, il avait été entendu en cette qualité par… le commandant Fusari.

Au fil des SMS, la conversation entre l'avocate et les deux policiers devient de plus en plus cordiale. Christophe Haget propose de mobiliser ses contacts au sein d'Interpol pour donner un coup de main à Singapour et Hong Kong. Il transmet également des renseignements pour aider à l'ouverture d'une autre procédure visant Bouvier à Paris. On passe au tutoiement. La confiance semble totale, au point que la conversation en vient au football. Le 19 mars, le commissaire Fusari s'enthousiasme pour le match à venir de l'AS Monaco contre la Juventus *[cette rencontre a eu lieu le 24 avril 2017 – ndlr]* : *« Les Italiens vont s'arracher les places »*, écrit-il. *« J'ai vu ! C'est génial J))) je vous prends deux invitations ? »* répond Maître Bersheda, qui joue également un rôle central dans les affaires de l'AS Monaco. *« Nous verrons mais c'est gentil d'y penser »*, répond-il.

(voir dans l'onglet prolonger les questions adressées à maître Bersheda et voir sa réponse dans la boîte noire)

Depuis qu'ils sont tombés sur ces échanges pour le moins intrigants, les avocats de Tania Rappo jubilent. Ils déposeront prochainement à Monaco une plainte contre X pour *« violation du secret de l'enquête et de l'instruction, recel de violation du secret de l'enquête et de l'instruction, corruption et trafic d'influence »*, espérant bien obtenir la preuve que Dmitri Rybolovlev a mobilisé la justice et la police monégasques pour régler ses comptes personnels, et attirer ainsi dans un piège son marchand d'art, qui avait eu l'outrecuidance de s'enrichir trop vite à ses dépens.

Ce qui jusqu'ici apparaissait comme une querelle entre un milliardaire et deux millionnaires répudiés pourrait prendre une autre dimension.



Philippe Narmino reçoit la légion d'honneur. Août 2016 © Ambassade de France à Monaco

Car dans le téléphone de Tetiana Bersheda ont aussi été retrouvées les traces de SMS qu'elle a échangés, à la même période, avec Philippe Narmino, le directeur des affaires judiciaires de la Principauté (l'équivalent du ministre de la justice), ainsi qu'avec Jean-Pierre Dreno, le procureur général de l'époque, et Gérard Cohen, administrateur délégué de la filiale de HSBC à Monaco. Tous trois sont soupçonnés par les défenseurs d'Yves Bouvier d'avoir, d'une manière ou d'une autre, prêté main-forte à l'oligarque russe dans sa guerre judiciaire.

Le contenu de ces échanges n'est pas encore connu. Le juge d'instruction Édouard Levrault n'en a rien fait, estimant qu'ils ne concernaient pas son enquête sur la violation de la vie privée. Mais l'affaire n'est pas enterrée car c'est désormais son collègue, Morgan Raymond, qui instruit la procédure principale dirigée contre Bouvier et Rappo qui s'y intéresse. Le 17 juillet, il a désigné le même expert en informatique pour analyser le téléphone de Maître Bersheda.

Très influent sur le Rocher, Philippe Narmino, qui est aussi président du Conseil d'État monégasque, a été fait *chevalier de la Légion d'honneur* en août 2016. Il se félicite régulièrement d'œuvrer pour que la Principauté s'inscrive dans un *« mouvement global de transparence »*. En novembre 2016, il avait été discrètement auditionné par des représentants du Greco venus évoquer le cas particulier des juges et des procureurs en prévision de leur rapport, comme l'a rapporté *Le Point*.

Le ministre a toujours balayé les accusations de collusion avec Dmitri Rybolovlev. Dans *Monaco-Matin*, il avait expliqué qu'il croisait le Russe *« six ou sept fois par an »*, lors

de réceptions officielles ou de matchs de football. Plusieurs articles, dont ceux de Mediapart, se sont fait l'écho de rencontres beaucoup plus secrètes entre l'oligarque russe et le numéro un de la justice monégasque, dont les goûts de luxe sont connus.

Le 12 février 2015, quelques jours avant l'arrestation d'Yves Bouvier, le ministre avait participé à Gstaad, en Suisse, à un événement mondain organisé par un joaillier genevois, où se trouvait également Dmitri Rybolovlev. Selon plusieurs témoins, le soir même, les deux hommes se sont vus dans le chalet du Russe, lors d'un dîner auquel une dizaine de personnes participaient. Il aurait été question de la plainte déposée contre Bouvier.

