# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ccbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

June 27, 2019

*VIA ECF*

Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: *Accent Delight Int'l Ltd. et al. v. Sotheby's et al.*, No. 18 Civ. 9011

Dear Judge Furman:

  We oppose Defendants' June 27 letter-motion for a 45-day extension of time to answer the Complaint, as well as a postponement of the initial pretrial conference set by the Court for July 24.

  We oppose these requested extensions because:

  1. The requests are unreasonable. Defendants have had the Amended Complaint for well over half a year, and could have drafted an Answer already in the event their motion to dismiss was denied. Fed. Civ. P. 12(a)(4)(A) warned Defendants that they would have 14 days to serve their Answer if the Court denied their motion. No reason exists for any extension, much less one of 45 days.

  2. While we believe in professional courtesy and civility, Defendants have abused those values in the past. The Court knows how we in good faith consented to an extension requested by Sotheby's in October 2017 only for Sotheby's to use that extension to file a proceeding in Switzerland designed to deprive to preclude our clients from suing in England.

EMERY CELLI BRINCKERHOFF & ABADY LLP

Hon. Jesse M. Furman
June 27, 2019
Page 2

    The extension should be denied.

                                                       Respectfully,

                                                      Daniel J. Kornstein

DJK:cr

cc:  All counsel of record (via ECF)