# EXHIBIT A

| | |
|---|---|
| **De:** | Simona Fedele |
| **Envoyé:** | vendredi 21 octobre 2016 11:16 |
| **À:** | 'bcattell@harmonyconsult.com' |
| **Cc:** | Tetiana TB. Bersheda; Sergey Chernitsyn |
| **Objet:** | 1782 application - documents |
| **Pièces jointes:** | doc 1.pdf; doc 2.pdf; FW: Da Vinci |

Dear Brian,

Please find below a link for you to download the rest of the publicly available documents filed in the 1782 proceedings:

Link: http://gofile.me/2aHiJ/KlWVwqUhb
Password: T6bF3dLkwP2
Valid until: 28 October 2016

I attach here the documents you discussed yesterday with Tetiana.

Kind regards,

Simona Fedele

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016

**Sotheby's - Sam Valette Interview Outline**
**April 6, 2016**



1

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



**474**

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
4/6/2016



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT / DRAFT

### Grand Jury Subpoena - Blancaflor Sales & Resales Data



72715997v3

478

PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT / DRAFT



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT / DRAFT

