UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> SOTHEBY'S and SOTHEBY'S, INC., <br><br> Defendants. | 18 Civ. 9011 (JMF) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, on the accompanying Declaration of Daniel J. Kornstein dated September 20, 2019, the exhibits annexed thereto, the Rule 56.1 Statement of Undisputed Facts, and the accompanying memorandum of law, Plaintiffs will move before Hon. JESSE M. FURMAN in this Court at 500 Pearl Street, New York, NY, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting to Plaintiffs partial summary judgment on the issue of liability on Plaintiffs' third and fourth claims for breach of contract, and for such other and further relief as the Court may deem proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers are due fourteen (14) days from the date this motion is filed.

Dated: New York, New York
September 20, 2019

00391748

EMERY CELLI BRINCKERHOFF
  & ABADY LLP

By: _____
  Daniel J. Kornstein
  O. Andrew F. Wilson
  Zoe Salzman
  Douglas E. Lieb
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Plaintiffs*