UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD., et al., :
:
Plaintiffs, :
: 18-CV-9011 (JMF)
-v- :
: ORDER
SOTHEBY'S, et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On November 14, 2019, Sotheby's requested that the Court issue Letters of Request seeking the assistance of judicial authorities in England, Singapore, and Switzerland in obtaining discovery, pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 28 U.S.C. § 1781. ECF No. 104. On November 15, 2019, Yves Bouvier requested that he be allowed until December 16, 2019, to oppose the application insofar as it proposes to seek discovery as from him. ECF No. 106. On November 18, 2019, Plaintiffs requested the same extension as to the application writ large. ECF No. 107. Sotheby's opposed Plaintiffs' request. ECF No. 109.

     The Court agrees with Sotheby's that Plaintiffs do not need until December 16, 2019, to respond to the application submitted by Sotheby's. Plaintiffs shall file any response to the application no later than **November 26, 2019**. Bouvier's request is granted as unopposed. Plaintiffs' request for an order mandating that they be included in any meet and confer between Sotheby's and Bouvier is denied.

     The Clerk of Court is directed to terminate ECF Nos. 106 and 107.

     SO ORDERED.

Dated: November 20, 2019  
       New York, New York  
                                                           JESSE M. FURMAN  
                                                         United States District Judge