# Arnold & Porter

Sara L. Shudofsky
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

December 11, 2019

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    Re:    *Accent Delight International Ltd. v. Sotheby's*, 18 Civ. 9011

Dear Judge Furman:

    Plaintiffs Accent Delight International Ltd. and Xitrans Finance Ltd. (collectively, "Plaintiffs") and Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") write respectfully to request an extension of time to submit their joint letter to the Court regarding Sotheby's motion for discovery from Jean-Marc Peretti pursuant to the Hague Convention. ECF No. 104. The parties' joint letter is currently due on December 12, 2019. ECF No. 117.

    Plaintiffs and Sotheby's are conferring in an effort to address their disagreements, but need additional time to complete those efforts. The parties respectfully request that they be allowed until December 17, 2019 to submit their joint letter to the Court.

    We thank the Court for its consideration of this request.

    Respectfully,

    /s/ *Sara L. Shudofsky*
    Sara L. Shudofsky

cc:    All counsel of record (via ECF)

> Request GRANTED. The parties are reminded, however, that requests for extensions must generally be made at least 48 hours prior to the deadline. The Clerk of Court is directed to terminate ECF No. 120.
>
> [signature]
> December 12, 2019