# Arnold & Porter

**Sara L. Shudofsky**
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

December 17, 2019

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York  10007

Re:   *Accent Delight International Ltd. v. Sotheby's*, 18 Civ. 9011

Dear Judge Furman:

Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") write respectfully in connection with Sotheby's application for discovery pursuant to the Hague Convention.  *See* ECF Nos. 104, 119.  We address each of the four Letters of Request below.

### *Application for the Documents and Deposition of Jean-Marc Peretti:*

Sotheby's and Plaintiffs Accent Delight International Ltd. and Xitrans Finance Ltd. ("Plaintiffs") have reached agreement with respect to Sotheby's application for discovery from Jean-Marc Peretti.  The parties' proposed application, incorporating all of their agreed-upon modifications, is attached hereto as Exhibit A, along with the additional attachments comprising Exhibits 1 through 58.  In light of the parties' agreement, Sotheby's respectfully requests that the Court grant its application with respect to Mr. Peretti.

### *Application for the Documents and Deposition of Yves Bouvier:*

The open issues pertaining to Sotheby's application for discovery from Yves Bouvier, addressed in Plaintiffs' letter dated November 26 and Sotheby's letter dated December 4, are ripe for decision by the Court.  *See* ECF Nos. 111, 119.  (As noted in Sotheby's December 4 letter, we have already incorporated the additional testimony topic requested by Plaintiffs.  *See* ECF Nos. 119 at 1-2, 119-1 at 27.)  While we acknowledge the issues raised by Mr. Bouvier in his December 16, 2019 letter, *see* ECF No. 123, and will consider whether to file a second, Switzerland-based application for discovery from Mr. Bouvier in light of his statement that he is not habitually present in Singapore, *see id.* at 1, we respectfully request that the Court grant Sotheby's pending application with respect to Mr. Bouvier for all the reasons stated in the application.  The issues raised by

# Arnold&Porter

The Honorable Jesse M. Furman
December 17, 2019
Page 2

Mr. Bouvier may be addressed before the Singapore or Swiss courts at the appropriate time.

***Application for the Documents and Depositions of Tetiana Bersheda and James Gallon***

Finally, the open issues pertaining to Sotheby's application for discovery from Tetiana Bersheda and James Gallon, also addressed in the November 26 and December 4 letters, are ripe for decision as well.  *See* ECF Nos. 104, 104-3, 104-4, 111, 119.  On November 26, Plaintiffs represented that they were "in the process of retaining" UK counsel to be included in the notice provisions of the two applications.  ECF No. 111 at 3.  In our December 4 letter, Sotheby's proposed that Plaintiffs be given until December 18 to identify such counsel.  *See* ECF No. 119 at 5.  Plaintiffs' counsel informed us today, in response to our inquiry, that they are close to retaining UK counsel but have not yet finalized it.  We do not think that further delay for this purpose is warranted.  For the reasons stated in our December 4 letter, and subject to the timeframe for identification of UK counsel set by the Court, Sotheby's respectfully requests that the Court grant its applications with respect to Ms. Bersheda and Mr. Gallon.

We thank the Court for its consideration of this letter.

Respectfully,

/s/ *Sara L. Shudofsky*
Sara L. Shudofsky

cc:     All counsel of record (via ECF)