# EXHIBIT 4

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Friday, April 08, 2011 5:29 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | Attestation Picasso |
| **Attachments:** | attestation picasso.doc |

Bonjour Yves,

Voici l'attestation - merci de me dire si ca te va.

J'aurai confirmation en debut de semaine de la date d'enlevement. J'ai mis dans l'attestation qu'il etait expose jusqu'a fin avril mail il est possible que l'enlevement ait lieu un peu plus tot, vers le 26 (Beyeler demonte leur expo le 25).

Bon week-end,

Sam

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000141



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

M. Yves Bouvier
Blancaflor Investments Ltd
Avenue de Secheron 6
Geneve 1202
Switzerland

Londres, le 8 avril 2011

Cher Monsieur,

Je vous confirme que l'important tableau de Picasso décrit ci-dessous :

**Pablo Picasso  1881-1973**
HOMME ASSIS AU VERRE ou COUPLE DANS UN BAR
Signé *Picasso* (en bas à droite)
Huile sur toile
236 x 167,5 cm

Peint en Avignon à l'été 1914

Est bien celui actuellement expose a la fondation Beyeler de Bale et ce jusqu'à la fin du mois d'avril 2011.

Vous trouverez ci-joint une fiche détaillée du tableau ainsi qu'une photographie.

Veuillez agréer, Monsieur, l'expression de nos meilleures salutations.

Samuel Valette
Senior Specialist, Europe
Senior Director
Impressionist and Modern Art
Direct Tel:  +4420 7293 5733
Direct Fax: +4420 7293 5932

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000142

**Expositions**

Avignon, Palais des Papes, *Exposition d'Art Moderne*, 1947, no. 143

Venise, *24. Biennale Internazionale d'Arte*, 1948, no. 9

Paris, Musée des Arts Décoratifs, *Picasso*, 1955, no. 44, reproduit au catalogue

Londres, Tate Gallery, *Picasso*, 1960, no. 80, reproduit au catalogue

Paris, Grand Palais, *Hommage à Pablo Picasso*, 1966-67, no. 94, reproduit au catalogue

Amsterdam, Stedelijk Museum, *Picasso*, 1967, no. 38, reproduit au catalogue

Humlebæk, Luoisiana Museum, *Picasso*, 1968, no. 31, reproduit en couleur au catalogue

Munich, Haus der Kunst, *Europaisher Expressionismus*, 1970, no. 68, reproduit en couleur au catalogue

Barcelona, Museu Picasso et Madrid, Museo de Arte Contemporáneo, *Exposición Antológica Pablo Picasso*, 1981-82, no. 71

Palm Beach, Norton Gallery, *Picasso: A Vision*, 1994, reproduit en couleur au catalogue

Bâle, Fondation Beyeler, *The Surrealist Picasso*, 2005, no. 1, reproduit en couleur au catalogue

Madrid, Museo del Prado, *Picasso: Tradición y Vanguardia*, 2006, no. 13, reproduit en couleur au catalogue

Paris, Musée National Picasso, *Picasso Cubiste*, 2008

**Bibliographie**

Christian Zervos, *Pablo Picasso, œuvres de 1912 à 1917*, Paris, 1942, vol. 2**, no. 845, reproduit pl. 359

André Fermigier, *Picasso*, Paris, p. 105

André Fermigier, *Picasso*, Paris, pp. 110-111, 163

*Die Weltkunst*, 1er avril 1970, p. 384

John Golding, *Cubism, A History and an Analysis, 1907-1914*, Londres, 1959, reproduit pl. 22

Franco Russoli & Fiorella Minervino, *L'opera completa di Picasso cubista*, Milan, 1972, no. 702, reproduit p. 120

Pierre Daix, *La Vie de peintre de Pablo Picasso*, Paris, 1977, p. 140

Pierre Daix & Joan Rosselet, *Le Cubisme de Picasso. Catalogue raisonné de l'œuvre peint 1907-1916*, Neuchâtel, 1979, no. 783, reproduit p. 337

Pierre Cabanne, *Pablo Picasso: His Life and Times*

Josep Palau I Fabre, *Picasso Cubisme, 1907-1917*, Paris, 1990, no. 1220, reproduit en couleur p. 409

Jean Sutherland Boggs, *Picasso & Things* (catalogue d'exposition), Cleveland Museum of Art, Cleveland, 1992, p. 132

Marilyn McCully, *Picasso: A Private Collection*, Londres, 1993

John Richardson, *A Life of Picasso, 1907-1917: The Painter of Modern Life*, Londres, 1996, reproduit p. 326

*Picasso, Braque and Early Film in Cubism* (catalogue d'exposition), Pace Wildenstein, New York, 2007, reproduit p. 138

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000143



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016