# EXHIBIT 6

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Saturday, April 09, 2011 10:26 AM |
| **To:** | 'ybouvier@fineartnlc.ch' |
| **Subject:** | Maillol, La Méditerranée |

Yves,

Voici les infos sur le Maillol, La Mediterrannee.

En un mot c'est la sculpture la plus importante de Maillol. Elle a ete decrite comme "la premiere sculpture moderne de l'art statuaire du XXeme Siecle" (exposition: Autour d'une sculpture, la mediterranee de Maillol, Musee d'Orsay, 1986-87).

Maillol expose pour la premiere fois La Mediterranee en 1905 au Salon d'Automne et elle connait un succes immediat - elle se demarque totalement de ce qui se faisait a l'epoque ou la plupart des sculpteurs imitaient Rodin. Elle est a la fois extremement moderne et classique de part sa simplicite, sa beaute et ses formes parfaites. Elle prefigure tout l'art de Maillol et a ouvert la voie a la sculpture moderne.

Ce modele a ete fondu et patine entre 1920 et 1930 (donc du vivant de l'artiste) par Alexis Rudier. Elle a appartenu a Lucien Maillol, puis Dina Vierny.

Le bronze n'est pas numerote - les epreuves de Maillol sont generalement de 6 + 4 Epreuves d'Artistes + 2 Hors Commerce

Les autres fontes du vivant de la Mediterranee sont localisees:

- Ville de Perpignan
- Collection privee, Europe
- Museum of Fine Arts of Ifu, Japon
- Musee Maillol
- Collection privee, Suisse

Autres fontes posthumes:

- Middelheim Park, Anvers
- Museum of Modern Art, New York
- Tombeau de Maillol, Banyuls-sur-mer
- Jardin des Tuileries, Paris
- Boijmans van Beuningen Museum, Rotterdam

Marbre:

- Musee d'Orsay, Paris

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000153

Pierre:

- Oskar Reinhart Museum, Winterthur

Je n'ai pas trouve d'exemplaire de cette version en vente. Il existe une autre version de La Mediterranee, plus allongee beaucoup moins belle dont une fonte posthume s'est vendue 1,000,000 Livres en juin dernier a Londres.

Pour la petite histoire et te faire sourire ce modele a meme ete reproduit sur un timbre edite par la poste en 1961 a la memoire de Maillol!!

N'hesites pas a m'appeler si tu as la moindre question.

A tres bientot

Sam


------Original Message------
From: Alain Valette
To: Valette, Samuel
Subject: Maillol, La Méditerranée
Sent: Apr 9, 2011 15:21

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000154