# EXHIBIT 8

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Thursday, April 14, 2011 11:13 AM |
| **To:** | 'ybouvier@fineartnlc.ch' |
| **Subject:** | attestation Rodin et Maillol |
| **Attachments:** | attestation Rodin.pdf; attestation Maillol.pdf |

Bonsoir Yves,

Voici les attestations attendues.

Les deux œuvres sont actuellement chez Sotheby's à New York.

Est-ce que le client veut envoyer ses transporteurs les récupérer ou est-ce qu'il préfère qu'elles soient livrées au port franc ?

Merci de me dire ce que le client préfère.

Merci beaucoup

Bien à toi,

Sam.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000176



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

M. Yves Bouvier
Blancaflor Investments Ltd
Avenue de Secheron 6
Geneve 1202
Switzerland

Londres, le 14 avril 2011

Cher Monsieur,

Je vous confirme que l'importante sculpture de Maillol décrite ci-dessous :

ARISTIDE MAILLOL (1861-1944)
La Méditerranée
Bronze, unnumbered
110 x 120 x 70 cm
Conceived in 1900-05 and cast and patinated by Alexis Rudier between 1920-1930 under the supervision of
the artist.

Provenance:
Lucien Maillol, Banyuls-sur-Mer (by descent from the artist)
Dina Vierny, Paris (acquired from the above in 1972)
Acquired from the above by the present owner in 2003

Se trouve actuellement chez Sotheby's à New York, 1334 York Avenue at 72nd St
New York 10021.

Vous trouverez ci-joint une photographie.

Veuillez agréer, Monsieur, l'expression de nos meilleures salutations.

Samuel Valette
Senior Specialist, Europe
Senior Director
Impressionist and Modern Art
Direct Tel:  +4420 7293 5733
Direct Fax: +4420 7293 5932



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

# Sotheby's
EST. 1744

34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

M. Yves Bouvier
Blancaflor Investments Ltd
Avenue de Secheron 6
Geneve 1202
Switzerland

Londres, le 14 avril 2011

Cher Monsieur,

Je vous confirme que l'importante sculpture de Rodin décrite ci-dessous :

AUGUSTE RODIN (1840-1917)
*Le Baiser, grand modèle*
Inscribed *A. Rodin* and numbered 6*/8*
Bronze
Height: 70 7/8 in. (180 cm)
Conceived in 1886 and cast by the Coubertin foundry at a later date.

*Provenance:*
Le Musée Rodin, Paris

Se trouve actuellement chez Sotheby's à New York, 1334 York Avenue at 72nd St
New York 10021.

Vous trouverez ci-joint une photographie.

Veuillez agréer, Monsieur, l'expression de nos meilleures salutations.

Samuel Valette
Senior Specialist, Europe
Senior Director
Impressionist and Modern Art
Direct Tel:  +4420 7293 5733
Direct Fax: +4420 7293 5932

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000179



STH(

ORDER DATED NOV. 1, 2016