# EXHIBIT 11

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Wednesday, June 15, 2011 12:59 PM |
| **To:** | 'jmperetti65@gmail.com' |
| **Subject:** | Matisse |
| **Attachments:** | Matisse.jpg |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000351



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Wednesday, June 15, 2011 1:49 PM |
| **To:** | 'jmperetti65@gmail.com' |
| **Subject:** | Matisse avec le tableau |
| **Attachments:** | photo detail2.JPG; photo detail1.JPG |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000353



Fig. 74   Photograph of Matisse and the model in his Nice studio while working on *Nude with Green Shawl*, 1921-1922.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



Fig. 75    Photograph of Matisse in his Nice studio working on *Nude with Green Shawl*, 1921-1922.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016