# EXHIBIT 13

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Monday, June 20, 2011 7:28 AM |
| **To:** | 'Yves Bouvier (NLC)' |
| **Subject:** | RE: Matisse |

Re-bonjour Yves,

Le necessaire a été fait: Ramon et l'encadreur peuvent contacter Haller et auront acces au tableau pour le mesurer. Je te confirme egalement que, mis a part moi, il n'y aura plus personne de Sothebys avant, pendant et apres aucune des visites. J'ai une discussion tres tres claire et directe a ce sujet avec mes collegues de "risk management" a Londres. Le message a été bien entendu et accepte.

Bien a toi,

Sam


-----Original Message-----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: 20 June 2011 07:35
To: Valette, Samuel
Subject: Tr: Matisse

Bonjour Sam,
Merci de faire le nécessaire.
Yves

----- Message d'origine -----
De : Christian Aegerter <c.aegerter@rodolphehaller.ch>
À : Yves Bouvier (NLC); Ramon Casais (FineArt NLC)
Envoyé : Mon Jun 20 14:26:16 2011
Objet : TR: Matisse

Information de François.



Christian Aegerter
Rodolphe Haller S.A.
4bis, route des Jeunes
1211 Genève 26
Tel.  +41 22 827 60 60
Fax + 41 22 827 60 70
www.rodolphehaller.ch

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000399

www.icefat.com ICEFAT goes GREEN !

"A proud member of ICEFAT promoting the highest standards in fine art shipping" Nous travaillons exclusivement sur la base de nos conditions générales (dernière version) pour la prise en charge, l'entreposage et le transport d'oeuvres d'art. Le for competent est à Genève./ We are acting exclusively according to our general conditions (latest edition) for handling, storage and fine art shipping. Jurisdiction: Geneva.
    Please consider your environmental
    responsibility before printing this e-mail


-----Message d'origine-----
De : François Brun
Envoyé : lundi 20 juin 2011 08:12
À : Christian Aegerter
Objet : RE: Matisse

Ce tableau a été remis en caisse en présence de Sotheby, et la caisse a été plombée,
 Nous ne pouvons rien faire sans leur présence, ou leur accord!!
A+, bonne journée

-----Message d'origine-----
De : Christian Aegerter
Envoyé : lundi 20 juin 2011 07:44
À : Yves Bouvier (NLC)
Cc : Ramon Casais (FineArt NLC); François Brun Objet : RE: Matisse

OK bien noté
Bonne journée


Christian Aegerter
Rodolphe Haller S.A.
4bis, route des Jeunes
1211 Genève 26
Tel.  +41 22 827 60 60
Fax + 41 22 827 60 70
www.rodolphehaller.ch
www.icefat.com ICEFAT goes GREEN !

"A proud member of ICEFAT promoting the highest standards in fine art shipping" Nous travaillons exclusivement sur la base de nos conditions générales (dernière version) pour la prise en charge, l'entreposage et le transport d'oeuvres d'art. Le for competent est à Genève./ We are acting exclusively according to our general conditions (latest edition) for handling, storage and fine art shipping. Jurisdiction: Geneva.
P  Please consider your environmental
    responsibility before printing this e-mail

-----Message d'origine-----
De : Yves Bouvier (NLC) [mailto:yb@falnlc.sg] Envoyé : lundi 20 juin 2011 07:43 À : Christian Aegerter

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000400

Cc : Ramon Casais (FineArt NLC) Objet : Matisse

Bonjour
Pour info Ramon, doit passer voir le tableau avec l'encadreur pour prendre les mesures du cadre.
Bonne journée
Yves


This message has been scanned for malware by Websense. www.websense.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000401