# EXHIBIT 14

## Valette, Samuel

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Monday, June 20, 2011 11:54 AM |
| **To:** | 'Yves Bouvier (ybouvier@fineartnlc.ch)'; 'Yves Bouvier (NLC)' |
| **Subject:** | Matisse |

Bonsoir Yves,

Voici comme promis quelques informations complémentaires sur le Matisse ainsi que des citations concernant directement le tableau.

Ce tableau est l'un des plus grands et des plus importants de Matisse sur le thème de l'Odalisque, encore en mains privées à ce jour.

Le catalogue Matisse édité par Guy-Patrice & Michel Dauberville ne mentionne aucune autre Odalisque de plus grande taille.

La provenance de cette œuvre est parfaite : elle est restée dans la collection privée d'Henri Matisse jusqu'à sa mort en 1954. Sa fille Marguerite Matisse Duthuit en a hérité et l'a conservée dans sa collection jusqu'en 1960 environ. Elle fut ensuite achetée par le Kimbell Museum of Art de Fort Worth au Texas qui la conserva pendant plusieurs décennies.

Cette œuvre a figuré dans des expositions majeures, dont la Biennale de Venise de 1954 et le Salon d'Automne de 1955.

Elle conjugue deux des thèmes de prédilection de l'artiste : le nu féminin dans un intérieur et sa fascination pour les étoffes et les motifs.

Deux photographies de Matisse dans son atelier le représentent au travail sur ce tableau.



L'artiste et son modèle dans son studio à Nice, en 1921-22, peignant *Nu au châle vert*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



Matisse devant *Nu au châle vert* dans son studio à Nice, en 1921-22

<u>Quelques citations au sujet de *Nu au châle vert* :</u>

« Ce tableau, avec son imprimé floral, son coussin à motif et son nu allongé et voluptueux, traduit le nouvel intérêt de Matisse pour des images exotiques et d'une sensuelle indolence. Le coup de pinceau vigoureux  et le traitement assez sommaire de certains détails sont caractéristiques de l'audace de son approche »  (*In Pursuit of Quality: The Kimbell Art Museum*, p. 312)

« Dans ce tableau [Matisse] étudie son sujet de prédilection : le nu féminin, représenté ici sous la forme d'une odalisque, ou femme dans un harem, reposant dans un intérieur baigné de lumière. Cette audacieuse composition, faite de grands aplats de couleur et vibrant d'un fort contraste entre le rouge et le vert, est une vraie leçon de Fauvisme » (*Kimbell Art Museum: Handbook of the Collection*, p. 168)

« Le modèle est placé au tout premier plan et remplit la toile, donnant ainsi toute sa majesté au tableau. Le personnage lui-même est richement peint et l'épaisse couche picturale lui donne chair. Le corps, plein, doux et rond, reproduit parfaitement les formes voluptueuses du modèle, que l'on aperçoit en arrière-plan d'une photographie de Matisse au travail dans son atelier » (*Henri Matisse, Sculptor/Painter*, p. 115)

« Les motifs très colorés évoquent le goût de Matisse pour la volupté et l'exotisme, alors que la pose langoureuse rappelle le thème traditionnellement européen du nu idéalisé. La coupe au bol du modèle et ses sourcils dessinés sont typiques de cette époque et tout à fait caractéristiques du naturalisme des œuvres de Matisse réalisées à Nice dans les années 20 » (*Kimbell Art Museum: Handbook of the Collection*, p. 168)

' 'Mes modèles sont le principal sujet de mon travail. Je dépends totalement de mon modèle que j'observe à loisir avant de décider de la pose qui lui convient le mieux'. (Henri Matisse)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000409



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016    STH0000410



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016