**Valette, Samuel**

<hr>

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Monday, July 11, 2011 1:45 PM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | FW: Summary of Rodin collection/ delivery |

Hello Yves,

Voici le nouvel itineraire du marbre Londres-PF avec transit via Vulcan pour une presentation mardi prochain (il arrivera chez Vulcan lundi soir).

Encore mille excuses de ne pas avoir pu l'envoyer plus tot et un grand merci pour ta patience.

Amities,

Sam

<hr>

**From:** Chandler, Holli
**Sent:** Mon 11/07/2011 18:34
**To:** Clore, Melanie; Valette, Samuel
**Subject:** Summary of Rodin collection/ delivery

Sam,
The shippers have confirmed that we can indeed arrange for a view in Paris on Tuesday of next week. I have set out the following schedule for your reference:

1) The shipper and I will complete a site visit tomorrow at 10:30am. Any additional requirements to the packing will be completed immediately after this visit so as we are fully prepared for a swift collection.
2) The shippers (and an as yet undetermined Sotheby's employee) will return to the address on Monday 18th July to collect the sculpture/ complete condition witnessing etc.
3) Once the sculpture is in our possession title will pass to the buyer, liability will be assumed by Sotheby's and we will arrange immediate payment to the seller.
4) The shippers will arrange for the export of the sculpture to Rodolphe Haller Freeport, Geneva. HOWEVER, first they will make a stop at Vulcan in Paris for the buyer to view the sculpture. The shippers will arrive at Vulcan late on Monday 18th and will place the sculpture in the Vulcan "Valuable Store" overnight.
5) The buyer will view the sculpture at some point on Tuesday 19th July, our shippers and Vulcan will be on hand to assist with any movement of the sculpture that is required.
6) Depending on the timing of the view the shippers will either stay overnight in Paris for departure on Wednesday morning or depart Tuesday afternoon.
7) Export continues to Geneva as planned with the ETA: Thursday 21st July. A Sotheby's London staff member will oversee the release at the Freeport to the buyer's agent (as previously discussed).

I hope that the retreat is progressing well.
Best wishes to both,
Holli

**Holli Chandler**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000447

Business Manager
Impressionist & Modern Art
Sotheby's London
Tel: +44 (0)20 7293 5355
Mobile: +44 ██████████
Fax: +44 (0)20 7293 6950

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000448