# EXHIBIT 20

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, July 19, 2011 6:43 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | Marbre |
| **Attachments:** | Rodin buyer amendment.doc |

Cher Yves,

Voici la copie de l'avenant au contrat concernant l'assurance du Rodin. A signer et a me retourner a ta convenance. Merci de me confirmer par retour d'email que les termes de l'avenant te conviennent.

Des reception de ton OK par email "risk management" ordonnera aux transporteurs de te donner libre acces a la piece que tu pourras positioner a ta convenance chez Vulcan.

Le contrat prevoit la livraison au port franc de Geneve. Merci de nous donner ton feu vert lorsque la sculpture peut terminer son acheminement vers le port-franc.

Merci encore de ta patience.

Amities,

Sam.

Samuel Valette
Senior Specialist, Europe
Impressionist and Modern Art

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000449



34-35 NEW BOND STREET LONDON W1A 2AA

T +44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
Geneva 1202
Switzerland

Dear Sirs

**Auguste Rodin 1840 – 1917, "L'ETERNEL PRINTEMPS", signed A. Rodin, marble, height: 65.8 cm., carved in 1901-02 (the "Property")**

We refer to the private treaty contract between you and Sotheby's in London ("Sotheby's") in respect of the Property (the "Agreement").

You and Sotheby's agree that Clause 4 of the Agreement shall be amended to read as follows:

You will assume liability for loss or damage to the Property from the time the Property is delivered to you at Vulcan warehouse in Gennevilliers up to a maximum amount equal to the Purchase Price.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

**ACKNOWLEDGED AND AGREED:**

_____       Signed: _____
For and on behalf of Sotheby's        Name: _____
                                       Duly authorised for and on behalf of Blancaflor
                                       Investments Ltd

Date: _____       Date: _____

SOTHEBY'S:  REGISTERED IN ENGLAND AND WALES
REGISTERED OFFICE AT THE ABOVE ADDRESS, REGD. NO. 874867

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                STH0000450