# EXHIBIT 23

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Thursday, August 25, 2011 10:54 AM |
| **To:** | 'jmperetti65@gmail.com' |
| **Subject:** | Magritte |
| **Attachments:** | Magritte260811001.jpg; Magritte.docx |

Jean-Marc,
Est-ce qu'on peut parler du Magritte? J'ai du nouveau
Sam

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

RENÉ  MAGRITTE 1897-1967

LE DOMAINE D'ARNHEIM
signed *Magritte* (lower right)
oil on canvas
73 by 100 cm., 28 ¾ by 39 ¼ in.

Painted in 1938

**Provenance**
Edward James Foundation, Chichester England (acquired from the artist)
Acquavella Galleries, New York
Sale: Christie's New York, 15th November 1988
Galerie Isy Brachot (acquired at the above)
Private Collection, Belgium

**Exhibited**
Brussels, Palais des Beaux-Arts, *Les Compagnons de l'art,* 1938, no.277
Brussels, Palais des Beaux-Arts, *René* Magritte, 1939, no. 6
Edinburgh, Edinburgh International Festival, The Scottish Arts Council, *Belgian Surrealists*, 1941, no. 47
Worthing, Worthing Art Gallery, *Impressionism to Surrealism*, 1970, no. 31
Edinburgh, Royal Scottish Academy, *The Belgian Contribution to Surrealism*, 1971, no.47
London, Marlborough Gallery, *Magritte*, 1973, no. 36, illustrated p. 80
Edinburgh, Scottish National Gallery of Modern Art, *The Edward James Collection*, 1976, no. 37
Brussels, Palais des Beaux-Arts & Paris, Centre Georges Pompidou, *Retrospective Magritte,* 1978
1979, no. 123, illustrated in the catalogue
Brussels, Royal Museum of Fine Arts, *Magritte 1897-1967*, 1988, no. 121, illustrated in colour p. 136

**Literature**
Letter from Magritte to James, 6th May 1938
Letter fromScutinaire to Mesens, 2nfd June 1938
Letter from Magritte to Mesens, 9th September 1938
Letter from Mesens to Magritte, 27th November 1938
Letter from Magritte to Mariën, 2nd July 1944
Letter from Magritte to Bosmans, 6th April 1959
Paul Waldo Schwarz, 'An interview with René Magritte', *Studio International,* 1969, p. 74
Fred Miller Robinson, 'The Wizard Properties of Poe and Magritte' *Word and Image*, 1987, p.156
David Sylvester, *Rene Magritte, catalogue raisonne, vol II, oil paintings, objects and bronzes 1931-1948,* London*,* 1993, no.456, illustrated p.262
Siegfried Gohr, *Magritte, Attempting the Impossible*, Paris, 2009, no. 335 illustrated in colour p. 243

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000467



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016