**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Monday, November 14, 2011 9:16 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | Magritte |

Cher Monsieur Bouvier,

C'était un plaisir de discuter avec vous du marché actuel des œuvres Surréalistes et de celui de Magritte en particulier. Les dernières ventes nous ont montré que les enchères sont fortes pour ses meilleurs tableaux et également très soutenues pour les tableaux de niveau inférieur. Par exemple la semaine dernière le tableau suivant (dimension 65 x 54cm) s'est vendu 10,100,000 US$. Il ne s'agit pas d'un tableau faisant partie d'une série majeure de l'artiste. Le prix atteint est un bon baromètre de la forte demande actuelle pour les œuvres de Magritte.



Huile  - 65 x 50cm

Autre indication importante : le marché des œuvres sur papier. Cette petite *gouache*, Le maitre d'école, une image iconique, s'est vendue plus de 4,000,000 US$ en février de cette année.



Gouache – 33 x 24cm

Au vu de ces éléments récents, et de la demande insatisfaite, il est clair qu'en vente privée un grand tableau iconique tel que l'*Empire des Lumières* ci-dessous se négocierait autour de 40 millions d'euros. Par ailleurs un tel tableau en vente publique ferait l'objet d'une compétition intense entre les plus grands collectionneurs et les plus grands musées du monde.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000732



Dans l'attente de poursuivre nos discussions, je vous présente mes meilleures salutations,

Samuel Valette.

Samuel Valette
Senior Director
Senior International Specialist
Impressionist and Modern Art
Tel: +44 207 293 5733
Mob: +44 ███████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000734

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000736