# EXHIBIT 26

**Chandler, Holli**

---

| From: | Chandler, Holli |
|---|---|
| Sent: | Friday, December 02, 2011 4:49 AM |
| To: | 'Sabi (ArteSing SG) (sabi@artesing.sg)' |
| Cc: | Valette, Samuel |
| Subject: | RE: Magritte |

Dear Nadia,

I am pleased to report that we expect the Belgian export licence for the painting to be received on Monday (it would have been today, however there is a strike in Belgium and therefore the authorising offices are closed). On this basis we have made arrangements for the painting to be shipped on Wednesday with a delivery to NLC on Thursday morning.

I understand from Sam that the client would very much like to receive the painting at the earliest possible opportunity. Please rest assured that we will do all we can to expedite the delivery and if there is any chance that we can deliver on Wednesday instead we will do our utmost to make this happen.

I will be sure to advise further on Monday when we have confirmation on the export licence.

With best wishes,
Holli

Holli Chandler
Business Manager
Impressionist & Modern Art
Sotheby's London
Tel: +44 (0)20 7293 5355
Mobile: +44 ███████████
Fax: +44 (0)20 7293 6950

-----Original Message-----
From: Chandler, Holli
Sent: 30 November 2011 11:43
To: 'Sabi (ArteSing SG) (sabi@artesing.sg)'
Cc: Valette, Samuel
Subject: RE: Magritte

Dear Nadia,
Please be advised that we are currently working with our Belgian Shipping agent on the approval of the Belgian export licence. We expect this back shortly and accordingly we will arrange for Moebel to collect the painting and deliver it to NLC early next week.

As soon as I have the exact schedule for delivery I will be sure to let you know.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                                                    STH0000754

Please do not hesitate to contact me if you have any questions in the meantime.
Best wishes,
Holli

Holli Chandler
Business Manager
Impressionist & Modern Art
Sotheby's London
Tel: +44 (0)20 7293 5355
Mobile: +44 ███████████
Fax: +44 (0)20 7293 6950


-----Original Message-----
From: Valette, Samuel
Sent: 29 November 2011 19:23
To: Sabi (ArteSing SG) (sabi@artesing.sg)
Cc: Chandler, Holli
Subject: FW: Magritte

Chère Nadia,

Nous avons bien avance aujourd'hui sur la logistique.

Holli vous confirme toutes les informations demain matin.

Très amicalement,

Sam

-----Original Message-----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: 29 November 2011 05:49
To: Valette, Samuel
Cc: Sabi (ArteSing SG)
Subject: RE: Magritte

Bonjour Sam,

Je te remercie d'avertir Nadia quand tu sais le nom du transporteur anglais afin de couvrir l'assurance.

Bonne journée

Yves

-----Original Message-----
From: Valette, Samuel [mailto:samuel.valette@sothebys.com]
Sent: Monday, November 28, 2011 6:57 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000755

To: Yves Bouvier (NLC)
Subject: Magritte

Bonsoir Yves,

J'ai eu le transporteur et le vendeur depuis notre conversation. J'ai juste une question a te poser - est-ce que tu pourrais m'appeler sur le portable anglais: +44█████████?

Merci mille fois,

Sam


*************************************************************************

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the postmaster at postmaster@sothebys.com.


www.sothebys.com
*************************************************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000756