# EXHIBIT 28

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Friday, December 23, 2011 5:05 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | Modigliani |

Cher Monsieur Bouvier,

Comme convenu voici une analyse succincte du marché de Modigliani.

Les vendeurs sont extrêmement difficile à convaincre a l'heure actuelle et l'apparition d'un chef-d'œuvre sur le marché fait quasi-systématiquement l'objet d'une compétition acharnée entre les plus grands collectionneurs de la planète.

Chez Modigliani, les nus sont les sujets les plus recherchés. *La belle romaine* de Modigliani est le reflet parfait de la demande actuelle : en 1999, ce tableau a été vendu 16,7 millions de dollars ; en 2010, nous l'avons revendu 68,9 millions de dollars.



**Amedeo Modigliani**

Nu assis sur un divan (La belle romaine)

1999 : vendu 16,7 M USD

**2010 : vendu 68,9 M USD**

Sur les 10 derrières années un seul *nu couché* a été présenté aux enchères (voir ci-dessous). Le vendeur a récemment refuse une offre de 90 M USD net pour lui.



**Amedeo Modigliani**

Nu couché (Sur le côté gauche)

2003 : vendu 26,8 M USD

**2011 : refus de 90 MUSD net**

La valeur estimative d'un grand nu couche de Modigliani de la qualité de *nu couche sur un coussin bleu* si situerait probablement entre 70 millions USD (fourchette basse) et 90 millions USD (fourchette haute), voire plus. Le prix définitif dépend bien-sûr du contexte du marché.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000828

J'espère que ces informations répondent à vos questions. Je serais ravi de poursuivre nos discussions.

Avec mes meilleures salutations,

Samuel Valette.


Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 ███████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                                                STH0000829

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016