# EXHIBIT 31

**Vinciguerra, Bruno**

| | |
|---|---|
| **From:** | Vinciguerra, Bruno |
| **Sent:** | Friday, January 09, 2015 10:43 AM |
| **To:** | 'Jean-Marc Peretti (jmperetti65@gmail.com)' |
| **Cc:** | Shaw, Simon; Valette, Samuel |
| **Subject:** | our conversation |

Dear Jean Marc,
We are extremely enthusiastic about making the Modigliani Nude the absolute star of the May Auction season in New York.
As one of the artist's finest paintings and never seen at auction, we are convinced that we could achieve once again for you an exceptional result.
As you know, Sotheby's, having long dominated the market for Modigliani, has the best access to potential buyers.

Careful consultation among our senior expert team worldwide has confirmed our enthusiasm to guarantee this work.
Subject to inspection, we anticipate offering you a guarantee up to $70mil.
We are looking forward to the opportunity of seeing that work in the flesh to firm up the offer we would ultimately give you.
All my very best,
Bruno

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002393