# EXHIBIT 34

**Valette, Samuel**

---

**From:** Valette, Samuel
**Sent:** Friday, February 03, 2012 8:19 AM
**To:** Yves Bouvier (ybouvier@fineartnlc.ch)
**Subject:** Rodin Eve
**Attachments:** Rodin Eve.docx; eve001.pdf; eve002.pdf

Bonjour Yves,

Voici la photographie et la notice de la Eve, avec les localisations des autres fontes. Je te joins également deux documents de recherches.

Bien cordialement,

Sam.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000853

THE COLLECTION
OF THE RODIN MUSEUM
PHILADELPHIA

# THE SCULPTURE OF AUGUSTE RODIN

JOHN L. TANCOCK

*Special Photography*
*by* MURRAY WEISS

1976

DAVID R. GODINE
*Published in association with the*
PHILADELPHIA MUSEUM OF ART

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000854

# 8 Eve

1881

Bronze, 67 × 18½ × 23¾ inches
Signed by figure's left foot: A. Rodin
Foundry mark back of base to right:
ALEXIS RUDIER./Fondeur Paris

On October 20, 1880, Rodin wrote to Edmond Turquet, Undersecretary of state for Fine Arts, that he proposed to flank *The Gates of Hell* on which he was working with "two colossal figures" which would cost 5,000 francs each (*see* no. 4). One of these figures was *Adam*. The other was *Eve*, the first life-size female figure since the accidentally destroyed *Bacchante* of about 1864–70. It is hardly surprising that, in his endeavor to understand Michelangelo, Rodin first concentrated on the male figure. The prehistory of the *Adam*, as part of Rodin's preoccupation with Michelangelo, can be pieced together from references in letters and from other sources before completion of the work in 1880. For the *Eve*, however, this is not the case. It seems more probable that Rodin first thought of making a figure of *Eve* when work on the *Adam* was nearly complete, rather than that the two were initially conceived of as a pair. This idea probably occurred when he considered flanking *The Gates* with colossal figures of the tragic couple.

Eve was an extremely popular subject with academic sculptors in the late nineteenth century. Eugène Delaplanche (1836–1891) exhibited an *Eve after the Fall* (fig. 8–1) at the Salon of 1870 as did Alfred Boucher (1850–1934) at the Salon of 1875 (fig. 8–2). Gaston Guitton's *Eve* was exhibited at the Salon of 1876[1] while Laurent-Honoré Marqueste's was shown in 1888 (fig. 8–3). Rodin, whose iconography is much closer to that of the Salon artists of his time than is generally recognized, may well have worked on his *Eve* as a Salon entry.

The study for *Eve*, used in the same design for a fireplace in 1912–13 as the *Adam* (figs. 8–4, 8–9), bears the same relationship to the finished sculpture as does the study for the latter work. The forms are elongated and elegant, with a pronounced *contrapposto*, but they lack the intensity of emotion and the power of the larger figure.[2] As is the case with *Adam*, Rodin then studied the same figure from life, using the well-known model Mme Abruzzezzi, who also posed for *Cybele* of 1889 (fig. 25–3) and *Ariadne*, before 1889.[3] He was particularly impressed by her, describing her in the following words to Dujardin-Beaumetz:

> The dark one had sunburned skin, warm, with the bronze reflections of the women of sunny lands; her movements were quick and feline, with the lissomeness and grace of a panther; all the strength and splendor of muscular beauty, and that perfect equilibrium, that simplicity of bearing which makes great gesture. At that time I was working on my statue "Eve."
>
> Without knowing why, I saw my model changing. I modified my contours, naïvely following the successive transformations of ever-amplifying forms. One day, I learned that she was pregnant;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000855



8 Front

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000856

> then I understood. The contours of the belly had hardly changed, but you can see with what sincerity I copied nature in looking at the muscles of the loins and sides.
>
> It certainly hadn't occurred to me to take a pregnant woman as my model for Eve; an accident—happy for me—gave her to me, and it aided the character of the figure singularly. But soon, becoming more sensitive, my model found the studio too cold; she came less frequently, then not at all. That is why my "Eve" is unfinished.[4]

Thus Rodin stopped work abruptly on this first life-size figure of *Eve*. The surfaces of certain areas—notably on the stomach and head—are left very rough in comparison with Rodin's major figures before that date (although not with those completed afterward), and the forms are much more generalized than those of the *Adam*. The metal supporting strap over the figure's right foot was left uncovered and was retained when the work was finally cast in bronze. Ruth Mirolli has observed that in the process of reworking the figure the nature of the gesture has changed altogether. With one arm held across the body under the breasts and the other held against the head, the reference now is to the *Adam* of *The Expulsion* on the Sistine ceiling.[5]

The life-size *Eve* was not exhibited at the Salon until 1899. Rodin's decision not to employ a pedestal but to place the figure on the ground excited more comment than the sculpture itself. "M. Rodin is an unyielding revolutionary," declared one journalist. "He has simply placed his statue on ground level. This suppression of the pedestal will count as a most dangerous innovation for some, as a most daring one for others; and at the next salon I expect to see the sculptors divided into two parties who will perhaps come to blows over it."[6]

The work itself, however, had long been popular, although it had been seen only in reduced size (fig. 8–5). In 1883 a half life-size version was exhibited at the Egyptian Hall in London, together with six other works.[7] (By 1886 a marble reduction was in the collection of Auguste Vacquerie and by 1887 another marble was in the possession of Mme Savinel.[8]) Unfortunately, in the process of reduction the suggestive *non-finito* of the full-scale figure was abandoned in favor of smoother surfaces and greater detail, especially in the treatment of the head, and the forms became more compact. The left foot of the figure rests on a small support, as it does in the life-size version. The forms have become smoother in the marbles (*see* fig. 8–6) and, through compression, the figure of *Eve* seems to have become considerably younger.

As often occurs in Rodin's marbles, the legs are supported by a rough-hewn, rocky outcrop. This led Georges Grappe to christen the life-size marble *Eve on the Rock* so as to distinguish it from the first *Eve*.[9] Bronzes were then cast from the marble reduction (fig. 8–7).

