# EXHIBIT 36

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, February 14, 2012 3:55 AM |
| **To:** | 'yb@falnlc.sg'; 'jmperetti65@gmail.com' |
| **Subject:** | Re: Rodin |

Bonjour Yves,
Elle avait fait exactement 18,969,000 USD
Bonne journee,
Sam

---

**From**: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
**Sent**: Tuesday, February 14, 2012 06:08 AM
**To**: Valette, Samuel; 'jmperetti65@gmail.com' <jmperetti65@gmail.com>
**Subject**: RE: Rodin

Bonjour Sam,
Merci pour infos, quel prix avait atteint celle vendue en mai 2008
Bonne journée
Yves

---

**From:** Valette, Samuel [mailto:samuel.valette@sothebys.com]
**Sent:** Monday, February 13, 2012 6:35 PM
**To:** Yves Bouvier (NLC); 'jmperetti65@gmail.com'
**Subject:** Fw: Rodin

Voici un essai de nouveau doc avec plus de photos - merci de me dire s'il convient mieux. Je suis de retour a Londres mercredi et peux trouver d'autres images.
A tres bientot
Sam

---

**From**: Boyd-Bowman, Thomas
**Sent**: Monday, February 13, 2012 05:17 PM
**To**: Valette, Samuel
**Subject**: Rodin

*********************************************************************

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000888

www.sothebys.com

*********************************************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000889