# EXHIBIT 38

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Friday, March 21, 2014 7:15 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | Rodin Eve - fiche technique |
| **Attachments:** | Rodin.docx |

Bonjour Yves,

Voici la fiche technique pour la Eve. Je te transmets un texte dans l'après-midi.

Amitiés

Sam

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002130

AUGUSTE RODIN (1840-1917)
*Eve après le péché*

signed 'A.Rodin' (on the back of the base)
white marble
Height: 31 1/8 in. (79 cm.)
Conceived in 1880-1881; this marble version executed
*circa* 1900-1915



PROVENANCE:

Galerie Valentien, Stuttgart.
Acquired from the above by the family of the present
owner in December 1979.

EXHIBITED:

Stuttgart, Galerie Valentien, *Bedeutende Skulpturen von:
Ernst Barlach, Aristide Maillol, Auguste Rodin, Oskar
Schlemmer,* December 1979 (illustrated).

LITERATURE:

J. Cladel, *Auguste Rodin, L'oeuvre et l'homme,* Brussels,
1908, p.161 (another marble example illustrated p.32).
C. Mauclair, *Auguste Rodin, The Man, His Ideas, His
Works,* London, 1909, p.12 (bronze version illustrated).
L. Bénédite, *Rodin,* Paris, 1924, pp. 26-27 (bronze
version illustrated).
J. Cladel, *Auguste Rodin, Sa vie glorieuse, sa vie inconnue,* Paris, 1936, pp.142-143.
G. Grappe, *Catalogue du Musée Rodin,* Pari,s, 1944, no.59, p.28 (bronze version illustrated).
P.L.Grigau, 'Rodin's Eve', in *Bulletin of the Detroit Institute,* 1953-1954, pp.14-16 (bronze version
illustrated).
B. Champigneulle, *Rodin,* London, 1967, p.71 (bronze version illustrated pl.23).
R. Descharnes & J.F. Chabrun, *Auguste Rodin*, Paris, 1967, p.160.
I. Jianou & C. Goldscheider, *Rodin,* Paris, 1967, p.90 (plaster version illustrated pl.17).
L. Goldscheider, *Rodin Sculptures,* London, 1970, no.22 (bronze version illustrated).
J.L. Tancock, *The Sculpture of Auguste Rodin,* Philadelphia, 1976, pp.148-157 (another marble
version illustrated fig.8-6).
J.de Caso & P.B.Sanders, *Rodin's Sculpture, A Critical Study of the Spreckels Collection,* San
Francisco, 1977 (plaster version illustrated p.143).
*Stuttgarter Nachrichten,* 29 December 1979 (illustrated).
M. Hanotelle, *Paris/ Bruxelles, Rodin et Meunier,* Paris, 1982, pp.59 & 202.
H.H. Arnason, *History of Modern Art,* New York, 1986, no.123 (another marble version
illustrated p.32).
N.Barbier, *Marbres de Rodin: Collection du Musée,* Paris, 1987, no.85, p.198 (another marble
version illustrated p.199).
A. Beausire, *Quand Rodin exposait,* Dijon, 1988, pp.82, 95 & 315 (terracotta version illustrated
p.84).
D. Finn & M. Busco, *Rodin and his Contemporaries: The Iris & B. Gerald Cantor Collection,* New
York, 1991, p.42 (another marble version illustrated p.43 and on the cover).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

R. Butler, *Rodin, The Shape of Genius,* New Haven & London, 1993, p. 188.

I. Ross & A. Snow, eds. *A Magnificent Obsession,* London, 2001, p. 121 (bronze version illustrated pl. 111).

R. Masson & V. Mattiussi, *Rodin,* Paris, 2004, p.38 (bronze version illustrated p.37).

A. Le Normand-Romain, *The Bronzes of Rodin, Catalogue of Works in the Musée        Rodin,* vol.I, Paris, 2007, pp.338-343 (bronze versions illustrated).

The Comité Auguste Rodin under the direction of Jérôme Le Blay will include this work in their forthcoming Rodin *Catalogue critique de l'oeuvre sculpté* under the number 2013-4158B.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002132