# EXHIBIT 39

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Thursday, December 18, 2014 6:40 AM |
| **To:** | Yves Bouvier (NLC) (yb@falnlc.sg) |
| **Subject:** | Eve de Rodin |

Cher Yves,

Apres réflexion mes collègues et moi-même pensons que la magnifique *Eve* de Rodin appartenant à votre client serait particulièrement bien mise en valeur lors de la grande exposition de sculpture que nous préparons au château de Chatsworth en Angleterre. C'est, de l'avis de tous, le plus bel endroit au monde pour présenter de la sculpture monumentale.

L'édition 2015 marquera les 10 ans de Sotheby's a Chatsworth et s'annonce comme la plus importante exposition jamais organisée la bas. A cette occasion nous éditerons un catalogue luxueux qui sera envoyé à tous nos clients dans le monde.

Voici un lien vidéo présentant l'exposition de 2014 :
http://www.sothebys.com/en/news -video/videos/2014/08/monumental -sculpture-chatsworth-beyond-limits-2014.html

La prochaine aura lieu en Septembre/Octobre 2015.

Je pense qu'il n'y a pas de meilleure stratégie pour obtenir le prix le plus élevé pour la *Eve*.

Très amicalement,

Sam.

Samuel Valette
Senior Director, Impressionist & Modern Art
Vice-Chairman, Worldwide private sales

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016