# EXHIBIT 42

**Valette, Samuel**

---

| **From:** | Valette, Samuel |
|---|---|
| **Sent:** | Tuesday, September 24, 2013 9:32 AM |
| **To:** | 'jmperetti65@gmail.com' |
| **Subject:** | Traduction en francais de l'article du Standard |

---

**From**: Duff, Fergus
**Sent**: Tuesday, September 24, 2013 02:24 PM
**To**: Valette, Samuel
**Subject**: French Translation of the Article

Klimt's *Wasserschlangen II* vendu à l'étranger.

Ursula Ucicky a décidé de restituer de manière privée Klimt's *Wasserschlangen II*, qui avait appartenu à Jenny Steiner. Sotheby's a vendu le tableau pour 120 million de dollars, net. Les autres tableaux de Ucicky sont dans une fondation privée.

Rudolf Leopold, le fameux collectionneur, décédé en 2010, estimait que le tableau était son tableau manquant, un tableau très spécial. Il s'appelait Klimt's Wasserschlangen II, Gustav Klimt l'a peint entre 1904 et 1907. Pour Leopold ce chef d'œuvre était aussi important que Goldene Adèle, acquis par Ronald Lauder pour un prix record de 135 millions de dollars en 2006. Mais accéder au tableau qui se trouvait dans un appartement viennois était très difficile-la propriétaire était une dame âgée, et n'ouvrait pas la porte.

Si Ursula Ucicky avait pu être convaincue par Leopold, le tableau se trouverait aujourd'hui dans le Musée Leopold. Mais il en fut autrement: *Wasserschlangen II* a été vendu de manière privée par Sotheby's pour 120 million de dollars net et n'est plus en Autriche. Il n'y a pas d'information sur l'acheteur.

A l'origine il est étrange que le département en charge des exports ait accordé une licence d'exportation. Mais il y avait de solides raisons: *Wasserschlangen II* est de l'art spolié-Ursula Ucicky décida en faveur d'une restitution privée.

Le tableau a été acquis par l'industrielle Jenny Steiner en 1911 directement de Klimt. En 1938, après l'annexation de l'Autriche par l'Allemagne, le tableau fut mis en gage. Le 5 mars 1940, le tableau était censé être mis en vente chez Dorotheum mais le Reichstatthalter Baldur von Schirach retira *Wasserschlangen II* de la vente. Le tableau entra en possession du réalisateur du film Gustav Ucicky. L'historique peut se trouver dans livre Sophie Lillies Buch « Was einmal war » (Czernin Verlag). *Wasserschlangen II* figure en couverture de ce livre. Ucicky, né en 1899 à Vienne, était le fils de Maria Ucicka, qui été domestique dans chez Klimt et également son modèle. Il n'y a pas de fondement a la réclamation en paternité de Ucicky. Ucicky a réalisé plusieurs films donc *Café Electrique* en 1941 et pendant la période Nazi, le film de propagande *Heimkehr* avec Paula Wessely dans le rôle principal. Il est mort en 1961 à Hambourg, et a laissé à sa femme Ursula une belle collection.

Il y a peu, une transaction avec les héritiers de Jenny Steiner a eu lieu. La répartition des produits de cette transaction n'est pas connue. Pour la veuve Usicky, d'origine juive, cette solution est un soulagement. De surcroit, elle a transféré le reste de ces Klimt, quatre tableaux et dix dessins et un million d'Euros dans une fondation privée établie récemment. Le directeur de la Gustav Klimt/Wien 1900 fondation Prive est Peter

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002092

Weinhäupl, nommé à vie, directeur financier du Musée Leopold.  Sur le conseil on retrouve également nommée à vie sa compagne Sandra Tretter, du Musée Leopold jusqu'il y récemment, et pour cinq ans Hubert Weinhäupl, frère de Peter Weinhäupl.  L'avocat de la Fondation, est Andreas Nödl, également membre du conseil de la Fondation Leopold.

Ursula Ucicky a renoncé explicitement a toute possibilité de dissolution de la Fondation. L'objet de la Fondation d'après le registre est la conservation et la propagation de l'héritage de Gustav Klimt, son accès au public ainsi de tout travail de recherche et de documentation. Le paragraphe 2 des statuts de la Fondation est mentionné et prévoit qu'une solution juste au sens des Principes de Washington sera recherché en cas d'art spolié.

Le cas Felsövanyi

Peter W. et Andreas N. ont confirmé à la demande de Standard qu'il y a un cas pertinent. Il s'agit un portrait de Gertrud Loew (1902). Il n'est pas clair à ce stade comment le tableau entra en possession de G Ucicky  pendant la période Nazi. L'héritier Felsövanyi âgé de 98 ans, résidante Californie, a contacté Ursula Ucicky concernant ce portait. Sa lettre a motivé la vielle dame à restituer le bien de manière privée. A l'origine il fallait trouver un solution pour Wasserschlangen II II de façon à disposer de fonds pour Felsövanyi, a indiqué Weinhäupl. La provenance de ce tableau fait l'objet de recherches actuellement et Nödl est en contact avec Ernst Ploil, l'avocat de Felsövanyi. Un solution juste et équitable doit être trouvée dans ce cas, a dit Nödl.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002093