# EXHIBIT 44

**Yves Bouvier (NLC)**

---

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) |
| **Sent:** | Tuesday, June 26, 2012 12:02 AM |
| **To:** | Valette, Samuel |
| **Cc:** | 'jmperetti65@gmail.com' |
| **Subject:** | Re: Modigliani |

Hello
Merci de me passer en fichier normal le document comparatif sur les têtes afin que je puisse y inclure les traductions.
Yves

---

**De** : Valette, Samuel <samuel.valette@sothebys.com>
**À** : Yves Bouvier (NLC)
**Cc** : jmperetti65@gmail.com <jmperetti65@gmail.com>
**Envoyé** : Mon Jun 25 19:27:03 2012
**Objet** : Modigliani

Yves,

Je n'emploie pas beaucoup ce mot, mais il s'agit-là du chef-d'œuvre absolu de la sculpture de Modigliani. Voir photo ci-dessous et ci-joint.

C'est la plus grande, la plus expressive, la plus harmonieuse sculpture de l'artiste. Elle est supérieure à celle de la Tate Gallery de Londres, supérieure à celle du MOMA, supérieure à celle du Guggenheim et incomparable avec ce qui peut se trouver en collection privée. Je t'ai mis en copie la production complète des *Têtes* de Modigliani répertoriées dans le Ceroni pour comparaison. La sculpture vendue par Christie's en juin 2010 pour 43 millions d'euros ne possédait pas la même amplitude (près de 10cm de moins) était plus agressive dans ses traits et la pierre avait beaucoup noirci avec le temps ce qui lui faisait perdre en expressivité.

Ici les traits sont sculptés avec une infinie délicatesse, la pierre a gardé sa couleur d'origine, les arêtes ne sont pas émoussées. Elle rayonne de puissance et de beauté. Il n'y aucune chance d'en trouver une plus belle sur le marché. C'est tout simplement la plus belle sculpture de Modigliani qui ne pourra jamais être achetée.

Cette pièce n'est jamais passé en vente aux enchères. Elle possède une provenance extraordinaire et a été exposée des 1912 à Paris, au Salon d'Automne. Elle est dans la même famille depuis 1956. Les clients sont vendeurs mais ils sont très conscients de ce qu'ils possèdent et il faudra se positionner a un niveau solide pour la signer.

Nous avons rendez-vous avec les propriétaires cette semaine.

Très amicalement,

Sam.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0001040

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.

www.sothebys.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0001041