# EXHIBIT 46

**Jean-Marc Peretti**

| | |
|---|---|
| **From:** | Jean-Marc Peretti |
| **Sent:** | Wednesday, July 11, 2012 12:34 PM |
| **To:** | Valette, Samuel |
| **Subject:** | Re: GENEVA |

Tel moi merci

Envoyé de mon iPhone

Le 11 juil. 2012 à 13:51, "Valette, Samuel" <samuel.valette@sothebys.com> a écrit :

> La sculpture est arrivée chez NLC!
>
> A demain
>
> Sam
>
>
> ******************************************************************** > This email and any files transmitted with it are confidential and > intended solely for the use of the individual or entity to whom they > are addressed. If you have received this email in error please notify > the postmaster at postmaster@sothebys.com.
>
>
> www.sothebys.com
> *****************************************************************
>
> <IMG00406-20120711-1220.jpg>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016