# EXHIBIT 50

**Vinciguerra, Bruno**

| | |
|---|---|
| **From:** | Vinciguerra, Bruno |
| **Sent:** | Monday, November 03, 2014 11:53 AM |
| **To:** | Jean-Marc Peretti (jmperetti65@gmail.com) |
| **Cc:** | Valette, Samuel |
| **Subject:** | Modi terms |

Jean Marc
To sum up.

We will offer this client to pay 50% at 30 days and 50% at 90 days, if they win.
In any case, as planned, we will pay you $25mil tomorrow.
If this client wins, we will pay you $15mil on day 30 (instead of 25 by our contract) and the remainder (last $10mil of the G plus upside per contract) on day 90.

Thanks for replying to confirm our understanding in order to offer these terms and engage with that client.
Merci beaucoup
Bruno

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002245