# EXHIBIT 52

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, February 17, 2015 8:22 AM |
| **To:** | Jean-Marc Peretti 2 |
| **Subject:** | Fwd: Toulouse-Lautrec lot 18 |

Pour infos

Sent from my iPhone

Begin forwarded message:

**Sotheby's,**
**Registered Office: 34-35 New Bond Street, London W1A 2AA**
**Registered in England and Wales, No. 874867**

**From:** "Valette, Samuel" <samuel.valette@sothebys.com>
**Date:** 17 February 2015 13:14:42 GMT
**To:** "Yves Bouvier (NLC) (yb@falnlc.sg)" <yb@falnlc.sg>
**Subject: FW: Toulouse-Lautrec lot 18**

Cher Yves,

A la suite de votre demande, voici le décompte pour le Lautrec :

| | |
|---|---|
| Estimation: | £9,000,000 - £12,000,000 |
| Garantie (prorata): | £9,430,861 |
| Prix d'adjudication: | £9,500,000 |
| Commission totale payée par l'acheteur: | £1,289,000 |
| Portion de cette commission revenant au vendeur (40%): | £515,600 |

Je reste à votre disposition pour tous renseignements complémentaires.

Samuel Valette

---

**From:** Friel, Scarlet
**Sent:** 17 February 2015 12:59
**To:** Valette, Samuel
**Cc:** Amin, Nisha
**Subject:** Toulouse-Lautrec lot 18

Dear Sam,

As requested, see below for the Toulouse-Lautrec:

| | |
|---|---|
| Estimates: | £9,000,000 - £12,000,000 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002540

Pro-Rata Guarantee              £9,430,861
Hammer Price:                    £9,500,000
Buyers Premium                   £1,289,000
Consignment Fee due to seller:     £515,600

Best wishes,
Scarlet

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002541