# EXHIBIT 53

**Vinciguerra, Bruno**

| | |
|---|---|
| **From:** | Vinciguerra, Bruno |
| **Sent:** | Monday, March 03, 2014 6:48 PM |
| **To:** | Valette, Samuel; 'Jean-Marc Peretti' |
| **Subject:** | FYI |

http://artsbeat.blogs.nytimes.com/2014/03/03/newly-attributed-leonardo-painting-was-sold-privately-for-over-75-million/

# Recently Attributed Leonardo Painting Was Sold Privately for Over $75 Million

**By SCOTT REYBURN**



LONDON – A Leonardo da Vinci painting discovered by a dealer at an American estate sale was sold last year in a private transaction for more than $75 million.

The painting, Leonardo's oil-on-panel "Salvator Mundi," showing Christ half-length with a crystal orb in his left hand, had been owned by a consortium that included the New York art traders Alexander Parish and Robert Simon.

The heavily restored painting, dating from about 1500, was bought by an unidentified collector for between $75 million and $80 million in May 2013, in a private sale brokered by Sotheby's. The details of the purchase have remained locked in confidentiality clauses until they were revealed this week by trade insiders, such as the London dealer Anthony Crichton-Stuart.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002127

"It's a trophy painting by a highly important artist," Mr. Crichton-Stuart said. "You have to balance its compromised condition against the fact that it is by one of the most magical and significant names in the entire canon of Western art, and in that sense, it feels like a fair price."

The 26-inch-high "Salvator Mundi," dating from about 1500, had been acquired in the mid-2000s by Mr. Parish for an undisclosed sum at an estate sale. Since 1900, the panel, which had been much over-painted, was cataloged as a copy after Boltraffio, an artist who worked in Leonardo's studio.

Subsequent cleaning and research by Mr. Simon and others revealed the painting to be an original Leonardo formerly owned by King Charles I of England. Despite the gaps in its provenance, most scholars now accept the work as an autographed oil by the artist.

It was included in the "Leonardo da Vinci: Painter at the Court of Milan" exhibition at London's National Gallery from November 2011 through February 2012. Later in 2012, the "Salvator Mundi" was displayed on loan at the Dallas Museum of Art, which attempted to buy it.

Mr. Simon said by telephone on Monday that "the picture is no longer available." Sotheby's does not comment on its private sales.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002128



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002129