# EXHIBIT 56

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Wednesday, January 28, 2015 11:07 AM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | Bouvier 27.1.2015.pdf |
| **Attachments:** | Bouvier 27.1.2015.pdf; ATT00001.txt |

Sotheby's,
Registered Office: 34-35 New Bond Street, London W1A 2AA Registered in England and Wales, No. 874867

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002509

Sent from my iPhone

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002510

Sotheby's

Mr Yves Bouvier
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

27th January 2015

Dear Mr Bouvier,

Further to your request, please find enclosed our valuation document for the exquisitely beautiful and highly important work by Leonardo da Vinci, *Salvator Mundi*. No Old Master Painting of comparable importance has appeared on the market since then (nor had one for at least a decade before). Our valuation, therefore, takes account of the price levels achieved by the greatest modern works of art to have appeared on the international market in the past few years. It could certainly be argued, however, that nothing has appeared on the market in any category in recent years to rival the art historical significance and rarity of the Salvator Mundi.

I hope this is all that you require for the time being, but please do not hesitate to contact me should you require any further information.

Kind regards,

Alexander Bell
Joint International Department Head
Co-Chairman, Old Master Paintings, Sotheby's Worldwide
Tel: +44 (0)20 7293 5420 | Fax: +44 (0)20 7293 5943
Email: alex.bell@sothebys.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002511