# EXHIBIT 1

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Friday, March 18, 2011 1:17 PM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch); jmperetti65@gmail.com |
| **Subject:** | Picasso 1914 |
| **Attachments:** | Picasso 1914.doc |
| **Importance:** | High |

Cher Yves, Cher Jean-Marc,

Voici la note comme convenu avec les expositions, un commentaire sur son importance, les photos de Picasso et les photos de 3 tableaux comparables dans des Musees. On fera le film mardi devant le tableau. On rappellera le client mardi apres-midi pour avoir un prix ferme.

Amities,

Sam.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000090

**Pablo Picasso  1881-1973**
HOMME ASSIS AU VERRE
Signé *Picasso* (en bas à droite)
Huile sur toile
236 x 167,5 cm

Peint en Avignon à l'été 1914

**Provenance**
Collection privée, Milan
Galerie Rosengart, Lucerne
Collection privée, New York
H. Ishizuka, Tokyo
Vente : Sotheby Parke Bernet, New York, 19 octobre 1977
Collection privée


**Expositions**
Avignon, Palais des Papes, *Exposition d'Art Moderne*, 1947, no. 143
Venise, *24. Biennale Internazionale d'Arte*, 1948, no. 9
Paris, Musée des Arts Décoratifs, *Picasso*, 1955, no. 44, reproduit au catalogue
Londres, Tate Gallery, *Picasso*, 1960, no. 80, reproduit au catalogue
Paris, Grand Palais, *Hommage à Pablo Picasso*, 1966-67, no. 94, reproduit au catalogue
Amsterdam, Stedelijk Museum, *Picasso*, 1967, no. 38, reproduit au catalogue
Humlebæk, Luoisiana Museum, *Picasso*, 1968, no. 31, reproduit en couleur au catalogue
Munich, Haus der Kunst, *Europaisher Expressionismus*, 1970, no. 68, reproduit en couleur au catalogue
Barcelona, Museu Picasso et Madrid, Museo de Arte Contemporáneo, *Exposición Antológica Pablo Picasso*, 1981-82, no. 71
Palm Beach, Norton Gallery, *Picasso: A Vision*, 1994, reproduit en couleur au catalogue
Bâle, Fondation Beyeler, *The Surrealist Picasso*, 2005, no. 1, reproduit en couleur au catalogue
Madrid, Museo del Prado, *Picasso: Tradición y Vanguardia*, 2006, no. 13, reproduit en couleur au catalogue
Paris, Musée National Picasso, *Picasso Cubiste*, 2008

**Bibliographie**
Christian Zervos, *Pablo Picasso, œuvres de 1912 à 1917*, Paris, 1942, vol. 2**, no. 845, reproduit pl. 359
André Fermigier, *Picasso*, Paris, p. 105
André Fermigier, *Picasso*, Paris, pp. 110-111, 163
*Die Weltkunst*, 1er avril 1970, p. 384
John Golding, *Cubism, A History and an Analysis, 1907-1914*, Londres, 1959, reproduit pl. 22
Franco Russoli & Fiorella Minervino, *L'opera completa di Picasso cubista*, Milan, 1972, no. 702, reproduit p. 120

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

Pierre Daix, *La Vie de peintre de Pablo Picasso*, Paris, 1977, p. 140

Pierre Daix & Joan Rosselet, *Le Cubisme de Picasso. Catalogue raisonné de l'œuvre peint 1907-1916*, Neuchâtel, 1979, no. 783, reproduit p. 337

Pierre Cabanne, *Pablo Picasso: His Life and Times*

Josep Palau I Fabre, *Picasso Cubisme, 1907-1917*, Paris, 1990, no. 1220, reproduit en couleur p. 409

Jean Sutherland Boggs, *Picasso & Things* (catalogue d'exposition), Cleveland Museum of Art, Cleveland, 1992, p. 132

Marilyn McCully, *Picasso: A Private Collection*, Londres, 1993

John Richardson, *A Life of Picasso, 1907-1917: The Painter of Modern Life*, Londres, 1996, reproduit p. 326

*Picasso, Braque and Early Film in Cubism* (catalogue d'exposition), Pace Wildenstein, New York, 2007, reproduit p. 138

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000092

*Homme assis au verre* date de l'été 1914, une période essentielle de transition dans l'art de Picasso où le peintre passe du cubisme analytique au cubisme synthétique.

Après plusieurs années d'expérimentation de la palette monochrome propre au cubisme analytique, Picasso commence en 1913 à réintroduire la couleur dans ses compositions, ce nouveau style trouvant son aboutissement dans les œuvres exécutées au cours de l'été 1914.

Le présent tableau n'est pas seulement le plus monumental de ceux peints au cours de cette période mais il s'agit également de la plus grande composition cubiste à l'huile de Picasso. La seule œuvre cubiste de l'artiste dont les dimensions soient plus importantes est le célèbre tableau *Les Demoiselles d'Avignon*, qui mesure 244 x 233 cm.

Au cours de l'été qu'il passe à Avignon en 1914, Picasso réalise plusieurs œuvres, dont certaines dans un grand format et dans une palette vibrante.  Jean Sutherland Boggs écrit à propos des œuvres de cette période : « Il est plus inventif que jamais, plus optimiste, plus sensible aux charmes des motifs et des couleurs, plus curieux des petites choses et plus heureux de les manipuler dans ses compositions ».

Picasso lui-même considérait très certainement ce tableau comme l'une de ses œuvres les plus importantes, ainsi qu'en atteste le fait qu'il l'ait photographié alors qu'il était encore en train d'y travailler.

Les traits extrêmement stylisés et les déformations du corps du modèle eurent une influence considérable sur certains artistes surréalistes comme Joan Miró. Aussi certains spécialistes se sont-ils référé à cette période de l'œuvre de Picasso comme au « Surréalisme avant la lettre ».

Le biographe de Picasso, John Richardson, écrit à propos de ce tableau : « Il s'agit de l'une des plus ambitieuses et plus expérimentales compositions cubistes parmi les dernières réalisées par l'artiste ».

Cette œuvre est inédite sur le marché et n'a pas été présentée en vente aux enchères depuis 34 ans.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000093



Le présent tableau en cours d'exécution, 1914. Photographie de Picasso. Archives Picasso.



Picasso dans son studio, 1915, avec le tableau visible à droite au centre.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



Le tableau encadré.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000095

**Œuvres comparables répertoriées dans les musées internationaux :**



Pablo Picasso, *Femme assise devant une cheminée*, Avignon, été 1914, huile sur toile, Musée National d'Art Moderne, Centre Georges Pompidou, Paris



Pablo Picasso, *Nature morte verte*, Avignon, été 1914, huile sur toile, The Museum of Modern Art, New York



Pablo Picasso, *Nature morte avec fruits, verre et journal*, Paris, été 1914, huile et sable sur toile, The Kreeger Museum, Washington, D.C.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016