# EXHIBIT 2

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, March 22, 2011 1:59 PM |
| **To:** | 'yb@falnlc.sg' |
| **Subject:** | Re: |

On doit appeler le client demain apres-midi pour fixer le prix. Message recu pour les dollars, c'est une question que l'on se posait.
Bonne soiree,
Sam

----- Original Message -----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Tuesday, March 22, 2011 05:51 PM
To: Valette, Samuel
Subject: Re:

Merci par avance.
Par ailleurs, quand auras-tu le prix définitif?
La Livre est de plus en plus forte par rapport aux dollars US, je pense qu'un prix en Usd serait le plus adapté.
Bonne soirée
Yves

----- Message d'origine -----
De : Valette, Samuel <samuel.valette@sothebys.com>
À : Yves Bouvier (NLC)
Envoyé : Wed Mar 23 01:47:15 2011
Objet : Re:

Ok - je te dis ca demain matin - je crois que l'accrochage change a partir du 10 avril mais je vais verifier Bonne soiree Sam

----- Original Message -----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Tuesday, March 22, 2011 05:00 PM
To: Valette, Samuel
Subject: Re:

Bonsoir Sam
Merci pour les infos.
Peux tu me confirmer jusqu'à quelle date le tableau est à la Fondation Beyeler.
Bonne soirée
Yves

----- Message d'origine -----

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000113

De : Valette, Samuel <samuel.valette@sothebys.com>
À : Yves Bouvier (NLC)
Envoyé : Tue Mar 22 23:12:16 2011
Objet : Re:

Dans le Palau I Fabre le tableau est intitule: "Couple dans un bar"

Josep Palau I Fabre, Picasso Cubisme, 1907-1917, Paris, 1990, no. 1220, illustrated in colour p. 409 (titled Couple dans un bar)

A propos de notre tableau Palau ecrit:

"Cette œuvre, habituellement appelée 'Homme assis tenant un verre', représente selon nous un couple, non un seul personnage, et renferme une allusion ironique à la feinte sainteté du personnage auréolé, qui est en train de consommer dans un bar avec une femme. Le visage est double et les moustaches du visage masculine sont aussi les paupières abaissées de la femme. Nous sommes en plein surréalisme avant la lettre."

----- Original Message -----
From: Valette, Samuel
Sent: Tuesday, March 22, 2011 02:54 PM
To: 'yb@falnlc.sg' <yb@falnlc.sg>
Subject: Re:

Oui tres interessante. J'ai trouve que le tableau avait une vraie presence au mur. Je t'emaile la video demain matin et le second titre.
Amities,
Sam

----- Original Message -----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Tuesday, March 22, 2011 02:27 PM
To: Valette, Samuel
Subject:

Bonjour Sam,
J'espère que la visite était intéressante.
Merci de ne pas oublier de me transmettre le second titre du tableau.
Bien amicalement
Yves

*******************************************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000114

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the postmaster at postmaster@sothebys.com.

www.sothebys.com
*******************************************************************

Sotheby's,
Registered Office: 34-35 New Bond Street, London W1A 2AA Registered in England, No. 874867

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000115