# EXHIBIT 3

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Thursday, March 24, 2011 6:53 PM |
| **To:** | 'ybouvier@fineartnlc.ch' |
| **Subject:** | Picasso |

Bonsoir Yves,
Voici un texte sur l'oeuvre, plus centre sur la composition.
Nous devrions avoir le prix demain.
Bonne nuit
Sam

L'œuvre date de l'été 1914, une période de transition artistique essentielle pour Pablo Picasso qui passe du Cubisme analytique au Cubisme synthétique.  Au mois de juin de cette année, Picasso s'installe à Avignon et le tableau réunit plusieurs des éléments caractéristiques de cette période extrêmement féconde pour l'histoire du Cubisme. Contrairement aux compositions presque monochromes et peintes dans une palette nettement plus sombre qu'il exécutait jusque là, l'artiste renoue à Avignon avec son goût pour les couleurs et les motifs. Cette composition, à l'instar des autres tableaux de cette période, utilise une gamme variée de tonalités chromatiques, qui se détachent admirablement sur le fond vert de l'œuvre.

Selon Josep Palau I Fabre, auteur de publications de référence sur les œuvres de jeunesse de Picasso, ce tableau représenterait un couple - un homme et une femme - assis dans un bar, et non une seule figure masculine. Il écrit à ce sujet : « Cette œuvre, habituellement appelée Homme assis tenant un verre, représente selon nous un couple, non un seul personnage, et renferme une allusion ironique à la feinte sainteté du personnage auréolé, qui est en train de consommer dans un bar avec une femme. Le visage est double et les moustaches du visage masculin sont aussi les paupières abaissées de la femme. Nous sommes en plein surréalisme avant la lettre » (J. Palau I Fabre, op. cit., p. 519).

Les deux personnages sont ici représentés de manière extrêmement stylisée et leurs deux corps sont entremêlés au point de sembler ne faire plus qu'un. Le fait que la plupart des éléments de la composition puissent être interprétés de plusieurs manières, comme ayant trait à la fois à la figure masculine et à la figure féminine, est caractéristique de l'approche intellectuelle qu'a Picasso dans la construction de ses compositions. Ceci constitue par ailleurs l'un des traits distinctifs de la peinture cubiste, où les figures, vues simultanément sous plusieurs angles différents, sont décomposées en formes géométriques puis reconstruites en une seule et même composition. Cette manière de représenter les personnages et les objets, pleine d'humour et d'astuce, préfigure également le mouvement surréaliste et a d'ailleurs eu une influence considérable sur des artistes tels que Joan Miró ou Francis Picabia.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000126

Dans le présent tableau, le peintre insiste sur la planéité des éléments qui sont nettement individualisés, ce qui n'est pas sans évoquer la technique du papier collé utilisée par Picasso et Braque à la fin de l'année 1912.  Dans ses œuvres de 1914, Picasso délaisse ainsi les structures complexes et hermétiques du Cubisme analytique au profit des formes simples et planes propres au Cubisme synthétique. Tel est le cas ici où toute la composition repose sur des formes schématisées qui s'imbriquent et se répondent de manière à suggérer la silhouette des personnages. Avec son traitement des volumes en seulement deux dimensions de manière à souligner la planéité de la toile, ce tableau illustre de manière remarquable comment l'utilisation de la technique des papiers collés a ouvert la voie à tout un nouveau vocabulaire plastique.

La toile est ici animée de pointillés et de lignes courbes concentriques, autant d'éléments que l'on s'attendrait à voir dans un collage. Cette allusion en trompe l'œil à ses premières œuvres cubistes est typique du travail de Picasso de cette époque. La carte ou affiche qui apparaît derrière les personnages, sur laquelle on peut lire les mots Fêtes Avignon, évoque également les fragments de journaux qui sont utilisés de manière récurrente dans l'art cubiste. La combinaison de ces différents éléments novateurs en une seule œuvre contribue à faire du présent tableau l'une œuvres les plus iconiques et les plus abouties de la peinture cubiste alors à son apogée.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000127