# EXHIBIT 5

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Friday, April 08, 2011 6:37 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | attestation Picasso en pdf |
| **Attachments:** | Picasso 1914-2 _3_.pdf |

Cher Yves,

Voici l'attestation dans un format PDF, peut etre plus facile a utiliser

Bien a toi,

Sam

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000145

 **Sotheby's** EST. 1744

34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

M. Yves Bouvier
Blancaflor Investments Ltd
Avenue de Secheron 6
Geneve 1202
Switzerland

Londres, le 8 avril 2011

Cher Monsieur,

Je vous confirme que l'important tableau de Picasso décrit ci-dessous :

**Pablo Picasso  1881-1973**
HOMME ASSIS AU VERRE ou COUPLE DANS UN BAR
Signé *Picasso* (en bas à droite)
Huile sur toile
236 x 167,5 cm

Peint en Avignon à l'été 1914

Est bien celui actuellement expose a la fondation Beyeler de Bale et ce jusqu'à la fin du mois d'avril 2011.

Vous trouverez ci-joint une fiche détaillée du tableau ainsi qu'une photographie.

Veuillez agréer, Monsieur, l'expression de nos meilleures salutations.

Samuel Valette
Senior Specialist, Europe
Senior Director
Impressionist and Modern Art
Direct Tel:  +4420 7293 5733
Direct Fax: +4420 7293 5932

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000146

**Expositions**

Avignon, Palais des Papes, *Exposition d'Art Moderne*, 1947, no. 143

Venise, *24. Biennale Internazionale d'Arte*, 1948, no. 9

Paris, Musée des Arts Décoratifs, *Picasso*, 1955, no. 44, reproduit au catalogue

Londres, Tate Gallery, *Picasso*, 1960, no. 80, reproduit au catalogue

Paris, Grand Palais, *Hommage à Pablo Picasso*, 1966-67, no. 94, reproduit au catalogue

Amsterdam, Stedelijk Museum, *Picasso*, 1967, no. 38, reproduit au catalogue

Humlebæk, Luoisiana Museum, *Picasso*, 1968, no. 31, reproduit en couleur au catalogue

Munich, Haus der Kunst, *Europaisher Expressionismus*, 1970, no. 68, reproduit en couleur au catalogue

Barcelona, Museu Picasso et Madrid, Museo de Arte Contemporáneo, *Exposición Antológica Pablo Picasso*, 1981-82, no. 71

Palm Beach, Norton Gallery, *Picasso: A Vision*, 1994, reproduit en couleur au catalogue

Bâle, Fondation Beyeler, *The Surrealist Picasso*, 2005, no. 1, reproduit en couleur au catalogue

Madrid, Museo del Prado, *Picasso: Tradición y Vanguardia*, 2006, no. 13, reproduit en couleur au catalogue

Paris, Musée National Picasso, *Picasso Cubiste*, 2008

**Bibliographie**

Christian Zervos, *Pablo Picasso, œuvres de 1912 à 1917*, Paris, 1942, vol. 2**, no. 845, reproduit pl. 359

André Fermigier, *Picasso*, Paris, p. 105

André Fermigier, *Picasso*, Paris, pp. 110-111, 163

*Die Weltkunst*, 1$^{er}$ avril 1970, p. 384

John Golding, *Cubism, A History and an Analysis, 1907-1914*, Londres, 1959, reproduit pl. 22

Franco Russoli & Fiorella Minervino, *L'opera completa di Picasso cubista*, Milan, 1972, no. 702, reproduit p. 120

Pierre Daix, *La Vie de peintre de Pablo Picasso*, Paris, 1977, p. 140

Pierre Daix & Joan Rosselet, *Le Cubisme de Picasso. Catalogue raisonné de l'œuvre peint 1907-1916*, Neuchâtel, 1979, no. 783, reproduit p. 337

Pierre Cabanne, *Pablo Picasso: His Life and Times*

Josep Palau I Fabre, *Picasso Cubisme, 1907-1917*, Paris, 1990, no. 1220, reproduit en couleur p. 409

Jean Sutherland Boggs, *Picasso & Things* (catalogue d'exposition), Cleveland Museum of Art, Cleveland, 1992, p. 132

Marilyn McCully, *Picasso: A Private Collection*, Londres, 1993

John Richardson, *A Life of Picasso, 1907-1917: The Painter of Modern Life*, Londres, 1996, reproduit p. 326

*Picasso, Braque and Early Film in Cubism* (catalogue d'exposition), Pace Wildenstein, New York, 2007, reproduit p. 138

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000147



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000148