# EXHIBIT 7

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Saturday, April 09, 2011 10:37 AM |
| **To:** | 'ybouvier@fineartnlc.ch' |
| **Subject:** | Fw: |
| **Attachments:** | Maillol La Méditerranée.doc |

**From**: alain valette [mailto:agsvalette@gmail.com]
**Sent**: Saturday, April 09, 2011 03:35 PM
**To**: Valette, Samuel
**Subject**:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000165

ARISTIDE MAILLOL (1861-1944)
*La Méditerranée*
Bronze, unnumbered
110 x 120 x 70 cm
Conceived in 1900-05 and cast and patinated by Alexis Rudier between 1920-1930 under the supervision of the artist.



*Provenance:*
Lucien Maillol, Banyuls-sur-Mer (by descent from the artist)
Dina Vierny, Paris (acquired from the above in 1972)
Acquired from the above by the present owner in 2003

*Exhibited:*
Barcelona, Sala de exposiciones de Caixa Catalunya, La Pedrera, *Maillol*, 2009-10, illustrated in the catalogue p. 145

*Literature:*
John Rewald, *Maillol*, Paris, 1939, illustration of the plaster p. 50
Berthold Hackelsberger, *Aristide Maillol, La Méditerranée*, Stuttgart, 1960

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                                    STH0000166

*Hommage à Aristide Maillol* (exhibition catalogue), Paris, 1961, no. 29, illustration of another cast
Waldemar George, *Aristide Maillol*, Paris, 1964, illustrations of other casts p. 65-67
Wendy Slatkin, "The Genesis of Maillol's La Méditerranée," *College Art Journal*, 1979
Dina Vierny & Bertrand Lorquin, *Maillol: La Méditerranée*, Les Dossiers du Musée d'Orsay, Paris, 1986, no. 5, illustration of another cast from the first state of the sculpture; fig. 2, illustration of the plaster
*On Classical Ground* (exhibition catalogue), Tate Gallery, London, 1990, no. 88, illustration of another cast
Bertrand Lorquin, *Maillol*, London, 1995, illustration of the plaster p. 46
Aristide Maillol (exhibition catalogue), Georg-Kolbe Museum, Berlin; Musée cantonal des Beaux-Arts, Lausanne; Gerhard Marcks-Haus, Bremen; Städtische Kunsthalle, Mannheim, 1996-97, no. 47, illustration of another cast p. 99
Bertrand Lorquin, *Aristide Maillol*, Paris, 2002, illustration of the plaster p. 46
*Aristide Maillol* (exhibition catalogue), Palais des Congrès, Perpignan, 2000, no. 29, illustration of another cast pp. 72-73
*Le Musée Maillol s'expose* (exhibition catalogue), Paris, 2008, illustration of another cast p. 43

Maillol's *La Méditerranée* is the first and arguably the greatest of his masterpieces. At the 1905 *Salon d'autumne*, where the sculpture debuted to the public, she was the emblem of modernity. As noted by French author, Andre Gide in his review of the Salon, "She is beautiful and meaningless. This is a work of silence." This observation refers to *La Méditerranée*'s simplified feminine form and compact harmonious shape, nearly a perfect cube. The composition imbues the sculpture with an unmistakable gravity and sobriety, yet she is unattached to any anecdote or specific representation. Her beauty is the result of her formal qualities.

*La Méditerranée* grew out of Maillol's tapestries on which he was passionately focused until the late 1890s when his sight grew poor from working in artificial light. During this period, he was fascinated by the work of Paul Gauguin and Gauguin was similarly impressed by the young Maillol, saying in an 1894 article in the *Salon de la Libre Esthétique* in response to the Groups des Vignts exhibition, "The tapestry exhibited by Maillol cannot be too highly praised." (W. George, *Aristide Maillol*, Paris, 1964, p. 219)

In many ways, *La Méditerranée* is descended from Gauguin's work of the late 1880s and in particular *Dans les vagues (Ondine 1)* from 1889 (fig. 1), which depicts a bather surrounded by green cresting waves. Maillol would have first encountered this work at the 1889 exhibition, *Peintures du Groupe Impressioniste et Synthétiste*, otherwise known as the Volpini exhibition. The Gauguin owes much to Japanese wood-block prints in its asymmetrical and candid composition. Closely cropped, the scene is separated from any greater context and the woman depicted becomes monumental, her form exceeding the boundaries of the canvas. As described in the exhibition catalogue for *Paul Gauguin: The Breakthrough into Modernity*, "In this radical composition, the nude figure seen from behind diagonally bisects a decorative patters of churning green waves. Her arms are raised and orange-red hair falls over one shoulder. Gauguin has eliminated horizon,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016  STH0000167

earth, and sky, destabilizing both the subject and the viewer." (H. Lemonedes, Cleveland, 2010, p. 166)



