# EXHIBIT 9

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Monday, April 04, 2011 7:29 AM |
| **To:** | 'jmperetti65@gmail.com' |
| **Subject:** | Baiser de Rodin - grand modele |
| **Attachments:** | Rodin, Le baiser (grand modèle), 6 of 8 (1).jpeg; Rodin, Le baiser (grand modèle), 6 of 8 (2).jpeg; Rodin, Le baiser (grand modèle), 6 of 8 (3).jpeg |

Jean-Marc
Voici la fiche du Rodin, Baiser – grand modèle. Il fait 180cm de haut.
Je vais voir le Musée à Paris demain…
A plus tard
Sam

AUGUSTE RODIN (1840-1917)
*Le Baiser, grand modèle*
Inscribed *A. Rodin* and numbered 6*/8*
Bronze
Height: 70 7/8 in. (180 cm)
Conceived in 1886 and cast by the Coubertin foundry at a later date.

*Provenance:*
Le Musée Rodin, Paris

*Literature:*
Georges Grappe, *Catalogue du Musée Rodin*, Paris, 1927, no. 148, illustration of the marble p. 59
Albert E. Elsen, *Rodin*, New York, 1963, illustration of a smaller cast p. 63
Ionel Jianou and Cécile Goldscheider, *Rodin*, Paris, 1967, illustrations of the marble pls. 54 & 55
Robert Descharnes and Jean-François Chabrun, *Auguste Rodin*, Paris, 1967, illustration of the marble p. 131
John L. Tancock, *The Sculpture of Auguste Rodin*, Philadelphia, 1976, illustration of the marble p. 77
Albert E. Elsen, *In Rodin's Studio: A photographic record of sculpture in the making*, New York, 1980, illustration of the marble pl. 108, 109 and on the cover
Antoinette Le Normand-Romain, *The Bronzes of Rodin, Catalogue of Works in the Musée Rodin*, vol. I, Paris, 2007, illustration of another cast p. 158

*Other monumental casts:*
Cardiff, National Museum of Wales, cast by Alexis Rudier *circa* 1905, not numbered
Paris, Jardin des Tuileries, cast by Alexis Rudier *circa* 1924, no. 1
Martigny, Fondation Giannadda, cast by Coubertin in 2007, no. II/IV

*Monumental marbles:*
Philadelphia, Fine art museum
Copenhagen, Carlsberg Glipotek
Paris, Musée du Luxembourg
London, Tate Gallery

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

*Monumental plasters:*
Nice, Musée des Beaux-Arts
Buenos Aires, Museo de Bellas Arte
Douai, Musée de la Chartreuse

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000136



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016