# EXHIBIT 10

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Saturday, April 09, 2011 8:44 AM |
| **To:** | 'yb@falnlc.sg' |
| **Subject:** | Re: Urgent |

Bien sur -

L'edition totale est 8+4. La fonte a ete commencee par Rudier.

Deux exemplaires Rudier sont:

- Jardin des Tuileries a Paris

- National Museum of Wales a Cardiff

Pour les exemplaires Coubertin:

- Fondation Gianadda a Martigny
- Fondation Rupert en Afrique du Sud
- Fondation Onnasis en Grece
- Collection privee, USA
- Collection privee, Italie
- le 7/8 est reserve par une collection privee, USA

Le 8/8 sera vraisemblablement tire en 2013 (ou fin 2012 au plus tot). Le Musee decidera entre privee et publique. Je penche moi plus pour une vente privee.

Au niveau Epreuve d'Artiste: le musee compte s'en garder une et il restera la IV/IV.

Je t'appelle au sujet du fumeur.

A tout de suite

Sam

----- Original Message -----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Saturday, April 09, 2011 01:19 PM
To: Valette, Samuel
Subject: Urgent

Bonjour Sam,
Je vois déjà mon ami demain dimanche.
Afin d'avoir un maximum d'argument, peux-tu me dire ou sont les autres tirages du Baiser, surtout si ils sont en Musée, fondation...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000151

Par ailleurs le numero suivant est-il destiné au privé ou à la vente publique?
As-tu des nouvelles du fumeur?
Bonne journée
Yves

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016