# EXHIBIT 16

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Thursday, June 16, 2011 7:40 AM |
| **To:** | 'jmperetti65@gmail.com' |
| **Subject:** | L'ETERNEL PRINTEMPS |
| **Attachments:** | Eternel Printemps marbre.docx |

Jean-Marc,

Voici comme promis la fiche technique de *l'Eternel Printemps*.

Il a été réalisé en **1901-02**, et compte parmi les dix versions connues de ce modèle en marbre. Il correspond au cinquième exécuté et selon Frederick Lawton, s'exprimant en 1906 à son sujet, il s'agit du plus bel exemplaire de toute la série. Les autres versions en marbre sont aujourd'hui conservées au sein d'institutions telles que le **Museum of Fine Arts de Budapest (1901), L'Hermitage de Saint Petersbourg (1906), Le National Museum of Decorative Arts de Buenos Aires (1907), le Metropolitan Museum of Art de New York (1906-07) ainsi que le Ny Carlsberg Glypotek de Copenhague (1907-10)**.

Le client est vendeur. Il souhaite $12,500,000 net pour lui. Il a refusé une offre proactive de $10,000,000 net l'année dernière.

Nous pouvons voir le marbre ensemble a Londres la semaine prochaine.

Amitiés,

Sam.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000356

**Auguste Rodin  1840 - 1917**

L'ETERNEL PRINTEMPS

Signed *A. Rodin*

Marble

Height: 65.8 cm.


Carved in 1901-02.


PROVENANCE

Hellmuth Baron Lucius von Stoedten, Germany (acquired from the artist 16 November 1903)

Sale: Koller Auktionen, Zürich, 20 - 21st May, 1977

Private Collection, Geneva (acquired at the above sale)

Private Collection, London (acquired from the above in 1981)


LITERATURE

Paul Clemen, 'Auguste Rodin. I. Teil', in *Die Kunst für alle*, April 1905, no. 13, pp. 289-307, illustrated p. 303

Frederick Lawton, *The Life and Works of Auguste Rodin*, London, 1906, illustrated opposite p. 111

Antoinette Le Normand-Romain, *The Bronzes of Rodin. Catalogue of Works in the Musée Rodin*, Paris, 2007, pp. 331-337, illustrated p. 336, fig. 6 (photo by Jacques-Ernest Bulloz, carbon print, Ph. 975)

Albert E. Elsen, *In Rodin's Studio, A Photographic Record of Sculpture in the Making*, Ithaca, 1980, p. 171, no. 48, illustration of the clay model

John L. Tancock, *The Sculpture of Auguste Rodin*, Philadelphia, 1976, pp. 241-47

Georges Danthon, *Oeuvres de Rodin,* Catalogue, Musée Rodin, 1929, p.50, no. 88, illustration



Ce marbre de l'*Eternel Printemps*, réalisé en 1901-02, compte parmi les dix versions connues de ce modèle et correspond au cinquième exécuté. Selon Frederick Lawton, s'exprimant en 1906 à son sujet,  il s'agit du plus bel exemplaire de toute la série. Les autres versions en marbre sont aujourd'hui conservées au sein de célèbres institutions telles que le Museum of Fine Arts de Budapest (1901), L'Hermitage de Saint Petersbourg (1906), Le National Museum of Decorative Arts de Buenos Aires (1907), le Metropolitan Museum of Art de New York (1906-07) ainsi que le Ny Carlsberg Glypotek de Copenhague (1907-10).

Le premier marbre sur ce thème fut sculpté avant 1896 par Rodin et exposé l'année suivante au Salon sous le titre de *Cupidon et Psyché*. En cherchant à adapter le modèle original de 1884 en plâtre en vue de réaliser le marbre, il apparut évident  que le bras tendu ainsi que la jambe droite de la figure masculine devaient être modifiés pour supporter leur poids en marbre. Rodin élargit par ailleurs le socle de la sculpture, apportant ainsi une assise supplémentaire au bras et à la jambe. Le second marbre, exécuté vers 1898, servit de base pour l'édition en bronze. C'est en juillet de cette même année que Gustave Leblanc-Barbedienne signa en effet un contrat de vingt ans l'autorisant à effectuer des tirages en bronze de quatre tailles différentes. Rodin modifia principalement les socles de ce modèle avant de l'envoyer à la fonderie. De nombreux bronzes de ce sujet très apprécié furent ainsi fondus et apparaissent aujourd'hui régulièrement sur le marché.

 Avec *Le Baiser* et le monumental *Penseur*, il est difficile d'imaginer un modèle plus iconique dans l'œuvre de Rodin que le groupe intimiste des deux amants enlacés de *L'Eternel Printemps.*

A l'époque où il créa *L'Eternel Printemps*, Rodin était à l'apogée de son génie. Il créa ainsi un modèle d'une grande technicité, assimilé à une composition en X, et dont les formes élégantes apparaissent sublimées par la sensibilité de

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000357

l'expression et le traitement délicat des figures alanguies.  Pour la figure féminine qui s'abandonne dans les bras de son amant, Rodin a utilisé le très sensuel *Torse d'Adèle* de 1882, du nom du modèle de l'atelier qui a posé pour lui. Le *Torse d'Adèle* fit pour la première fois son apparition à gauche du tympan de *La Porte de de l'Enfer* et, plus tard, dans *La Chute d'un Ange*. Mais c'est associé à cette figure de jeune homme qu'il acquiert véritablement ses lettres de noblesse.

Georges Grappe suggéra  le premier que l'affection grandissante de Rodin pour Camille Claudel fut à l'origine de la passion irradiante du modèle, quelque peu inhabituelle dans l'œuvre du Maître. Etant donné que les personnages ont été initialement modelés pour *La Porte de l'Enfer* dans un but didactique, nul doute que cette passion naissante trouve écho au sein de *L'Eternel Printemps*.

Comme souvent, le modèle est connu sous plusieurs noms, de *Cupidon et Psyché* au Salon de 1898 à *Zéphy*r ou encore *Le Printemps*. C'est seulement après 1900 que Rodin finit par adopter le titre plus poétique et sentimental sous lequel l'œuvre est désormais célèbre.

Il est possible de voir dans les relations entre le diplomate allemand, Hellmuth Lucius von Stoedten (1869-1934) et son compatriote, le poète Rainer Maria Rilke (1875-1926), l'origine de la commande du marbre. A cette époque, Rilke dédicaçait un poème au Baron allemand. Le poète habitait alors à Paris et ses rapports avec le Maître sont bien connus. Il épousa l'une de ses élèves, Clara Westhoff (1878-1954) et fut un temps son secrétaire particulier et l'auteur d'un volumineux essai sur *Rodin et son œuvre* (1903). En échange, Rodin lui enseignait l'observation et le sens de l'objectivité, ce qui conduisit Rilke à écrire ses *Dinggedichten* ou ses « poèmes-choses ».

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000358