# EXHIBIT 22

**Yves Bouvier (NLC)**

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) |
| **Sent:** | Tuesday, October 04, 2011 11:06 AM |
| **To:** | Valette, Samuel |
| **Cc:** | 'jmperetti65@gmail.com' |
| **Subject:** | Urgent |

Bonjour
Merci de me transmettre la fiche en fichier doc de la sculpture de Giacometti et une photographie.
Bonne journée
Yves

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, October 04, 2011 11:33 AM |
| **To:** | 'yb@falnlc.sg' |
| **Cc:** | 'jmperetti65@gmail.com' |
| **Subject:** | Fw: Giacometti, Femme de Venise |
| **Attachments:** | Giacometti, Femme de Venise.doc |

Voila la fiche en doc word

**From**: Jones, Faye
**Sent**: Tuesday, October 04, 2011 04:29 PM
**To**: Valette, Samuel
**Subject**: Giacometti, Femme de Venise

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

ALBERTO GIACOMETTI

FEMME DE VENISE IX

signé et numéroté *Alberto Giacometti 6/6,* inscrit *Susse Fondeur Paris*
bronze
H.: 113.8

Conçu en 1956-1957, cet exemplaire tiré en bronze vers 1957.

**Provenance**
Brook Street Gallery, Londres
Hal. B. Wallis, Los Angeles (acquis du précédent)
Harold Diamond, New York
Galerie Beyeler, Basle (acquis en 1961)
Spierer Freres, Genève (acquis en 1962)
Collection Jacques Koerfer, Suisse (acquis avant 1968; Vente: Christie's New York, 19th Novembre 1998, lot 319)
Acquis lors de cette vente par le propriétaire actuel

**Bibliographie**
Reinhold Hohl, *Alberto Giacometti*, New York, 1974, p. 307, no. 119 (un autre exemplaire reproduit)
Ronald Alley, *Catalogue of the Tate Gallery's Collection of Modern Art*, London, 1981, un autre exemplaire reproduit p.281
James Lord, *Giacometti*, Boston, 1983 pp. 355-358 and 382 (un autre exemplaire reproduit)
Mercedes Matter, *Alberto Giacometti*, New York, 1987, p. 219 (un autre exemplaire reproduit, p. 119)
Yves Bonnefoy, *Giacometti*, Paris, 1991, p. 404, no. 382 (un autre exemplaire reproduit)
Yoyo Maeght, *Maeght, L'aventure de l'art vivant,* Paris, 2006, un autre exemplaire reproduit dans une photographe p. 69

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000632