# EXHIBIT 24

**Katsis, Isadora**

_____

| | |
|---|---|
| **From:** | Katsis, Isadora |
| **Sent:** | Thursday, November 10, 2011 8:26 AM |
| **To:** | 'Yves Bouvier (ybouvier@fineartnlc.ch)'; 'Yves Bouvier (NLC)' |
| **Cc:** | Valette, Samuel |
| **Subject:** | MAGRITTE, MESSAGE FROM SAM VALETTE |
| **Attachments:** | Magritte260811001.jpg |

Dear Mr Bouvier,

Sam Valette has asked me to email you the below and attached as he is on the road today.

Best wishes,

Isadora Katsis

**Isadora Katsis | Sotheby's**
Impressionist and Modern Art
Tel: + 44 (0)20 7293 6095|Fax: +44 207 293 5932
Sotheby's, 34-35 New Bond Street, London, W1A 2AA

Bonjour Yves,

Voici une image du Magritte dont nous avons parle.

Apres beaucoup d'insistance le proprietaire nous a confie qu'il accepterait de s'en separer pour 25.000.000 USD.

Merci de me dire si tu souhaites que nous poursuivions.

Amities,

Sam.

RENÉ MAGRITTE 1897-1967

LE DOMAINE D'ARNHEIM

signed _Magritte_ (lower right)
oil on canvas
73 by 100 cm., 28 ¾ by 39 ¼ in.

Painted in 1938.

**Provenance**
Edward James Foundation, Chichester, England (acquired from the artist in 1939)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000674

Acquavella Galleries, New York
Sale: Christie's New York, 15th November 1988
Galerie Isy Brachot (acquired at the above)
Private Collection, Belgium

**Exhibited**
Brussels, Palais des Beaux-Arts, *Les Compagnons de l'art*, 1938, no.277
Brussels, Palais des Beaux-Arts, *René Magritte*, 1939, no. 6
Edinburgh, Edinburgh International Festival, The Scottish Arts Council, *Belgian Surrealists*, 1941, no. 47
Worthing, Worthing Art Gallery, *Impressionism to Surrealism*, 1970, no. 31
Edinburgh, Royal Scottish Academy, *The Belgian Contribution to Surrealism*, 1971, no.47
London, Marlborough Gallery, *Magritte*, 1973, no. 36, illustrated p. 80
Edinburgh, Scottish National Gallery of Modern Art, *The Edward James Collection,* 1976, no. 37
Brussels, Palais des Beaux-Arts & Paris, Centre Georges Pompidou, *Retrospective Magritte*, 1978 1979, no. 123, illustrated in the catalogue
Brussels, Royal Museum of Fine Arts, *Magritte 1897-1967*, 1988, no. 121, illustrated in colour p. 136

**Literature**
Letter from Magritte to James, 6th May 1938
Letter from Scutinaire to Mesens, 2nfd June 1938
Letter from Magritte to Mesens, 9th September 1938
Letter from Mesens to Magritte, 27th November 1938
Letter from Magritte to Mariën, 2nd July 1944
Letter from Magritte to Bosmans, 6th April 1959
Paul Waldo Schwarz, 'An interview with René Magritte', *Studio International*, 1969, p. 74
Fred Miller Robinson, 'The Wizard Properties of Poe and Magritte' *Word and Image*, 1987, p.156
David Sylvester, *Rene Magritte, catalogue raisonne, vol II, oil paintings, objects and bronzes 1931-1948*, London, 1993, no.456, illustrated p.262
Siegfried Gohr, *Magritte, Attempting the Impossible*, Paris, 2009, no. 335 illustrated in colour p. 243

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016    STH0000676