# EXHIBIT 27

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Wednesday, December 21, 2011 7:33 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch); jmperetti65@gmail.com |
| **Subject:** | Modigliani |
| **Attachments:** | Modigliani, Nu2.pdf |

Cher Yves, Cher Jean-Marc,

Voici, comme promis, les infos sur le Modigliani.

Pour l'instant je n'ai pas de prix.

A très vite,

Sam.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000810

# Modigliani

## Beyond the Myth

**Edited by Mason Klein**

With essays by Maurice Berger, Emily Braun, Tamar Garb, Mason Klein, and Griselda Pollock

2004

**The Jewish Museum**
New York

**Yale University Press**
New Haven and London

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016   STH0000811





PLATE 49
*Reclining Nude (La rêveuse)*,
1917
Oil on canvas, 23 ½ x
36 ¼ in. (59.7 x 92.1 cm)
Collection of William I.
Koch

PLATE 50
*Reclining Nude on a Blue
Cushion*, 1916
Oil on canvas, 23 ⅝ x
36 ¼ in. (60 x 92 cm)
Private collection

134

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000812

Osvaldo Patani

# AMEDEO MODIGLIANI

## CATALOGO GENERALE

### DIPINTI

1991, MILAN

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

**149** Nudo coricato dal cuscino azzurro



1916
Olio su tela
60 × 92 cm
Firma b.s.
Collezione privata

*Provenienza:*
Leopold Zborowski,
Parigi; Dr. Lacroix,
Tolosa; Nathan
Cummings, Chicago

*Esposizioni:*
New York, 1966, n. 11

*Bibliografia:*
Pfannstiel, 1956, n. 173;
Cartier, 1958, tav. 5;
Ceroni, 1965, n. 195;
Ceroni, 1970, n. 147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000814

J. LANTHEMANN

# MODIGLIANI
### 1884-1920

# CATALOGUE RAISONNÉ

Sa vie, son Oeuvre complet, son art

*1054 illustrations de tableaux et dessins*

**1970**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000815



141



142



143

*196*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000816

«réalisme» de Modigliani est une *élévation* (à la personnalité, à l'Amour).

**142.** NU ASSIS, sur couvre-lit turc. 1916. (H.s.t. 50 M. Sig. en h. à d.) — Musée Royal des Beaux-Arts, Anvers. Tons, — chairs: ocres oranges; cheveux: noirs; linge: blancs bleutés; divan: ocres, noirs et bleus; fond: bleu vert foncé, ocres, noirs.

Avec Modigliani, la femme n'est plus *objet* mais «*persona*». (Le réalisme chez lui est élevé à la *noblesse naturelle*.)

**143.** NU COUCHE, au coussin bleu. 1916. (H.s.t. 30 M. Sig. en b. à g.) Tons, — chairs: ocres oranges; cheveux châtains; coussin: bleus clair; divan et fond: ocres et noirs.

Ce tableau (peint dans les couleurs d'un Titien) reflète bien ce que la femme était pour Modigliani: *grâce, amour, réalité ennoblie.*

**144.** L'ALGERIENNE (Almaïsa). 1916. (H.s.t. 10 M. Sig. en h. à d. Inscr. «L'ALGERIENNE» en h. à g.) Walfrat Richartz-Museum, Cologne. Tons, — visage: ocres oranges; cheveux: terre d'ombre, striés noirs; collerette: blancs et bleutés; robe: noirs, bleus et ocres; fond: ocres, gris et bleutés.

Modigliani a peint plusieurs fois Almaïsa (voir n.° 145 et 146), chaque fois il en fit un chef-d'oeuvre.

**145.** ALMAISA. 1916. (H.s.t. 30 M. env. Sig. en b. à d. Inscr. «ALMAISA.») Tons, — visage: ocres oranges, ombres bleutés; bijoux: or; collerette: blancs bleutés; robe: noirs, bleus et terres d'ombre; fond: ocres foncés, terres d'ombre, gris ocres clairs.

Almaïsa, la petite Algérienne, est là élevée à la «persona». (Le tableau est de cette merveilleuse série dite «veine dorée».)

