# EXHIBIT 29

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Saturday, December 24, 2011 3:51 AM |
| **To:** | 'yb@falnlc.sg' |
| **Subject:** | Re: Modigliani |

Bonjour Yves,
Je relance pour une date precise d'arrivee du tableau. Je pars une semaine a la Barbade ce matin mais je suis tout le temps joignable et je suis le dossier de la bas. N'hesites pas a m'appeler la semaine prochaine a tout moment si tu as la moindre question.
Joyeuses fetes.
A tres vite,
Sam

**From**: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
**Sent**: Saturday, December 24, 2011 08:35 AM
**To**: Valette, Samuel
**Subject**: Re: Modigliani

Bonjour Sam
Peux-tu me confirmer quand le tableau arrivera chez nous pour la présentation.
Bonne journée
Yves

**De** : Valette, Samuel <samuel.valette@sothebys.com>
**À** : Yves Bouvier (NLC)
**Envoyé** : Fri Dec 23 18:04:48 2011
**Objet** : Modigliani

Cher Monsieur Bouvier,

Comme convenu voici une analyse succincte du marché de Modigliani.

Les vendeurs sont extrêmement difficile à convaincre a l'heure actuelle et l'apparition d'un chef-d'œuvre sur le marché fait quasi-systématiquement l'objet d'une compétition acharnée entre les plus grands collectionneurs de la planète.

Chez Modigliani, les nus sont les sujets les plus recherchés. *La belle romaine* de Modigliani est le reflet parfait de la demande actuelle : en 1999, ce tableau a été vendu 16,7 millions de dollars ; en 2010, nous l'avons revendu 68,9 millions de dollars.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000837



**Amedeo Modigliani**

Nu assis sur un divan (La belle romaine)

1999 : vendu 16,7 M USD

**2010 : vendu 68,9 M USD**

Sur les 10 derrières années un seul *nu couché* a été présenté aux enchères (voir ci-dessous). Le vendeur a récemment refuse une offre de 90 M USD net pour lui.



**Amedeo Modigliani**

Nu couché (Sur le côté gauche)

2003 : vendu 26,8 M USD

**2011 : refus de 90 MUSD net**

La valeur estimative d'un grand nu couche de Modigliani de la qualité de *nu couche sur un coussin bleu* si situerait probablement entre 70 millions USD (fourchette basse) et 90 millions USD (fourchette haute), voire plus. Le prix définitif dépend bien-sûr du contexte du marché.

J'espère que ces informations répondent à vos questions. Je serais ravi de poursuivre nos discussions.

Avec mes meilleures salutations,

Samuel Valette.


Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 ████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000838

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.

www.sothebys.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000839



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016