# EXHIBIT 30

Mr Confidential Client One Hundred And Thirty Four

STRICTLY PRIVATE AND CONFIDENTIAL

Sotheby's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0002239

# Mr Confidential Client One Hundred And Thirty Four

IMPRESSIONIST AND MODERN ART

Prepared by Sotheby's, 34-35 New Bond Street, London, WlA 2AA, +44 (0)20 7293 5000
24 October 2014 | Valuation Number 70254251

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002240

Impressionist and Modern Art

1    Amedeo Modigliani 1884 - 1920
NU COUCHÉ AU COUSSIN BLEU
oil on canvas
*60 by 92.1cm.*
1916

$110,000,000

PROVENANCE
Leopald Zborowski, Paris
Dr. Lacroix
Nathan Cummings, Chicago
Robert Manoukian, London
Private Collection
Acquavella Contemporary Art, Inc,
New York
Private Collection.



EXHIBITED
New York, Perls Galleries, *The
Nudes of Modigliani*, October 11-
November 12, 1966
New York, Acquavella Galleries, Inc.,
*Modigliani*, October 14-November
13, 1971, no. 28. illustrated in colour
Chicago, The Art Institute of
Chicago, *Major Works from the
Collection of Nathan Cummings*,
1973, no. 35 (as dating from 1917-18).

LITERATURE
A. Ceroni and L. Piccioni, I *dipinti di
Modigliani*, Rizzoli, Milan, 1970, no.
147: Flammarion, Paris 1972
A.Pfannstiel, *Modigliani et son
Oeuvre, étude critique et catalogue
raisonné*, Bibliothèque des Arts. Paris,
1956, no.173
J.-A. Cartier, *Modigliani Nus*, Hazan,
Paris, 1958, no. 5
A.Ceroni, *Amadeo Modigliani,
dessins et sculptures, avec suite du
catalogue illustré des peintures*,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016    STH0002241

Impressionist and Modern Art

Milione, Milan, 1965, no. 195
J.Lanthemann, *Modigliani, Catalogue Raisonné*, Barcelona, 1970, no. 143. Illustrated, p. 196
G.Diehl, *Modigliani*, Flammarion, Paris, 1977, p. 71
D.Hall, *Modigliani*, Phaidon, Oxford, 1984, no. 32
Castieau-Barrielle, *Modigliani*, ACR Editions, 1987, p. 181
Angela Ceroni, *Modigliani Les Nus*, La Bibliothèque des Arts, Paris, 1989, no. 8. Illustrated in colour, p.53
Osvaldo Patani, Amadeo Modigliani Catalogo Generale, Milan, 1991, number 149. Illustrated in colour, p. 161
Christian Parisot, *Modigliani Catalogue Raisonné*, Editions Graphics Arte, Rome, 1991, Volume II, no. 35/1916. Illustrated, p. 135

For the item listed within this document we have provided an Insurance value for the purpose of Retail replacement, subject to the Conditions of Valuation included in this document as at 24 October 2014. This value is based on our reasonable opinion of the actual retail purchase price or probable cost of having to replace the items with comparable items in similar condition at today's date.

*Samuel Valette*

SAMUEL VALETTE
Senior Director, Impressionist & Modern Art
Date: 24 October 2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0002242

## SUMMARY

### INSURANCE VALUE (INS)

| | VALUE |
|---|---|
| Impressionist and Modern Art | $110,000,000 |
| TOTAL: | $110,000,000 |

### Sotheby's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0002243

# SOTHEBY'S CONDITIONS OF VALUATION

1. Sotheby's in London ("Sotheby's") valuation is based upon Sotheby's opinion, having regard to the degree and conditions of examination undertaken, as to (unless otherwise stated in writing) the range of values within which Sotheby's would expect item(s) to sell if consigned to Sotheby's for sale at auction. As used in these Conditions, the term "valuation" includes all related drafts, summaries, letters, extracts and "pre-sale estimations" provided to the client by Sotheby's.

2. Unless otherwise stated in writing, Sotheby's valuation is based upon a preliminary visual inspection of the item(s) without cleaning, restoration, detailed inspection or disassembly and without research into an item's background or further tests and analysis. The valuation relies upon such information as is provided by the client (or the client's agent),and assumes that each item is free from any third party interests, restrictions or claims and that it could be sold without restriction (including, without limitation, as to export) as an individual lot in the international auction market.

