# EXHIBIT 32

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Wednesday, January 25, 2012 10:11 AM |
| **To:** | jmperetti65@gmail.com |
| **Subject:** | Rodin, Eve |
| **Attachments:** | GettyImages_50601889[1].jpg |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016    STH0000847



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000848