# EXHIBIT 33

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Thursday, February 02, 2012 1:25 PM |
| **To:** | jmperetti65@gmail.com |
| **Subject:** | rodin |
| **Attachments:** | Rodin Eve.docx |

Dites-moi si ca vous va? J'ai egalement le doc avec toutes les recherches que j'enverrai en une fois demain (tres lourd)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000849



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000850

AUGUSTE RODIN

EVE

inscrit *A. Rodin;* et *Alexis Rudier, Fondeur Paris*
bronze
H.: 173cm., 68 1/8in.

Conçu en 1881, et fondu en bronze à une date ultérieure.

**Provenance**
Collection particulière, Paris
Sir Robert Abdy Bt., London
Sir Valentine Abdy Bt., Paris
Marlborough Gallery, New York
Sylvester Stallone, Los Angeles (vente: Sotheby's, New York, 13 mai 1998, lot 12)
Acquis lors de cette vente par le propriétaire actuel

**Exposition**
New York, Marlborough Gallery, *Masters of Modern and Contemporary Sculpture,* 1984, no. 61

**Bibliographie**
Judith Cladel, *Auguste Rodin, sa Vie glorieuse, sa Vie inconnue,* Paris, 1936, pp. 142- 143, une autre épreuve reproduite
Marcel Aubert, *Rodin Sculptures,* Paris, 1952, une autre épreuve reproduite p. 21
Albert E. Elsen, *Auguste Rodin,* Londres, 1962, une autre épreuve reproduite p. 51
Albert E. Elsen, *Auguste Rodin, Readings on his Life and Work,* Englewood Cliffs, N.J., 1965, p. 164, une autre épreuve reproduite
John L. Tancock, *The Sculpture of Auguste Rodin,* Philadelphia, 1976, pp. 148- 157, no. 8-5, une autre épreuve reproduite p. 154
Albert E. Elsen, *The Gates of Hell by Auguste Rodin,* Stanford, 1985, pp.74-78, no. 64, une autre épreuve reproduite
Ruth Butler, *Rodin, The Shape of Genius,* New Haven et Londres, 1993, p. 159, pp. 161-162, une autre épreuve reproduite pl. 66
Antoinette Le Normand-Romain, *The Bronzes of Rodin, Catalogue of works in the Musée Rodin,* Paris, 2007, une autre épreuve reproduite pp.338-340 & 345 & 347

**Exemplaires connus:**

Fontes François ou Alexis Rudier

-Musee Rodin, Paris (trois fontes)

-Walter et Leonore Annenberg, en prêt perpetual au Metropolitan Museum of Art, New York

-Folkwang Museum, Essen

-Musée des Beaux-Arts, Lyons

-Metropolitan Museum of Art, New York

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

-Manchester City Art Galleries, Manchester

-College of Architecture and Civil Engineering Weimar

-**Ex Collection Stallone, U.S.A. (notre bronze)**

-Albright-Knox Art Gallery, Buffalo

-National Museum of Wales, Cardiff

-Foundation Dina Vierny- Musée Maillol, Paris

-Collection particulière, U.S.A.

-Toledo Museum of Art, Ohio

-Collection particulière, Localisation actuelle inconnue

-Niedersächsisches Landesmuseum, Hanover

-National Museum, Tokyo

-Rodin Museum, Philadelphia

-Kunsthistorisches Museum, Vienna,

-Burrell Collection, Glasgow

-Städelsches Kunstinstitut, Frankfurt

-Collection particulière (Christie's, New York, 6 mai 2008)

-Detroit Institute of Arts, Detroit

-Städtische Kunsthalle, Mannheim

-Nasher Sculpture Centre, Dallas

Fontes Georges Rudier (après 1959):

-Southampton City Art Gallery, Southampton

-Los Angeles County Museum of Art, Los Angeles

-Cantor Arts Centre, Stanford University, Palo Alto, California

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0000852