# EXHIBIT 35

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Monday, February 13, 2012 12:35 PM |
| **To:** | 'ybouvier@fineartnlc.ch'; 'jmperetti65@gmail.com' |
| **Subject:** | Fw: Rodin |
| **Attachments:** | Auguste Rodin Eve Complete.pdf |

Voici un essai de nouveau doc avec plus de photos - merci de me dire s'il convient mieux. Je suis de retour a Londres mercredi et peux trouver d'autres images.
A tres bientot
Sam

---

**From**: Boyd-Bowman, Thomas
**Sent**: Monday, February 13, 2012 05:17 PM
**To**: Valette, Samuel
**Subject**: Rodin

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000881

AUGUSTE RODIN

EVE

inscrit *A. Rodin;* et *Alexis Rudier, Fondeur Paris*
bronze
H.:  173cm., 68 1/8in.

Conçu en 1881, et fondu en bronze à une date

**Provenance**
Collection particulière, Paris
Sir Robert Abdy Bt., London
Sir Valentine Abdy Bt., Paris
Marlborough Gallery, New York
Sylvester Stallone, Los Angles (vente: Sotheby's, New York, 13 mai 1998, lot 12)
Acquis lors de cette vente par le propriétaire actuel

**Exposition**
New York, Marlborough Gallery, *Masters of Modern and Contemporary Sculpture,* 1984, no. 61

**Bibliographie**
Judith Cladel, *Auguste Rodin, sa Vie glorieuse, sa Vie inconnue,* Paris, 1936, pp. 142- 143
Marcel Aubert, *Rodin Sculptures,* Paris, 1952, une autre épreuve reproduite p. 21
Albert E. Elsen, *Auguste Rodin,* Londres, 1962, une autre épreuve reproduite p. 51
Albert E. Elsen, *Auguste Rodin, Readings on his Life and Work,* Englewood Cliffs, N.J., 1965, p. 164
John L. Tancock, *The Sculpture of Auguste Rodin,* Philadelphia, 1976, pp. 148- 157, no. 8-5, une autre épreuve reproduite p. 154
Albert E. Elsen, *The Gates of Hell by Auguste Rodin,* Stanford, 1985, pp.74-78, no. 64, une autre épreuve reproduite
Ruth Butler, *Rodin, The Shape of Genius,* New Haven et Londres, 1993, p. 159, pp. 161-162, une autre épreuve reproduite pl. 66
Antoinette Le Normand-Romain, *The Bronzes of Rodin, Catalogue of works in the Musée Rodin,* Paris, 2007, une autre épreuve reproduite pp.338-340 & 345 & 347


**Autres Exemplaires de *Eve* connue:**

Musée Rodin Maître Épreuve
-Musée Rodin, Paris (trois exemplaire)

Fontes François ou Alexis Rudier

-Walter et Leonore Annenberg, Perpetual loan to the Metropolitan Museum of Art, New York
-Folkwang Museum, Essen
-Musée des Beaux-Arts, Lyons
-Metropolitan Museum of Art, New York
-Manchester City Art Galleries, Manchester
-College of Architecture and Civil Engineering Weimar
-Collection particulière, U.S.A. (notre bronze)
-Albright-Knox Art Gallery, Buffalo
-National Museum of Wales, Cardiff
- Musée Maillol-Foundation Dina Vierny, Paris (Meme collection que *Age d'Airain*, ex. Rosenberg, endommage durant incendie)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000882

-Collection particulière, U.S.A.
-Toledo Museum of Art, Ohio
-Localisation innconue
-Niedersächsisches Landesmuseum, Hanover
-National Museum, Tokyo
-Rodin Museum, Philadelphia
-Kunsthistorisches Museum, Vienna,
-Burrell Collection, Glasgow
-Städelsches Kunstinstitut, Frankfurt
-Detroit Institute of Arts, Detroit
-Städtische Kunsthalle, Mannheim
-Nasher Sculpture Centre, Dallas
-Collection particulière (Christie's, New York, 6 mai 2008)

Fontes Georges Rudier (après 1959):

-Southampton City Art Gallery, Southampton
-Los Angeles County Museum of Art, Los Angeles
-Cantor Arts Centre, Stanford University, Palo Alto, California

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000883



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

**AUGUSTE RODIN, EVE, 173cm. DIFFERENTS ANGLES**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016