# EXHIBIT 37

**Philippe Capt (FineArt NLC)**

| | |
|---|---|
| **From:** | Philippe Capt (FineArt NLC) |
| **Sent:** | Tuesday, March 06, 2012 11:28 AM |
| **To:** | Chandler, Holli |
| **Cc:** | Valette, Samuel |
| **Subject:** | RE: Auguste Rodin, Eve- Arrival |

Dear Holli,

Thank you for your e-mail
Our client would like us to collect directly the crate in Frankfurt with our truck.

I will contact Hasenkamp for the transit documents from FRA to Geneva Freeport.

Best regards
Philippe

Philippe Capt
Fine Art Transports Natural le Coultre SA
6, Avenue de Sécheron
1202 Geneva
Switzerland
Phone : +41 22 731 87 17 - Fax +41 22 731 87 60
Direct phone : +41 22 906 15 80
http://www.nlc.ch

*Nous travaillons exclusivement sur la base de nos conditions générales (dernière version) pour la prise en charge, l'entreposage, la manutention et le transport d'œuvres d'art. Le for compétent est à Genève.*
We work exclusively according to the most recent version of our General terms and conditions, for reception, storage, handling and transport of artworks. Jurisdiction is in Geneva.

**De :** Chandler, Holli [mailto:Holli.Chandler@sothebys.com]
**Envoyé :** mardi, 6. mars 2012 13:46
**À :** Philippe Capt (FineArt NLC)
**Cc :** Valette, Samuel
**Objet :** Auguste Rodin, Eve- Arrival

Dear Philippe,
Further to our telephone conversation I wanted to confirm that we have arranged delivery of a consignment to NLC as per below. As discussed we will list the consignee on the paperwork as Hasenkamp, but we will list the notify party as Fine Art NLC. This will then mean that you will process the clearance on arrival at the Geneva Freeport but that Hasenkamp will collect at Frankfurt on your behalf and will arrange delivery via their trucks to Geneva.

Schedule:
- Deliver to JFK on Monday 12th March by midnight
- The freighter departs Tuesday 13th March @ 0200am
- Flight number: LH 8169/13 FRA
- ETA in Frankfurt is 13th March at 1430HRS

 STH0000957

- Airway Bill number: MAWB 020 9544 1603

Will you liaise with Hasenkamp to act as agent on your behalf? Please do let me know if you need further details, or if I can assist with arranging anything with Hasenkamp.

My direct contact details are listed below and I will act as your point of liaison in regards to all matters for the delivery of this piece.
Best wishes,
Holli

**Holli Chandler**
Project Manager
Impressionist & Modern Art
Sotheby's London
Tel: +44 (0)20 7293 5355
Mobile : +44 ▮▮▮▮▮▮▮▮▮▮▮
Fax: +44 (0)20 7293 6950

*********************************************************************

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.

www.sothebys.com

*********************************************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016