# EXHIBIT 41

## Valette, Samuel

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, September 24, 2013 6:20 AM |
| **To:** | 'jmperetti65@gmail.com' |

Klimts "Wasserschlangen II" ins Ausland verkauft THOMAS TRENKLER, 24. September 2013, 00:30 Ursula Ucicky entschloss sich zur Privatrestitution von Gustav Klimts Meisterwerk "Wasserschlangen II", das einst Jenny Steiner gehört hatte. Sotheby's verkaufte das Bild um 120 Millionen Dollar netto. Ihre restlichen Klimt-Bilder brachte Ucicky in eine Privatstiftung ein 6 Postings

vergrößern
Wien - Ein Bild, ein ganz entscheidendes Bild fehlte Rudolf Leopold, dem großen, im Juni 2010 verstorbenen Sammler. Es nennt sich Wasserschlangen II, Gustav Klimt malte es zwischen 1904 und 1907. Für Leopold war das Meisterwerk ähnlich bedeutend wie die Goldene Adele, die Ronald Lauder 2006 zum Weltrekordpreis von 135 Millionen Dollar erworben hat. Doch an das Bild, das in einer Wiener Wohnung hing, war schwer heranzukommen: Die Besitzerin, eine hochbetagte Dame, verweigerte jeden Kontakt, sie öffnete auch nicht die Tür.

Hätte sich Ursula Ucicky von Leopold breitschlagen lassen: Das Bild wäre heute wohl im Museum Leopold. Aber es kam anders: Die Wasserschlangen II wurden über Sotheby's in London bei einem Private Sale um angeblich 120 Millionen Dollar netto verkauft - und befinden sich nicht mehr in Österreich. Über den Käufer ist nichts in Erfahrung zu bringen.

Zunächst erscheint es eigenartig, dass vom Bundesdenkmalamt eine Ausfuhrgenehmigung erteilt wurde. Doch es lag ein "berücksichtigungswürdiger Grund" vor: Bei den Wasserschlangen II handelt es sich um geraubte Kunst - und Ursula Ucicky entschloss sich zu einer Privatrestitution.

Das Bild hatte die Fabrikantin Jenny Steiner 1911 von Klimt erworben. 1938, nach dem Anschluss, wurde es gepfändet. Am 5. März 1940 sollte es im Dorotheum versteigert werden, doch Reichsstatthalter Baldur von Schirach ließ die Wasserschlangen II aus der Auktion nehmen. Das Gemälde kam in den Besitz des Filmregisseurs Gustav Ucicky. Die Entziehungsgeschichte kann man in Sophie Lillies Buch der enteigneten Kunstsammlungen Wiens mit dem Titel Was einmal war (Czernin Verlag) nachlesen; als Coverabbildung fungieren übrigens die Wasserschlangen II.

Ucicky, geboren 1899 in Wien, war der Sohn von Maria Ucicka, die als Aushilfe im Haushalt Klimts und auch als dessen Modell arbeitete. Für die von Ucicky reklamierte Vaterschaft Klimts liegt keine amtliche Bestätigung vor. Ucicky drehte unter anderem Café Elektric - und 1941, in der NS-Zeit, den Propagandafilm Heimkehr mit Paula Wessely in der Hauptrolle. Er starb 1961 in Hamburg, seiner Frau Ursula hinterließ er eine respektable Kunstsammlung.

Kürzlich konnte eine Einigung mit den Erben nach Jenny Steiner erzielt werden. In welchem Verhältnis der Erlös aufgeteilt wurde, ist nicht bekannt. Für die Witwe Ucicky, die aus einer jüdischen Familie stammt, bedeutet die Lösung eine Erleichterung. Zudem brachte sie ihre übrigen Klimts, vier Gemälde und zehn Zeichnungen, Nachlassmaterialien von Gustav Ucicky und eine Million Euro in eine Privatstiftung ein, die erst kürzlich gegründet wurde.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002090

Vorstandsvorsitzender der Gustav Klimt/ Wien 1900-Privatstiftung ist auf Lebenszeit Peter Weinhäupl, der kaufmännische Direktor des Leopold Museums. Im Vorstand sitzen zudem (ebenfalls auf Lebenszeit) dessen Lebensgefährtin Sandra Tretter, die bis vor wenige Wochen im Leopold Museum gearbeitet hat, und für fünf Jahre Hubert Weinhäupl, der Bruder von Peter Weinhäupl. Als Anwalt fungiert Andreas Nödl, der unter anderem auch Vorstandsmitglied der Leopold Privatstiftung ist.

Ursula Ucicky verzichtet ausdrücklich auf die Möglichkeit, die gemeinnützige Stiftung aufzulösen. Deren Zweck ist laut Firmenbuchauszug unter anderem die Bewahrung und Verbreitung des von Gustav Klimt hinterlassenen Erbes, dessen Zugänglichkeit für die Öffentlichkeit sowie die dokumentarisch-wissenschaftliche Aufarbeitung. In Paragraf 2 der Stiftungsurkunde wird festgehalten, dass man im Fall von Raubkunst "gerechte und faire Lösungen im Sinne der Washington Principles" anstreben werde.

Der Fall Felsöványi

Peter Weinhäupl und Andreas Nödl bestätigen auf Anfrage des Standard, dass es einen diesbezüglichen Fall gibt. Es handelt sich um das Bildnis Gertrud Loew (1902), das der Porträtierten, Gertrud Loew-Felsöványi, gehört hatte. Wie das Gemälde in der NS-Zeit in den Besitz von Gustav Ucicky kam, ist noch nicht geklärt.

Der mittlerweile 98-jährige, in Kalifornien lebende Felsöványi-Erbe hatte sich wegen des Porträts an Ursula Ucicky gewandt. Sein Brief motivierte die alte Dame zur Privatrestitution - in beiden Fällen. Zunächst musste, so Weinhäupl, die Einigung bezüglich der Wasserschlangen II erzielt werden, um Mittel für Felsöványi zu haben. Er lässt derzeit die Provenienz des Porträts erforschen - und Nödl steht in Kontakt mit Ernst Ploil, dem Anwalt von Anthony Felsöványi. "Eine faire und gerechte Lösung muss es auch in diesem Fall geben", sagt Nödl. (Thomas Trenkler, DER STANDARD, 24.9.2013)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0002091