# EXHIBIT 43

Mr Confidential Client One Hundred And Thirty Four

STRICTLY PRIVATE AND CONFIDENTIAL

Sotheby's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016    STH0002227

# Mr Confidential Client One Hundred And Thirty Four

IMPRESSIONIST AND MODERN ART

Prepared by Sotheby's, 34-35 New Bond Street, London, W1A 2AA, +44 (0)20 7293 5000
24 October 2014 | Valuation Number 70254249

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

Impressionist and Modern Art



Gustav Klimt 1862 - 1918
WASSERSCHLANGEN II (WATER
SERPENTS II)
signed
oil on canvas
*80 by 140cm.*
1904-1906/7

$180,000,000

PROVENANCE
Jenny Steiner, Vienna (acquired from
the artist in 1911)
Gustav Ucicky, Vienna
Ursula Ucicky, Vienna

EXHIBITED
Vienna, *XX Secession Exhibition*,
1904, no. 66 (possibly)
Berlin, German Künstlerband, II
Exhibition, 1905, no. 111
Vienna, *Kunstschau*, 1908, no. 16
(room 22)
Munich, *Glaspalast*, X International
Art Exhibition, 1909, no. 810
Venice, *IX Espozione Internationale*,
1910, no. 12 (room 10)
Vienna, XCIX Secession Exhibition,
1928, n. 54
Vienna, Ausstellungshaus
Friedrichstrasse, 1943, no. 26
Vienna,
Secession/Künstlerhaus/Historisches
Museum der Stadt Wien, 1964, no. 41

LITERATURE
Fritz Novotny and Johannes Dobai ,
*Gustav Klimt*, New York 1967, no.
140.
Berta Zuckerkandl,  *Die XX
Austellung der Wiener Secession*,
*Kunst für Alle*, Vienna, 1903-04, p.
414

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002229

Impressionist and Modern Art

Ludwig Hevesi, *Acht Jahre Secession (März 1897-Juni 1905), Kritik, Polemik, Chronik, Vienna,* 1906, pp. 462-63

Ludvig Hevesi, *Altkunst-Neukunst, Wien*, 1894-1908, Vienna, 1908, p. 247

Apard Weixlgärnter, "Gustav Klimt," *Die Graphischen Künste* XXXV, 1912, p. 55

Miethke, ed., *Das Werke Gustav Klimts*, 1908-14, lot IV, no. 9

Max Eisier, Gustav Klimt, Vienna, 1920, p. 27 Igomar Hatle, *Gustav Klimt. Ein Wiener Maler des Jugendstils*, Graz, 1955, p. 75

Fritz Novotny and Johannes Dobai, *Gustav Klimt*, New York, 1967, no. 140

Sophie Lillie, *Was einmal war. Handbuch der enteigeneten Kunstammlungen Wiens*, Vienna, 2003, pp. 1244, 1248 & 1250

Matteo Chini & Claudio Pescio, *Klimt. Leben und Kunst*, Cologne, 2004, p. 67

Gilles Néret, *Klimt*, Cologne, 2005, illustrated in colour p.47

Alfred Weidinger, ed., *Gustav Klimt*, Munich, Berlin, London & New York, 2007, no. 173, illustrated in colour pp. 281

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0002230

SUMMARY

INSURANCE VALUE (INS)

|  | VALUE |
|---|---|
| Impressionist and Modern Art | $180,000,000 |
| TOTAL: | $180,000,000 |

For the item listed within this document we have provided an Insurance value for the purpose of Retail replacement, subject to the Conditions of Valuation included in this document as at 24 October 2014. This value is based on our reasonable opinion of the actual retail purchase price or probable cost of having to replace the items with comparable items in similar condition at today's date.

*Samuel Valette*

SAMUEL VALETTE
Senior Director, Impressionist & Modern Art
Date: 24 October 2014

## Sotheby's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002231

# SOTHEBY'S CONDITIONS OF VALUATION

1.    Sotheby's  in  London ("Sotheby's")  valuation  is  based upon  Sotheby's  opinion,  having regard  to  the  degree  and conditions  of  examination undertaken,  as  to  (unless otherwise  stated  in  writing)  the range  of  values  within  which Sotheby's  would  expect  item(s)  to sell  if  consigned  to  Sotheby's  for sale  at  auction.  As  used  in  these Conditions,  the  term  "valuation" includes  all  related  drafts, summaries, letters, extracts and "pre-sale  estimations"  provided  to the client by Sotheby's.

2.  Unless  otherwise  stated  in writing,  Sotheby's  valuation  is based  upon  a  preliminary  visual inspection  of  the  item(s)  without cleaning,  restoration,  detailed inspection  or  disassembly  and without  research  into  an  item's background  or  further  tests  and analysis.  The  valuation  relies  upon such  information  as  is  provided  by the client (or the client's agent),and assumes  that  each  item  is  free from  any  third  party  interests, restrictions  or  claims  and  that  it could  be  sold  without  restriction (including,  without  limitation,  as  to export)  as  an  individual  lot  in  the international auction market.

3.  Valuations  are  a  matter  of reasonable  opinion  and  opinions  as to  value  may  differ.  Particular circumstances  affecting  the  value of  individual  items  may  not  be known  or  foreseeable  at  the  time  of valuation.  Values  can  also  fluctuate as  a  consequence  of  external circumstances  such  as  (without limitation)  changes  in  the  prevailing market  conditions  for  the  item  or changes  in  relevant  scholarship.  In addition,  the  preliminary  nature  of the  valuation  work  carried  out  may mean  that  the  identification, attribution  and  value  of  items  might be  subject  to  change  on  further examination  or  research.  Unless otherwise  stated  in  writing, Sotheby's  valuation  only  reflects the inherent characteristics of

the  item(s)  being  valued  and  does not  reflect  the  surrounding circumstances  of  the  item(s) being  valued  (such  as,  without limitation,  the  item(s)' provenance  or  place  in  a  wider collection,  or  the  existence  of several  similar  items  available  for sale  at  the  same  time).  Sotheby's submits  its  valuation  based  on  the client's  understanding  and agreement  that  Sotheby's  does not  accept  liability  on  any  of  the above  counts  and  Sotheby's  gives no  representation,  warranty  or guarantee  in  respect  of  an  item's origin,  provenance,  attribution, condition,  date,  age  or authenticity.

