# EXHIBIT 45

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Monday, July 09, 2012 5:03 AM |
| **To:** | Yves Bouvier (ybouvier@fineartnlc.ch) |
| **Subject:** | base/socle |
| **Attachments:** | le salle de cubiste205.jpg |

Hello Yves,

Voici une photo du Salon d'Automne de 1912 avec notre sculpture (1ere à gauche sur le plus haut socle). Cela donne une idée de socle. Je pense que le mieux est qu'elle soit légèrement plus haute qu'une taille moyenne. Je dirais 1,90cm ou un peu plus (du haut de la sculpture jusqu'au sol) pour qu'elle nous regarde de haut. Mais a toi de voir ce que tu penses est le mieux.

Amitiés,

Sam

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0001157