# EXHIBIT 49

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Wednesday, July 25, 2012 3:18 AM |
| **To:** | 'ybouvier@fineartnlc.ch' |
| **Subject:** | Tete de Modigliani (Ceroni XXII) |

Cher Yves,

Je trouve cette piece absolument extraordinaire. C'est a coup sur la plus belle sculpture de l'artiste en mains privees et je ne lui connais aucune piece superieure en collection publique. Les proportions sont parfaites. C'est la plus grande des Tetes que Modigliani a executee. Le fait qu'il l'ait placee sur le plus haut piedestal lors du Salon d'Automne de 1912 est egalement un magnifique temoignage de l'importance que l'artiste lui meme lui accordait.

Cette sculpture reunit tout les criteres chers aux collectionneurs les plus pointus: un sujet iconique, une provenance parfaite et documentee, un etat de conservation excellent, une tres grande rarete.

Cette sculpture fait partie d'un cercle tres restrait de chef-d'oeuvres de la sculpture moderne, au meme titre que l'homme qui marche de Giacometti ou les dos de Matisse, par exemple. Pour memoire, L'homme qui marche, d'une edition de 6, avait realise 103 millions de dollars en 2010. Les dos de Matisse, d'une edition de 10, ont ete vendus dans le cadre d'une vente privee autour de 150 millions de dollars en 2011. Contrairement a ces pieces, la Tete est une sculpture unique, taillee a meme la pierre par Modigliani. Il est extremement difficile de mettre un prix sur un tel chef-d'oeuvre. En prenant en compte la rarefaction d'oeuvres de ce calibre disponible sur le marche (voir le prix de 43 millions d'euros obtenus en 2010 pour une piece inferieure), l'impossibilite de trouver une oeuvre superieure de Modigliani, et la tres forte demande actuelle pour les plus grands chef-d'oeuvres de la sculpture moderne, c'est une piece dont la valeur devrait se situer entre 80 et 100 millions d'euros.

Je serais ravi d'en discuter plus en avant le moment venu.

Tres amicalement,

Samuel

Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 ███████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016