# EXHIBIT 51

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Thursday, December 04, 2014 5:18 PM |
| **To:** | NADIA (ArteSing SG) |
| **Subject:** | Fwd: Blancaflor Investments Ltd, ████4350 - Payment details (N09219) |
| **Attachments:** | ATT00001.htm; SKM_█████████7120.pdf; ATT00002.htm |

Chere Nadia

Usd 15m ont été envoyés aujourd'hui (ref Modigliani)

Bien à vous

Sam

Sent from my iPhone

Begin forwarded message:

> **From:** "Sotheby's New York" <USPostSaleServices@sothebys.com>
> **To:** "Valette, Samuel" <samuel.valette@sothebys.com>
> **Cc:** "Grahn (Latchininsky), Alena" <alena.grahn@sothebys.com>
> **Subject: Blancaflor Investments Ltd, ████4350 - Payment details (N09219)**
>
> Dear Sam,
>
> Attached is a copy of the payment advice for the wire that was sent today for the above client's proceeds from sale N09219.  If you would like for Post Sale to issue this directly to the client, please let us know.
>
> Should you have any further questions or require any additional information, please do not hesitate to contact us.
>
> Sincerely,
> Justin Cheung *on behalf of*
>
> Alena Grahn
> Post Sale Manager, Post Sale Services

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002251

tel: +1.212.606.7444 | fax: +1.212.606.7043

1334 York Ave. New York, NY 10021

www.sothebys.com

**Sotheby's York Avenue offices will be closed for the Holidays from 5:00pm Wednesday 24th December 2014 until 9:00am Monday 5th January 2015.** All pick-ups and deliveries must be scheduled before or after the Holiday period. If you have a specific enquiry about the Holiday closure, please call +1 212 606 7000. We wish you a joyful Holiday season.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016                                          STH0002252

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0002253

# Sotheby's



1334 York Avenue
New York NY 10021
+1 212 606 7000
www.sothebys.com

Blancaflor Investments Ltd
Mr Yves Bouvier
Avenue de Sécheron 6
1202 GENÈVE
SWITZERLAND

| | |
|---|---|
| Account number | ▇4350 |
| Remittance number | ▇2690 |
| Date | 4 December 2014 |

## Payment advice

Page 1 of 2

We are pleased to confirm the transfer of funds to your account and have enclosed a breakdown of your payment.

- ### Payment of $15,000,000.00

  This payment has been made in accordance with your payment instructions:

  **Account Name:**    Blancaflor Investments Ltd
  **Account Number:**    ▇3838

  Lots for which we are still awaiting payment from the buyer may not be included.

### Register on Sothebys.com today

Activate your online account to view invoices, statements, manage bids, bid online and check payment statuses.

To activate your account, email enquiries@sothebys.com.

**For assistance, please contact**
**Alena Grahn**
**Post Sale Manager**
**T** +1 212 606 7444
**F** +1 212 606 7355
**E** uspostsaleservices@sothebys.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

# Sotheby's

1334 York Avenue
New York NY 10021
+1 212 606 7000
www.sothebys.com

Blancaflor Investments Ltd
Mr Yves Bouvier
Avenue de Sécheron 6
1202 GENÈVE
SWITZERLAND

| | |
|---|---|
| Account number | ████4350 |
| Remittance number | ████2690 |
| Date | 4 December 2014 |
| Payment currency | USD |

## Payment detail

Page 2 of 2

| Document Number | Document Date | Sale | Lot | Description | Net Amount |
|---|---|---|---|---|---|
| 1600142074 | 4 Nov 2014 | N09219 | 0008 | Advance of Guarantee>> | $25,000,000.00 |
| 1600142166 | 17 Nov 2014 | N09219 | 0008 | >> | $40,000,000.00- |

**Total Wire payment made to Blancaflor Investments Ltd Account No.**████**3838**                     **$15,000,000.00-**

\* Please refer to previous correspondence sent to you regarding credits and debits to your account. \*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016