# EXHIBIT 13

**Yves Bouvier (NLC)**

---

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) |
| **Sent:** | Monday, June 20, 2011 2:36 AM |
| **To:** | Valette, Samuel |

Hello
Je pensais que personne de Geneve devait connaître cette operation!!!!!!!
Je ne peux pas travailler dans ses conditions Yves

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0000395