UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCENT DELIGHT INTERNATIONAL LTD., et al.,

    Plaintiffs,

-v-

SOTHEBY'S, et al.,

    Defendants.

---

18-CV-9011 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On March 21, 2020, Defendants filed a letter-motion seeking the issuance of a Letter of Request for the assistance of Swiss judicial authorities in obtaining testimony and documents from Yves Bouvier. *See* ECF No. 152. Any opposition to Defendants' letter-motion shall be filed no later than **March 30, 2020**.

SO ORDERED.

Dated: March 23, 2020
      New York, New York

                            JESSE M. FURMAN
                          United States District Judge