UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    :
ACCENT DELIGHT INTERNATIONAL LTD., et al.,   :
    :
                     Plaintiffs,   :        18-CV-9011 (JMF)
    :
    -v-                           :        <u>ORDER</u>
    :
SOTHEBY'S, et al.,   :
    :
                     Defendants.   :
    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record during the telephone conference held earlier today, Plaintiffs' motion for summary judgment as to liability on their Fourth Claim is GRANTED, and Plaintiffs' motion for summary judgment as to liability on their Third Claim is DENIED, and that claim is dismissed.

       Also as discussed on the record during today's conference, the parties are directed to meet and confer regarding the outstanding discovery dispute, *see* ECF No. 173, and to file a joint letter describing their agreement or competing proposals (with details — including but not limited to hit rates — for each set of proposals) no later than **June 4, 2020**.

       The Clerk of Court is directed to terminate ECF Nos. 80 and 173.

       SO ORDERED.

Dated: May 28, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                           United States District Judge