| | EMERY CELLI BRINCKERHOFF & ABADY LLP | |
|---|---|---|
| RICHARD D. EMERY | | DIANE L. HOUK |
| ANDREW G. CELLI, JR. | ATTORNEYS AT LAW | |
| MATTHEW D. BRINCKERHOFF | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | EMMA L. FREEMAN |
| JONATHAN S. ABADY | 10TH FLOOR | DAVID BERMAN |
| EARL S. WARD | NEW YORK, NEW YORK 10020 | HARVEY PRAGER |
| ILANN M. MAAZEL | | SCOUT KATOVICH |
| HAL R. LIEBERMAN | TEL: (212) 763-5000 | NICK BOURLAND |
| DANIEL J. KORNSTEIN | FAX: (212) 763-5001 | ANDREW K. JONDAHL |
| O. ANDREW F. WILSON | www.ecbalaw.com | ANANDA BURRA |
| ELIZABETH S. SAYLOR | | MAX SELVER |
| KATHERINE ROSENFELD | | |
| DEBRA L. GREENBERGER | | |
| ZOE SALZMAN | | |
| SAM SHAPIRO | | |

June 3, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:    *Accent Delight Int'l Ltd. et al. v. Sotheby's et al.*, No. 18-CV-9011

Dear Judge Furman:

      Plaintiffs write to update the Court on the Parties' efforts to resolve their discovery dispute about the search terms "Heller" and "Christie!", ECF No. 173, as directed by the Court at the May 28, 2020 status conference, ECF No. 174.

      The Parties exchanged proposals for Boolean connectors to limit hit counts and Plaintiffs have worked extensively with their document vendor to create Boolean terms, both using spot checks of the documents and through automated means. These efforts have been unsuccessful, despite many hours of attorney and vendor time.

      In the interest of limiting further time and expense litigating these terms, Plaintiffs are withdrawing their objection to running the original search terms and have agreed to run the terms within the following date-range limits that were previously proposed by Defendants:

      Heller: November 1, 2011 to February 1, 2012; December 1, 2014 to March 25, 2016.

      Christie's and Christie!: November 1, 2014 to March 25, 2016.

                                          Respectfully submitted,

                                          /s/

                                        Daniel J. Kornstein

c.      All counsel of record (by ECF)