UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ACCENT DELIGHT INTERNATIONAL LTD., et al.,

                Plaintiffs,                          18-CV-9011 (JMF)

       -v-                                     ORDER

SOTHEBY'S, et al.,

                Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that, for the reasons provided in Defendants' letter dated June 18, 2020, the Court withdraws the request set forth in paragraph 10(e)(v) of Sotheby's Singapore-based Letter of Request for discovery from Yves Bouvier.

      The Clerk of Court is directed to terminate ECF No. 180.

      SO ORDERED.

Dated: June 19, 2020
       New York, New York

                                                    JESSE M. FURMAN
                                           United States District Judge