UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
ACCENT DELIGHT INTERNATIONAL LTD., et al.,  :
     :
                               Plaintiffs,   :     18-CV-9011 (JMF)
     :
             -v-     :     ORDER
     :
SOTHEBY'S, et al.,  :
     :
                               Defendants.   :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court recently received the attached letter from the Supreme Court of Singapore.  If any party believes that the Court should take further action in connection with the letter, it shall promptly file a letter motion to that effect.

        SO ORDERED.

Dated:  July 7, 2020
        New York, New York                               JESSE M. FURMAN
                                                            United States District Judge



**SUPREME COURT OF SINGAPORE**
**LEGAL REGISTRY**

Our Ref: TEA/4/2020/AG

15 May 2020

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007
United States of America

**Letter of Request for International Judicial Aid Pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters from Yves Charles Edgar Bouvier**

Case No. 1:18-cv-09011-JMF-RWL

    We refer to your letter of request ("**Letter of Request**"), which we received on 19 March 2020 and forwarded to the Attorney-General's Chambers of Singapore ("**AGC**") on 26 March 2020.

2    In the Letter of Request, you requested for both documentary evidence and testimony from Yves Charles Edgar Bouvier ("**Witness**") based on a brief background as follows:

(a) Accent Delight International Ltd and Xitrans Finance Ltd ("**Plaintiffs**") commenced civil proceedings against the Witness and some co-defendants in Switzerland, Monaco, and Singapore. In 2017, the Singapore Court of Appeal stayed the proceedings here, finding that either Switzerland or Monaco would be more appropriate fora for the dispute.

(b) Separately and relevant to the Letter of Request here, the Plaintiffs also commenced civil proceedings against Sotheby's and Sotheby's Inc ("**Defendants**"). You have since dismissed the Defendants' application to stay the proceedings in New York, and their dispute appears to be proceeding to trial.

3    Against this background, you informed in your Letter of Request that the Defendants seek the evidence from the Witness because it is relevant to establish key contested facts essential to their defence. To this end, the Letter of Request sets out a list of documents the Witness should produce for inspection at pages 17–21, and topics of questions (rather than specific questions) to be put to the Witness at pages 33–34.



**SUPREME COURT OF SINGAPORE**
**LEGAL REGISTRY**

4   The Defendants' Singapore lawyers have informed us in their letter dated 18 March 2020 that they *"will be filing an ex parte application today in the High Court under the Evidence (Civil Proceedings in Other Jurisdictions) Act for the Court to give effect to the Letter of Request"*.

5   In the circumstances, no further action would be required on our part.

Thank you.

Yours faithfully

MS KAREN TAN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

cc   Attorney-General's Chambers, Singapore
     1 Upper Pickering Street
     Singapore 058288
     Your Ref: AG/CIV/DM/SUPC/2020/6
     Attn: Mr Jared KANG Chern Wey
     State Counsel, Civil Division

     Dentons Rodyk & Davidson LLP
     80 Raffles Place
     #33-00 UOB Plaza 1
     Singapore 048624

