UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD., et al., :
:
                                Plaintiffs, :        18-CV-9011 (JMF)
:
       -v-                                                 :          ORDER
:
SOTHEBY'S, et al., :
:
                              Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record during the telephone conference held today, no later than **July 17, 2020**, Defendants shall submit a copy of the settlement agreement by email to the Court for *in camera* review. The remainder of Defendants' request for a protective order is DENIED without prejudice for the reasons and subject to the terms discussed on the record.

       SO ORDERED.

Dated: July 15, 2020
       New York, New York
                                                        JESSE M. FURMAN
                                               United States District Judge