UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD., et al.,    :
:
                     Plaintiffs,    :    18-CV-9011 (JMF)
:
       -v-    :    ORDER
:
SOTHEBY'S, et al.,    :
:
                     Defendants.    :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has reviewed the settlement agreement resolving claims between the Da Vinci Sellers and Sotheby's *in camera*. For the reasons discussed on the record during the conference held on July 15, 2020, the Court concludes that the subpoena should be and is quashed to the extent that it seeks the settlement agreement. No later than **July 22, 2020**, Plaintiffs shall file the settlement agreement under seal — restricting viewing access to *ex parte* — in accordance with the ECF Rules and Instructions for the Southern District of New York, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

       SO ORDERED.

Dated: July 17, 2020
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge