UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD., | 18 Civ. 9011 (JMF) |
| Plaintiffs, | |
| -against- | **DECLARATION** |
| SOTHEBY'S and SOTHEBY'S, INC., | |
| Defendants. | |

DANIEL J. KORNSTEIN, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares that the following is true and correct:

1.      I am an attorney admitted to practice in this Court and a partner in Emery Celli Brinckerhoff Abady Ward & Maazel LLP, attorneys for Plaintiffs.  I have personal knowledge of the facts set forth in this Declaration.  I submit this Declaration in support of Plaintiffs' motion for partial summary judgment for damages on the fourth claim of the Amended Complaint for breach of a tolling agreement.  The Court has already granted partial summary judgment on liability in Plaintiffs' favor on this claim.  May 28, 2020 Tr. at 22; ECF No. 177.

2.      Also in support of this motion is the accompanying Declaration of Yuri Bogdanov, Director of Rigmora Holdings Limited, a representative of Plaintiffs, regarding certain legal fees paid to Skadden Arps Slate Meagher & Flom LLP ("Skadden") in connection with preparing a claim against Sotheby's in the United Kingdom in late 2017.

3.      Attached to this motion as Exhibit A is a true and correct copy of the engagement letter, dated September 13, 2017, pursuant to which Skadden acted for Plaintiffs.

4.      Attached to this motion as Exhibits B, C, and D are true and correct copies of billing records submitted by Skadden for such services rendered to Plaintiffs regarding Plaintiffs' planned UK proceedings.  These records have been redacted by counsel for Plaintiffs to omit material protected by attorney work product privilege and attorney client privilege.

5.      Attached to this motion as Exhibit E are true and correct copies of Plaintiffs' bank account statements, reflecting the payments made to Skadden by Plaintiffs.  These records have been redacted by counsel for Plaintiffs to omit unrelated banking activity and sensitive account information.

6.      Sotheby's filed a civil proceeding in Geneva, Switzerland on November 17, 2017 against Plaintiffs (among others).  ECF No. 41, ¶ 5.

7.      After Sotheby's sued Plaintiffs in Switzerland, Plaintiffs were, under the Lugano Convention, unable to sue Sotheby's in the UK.  ECF No. 89, ¶ 7(a).

8.      Plaintiffs' United States counsel received no material benefit from any work product produced by Skadden and other local counsel in preparation for the anticipated UK lawsuit.  To the extent that the bills reflect communications with New York counsel or review of New York materials, those communications and that review were for the purpose of preparing the UK litigation, not for the benefit of the New York proceeding.

I declare under penalty of perjury under the laws of the United Stated that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  New York, New York
        December 7, 2020

_____
DANIEL J. KORNSTEIN

2