# Arnold & Porter

Marcus A. Asner
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

January 13, 2021

**VIA ECF**

> The motion to seal is GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 213. SO ORDERED.
>
> *[signature]*
>
> January 14, 2021

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Accent Delight International Ltd. et al. v. Sotheby's et al.*, 18-cv-9011

Dear Judge Furman:

We write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") pursuant to the Court's Local Rule 7(C)(iii) and paragraph 4.5 of the February 28, 2020 Amended Protective Order (the "Protective Order"), *see* ECF No. 145 ¶ 4.5, to request permission to file redacted copies of (i) Sotheby's January 13, 2021 Memorandum of Law in Opposition to Plaintiffs' Second Motion for Partial Summary Judgment and in Support of Sotheby's Cross-Motion for Partial Summary Judgment, and (ii) Sotheby's January 13, 2021 Response to Plaintiffs' Statement of Material Facts and Counterstatement of Non-Disputed Material Facts in Support of its Cross-Motion for Summary Judgment. Sotheby's will publicly file a redacted copy of each document, and will file under seal an unredacted copy of each document, contemporaneously with its filing of this letter-motion.

The redacted portions of Sotheby's filings quote or refer to documents Plaintiffs have designated as Attorneys' Eyes Only pursuant to paragraph 2.4 of the Protective Order and that are presently filed under seal at ECF Nos. 203-5 and 203-6. Sotheby's does not challenge Plaintiffs' designation of these materials. *See* ECF No. 209, 210.

We thank the Court for its consideration of this letter.

Respectfully,

*/s/ Marcus A. Asner*
Marcus A. Asner

cc:   All counsel of record (via ECF)

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com