# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD

January 28, 2021

***Via ECF***

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.  The Clerk of Court is directed to terminate ECF No. 219.  SO ORDERED.

Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse
40 Foley Square
New York, New York 10007

January 29, 2021

Re:    *Accent Delight Int'l Ltd. et al. v. Sotheby's et al.*, No. 18 Civ. 9011

Dear Judge Furman:

On behalf of Plaintiffs, and pursuant to your orders in this case at ECF Nos. 204, 210, and 216, we request permission to file the following documents with redactions to the public docket:

a) Plaintiffs' January 28, 2021 Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Sotheby's Cross-Motion for Partial Summary Judgment, and

b) Plaintiffs' January 28, 2021 Response to Sotheby's Counterstatement of Non-Disputed Material Facts in Support of its Cross-Motion for Summary Judgment.

Plaintiffs will publicly file a redacted copy of each document and will file under seal an unredacted copy of each document, contemporaneously with its filing of this letter-motion.  The redacted portions of these filings quote documents Plaintiffs have designated as Attorneys' Eyes Only pursuant to paragraph 2.4 of the Protective Order and that are presently filed under seal at ECF Nos. 203-5.

Respectfully submitted,

/s/

Daniel J. Kornstein

cc.    All counsel of record (via ECF)