# Arnold & Porter

Sara L. Shudofsky
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

February 11, 2021

**The motion to seal is GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 230. SO ORDERED.**

*[signature]*

**February 12, 2021**

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Accent Delight International Ltd. et al. v. Sotheby's et al.*, 18-cv-9011

Dear Judge Furman:

We write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") pursuant to Section 7(C)(iii) of Your Honor's Individual Rules and Practices in Civil Cases and paragraph 4.5 of the February 28, 2020 Amended Protective Order (the "Protective Order"), *see* ECF No. 145 ¶ 4.5, to request permission to file redacted copies of (i) Sotheby's February 11, 2021 Reply Memorandum of Law in Further Support of Sotheby's Cross-Motion for Partial Summary Judgment and Sur-Reply in Opposition to Plaintiffs' Second Motion for Partial Summary Judgment, and (ii) Sotheby's February 11, 2021 Responses to Plaintiffs' Counterstatement of Material Facts Pursuant to Local Civil Rule 56.1. Sotheby's will publicly file a redacted copy of each document, and will file under seal an unredacted copy of each document, contemporaneously with the filing of this letter.

The redacted portions of Sotheby's filings quote or refer to documents Plaintiffs have designated as Attorneys' Eyes Only pursuant to paragraph 2.4 of the Protective Order and that are presently filed under seal at ECF Nos. 203-5 and 203-6. Sotheby's does not challenge Plaintiffs' designation of these materials. *See* ECF Nos. 209, 210.

We thank the Court for its consideration of this letter.

Respectfully,

*/s/ Sara L. Shudofsky*
Sara L. Shudofsky

cc:   All counsel of record (via ECF)