## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN

March 30, 2021

*The conference currently scheduled for April 7, 2021, is hereby adjourned to September 1, 2021, at 4:00 p.m. If the parties believe an earlier conference is warranted, they should confer and file a letter motion to that effect. The Clerk of Court is directed to terminate ECF No. 242. SO ORDERED.*

*March 31, 2021*

**By ECF**

Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *Accent Delight, et al. v. Sotheby's and Sotheby's, Inc.*, No. 18 Civ. 9011

Your Honor:

We write jointly on behalf of all parties, and pursuant to the Court's Order (Dkt. 241), to request an adjournment of the forthcoming status conference on April 7, 2021 to a date to be determined by the Court.

The parties are actively engaged in a meet and confer process to resolve several outstanding discovery disputes. An adjournment will allow the parties additional time to try to resolve or narrow these matters in advance of a conference with the Court. In the event that there remain outstanding issues, the parties propose to file letters with the Court describing those issues on April 12, with any oppositions to those letters to be filed on April 16.

We are available at the Court's convenience should any questions arise.

Respectfully submitted,

/s/ *O. Andrew F. Wilson*
O. Andrew F. Wilson

cc. All Counsel of Record