# Arnold & Porter

Sara L. Shudofsky
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

April 21, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> The motion at ECF No. 262 is GRANTED temporarily. The Court will address the propriety of sealing when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 262. SO ORDERED.
>
> April 22, 2021

Re: *Accent Delight Int'l Ltd. et al. v. Sotheby's*, 18 Civ. 9011

Dear Judge Furman:

    We write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") pursuant to Section 7(C)(iii) of Your Honor's Individual Rules and Practices in Civil Cases and paragraph 4.5 of the February 28, 2020 Amended Protective Order (the "Protective Order"), *see* ECF No. 145 ¶ 4.5, to request permission to publicly file a redacted version of Sotheby's April 21, 2021 letter, accompanied by slip sheets instead of the exhibits attached thereto. Sotheby's will file under seal an unredacted version of that letter, along with the exhibits, contemporaneously with the filing of this letter.

    Sotheby's submits this letter because the above-referenced documents quote, refer to, or are documents that Plaintiffs designated as confidential pursuant to paragraph 2.2 of the Protective Order or filed under seal at ECF No. 252. However, in light of the parties' reliance on these documents and their relevance to the dispute before the Court, and because the exhibits and the information contained in the letter have already been made available to various governmental authorities, Sotheby's respectfully submits that these documents qualify as judicial documents to which a strong presumption of public access attaches that is not outweighed by any countervailing interest in maintaining them under seal. *See Accent Delight Int'l Ltd. v. Sotheby's*, 394 F. Supp. 3d 399, 417 (S.D.N.Y. 2019).

    We thank the Court for its consideration of this letter.

Respectfully,

*/s/ Sara L. Shudofsky*
Sara L. Shudofsky

cc: All counsel of record (via ECF)

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com