# Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Richard D. Emery
Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
Jonathan S. Abady
Earl S. Ward
Ilann M. Maazel
Hal R. Lieberman
Daniel J. Kornstein
O. Andrew F. Wilson
Katherine Rosenfeld
Debra L. Greenberger
Zoe Salzman
Sam Shapiro

Attorneys At Law
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020

Tel: (212) 763-5000
Fax: (212) 763-5001
www.ecbawm.com

Diane L. Houk

Emma L. Freeman
David Berman
Harvey Prager
Scout Katovich
Marissa Benavides
Nick Bourland
Andrew K. Jondahl
Ananda Burra
Max Selver
Vivake Prasad
Noel R. León

April 27, 2021

Hon. Jesse M. Furman
United States District Judge                    **By ECF**
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Accent Delight, et al. v. Sotheby's and Sotheby's, Inc.*, No. 18-CV-9011

Dear Judge Furman:

For today's Court conference, the parties request that the portion of the conference discussing the substance of the Monaco transcript referred to in Defendants' and Plaintiffs' letters (ECF ## 249, 252, 263) be closed to the public, and that this portion of the conference's transcript be sealed, pending a ruling on Plaintiffs' motion to seal. While Plaintiffs believe that their position that the valuations at issue are privileged could be argued and ruled on without discussion of the substance of the Monaco transcript, Defendants' view is that the substance of the transcript is integral to the discussion. For all the reasons set forth in Plaintiffs' motion to seal (see ECF ## 252-253), we therefore request that this portion of the conference be closed to the public and that the corresponding portion of the transcript be sealed.

Respectfully,

/s/

Daniel J. Kornstein

c.   All counsel of record *(via ECF)*

The Court will address the request to close portions of the conference scheduled for later today, April 27, 2021, at 4:00 p.m. during the conference. The Clerk of Court is directed to terminate ECF No. 268. SO ORDERED

April 27, 2021