UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

ACCENT DELIGHT INTERNATIONAL LTD., et al.,    :

                   Plaintiffs,                       :       18-CV-9011 (JMF)

      -v-                                         :           ORDER

SOTHEBY'S, et al.,

                   Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court resolved the parties' discovery-related disputes, *see* ECF Nos. 245 & 249, on the record during the telephone conference held yesterday. For the Court's specific rulings, see the transcript. Furthermore, for the reasons stated on the record, the request to maintain ECF Nos. 245 and 263 under seal is granted.

       SO ORDERED.

Dated: April 28, 2021
       New York, New York

                                                      JESSE M. FURMAN
                                             United States District Judge