# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>EARL S. WARD<br>ILANN M. MAAZEL<br>HAL R. LIEBERMAN<br>DANIEL J. KORNSTEIN<br>O. ANDREW F. WILSON<br>KATHERINE ROSENFELD<br>DEBRA L. GREENBERGER<br>ZOE SALZMAN<br>SAM SHAPIRO | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | DIANE L. HOUK<br><br>EMMA L. FREEMAN<br>DAVID BERMAN<br>HARVEY PRAGER<br>SCOUT KATOVICH<br>MARISSA BENAVIDES<br>NICK BOURLAND<br>ANDREW K. JONDAHL<br>ANANDA BURRA<br>MAX SELVER<br>VIVAKE PRASAD<br>NOEL R. LEÓN |

May 26, 2021

**By ECF**

Hon. Jesse M. Furman
United States District Judge
40 Centre Street, Room 2202
New York, New York 10007

      Re:    *Accent Delight, et al. v. Sotheby's and Sotheby's, Inc.*, No. 18-CV-9011

Dear Judge Furman:

      Plaintiffs seek to file with redactions our response to Defendants' second Swiss Hague request for Yves Bouvier, ECF No. 290, and to file under seal Plaintiffs' proposed additional exhibits. Plaintiffs' redactions to the redlined and clean versions of the request mirror Sotheby's redactions related to Mr. Bouvier's lawsuit in Switzerland, based on the Swiss tribunal's order regarding confidentiality of those proceedings. ECF No. 289. Plaintiffs seek to file their proposed exhibits under seal because they consist of documents produced by the parties under the protective order or by third parties who designated them Attorneys Eyes Only.

      Given the number of exhibits, the fact that some were produced by non-parties, the short time frame Plaintiffs had to respond to Defendants' proposed request, and the fact that none of these exhibits are necessary to this Court's decision (but are rather only relevant to the taking of evidence in Switzerland in the event the request is issued) and are hence not judicial documents, we respectfully seek leave to file the exhibits under seal without following the standard procedure laid out in Your Honor's Individual Rules.

Respectfully,
/s/
Daniel J. Kornstein

c.    All counsel of record (*via ECF*)

The motion to seal is GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 293. SO ORDERED.

May 27, 2021