UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL, LTD., et al.,   :
:
　　　　　　　　　Plaintiffs,　　　　　　　　　　:
:　　　18-CV-9011 (JMF)
　　　-v-　　　　　　　　　　　　　　　　　　　　:
:　　　ORDER
SOTHEBY'S, et al.,　　　　　　　　　　　　　　　:
:
　　　　　　　　　Defendants.　　　　　　　　　　:
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　As discussed on the record during today's conference, the parties (along with counsel for Mr. Bouvier) shall confer in an effort to resolve or, at least, narrow any disagreements. No later than **June 24, 2021**, Sotheby's shall submit a status letter to the Court. If there are remaining disagreements, the letter should either provide the parties' positions or propose a procedure for resolving them. The Clerk of Court is directed to terminate ECF No. 291.

　　　　SO ORDERED.

Dated: June 10, 2021
　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge