UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
ACCENT DELIGHT INTERNATIONAL LTD., et al., :
 :
                      Plaintiffs, :
 : 18-CV-9011 (JMF)
     -v- :
 : ORDER
SOTHEBY'S, et al., :
 :
                      Defendants. :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As Defendants note, *see* ECF No. 317, the Court's Order of July 7, 2021, resolving the parties' disputes concerning a revised Letter of Request to the Swiss courts pursuant to the Hague Convention, ECF No. 316, contained an error. With apologies for any confusion, the Court modifies Paragraph 2 of the Court's Order at ECF No. 316 to read as follows:

       2. **Requests for Documents**. The Court agrees that the document requests Plaintiffs propose to include in Paragraph 9 of the Letter of Request, *see* ECF No. 295-4, at 21-23, should be included.

       The Clerk of Court is directed to terminate ECF No. 317.

       SO ORDERED.

Dated: July 12, 2021
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge