UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

ACCENT DELIGHT INTERNATIONAL LTD., et al., :

                         Plaintiffs, :

            -v- :

SOTHEY'S, et al., :

                      Defendants. :

--------------------------------------------------------------------X

18-CV-9011 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 7, 2021, the Court issued an Order directing the parties to show cause, on a document-by-document basis, why the materials relating to the parties' recent dispute concerning a revised proposed Letter of Request filed temporarily under seal should remain sealed or redacted. In response, the parties submitted letters at ECF Nos. 320 and 322-1. The Court agrees that the materials at issue should remain sealed or redacted, substantially for the reasons stated in the parties' letters. The Court also grants Defendants' motion seeking leave to file their letter out of time. *See* ECF Nos. 322 and 323.

The Clerk of Court is directed to terminate ECF Nos. 322 and 323.

SO ORDERED.

Dated: July 16, 2021
       New York, New York

                                     JESSE M. FURMAN
                              United States District Judge