UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD., et al.,   :
:
                 Plaintiffs,   :
:      18-CV-9011 (JMF)
    -v-   :
:          ORDER
SOTHEBY'S, et al.,   :
:
                 Defendants.   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 25, 2021, Defendants filed a letter-motion (ECF No. 342) requesting that the Court issue an order supplementing its January 3, 2020, Letter of Request (ECF No. 138) and March 3, 2021, Order of Clarification (ECF No. 240).  On August 26, 2021, the Court called for any objection to Defendants' request to be filed by August 27, 2021, and noted that, barring any objection, the Court would grant Defendants' request.  *See* ECF No. 344.  To date, Plaintiffs have not filed an objection to Defendants' request.

       In light of the foregoing, Defendants' motion is GRANTED.  No later than **September 1, 2021**, Defendants shall file a proposed order consistent with this ruling (assuming this Order alone does not suffice).  Moreover, if there are any filing requirements (e.g., a wet signature, Court seal, etc.) for submitting the order to the Swiss Court, Defendants shall advise the Court by letter no later than the same date.

       SO ORDERED.

Dated: August 30, 2021
       New York, New York
                                                   JESSE M. FURMAN
                                         United States District Judge