# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN

October 12, 2021

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse, 40 Foley Square
New York, New York 10007

   Re: *Accent Delight Int'l Ltd. et al. v. Sotheby's et al.*, No. 18 Civ. 9011

Dear Judge Furman:

  Plaintiffs seek leave to file the contemporaneously filed letter *ex parte* under seal under Rule 7 of your individual rules. We have read the letter to counsel for Defendants.

           Respectfully,

           /s/

           Daniel J. Kornstein
c. All counsel of record (by ECF)  Attorney for Plaintiffs