# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>EARL S. WARD<br>ILANN M. MAAZEL<br>HAL R. LIEBERMAN<br>DANIEL J. KORNSTEIN<br>O. ANDREW F. WILSON<br>KATHERINE ROSENFELD<br>DEBRA L. GREENBERGER<br>ZOE SALZMAN<br>SAM SHAPIRO | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | DIANE L. HOUK<br><br>EMMA L. FREEMAN<br>DAVID BERMAN<br>HARVEY PRAGER<br>SCOUT KATOVICH<br>MARISSA BENAVIDES<br>NICK BOURLAND<br>ANDREW K. JONDAHL<br>ANANDA BURRA<br>MAX SELVER<br>VIVAKE PRASAD<br>NOEL R. LEÓN |

October 12, 2021

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse, 40 Foley Square
New York, New York 10007

      Re:    *Accent Delight Int'l Ltd. et al. v. Sotheby's et al.*, No. 18 Civ. 9011

Dear Judge Furman:

      Plaintiffs seek leave to file the contemporaneously filed letter *ex parte* under seal under Rule 7 of your individual rules. We have read the letter to counsel for Defendants.

                                                Respectfully,

                                                /s/

                                                Daniel J. Kornstein

c.    All counsel of record (by ECF)          Attorney for Plaintiffs

---

Application GRANTED. The deadline to complete the deposition of Mr. Rybolovlev is extended by two weeks. Plaintiffs' counsel shall update defense counsel and the Court within two weeks of today's date. The Clerk of Court is directed to terminate ECF No. 358.

                                                SO ORDERED.

                                                October 12, 2021