# Arnold & Porter

**Marcus A. Asner**
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

October 20, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Accent Delight International Ltd. et al. v. Sotheby's et al.*, 18-cv-9011

Dear Judge Furman:

We write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") to update the Court on Sotheby's Switzerland-based letters of request to obtain evidence from Yves Bouvier and Jean-Marc Peretti, and to request extensions of the fact discovery deadline to allow for the depositions of Mr. Bouvier and Mr. Peretti to be taken by January 31, 2022.  Plaintiffs consent to both requests.

With respect to Sotheby's letter of request to obtain evidence from Mr. Bouvier (the "Bouvier Letter of Request"), on October 5, 2021, the Swiss Court issued two orders, which are attached hereto (accompanied by certified English translations) as Exhibits A and B.  In its first order, a copy of which was received by Your Honor and filed at ECF No. 361 at 8-12, the Swiss Court granted Mr. Bouvier an extension until November 1, 2021 to produce the documents sought in the Bouvier Letter of Request, which Mr. Bouvier had requested in order to give him additional time to prepare his opposition to producing certain of the documents sought, and to redact others.  In its second order, the Swiss Court indicated that it had set aside the dates of December 14 and 15 to hear testimony from Mr. Bouvier on the questions set forth in the Bouvier Letter of Request, pending confirmation from Mr. Bouvier of his availability on those dates.  Based on communications between Sotheby's Swiss counsel and the Swiss Court, Sotheby's understands that the Swiss Court has not yet received confirmation of Mr. Bouvier's availability, but intends in the coming days to issue an order officially scheduling Mr. Bouvier's hearing for those two dates if it does not soon hear from Mr. Bouvier's counsel.  Sotheby's understands from the Swiss Court that December 14 and 15 are the earliest dates on which the Swiss Court is able to schedule Mr. Bouvier's hearing.

With respect to Sotheby's letter of request to obtain evidence from Mr. Peretti (the "Peretti Letter of Request"), the Swiss Court also on October 5 issued an order scheduling a hearing for January 17, 2022 to take the requested testimony from Mr.

**Arnold & Porter**

The Honorable Jesse M. Furman
October 20, 2021
Page 2

Peretti. A copy of the Swiss Court's October 5 Order—also received by Your Honor and filed at ECF No. 361 at 2-7—and its certified English translation are attached hereto as Exhibit C. As with the dates presently set aside for the taking of testimony from Mr. Bouvier, Sotheby's understands that January 17 is the first date on which the Swiss Court is available to take testimony from Mr. Peretti.

Accordingly, Sotheby's respectfully requests that the Court grant an extension of the fact-discovery deadline until January 31, 2022 to take testimony from Messrs. Bouvier and Peretti.

We thank the Court for its consideration of these requests.

Respectfully submitted,

*/s/ Marcus A. Asner*
Marcus A. Asner

cc:   All counsel of record (via ECF)