UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD. et al,   :
:
              Plaintiffs,   :
:     18-CV-9011 (JMF)
    -v-   :
:     ORDER
SOTHEBY'S et al.,   :
:
              Defendants.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs' counsel filed a letter under seal seeking leave for the deposition of Mr. Rybolovlev to take place in the second half of January 2022. *See* ECF No. 366. That request is hereby GRANTED.

      That said, in light of the presumption in favor of public access to judicial documents, there is no basis to keep counsel's letter in its entirety under seal. Accordingly, attached to this Order is a redacted version of the letter. Counsel is reminded that Court approval is required to file any document under seal and that requests to file documents under seal or in redacted form must be made in accordance with the Court's Individual Rules and Practices. Moreover, if narrowly tailored redactions would protect whatever interests may justify sealing, the moving party should propose redactions and not seek to seal the document in its entirety.

      SO ORDERED.

Dated: November 30, 2021
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge

# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| RICHARD D. EMERY | | DIANE L. HOUK |
| ANDREW G. CELLI, JR. | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | |
| MATTHEW D. BRINCKERHOFF | 10TH FLOOR | EMMA L. FREEMAN |
| JONATHAN S. ABADY | NEW YORK, NEW YORK 10020 | DAVID BERMAN |
| EARL S. WARD | | HARVEY PRAGER |
| ILANN M. MAAZEL | | SCOUT KATOVICH |
| HAL R. LIEBERMAN | TEL: (212) 763-5000 | MARISSA BENAVIDES |
| DANIEL J. KORNSTEIN | FAX: (212) 763-5001 | NICK BOURLAND |
| O. ANDREW F. WILSON | www.ecbawm.com | ANDREW K. JONDAHL |
| KATHERINE ROSENFELD | | ANANDA BURRA |
| DEBRA L. GREENBERGER | | MAX SELVER |
| ZOE SALZMAN | | VIVAKE PRASAD |
| SAM SHAPIRO | | NOEL R. LEÓN |
| | | NAIRUBY L. BECKLES |
| | | FRANCESCA COCUZZA |

November 29, 2021

**BY ECF (under seal – ATTORNEYS' EYES ONLY)**
Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse, 40 Foley Square
New York, New York 10007

Re: *Accent Delight Int'l Ltd. et al. v. Sotheby's et al.*, No. 18 Civ. 9011

Dear Judge Furman:

We write to report on the current status of Dmitri Rybolovlev's ability to be deposed. *See* ECF No. 365. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, we propose that Mr. Rybololev's deposition be scheduled for the second half of January 2022. Inasmuch as the Court has already extended the discovery deadline until January 31, 2002 to accommodate the depositions of Bouvier and Peretti (ECF No. 363), scheduling Mr. Rybololev's deposition as we propose will not delay other deadlines in this case or prejudice Defendants.

We have filed this letter, containing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, on ECF under seal, marked Attorneys' Eyes Only under the Protective Order in this case.

Respectfully,
/s
Daniel J. Kornstein

cc: Counsel for Defendants (by ECF marked Attorneys' Eyes Only)