UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD.,<br><br><br><br>Plaintiffs,<br><br>-against-<br><br>SOTHEBY'S and SOTHEBY'S, INC.,<br><br>Defendants. | Case No. 18-cv-09011 (JMF) |

**SOTHEBY'S NOTICE OF MOTION TO EXCLUDE IN PART THE TESTIMONY OF
PLAINTIFFS' EXPERT GUY STAIR SAINTY**

**ARNOLD & PORTER KAYE SCHOLER LLP**

250 West 55th Street
New York, NY 10019-9710
T: 212.836.8000
F: 212.836.8689

*Attorneys for Defendants Sotheby's and
Sotheby's, Inc.*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of Marcus A. Asner, and the exhibits attached thereto, Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's"), by and through undersigned counsel, hereby move, pursuant to Rules 702 and 403 of the Federal Rules of Evidence and before the Honorable Jesse M. Furman in the United States District Court for the Southern District of New York, for an order excluding in part the testimony of Guy Stair Sainty.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) of the Southern District of New York, Plaintiffs shall file any response in opposition to the motion by February 3, 2022, and Sotheby's shall file any reply in support of the motion by February 10, 2022. In their status report filed on January 14, 2022, Plaintiffs proposed, with Sotheby's agreement, that "an opposing party will have thirty days to file a responsive brief and the moving party will have an additional fourteen days to reply." ECF No. 368.

Dated:    New York, New York
          January 20, 2022

ARNOLD & PORTER KAYE SCHOLER LLP

By:    */s/ Marcus A. Asner*
       Marcus A. Asner
       Sara L. Shudofsky
       Benjamin C. Wolverton
       Yiqing Shi
       Sahrula Kubie
       250 W. 55th Street
       New York, NY 10019-9710
       Tel: 212.836.8000
       Fax: 212.836.8689
       marcus.asner@arnoldporter.com
       sara.shudofsky@arnoldporter.com
       benjamin.wolverton@arnoldporter.com
       yiqing.shi@arnoldporter.com
       sahrula.kubie@arnoldporter.com

       *Attorneys for Defendants Sotheby's and*
       *Sotheby's, Inc.*