UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCENT DELIGHT INTERNATIONAL LTD.
and XITRANS FINANCE LTD.,

                        Plaintiffs,                          No. 18 Civ. 9011 (JMF)

            -against-

SOTHEBY'S and SOTHEBY'S, INC.,

                        Defendants.

## DECLARATION OF DANIEL J. KORNSTEIN

Daniel J. Kornstein, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares that

the following is true and correct:

1.      I am an attorney licensed to practice law in the State of New York and admitted to

practice in this Court.  I am a partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP,

counsel for Plaintiffs in this case.

2.      I submit this declaration in support of Plaintiffs' motion to preclude testimony of

Defendants' expert William H. Smith.

3.      Attached as Exhibit A is a true and correct copy of excerpts of the transcript of the

December 3, 2021 deposition of William H. Smith.

4.      Attached as Exhibit B is a true and correct copy of Exhibit B to the first expert

report of William H. Smith, dated October 14, 2021 (the "First Smith Report").

5.      Attached as Exhibit C is a true and correct copy of the First Smith Report.

6.    Attached as Exhibit D is a true and correct copy of a November 5, 2015 email from Yuri Bogdanov to Mikahil Sazonov attaching a draft Gurr Johns Fair Market and Liquidation Values Appraisal, dated September 10, 2015, bearing bates numbers P0033855-94.

7.    Attached as Exhibit E is a true and correct copy of Exhibit E to the First Smith Report.

8.    Attached as Exhibit F is a true and correct copy of Exhibit D to the First Smith Report.

9.    Attached as Exhibit G is a true and correct copy of Exhibit C to the First Smith Report.

10.    Attached as Exhibit H is a true and correct copy of Sotheby's Criteria for Major Valuations, bearing bates numbers DEFS0001993-95.

11.    Attached as Exhibit I is a true and correct copy of the rebuttal report of William H. Smith, which was produced to Plaintiffs on November 17, 2021.

12.    For the reasons given in the accompanying memorandum of law, Plaintiffs' motion to preclude testimony of Defendants' expert William H. Smith should be granted.

Dated:  New York, New York
        February 18, 2022

_____
DANIEL J. KORNSTEIN