UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                        :

ACCENT DELIGHT INTERNATIONAL LTD. et al.,   :

                        Plaintiffs,               :

                                                      :             18-CV-9011 (JMF)
             -v-                               :
                                                      :                  ORDER

SOTHEBY'S et al.,                                       :

                        Defendants.             :
                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received the attached correspondence, but because it is in French and is unaccompanied by an English translation, will take no further action in response to it.  Out of an abundance of caution, the Court has redacted portions of pages that appear to contain medical information; the Court will email unredacted copies of the letters to the parties.  If any party believes that further action is required, it shall file a letter seeking such relief no later than **March 7, 2022**.  Any such letter shall be accompanied by a certified English translation of the attached.

       SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                                         JESSE M. FURMAN
                                                    United States District Judge



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

CR/14/2020 2 COO XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R  R P371 57952 4 CH
LAPOSTE
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY
Avis de réception

UNITED STATES DISTRICT
COURT FOR THE SOUTHEM
DISTRICT NY
Honorable Jesse M. Furman
40 Centre Street, Room 2202
10007 New York NY
ÉTATS-UNIS

Réf : **CR/14/2020** 2 COO XCR
à rappeler lors de toute communication

Nous vous remettons ci-joint l'ordonnance dans la cause mentionnée sous rubrique.

CIV_MEM_004
Recommandé accusé recept. A5

Tribunal de première instance - Tél : +41 22 327 66 30

FOR

République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
1211 GENEVE 3

Réf. **CR/14/2020 - XCR - 2**

à rappeler lors de toute communication

## ORDONNANCE DU MARDI 21 DECEMBRE 2021

Rendue dans le cadre de l'entraide judiciaire internationale CR/14/2020 - 2

requise par la "UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NY"

Vu la procédure, de nature commerciale, opposant ACCENT DELIGHT INTERNATIONAL LTD et XITRANS FINANCE LTD, parties demanderesses, à SOTHEBY'S et SOTHEBY'S, INC., parties défenderesses, par-devant la UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NY (no. 1:18-CV09011-JMF-RWL).

Vu la demande d'entraide judiciaire formée par la Cour précitée le 3 janvier 2020 auprès du Tribunal de première instance.

Vu les ordonnances des 5 juin 2020, 13 août 2020, 29 septembre 2020, 25 janvier 2021, 23 juin 2021 et, en dernier lieu, 5 octobre 2021.

Vu le courrier adressé le 20 décembre 2021 au Tribunal par les conseils des parties, sollicitant un "entretien téléphonique pour aborder les modalités" dans lesquelles l'audience fixée au 17 janvier 2022 (audition du témoin Jean-Marc PERETTI) sera menée.

Que les modalités du déroulement de cette audience sont celles qui ressortent des ordonnances du Tribunal des 5 juin 2020 et 5 octobre 2021, ainsi que, plus largement, des dispositions topiques du Code de procédure civile.

Qu'il y est ici expressément renvoyé.

* * *

**Par ces motifs,**

<u>**LE TRIBUNAL**</u> **:**

- Confirme que l'audition en qualité de témoin de Monsieur Jean-Marc PERETTI, Chemin du Milieu 31 B, 1245 Collonge-Bellerive, aura lieu le **lundi 17 janvier 2022, 8:30 heures, salle ** B1 **, 4 Place du Bourg-de-Four**, Genève.

- Se réfère pour le surplus expressément aux termes de l'ordonnance d'exécution du 5 juin 2020 et de l'ordonnance du 5 octobre 2021, ainsi que, plus largement, aux dispositions topiques du Code de procédure civile.

