# Mikhail Sazonov
# Exhibit 3

**From:**        MSazonov@barrhorn.com
**Sent:**        Monday, September 3, 2012 2:06:02 PM
**To:**          Yves Bouvier (NLC)
**Subject:**     Re: Klimt

Merci, Yves!


On Sep 3, 2012, at 18:58, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

> Bon retour.
> Je suis convaincu que ce tableau est un chef d'oeuvre en l'état mais une foi nettoyé avec un beau cadre et présenter sur la cheminée à "Belle époque" il sera renversant.
> Je vais commencer doucement la discussion et essayer de te préserver de l'infarctus.
> Bien amicalement
> Yves
>
>
>
> ----- Message d'origine -----
> De : Mikhail Sazonov <MSazonov@barrhorn.com>
> À : Yves Bouvier (NLC)
> Envoyé : Tue Sep 04 00:38:58 2012
> Objet : Re: Klimt
>
> Je suis parti avec DR. Je m'embarque de suite :-}. Alors plus de Klimt pour moi :-(
>
> Très beau tableau, mais la photo promettait même mieux.
>
> Oui, commence la négociation en douceur. Peut-être t'arrangeras-tu pour que ce ne soit pas aussi catastrophiquement cher!
>
> M.
>
>
>
> On Sep 3, 2012, at 18:25, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:
>
>> Bonsoir Mike,
>> J'espere que tu es bien rentré et que tu as eu le temps de passer au Belvedere visiter l'etage Klimt.
>> Je l'ai visité ce matin, ma conclusion est qu'après le tableau du couple celui de ce matin est le plus beau.
>> Pour l'anecdocte il y a dans l'expo une photo noir-blanc en grandeur nature exposée de notre tableau.
>> Est-ce que j'ai bien compris que je devais commencer la négociation?
>> Par ailleurs, quand les tableaux du divorces seront en principe libérés?
>> Comment as-tu trouvé le Klimt et ton impression?
>> Bonne soirée
>> Yves

Confidential                                                       P0014893

**From:**      MSazonov@barrhorn.com
**Sent:**      Monday, September 3, 2012 2:06:02 PM
**To:**        Yves Bouvier (NLC)
**Subject:**   Re: Klimt

Thank you Yves!


On Sep 3, 2012, at 6:58 PM, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

> Have a good trip back.
> I'm convinced that this painting is a masterpiece in its current state, but once it's clean with a beautiful frame and displayed on the mantel like in the "Belle Epoque", it will be jaw-dropping.
> I'll start the discussion gradually and try to make sure you won't have a heart attack.
> Kind regards
> Yves
>
>
>
> ----- Original Message -----
> From: Mikhail Sazonov <MSazonov@barrhorn.com>
> To: Yves Bouvier (NLC)
> Sent: Tue Sep 04 12:38:58 a.m. 2012
> Subject: Re: Klimt
>
> I've left with DR. I'm boarding very soon :-). So, no more Klimt for me :-(
>
> Very nice painting, but the photo promised even better.
>
> Yes, start the negotiation gradually. Maybe you can arrange for it not to be so catastrophically expensive!
>
>M.
>
>
>
> On Sep 3, 2012, at 6:25 PM, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:
>
>> Good evening Mike,
>> I hope you're safely back and that you've had time to go to the Belvedere to visit the Klimt floor.
>> I went there this morning, my conclusion is that after the couple's painting, the one from this morning is the most beautiful.
>> For the record, there is a life-size black-and-white photo of our painting on display at the exhibit.
>> Did I understand that I was to start negotiations?
>> Moreover, when will the paintings from the divorces be released in principle?
>> How did you like Klimt and your impression?
>> Have a good evening
>> Yves

Confidential                                                                      P0014893



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0014893_ACD000025726**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Jacqueline Yorke

Sworn to before me this
March 10, 2022

_____
Signature, Notary Public

_____
Stamp, Notary Public