# Mikhail Sazonov
# Exhibit 4

**From:**        Michael Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M.SAZONOV]
**Sent:**        Friday, November 13, 2009 5:02:38 AM
**To:**          Yves Bouvier (NLC)
**Subject:**     RE:

On va voir, a priori j'essaierai de lire mon mail de temps en temps.

**From:** Yves Bouvier (NLC) [ybouvier@nlc.ch]
**Sent:** Friday, November 13, 2009 10:57 AM
**To:** Michael Sazonov
**Subject:** RE:

Si tu as un téléphone 4 bandes, cela doit marcher.
Arrives-tu à consulter tes mails à distance et quelle adresse mail veux-tu que j'utilise.
Yves

**De :** Michael Sazonov [mailto:M.Sazonov@uralkali-trading.com]
**Envoyé :** vendredi, 13. novembre 2009 10:53
**À :** Yves Bouvier (NLC)
**Objet :** RE:

Tu peux me contacter quand tu veux (prend en compte le differentiel horaire au Japon... je ne suis pas sur si mon telephone marche!)

**From:** Yves Bouvier (NLC) [ybouvier@nlc.ch]
**Sent:** Friday, November 13, 2009 6:51 AM
**To:** Michael Sazonov
**Subject:** RE:

Bonjour Mike,
Bon voyage et j'espère que tu profiteras de ton séjour au Japon.
Bien compris pour mars, j'essaye de faire au mieux pour le différentiel, mais 5 serait déjà un super exploit.
J'aurai besoin de te contacter depuis Singapour soit le 23, le 24 ou le 25 novembre, est ce envisageable dans ton planning, si oui merci de fixer le jour et l'heure.
Bon séjour.
Yves

**De :** Michael Sazonov [mailto:M.Sazonov@uralkali-trading.com]
**Envoyé :** vendredi, 13. novembre 2009 01:09
**À :** Yves Bouvier (NLC)
**Objet :** RE:

Yves, je suis en voyage au Japon.  Je n'ai pas pu discuter avec DR cette solution.  Je crois que le differentiel de EUR 5 m ne pourra etre paye qu'en mars.  Essaie de le reduire, et je discuterai avec DR des que tu auras la position finale.

M.

**From:** Yves Bouvier (NLC) [ybouvier@nlc.ch]
**Sent:** Thursday, November 12, 2009 9:06 PM
**To:** msazonov@tilocor.com
**Subject:**
Bonjour Mike,

Très bien pour la levée du séquestre.

                                                          P0014091

Mon analyse, le TL est un chef d'oeuvre et le VG un très beau tableau mais on pourra trouver mieux.

Pour l'échange si on fait un raisonnement mathématique le TL vaut le double du VG.
Le VG est avec un peu de temps remplacable par un plus beau VG ou un chef d'oeuvre.

Si tu considères:
Le marché bas le VG 12 Euro et le TL 24 Euro
Le marché haut VG 20 Euro et TL 40 Euro

Pour mémoire, j'avais réussi à faire baisser le TL à 20 Euro donc en principe:
Le VG 12 Euro et le TL 20 Euro

Dans le cadre d'un échange l'écart théorique minimum serait avec ma négociation actuelle de 8 Euro.

Il est important de ne pas attendre, le marché commence à remonter et le risque du Musée est toujours d'actualité.

L'objectif serait de bloquer le transaction lors du voyage du 23 novembre et d'arriver à faire l'échange + un différentiel de 5 Euro payable en 2010.

Pour ma part je n'hésiterai pas.

Merci de me communiquer la position de Xtrans et une date pour le différentiel.

Pour ma part

Bonne journée

Yves

Pour le Japon vacances ou travail?


----- Message d'origine -----
De : Michael Sazonov <M.Sazonov@uralkali-trading.com>
À : Yves Bouvier (NLC)
Envoyé : Tue Nov 10 10:25:56 2009
Objet : RE: Re:

Yves, le séquestre est levé, et je viens de demander une confirmation pour Helu Trans à nos avocats.


Quelles seront les conditions d'échange, d'après toi ?


Je serai au Japon entre 13 et 30 novembre.  Contacte-moi s'il faut !


M.


-----Original Message-----
From: Yves Bouvier (NLC) [mailto:ybouvier@nlc.ch]
Sent: Tuesday, November 10, 2009 9:18 AM
To: msazonov@tilocor.com
Subject: Re:

Confidential

Bonjour Mike,

J'ai rencontré un long moment le propriétaire du tableau.

