# Mikhail Sazonov
# Exhibit 13

**From:**       Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV]
**Sent:**       Thursday, June 23, 2011 3:30:29 PM
**To:**         Yves Bouvier (NLC)
**Subject:**    RE: Matisse

Ok, parfait!

_____

From: Yves Bouvier (NLC) [yb@falnlc.sg]
Sent: Thursday, June 23, 2011 8:21 PM
To: Mikhail Sazonov
Subject: Re: Matisse

Ok tiens moi au courant lundi.

Pour la visite, le propriétaire est parano et compliqué. Le tableau a été remis en caisse après la présentation et la caisse a été scellée.

Je ne veux prendre aucun risque avec le vendeur et surtout pas lui donner un prétexte de revenir en arrière. On ne sait jamais.

Donc une visite la semaine suivante avec plaisir.

Bonne soirée

Yves

----- Message d'origine -----
De : Mikhail Sazonov <MSazonov@barrhorn.com>
À : Yves Bouvier (NLC)
Envoyé : Fri Jun 24 01:58:35 2011
Objet : RE: Matisse

A priori, oui.  Il faut que je regarde lundi.  Tu me montreras la semaine prochaine?

_____

From: Yves Bouvier (NLC) [yb@falnlc.sg]
Sent: Thursday, June 23, 2011 7:57 PM
To: Mikhail Sazonov
Subject: Matisse

Bonsoir Mike,
Suite à la rencontre de ce jour avec Dimitri, je te prépare le dossier du Ratissé pour lundi matin avec la facture de 85Mio Usd.
Merci de me confirmer que ce montant peut-être versé d'ici à vendredi 1er juillet.
Pour information, Dimitri n'est pas intéressé par le Bernin.
Je reste à ta disposition pour toute information complémentaire.
Bonne soirée
Yves

Confidential

**From:**       Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV]
**Sent:**       Thursday, June 23, 2011 3:30:29 PM
**To:**         Yves Bouvier (NLC)
**Subject:**    RE: Matisse

Ok, perfect!

From: Yves Bouvier (NLC) [yb@falnlc.sg]
Sent: Thursday, June 23, 2011 8:21 PM
To: Mikhail Sazonov
Subject: Re: Matisse

Ok, let me know on Monday.

For the visit, the owner is paranoid and complicated. The picture has been put back in the case after the presentation, and the case has been sealed.

I don't want to take any risk with the seller and, above all, to give him a pretext to go back. You never know.

So, a visit the following week, with pleasure.

Have a good evening

Yves

----- Original message -----
From: Mikhail Sazonov <MSazonov@barrhorn.com>
To: Yves Bouvier (NLC)
Sent: Friday, June 24, 2011 1:58:35 AM
Subject: RE: Matisse

A priori, yes. I need to take a look Monday. Will you show me next week?

From: Yves Bouvier (NLC) [yb@falnlc.sg]
Sent: Thursday, June 23, 2011 7:57 PM
To: Mikhail Sazonov
Subject: Matisse

Good evening, Mike

Following today's meeting with Dimitri, I will prepare the Ratisse [*sic*: Matisse] file for you for Monday morning with the invoice for 85 million USD.
Please confirm for me that this amount can be paid between today and Friday, July 1st.
For your information, Dimitri is not interested in the Bernin.
I remain at your disposal for any additional information.
Have a good evening
Yves

Confidential                                                                                      P0014404



## TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0014404_ACD000025424**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_(signature)_

_____
Jacqueline Yorke

Sworn to before me this
March 11, 2022

_(signature)_

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE