# Mikhail Sazonov
# Exhibit 22

| | |
|---|---|
| **From:** | MSazonov@barrhorn.com |
| **Sent:** | Tuesday, September 11, 2012 8:24:06 AM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | Re: K |

Wow!


On Sep 11, 2012, at 13:06, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

> Fait à 183,800
>
>
> ----- Message d'origine -----
> De : Mikhail Sazonov <MSazonov@barrhorn.com>
> À : Yves Bouvier (NLC)
> Envoyé : Tue Sep 11 17:37:13 2012
> Objet : RE: K
>
> 185 ok pour DR
>
> -----Original Message-----
> From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
> Sent: Tuesday, September 11, 2012 11:33 AM
> To: Mikhail Sazonov
> Subject: Re: K
>
>
> Ils bloquent pour 180 et sont à la rupture; je pense qu'ils sont prêt à 190.
> Mais je dois pouvoir les tordre pour atteindre 185 avec paiement de dépôt et solde 30 jours.
> Que faire??? As tu des propositions?
>
>
>
> ----- Message d'origine -----
> De : Mikhail Sazonov <MSazonov@barrhorn.com>
> À : Yves Bouvier (NLC)
> Envoyé : Tue Sep 11 17:18:00 2012
> Objet : RE: K
>
> Aha!
>
> -----Original Message-----
> From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
> Sent: Tuesday, September 11, 2012 11:14 AM
> To: Mikhail Sazonov
> Subject: Re: K
>
> Ils veulent eliminer le risque de penalités (par jour de retard) donc argument pour atteindre l'objectif
> Y
>
> ----- Message d'origine -----
> De : Mikhail Sazonov <MSazonov@barrhorn.com>
> À : Yves Bouvier (NLC)
> Envoyé : Tue Sep 11 17:03:18 2012
> Objet : RE: K
>
> Wow. Et eux?..
>
> -----Original Message-----
> From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
> Sent: Tuesday, September 11, 2012 10:53 AM
> To: Mikhail Sazonov

P0014904

> Subject: K
>
> Avec les arguments tordus:
>
> Si je m'engage à acheter ce tableau je dois bloquer l'argent et si ils n'obtiennent pas l'accord de la douane ou autre pour sortir le tableau d autriche j'aurai des dommages financiers importants et en conséquence je voulais des pénalités financières sur l argent immobilisé pour rien.
>
> Si non j'exige un discount pour éliminer mon risque d immobilisation.
>

P0014905

| | |
|---|---|
| **From:** | MSazonov@barrhorn.com |
| **Sent:** | Tuesday, September 11,2012 8:24:06 AM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | Re: K |

Wow!

On Sep 11, 2012, at 1:06 p.m., "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

Done at 183,800

--- Original Message ---
From: Mikhail Sazonov <MSazonov@barrhorn.com>
To: Yves Bouvier (NLC)
Sent: Tue. Sept. 11, 2012 5:37:13 p.m.
Subject: RE: K

185 ok for DR

----- Original Message -----
From Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Tuesday, September 11, 2012 11:33 AM
To: Mikhail Sazonov
Subject: Re: K

They're stuck at 180 and ready to walk; I think they would do 190.
But I will have to twist them to get 185 with quick payment and sale at 30 days.
What to do??? Do you have any suggestions?

--- Original Message ---
From: Mikhail Sazonov <MSazonov@barrhorn.com>
To: Yves Bouvier (NLC)
Sent: Tue., Sept. 11, 2012 5:18:00 p.m.
Subject: RE: K

Aha!

----- Original Message -----
From Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Tuesday, September 11, 2012 11:14 AM
To: Mikhail Sazonov
Subject: Re: K

They want to eliminate the risk of penalties (for each day of delay), so arguing to attain the objective.
Y

--- Original Message ---
From: Mikhail Sazonov <MSazonov@barrhorn.com>
To: Yves Bouvier (NLC)
Sent: Tue., Sept. 11, 2012 5:03:18 p.m.
Subject: RE: K

Wow. And them?

----- Original Message -----
From Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Tuesday, September 11, 2012 10:53 AM

Confidential                                                                                    P0014904

To: Mikhail Sazonov
Subject: K

With twisted arguments:

If I make the commitment to buy this painting, I must block the money, and if they don't obtain the customs or other agreement to get the painting out of Austria, I'll suffer major financial damages, so I wanted financial penalties on the money immobilized for nothing.

If not, I demand a discount to eliminate my risk of immobilization.

Confidential



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0014904_ACD000025740**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_Jacqueline Yorke_

Jacqueline Yorke

Sworn to before me this
March 10, 2022

_Signature, Notary Public_

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE