# Mikhail Sazonov
# Exhibit 56

Yves BOUVIER
54 Emerald Hill Road
SINGAPORE 229330

ACCENT DELIGHT
INTERNATIONAL LTD
Jipfa Building
Road Town
Tortola
British Virgin Islands

Singapore, 2 August 2013

### Invoice no. 13YB.08.02

Various administrative services and due diligence related to acquisition of the work referenced below:

**GUSTAVE KLIMT (1862 – 1918)**                    **USD    3,676,000.00**
"Wasserschlangen II"
"Water Serpents II"
1904 – 1906/7
Oil on canvas
Signature: lower right corner
Dim.: 80 x 140 cm / horizontal format

Please use at the time of payment:
**HSBC – HONG KONG**
1 Queen's Road Central
Hong Kong
Swift code ████████████
Account: ████████████
Holder: Yves Bouvier

Confidential Treatment Requested                                        XA000102

Confidential                                                                                    P0003955