# Mikhail Sazonov

# Exhibit 63

PLAINTIFF'S
EXHIBIT
198

**From:**      Yves Bouvier (NLC) <yb@falnlc.sg>
**Sent:**      Tuesday, September 24, 2013 2:50 PM
**To:**        'msazonov@barrhorn.com'
**Subject:**   Klimt

Bonsoir Mike

Un article dans la presse autrichienne avec un prix de sortie d'Autriche.

Je ne sais pas d'ou viennent ces informations.

Au cas ou tu aurais un doute sur le complément du montant, je suis à ta disposition pour te fournir la preuve du virement des indemnités aux héritiers des familles spoliées (14 personnes) sur le compte de Sothebys.

Bonne soirée
Yves

---

**De** : Yves Bouvier (NLC)
**À** : Yves Bouvier (NLC)
**Envoyé** : Wed Sep 25 01:12:17 2013
**Objet** : TR : Fwd:

Klimts "Wasserschlangen II" ins Ausland verkauft
THOMAS TRENKLER, 24. September 2013, 00:30
Ursula Ucicky entschloss sich zur Privatrestitution von Gustav Klimts Meisterwerk "Wasserschlangen II", das einst Jenny Steiner gehört hatte. Sotheby's verkaufte das Bild um 120 Millionen Dollar netto. Ihre restlichen Klimt-Bilder brachte Ucicky in eine Privatstiftung ein
6 Postings

vergrößern
Wien - Ein Bild, ein ganz entscheidendes Bild fehlte Rudolf Leopold, dem großen, im Juni 2010 verstorbenen Sammler. Es nennt sich Wasserschlangen II, Gustav Klimt malte es zwischen 1904 und 1907. Für Leopold war das Meisterwerk ähnlich bedeutend wie die Goldene Adele, die Ronald Lauder 2006 zum Weltrekordpreis von 135 Millionen Dollar erworben hat. Doch an das Bild, das in einer Wiener Wohnung hing, war schwer heranzukommen: Die Besitzerin, eine hochbetagte Dame, verweigerte jeden Kontakt, sie öffnete auch nicht die Tür.

Hätte sich Ursula Ucicky von Leopold breitschlagen lassen: Das Bild wäre heute wohl im Museum Leopold. Aber es kam anders: Die Wasserschlangen II wurden über Sotheby's in London bei einem Private Sale um angeblich 120 Millionen Dollar netto verkauft - und befinden sich nicht mehr in Österreich. Über den Käufer ist nichts in Erfahrung zu bringen.

Zunächst erscheint es eigenartig, dass vom Bundesdenkmalamt eine Ausfuhrgenehmigung erteilt wurde. Doch es lag ein "berücksichtigungswürdiger Grund" vor: Bei den Wasserschlangen II handelt es sich um geraubte Kunst - und Ursula Ucicky entschloss sich zu einer Privatrestitution.

Das Bild hatte die Fabrikantin Jenny Steiner 1911 von Klimt erworben. 1938, nach dem Anschluss, wurde es gepfändet. Am 5. März 1940 sollte es im Dorotheum versteigert werden, doch Reichsstatthalter Baldur von Schirach ließ die Wasserschlangen II aus der Auktion nehmen. Das Gemälde kam in den Besitz des Filmregisseurs Gustav Ucicky. Die Entziehungsgeschichte kann man in Sophie Lillies Buch der enteigneten Kunstsammlungen Wiens mit dem Titel Was einmal war (Czernin Verlag) nachlesen; als Coverabbildung fungieren übrigens die Wasserschlangen II.

Ucicky, geboren 1899 in Wien, war der Sohn von Maria Ucicka, die als Aushilfe im Haushalt Klimts und auch als dessen Modell arbeitete. Für die von Ucicky reklamierte Vaterschaft Klimts liegt keine amtliche Bestätigung vor. Ucicky drehte unter anderem Café Elektric - und 1941, in der NS-Zeit, den Propagandafilm Heimkehr mit Paula Wessely in der Hauptrolle. Er starb 1961 in Hamburg, seiner Frau Ursula hinterließ er eine respektable Kunstsammlung.

