UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> SOTHEBY'S and SOTHEBY'S, INC., <br><br> Defendants. | 18 Civ. 9011 (JMF) |

**DECLARATION OF DANIEL J. KORNSTEIN**

Daniel J. Kornstein, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares that the following is true and correct:

1.      I am an attorney licensed to practice law in the State of New York and admitted to practice in this Court.  I am a partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs in this case.

2.      I submit this declaration to put before the Court the following true and correct exhibits accompanying Plaintiffs' Motion for Partial Summary Judgment:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Excerpts of the Deposition of Dmitry Rybolovlev, taken January 21, 2022 and January 24, 2022 |
| 2 | Excerpts of the Deposition of Melanie Clore, taken July 20, 2021 |
| 3 | Excerpts of the Deposition of Samuel Valette, taken July 28, 2021 |
| 4 | July 15, 2014 Email from Yves Bouvier to Olga Khorobrykh (P0025176) |
| 5 | Excerpts of the Deposition of William H. Smith, taken December 3, 2021 |
| 6 | Excerpts of the Deposition of Robert Wittman, taken December 7, 2021 |

| 7 | Excerpts of the Deposition of Ekaterina Sartori Rybolovleva, taken July 29, 2021 |
|---|---|
| 8 | Excerpts of the Deposition of Mikhail Sazonov, taken August 5, 2021 |
| 9 | Letter from Tsutomu Takashima, a Director of Acquavella Galleries, Inc., to Yves Bouvier (ACQ_AD0000323) |
| 10 | Letter from Tsutomu Takashima, a Director of Acquavella Galleries, Inc., to Yves Bouvier (ACQ_AD0000200) |
| 11 | October 19, 2004 Email from Yves Bouvier to Tsutomu Takashima and Michael Findlay, Directors of Acquavella Galleries, Inc. (ACQ_AD0000281) |
| 12 | Draft contract for the sale of Pablo Picasso's *Les Noces de Pierrette* (ACQ_AD0000181-84) |
| 13 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Pablo Picasso's *L'Homme Assis au Verre* (STH0000001-3) |
| 14 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Aristide Maillol's *La Méditerranée* and Auguste Rodin's *Le Baiser* (STH0000004-6) |
| 15 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Henri Matisse's *Nu au Châle Vert* ("*Nude with Green Shawl*") (STH0000009-10) |
| 16 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Auguste Rodin's *L'Éternel Printemps* (STH0000007-8) |
| 17 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Alberto Giacometti's *Femme de Venise IX* (STH0000011-12) |
| 18 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of René Magritte's *Le Domaine d'Arnheim* (STH0000013-14) |
| 19 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Auguste Rodin's *Eve* (STH0000015-16) |
| 20 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Gustav Klimt's *Wasserschlangen II* (STH0000028-30) |
| 21 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Amedeo Modigliani's *Tête* (STH0000031-33) |
| 22 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Henri de Toulouse-Lautrec's Green *Au Lit: Le Baiser* (STH0000034-35) |
| 23 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Leonardo da Vinci's *Christ as Salvator Mundi* (DEFS0007345-64) |
| 24 | Excerpts of the Deposition of Grégoire Billaut, taken June 15, 2021 |

| 25 | Fully executed consignment agreement between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the sale of Amedeo Modigliani's *Tête* at auction (DEFS0000147-57) |
|---|---|
| 26 | Sales receipt for Sotheby's November 4, 2014 auction (DEFS0038998-39000) |
| 27 | February 3, 2015 Invoice from Sotheby's to Buyer for Henri de Toulouse-Lautrec's Red *Au Lit: Le Baiser* (DEFS0045328-30) |
| 28 | April 10, 2013 Email thread among Alex Bell, Warren Adelson, Samuel Valette, Michael Simches, Thomas Danziger, Michael Rosen, and/or Tom Kneeland (DEFS0001774-75) |

3. Attached as Exhibit 29 is a chart, submitted pursuant to Fed. R. Evid. 1006, which summarizes voluminous writings (including invoices, contracts, and financial records) for a more convenient examination by the Court. Copies of the documents underlying this chart are available for examination upon request. For each of Plaintiffs' artwork transactions that was brokered by Sotheby's, the chart provides:

    a. <u>Work</u>: The name of the artist and title of the artwork.

