# Daniel J. Kornstein
# Exhibit 20

*[handwritten at top: TO BILL R. ████████]*

# Sotheby's

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H    PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN

T +43-1-513 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

This letter agreement (the "Agreement") confirms the terms and conditions under which the seller and Sotheby's Kunstauktionen GesmbH ("Sotheby's") as the seller's agent, will sell the Property to you.

1.    You agree to pay to Sotheby's a purchase price of US$~~140,000,000~~ *126,000,000* (one hundred and ~~forty million~~ *twenty six million* US dollars) for the Property (inclusive of Sotheby's buyer's premium) plus, subject to the terms of clause 3 below, any Austrian VAT applicable on the buyer's premium (the "Purchase Price"), in US dollars, by wire transfer to the following account:  CREDIT SUISSE AG, CH-8070 Zurich/Switzerland, Account Number ████████ Swift Code ████████ IBAN ████████ Account Name: Sotheby's Global Trading GmbH, 8001 Zurich.   Payment of the Purchase Price shall be received by Sotheby's not later than five (5) working days of Sotheby's notification to you that (i) Sotheby's is in receipt of a licence allowing the permanent export of the Property from Austria to the Geneva Freeport, and (ii) Sotheby's has received a contract satisfactory to Sotheby's signed by or on behalf of the seller of the Property and the heirs of Jenny Steiner agreeing to the full and final resolution and settlement of all claims made by the heirs of Jenny Steiner in respect of the Property (the "Payment Deadline").

You hereby agree that receipt of the Purchase Price by Sotheby's on or before the Payment Deadline is of the essence. You further agree that Sotheby's shall be entitled to terminate this Agreement and cancel its obligations hereunder without notice if you should become or be declared insolvent in any jurisdiction or if Sotheby's fails to receive the Purchase Price in full in cleared funds on or before the Payment Deadline. You hereby irrevocably agree that neither Sotheby's, the seller of the Property, the seller's advisor or the legal counsel of the seller's advisor shall have any liability whatsoever in connection with any such termination.

2.    You and Sotheby's agree that the sale of the Property under this Agreement and Sotheby's and the seller's obligations hereunder will be subject to the fulfilment of all the following conditions precedent (the "Conditions") not later than ~~27th April 2013~~ *Dec 31, 2012* (unless expressly extended by Sotheby's and the seller of the Property) (the "Conditions Deadline"):

(a) the receipt by ~~Sotheby's of a~~ licence allowing the permanent export of the Property from Austria to the Geneva Freeport; and
(b) the full and final resolution and settlement of all claims made by the heirs of Jenny Steiner in respect of the Property to Sotheby's satisfaction.

Sotheby's will notify you in writing immediately upon the fulfilment of all the Conditions set out above. You hereby agree that if any of the Conditions fails to be fulfilled by the Conditions Deadline, this Agreement will automatically terminate. You irrevocably agree that neither Sotheby's nor the seller, the seller's advisor or the legal counsel of the seller's advisor shall be responsible in the event that any of the Conditions fails to be fulfilled by the Conditions Deadline, and neither Sotheby's nor the seller, the seller's advisor or the legal counsel of the seller's advisor shall have any liability whatsoever in connection with such termination.

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12865/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN999415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14916884  DVR 0605825

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016       STH 0000028

# Sotheby's EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Title to the Property will pass and the Property will be released to your designated shippers as set out in clause 3 below upon the later of: (i) Sotheby's notification to you of the fulfilment of all the Conditions and (ii) receipt of the Purchase Price in full in cleared funds by Sotheby's.

3.    You hereby irrevocably instruct Sotheby's to arrange on your behalf and at your risk for the Property to be shipped by your designated shippers from Austria to an address at the Geneva Freeport indicated by you following the passing of title to the Property to you.  The cost of such shipment, including customs clearance charges, transit insurance and any taxes or duties in connection thereto, shall be paid by you.  For the avoidance of doubt, risk of loss or damage to the Property will pass to you upon the release of the Property to your shippers in Austria, and you hereby irrevocably agree that Sotheby's will have no responsibility whatsoever for any loss or damage to the Property.

