UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
ACCENT DELIGHT INTERNATIONAL LTD. et al.,   :
                :
          Plaintiffs,   :
                :     18-CV-9011 (JMF)
    -v-              :
                :     <u>ORDER</u>
SOTHEBY'S et al.,   :
                :
          Defendants.   :
                :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received the attached correspondence, but because it is in French and is unaccompanied by an English translation, will take no further action in response to it. If any party believes that further action is required, it shall file a letter seeking such relief no later than **April 19, 2022**. Any such letter shall be accompanied by a certified English translation of the attached.

      SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

CR/14/2020 2 COO XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R  ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
R P371 59009 6 CH
LAPOSTE
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY

Avis de réception

UNITED STATES DISTRICT
COURT FOR THE SOUTHEM
DISTRICT NY
Honorable Jesse M. Furman
40 Centre Street, Room 2202
10007 New York NY
ÉTATS-UNIS

Réf : **CR/14/2020** 2 COO XCR
à rappeler lors de toute communication

Nous vous remettons ci-joint l'ordonnance dans la cause mentionnée sous rubrique.



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

CR/14/2020 2 COO XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

Réf : **CR/14/2020** 2 COO XCR
à rappeler lors de toute communication

## ORDONNANCE
## DU JEUDI 24 FÉVRIER 2022

**Parties autorités requérantes**

UNITED STATES DISTRICT COURT FOR THE
SOUTHEM DISTRICT NY
Honorable Jesse M. Furman
40 Centre Street, Room 2202
10007 New York NY
ÉTATS-UNIS

ACCENT DELIGHT INTERNATIONAL LTD
c/o Me GIROUD Sandrine
Lalive SA
Rue de la Mairie 35
Case postale 6569
1211 Genève 6

XITRANS FINANCE LTD
c/o Me GIROUD Sandrine
Lalive SA
Rue de la Mairie 35
Case postale 6569
1211 Genève 6

**Parties défenderesses**

SOTHEBY'S INC
c/o Mes LEMBO et CONRAD HARI
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

SOTHEBY'S.
c/o Mes LEMBO et CONRAD HARI
Bär & Karrer SA
Quai de la Poste 12
Case postale 5056
1211 Genève 11

Ce jour, le Tribunal rend l'ordonnance suivante :

Vu la procédure.

Vu le courrier déposé au greffe du Tribunal le 17 février 2022 par les parties défenderesses.

Vu les articles du code de procédure civile.

**Par ces motifs,**
**LE TRIBUNAL :**

- Transmet le courrier aux parties demanderesses.
- Ordonne l'audition en qualité de témoin de Monsieur Jean-Marc PERETTI.
- Dit que son audition aura lieu le **lundi toute la journée 2 mai 2022, 9h00, salle B1, 4, place du Bourg-de-Four, 1204 Genève et le vendredi 6 mai 2022 à 9h00, salle B1 également (la présente vaut convocation).**
- Autorise expressément les conseils des parties à assister à ladite audience.

- Autorise expressément les conseils des parties à faire venir, à leurs frais, un sténographe professionnel.
- Précise que le témoin Jean-Marc PERETTI sera entendu selon les formes prévues de l'article 271 al. 1 CPC.

Joëlle COTTIER
Juge

2 5 FEV. 2022

**BÄR & KARRER**

Case postale 5056 | CH-1211 Genève 3

**Par porteur**

Madame Joëlle Cottier
Présidente de la 2ᵉ Chambre du
Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
1211 Genève 3

*[Tampon: DÉPOSÉ AU GREFFE LE 17 FEV. 2022 - RÉP. ET CANTON DE GENÈVE - TRIBUNAL DE PREMIÈRE INSTANCE]*

Genève, le 17 février 2022

**Concerne:   CR/14/2020**

Madame la Présidente,

Vous nous savez représenter les intérêts des entités Sotheby's dans le cadre de la cause notée en marge.

Dans le prolongement de votre ordonnance du 20 janvier 2022, nous avons l'honneur de vous confirmer que le juge américain a prolongé le délai pour l'obtention de la déposition de Monsieur Jean-Marc Peretti tout en confirmant le maintien de sa requête d'audition par vos soins par commission rogatoire.

