UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD.,<br><br><br>Plaintiffs,<br><br>-against-<br><br>SOTHEBY'S and SOTHEBY'S, INC.,<br><br>Defendants. | Case No. 18-cv-09011 (JMF) |

**SOTHEBY'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**ARNOLD & PORTER KAYE SCHOLER LLP**

250 West 55th Street
New York, NY 10019-9710
T: 212.836.8000
F: 212.836.8689

*Attorneys for Defendants Sotheby's and Sotheby's, Inc.*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the accompanying Rule 56.1 Statement of Undisputed Material Facts, the accompanying declarations of Marcus A. Asner, Mari-Claudia Jiménez, Bettina Knötzl, Saverio Lembo, Charlotte A. Mallorie, Samuel Valette, and Benjamin C. Wolverton, and the exhibits attached thereto, Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's"), by and through their undersigned counsel, hereby move, pursuant to 56 of the Federal Rules of Civil Procedure and before the Honorable Jesse M. Furman in the United States District Court for the Southern District of New York, for an order granting to Defendants Sotheby's and Sotheby's, Inc. summary judgment on Plaintiffs' claims, and for such other and further relief as the Court may deem proper.

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall file any response in opposition to the motion by May 26, 2022, and Sotheby's shall file any reply in support of the motion by June 16, 2022.

Dated:    New York, New York
          April 28, 2022

                      ARNOLD & PORTER KAYE SCHOLER LLP

By:    */s/ Marcus A. Asner*
       Marcus A. Asner
       Sara L. Shudofsky
       Benjamin C. Wolverton
       Yiqing Shi
       Sahrula Kubie
       250 W. 55th Street
       New York, NY 10019-9710
       Tel: 212.836.8000
       Fax: 212.836.8689
       marcus.asner@arnoldporter.com
       sara.shudofsky@arnoldporter.com
       benjamin.wolverton@arnoldporter.com
       yiqing.shi@arnoldporter.com
       sahrula.kubie@arnoldporter.com

       *Attorneys for Defendants Sotheby's and
       Sotheby's, Inc.*