UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCENT DELIGHT INTERNATIONAL
LTD. and XITRANS FINANCE LTD.,

                                Plaintiffs,

               -against-

SOTHEBY'S and SOTHEBY'S, INC.,

                              Defendants.

Case No. 18-cv-09011 (JMF)

---

**DECLARATION OF MARCUS A. ASNER**

I, Marcus A. Asner, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP and counsel of record for Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's").

2.      I submit this declaration in support of Sotheby's Motion for Summary Judgment and in opposition to Plaintiffs' Partial Motion for Summary Judgment.

3.      Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Grégoire Billault held on June 15, 2021.

4.      Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Yuri Bogdanov held on July 22, 2021.

5.      Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Samuel Valette held on July 28, 2021.

6.      Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Ekaterina Sartori Rybolovleva held on July 29, 2021.

7. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Mikhail Sazonov held on August 5, 2021.

8. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Defendants' corporate witness under Rule 30(b)(6) of Federal Rules of Civil Procedure, Mari-Claudia Jiménez, held on August 11, 2021.

9. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of William F. Ruprecht held on August 12, 2021.

10. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of Jane Levine held on August 21, 2021.

11. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' corporate witness under Rule 30(b)(6) of Federal Rules of Civil Procedure, Yuri Bogdanov, held on August 30 and 31, 2021.

12. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of Dmitry Rybolovlev held on January 21 and January 24, 2022.

13. Attached hereto as Exhibit 11 is a true and correct copy of the August 21, 2015 decision of the Court of Appeal of the Republic of Singapore in *Bouvier v. Accent Delight Int'l Ltd.*, [2015] SGCA 45.

14. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' counsel's October 8, 2021 communication to Defendants' counsel responding to Defendants' requests for information following the deposition of Plaintiffs' corporate witness under Rule 30(b)(6) of Federal Rules of Civil Procedure.

15.  Attached hereto as Exhibit 13 is a true and correct copy of a January 13, 2016 consignment agreement, as produced by Plaintiffs, between Accent Delight International Ltd. and The Heller Group LLC in relation to Magritte's *Le domaine d'Arnheim*.

16.  Attached hereto as Exhibit 14 is a true and correct copy of a document showing fees paid to Yves Bouvier from Plaintiffs in the amount of $875,969 in relation to Picasso's *Les Noces de Pierrette*, as produced by Plaintiffs.

17.  True and correct copies of invoices, as produced by Plaintiffs, are attached as follows:

a)  The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Picasso's *Homme assis au verre* is attached as Exhibit 15.

b)  The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Maillol's *La Méditerranée* is attached as Exhibit 16.

c)  The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Rodin's *Le Baiser* is attached as Exhibit 17.

d)  The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Matisse's *Nu au châle vert* is attached as Exhibit 18.

e)  The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Rodin's *L'Eternel Printemps* is attached as Exhibit 19.

f)  The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Giacometti's *Femme de Venise IX* is attached as Exhibit 20.

g)  The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Magritte's *Domaine d'Arnheim* is attached as Exhibit 21.

h) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Modigliani's *Nu Couché au Coussin Bleu* is attached as Exhibit 22.

i) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Rodin's *Eve* is attached as Exhibit 23.

j) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Klimt's *Wasserschlangen II*, with highlighting in the original, is attached as Exhibit 24.

k) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Modigliani's *Tête* is attached as Exhibit 25.

l) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Toulouse-Lautrec's *In Bed—The Kiss* is attached as Exhibit 73.

m) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Leonardo's *Christ as Salvator Mundi* is attached as Exhibit 26.

n) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Gauguin's *Otahi Seule* is attached as Exhibit 27.

o) The invoice from Mei Invest Ltd. to Accent Delight International Ltd. for the purchase of Rothko's *No. 6* is attached as Exhibit 28.

18. Attached hereto as Exhibit 29 is a true and correct copy of an April 15, 2011 bank statement, as produced by Plaintiffs.

19. Attached hereto as Exhibit 30 is a true and correct copy of a 2002 communication from Bouvier to the Wildenstein Gallery, as produced by Plaintiffs.

20.     Attached hereto as Exhibit 31 is a true and correct copy of a September 29, 2004 communication from Bouvier (on behalf of The Eagle Overseas Co. Ltd.) to Tsutomu Takashima (on behalf of Acquavella Gallery), as produced by Plaintiffs.

