# ASNER EXHIBIT 13

The Heller Group LLC
745 Fifth Avenue
New York, New York 10151

January 13, 2016

ACCENT DELIGHT INTERNATIONAL LTD.
Jipfa Building, 3rd Floor
142, Main Street, Road Town
Tortola, BVI

Dear Sirs,

Thank you for consigning the work of art more fully described on Schedule A attached hereto (the "Work") to The Heller Group LLC (the "Heller Group") for sale on your behalf. This letter agreement ("Agreement") provides the terms and conditions under which you agree to sell the Work.

You hereby authorize the Heller Group from January 13, 2016 through April 13, 2016, to act as your agent and grant us full right and legal authority to complete the sale of the Work to a potential buyer for a sales price which shall result in you receiving the Purchase Price listed on Schedule A, or such greater or lesser amount as you may agree to accept for the Work (the "Payment"); provided, however, that you receive the Payment as soon as possible following the Heller Group's receipt of funds. You

You are aware that the Heller Group may work with other art dealers to sell the Work and that such art dealers may receive a commission from the sales proceeds they receive from the buyer. The amount of such commission may not be disclosed to the Heller Group. We will endeavor to include a requirement in any consignment agreement between the Heller Group and such other art dealers that such art dealers will not receive a commission in excess of 10% of the sales price on the sale of the Work. If the Heller Group becomes aware of any commission amount received by any other art dealers on the sale of the Work, we shall inform you of the amounts.

You hereby represent and warrant to the Heller Group and to the buyer of the Work and any art dealers involved in obtaining such buyer ("Buyer"), as of the date hereof and the date that title to the Work is transferred to the Buyer, that:

a.      You are the sole and legal owner of the Work. You are able to transfer good and marketable title to the Work, the Work is and will be at the time of transfer of title free and clear of any and all liens, claims, mortgages, security interests or other encumbrances of any kind whatsoever held by any person or entity (collectively, "Claims"), and you do not have any knowledge of any Claims threatened or pending or any knowledge of any facts or circumstances likely to give rise to any Claims;

b.      The Work is authentic, that is the Work was created by the artist listed on Schedule A;

c.      The Work has been lawfully exported and imported as required by the laws of any country in which it was located or transported to; required declarations upon the exports and imports of the Work have been properly made and any duties and taxes on the exports and imports of the Work have been paid;

d.      The Work has not been used and the sale proceeds will not be used to violate the banking, anti-money laundering or currency transfer laws or regulations of the United States or any other country, or for any unlawful purpose, and you do not know, and have no reason to suspect, that the Work is connected with, the proceeds of criminal activity;

Confidential

P0029743

e.     You have provided the Heller Group with all information in your possession or of which you are aware without inquiry, concerning the attribution, authenticity, description, condition and provenance of the Work, including information regarding any alterations, repairs or restorations to the Work, and will retain such information for a period of not less than five (5) years; and

f.     You will tell the Heller Group as soon as you become aware or have reason to suspect that any of your warranties above are, or may become untrue.

You hereby authorize the Heller Group to make the above representations and warranties on your behalf to the Buyer.

You hereby agree to indemnify, defend and hold the Buyer, any dealer with whom the Heller Group works in connection with the sale of the Work, and the Heller Group free and harmless from any and all demands, claims, suits, judgments, obligations, damages, losses or other liability, including reasonable attorney or other professional fees and other costs, fees and expenses, suffered or incurred by, or asserted or alleged against the Buyer or the Heller Group arising by reason of, related to or in connection with, your breach or alleged breach of this Agreement or the falsity or inaccuracy of any of the representations or warranties contained in this Agreement or which you hereby authorized the Heller Group to make on your behalf, or any act or omission by you, your representatives or agents regarding the offering for sale of the Work. Such indemnification shall survive the termination of the Agreement and transfer of the Work to the Buyer. If the Buyer at any time alleges in good faith a breach of any representation or warranty contained herein, then the Heller Group shall furnish the Buyer with a copy of this Agreement (without deletion other than the payment and commission amounts).

Notwithstanding any applicable statute of limitations period, you guarantee to the Heller Group and Buyer that the Work is by the artist listed in Schedule A for a period of five (5) years from the date that title to the Work is transferred to Buyer (the "Guarantee" and, such period, the "Guarantee Period"). The Guarantee is not assignable and is only applicable to the Heller Group and Buyer and not to any subsequent buyers or persons or entities who acquire an interest in the Work. In the event that the Buyer determines during the Guarantee Period that any work is not by the artist listed in Schedule A, you authorize the Heller Group to rescind the sale and return to the Buyer the sale proceeds on your behalf. In such event, upon ten (10) days' notice, you will wire transfer the payment to the Heller Group.

During the term of this Agreement and after the closing of title, neither party hereto will disclose the existence of this Agreement, the identity of the parties hereto, the Payment, or any other term of this Agreement or any other agreement related to the sale of the Work, or the nature of the transaction contemplated hereby, to any third party without the other's written consent, except that the Heller Group may provide any information necessary to other art dealers, and potential buyers and their agents and representatives insofar as the Heller Group deems necessary to carry out the terms of this Agreement, or as may be required by law. The terms of this Paragraph shall survive the closing of title or termination of this Agreement for any reason.

This Agreement represents the entire understanding of all the parties hereto, supersedes any and all other and prior agreements between the parties with regard to the Work and declares all such prior agreements between the parties null and void. The terms of this Agreement may not be modified or amended, except in a writing signed by both parties hereto. This Agreement and all matters relating to it shall be construed under and governed by the laws of the State of New York (without regard to its conflict of laws rules). Should any dispute arise as to the performance of any party under this Agreement or as to the interpretation of any of its terms, each party agrees that if such dispute cannot be informally resolved, in lieu of submitting the matter to formal judicial resolution, the parties shall submit the dispute to be resolved by arbitration pursuant to the JAMS Comprehensive Arbitration Rules and Procedures (the "Rules"). Such arbitration is to take place in New York and the parties hereto will make no effort to transfer venue including because of inconvenience. Each party agrees that the result of any arbitration taking place pursuant to this provision shall be final and binding on each other party. Judgments upon any award and/or decision of such arbitration may be entered in any court having jurisdiction thereof. The parties shall mutually agree upon the arbitrator, who shall have experience in the art industry; provided,

2



Confidential

however, if an arbitrator has not been selected within forty-five (45) days, either party may invoke the arbitrator selection process under the Rules.

If you are in agreement with the foregoing, please sign and deliver this Agreement back to us.

Sincerely,

The Heller Group LLC

By: Sandy Heller

Its:

Acknowledged and Agreed:

Accent Delight International Ltd.

By: for and on behalf of MCRS Ltd.

Its: Director

3

Confidential

**SCHEDULE A**

1)  Artist:              Rene Magritte

    Title:              *Le domaine d'Arnheim*

    Medium:             Oil on canvas

    Size:               28.74 x 39.37 inches (73 x 100 cm)

    Date:               1938

    Purchase Price:     $10,000,000

4

P0029746