# ASNER EXHIBIT 24



ACCENT DELIGHT INTERNATIONAL LTD
Jipfa Building
Road Town
Tortola -British Virgin Islands

13 September 2012

## INVOICE NO. 12MEI.006

**GUSTAV KLIMT (1862 – 1918)**                     **USD    183,800,000.00**
"Wasserschlangen II"
"Water Serpents II"
1904 – 1906/7
Oil on canvas
Signature: lower right corner
Frame: Gilded cornices
Dim.: 80 x 140 cm / horizontal format

(one hundred eighty-three million eight hundred thousand U.S. dollars)

**Catalogue raisonné**
Fritz Novotny and Johannes Dobai, *"Gustav Klimt," New York 1967, no. 140.*

**Payment details:**
-    15% deposit upon receipt = USD 27,570,000.00
-    85% at 30 days = USD 156,230,000.00

*If the Austrian permanent export authorization is not issued by 31 December 2012, the sale will be cancelled and all funds received will immediately be returned to the sender.*

Please use at the time of payment:
CBH – **C**ompagnie **B**ancaire **H**elvétique
Boulevard Jacques-Dalcroze No. 7
1204 Geneva
Swift code: ▮▮▮▮▮▮▮
IBAN: ▮▮▮▮▮▮▮▮▮▮▮▮
Beneficiary: MEI INVEST LIMITED

3/F., Jonsim Place - 228 Queen's Road East
Wanchai, Hong Kong
Tel. (00852) 938 700 77
Fax (00852) 938 700 99

Confidential                                        P0003454