# ASNER EXHIBIT 28



ACCENT DELIGHT INTERNATIONAL LTD
Jipfa Building
Road Town
Tortola
BRITISH VIRGIN ISLANDS

8 September 2014

### Invoice No. 14MEI.005

| | | | |
|---|---|---|---|
| **Mark ROTHKO (1903-1970)** | | EUR | 140,000,000.00 |

No. 6 "Violet, green and red"
1951
Oil on canvas
Dim: 230 x 137 cm.
Signed and dated "Mark Rothko 1951" (on reverse)

(One hundred forty million euros)

| | | | |
|---|---|---|---|
| Trade-in of the "HEAD" in stone of MODIGLIANI | ./. | EUR | 60,000,000.00 |

**Terms of Payment (balance EUR 80,000,000.00)**
Payment EUR   20,000,000.00 19 September 2014
Payment EUR   10,000,000.00   1 October 2014
Payment EUR   50,000,000.00 31 December 2014

Kindly make payment to:
Bank: Compagnie Bancaire Helvétique - GENEVA
SWIFT:
IBAN:
Beneficiary: MEI INVEST LIMITED

3/F., Jonsim Place - 228 Queen's Road East
Wanchai, Hong Kong
Tel. (00852) 938 700 77
Fax (00852) 938 700 99

Confidential Treatment Requested                                    XA000164

Confidential                                                          P0002797