Jean-Pierre Dreno, l'ancien procureur de Monaco, avait quant à lui fait preuve d'une exceptionnelle célérité pour donner suite à la plainte déposée en janvier 2015 par le trust de Rybolovlev. Et ce alors que la question du for juridique se posait et se pose encore, la vente des tableaux litigieux s'étant déroulée en Suisse. Depuis, le magistrat, nommé à la cour d'appel d'Aix-en-Provence, a quitté Monaco, traînant derrière lui une affaire trouble qui est mentionnée dans le rapport du Greco sur la corruption à Monaco.

Le banquier Gérard Cohen, avec lequel Maître Bersheda a aussi échangé des textos, n'a jamais caché ses liens d'amitié avec Dmitri Rybolovlev qui est l'un des plus gros clients de l'établissement. Au début de l'enquête contre Bouvier, le 17 février 2015, s'était produite une chose étrange : HSBC Private Bank (Monaco) avait transmis au commandant Frédéric Fusari – encore lui ! – une lettre attestant que Tania Rappo était la bénéficiaire économique avec Yves Bouvier de trois comptes alimentés par les commissions versées par le Suisse lors de la vente de tableaux à Rybolovlev. La banque a ensuite admis avoir fait une regrettable erreur, Yves Bouvier n'ayant jamais eu de comptes à la banque HSBC. Mais le cafouillage aurait permis à Dmitri Rybolovlev d'obtenir la qualification de *« blanchiment »* soit rajoutée à celle d'*« escroquerie »*, et que la procédure soit ouverte à Monaco, puisque Mme Rappo est domiciliée sur le Rocher. Cette « solution » aurait été imaginée *in extremis*, le nom de cette sexagénaire qui n'a fait que s'enrichir de manière très classique comme « apporteuse d'affaires » ne figurant même pas dans la plainte initiale déposée. Une procédure est en cours à Monaco pour *« faux et usage de faux »*.

Le juge Morgan Raymond fait preuve d'une certaine témérité. Comme l'a appris Mediapart, il a demandé cet été à entendre Dmitri Rybolovlev. Au cours d'auditions qui se sont tenues le 23 juin et le 12 juillet 2017 derniers, le milliardaire russe, ne se doutant apparemment pas des découvertes faites dans le portable de son avocate, présente sa version des faits.

*« Comment les services de police ont-ils su qu'Yves Bouvier se trouvait sur le territoire monégasque à cette date* [le 25 février, le jour de son interpellation – ndlr] *? »* lui demande le magistrat. *« Il devait venir pour me rencontrer. Je ne sais pas comment la police a été informée de sa venue »*, répond-il, en contradiction totale avec les conversations menées par son avocate avec les deux policiers.

Quant à Maître Bersheda, elle a déclaré dans la presse locale qu'elle n'*« avait aucun lien privilégié avec des représentants de la justice ou de la sûreté publique »*. Une affirmation qui est aujourd'hui mise en doute.

À LIRE AUSSI

- **Guerre à couteaux tirés entre le milliardaire Rybolovlev et son marchand d'art**PAR AGATHE DUPARC
- **Le milliardaire russe Rybolovlev compte de puissants relais monégasques**PAR AGATHE DUPARC
- **Le trouble business du propriétaire de l'AS Monaco avec l'agent Jorge Mendes**PAR MICHEL HENRY, AGATHE DUPARC, MICHAËL HAJDENBERG ET YANN PHILIPPIN

PROLONGER
Les questions adressées à Tetiana Bersheda, l'avocate de Dmitri Rybolovlev, le 20 août 2017 :

 Nous avons appris l'existence d'un rapport d'expertise qui concerne le contenu de votre téléphone portable. Ce rapport a été réalisé dans le cadre de la procédure pour violation de la vie privée dirigée contre vous à Monaco, à la suite des écoutes illégales que vous aviez réalisées lors d'un dîner avec Mme Rappo.

 Des textos qui avaient été effacés de votre appareil ont pu être exhumés.

 Ces SMS montrent que vous avez été en contact régulier avec M. Christophe Haget, le chef de la police judiciaire de Monaco entre février et septembre 2015, et avec Frédéric Fusari, son adjoint, de janvier à avril 2015. Soit avant, pendant et après la garde à vue à Monaco d'Yves Bouvier et de Tania Rappo.