It has not been possible to determine when the marble enlargement that is now in the Musée Rodin was made. Others can be dated with some accuracy, however. Working from the original plaster in 1906–7, Antoine Bourdelle carved the stone version of *Eve on the Rock* (fig. 8–8) which is now in Copenhagen. Rodin authorized him to employ a new model for the head and the feet, which had been left unfinished in the plaster.[10] A further life-size marble was commissioned by Samuel P. Colt in 1906. A comparison of the various reductions and enlargements with the life-size bronze of *Eve* reveals, as is often the case, a great decline in expressive power and sensitivity.

At the Musée Rodin in Meudon there is an assemblage, 37 by 20½ by 13½ inches, which consists of three figures, *Eve*, *Meditation*, and *The Crouching Woman*.[11]

8 Back

8 Side

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000858

# NOTES

1. Mirolli [81], repr. p. 242.
2. Ibid., pp. 209–10. Mirolli has observed that the forms of the figure are close to those of the French Mannerists. She compares a Carpeaux drawing after a figure from the *Fontaine des Innocents* with Rodin's sketch for *Eve*. A drawing such as no. 72 in the Musée Rodin of a reclining female figure holding an urn gives further indication of Rodin's interest in the School of Fontainebleau.
3. Grappe [138d], nos. 124 and 238 respectively. This information was conveyed to Judith Cladel on May 13, 1930, by Auguste Beuret. The interview is preserved in the Cladel archives in the Lilly Library, Indiana University, Bloomington.
4. Dujardin-Beaumetz in Elsen [39], p. 164. *See also* an account of the same incident in Ludovici [70], p. 123. Maillard [71], p. 119, was also struck by the happy coincidence that Rodin's model had become pregnant while posing for him: "La créature est dans l'extase palpitante d'une attente mystérieuse; quelque chose d'inouï et de définitif va se révéler à elle, et en elle:

   'Et, pâle, Eve sentit son flanc qui remuait.'

   "L'évocation statuaire dit magnifiquement l'exquise caresse du vers de la *Légende des Siècles*. Rodin, comme Hugo, a résumé l'inconnu de la création en une formule de frisson."
5. Mirolli [81], p. 211.
6. *See* "La Sculpture," *La Revue de l'Art*, Paris, 1899, p. 474. "On ne savait trop que dire, en effet, de cette figure en bronze, austère, triste, évidemment qu'on n'aimait pas, mais sur laquelle on ne pouvait pas développer de longues théories d'esthétique concluantes. Heureusement, il y avait le socle! ou du moins il n'y en avait pas. Car voilà, Monsieur Rodin est un révolutionnaire irréductible; il a simplement mis sa statue à ras du sol. Cette suppression du piédestal comptera comme une innovation des plus dangereuses pour les uns, des plus hardies pour les autres, et je m'attends pour le salon prochain à voir les statuaires se partager en deux camps qui peut-être en viendront aux mains."

   The writer of "Le Salon de 1899" in *Le Figaro*, Paris, May 9, 1899, was also struck by the figure's absence of a base: "Dépourvue de socle et comme plantée en terre, notre mère commune cache son front dans ses bras."
7. Bartlett in Elsen [39], p. 54. The other works exhibited included *St. John the Baptist* (plaster), the *Man with the Broken Nose*, busts of *Laurens*, *Legros*, and *The Little Alsatian Girl*, and *The Children's Kiss*.
8. *See* Grappe [138d], no. 65. *See also* Félicien Champsaur, "De Cinq à Six," *L'Événement*, Paris, February 5, 1887. The marble in the Staatliche Kunstsammlungen, Dresden, was purchased in 1901, while that in the possession of Mr. and Mrs. Dan Erskine Edgerton was commissioned by Mrs. Julia Richardson in 1899. Another marble was also in the collection of Henri Vever in 1901.
9. Grappe [138d], no. 66. Grappe's notion of the relationship between the various versions was somewhat vague. He lists three, a life-size bronze, height 67 inches, no. 65; a life-size marble, height 69 inches, no. 66; and another life-size bronze, height 69 inches, no. 67, of which he says mysteriously: "Le plâtre n'est qu'une réplique agrandie de l'œuvre précédente."
10. Information conveyed by M. Michel Dufet, Conservateur du Musée Bourdelle, Paris.
11. It seems most unlikely that in 1881 Rodin assembled this group, which also incorporates a bough, as suggested by Jianou and Goldscheider [63], p. 80.

8–1
Eugène Delaplanche
*Eve after the Fall*
c. 1870, marble
Location unknown

8–3
Laurent-Honoré Marqueste
*Eve*
c. 1888, marble
Location unknown

8–2
Alfred Boucher
*Eve after the Fall*
c. 1875, marble
Location unknown

8–4
*Study for "Eve"*
1878–80?, bronze
Location unknown

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000859

# THE BRONZES OF RODIN

## CATALOGUE OF WORKS IN THE MUSÉE RODIN

## I

by Antoinette Le Normand-Romain
Heritage Curator

with the collaboration of Hélène Marraud and Diane Tytgat

Foreword by Dominique Viéville
Director of the Musée Rodin, Paris

Preface by Jacques Vilain
Heritage Curator

Introductions by Dr. Ruth Butler, Professor Emerita, University of Massachusetts, and Mr. Régis Cusinberche, Attorney-at-Law

with the support of
Iris & B. Gerald Cantor Foundation

ISBN
Full set:
Musée Rodin: 978-2-9014-2892-3
RMN: 978-2-7118-4939-0

Volume 1:
Musée Rodin: 978-2-9014-2888-6
RMN: 978-2-7118-4940-6

© Éditions de la Réunion des Musées Nationaux
Paris 2007
49, rue Étienne-Marcel, 75001 Paris

© Musée Rodin
Paris 2007
19, boulevard des Invalides, 75007 Paris

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000861





fig. 1. Eugène Druet, *Bronze "Eve" at the Hôtel Biron,* gelatin-silver print, c. 1910, Ph. 3934.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000862

## Ève
## EVE

### Ève
### EVE

***Eve***, 1881
**> S. 1029**
sand cast, 1910 or 1911?
174 x 58 x 66 cm
Signed *A. Rodin* in front of the left foot. Foundry mark *ALEXIS. RUDIER / FONDEUR. PARIS* back right.