Fig. 1 - Gauguin, *Dans les vagues (Ondine 1)*, 1889, Oil on Canvas, The Cleveland Museum of Art



Fig. 2 - Maillol, *La Vague*, 1898, Oil on canvas, Paris, Musée des Beaux Arts-Petit Palais



Fig. 3 - Maillol, Aristide, *La Baigneuse ou La Vague*, 1899, Charcoal on brown paper mounted on canvas, Private collection, Paris



Fig. 4 - Maillol, Aristide, Femme à la Vague, v. 1898. Terracotta relief, Fondations Dina Vierny/musée Maillol, Paris



Fig. 5 - Maillol, *Baigneuse en mer*, 1895, Engraved wood, Private collection, Paris



Fig. 6 - Maillol, Aristide, *La Baigneuse ou La Vague*, 1899, Tapestry, Fondations Dina Vierny/musée Maillol, Paris

Through the 1890s, Maillol adapted this image in a variety of mediums including charcoal drawings, woodblock prints, terracotta reliefs, oil paintings and tapestries (figs. 2-6), which at this time in Maillol's career were the final and most labor-intensive expression of his ideas. Maillol's depiction, particularly in figures 2, 4 & 5, is compositionally similar to Gauguin's with the woman surrounded by and facing into the colorful agitated waves. In the examples where the woman's face is visible, she is serene and reductive in form. The lines of her flowing hair mimic those of the waves giving the appearance that she is one with the sea. With her rounded figure and lifted arm and leg, the woman represented here is unmistakably the subject most fully realized in the sculpture, *La Méditerranée*.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

Art historically, what is important about this work is the level of simplification of a greater concept into a single refined form.  The title, *La Méditerranée*, suggests that this figure embodies the entirety of meaning of the great sea and locus of the birth of western civilization. Maillol was born and died on the coast of the Mediterranean at Banyuls-sur-Mer and it was his wish that *La Méditerranée* adorn his tomb, as it now does.  The sculpture's idealized form harks back to the sculpture of ancient Greece, but it bears a monumentality, geometry and profundity that separate it from the sculptures of antiquity. It is a part of the same anachronistic thread of instinct that inspired Gauguin to seek life with the natives of the South Pacific and, slightly later, Picasso to incorporate the "primitive" iconography of African art.  These artists looked to the roots of civilization for ideas that transcended history in order to move forward into modernity.

By drawing upon Gauguin's image of the woman in the waves, further abstracting her to be no woman in particular but a symbol of beginnings, *La Méditerranée* opens the door for Constantin Brancusi, who was to take this direction another step to pure form.  In his mature sculptures, Brancusi eliminated all that was not absolutory necessary to portray the essential idea of the subject.  The apogee of his body of work is *Bird in Space* (fig. 7), which, in the words of art historian Ional Jianou, "does not represent any specific species—eagle or crow, lark or swallow.  In this work he was trying to render that characteristic which has defined the spirit and ultimate truth of every bird in the world since the beginning of time:  the imponderability of flight. Brancusi's art takes form to the verge of abstraction, distilling it to the essence of its shape and movement.  This direction began in sculpture with Maillol's radical departure from Rodin and choice to build upon what Gauguin began in paint. (I. Jianou, Brancusi, Paris, 1963, p. 70).





*Méditerranée*, Marble, Musée d'Orsay, Paris

Fig. 7 - Brancusi, *Bird in Space*,
1928, Bronze, Museum of Modern
Art, New York

*Other Casts of La Méditerranée, Lifetime:*
The City of Perpignan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

Private Collection, Europe
Museum of Fine Arts of Ifu, Japan
Musée Maillol, Paris
Private Collection, Switzerland

*Other Casts of La Méditerranée, Posthumous:*
Middelheim Park, Anvers
Museum of Modern Art, New York
Tomb of Aristide Maillol, Banyuls-sur-Mer
Jardin des Tuileries, Paris
Boijmans van Beuningen Museum, Rotterdam

*Marble Version:*
Musée d'Orsay, Paris

*Limestone Version:*
Oskar Reinhart Museum, Winterthur

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016    STH0000170