**146.** NU AU CANAPE ROUGE (Almaïsa). 1916. (H.s.t. 50 P. en h. à d.) Tons, — chairs: ocres oranges; cheveux: noirs bleutés; canapé: ocres rouges; fond: bleus et ocres.

Dans ce chef-d'oeuvre, Modigliani élève la femme arabe à la «persona», — à cette essence éternelle de la femme qui est: *charme, noblesse* et *amour*. Modigliani ne peint pas des "femelles", mais des «femmes».

**147.** FEMME ROUSSE AU COLLIER BLEU. 1916. (H.s.t. 30 M. Sig en b. à g.) Tons, — visage et mains: ocres oranges; cheveux: ocres et noirs; chemisier: blanc bleuté; jupe: bleus et noirs; fond: ocres rouges, noirs et terres d'ombre.

Beau portrait (commande?) d'un riche colorisme et d'une profonde psychologie.

**148.** MADAME L. 1916. (H.s.t. 30 M. env. Sig. en h. à g.) Tons, — visage et mains: ocres oranges; cheveux: bruns noirs; chemisier blanc; robe: ocres, bleus et noirs; fond: ocres bleutés et noirs.

C'est un de ces magnifiques «grand portrait» de Modigliani où tout est: *intimité, élégance, noblesse,* mais aussi *compréhension* et *communion.*

**149.** NU COUCHE, vu de dos. 1916. (H.s.t. 80 M. Sig. en b. à g.) Tons, — chairs: ocres oranges; cheveux châtains; lit: blancs bleutés; fond: ocres foncés avec rideau bleu vert foncé.

Ce tableau doit sans doute démentir la légende selon laquelle Modigliani aurait dit à Renoir: «Monsieur, si vous aimez les fesses, moi je ne les aime pas.» Fesses ou pas fesses, ce tableau est assurément un chef-d'oeuvre.

**150.** RENEE (Mme Kisling accoudée). 1916. (H.s.t. 12 F. Sig. en h. à g. Inscr. «RENEE».) Tons, — visage: ocres oranges et bleutés; cheveux: ocres, striés de noir; habit brun; chemise bleus; cravate rouge; fond: ocres et gris — fauteuil à fleurs.

Modigliani a peint là, encore une fois. Mme. Kisling. Le tableau est d'une grande intensité coloristique, c'est *Renée rendue à sa noblesse.*

**151.** TETE DE JEUNE FEMME, dite «l'Italienne». 1916. (H.s.t. 6 F. Sig. en b. à d.) Tons, — visage: ocres oranges et bleutés; cheveux: ocres et noirs; fond: ocres clairs, gris bleus et terre d'ombre.

Portrait où Modigliani égale ses meilleures pages.

**152.** NU COUCHE, les bras autour du visage. Fin 1916. (H.s.t. 40 M. Sig. en h. à d.) — Museum of Modern Art, New York. Tons, — chairs: ocres oranges; cheveux: bruns noirs; divan rouge avec arabesques; coussins: bleutés; fond: ocre foncé, bleutés — rehauts noirs.

C'est un des plus beaux et plus célèbres «nus» de Modigliani. (Il en a peint plusieurs dans le même genre.) D'aucuns disent que c'est le plus beau «nu» de la Peinture. Et, en effet, jamais encore femme n'avait été plus magistralement et plus essentiellement peinte. (Grâce, volupté, et cet étrange «divin»...)

**153.** NU COUCHE (les bras derrière la tête). 1916. (H.s.t. 30 M. Sig. en h. à d.) Tons, — chairs: ocres oranges; cheveux châtains; coussin et linge: blancs bleutés; divan: ocres rouges à arabesques; fond: terres d'ombre, ocres — rehauts noirs.

Les «nus couchés» de Modigliani ne sont pas de ces "femelles contentées" comme l'a écrit certaine littérature, ils sont *noblesse, grâce* et *chef-d'oeuvre.*

**154.** NU COUCHE (au coussin blanc). 1916. (H.s.t. 30 M. Sig. en h. à d.) — Staatsgalerie, Stuttgart. Tons, — chairs: ocres oranges; cheveux châtains; coussin: blancs bleutés; divan: ocres oranges; fond: bleu, avec trace rouge.

Ce beau tableau, tout de rêverie, de noblesse et de grâce, est lui aussi le plus beau «nu» de la «peinture».