3. Valuations are a matter of reasonable opinion and opinions as to value may differ. Particular circumstances affecting the value of individual items may not be known or foreseeable at the time of valuation. Values can also fluctuate as a consequence of external circumstances such as (without limitation) changes in the prevailing market conditions for the item or changes in relevant scholarship. In addition, the preliminary nature of the valuation work carried out may mean that the identification, attribution and value of items might be subject to change on further examination or research. Unless otherwise stated in writing, Sotheby's valuation only reflects the inherent characteristics of

the item(s) being valued and does not reflect the surrounding circumstances of the item(s) being valued (such as, without limitation, the item(s)' provenance or place in a wider collection, or the existence of several similar items available for sale at the same time). Sotheby's submits its valuation based on the client's understanding and agreement that Sotheby's does not accept liability on any of the above counts and Sotheby's gives no representation, warranty or guarantee in respect of an item's origin, provenance, attribution, condition, date, age or authenticity.

4. For the reasons given above, estimated and reserve prices on sale by auction may vary from the values provided for items in the valuation and Sotheby's makes no representation or warranty that the item will realise the amount at which it is valued upon a subsequent public or private sale. The valuation does not take into account any sale expenses, commissions and taxes (including capital taxes) which might apply or become due on a sale of the item(s).

5. Sotheby's does not establish whether the items valued are safe, functioning or fit for the purpose for which they were intended, and gives no warranty or representation as to such matters.

6. Valuations for insurance are given on the basis indicated in the valuation to indicate (unless otherwise stated in writing) Sotheby's view of the likely cost of replacing the item valued with as near a comparable item as is available for purchase second hand. Sotheby's offers its valuation services as an auction house and does not have expertise as a retail outlet and can accept no responsibility for the accuracy of its estimates in respect of retail profit margins or other factors

applicable to the retail trade. Also, the cost of making facsimile or new replacements of items is likely to be greatly in excess of the values quoted in the valuation. Sotheby's is unable to advise as to such costs, estimates for which should be obtained from appropriate manufacturers.

7. Without prejudice to the above, where estimates are given of values of items as at past dates, such estimates are statements of opinion and not of fact. There may not be any adequate comparables by reference to which such values can be established and, in any event, no assurance can be given that such values will be accepted by the Inland Revenue or any other competent authority, court or tribunal.

8. Sotheby's valuation is Sotheby's copyright and is prepared only for the client to whom it is addressed and only for the specific purpose stated in the valuation, and is not to be used by any other person or for any other purpose, or disclosed to any third party (other than the client's professional advisors for the purpose specified in the valuation) or reproduced or published in any form without Sotheby's prior written consent. The addressee of the valuation agrees to indemnify Sotheby's and its affiliated companies, and its and their servants, employees and officers against all liabilities and expenses incurred by them as a result of any breach of the above commitment by such addressee or arising from related claims by third parties in connection with Sotheby's valuation. To the fullest extent permissible by law, Sotheby's excludes any liability to any third party (including arising out of Sotheby's negligence) in respect of the valuation.

9. The client requesting the valuation represents and warrants to Sotheby's that they are the owner of the item(s) or are duly authorized by the owner(s) to have the item(s) valued. The client agrees not to call upon Sotheby's to give evidence in legal or other proceedings concerning the contents of a valuation.

10. Without prejudice to any other provision of these Conditions, save insofar as any liability Sotheby's may have relates to personal injury or death, any claim against Sotheby's (howsoever arising and including negligence) in relation to the conduct or content of a valuation, shall be limited to the estimated value (or, in the case of a range of estimated values, the mid estimate) of the item as set out in the valuation.

11. In order to fulfil the services requested by the client Sotheby's may disclose information to third parties (e.g. shippers). Some countries do not offer equivalent legal protection of personal information to that offered within the EU. It is Sotheby's policy to require that any such third parties respect the privacy and confidentiality of our clients' information and provide the same level of protection for clients' information as provided within the EU, whether or not they are located in a country that offers equivalent legal protection of personal information. By agreeing to these Conditions of Valuation, clients agree to such disclosure. The client can prevent the use of his personal information for marketing purposes by contacting us at +44 (0)20 7293 6667.

12. In the event that any part of these Conditions should be held to be unenforceable for any reason, the remaining portions of these Conditions shall remain in full force and effect. These Conditions and all transactions to which they apply shall be construed in accordance with English law. In the event of disputes hereunder, the parties hereto submit in favour of Sotheby's to the exclusive jurisdiction of the Courts of England.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002244