4.  For  the  reasons  given  above, estimated  and  reserve  prices  on sale  by  auction  may  vary  from  the values  provided  for  items  in  the valuation  and  Sotheby's  makes  no representation  or  warranty  that the  item  will  realise  the  amount  at which  it  is  valued  upon  a subsequent  public  or  private  sale. The  valuation  does  not  take  into account  any  sale  expenses, commissions  and  taxes  (including capital  taxes)  which  might  apply or  become  due  on  a  sale  of  the item(s).

5.  Sotheby's  does  not  establish whether  the  items  valued  are  safe, functioning  or  fit  for  the  purpose for  which  they  were  intended,  and gives  no  warranty  or representation  as  to  such matters.

6.  Valuations  for  insurance  are given  on  the  basis  indicated  in  the valuation  to  indicate  (unless otherwise  stated  in  writing) Sotheby's  view  of  the  likely  cost  of replacing  the  item  valued  with  as near  a  comparable  item  as  is available  for  purchase  second hand.  Sotheby's  offers  its valuation  services  as  an  auction house  and  does  not  have expertise  as  a  retail  outlet  and  can accept  no  responsibility  for  the accuracy  of  its  estimates  in respect  of  retail  profit  margins  or other factors

applicable  to  the  retail  trade.  Also, the  cost  of  making  facsimile  or new  replacements  of  items  is likely  to  be  greatly  in  excess  of  the values  quoted  in  the  valuation. Sotheby's  is  unable  to  advise  as  to such  costs,  estimates  for  which should  be  obtained  from appropriate manufacturers.

7.  Without  prejudice  to  the  above, where  estimates  are  given  of values  of  items  as  at  past  dates, such  estimates  are  statements  of opinion  and  not  of  fact.  There  may not  be  any  adequate  comparables by  reference  to  which  such  values can  be  established  and,  in  any event,  no  assurance  can  be  given that  such  values  will  be  accepted by  the  Inland  Revenue  or  any other  competent  authority,  court or tribunal.

8.  Sotheby's  valuation  is Sotheby's  copyright  and  is prepared  only  for  the  client  to whom  it  is  addressed  and  only  for the  specific  purpose  stated  in  the valuation,  and  is  not  to  be  used  by any  other  person  or  for  any  other purpose,  or  disclosed  to  any  third party  (other  than  the  client's professional  advisors  for  the purpose  specified  in  the  valuation) or  reproduced  or  published  in  any form  without  Sotheby's  prior written  consent.  The  addressee  of the  valuation  agrees  to  indemnify Sotheby's  and  its  affiliated companies,  and  its  and  their servants,  employees  and  officers against  all  liabilities  and  expenses incurred  by  them  as  a  result  of any  breach  of  the  above commitment  by  such  addressee or  arising  from  related  claims  by third  parties  in  connection  with Sotheby's  valuation.  To  the  fullest extent  permissible  by  law, Sotheby's  excludes  any  liability  to any  third  party  (including  arising out  of  Sotheby's  negligence)  in respect of the valuation.

9.  The  client  requesting  the valuation  represents  and  warrants to  Sotheby's  that  they  are  the owner  of  the  item(s)  or  are  duly authorized  by  the  owner(s)  to have  the  item(s)  valued.  The client  agrees  not  to  call  upon Sotheby's  to  give  evidence  in  legal or  other  proceedings  concerning the contents of a valuation.

10.  Without  prejudice  to  any  other provision  of  these  Conditions, save  insofar  as  any  liability Sotheby's  may  have  relates  to personal  injury  or  death,  any  claim against  Sotheby's  (howsoever arising  and  including  negligence) in  relation  to  the  conduct  or content  of  a  valuation,  shall  be limited  to  the  estimated  value  (or, in  the  case  of  a  range  of  estimated values,  the  mid  estimate)  of  the item as set out in the valuation.

11.  In  order  to  fulfil  the  services requested  by  the  client  Sotheby's may  disclose  information  to  third parties  (e.g.  shippers).  Some countries  do  not  offer  equivalent legal  protection  of  personal information  to  that  offered  within the  EU.  It  is  Sotheby's  policy  to require  that  any  such  third  parties respect  the  privacy  and confidentiality  of  our  clients' information  and  provide  the  same level  of  protection  for  clients' information  as  provided  within  the EU,  whether  or  not  they  are located  in  a  country  that  offers equivalent  legal  protection  of personal  information.  By  agreeing to  these  Conditions  of  Valuation, clients  agree  to  such  disclosure. The  client  can  prevent  the  use  of his  personal  information  for marketing  purposes  by  contacting us at +44 (0)20 7293 6667.

12.  In  the  event  that  any  part  of these  Conditions  should  be  held to  be  unenforceable  for  any reason,  the  remaining  portions  of these  Conditions  shall  remain  in full  force  and  effect.  These Conditions  and  all  transactions  to which  they  apply  shall  be construed  in  accordance  with English  law.  In  the  event  of disputes  hereunder,  the  parties hereto  submit  in  favour  of Sotheby's  to  the  exclusive jurisdiction  of  the  Courts  of England.



24 October 2014 | Valuation Number 70254249 | Page 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                    STH0002232