Joëlle COTTIER
Juge

La présente ordonnance est communiquée à l'autorité requérante, à Me Didier BOTTGE, ainsi qu'à Me Sandrine GIROUD, Me Aurélie CONRAD HARI et Me Saverio LEMBO

---



**République et canton de Genève**
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

CR/14/2020 2 COO XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R ||||||||||||||||||||||||||||||
R P371 58304 7 CH
LAPOSTE
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY
Avis de réception

UNITED STATES DISTRICT
COURT FOR THE SOUTHEM
DISTRICT NY
Honorable Jesse M. Furman
40 Centre Street, Room 2202
10007 New York NY
ÉTATS-UNIS

Réf : **CR/14/2020** 2 COO XCR
à rappeler lors de toute communication

Nous vous remettons ci-joint l'ordonnance dans la cause mentionnée sous rubrique.

République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
1211 GENEVE 3

Réf : **CR/14/2020 - XCR - 2**

à rappeler lors de toute communication

## ORDONNANCE DU JEUDI 20 JANVIER 2022

Rendue dans le cadre de l'entraide judiciaire internationale CR/14/2020 - 2

requise par la "**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NY**"

Vu la demande d'entraide formée par la UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NY (n° 1:18-CV09011-JMF-RWL).

Vu la procédure.

Vu les ordonnances des 5 juin 2020, 13 août 2020, 29 septembre 2020, 25 janvier 2021, 23 juin 2021, 5 octobre 2021 et 21 décembre 2021.

Vu les audiences fixées par le Tribunal aux lundi 17 janvier 2022 ainsi que, si besoin, vendredi 21 janvier 2022, aux fins de procéder à l'audition du témoin Jean-Marc PERETTI.

Attendu qu'à teneur de la requête d'entraide, le présent Tribunal est prié de poser au témoin des questions listées sur plus d'une centaine de pages (cf Annexe A), avec la précision toutefois que le témoignage ne doit pas excéder une durée de sept heures par jour, et une durée totale de quatorze heures.

Vu les certificats médicaux adressés par l'avocat du Jean-Marc PERETTI au Tribunal, en particulier le certificat médical du 11 janvier 2022 établi par le cardiologue traitant de M. PERETTI, faisant état chez le témoin d'une HTA (ou Hypertension artérielle) sévère, laquelle contre-indique, compte tenu de la situation sanitaire actuelle, la présence dudit témoin dans des lieux publics.

[redacted]

Que, partant, les audiences des 17 janvier (voire 21 janvier) 2022 ont été annulées.

Vu par ailleurs le courrier adressé au Tribunal le 14 janvier 2021 par Mmes CONRAD HARI et LEMBO, aux termes duquel ils demandent qu'une nouvelle audience soit "urgemment fixée pour se tenir dans le délai imparti par le juge américain", soit avant le 31 janvier 2022, et que la "seule possibilité réside dans la tenue de cette audience par vidéoconférence".

Considérant certes que l'autorité requise doit exécuter d'urgence la commission rogatoire (art. 9 al. 3 de la Convention sur l'obtention des preuves à l'étranger en matière civile ou commerciale du 18 mars 1970 [CLaH70]).

Que cela s'entend toutefois dans le cadre des possibilités du calendrier d'audiences de l'autorité requise.

Qu'en l'espèce, il n'est évidemment pas possible au Tribunal de fixer deux pleines journées d'audience dans la prochaine quinzaine pour "se tenir" au délai imparti par l'autorité requérante;

Qu'il est notoire que, au vu du nombre d'affaires au rôle de chaque chambre, un délai de convocation de quelques semaines est inévitable, sauf pour les mesures provisionnelles, pour autant que les conditions y relatives soient remplies (cf. art. 261ss CPC), ce qui n'est pas le cas ici.

Considérant par ailleurs que, si le Tribunal peut, selon l'article 2 al. 2 de l'Ordonnance instaurant des mesures en lien avec le coronavirus dans le domaine de la justice et du droit procédural (RS 272.81), dont la validité a été prolongée jusqu'au 31 décembre 2022, procéder à l'audition de témoins par vidéoconférence et en dérogation aux art. 171, 174, 176 et 187 CPC, cela ne veut pas encore dire qu'il en a l'obligation.