Normalement il doit venir avec moi à Singapour lors de mon prochain voyage le 23 novembre.
Comme une grande partie des français avec les nouveaux accords fiscaux, il désire transférer ses relations bancaires de Suisse à Singapour avant la fin de l'année.

Par précaution, je l'ai déjà convaincu d'expédier son tableau à Singapour.

Si tu es ok, je vais organiser une visite sur place du Van Gogh.
Peux tu me confirmer que le séquestre à Singapour est levé et demander aux avocats d'informer le transporteur Helu-Trans de Singapour.

D'ici là, nous devrons définir les termes de l'échange éventuel et/ou d'une vente et les délais de paiement.

Entre nous le temps qu'il ouvre une société et un compte, les fêtes de Noel, plus le temps que je peux gagner pour préparer les documents techniques pour la transaction nous pouvons arriver à fin janvier.

Par contre, je pense que nous devons conclure l'affaire lors de mon voyage du 23 novembre avec lui. Je veux absolument éviter qu'il repense à expédier le tableau au Musée américain.

Bonne journée de Paris

Yves


----- Message d'origine -----
De : Mike Sazonov <msazonov@tilocor.com>
À : Yves Bouvier (NLC)
Envoyé : Sat Oct 31 23:21:55 2009
Objet : RE:

Yves, je crois qu'il faut etudier la solution de l'echange.  Je ne crois pas que le deplacement de Sg soit une bonne idee.  Pour des liquidites, je crois toujours pas avant fin janvier.

_____

From: Yves Bouvier (NLC) [mailto:ybouvier@nlc.ch]
Sent: Sat 10/31/2009 9:05 PM
To: Mike Sazonov
Subject:


Bonjour Mike,

Je suis en partance pour l'Asie.

Pour le prix de réalisation du VG pour la fin de l'année j'étudie encore le prix et les opportunités.

Je pense que le propriétaire du Toulouse peux quand même être intéressé par un échange + compensation financière.
Je pense qu'il serait judicieux d'étudier cette solution.
Merci de me donner ton avis.

Sans engagement à quelle date penses-tu que Xitrans pourra avoir des liquidités?

Penses tu qu'il est possible de déplacer le Vg de Singapour pour une présentation en cas de besoin.

Bon we

Yves

Confidential                                                                    P0014093

| | |
|---|---|
| **From:** | Michael Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M.SAZONOV] |
| **Sent:** | Friday, November 13, 2009 5:02:38 AM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | RE: |

We'll see, as a rule I try to read my email from time to time.

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) [ybouvier@nlc.ch] |
| **Sent:** | Friday, November 13, 2009 10:57 AM |
| **To:** | Michael Sazonov |
| **Subject:** | RE: |

If you have a 4-band phone, it should work.
Can you consult your emails remotely and what email address do you want me to use.
Yves

| | |
|---|---|
| **From:** | Michael Sazonov [mailto:M.Sazonov@uralkali-trading.com] |
| **Sent:** | Friday, November 13, 2009 10:53 a.m. |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | RE: |

You can contact me anytime (take account of the time difference in Japan... I'm not sure if my phone works!)

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) [ybouvier@nlc.ch] |
| **Sent:** | Friday, November 13, 2009 6:51 AM |
| **To:** | Michael Sazonov |
| **Subject:** | RE: |

Hello Mike,
Have a good trip and I hope you enjoy your stay in Japan.
Understood for March, I'll try to do my best for the difference, but 5 would already be a huge exploit.
I'll need to contact you from Singapore either November 23, 24 or 25, is this possible in your agenda, if so please set the day and time.
Have a good stay.
Yves

| | |
|---|---|
| **From:** | Michael Sazonov [mailto:M.Sazonov@uralkali-trading.com] |
| **Sent:** | Friday, November 13, 2009 01:09 a.m. |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | RE: |

Yves, I'm on a trip to Japan. I was unable to discuss this solution with DR. I think that the difference of EUR 5 thousand can only be paid in March. Try to bring it down, and I'll speak with DR as soon as you have the final position.

M.

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) [ybouvier@nlc.ch] |
| **Sent:** | Thursday, November 12, 2009 9:06 PM |
| **To:** | msazonov@tilocor.com |
| **Subject:** | |

Hello Mike,

Great that the sequestration has been lifted.