Kürzlich konnte eine Einigung mit den Erben nach Jenny Steiner erzielt werden. In welchem Verhältnis der Erlös aufgeteilt wurde, ist nicht bekannt. Für die Witwe Ucicky, die aus einer jüdischen Familie stammt, bedeutet die Lösung eine Erleichterung. Zudem brachte sie ihre übrigen Klimts, vier Gemälde und zehn Zeichnungen, Nachlassmaterialien von Gustav Ucicky und eine Million Euro in eine Privatstiftung ein, die erst kürzlich gegründet wurde.

Vorstandsvorsitzender der Gustav Klimt/ Wien 1900-Privatstiftung ist auf Lebenszeit Peter Weinhäupl, der kaufmännische Direktor des Leopold Museums. Im Vorstand sitzen zudem (ebenfalls auf Lebenszeit) dessen Lebensgefährtin Sandra Tretter, die bis vor wenige Wochen im Leopold Museum gearbeitet hat, und für fünf Jahre Hubert Weinhäupl, der Bruder von Peter Weinhäupl. Als Anwalt fungiert Andreas Nödl, der unter anderem auch Vorstandsmitglied der Leopold Privatstiftung ist.

Ursula Ucicky verzichtet ausdrücklich auf die Möglichkeit, die gemeinnützige Stiftung aufzulösen. Deren Zweck ist laut Firmenbuchauszug unter anderem die Bewahrung und Verbreitung des von Gustav Klimt hinterlassenen Erbes, dessen Zugänglichkeit für die Öffentlichkeit sowie die dokumentarisch-wissenschaftliche Aufarbeitung. In Paragraf 2 der Stiftungsurkunde wird festgehalten, dass man im Fall von Raubkunst "gerechte und faire Lösungen im Sinne der Washington Principles" anstreben werde.

Der Fall Felsöványi

Peter Weinhäupl und Andreas Nödl bestätigen auf Anfrage des Standard, dass es einen diesbezüglichen Fall gibt. Es handelt sich um das Bildnis Gertrud Loew (1902), das der Porträtierten, Gertrud Loew-Felsöványi, gehört hatte. Wie das Gemälde in der NS-Zeit in den Besitz von Gustav Ucicky kam, ist noch nicht geklärt.

Der mittlerweile 98-jährige, in Kalifornien lebende Felsöványi-Erbe hatte sich wegen des Porträts an Ursula Ucicky gewandt. Sein Brief motivierte die alte Dame zur Privatrestitution - in beiden Fällen. Zunächst musste, so Weinhäupl, die Einigung bezüglich der Wasserschlangen II erzielt werden, um Mittel für Felsöványi zu haben. Er lässt derzeit die Provenienz des Porträts erforschen - und Nödl steht in Kontakt mit Ernst Ploil, dem Anwalt von Anthony Felsöványi. "Eine faire und gerechte Lösung muss es auch in diesem Fall geben", sagt Nödl. (Thomas Trenkler, DER STANDARD, 24.9.2013)

Confidential                                                                                    P0030724

**PLAINTIFF'S EXHIBIT**

**198**

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) <yb@falnlc.sg> |
| **Sent:** | Tuesday, September 24, 2013 2:50 PM |
| **To:** | 'msazonov@barrhorn.com' |
| **Subject:** | Klimt |

Good evening Mike

An article in the Austrian press with an exit price from Austria.

I don't know where this information comes from.

If you have any doubts about the additional amount, I am at your disposal to provide you with proof of the transfer of compensation to the heirs of the dispossessed families (14 people) on the Sothebys account.

Have a good evening
Yves

---

**From:** Yves Bouvier (NLC)
**To :** Yves Bouvier (NLC)
**Sent :** Wed Sep 25 01:12:17 a.m. 2013
**Subject :** Fwd.: Fwd:

Klimt's "Wasserschlangen II (Water Snakes II)" sold abroad
THOMAS TRENKLER, September 24, 2013, 00:30
Ursula Ucicky decided to privately restitute Gustav Klimt's masterpiece "Wasserschlangen II", which had once belonged to Jenny Steiner. Sotheby's sold the painting for a net USD 120 million. Ucicky brought her remaining Klimt pictures to a private foundation,

which grew by 6 postings
Vienna - Rudolf Leopold, the great art collector who died in June 2010, was missing a picture, a very decisive picture. It's called Wasserschlangen II (Water Snakes II), painted by Gustav Klimt between 1904 and 1907. For Leopold, the masterpiece was just as important as the Golden Adele, which Ronald Lauder acquired in 2006 for the world record price of USD 135 million. But the picture that hung in a Viennese apartment was difficult to get at:   The owner, a very old lady, refused any contact, nor did she open the door.