    b. <u>Amount Bouvier Paid</u>: The amount Bouvier paid Sotheby's for the artwork, represented in the actual transaction currency, based on the sales contracts executed between Bouvier (on behalf of Blancaflor Investments Ltd.) and Sotheby's and Bouvier's financial records.

    c. <u>Amount Bouvier Paid (USD)</u>: The amount that Bouvier paid Sotheby's for the artwork, represented in United States Dollars. Where necessary (i.e., where the actual transaction currency was not United States Dollars), this figure was calculated by converting the entry in the "Amount Bouvier Paid" column to United States Dollars, using the exchange rate on the date of payment (based on Bouvier's financial records and Sotheby's documents reflecting Swift confirmations of the payments). The exchange rate for each date of payment was determined using the following website:

https://www.xe.com/currencytables/. For example, financial records show that Bouvier paid Sotheby's CHF (Swiss francs) 26,100,000 for Giacometti's *Femme de Venice IX* on November 10, 2011, and, according to the website https://www.xe.com/currencytables/, the CHF to USD exchange rate on that date was 1.1037378783, so the "Amount Bouvier Paid (USD)" entry for Giacometti's *Femme de Venice IX* is USD 28,807,559, which is 26,100,000 x 1.1037378783.

d. Amount Plaintiffs Paid: The amount that Plaintiffs paid for the artwork, represented in the actual transaction currency of payment, based on the invoices Bouvier sent to Plaintiffs, Plaintiffs' financial records, and Bouvier's financial records.

e. Amount Plaintiffs Paid (USD): The amount that Plaintiffs paid for the artwork, represented in United States Dollars. Where necessary (i.e., where the actual transaction currency was not United States Dollars), this figure was calculated by converting the entry in the "Amount Plaintiffs Paid" column to United States Dollars, using the exchange rate on each date of payment (based on Plaintiffs' financial records and Bouvier's financial records). The exchange rate for each date of payment was determined using the following website: https://www.xe.com/currencytables/.

f. Markup Total (USD): The undisclosed markup Bouvier charged to Plaintiffs, represented in United States Dollars. This figure was calculated by subtracting the entry in the "Amount Bouvier Paid (USD)" column from the entry in the "Amount Plaintiffs Paid (USD)" column.

g.  Commission Plaintiffs Paid: The amount that Plaintiffs paid Bouvier as his commission for his work on each transaction, represented in the actual transaction currency, based on the invoices Bouvier sent to Plaintiffs, Bouvier's financial records, and Plaintiffs' financial records.

h.  Commission Plaintiffs Paid (USD): The amount that Plaintiffs paid Bouvier as his commission for his work on each transaction, represented in United States Dollars. Where necessary (i.e., where the actual transaction currency was not United States Dollars), this figure was calculated by converting the entry in the "Commission Plaintiffs Paid" column to United States Dollars, using the exchange rate on each date of payment (based on Plaintiffs' financial records and Bouvier's financial records). The exchange rate for each date of payment was determined using the following website: https://www.xe.com/currencytables/.

4.  According to the website https://www.xe.com/currencytables/, the exchange rate from GBP to USD on February 3, 2015, was 1.5126723279, meaning that the £9,500,000 that Bouvier and Sotheby's refused to remit to Plaintiffs as the proceeds from the sale of Henri de Toulouse-Lautrec's Red *Au Lit, Le Baiser* was equal to $14,370,387.12 (9,500,000 x 1.5126723279).

5.  On January 25, 2022 and January 26, 2022, Bouvier was deposed in Geneva, Switzerland, pursuant to the request submitted by this Court under the Hague Convention. I personally observed the deposition in its entirety by videoconference, and I have reviewed an English translation of the unfinalized deposition transcript. I have been advised by Plaintiffs' Swiss counsel that, under Swiss law, Bouvier's deposition transcript cannot be filed with this

Court until the parties' time to review it has elapsed and it has been finalized by the Swiss Court.

During the deposition, Bouvier selectively invoked his self-incrimination rights not to testify about the first interactions he had with Dimitry Rybolovlev, his involvement in all the artwork transactions that pre-dated Sotheby's involvement, the lies he told Plaintiffs, and other questions posed by Plaintiffs' counsel.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        March 24, 2022

_____
DANIEL J. KORNSTEIN