According to the VAT rules currently applicable, Sotheby's will be able to zero-rate the Austrian VAT applicable on this transaction provided that the Property is shipped outside Austria within ninety (90) days of the date of the sale of the Property.  You agree that in the event that the transaction may not be zero-rated by Sotheby's for any reason whatsoever (including but not limited to, a change in the VAT rules), the Purchase Price shall be increased by the amount of such applicable Austrian VAT and any references in this Agreement to the Purchase Price (including but not limited to, the reference to the Purchase Price in clause 2 (ii)) shall mean the US dollar amount referred to in clause 1 plus the applicable Austrian VAT.

4.  You agree that subject to the guarantee set out in the following paragraph, the Property will be sold "as is", with all faults and imperfections and errors of description.  Subject as above, neither the owner nor Sotheby's shall be responsible for errors of description or for the genuineness or authenticity of the Property nor does either make any representations or warranties with respect to the physical condition, size, quality, rarity, genuineness, authenticity, importance, provenance, exhibitions, literature or historical relevance of the Property, and no statement anywhere, whether oral or written, shall be deemed such a representation or warranty.

Notwithstanding the generality of the preceding paragraph, in the event that Sotheby's determines that the Property is "counterfeit" (an imitation intended to deceive), as your sole remedy Sotheby's will rescind the sale and the owner will return the purchase price for the Property to you. This offer to rescind is only available on condition that you: (i) provide Sotheby's, within five (5) years from the date of this Agreement, written evidence raising doubts as to the authenticity or attribution of the Property; (ii) are able to transfer good title in the Property free from third party claims; and (iii) can return the item of Property to Sotheby's in the condition in which it was purchased.  This offer to rescind does not apply if, at the date of this Agreement, the Property description in this Agreement accords with generally accepted views of scholars and experts or indicates that there is a divergence of such views, or if the only method of establishing that the Property is "counterfeit" relies on a process which is either not in general use at the date of this Agreement or likely in Sotheby's opinion to risk damage to the Property. This offer to rescind is only made to you personally and may not be transferred or assigned in any way by you.

5.    You and we agree that you and we shall keep the terms of this Agreement strictly confidential and that neither you nor we shall divulge the terms of this Agreement to any third party without the prior written consent of the other party, other than where required to be disclosed pursuant to any relevant law or regulation, or by order of a Court or a regulatory body of competent jurisdiction, or specifically in the case of Sotheby's, where such disclosure to the extent that this is necessary or appropriate, as determined by Sotheby's, for the purposes of the fulfilment of the Conditions.

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905825

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016          STH 0000029

# Sotheby's

EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H   PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN

T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

6. **This Agreement shall be governed by and construed and enforced in accordance with Austrian law. In the event of a dispute hereunder, you agree to submit to the jurisdiction of the Austrian courts in favour of Sotheby's.** This Agreement shall be binding upon your heirs, executors, beneficiaries, successors and assigns but you may not assign this Agreement without Sotheby's prior written consent. This Agreement represents the entire agreement between you and Sotheby's concerning the sale of the Property and neither party may amend or supplement any provision other than in writing signed by each party.

In order to fulfil the services you have requested, Sotheby's may disclose information to third parties (e.g. shippers). Some countries do not offer equivalent legal protection of personal information to that offered within the EU. It is Sotheby's policy to require that any such third parties respect the privacy and confidentiality of our clients' information and provide the same level of protection for clients' information as provided within the EU, whether or not they are located in a country that offers equivalent legal protection of personal information. By signing this Agreement, you agree to such disclosure. Clients can prevent the use of their personal information for marketing purposes by ticking this box or by contacting us at +43 (0)1 512 47 72. ☐

Please would you sign both originals of this Agreement where marked below, to confirm your agreement with its terms and return one copy to Sotheby's.

For and on behalf of Sotheby's Kunstauktionen GesmbH

Date: Sept 11, 2012

Acknowledged and agreed:

Signed: _____

Name: _____

Duly authorised for and on behalf of Blancaflor Investments Ltd.

Date: 11 September 2012

BANKVERBINDUNG   CREDITANSTALT - BANKVEREIN   KTO. 0085-12605/00
SITZ DER GESELLSCHAFT: WIEN   FIRMENBUCHNUMMER FN959415   FIRMENBUCHGERICHT: HANDELSGERICHT WIEN
UID: ATU14915804   DVR 0906926

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016          STH 0000030