Selon nos informations, une communication vous a été adressée directement par l'Autorité requérante, laquelle devrait vous être d'ores et déjà parvenue. A toutes fins utiles, nous joignons une copie de celle-ci en annexe à la présente.

Nous avons noté les dates d'audience prévues pour cette audition les 2 et 6 mai 2022.

| Bär & Karrer | Genève | Zurich | Lugano | Zoug | www.baerkarrer.ch |
| --- | --- | --- | --- | --- | --- |
| Avocats | Bär & Karrer SA | Bär & Karrer AG | Bär & Karrer SA | Bär & Karrer AG | |
| | 12, quai de la Poste | Brandschenkestrasse 90 | Via Vegezzi 6 | | |

En tant que de besoin, nous restons bien évidemment à votre entière disposition.

Nous vous prions de trouver ici, Madame la Présidente, l'assurance de nos sentiments respectueux.

Saverio Lembo                                   Aurélie Conrad Hari

Ann. ment.

Copie: Me Sandrine Giroud

# Arnold & Porter

Benjamin C. Wolverton
+1 212.836.7971 Direct
Benjamin.Wolverton@arnoldporter.com

9 février 2022

**PAR FEDEX**

Joëlle Cottier
Présidente de la 2ᵉ Chambre
Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
1211 Genève 3
Suisse

    Re:    CR/14/2020 – XCR - 2
                ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS
                FINANCE LTD. v/ SOTHEBY'S and SOTHEBY'S, INC., Docket No.
                1:18-cv-09011-JMF-RWL

Benjamin C. Wolverton,

Vous présente ses compliments distingués et vous prie de trouver ci-joint la réponse de la *United States District Court for the Southern District of New York*, dûment signée et scellée, à l'Ordonnance du 20 janvier 2022 du Tribunal de première instance de Genève dans le cadre de la procédure d'entraide judiciaire internationale en matière civile en application de la Convention de La Haye du 18 mars 1970 à l'encontre de Monsieur Jean-Marc Peretti, domicilié à Genève, ainsi que sa traduction certifiée en français.

Il vous en souhaite bonne réception.

Annexes ment.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ACCENT DELIGHT INTERNATIONAL
LTD. and XITRANS FINANCE LTD.,

        Plaintiffs,

-against-

SOTHEBY'S and SOTHEBY'S, INC.,

        Defendants.

18-CV-9011 (JMF)

[PROPOSED]
SUPPLEMENTAL ORDER

JESSE M. FURMAN, United States District Judge:

  WHEREAS, on January 3, 2020, this Court signed a letter of request for international judicial assistance from the appropriate judicial authority in Switzerland to obtain evidence from Jean-Marc Peretti for use in this action pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Peretti Letter of Request"), see ECF No. 138;

  WHEREAS, on June 5, 2020, the Tribunal de Première Instance de Genève (the "Tribunal") issued an order giving effect to the Peretti Letter of Request, see ECF No. 236;

  WHEREAS, on October 5, 2021, the Tribunal issued an order scheduling a hearing for January 17, 2022 to take the requested testimony from Mr. Peretti, see ECF No. 362-3;

  WHEREAS, on January 20, 2022, the Tribunal issued an order explaining that the hearing scheduled for January 17, 2022 had been cancelled because Mr. Peretti had informed the Tribunal that he would not attend the hearing due to health issues, see ECF No. 379-1; and

  WHEREAS, in the same order the Tribunal stated that it was prepared to reschedule the hearing for May 2 and 6, 2022, should this Court maintain its request, and invited this Court to

1

inform the Tribunal by February 18, 2022 as to what further steps, if any, should be taken in connection with the Court's request, *see id.*;

**NOW, THEREFORE**, this Court renews its request that the parties be allowed to obtain the relevant testimony from Mr. Peretti and respectfully requests that the Tribunal take the following steps if the Tribunal determines that these steps are appropriate under Swiss law:

(1) proceed with enforcing the Peretti Letter of Request; and

(2) order Mr. Peretti to provide testimony under oath at a hearing to be scheduled on May 2 and 6, 2022, or as soon thereafter as is possible.

The Court expresses its appreciation for the assistance and courtesy of the Tribunal in this matter.

SO ORDERED.

Dated: February 7, 2022
New York, New York

JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

CERTIFIED AS A TRUE COPY ON
THIS DATE 2/7/2022
BY ＿＿＿Mango＿＿＿
( ) Clerk
(✓) Deputy

2

TRIBUNAL DE DISTRICT DES ÉTATS-UNIS
POUR LE DISTRICT SUD DE NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. et XITRANS FINANCE LTD, <br><br> Demanderesses, <br><br> -contre- <br><br> SOTHEBY'S et SOTHEBY'S, INC., <br><br> Défenderesses. | 18-CV-9011 (JMF) <br><br> [PROPOSÉ] <br> ORDONNANCE COMPLÉMENTAIRE |

JESSE M. FURMAN, juge de district des États-Unis:

**ATTENDU QUE**, le 3 janvier 2020, la présente Cour a signé une commission rogatoire d'entraide judiciaire internationale de la part de l'autorité judiciaire compétente en Suisse afin d'obtenir des preuves de Jean-Marc Peretti pour les utiliser dans cette action conformément à la Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale (la « Commission rogatoire Peretti »), *voir* ECF n° 138 ;

**ATTENDU QUE**, le 5 juin 2020, le Tribunal de Première Instance de Genève (le « Tribunal ») a rendu une ordonnance donnant effet à la Commission rogatoire Peretti, *voir* ECF n° 236 ;

**ATTENDU QUE**, le 5 octobre 2021, le Tribunal a rendu une ordonnance fixant une audience au 17 janvier 2022 pour recueillir le témoignage demandé de M. Peretti, *voir* ECF n° 362-3 ;

**ATTENDU QUE**, le 20 janvier 2022, le Tribunal a rendu une ordonnance expliquant que l'audience prévue le 17 janvier 2022 avait été annulée parce que M. Peretti avait informé le

1

Tribunal qu'il n'assisterait pas à l'audience en raison de problèmes de santé, *voir* ECF n° 379-1 ; et

**ATTENDU QUE**, dans la même ordonnance, le Tribunal a déclaré qu'il était prêt à reprogrammer l'audience pour les 2 et 6 mai 2022, si la présente Cour devait maintenir sa demande, et a invité la présente Cour à informer le Tribunal d'ici le 18 février 2022 des mesures supplémentaires à prendre, le cas échéant, en rapport avec la demande de la Cour, *voir id.* ;

**PAR CONSÉQUENT**, la présente Cour renouvelle sa demande que les parties soient autorisées à obtenir le témoignage pertinent de M. Peretti et demande respectueusement que le Tribunal prenne les mesures suivantes s'il détermine que ces mesures sont appropriées en vertu du droit suisse :

(1) procéder à l'exécution de la Commission rogatoire Peretti ; et

(2) ordonner à M. Peretti de témoigner sous serment lors d'une audience qui sera fixée les 2 et 6 mai 2022, ou dès que possible après cette date.

La Cour exprime sa reconnaissance pour l'assistance et la courtoisie du Tribunal dans cette cause.

AINSI ORDONNÉ.

Daté : ___7 février___, 2022
New York, New York

JESSE M. FURMAN
JUGE DE DISTRICT DES ÉTATS-UNIS

COPIE CERTIFIEE CONFORME
CETTE DATE 2/7/2022
DE _____
  ✓ ADJOINT

2



# Certificate of Accuracy

This is to certify that the attached translation, from __English__ to __French__, is an accurate translation of the document:

2022-02-07 Furman Order re Peretti dckt 385_0 (FR)_(US_171349959_1) DFR

I, __Veronica Pagenel Espaillat__, declare under penalty of perjury that I understand the __English__ language and the __French__ language and that, to the best of my knowledge and belief, the statements in the __French__ language in the attached translation have the same meanings as the __English__ statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the __8th__ day of __February__, 20__22__.

Notary Public

**Elyxedy Fernandez**
Notary Public, State of New York
Commission No.: 01FE6353937
Qualified in Bronx County
Commission Expires: 02/26/2025