21.     Email communications between Bouvier, Plaintiffs' representatives, and various third parties, as produced by Plaintiffs, are attached as follows:

a) A June 12, 2003 email from Bouvier to Sazonov is attached as Exhibit 32.

b) An April 4, 2006 email thread between Sazonov, Bouvier, Delphine Zarb, and Andreas Roetheli is attached as Exhibit 33.

c) An October 4, 2006 email from Bouvier to Sazonov is attached as Exhibit 34.

d) An October 9, 2006 email from Bouvier to Sazonov is attached as Exhibit 35.

e) A March 26, 2011 email from Bouvier to Sazonov and its attachment are attached as Exhibit 36.

f) A December 17, 2011 email from Bouvier to Sazonov is attached as Exhibit 37.

g) A December 17, 2011 email from Bouvier to Sazonov is attached as Exhibit 38.

h) A December 22, 2011 email from Bouvier to Sazonov and its attachment are attached as Exhibit 39.

i) A March 16, 2012 email from Bouvier to Sazonov is attached as Exhibit 40.

j) An April 5, 2012 email thread between Sazonov and Bouvier is attached as Exhibit 41.

k) A July 25, 2012 email thread between Sazonov and Bouvier is attached as Exhibit 42.

l)  An August 25, 2012 email from Bouvier to Ekaterina Rybolovleva and its attachment are attached as Exhibit 43.

m) A December 4, 2012 email thread between Sazonov and Bouvier is attached as Exhibit 44.

n)  A February 11, 2013 email thread between Sazonov and Bouvier is attached as Exhibit 45.

o)  A February 21, 2013 email thread between Sazonov and Bouvier is attached as Exhibit 46.

p)  A March 6, 2013 email thread between Sazonov and Bouvier is attached as Exhibit 47.

q)  A March 10, 2013 email from Sazonov to Seth Harrison is attached as Exhibit 48.

r)  A March 11, 2013 email thread between Sazonov, Florent Giacobino, and Bouvier is attached as Exhibit 49.

s)  A March 25, 2013 email from Sazonov to Olga Khorobrykh (Rybolovlev's assistant) and its attachment are attached as Exhibit 50.

t)  A March 26, 2013 email thread between Khorobrykh, Joachim Pissarro, and Bouvier is attached as Exhibit 51.

u)  An April 2, 2013 email thread between Sazonov and Bouvier is attached as Exhibit 52.

v)  An April 4, 2013 email from Bouvier to Sazonov and its attachment are attached as Exhibit 53.

w) A May 8, 2013 email thread between Sazonov and Bouvier is attached as Exhibit 54.

x) A May 8, 2013 email from Bouvier to Sazonov is attached as Exhibit 55.

y) A July 3, 2013 email thread between Sazonov and Bouvier is attached as Exhibit 56.

z) An August 12, 2013 email from Bouvier to Sazonov is attached as Exhibit 57.

aa) A September 24, 2013 email from Bouvier to Sazonov is attached as Exhibit 58.

bb) A February 10, 2014 email thread between Sazonov and Bouvier is attached as Exhibit 59.

cc) An April 9, 2014 email thread between Khorobrykh, Cédric Pacreau (Bouvier's assistant), Bouvier, and Giles Cope and its attachment are attached as Exhibit 60.

dd) An April 10, 2014 email from Bouvier to Tetiana Bersheda and Sazonov is attached as Exhibit 61.

ee) An April 30, 2013 email thread from Sazonov to Bouvier is attached as Exhibit 62.

ff) A May 14, 2014 email thread between Sazonov and Bouvier is attached as Exhibit 63.

gg) A May 29, 2014 email thread from Khorobrykh to Pacreau and Bouvier is attached as Exhibit 64.

hh) A November 19, 2014 email thread from Khorobrykh to Pacreau and Bouvier is attached as Exhibit 65.

    ii)  A December 12, 2014 email from Florent Giacobino to Yuri Bogdanov and Alexey Yakovlev and its attachments are attached as Exhibit 66.

    jj)  A January 19, 2015 email from Bouvier to Sazonov is attached as Exhibit 67.

22.    Attached hereto as Exhibit 68 is a December 20, 2011 email from Joachim Pissarro to Lionel Pissarro, as produced by Plaintiffs.

23.    Attached hereto as Exhibit 69 is a sales agreement between the seller and Giraud Pissarro Segalot, L.P. for the sale of Modigliani's *Nu Couché au Coussin Bleu*.

24.    True and correct copies of correspondences among the counsel for Plaintiffs, Defendants, and Bouvier, of which negotiations I was involved and have personal knowledge, are attached as follows:

    a)  A July 17, 2015 communication from Ashurst LLP to Herbert Smith Freehills LLP is attached as Exhibit 70.

    b)  An October 9, 2015 communication from Ashurst LLP to Allen & Gledhill LLP, Soffer Avocats, and Herbert Smith Freehills LLP is attached as Exhibit 71.

    c)  A December 31, 2015 communication from Herbert Smith Freehills LLP to Stephenson Harwood LLP is attached as Exhibit 72.

I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed at New York, New York, on the 28th day of April, 2022.

*/s/ Marcus A. Asner*
Marcus A. Asner