 Est-ce quelque chose de normal ? La partie au dossier n'est-elle pas tenue de rester à l'écart de l'instruction ?

 Un texto indique que vous avez informé les deux commissaires de la date à laquelle M. Bouvier devait venir à Monaco afin qu'il soit procédé à son arrestation. Vous évoquez avec eux la mise en place du "le plan A".

De quoi s'agit-il ? Quel était le plan B ou C ? M. Haget a aussi proposé ses services via Interpol pour se renseigner sur les procédure à Singapour et Hong Kong. Il vous a aussi aidé pour enclencher la procédure à Paris.

 Monsieur Rybolovlev était manifestement au courant de ces échanges. Des SMS, il ressort que, le 24 février, à veille de l'arrestation de M.Bouvier, sur demande de Dmitri Rybolovlev, vous proposez à Frédéric Fusari de participer à "conf call" avec votre client. Ce dernier répond positivement. Rybolovlev a-t-il parlé à M. Fusari ?

 On apprend aussi que le 2 mars 2015, Dmitri Rybolovlev demande par votre intermédiaire à être reçu dans les locaux de la sûreté par Christophe Haget et Frédéric Fusari "pour faire le point et discuter de la suite" de la procédure lancée contre Bouvier.

 Quel était alors son statut ? Pourquoi cet échange n'a-t-il pas été consigné par écrit ?  Ne s'agit-il pas d'une violation du secret de l'instruction ?

10

Durant son audition du 12 juillet dernier, devant le juge Raymond, Dmitri Rybolovlev affirme ne pas savoir comment la police monégasque a été informée de la venue d'Yves Bouvier.

A-t-il menti ?

Avez-vous offert des invitations à M. Fusari pour le match de l'AS Monaco contre la Juventus le 22 avril 2015, comme il ressort d'un échange de textos ?

Voir les 5 commentaires
Nous avons contacté les deux responsables de la police judiciaire monégasque, Christophe Haget et Frédéric Fusari.
Le premier nous a fait parvenir cette réponse : *« Je vous invite à prendre contact avec la Direction de la Communication de la Principauté pour toute question relevant de la presse. Vous rappelant également que ce dossier est toujours en cours et donc couvert par le secret de l'instruction. »*
Le second n'a, à ce jour, pas répondu.

Nous avons envoyé nos questions à Tetiana Bersheda, l'avocate de Dmitri Rybolovlev. Elle nous a fait parvenir cette réponse :
*« Ni mes clients ni leurs avocats, y compris moi-même, ne répondrons aux multiples et vaines manœuvres, médiatiques ou judiciaires, visant à éloigner le public du fond du dossier : une enquête pour escroquerie et blanchiment de plusieurs centaines de millions d'euros, une enquête pour vol d'œuvres du maître Pablo Picasso, recel de ce délit et blanchiment. Ce système opaque et trompeur mérite d'être dénoncé et combattu pour assainir le marché de l'art.*
*Ni les vaines attaques et accusations mensongères contre les avocats des victimes de la gigantesque fraude dénoncée, ni les manœuvres dilatoires, ne détourneront l'attention portée par les juridictions saisies sur les questions de fond que mes clients ont soulevées. Notre confiance dans ces juridictions est totale. »*

Nous nous sommes aussi adressés à Philippe Narmino, le directeur des services judiciaires de la principauté. Sa réponse est arrivée après la publication de l'article:
*« Je constate que vous détenez des éléments tirés d'une procédure pénale en cours protégée par le secret de l'instruction, lequel a manifestement été violé en l'espèce. Il ne m'est donc pas permis de répondre à vos interrogations,d'autant que l'expertise en cause fait actuellement l'objet d'un recours. »*

Enfin Emmanuel Pierrat, avocat de Tetiana Bersheda et de Dmitri Rybolovlev, a fait parvenir, avant publication de cet article, une lettre au directeur de la publication de Mediapart, Edwy Plenel. Dans ce courrier, l'avocat *«met en demeure»* Mediapart de ne pas *«procéder à la publication des extraits précités. Une telle publication justifierait une réaction judiciaire à votre encontre»*. Nous ne pouvons que rappeler à Me Pierrat que les journalistes ne sont pas soumis au secret de l'instruction et que les informations que nous révélons sont d'un évident intérêt public.