**Provenance**: commissioned by the French state, 1911, 6,000 francs. Musée du Luxembourg, 1912, (Lux 157); transferred from the Musée du Luxembourg, 1918.
**Catalogues**: Luxembourg, 1914 no. 529; Bénédite, 1919, 1921, 1922, 1924, 1926 no. 320; Grappe, 1927 no. 39, 1929 no. 55, 1931 no. 75, 1938 no. 58, 1944 no. 55.
**Exhibitions**: 1930, Bristol, no. 126 (or *Eve with the Rock*, S. 1299?); 1935, Brussels, no. 557 (or S. 1299?); 1939, Giza, no. 5 (or S. 1299?); 2001, Paris, Musée du Luxembourg, no. 119.

***Eve***, 1881
**> S. 484, RFR 20**
sand cast, 1941?
172.4 x 58 x 64.5 cm
Signed *A. Rodin* on the base, in front of the left foot. Foundry mark *ALEXIS. RUDIER. / FONDEUR. PARIS.* on the base, back right.

**Provenance**: acq. from Eugène Rudier, 1941; Salzburg, Landesgalerie; allocated to the Musées Nationaux by the Service de la Récupération Artistique, 1949; transferred to the Musée Rodin, 1952; installed near *The Gates of Hell*, 1968.

**Exhibitions** (due to the lack of inventory numbers before the 1970s, it is impossible to know which cast was loaned, but it may probably have been this one, since S. 1029 was on display in the rooms of the museum): 1952, Arnhem, no. 160 (?); 1953, Yverdon, no. 14 (?); 1950, Dortmund, no. 141 (?); 1961–62, Nice, no. 6 (?); 1964, Paris, Musée Rodin, no. 28 (?); 1965–66, Nice, no. 55 (?); 1966, Marseille, no. 13 (?); 1966, Chambery, no. 34 (?); 1967, Tel Aviv, no. 5 (?); 1967, Calais, no. 6 (?); 1968, Zagreb, no. 18 (?); 1970, Rochechouart, unnumbered (?); 1976–77, Tokyo, Kumamoto, Hiroshima, etc., no. 17; 1977, Marcq-en-Barœul, no. 8; 1978, Saintes, no cat.; Bordeaux, no. 7; 1979, Takaoka, Fukui, Tokyo, etc., no. 4; 1980, Vienna, no. 5; 1982, Mexico City, no. 11; 1982–83, New Delhi, Bombay, Calcutta, no. 12; 1984, Martigny, no. 9; 1985, Singapore, no cat.; 1985, Seoul, no. 9; 1985–86, Nagoya, Himeji, Kure, etc., no. 4; 1987, Barcelona, no. 10; 1987, Orléans, unnumbered; 1988, Stockholm, no. 4; 1990, Miyagi, Sapporo, Ibaragi, no. 5-11; 1992–93, Prague, no. 7; 1999, Seoul, no. 5; 2001, São Paulo, unnumbered; 2002, Brussels, no. 25.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

**Eve**, 1881
**> S. 1302**
sand cast, before 1952
172.2 x 52 x 64.5 cm
Signed *A. Rodin* on right of the base. Stamped *A. Rodin* in relief on the inside. Foundry mark *Alexis Rudier / Fondeur Paris* back right.

**Provenance**: acquired from the Rudier estate, 1952
**Exhibitions**: (before 1973, see above cast). 1973, Lisbon, no. 9; Seville, no. 8; Madrid, 7; 1979, Tokyo, no. [illegible]; 199[illegible], Beijing, Shanghai, no. [illegible]; [illegible] Hong Kong, Taipei, no. 23; 199[illegible], Reykjavik, no. 34; 1995, Rio de Janeiro, São Paulo, no. 34, Mexico City, unnumbered; [illegible] 1996–97, Saragossa, [illegible], no. 38; 1997, Charleroi, no. [illegible]; 1998, [illegible], unnumbered; [illegible] 2000–2001, Recife, Fortaleza, Salvador de Bahia, [illegible]; 2001, Seville, Valencia, Bilbao, no. [illegible]; 2001, [illegible]; 2002, Rome, no. 44; 2002, Salamanca, Las Palmas, Santiago de Compostela, etc., no. 35; 2004, [illegible], 2004, [illegible] 2004–5, Barcelona, no. 35

## Other casts

***Plasters*** [illegible] 1885 (foundry model), Rotterdam, [illegible] Van Beuningen Museum, acq. by J. [illegible] as a gift to the museum following the exhibition 1895, Brussels, Rotterdam, Amsterdam and The Hague, no. 33 (not the cast exhibited but another one, delivered in 1901).[2] [illegible] Maryhill Museum of Art, gift of Samuel Hill, 1926 (patinated for transfer into marble). [illegible] Museum of Fine Arts, gift of the Musée Rodin, 1927

***Bronzes*** [illegible] cast by François Rudier, May and July 1897, for the sum of 1,500 francs each: the first acq. [illegible] 1 April 1897, [illegible] Coll., [illegible] May [illegible], sale, Christie's, New York, 8 November 1999, no. 133; the second, acq. [illegible], exh. 1898, Paris, Salon de la Société Nationale des Beaux-Arts, no. 119, and 1900, Paris, Pavillon de l'Alma, exhibited in [illegible] garden [illegible] buried during the war [illegible] Vollard [illegible] 1917; this bronze probably corresponds to the one presently in the Walter and Leonore Annenberg Private Coll. At least twelve known casts by Alexis Rudier before 1917 (one in 1903, one in 1905, two in 1910, 1911 and 1912, three in 1914, one in 1916, cast for the sum of 1,550 francs each, including one which is listed in the Annex 7 of the 1916 donation, no. 50, estimated at 10,000 francs): Essen, Folkwang Museum, acq. with the entire Osthaus Coll., 1921 (no foundry mark but cast in 1907 by Rudier for Karl-Ernst Osthaus in Hagen, delivered in 1908 for the sum of 2,500 francs); Lyons, Musée des Beaux-Arts, acq. 1910, 5,000 francs; New York, Metropolitan Museum of Art, acq. Thomas F. Ryan as a gift to the museum, 1910, 12,000 francs; Manchester, City Art Galleries, acq. 1911 and S. 1079; Weimar, College of Architecture and Civil Engineering (originally School of Fine Arts), acq. Robert [illegible] December 1911, 10,000 francs, as a gift to the school;[7] former [illegible] Coll., acq. 1913, 10,000 francs (exh. 1915, London, Davis Coll., no. 45); Buffalo, Albright-Knox Art Gallery, acq. 1929 (cast in 1917, according to Rudier); Cardiff, National Museum of Wales, bequest of Gwendoline Davies, 1952 (exh. London, [illegible] French Gallery, 1916); Paris, Fondation [illegible] [illegible] (Paul Rosenberg Coll., before 1917);[8] former Georges Renand Coll. (said to have been "acquired in 1905" but probably after 1917; sale, Paris, Drouot-Montaigne, 20 November 1987, no. 31; Sotheby's, New York, 15 November 1995, no. 41, and 16 November 1998, no. 51); Toledo Museum of Art, acq. Edward Drummond Libbey, from Rudier, through the [illegible] Gallery, as a gift to the museum, 1952 (said to have been cast in 1910 but probably after 1917); cast c. 1920 commissioned by Kojiro Matsukata, but given in 1928 to [illegible] and placed in the garden of his private mansion, designed by Pierre Patout, Rue Alfred-Magnard, [illegible] between 1928 and 1930;[4] Hanover, Niedersächsisches Landesmuseum, gift of [illegible] & [illegible], 1956 (cast in 1921, sold through Eugène Rudier to [illegible] [illegible], 1921), then private coll.; Tokyo, National Museum, acq. exh. 1974 Tokyo, Osaka; Philadelphia, Rodin Museum, fourth commission from Jules Mastbaum, 1925. About ten known casts between 1925 and 1952 (including one said to belong to the Matsukata Coll., exh. 1930, [illegible]) among which are: Vienna, Kunsthistorisches Museum, acq. from the Musée Rodin, 1926 (the cast must be the one [illegible] of Rosenberg [illegible] the museum, same patina, same foundry mark. It was made immediately [illegible] 18 September 1926, Musée Rodin archives]); Glasgow, Burrell Coll., gift of William Burrell, 1944 (cast for the [illegible] gardens 1930, acq. Burrell, 1937); RFR 20; Frankfurt, Städelsches Kunstinstitut, gift of Georg Hartmann, 1930; S. 1302; Detroit Institute of Arts, acq. from Rudier through the Wildenstein Gallery, 1952; Mannheim, Städtische Kunsthalle, acq. 1956. Five by the [illegible] Georges Rudier: 3/10, in 1959; 7/10, [illegible] Southampton City Art Gallery, gift of [illegible], 1968; cast by Susse: 9/10, in 1968, Los Angeles County Museum of Art, gift of Cantor Foundation, 1973; cast by Georges Rudier: 8/[illegible], in 1970, Stanford University, [illegible] Arts Center, gift of Cantor Foundation, 1997 (sale, Sotheby's, New York, 22 May, 1980, no. 326, Pasadena, Norton Simon Foundation between 1970 and 1974); 10/10, in 1970

## Petite Ève
## SMALL EVE

***Small Eve*** small version with round base, 1883
**> S. 756, RFR 26**
sand cast
71 x 22.5 x 23.9 cm
Signed *A. Rodin* on the right of the base. Stamped *A. Rodin* in relief on the inside. Foundry mark *Alexis RUDIER / Fondeur. PARIS* on the back.

**Provenance**: allocated to the Musées Nationaux by the Service de la Récupération Artistique, 1949, transferred to the Musée Rodin, 195[illegible]
**Exhibitions**: 198[illegible], Helsinki, [illegible], [illegible], etc., no. 13; 1961, Montreal, no. 11; 1980, [illegible] Abbaye, unnumbered; [illegible] Marcq-en-Barœul, no. 18; 1986–87, Esslingen, Bremen, no. [illegible]; [illegible], Paris, Musée Rodin, no cat.; 1991, [illegible], unnumbered; [illegible] Neuss, Munich, no. 58.

## Other casts and terracottas

- **Plasters**: S. 2046 (75.8 x 25 x 29.5 cm; with many amendments to the plaster in particular to the arms and hair); S. 2672 (67.5 x 20 x 23 cm, with the inscription Rodin on the front of the base); S. 2048; several other plasters (incl. Heilbronn, Städtisches Museum, acquired by the Land of Baden-Württemberg and transferred to the museum, 1995), occasionally of doubtful authenticity.
- **Terracotta**, several casts incl. S. 2048 [HI B 31], Munich, Neue Pinakothek (acq. 1959), former Jacques Zoubaloff Coll. (sale, Paris, Galerie Georges Petit, 16–17 June 1927, no. 239). A cast of this model (? Lewis, Paris, 1937, Paris, Petit Palais, no. 22 ("Première Pensée d'Eve, terre cuite à M. Kapferer").
- **Bronze**, founder unknown, former Louis de Fourcaud Coll. (sale, Paris, Hôtel Drouot, 23 March 1917, no. 80: probably this model, with round base, "or said to be a "unique piece cast from the terracotta"; acq. Knoedler Gallery, New York). Some casts by Alexis Rudier.

S. 756

## Related works

**Small model with square base**

- **Plasters**: S. 1985; S. 3140 to S. 3144, foundry models; San Francisco, California Palace of the Legion of Honor, gift of Mrs Spreckels, 1949 (with the inscription *Modèle pour le bronze*; on permanent loan to the museum since 1924); Avignon, Musée Calvet, gift of the Musée Rodin, 1928; Brussels, Musée d'Ixelles, gift of the Musée Rodin, in exchange for the plaster of *Belles Filles*, 1929; Bucharest, National Museum of Art of Romania, gift of the Association for the Expansion of French Art, 1932. Another cast, patinated, with two marks for transfer into marble, lower front, and broken at the waist: former Henri Duhem Coll. (Prince Gaillard, c. 1920; then Paris, art market, 1986).
- **Bronzes**, very numerous, even if it is often difficult to distinguish them from *Eve with the Rock*; *no foundry mark*, but cast by François Rudier (two in 1886, 225 and 200 francs; 1897, 300 francs; 1900, 330 francs; 1904, 430 francs); one of the first two acq. by Léon Lequime (sale, 1887, Brussels, *Salon des XX*; 1910, Brussels, *Libre Esthétique*; sale, Saint-Germain-en-Laye, 12 December 1993, unnumbered; then Sotheby's, London, 27 November 1995, no. 1). The last acq. for the price of the casting by Jean-Paul Laurens (Laurens sale, Paris, Hôtel Drouot, 14 December 1927, no. 1 repr.). Other bronzes with *no foundry mark*: Johannesburg Art Gallery, gift of Lady Phillips, 1910; Bourges, Musée du Berry, gift of Mme. Hecq, 1948 (given by Rodin to Georges Hecq). Two casts by *Griffoul & Lorge*, 1890 and 1893, one acq. by Auguste Chapuis for the price of the casting, 1890 (sale, Christie's, New York, 14 May 1997, no. 15); the other, Omaha, Joslyn Art Museum, gift of Mosman, 1964. The latter may possibly be the *Eve* "with legs clearly detached" acq. by Jules Chavasse in July 1893, 1,750 francs. Several casts by *Alexis Rudier* (four between 1903 and 1917, then probably more than twenty casts between 1926 and 1952, incl. one exh. 1930, Brussels, no. 7; Amsterdam, The Hague, no. 16); Birmingham Museum and Art Gallery, acq. 1953 (acq. from Rodin by Otto Gutekunst, then Kenneth Clark Coll.); 1920, Pittsburgh, Carnegie Institute Museum of Art, acq. from the Musée Rodin, 1920; Glasgow, Burrell Coll., gift of William Burrell, 1944 (acq. Paris, Galerie Daniel Barbazanges, 1921); former Jules Mastbaum Coll. (acq. 1925; sale, Sotheby's, New York, 16 November 1989, no. 316; Sotheby's, London, 29 June 1994, no. 51), one cast, 1928, to replace a small *Eve with the Rock* given to Étienne Clémentel for the price of the casting, as a donation to the lottery organized to raise money for a sanatorium near Riom (Puy-de-Dôme), 1928; Baltimore Museum of Art, gift of Jacob Epstein, 1951 (acq. from the Musée Rodin, 1928); former Amédée Blanche-Leysen Coll., Brussels (gift of the Musée Rodin in exchange for the *Caryatids* from the Bd. Anspach, 1929); Laren, Singer Memorial Foundation Museum, gift of Mrs A. Singer-Brugh, 1956 (exh. 1939, Amsterdam, no. 282); former Arthur Stoll Coll., Zurich, sale, Bern, 24 June 1994, no. 128 (acq. from Laurin, Châtillon-sous-Bagneux, who had received it from the Musée Rodin in 1946 in exchange for the Busts of M. and Mme. Gonnet, S. 744 and S. 1049); Guéret, Musée de la Sénatorerie, bequest of Dr. Benjamin Bord, 1954; Cairo, Mohamed Mahmoud Khalil Museum, bequest of Mahmoud



| 346 | [illegible] |

fig. 1– Henri Dornac, *Gustave Geffroy in his Study with "Eve" (Bronze)*, after 1896, albumen print, Ph.10047.

[illegible], 1960, Darmstadt, Hessisches Landesgalerie, acq. 1960. Sold by Georges Rudier, between 1955 and 1962, [illegible], cast in 1959, Wellington, National Art Gallery, acq. 1959, no. 7, Los Angeles, Cantor Foundation, no. 12, in 1962 Los Angeles, Cantor Coll.

**Marbles, all except the first with square base:**

1. Former Auguste Vacquerie Coll. (77 × 28 × 28 cm; with the dedication *Au maître, à Auguste Vacquerie*; and round base) acq. by Auguste Vacquerie December 1885, 1,200 francs; exh. 1886, Paris, Galerie Georges Petit; sale, Paris, Hôtel Drouot, 7 June 1899, no. 18 repr., 5,100 francs; Leclanché sale, Paris, Hôtel Drouot, 6 November 1924, no. 115 [illegible] in 1961.

2. Chicago, Art Institute, gift of Martin A. Ryerson, 1933 (73.8 × 28 × 21 cm; signed *A. Rodin*; [illegible] marble with support in the form of a tree trunk), carved for [illegible] before 1888;[5] André Schoeller, Paris; Knoedler Gallery, New York, 1922.

3. Former Harry Laurent Coll. (not Charles Laurent) concierge of the studio at 68, Boulevard d'Italie (H. 76 cm without [illegible], but with a base [illegible] at the rear) acq. 1888; sale, Sotheby's London, 1 December 1992, no. 3.

4. Washington, D.C., Corcoran Gallery of Art, bequest of William A. Clark, 1925 (76.2 × 32.5 × 24.0 cm; signed *A. Rodin* on the base [illegible]), commissioned by Henri Vever in 1890, 3,400 francs; delivered [illegible] November 1890; Vever sale, Paris, Galerie Georges Petit, 1–2 February 1897, no. 186, and acq. by Clark, 7,450 francs (see [illegible] to Rodin, 25 February 1897, Musée Rodin archives).

5. Former Léopold Eknan Coll., commissioned in 1891, 2,700 francs; delivered in 1892.

6. Mexico City, Soumaya Museum (76 × 25.5 × 26 cm; signed *A. Rodin*, on the base), acq. by Eduardo Prado c. 1892 ("I would like it even better if you came with the statue in the evening so that I might have your opinion on the lighting." Prado to Rodin, undated, 1892 [illegible], Musée Rodin archives); sale, Buenos Aires, 1904; Julie [illegible] Coll.; Christie's, New York, 12 May 1994, no. 106 (unsold). [illegible] from the marble, signed *A. Rodin* on the back of the base, in the corner near the left foot; S. 2544. Bronze, founder unknown, former Gustave Geffroy Coll., gift of Rodin to thank him for sending *L'Enfermé*; see Geffroy to Rodin, 12 December 1897 (fig. 1); sale, Paris, 2 June 1927;[6] probably sale, Christie's, New York, 6 November 2002, no. 71. Cast by *Alexis Rudier* (which cannot be the one to be given to Geffroy in 1896, long before Alexis Rudier started working for Rodin, but may possibly be the "Eve on the Rock" cast in 1915, 4,200 francs—although by this time a larger version sold for 145,000 francs—unless the model for this cast was the Dresden marble, no. 11). Sotheby's, New York, 12 May 1995, no. 251, and 11 November 1999, no. 205.

7. Toronto, Art Gallery of Ontario, gift of Mr. and Mrs. Frank Ward, 1920 (76 × 24.5 × 31.5 cm; signed *A. Rodin*), acq. from Rodin by the Knoedler Gallery, sent to the United States on the steamer *La Bourgogne* and "bonded" at U.S. Customs in New York on 6 February 1897. Photographed by Druet in Rodin's studio (Ph. 3933).

8. Former Albert Kahn Coll. (78 × 25 × 26 cm; signed *Rodin* on the base under the left foot, with a stylized treatment of the hair, relatively close to the cast of the marble S. 2029, now in the Musée Rodin), probably acq. in 1908;[7] Marseille, private coll., 1989–95; sale, Christie's, London, 24 June 1998, no. 12.

9. Wellesley College, Davis Museum and College Center, gift of [illegible], great-grandson of Julia Richardson, 1980 (H. 81 cm, with a stain in the marble; see [illegible] to Rodin, Musée Rodin archives), commissioned by Julia Richardson, 1899, 4,000 francs, probably through the Galerie Durand-Ruel,[8] sent by Rodin, 22 July 1899.

10. Former Jules [illegible] Coll., Algiers (H. 80 cm; signed *A. Rodin* on the right), commissioned on 14 September 1899, 4,000 francs, price paid in muscatel wine, sent by Rodin, 21 February 1900. Sale, Sotheby's, London, 1 July 1964, no. 112; Pasadena, Norton Simon Coll.; sale, Parke-Bernet Galleries, New York, 13 May 1971, no. 71; Christie's, London, 29 June 1976, no. 241, and 3 December 1984, no. 8.

11. Dresden, Staatliche Kunstsammlungen, acq. 1900, 8,000 francs[9] (77.5 × 28 × 32 cm; signed *A. Rodin* on the [illegible]); probably exh. 1900, Paris, Pavillon de l'Alma; [illegible] delivered in January 1902. Plasters, casts from this marble: S. 1900, pointed for transfer into marble; S. 2045, [illegible] model, another with the dedication *À mes amis M. et Mme Aubert* (gift of Rodin to Ernest Laurent). *Marbles*, two made by Léon Pérzinka (November 1898 and September 1900; 400 and 480 francs) that probably correspond to the figures acquired in 1900 for the sum of 2,500 francs, the first in August by the Scotsman John MacLaren [illegible], Edinburgh, no. 775) and the other by the American Elizabeth Cameron, who received it "on New Year's Eve" (see Butler 1996, p. 242), one of which is now: Buenos Aires, National Museum of Fine Arts, gift of [illegible] 1910 (former Dr. Francisco [illegible] Coll.). *No [illegible] marble*: Liverpool, Walker Art Gallery, bequest of James Smith, 1923 (exh. 1901, Venice, no. 15; acq. by James Smith, 1906, 5,000 francs). Possibly one cast by Alexis Rudier in 1945 (see the Mexico City marble, no. 6).

12. [illegible], Kaiser Wilhelm Museum (H. 80 cm; signed *A. Rodin*), acq. on 1 December 1900, 8,000 francs, as a gift to the museum, "to be delivered" on 20 April 1901, according to Rodin's books.

13. Former Max Linde Coll., commissioned on 17 October 1900, 7,500 francs, delivered after 4 July 1901.[10] Repr. in *Kunst und Künstler*, October 1903.

14. Moscow, Pushkin Museum, joined the collections before 1925 (H. 76 cm; signed *Rodin* on the right), acq. by Mikhail Morosov in Paris, from collection of his brother, Ivan Morosov, in 1903.

In addition to these well-documented marbles, the following works should be included and dated from between 1890 and 1900, owing to their similarity with the Wellesley College Museum marble:

* Sale, Paris, Drouot-Rive Gauche, 5 March 1978, no. 44 (76 × 27 × 30 cm; signed on the left of the base) with two very apparent holes on the front of the base. Photographed by Druet, Ph. 1935.

* [illegible], Museum of Fine Arts, gift of [illegible] 1986

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000866

# RODIN

ALBERT E. ELSEN

SECKER & WARBURG
LONDON

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000867



8–5

8–7

8–6

8–8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000868



8–9

8–5
*Eve* (reduction "B")
By 1883, bronze, height 29½ inches
Hessisches Landesmuseum, Darmstadt

8–6
*Eve* (reduction "A")
By 1883, marble, height 30½ inches
Location unknown

8–7
*Eve* (reduction "A")
By 1883, bronze, height 27⅝ inches
Walker Art Gallery, Liverpool

8–8
*Eve on the Rock*
1906–7, limestone, height 68½ inches
Ny Carlsberg Glyptotek, Copenhagen
Gift of Ny Carlsbergfondet, 1907

8–9
Fireplace showing figures of
*Adam and Eve* (first project)
1912–13, plaster, height 39⅞ inches
Musée Rodin, Meudon

## REFERENCES

Bartlett [125], p. 113; Geffroy [199a], p. 16; Maillard [71], p. 119; Mauclair [77a], p. 14, repr. opp. p. 12; Lawton [67], pp. 108–9, repr. opp. p. 109; Rilke [87], p. 30, repr. pls. 21–22; Dujardin-Beaumetz [35], p. 64; Lami [4], p. 171; Bénédite [10a], pp. 19, 26–27, repr. pl. XVI; Ludovici [70], p. 123; Grappe [338], nos. 39–41; Watkins [342], p. 7, repr. p. 6; Grappe [338a], nos. 55–58; Grappe [338b], nos. 75–77; Cladel [26], p. 143; Grappe [338c], nos. 39, 39 bis, 39 ter; Story [103], p. 144, nos. 27, 28, repr. pls. 27, 28; Grappe [338d], nos. 65–67; Waldmann [109], pp. 39, 75, nos. 26, 27, repr. pls. 26, 27; P. L. Grigaut, "Rodin's Eve," *Detroit Institute Bulletin*, Detroit, 33, no. 1 (1953–54), p. 14; Elsen [37], pp. 66, 89; Story [103a], no. 22, repr. pl. 22; Elsen [38], p. 49, repr. p. 51; Mirolli [81], pp. 208–11; Tancock [341], no. 7, repr. p. 33

## OTHER CASTS AND VERSIONS

*Bronze*

AUSTRIA

Vienna, Kunsthistorisches Museum. Purchased in 1928 from the Musée Rodin. Signed: A. Rodin. Founder: Alexis Rudier.

FRANCE

Lyons, Musée des Beaux-Arts. Purchased from Rodin in 1906.

Paris, Collection Valentin Abdy.

— Musée Rodin. Signed: A. Rodin. Founder: Alexis Rudier.

GERMANY (WEST)

Essen, Museum Folkwang (ex Collection Karl-Ernst Osthaus, Hagen). Signed: A. Rodin.

Frankfurt, Städelsches Kunstinstitut. Purchased in 1953 from a private collection. Signed. Founder: Alexis Rudier.

Hannover, Städtische Galerie (ex Collections Boghos Pascha Nubar; Zareh Nubar, Paris). Signed: A. Rodin. Founder: Alexis Rudier.

Mannheim, Städtische Kunsthalle. Signed: A. Rodin. Founder: Alexis Rudier.

GREAT BRITAIN

Cardiff, National Museum of Wales. Purchased in 1916 by Miss G. Davies. Bequeathed to museum in 1952. Signed: A. Rodin. Founder: Alexis Rudier.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

*Adam.* c. 1880. Bronze, 77" high

*Eve.* 1881. Bronze, 67¾" high

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

| PAGE | TITLE, DATE, MEDIUM, DIMENSIONS, COLLECTION | GRAPH NO. | PHOTOGRAPHER |
|---|---|---|---|
| 47 | *The Gates of Hell* in plaster at the time of Rodin's death. Musée Rodin, Meudon | — | Bernès-Marouteau |
| 50 | Michelangelo. *Adam* (detail of *The Creation of Man*). 1508–12. Fresco. Ceiling of the Sistine Chapel, The Vatican, Rome | — | Anderson |
| 50 | Michelangelo. *Pietà*. c. 1548–55. Marble, 92" high. Cathedral, Florence | — | Brogi |
| 51 | *Adam*. c. 1880. Bronze (1881?). 77" high. The Rodin Museum, Philadelphia | 47 | — |
| 51 | *Eve*. 1881. Bronze (by 1898), $67\frac{3}{4}$" high. The Toledo Museum of Art (Gift of Edward Drummond Libbey, 1952) | 65 | — |
| 52 | *Rodin's Funeral, with "The Thinker" Overlooking the Grave*. Photograph taken at Meudon, 1917 | — | — |
| 54 | *The Thinker*. 1880. Bronze (enlarged 1904; first cast, 1906), 79" high. Musée Rodin, Paris | 36 | Schneider-Lengyel |
| 55 | *The Centauress*. 1889. Marble, 28" high x $40\frac{1}{4}$" long x $10\frac{3}{4}$" deep. Musée Rodin, Paris | 239 | Archives Photographiques |
| 56 | *The Prodigal Son*. 1880–82. Bronze (before 1889?), 54" high. Allen Memorial Art Museum, Oberlin College, Oberlin, Ohio | 210 | A. E. Princehorn |
| 58 | *The Crouching Woman*. 1880–82. Terra cotta, $11\frac{3}{4}$" high. Musée Rodin, Paris | 81 | Archives Photographiques |
| 59 | *The Crouching Woman*. 1880–82? Bronze (1882). 32" high. Musée Rodin, Paris | 83 | Adelys |
| 60 | *"I Am Beautiful" (The Abductor)*. 1882. Plaster, $29\frac{1}{2}$" high. Musée Rodin, Paris | 85 | Schneider-Lengyel |
| 61 | *Fugitive Love (Fugit Amor)*. 1880–82? Bronze, $14\frac{5}{8}$" high x $19\frac{3}{4}$" long x $7\frac{3}{4}$" deep. The California Palace of the Legion of Honor, San Francisco (Spreckels Collection) | 174 | — |
| 63 | *The Kiss*. 1880–82? Bronze, $13\frac{3}{4}$" high. Galerie Jean de Ruaz, Paris | 166 | E. Rousseau |
| 64 | *"She Who Was Once the Helmet-Maker's Beautiful Wife" (The Old Courtesan)*. 1885. Bronze, $19\frac{3}{4}$" high. The Metropolitan Museum of Art, New York (Gift of Thomas F. Ryan, 1910) | 122 | — |
| 65 | *"The Helmet-Maker's Wife,"* rear view. Musée Rodin, Paris | 122 | Archives Photographiques |
| 66 | *Head of Sorrow*. By 1882. Bronze (remodeled 1905?), $9\frac{1}{2}$" high. Yale University Art Gallery, New Haven, Connecticut (Gift of Mrs. Patrick Dinehart) | 70 | — |
| 68 | *Study for "The Call to Arms" (La Défense)*. 1878. Bronze, 45" high. Private Collection, New York | 42 | Soichi Sunami |
| 69 | François Rude. *La Marseillaise*. 1833–36. Stone, over life-size. Arc de Triomphe, Paris | — | Giraudon |
| 71 | *The Burghers of Calais*. 1886–87. Bronze (1895). 85" high, including base $91\frac{1}{2}$" long x $70\frac{3}{4}$" deep x $6\frac{1}{2}$" high. The Joseph H. Hirshhorn Collection, New York | 187 | Courtesy The Solomon R. Guggenheim Museum |
| 72 | *"The Burghers of Calais"* in the square before the Town Hall, Calais | — | Jean Bruce (Courtesy Syndicat d'Initiative, Calais) |
| 73 | *First Maquette for "The Burghers of Calais"* (detail). 1884. Plaster, $13\frac{3}{4}$" high x $13\frac{1}{2}$" long x $9\frac{1}{2}$" deep. Musée Rodin, Meudon. (For full composition see catalogue of exhibition *Rodin inconnu*, Paris, Louvre, 1962–63.) | — | — |
| 74 | Anonymous French Master. *Head of Christ as Man of Sorrows*. 16th century. Painted stone, $11\frac{3}{4}$" high. Musée du Louvre, Paris | — | André Vigneau |
| 75 | *Heroic Head: Pierre de Wissant*. By 1889. Bronze, $32\frac{1}{4}$" high. The Cleveland Museum of Art, Cleveland, Ohio (Mrs. R. Henry Norweb Collection) | 169 | — |
| 76 | *Studies for "The Burghers of Calais."* 1884–85. Plaster, each c. $27\frac{1}{2}$" high. Musée Rodin, Meudon | — | Archives Photographiques |
| 77 | *Nude Study for Eustache de St. Pierre*. 1884–85. Terra cotta, $14\frac{1}{2}$" high. Musée Rodin, Meudon | — | — |

Case 1:18-cv-09011-JMF-VF Document 124-37 Filed 12/17/19 Page 20 of 29

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000871

# Homage to **Rodin**

Collection of *B. Gerald Cantor*

Los Angeles County Museum of Art 1967

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000872

Copyright 1967 by the Los Angeles County Museum of Art.
Library of Congress Catalog Card Number: 67-31131
No part of this catalog may be reproduced in any form without written permission from the publisher.

5,700 copies of *Homage to Rodin*, have been printed in November, 1967 for the Los Angeles County Museum of Art on the occasion of the exhibition.
Typography by Vernon Simpson Typographers Inc., Los Angeles.
Monotype Centaur and Arrighi by Mackenzie & Harris, Inc., San Francisco.
Catalog design by Robert R. Overby.
Photography by Edward Cornachio.

Previous Page: 12. *The Thinker #9, (Le Penseur)*, 1880. Bronze, 28 x 14 x 23 inches.

This figure is detached in a jutting position in the center of the lintel; an axial figure, it dominates the chaotic vision of Hell, a symbol of the poet in a Dantesque fashion. An enlarged version was placed in front of the Pantheon in Paris in 1906. Another study was placed, according to the will of Rodin, on his tomb in the garden of the Villa des Brillants in Meudon.

13. *Eve #12, (Eve)*, 1881. Bronze, 28 x 10 x 10½ inches.

A reduced figure of the statue conceived to be placed on one of the sides of the *Gates of Hell*, Adam was placed on the other side.

Rodin chose to represent the confusion which followed the original sin, the sense of guilt and disgrace, even while the robust fullness of the forms evoke the fecundity of the Mother of Humanity.

14. *The Crouching Woman #4, (La Femme Accroupie)*, 1882. Bronze, 17½ x 25 x 22 inches.

An enlargement of a figure placed in the lintel of the *Gates of Hell*. The head, alone is known as *Lust (Luxure)*. In the Boston Museum a variation exists in marble which carries a block on its shoulder and is thus called by another name, *Caryatid with a Stone (Cariatide à la Pierre)*.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

# RODIN

## SCULPTURES

*PRÉFACE DE MARCEL AUBERT*
*de l'Institut*

PHOTOGRAPHIES DE SOUGEZ ET DE MARC FOUCAULT

ÉDITIONS
**TEL**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000875

*COUVERTURE*

En première page, *Le Penseur* (photographie Foucault); en quatrième page, moulage de la main de Rodin exécuté trois semaines avant sa mort (photographie Sougez).

PHOTOGRAPHIES SOUGEZ:

10 à 15, 16, 17, 21, 22, 28, 29, 31, 33, 34-35, 36 (photo du bas), 46, 49, 50 (photo du bas), 52, 53, 56 (photo de droite), 62.

PHOTOGRAPHIES MARC FOUCAULT:

9, 14, 15, 18, 19, 20, 23 à 27, 30, 32, 36 (photo du haut), 37 à 45, 47, 48, 50 (photos du haut), 51, 54, 55, 56 (photo de gauche), 57 à 61.

Copyright Text and Illustration by Editions Tel, 1952.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000876

Eve, 1881

Eve, 1881

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016 STH0000878

AUGUSTE RODIN

EVE

inscrit *A. Rodin;* et *Alexis Rudier, Fondeur Paris*
bronze
H.: 173cm., 68 1/8in.

Conçu en 1881, et fondu en bronze à une date ultérieure.

**Provenance**
Collection particulière, Paris
Sir Robert Abdy Bt., London
Sir Valentine Abdy Bt., Paris
Marlborough Gallery, New York
Sylvester Stallone, Los Angeles (vente: Sotheby's, New York, 13 mai 1998, lot 12)
Acquis lors de cette vente par le propriétaire actuel

**Exposition**
New York, Marlborough Gallery, *Masters of Modern and Contemporary Sculpture,* 1984, no. 61

**Bibliographie**
Judith Cladel, *Auguste Rodin, sa Vie glorieuse, sa Vie inconnue,* Paris, 1936, pp. 142- 143, une autre épreuve reproduite
Marcel Aubert, *Rodin Sculptures,* Paris, 1952, une autre épreuve reproduite p. 21
Albert E. Elsen, *Auguste Rodin,* Londres, 1962, une autre épreuve reproduite p. 51
Albert E. Elsen, *Auguste Rodin, Readings on his Life and Work,* Englewood Cliffs, N.J., 1965, p. 164, une autre épreuve reproduite
John L. Tancock, *The Sculpture of Auguste Rodin,* Philadelphia, 1976, pp. 148- 157, no. 8-5, une autre épreuve reproduite p. 154
Albert E. Elsen, *The Gates of Hell by Auguste Rodin,* Stanford, 1985, pp.74-78, no. 64, une autre épreuve reproduite
Ruth Butler, *Rodin, The Shape of Genius,* New Haven et Londres, 1993, p. 159, pp. 161-162, une autre épreuve reproduite pl. 66
Antoinette Le Normand-Romain, *The Bronzes of Rodin, Catalogue of works in the Musée Rodin,* Paris, 2007, une autre épreuve reproduite pp.338-340 & 345 & 347

**Exemplaires connus:**

Fontes François ou Alexis Rudier

-Musee Rodin, Paris (trois fontes)

-Walter et Leonore Annenberg, en prêt perpetuel au Metropolitan Museum of Art, New York

-Folkwang Museum, Essen

-Musée des Beaux-Arts, Lyons

-Metropolitan Museum of Art, New York

-Manchester City Art Galleries, Manchester

-College of Architecture and Civil Engineering Weimar

-**Ex Collection Stallone, U.S.A. (notre bronze)**

-Albright-Knox Art Gallery, Buffalo

-National Museum of Wales, Cardiff

-Foundation Dina Vierny- Musée Maillol, Paris

-Collection particulière, U.S.A.

-Toledo Museum of Art, Ohio

-Collection particulière, Localisation actuelle inconnue

-Niedersächsisches Landesmuseum, Hanover

-National Museum, Tokyo

-Rodin Museum, Philadelphia

-Kunsthistorisches Museum, Vienna,

-Burrell Collection, Glasgow

-Städelsches Kunstinstitut, Frankfurt

-Collection particulière (Christie's, New York, 6 mai 2008)

-Detroit Institute of Arts, Detroit

-Städtische Kunsthalle, Mannheim

-Nasher Sculpture Centre, Dallas

Fontes Georges Rudier (après 1959):

-Southampton City Art Gallery, Southampton

-Los Angeles County Museum of Art, Los Angeles

-Cantor Arts Centre, Stanford University, Palo Alto, California