**155.** NU COUCHE, dit «la rêveuse». 1916. (H.s.t. 30 M. Sig. en h. à d.) Tons, — chairs: ocres oranges et bleutés;

*117*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000817



# The Nudes of
# MODIGLIANI

## OCT. 11-NOV. 12
## 1966

For the benefit of The Dance Collection
of The New York Public Library

# PERLS GALLERIES

1016 Madison Avenue · New York, N.Y. 10021

(212) TR 9-7440

er—1. Nu Couché, 1918 , oil, 23⅝ x 36¼ inches
*Lent anonymously*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000818



11. Nu Couché au Coussin Bleu, 1917, oil, 23⅝ x 36¼ inches
Coll. Mr. & Mrs. Nathan Cummings

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

AMBROGIO CERONI

# AMEDEO MODIGLIANI

## DESSINS ET SCULPTURES

*AVEC SUITE DU CATALOGUE ILLUSTRÉ*
*DES PEINTURES*



EDIZIONI DEL MILIONE

MILAN 1965

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000820



195. Nu couché *(au coussin bleu)* - 1917

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000821

**190.**

**Chaïm Soutine** *(assis à la table)*

Huile sur toile. H. 0,92; L. 0,60
Signé en haut à droite
Peint en 1917

***Coll.*** The Chester Dale Collection, New York N.Y.

***Exp.*** *Modigliani*, Palais des Beaux-Arts, Bruxelles 1933; *Modigliani*, The Museum of Art, Cleveland Ohio and The Museum of Modern Art, New York N.Y. 1951.

***Bibl.*** G. Scheiwiller, *Modigliani*, Paris 1928, repr. pl. 8; M. Dale, *Modigliani*, New York N.Y. 1929, repr. pl. 43; catalogue, *Modigliani*, De Hauke and Co. Inc., New York N.Y. 1929, repr. pl. 15; A. Pfannstiel, *Modigliani*, Paris 1929, repr. pag. 108, cat. prés. pag. 29/I; G. Scheiwiller, *Amedeo Modigliani*, Milano 1932, repr. pl. 8; catalogue, *Modigliani*, Palais des Beaux-Arts, Bruxelles 1933, repr. pag. 8; G. Scheiwiller, *Amedeo Modigliani*, Milano 1936, repr. pl. 9; catalogue, *Paintings from the Chester Dale Collection*, Philadelphia Museum of Art, Philadelphia 1943, repr. pl. 23; N. Aprà, *Tormento di Modigliani*, Milano 1945, repr. pag. 145; G. Scheiwiller, *Amedeo Modigliani*, Milano 1950, repr. pl. 7; P. Descargues, *Modigliani*, Paris 1951, repr. pl. 48; M. Raynal, *Modigliani*, Genève Paris New York 1951, repr. coul. pl. 4; catalogue, *Modigliani*, The Museum of Modern Art. New York N.Y. 1951, repr. pag. 41; G. Jedlicka, *Modigliani*, Erlenbach-Zürich 1953, repr. pl. 21; J.T. Soby, *Modigliani*, New-York 1954, repr. pag. 43; P. Descargues, *Modigliani*, Paris 1954, repr. pl. 48; A. Pfannstiel, *Modigliani et son oeuvre*, Paris 1956, repr. pl. 3; cat. rais. pag. 110/n. 176; C. Roy, *Modigliani*, Genève 1958, repr. coul. pag. 72.

**191.**

**Hanka Zborowska** *(sur un divan)*

Huile sur toile. H. 1,30; L. 0,81
Sans signature
Peint en 1917

***Coll.*** The Museum of Modern Art, New York N.Y.

***Exp.*** *Modigliani*, The Museum of Art, Cleveland Ohio and The Museum of Modern Art, New York N.Y. 1951; *Modigliani*, VI Quadriennale Nazionale d'Arte, Roma 1951; *Amedeo Modigliani*, The Contemporary Arts Center, Cincinnati Art Museum, Cincinnati 1959

***Bibl.*** A. Salmon, *Modigliani sa vie et son oeuvre*, Paris 1926, repr. pl. 4; A. Pfannstiel, *Modigliani*, Paris 1929 repr. pag. 92, cat. prés. pag. 20/II; M. Dale, *Modigliani*, New York N.Y. 1929, repr. pl. 2; S. Taguchi, *Modigliani*, Tokio 1936, repr. pl. 6; R. Franchi, *Modigliani*, Firenze 1944, repr. pl. 9; E. Carli, *Modigliani*, De Luca Editore, Roma 1952. repr. pl. 11; J.T. Soby, *Modigliani*, New York N.Y. 1954, repr. pag. 51; J. Lipchitz, *Modigliani*, New York N.Y. 1954, repr. pl. 58 (même edition en allemand et en français, en italien avec texte par M. Valsecchi); *Omaggio a Amedeo Modigliani*, Rivista di Livorno. Livorno luglio-agosto 1954, repr. pl. 10; A. Pfannstiel. *Modigliani et son oeuvre*. Paris 1956, cat. rais. pag. 97/n. 129; Jeanne Modigliani, *Modigliani senza leggenda*, Firenze 1958, repr. pl. 40; catalogue, *Amedeo Modigliani*, The Contemporary Arts Center, Cincinnati Art Museum. Cincinnati 1959, au n. 12; Jeanne Modigliani, *Modigliani sans légende*, Paris 1961, repr. pl. 40.

**192.**

**Jeanne Hébuterne** *(sur un fauteuil)*

Huile sur toile. H. 0,92; L. 0,60
Signé en haut à droite
Peint vers 1918

***Coll.*** inconnue

***Bibl.*** A. Pfannstiel, *Modigliani*, Paris 1929, cat. prés. pag. 53/III; P. Descargues, *Modigliani*, Paris 1951, repr. pl. 58; P. Descargues, *Modigliani*, Paris 1954, repr. pl. 58; A. Pfannstiel, *Modigliani sa vie et son oeuvre*, Paris 1956, repr. pl. 43, cat. rais. pag. 165/n. 337.

**193.**

**La rouquine** *(Le Dingo)*

Huile sur toile. H. 0,92; L. 0,54
Signé en haut à droite
Peint en 1917

***Coll.*** inconnue

***Exp.*** *Modigliani*, Galerie Bing et C.ie, Paris 1925; *Modigliani*, Palais des Beaux-Arts, Bruxelles 1933; *Modigliani*, Kunsthalle, Basel 1934

***Bibl.*** W. George. *Modigliani*, L'Amour de l'Art n. 10, Paris Octobre 1925, repr. pag. 386; A. Salmon, *Modigliani sa vie et son oeuvre*, Paris 1926, repr. pl. 9; A. Pfannstiel, *Modigliani*, Paris 1929, cat. prés. pag. 45/III; catalogue, *Modigliani*, Palais des Beaux-Arts, Bruxelles 1933, au n. 67; catalogue, *Modigliani*, Kunsthalle, Basel 1934, au n. 58; S. Taguchi, *Modigliani*, Tokio 1936, repr. pl. 10; A. Pfannstiel, *Modigliani et son oeuvre*, Paris 1936, cat. rais. pagg. 145/n. 278 et 168/n. 350.

**194.**

**Fille assise** *(sur une chaise)*

Huile sur toile. H. 0,92; L. 0,53
Signé en haut à droite
Peint vers 1918

***Coll.*** Henry Pearlman, New York N.Y.

***Bibl.*** A. Pfannstiel, *Modigliani*, Paris 1929, cat. prés. pag. 35/II; P. Descargues, *Modigliani*, Paris 1951, repr. pl. 56; P. Descargues, *Modigliani*, Paris 1954, repr. pl. 56; A. Pfannstiel, *Modigliani et son oeuvre*, Paris 1956, cat. rais. pag. 123/n. 212; Jeanne Modigliani, *Modigliani senza leggenda*, Firenze 1958, repr. pl. 46; Jeanne Modigliani, *Modigliani sans légende*, Paris 1961, repr. pl. 46.

**195.**

**Nu couché** *(au coussin bleu)*

Huile sur toile. H. 0,60; L. 0,92
Signé en bas à gauche
Peint en 1917

***Coll.*** Nathan Cumming, Chicago

***Bibl.*** A. Pfannstiel, *Modigliani et son oeuvre*, Paris 1956, cat. rais. pag. 110/n. 173, repr. pag. 93; J.A. Cartier, *Modigliani Nus*, Paris 1958, repr. coul. pl. 5.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000822

*Loan Exhibition*

# AMEDEO MODIGLIANI

OCTOBER 14 - NOVEMBER 13
1971

*For the Benefit of the Museum of Modern Art, New York*

ACQUAVELLA GALLERIES, INC.
18 East 79th Street, New York

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



28.   NU COUCHE AU COUSSIN BLEU 1917 - 1918

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

15. NU AU DIVAN, 1916
Oil, 31 7/8 × 45 5/8 inches
*Collection:*
*Paul and Odette Wurzburger*

16. PORTRAIT DE HANKA
ZBOROWSKA, 1916
Oil, 32 × 20 1/8 inches
*Collection: The Alex Hillman*
*Family Foundation*

17. ELENA, 1917
Oil, 18 1/4 × 13 inches
*Collection:*
*Mr. Edward A. Bragaline*

18. NU COUCHE AUX BRAS
LEVES, 1917
Oil, 23 5/8 × 36 1/4 inches
*Collection :*
*Mrs. Evelyn Sharp*

19. ELENA, 1917
Oil, 25 1/2 × 19 1/4 inches
*Collection:*
*The Phillips Collection*

20. PORTRAIT DE LEOPOLD
ZBOROWSKI, 1917
Oil, 45 3/4 × 28 3/4 inches
*Collection:*
*Mr. and Mrs. John A. Beck*

21. FILLETTE ASSISE
(HUGUETTE), 1917 - 1918
Oil, 36 × 23 3/4 inches
Lent Anonymously

22. MADAME HEBUTERNE
A LA CLOCHE, 1917
Oil, 28 1/2 × 23 inches
*Collection:*
*Mr. Edward A. Bragaline*

23. LE GARCON ROUGE, 1917
Oil, 36 × 23 1/2 inches
*Collection:*
*Mrs. Evelyn Sharp*

24. NU COUCHE AUX BRAS
LEVES, 1917
Oil, 25 1/2 × 39 3/8 inches
*Collection:*
*Mr. Richard S. Zeisler*

25. HARICOT ROUGE, 1917
Oil, 21 5/8 × 15 inches
*Collection:*
*Mr. and Mrs. Arnold Askin*

26. PORTRAIT DE JEUNE
FILLE, 1917
Oil, 23 3/4 × 18 1/4 inches
*Collection: The Metropolitan*
*Museum of Art, New York*
*Gift of Charles F. Iklé, 1960*

27. LE BEAU MAJOR
(DR. DEVARAIGNE), 1917
Oil, 21 3/4 × 18 inches
*Collection:*
*The Evergreen House, Baltimore*

28. NU COUCHE AU COUSSIN
BLEU, 1917 - 1918
Oil, 25 1/2 × 39 1/2 inches
*Collection:*
*Mr. Nathan Cummings*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000825

*I dipinti di*

# Modigliani

*Presentazione di*
**LEONE PICCIONI**

*Apparati critici e filologici di*
**AMBROGIO CERONI**

**Rizzoli Editore · Milano**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000826



131 [Tav. XX-XXI]



144



145



146



147



148

**130** 73×50 1916

MARGHERITA SEDUTA, IN FIANCO. New York, Proprietà famiglia H.N. Abrams.

L'identità dell'effigiata risulta dal confronto con l'opera precedente.

**131** 81×116 1916

NUDO SUL DIVANO (ALMAISA). Cleveland (Ohio), Proprietà Mr. & Mrs. Paul D. Wurzburger.

La firma è in alto a destra. L'identità della modella risulta dal confronto con l'opera seguente.

**132** 92×54 1916

L'ALGERINA ALMAISA SEDUTA. Basilea, Proprietà privata.

Il nome dell'effigiata ("ALMAISA") si legge in alto a destra; la sua nazionalità risulta dal confronto con l'opera successiva, dove la stessa modella è identificabile con sicurezza e appare definita, appunto, algerina. La firma si trova in basso a destra.

**133** 55×33 1916

TESTA DI ALMAISA. Colonia, Wallraf-Richartz-Museum.

In alto a sinistra, la scritta "L'ALGERIENNE", relativa alla nazionalità dell'effigiata; per il nome, si veda al n. 132. La firma è in basso a sinistra.

**134** 83×45 1916

UOMO CON CAPPELLO. Milano, Proprietà Emilio Jesi.

La firma, in rosso, si trova in alto a destra.

**135** 65×50 1916

BUSTO DI MANUEL HUMBERT. Los Angeles, County Museum (Donazione William Wyler).

In alto a destra, la scritta: "MANUELLO". La reale identità dell'effigiato — pittore, nato a Barcellona nel 1892 (come gentilmente ci segnala la vedova dell'artista) — venne travisata nelle precedenti catalogazioni, supponendosi che si trattasse dello scrittore Hubert.

**136** 100×65 1916

MANUEL HUMBERT. Melbourne, National Gallery of Victoria.

Per l'identità dell'effigiato si veda al n. 135.

**137** 61×38 1916

LA BIONDA RENÈE. San Paolo, Museu de Arte.

La modella non è certo da confondere con l'omonima moglie di Kisling (n. 103 e 163).

**138** 65×50 1916

BUSTO DI RAGAZZA. Milano, Proprietà privata.

La firma si trova in basso a destra.

**139** 55×38 1916

LOLOTTE. Parigi, Musée National d'Art Moderne.

Il titolo suddetto risulta da vecchi cataloghi.

**140** 93×60 1916

DONNA DALLA COLLANA (LOLOTTE). Chicago, Art Institute (Charles H. & Mary F.S. Worcester Collection).

Si veda al n. 139.

**141** 100×65 1916

CHAÏM SOUTINE SEDUTO. Parigi, Proprietà privata.

Si veda al n. 97.

**142** 81×55 1916

PINCHUS KREMEGNE. Berna, Kunstmuseum (in deposito).

La firma si trova in alto a destra. L'effigiato, pittore nato a Wilna nel 1891 e partecipe al Salon des Indépendants di Parigi nel 1914, espresse soprattutto nudi femminili di colore parossistico.

**143** 81×54 1916

LA GIOVANE FIORAIA. ... (U.S.A.), Proprietà privata.

**144** 60×92 1916

NUDO SUL DIVANO, CON LE MANI DIETRO LA TESTA. New York, Proprietà Mrs. Evelyn Sharp.

La firma si trova in alto a destra.

**145** 60×92 1916

NUDO SUL DIVANO, A BRACCIA DISTESE. Washington, National Gallery of Art (Chester Dale Collection).

La firma è in alto a destra.

**146** 65×100 1916

NUDO SDRAIATO, COL BRACCIO DESTRO APPOGGIATO SU UN CUSCINO AZZURRO. Washington, National Gallery of Art (Chester Dale Collection).

La firma è in alto a destra.

**147** 60×92 1916

NUDO CORICATO, DAL CUSCINO AZZURRO. Chicago, Proprietà Nathan Cumming.

**148** 66×87 1916

NUDO SDRAIATO, CON LE BRACCIA DIETRO LA TESTA. Zurigo, Proprietà Emil G. Bührle.

La firma si trova in alto a destra.

**149** 65×46 1916

EGGELING. Parigi, Proprietà privata.

L'effigiato era sicuramente svedese, forse poeta; talora risulta però indicato come pittore.

**150** 73×50 1916

IL FOTOGRAFO DILEWSKI. ... (U.S.A.), Proprietà privata.

**151** 116×73 1916

IL CONTE WIELHORSKI. Basilea, Proprietà privata.

La firma è in alto a destra.

**152** 81×46 1916

LO SCRITTORE DELEU. Washington, National Gallery of Art (Chester Dale Collection).

**153** 81×60 1916

OSCAR MIETSCHANINOFF. Berna, Proprietà Jacques Koerfer.

La firma si trova in alto a sinistra; la data, all'angolo opposto. L'effigiato è l'abbastanza noto scultore russo.

**154** 81×46 1916

MOISE KISLING DAVANTI A UNA FINESTRA. Parigi, Proprietà privata.

La firma è in alto a sinistra.



149



150



151



152



153

154

n° 151 → S.L 6/7/79 lot 99 £ 100.000        n° 150 → S.L 7/12/77 lot 81 £ 60.000

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000827