Qu'en l'occurrence, l'état de santé du témoin ne lui permet effectivement pas de se déplacer au Tribunal pour assister à une audience, compte tenu de la crise sanitaire liée au COVID-19 et l'actuelle vague liée au variant "Omicron", particulièrement contagieux.

Que, celant étant, au vu des particularités du cas d'espèce, et notamment du nombre particulièrement élevé de questions que le Tribunal requis doit poser au témoin (soit plus d'une centaine de pages), le juge n'entend pas procéder par vidéoconférence.

Qu'il est constant que, dans la mesure où la liaison vidéo n'est pas adaptée à toutes les hypothèses dans lesquelles une personne doit comparaître ou témoigner devant un tribunal, elle reste considérée comme un complément (et non comme un substitut) des méthodes traditionnelles d'obtention de preuves (c.-à-d. comparution en personne devant le tribunal); que cela tient principalement au fait que le niveau d'interaction avec le témoin est nécessairement inférieur à ce qu'il est lorsque celui-ci est présent physiquement dans la salle d'audience, certains juges ayant constaté qu'ils posaient moins de questions lorsqu'ils entendaient un témoin par liaison vidéo (cf Bureau Permanent HCCH, Guide des bonne pratiques sur l'utilisation de la liaison vidéo en vertu de la Convention du 18 mars 1970 sur l'obtention des preuves à l'étranger en matière civile ou commerciale, éd. 2020, pp. 15-16).

Qu'au surplus, le Tribunal fédéral s'est montré circonspect, en termes de sécurité, quant à l'usage pour la vidéoconférence d'applications telles que "ZOOM Cloud Meetings" par exemple, laissant la question de son admissibilité ouverte; que le Tribunal fédéral a notamment relevé que le fait de procéder à des débats principaux sous forme de vidéoconférence soulevait différentes questions d'ordre juridique et pratique; qu'il y avait notamment lieu de respecter les exigences légales en terme de protection et de sécurité des données ("*Es sind datenschutz- und datensicherheitsrechtlichtliche Vorgaben zu beachten*") (TF, arrêt 4A_180/2020 du 6 juillet 2020, consid. 3.5).

Qu'en l'occurrence, le Tribunal, qui est maître de la procédure (DFJP, Office fédéral de la justice, Entraide judiciaire internationale en matière civile, Lignes directrices, pp. 24ss), entend d'autant moins faire usage de la vidéoconférence qu'il s'agit d'une affaire particulièrement exposée médiatiquement.

Qu'en revanche, le Tribunal est prêt, si l'autorité requérante maintient sa demande d'audition du témoin PERETTI, à reconvoquer deux journées d'audience aux fins de procéder à cette audition aussitôt après les féries de Pâques, soit le lundi 2 mai 2022 et le vendredi 6 mai 2022 (convocation à suivre).

* * *

**Par ces motifs,**
**LE TRIBUNAL :**

- Transmet le courrier du conseil de Jean-Marc PERETTI du 12 janvier 2022 à l'autorité requérante.

- Invite l'autorité requérante à lui indiquer, d'ici au **vendredi 18 février 2022,** la suite à donner à la présente procédure.

- Réserve la suite de la procédure à l'issue de ce délai

- Déboute les parties de toutes autres conclusions.

Joëlle COTTIER
Juge

La présente ordonnance est communiquée à l'autorité requérante par le greffe le 20 janvier 2022.

Copie en est transmise à l'autorité requérante, à Me Didier BOTTGE, ainsi qu'à Me Sandrine GIROUD, Me Aurélie CONRAD HARI et Me Saverio LEMBO

Tribunal de première instance



Bottge & Associés
Avocats au barreau de Genève

Didier Bottge
Jamil Soussi
Romain Stampfli
Louise de La Baume

Le Tribunal n'empêche
Joëlle COTTIER
→ audience du 17.1.22
annulée vu C.M
COO
13.1.22



DÉPOSÉ
AU GREFFE
LE
1 2 JAN. 2022
RÉP. ET CANTON
DE
GENÈVE

Madame Joëlle COTTIER
Juge
TRIBUNAL DE PREMIÈRE INSTANCE
Rue de l'Athénée 6-8
Case postale 3736
1211 Genève

Genève, le 12 janvier 2022

Concerne :   CR/14/2020 – XCR – 2
Audition de M. Jean-Marc PERETTI dans le cadre d'une
requête d'entraide judiciaire internationale à la requête du
Tribunal fédéral des Etats-Unis du District Sud de New York
Demande de renvoi – situation sanitaire COVID

Madame la Juge,

Vous me savez intervenir en qualité de conseil de M. Jean-Marc PERETTI, appelé à être entendu en qualité de témoin lors d'une audience appointée au lundi 17 janvier 2022.

Vous trouverez également en annexe le certificat médical établi par Dr. Nicolas FERRARA, dont vous observerez qu'il m'a été communiqué non signé, son auteur n'ayant pas été à même d'y apposer sa griffe.

Bien évidemment, un exemplaire signé vous parviendra le moment venu et vous avez également le loisir d'appeler le cabinet du médecin qui pourra confirmer la teneur du certificat.

Bottge & Associés SA 11, place de la Fusterie – Case postale – 1211 Genève 3, Suisse
tél: +41 22 703 40 40 – fax: +41 22 703 40 69 – etude@bottge.ch – www.bottge.ch

B/A

2

Les conseils respectifs des parties me lisent en copie.

Je vous prie de croire, Madame la Juge, à l'assurance de ma parfaite considération.

Didier BOTTGE

*Annexes mentionnées*

CC : Me Sandrine GIROUD
Me Saverio LEMBO, Me Aurélie CONRAD



Bottge & Associés
Avocats au barreau de Genève

Didier Bottge
Jamil Soussi
Romain Stampfli
Louise de La Baume

                                      Madame Joëlle COTTIER
                                      Présidente
                                      TRIBUNAL DE PREMIERE INSTANCE
                                      Rue de l'Athénée 6-8
                                      Case postale 3736
                                      1211 Genève

                                      Genève, le 14 décembre 2020

Concerne :   CR/14/2020 – XCR – 2
                  M. Jean-Marc PERETTI

Madame la Présidente,

Vous me savez chargé de la défense des intérêts de M. Jean-Marc PERETTI dans le cadre de la procédure d'entraide notée en marge.

███████████████████████████████████████████████████████████████████████

A l'effet de ladite opposition, vous trouverez en annexe la copie d'un certificat médical daté du 30 novembre 2020.

Je vous prie de croire, Madame la Présidente, à l'assurance de ma parfaite considération.

                                      Didier BOTTGE

*Annexe mentionnée*

CC :   Me Sandrine GIROUD
        Me Saverio LEMBO

Bottge & Associés SA 11, place de la Fusterie – Case postale – 1211 Genève 3, Suisse
tél: +41 22 703 40 40 – fax: +41 22 703 40 69 – etude@bottge.ch – www.bottge.ch

De: asfari.cardio@orange.fr
Objet:
Date: 30 novembre 2020 à 16:55
À: jmporetti65@gmail.com

**SCP DE CARDIOLOGUES DES DOCTEURS
FERRARA – SIMEONI – MATTEI – SCHRAUB**
Résidence du 1er Consul Bat A rue des TAMARIS quartier CANDIA –
20090 Ajaccio
04.95.22.70.18    04.95.23.48.76

**CERTIFICAT MEDICAL**

[redacted]

Dr Nicolas FERRARA

3

SELARL DE CARDIOLOGIE DIAGNOSTIQUE ET INTERVENTIONNELLE
FERRARA – SIMEONI – MATTEI –SCHRAUB
Résidence du 1er Consul Bat A rue des TAMARIS – quartier CANDIA – 20090 Ajaccio
☎ 04.95.22.70.18   📠 04.95.23.48.76



# CERTIFICAT MEDICAL

*Ajaccio, 11/01/2022*



*Docteur Nicolas FERRARA*