Confidential    P0014091

My analysis, the TL is a masterpiece and the VG is a very beautiful painting, but we can find better.
For the exchange, if you calculate it mathematically, the TL is worth twice the VG.
The VG can, with a little time, be replaced by a more beautiful VG or a masterpiece.

If you consider:
Low market the VG 12 Euro and the TL 24 Euro
High market VG 20 Euro and TL 40 Euro market

As a reminder, I had managed to bring the TL down to 20 Euro, so in principle:
The VG 12 Euro and the TL 20 Euro

In the context of an exchange, the minimum theoretical difference would be €8 with my current negotiations.

It's important not to wait, the market is trending up and the Museum risk is still a reality.

The objective would be to block the transaction during the trip on November 23 and to manage to make the exchange + a difference of 5 Euros payable in 2010.

For my part I won't hesitate.

Please send me Xtrans's position and a date for the difference.

From my end

Have a good day

Yves

For Japan, vacation or work?

----- Original Message -----
From:       Michael Sazonov <M. Sazonov@uralkali-trading.com>
To:         Yves Bouvier (NLC)
Sent:       Tue Nov 10 10 10:25:56 a.m. 2009
Subject:    RE: Re:

Yves, the sequestration has been lifted, and I've just asked for confirmation for Helu Trans from our lawyers.

In your opinion, what will the exchange conditions be?

I'll be in Japan November 13 - 30. Get in touch with me if needed!

M.

-----Original Message-----
From:       Yves Bouvier (NLC) [mailto:ybouvier@nlc.ch]
Sent:       Tuesday, November 10, 2009 9:18 AM
To:         msazonov@tilocor.com
Subject:    Re:

Confidential                                                    P0014092

Hello Mike,

I had a lengthy meeting with the owner of the painting.

Normally he should be coming with me to Singapore on my next trip on November 23.
With the new tax treaties, like many French, he wanted to transfer his bank account from Switzerland to Singapore before the end of the year.

As a precaution, I already convinced him to ship his painting to Singapore.

If you're ok with it, I'll arrange for on-site showing of the Van Gogh.
Can you confirm that the Singapore sequestration has been lifted and ask the lawyers to inform the Helu-Trans carrier in Singapore.

In the meanwhile, we'll need to set the terms of any exchange and/or sale and the payment deadlines.

Between you and me, the time it will take him to open a company and an account, Christmas holidays and the time that I can save to prepare the technical documents for the transaction may well bring us to the end of January.

However, I think that we should finalize the sale during my trip on November 23 with him. I absolutely want to keep him from reconsidering sending the painting to the American Museum.

Wishing you a good day from Paris

Yves

----- Original Message -----
From:      Mike Sazonov<msazonov@tilocor.com>
To:        Yves Bouvier (NLC)
Sent:      Sat Oct 31 11:21:55 p.m. 2009
Subject:   RE:

Yves, I think we need to study the exchange solution. I don't think moving Sg is a good idea. For cash, I still think not before the end of January.

From:      Yves Bouvier (NLC) [mailto:ybouvier@nlc.ch]
Sent:      Sat 10/31/2009 9:05 PM
To:        Mike Sazonov
Subject:

Hello Mike,

I'm leaving for Asia.

For the sale price of the VG at the end of the year, I'm still looking at the price and the opportunities.

I think that the owner of the Toulouse may still be interested in an exchange + financial compensation.
I think it would be wise to study this solution.
Please give me your opinion.

With no commitment, on what date do you think Xitrans can get cash?

Do you think the Vg can be taken out of Singapore for a showing if needed?

Have a good weekend

Yves

Confidential                                                          P0014093



## TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0014091_ACD000025103**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_(signature)_
_____
Jacqueline Yorke

Sworn to before me this
March 10, 2022

_(signature)_
_____
Signature, Notary Public



_____
Stamp, Notary Public

| | |
|---|---|
| **From:** | Michael Sazonov </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M.SAZONOV> |
| **Sent:** | Tuesday, November 24, 2009 4:44 AM |
| **To:** | Yves Bouvier (NLC) <ybouvier@nlc.ch> |
| **Subject:** | <no subject> |

Parfait, merci! L'objectif est de payer le moins possible au plus tard! Serieusement, quelle est la solution realiste?

Confidential

P0023007

| | |
|---|---|
| **From** | Michael Sazonov </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M.SAZONOV> |
| **Sent:** | Tuesday, November 24, 2009 4:44 AM |
| **To:** | Yves Bouvier (NLC) <ybouvier@nlc.ch> |
| **Subject:** | <no subject> |

Perfect, thank you! The goal is to pay as little as possible as late as possible! Seriously, what's the realistic solution?

Confidential                                                                                   P0023007



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0023007_ACD000025104**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_(signature)_

—————————————————————
Jacqueline Yorke

Sworn to before me this
March 10, 2022

_(signature)_

—————————————————————
Signature, Notary Public



—————————————————————
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE

| | |
|---|---|
| **From:** | Michael Sazonov </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M.SAZONOV> |
| **Sent:** | Tuesday, November 24, 2009 5:32 AM |
| **To:** | Yves Bouvier (NLC) <ybouvier@nlc.ch> |
| **Subject:** | <no subject> |

Obtiens le minimum et appelle-moi pour une confirmation avec DR. Merci!

Confidential

| | |
|---|---|
| **From:** | Michael Sazonov </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M.SAZONOV> |
| **Sent:** | Tuesday, November 24, 2009 5:32 AM |
| **To:** | Yves Bouvier (NLC) <ybouvier@nlc.ch> |
| **Subject:** | <no subject> |

Get the minimum and then call me for confirmation with DR. Thanks!

Confidential

P0023008



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0023008_ACD000025105**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_[signature]_

Jacqueline Yorke

Sworn to before me this
March 18, 2022

_[signature]_

Signature, Notary Public



Stamp, Notary Public

| | |
|---|---|
| **From:** | Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV] |
| **Sent:** | Monday, February 11, 2013 5:31:46 AM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | RE: TL |

Oui.

**From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
**Sent:** Monday, February 11, 2013 10:29 AM
**To:** Mikhail Sazonov
**Subject:** RE: TL

Au bout du délai, le virement peut être rapide ?

> **From:** Mikhail Sazonov [mailto:MSazonov@barrhorn.com]
> **Sent:** Monday, February 11, 2013 10:21 AM
> **To:** Yves Bouvier (NLC)
> **Subject:** RE: TL
>
> Tiens-moi au courant.
>
> **From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
> **Sent:** Monday, February 11, 2013 10:18 AM
> **To:** Mikhail Sazonov
> **Subject:** RE: TL
>
> Ok
> Y

>> **From:** Mikhail Sazonov [mailto:MSazonov@barrhorn.com]
>> **Sent:** Monday, February 11, 2013 10:19 AM
>> **To:** Yves Bouvier (NLC)
>> **Subject:** RE: TL
>>
>> J'ai parlé à DR. Il n'est pas sur pour un prix pareil. Mais ton idée lui paraît bonne : offrir 13.5 avec une réserve suspensive permettant DR de désister pendant une semaine.
>>
>> M.
>>
>> **From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
>> **Sent:** Monday, February 11, 2013 10:04 AM
>> **To:** Mikhail Sazonov
>> **Subject:** Re: TL
>>
>> Bonjour Mike
>>
>> J'attendais de tes nouvelles par rapport à mon dernier mail de vendredi.
>>
>> Je serai à Paris cet apres-midi et mardi avant de venir à Gstadt.
>>
>> Je pense qu'il est imperatif d'agir vite, si DR veut securiser le TL.
>>
>> Je propose:
>> - Faire accepter une proposition financiere supérieure à l'offre de 13 que le vendeur a aujourd'hui.
>> - Trouver une réserve suspensive durant une durée limitée (une semaine par exemple), afin que DR puisse se décider calmement et se rétracter librement.

Confidential                                                                      P0015100

Qu'en penses-tu?

Yves

---

**De** : Mikhail Sazonov <MSazonov@barrhorn.com>
**À** : Yves Bouvier (NLC)
**Envoyé** : Mon Feb 11 16:09:51 2013
**Objet** : RE: TL

Des nouvelles ? ☺

**From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
**Sent:** Thursday, February 07, 2013 8:07 PM
**To:** Mikhail Sazonov
**Subject:** Re: TL

Bonsoir Mike

J'avais fait informé DR que j'avais obtenu après négociation un super et dernier prix de 14Mio E, parce que le vendeur avait une opportunité pour investir.

Il a refusé une offre de 13Mio E d'un autre collectionneur.
Ce dernier risque d'augmenter son offre!

Si DR le veut je dois revenir en tous les cas avec une proposition supérieur à 13,0 avec un paiement rapide.

Je pense au minimum 13,5.

Aujourd'hui, je n'ai aucune garantie d'encore obtenir cette oeuvre à 14,0.

Merci de me dire si DR veut que j'agisse

Bonne soirée

Yves

---

**De** : Mikhail Sazonov <MSazonov@barrhorn.com>
**À** : Yves Bouvier (NLC)
**Envoyé** : Fri Feb 08 01:13:15 2013
**Objet** : Re: TL

Virement.

On 7 Feb 2013, at 16:04, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

Ok, en virement? Ou échange immo-autres?

> **From:** Mikhail Sazonov [mailto:MSazonov@barrhorn.com]
> **Sent:** Thursday, February 07, 2013 4:50 PM
> **To:** Yves Bouvier (NLC)
> **Subject:** Re: TL
>
> Oui, il y a de l'intérêt. DR veut mettre les deux tableaux en duo. Mais il ne veut pas payer trop cher. Peux-tu commencer de suite?
>
> M.

P0015101

On 7 Feb 2013, at 15:04, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

Bonjour
Pour mémoire le proprio souhaitait vendre une partie de sa collection, pour s'acheter un bien immobilier d'exception à Paris pour y vivre.
A l'époque si DR récupérait Paris on avait parlé échange ce tableau + autres oeuvres ou/et argent contre Paris.
Par rapport à la résolution du divorce, est-ce que je dois reprendre cette piste?
Après j'étais rentré en nego financière, il avait trouvé quelque chose et j'avais obtenu une super opportunité.
Avant de réattaquer je veux être certain qu'il y a un intérêt de DR est ce que je commence avant notre rendez-vous de Gstaadt?
Yves

**De** : Mikhail Sazonov <MSazonov@barrhorn.com>
**À** : Yves Bouvier (NLC)
**Envoyé** : Thu Feb 07 21:10:48 2013
**Objet** : Re: TL

DR voulait savoir si tu pouvais l'acquérir le moins cher...

On 7 Feb 2013, at 13:06, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

Bonjour Mike
Quel est ta question?
Yves

**De** : Mikhail Sazonov <MSazonov@barrhorn.com>
**À** : Yves Bouvier (NLC)
**Envoyé** : Mon Feb 04 22:46:59 2013
**Objet** : TL
Tu as des nouvelles sur le TL?

Confidential

**From:** Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV]
**Sent:** Monday, February 11,2013 5:31:46 AM
**To:** Yves Bouvier (NLC)
**Subject:** RE: TL

Yes.

**From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
**Sent:** Monday, February 11, 2013 10:29 AM
**To:** Mikhail Sazonov
**Subject:** RE: TL

After the deadline, can the transfer be quick?

> **From:** Mikhail Sazonov [mailto:MSazonov@barrhorn.com]
> **Sent:** Monday, February 11, 2013 10:21 AM
> **To:** Yves Bouvier (NLC)
> **Subject:** RE: TL
>
> Keep me informed.
>
> **From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
> **Sent:** Monday, February 11, 2013 10:18 AM
> **To:** Mikhail Sazonov
> **Subject:** RE: TL
>
> OK
> Y
>
> > **From:** Mikhail Sazonov [mailto:MSazonov@barrhorn.com]
> > **Sent:** Monday, February 11, 2013 10:19 AM
> > **To:** Yves Bouvier (NLC)
> > **Subject:** RE: TL
> >
> > I spoke to DR. He's not sure at such a price. But your idea seems good: offer 13.5 with a suspensive reserve allowing DR to withdraw for a week.
> >
> > M.
> >
> > **From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
> > **Sent:** Monday, February 11, 2013 10:04 AM
> > **To:** Mikhail Sazonov
> > **Subject:** Re: TL
> >
> > Hello Mike
> >
> > I was waiting hear back from you regarding my last email on Friday.
> >
> > I'll be in Paris this afternoon and Tuesday before coming to Gstadt.
> >
> > I think it's imperative to act quickly, if DR wants to secure the TL.
> >
> > I propose:
> > - Get a financial offer accepted that is higher than the offer of 13 that the seller has today.
> > - Find a suspensive reserve for a limited period (one week for example), so that DR can decide calmly and withdraw freely.

What do you think?

Yves

**From:** Mikhail Sazonov <MSazonov@barrhorn.com>
**To:** Yves Bouvier (NLC)
**Sent:** Mon Feb 11 04:09:51 p.m. 2013
**Subject:** RE: TL

Any news? ☺

**From:** Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
**Sent:** Thursday, February 07, 2013 8:07 PM
**To:** Mikhail Sazonov
**Subject:** Re: TL

Good evening Mike

I told DR that I had negotiated a super and final price of 14M E, because the seller had an opportunity to invest.

He rejected an offer of 13M E from another collector.
That might bring his offer up!

If DR wants it I have to come back in any case with an offer higher than 13.0 with quick payment.

I think at least 13.5.

Today, I have no guarantee I can still get this work at 14.0.

Please tell me if DR wants me to act

Have a good evening

Yves

**From:** Mikhail Sazonov <MSazonov@barrhorn.com>
**To:** Yves Bouvier (NLC)
**Sent:** Fri Feb 08 01:13:15 a.m. 2013
**Subject:** Re: TL

Transfer.

On 7 Feb 2013, at 4:04 PM, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

OK, in transfer? Or are there any real estate or other exchanges?

> **From:** Mikhail Sazonov [mailto:MSazonov@barrhorn.com]
> **Sent:** Thursday, February 07, 2013 4:50 PM
> **To:** Yves Bouvier (NLC)
> **Subject:** Re: TL
>
> Yes, there's interest. DR wants to put the two paintings side-by-side. But he doesn't want to pay too much.
> Can you start right away?
>
> M.

Confidential                                                                    P0015101

On 7 Feb 2013, at 3:04 PM, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

Hello
As a reminder, the owner wanted to sell part of his collection to buy an exceptional property in Paris to live there.
At the time, if DR got Paris back, we talked about exchanging this painting + other works or/and money against Paris.
In relation to the divorce settlement, do I need to take up this lead again?
After I had started the financial negotiations, he had found something and I got a great opportunity.
Before taking that up again, I want to be sure that DR is interested; do I start before our meeting in Gstaad?
Yves

**From:** Mikhail Sazonov <MSazonov@barrhorn.com>
**To:** Yves Bouvier (NLC)
**Sent:** Thu Feb 07 9:10:48 p.m. 2013
**Subject:** Re: TL

DR wanted to know if you can get it any cheaper.

On 7 Feb 2013, at 01:06 p.m., "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

Hello Mike
What is your question?
Yves

**From:** Mikhail Sazonov <MSazonov@barrhorn.com>
**To:** Yves Bouvier (NLC)
**Sent:** Mon Feb 04 10:46:59 p.m. 2013
**Subject:** TL

Do you have any news about the TL?

Confidential



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0015100_ACD000025939**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_(signature)_
_____
Jacqueline Yorke

Sworn to before me this
March 10, 2022

_(signature)_
_____
Signature, Notary Public



_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE

**From:**         Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP
                  (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV]
**Sent:**         Friday, February 15, 2013 7:45:44 AM
**To:**           Yves Bouvier (NLC)
**Subject:**      RE:

Aucune idée de ça.  2-3 semaines doit toujours être possible.

-----Original Message-----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Friday, February 15, 2013 12:17 PM
To: Mikhail Sazonov
Subject:

Bonjour Mike
Est-ce que DR t'a avisé qu'il y aurait 2 portraits de femme de Picasso en cours d'achat.
J'ai déjà obtenu 30E, DR veut qu'on essaye de diminuer idéalement à 25E.
Je vais essayer mais j'ai besoin que tu me dises quel délai de paiement.
Bonne journée
Yves

Confidential                                                                              P0015115

**From:**      Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV]
**Sent:**      Friday, February 15, 2013 7:45:44 AM
**To:**        Yves Bouvier (NLC)
**Subject:**   RE:

No idea about that. 2-3 weeks should still be possible.

----- Original Message -----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Friday, February 15, 2013 12:17 PM
To: Mikhail Sazonov
Subject:

Hello Mike
Did DR tell you that there are 2 women's portraits by Picasso being purchased.
I've already got 30E, DR wants us to try to reduce it ideally to 25E.
I will try but I need you to tell me what payment deadline.
Have a good day
Yves

Confidential                                                                                    P0015115



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0015115_ACD000025971**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Jacqueline Yorke

Sworn to before me this
March 10, 2022

_____
Signature, Notary Public

_____
Stamp, Notary Public