If Ursula Ucicky would have let Leopold beat her up: The picture would probably be in the Leopold Museum today. But it turned out differently: Wasserschlangen II was sold through Sotheby's in London in a private sale for allegedly USD 120 million net - and is no longer in Austria. Nothing is known about the buyer.

At first it seems strange that the Federal Monuments Office issued an export permit for it. But there was a "reason worth considering": Wasserschlangen II is stolen art - and Ursula Ucicky decided on a to restitute privately.

Factory owner Jenny Steiner bought the picture from Klimt in 1911. In 1938, after the Annexation of Austria by Germany, it was seized. On March 5, 1940, it was to be auctioned in the Dorotheum, but Reich Governor Baldur von Schirach had Wasserschlangen II removed from the auction. The painting came into the hands of film director Gustav Ucicky. The story of the withdrawal can be found in Sophie Lillie's book

Confidential

on expropriated art collections in Vienna, titled "What once was" (Czernin Verlag); incidentally, Wasserschlangen II served as the cover image of the book.

Ucicky, born in Vienna in 1899, was the son of Maria Ucicka, who worked as a helper in Klimt's household and also as his model. There is no official confirmation of Klimt's paternity as claimed by Ucicky. Ucicky shot, among other things, Cafe Elektric - and in 1941, during the Nazi era, the propaganda film 'Heimkehr', with Paula Wessely in the leading role. He died in Hamburg in 1961 and left a respectable art collection to his wife Ursula.

Jenny Steiner recently reached an agreement with the heirs. It is not known in what proportion the proceeds were divided. For the widow Ucicky, who comes from a Jewish family, the solution means a relief. In addition, she brought her other Klimts, four paintings and ten drawings, estate materials from Gustav Ucicky and one million euros to a private foundation that was recently established.

The chairman of the board of the Gustav Klimt/Vienna 1900 private foundation is Peter Weinhäupl, the commercial director of the Leopold Museum, for life. His partner, Sandra Tretter, who worked at the Leopold Museum until a few weeks ago, and Hubert Weinhäupl, Peter Weinhäupl's brother, also sit on the board (for life as well). Andreas Nödl, who is also a board member of the Leopold Private Foundation, serves as attorney.

Ursula Ucicky expressly waived the option to dissolve the charitable foundation. According to the excerpt from the company register, their purpose is, among other things, the preservation and dissemination of the legacy left by Gustav Klimt, its accessibility to the public and its documentary-scientific processing. Paragraph 2 of the deed of foundation states that in the case of looted art, "just and fair solutions within the meaning of the Washington Principles" must be sought.

The Felsövänyi case

At the Standard's request, Peter Weinhäupl and Andreas Nödl confirm that there is a relevant case. It is the portrait of Gertrud Loew (1902) that belonged to the person portrayed, Gertrud Loew-Felsövänyi. It is not yet clear how the painting came into the possession of Gustav Ucicky during the Nazi era.

The now 98-year-old Felsövänyi heir, who lives in California, turned to Ursula Ucicky about the portrait. Her letter motivated the old lady to private restitution - in both cases. First, according to Weinhäupl, an agreement regarding Wasserschlangen II had to be reached in order to have funds for Felsövänyi. He is currently researching the provenance of the portrait - and Nödl is in contact with Ernst Ploil, Anthony Felsövänyi's lawyer. "There must be a fair and just solution in this case too," says Nödl. (Thomas Trenkler, DER STANDARD, September 24, 2013)

Confidential                                                                                    P0030724



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document with bates ranges "**P0030723 – P0030724**" is, to the best of my knowledge and belief, a true and accurate translation from French and German into English.

_____
Shayna Himelfarb

Sworn to before me this
July 13, 2021

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE