# ASNER EXHIBIT 42

| | |
|---|---|
| **From:** | Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV] |
| **Sent:** | Wednesday, July 25, 2012 1:54:45 PM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | RE: Tête de Modigliani |

J'ai traduit ton mail à DR. :-)

-----Original Message-----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Wednesday, July 25, 2012 5:16 PM
To: Mikhail Sazonov
Subject: Tête de Modigliani

Bonjour Mike,

Pour faire suite à la visite d'hier, j'espère que Dimitri a quand même un peu vibré et pas uniquement à cause du prix!

Je te remercie par avance de lui communiquer mes remarques suivantes:

Dans le cadre de cette sculpture, elle m'hypnotise de même que, Tania, Olivier, Restellini, le Conservateur, ....

Pour ma part cette oeuvre exposée captera plus mon attention que Rodin ou Giaco.
Par exemple en présence de tableaux sur les murs je suis certain qu'elle restera la plus présente contrairement aux autres sculptures.
Voir la photo du Salon d'automne.

Cette oeuvre me parle fortement, contrairement à toi, ce que je respecte et heureusement que nous n'avons pas toujours tous le même avis.

Je suis convaincu que cette pièce est de première importance.

Quand au prix demandé, certes c'est un gros montant. Comme tu as pu le constater, j'avais de la peine à l'annoncer.
La seule comparaison est la pièce (non comparable) qui a été vendue 43 E environ 55 Usd en 2010.

C'est très difficile d'estimer le prix, pour ma part je suis convaincu que cela est aussi important qu'un Nu.

Par exemple les 1 tirage en bronze des 4 dos de Matisse (alors que c'est un tirage en bronze de 10 exemplaires) a été vendu 148 Usd en 2012, et Matisse est surtout un peintre!

Maintenant qu'il n'y a pas d'intérêt de la part de Dimitri et afin de mieux estimer le prix et me réconforter dans mon appréciation, j'ai demandé en toute confidentialité à Sotheby's une estimation (sans engagement) voir mail annexé.

Je voulais quand même me rassurer, tu constateras que les estimations de M Samuel Valette
(Senior Director, Senior International Specialist
Impressionist & Modern Art) sont similaires 80 à 100 en Euro soit entre 100 et 125 Usd

Je vais faire cette même analyse avec Christies pour voir si leur expert vibre aussi fort.

A disposition pour en discuter en cas de besoin.

Bien amicalement

Yves


----- Message d'origine -----
De : Valette, Samuel <samuel.valette@sothebys.com>
À : Yves Bouvier (NLC)
Envoyé : Wed Jul 25 15:18:26 2012
Objet : Tete de Modigliani (Ceroni XXII)

Cher Yves,

Je trouve cette piece absolument extraordinaire. C'est a coup sur la plus belle sculpture de l'artiste en mains privees et je ne lui connais

Confidential                                                                          P0014881

aucune piece superieure en collection publique. Les proportions sont parfaites. C'est la plus grande des Tetes que Modigliani a executee. Le fait qu'il l'ait placee sur le plus haut piedestal lors du Salon d'Automne de 1912 est egalement un magnifique temoignage de l'importance que l'artiste lui meme lui accordait.

Cette sculpture reunit tout les criteres chers aux collectionneurs les plus pointus: un sujet iconique, une provenance parfaite et documentee, un etat de conservation excellent, une tres grande rarete.

Cette sculpture fait partie d'un cercle tres restrait de chef-d'oeuvres de la sculpture moderne, au meme titre que l'homme qui marche de Giacometti ou les dos de Matisse, par exemple. Pour memoire, L'homme qui marche, d'une edition de 6, avait realise 103 millions de dollars en 2010. Les dos de Matisse, d'une edition de 10, ont ete vendus dans le cadre d'une vente privee autour de 150 millions de dollars en 2011. Contrairement a ces pieces, la Tete est une sculpture unique, taillee a meme la pierre par Modigliani. Il est extremement difficile de mettre un prix sur un tel chef-d'oeuvre. En prenant en compte la rarefaction d'oeuvres de ce calibre disponible sur le marche (voir le prix de 43 millions d'euros obtenus en 2010 pour une piece inferieure), l'impossibilite de trouver une oeuvre superieure de Modigliani, et la tres forte demande actuelle pour les plus grands chef-d'oeuvres de la sculpture moderne, c'est une piece dont la valeur devrait se situer entre 80 et 100 millions d'euros.

Je serais ravi d'en discuter plus en avant le moment venu.

Tres amicalement,

Samuel

Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147

*********************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the postmaster at postmaster@sothebys.com.


www.sothebys.com
*********************************************************************

Confidential

| From: | Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV] |
|---|---|
| Sent: | Wednesday, July 25, 2012 1:54:45 PM |
| To: | Yves Bouvier (NLC) |

Subject: RE: Head of Modigliani

I translated your email to DR ☺

-----

-----Original Message-----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Wednesday, July 25, 2012 5:16 PM
To: Mikhail Sazonov
Subject: RE: Head of Modigliani

Hi Mike,

To follow up on yesterday's visit, I hope Dimitri still got a little excited and not just because of the price!

I would like to thank in advance for communicating my following remarks:

As part of this sculpture, she hypnotizes me as well as, Tania, Olivier, Restellini, the Curator, ...

For my part, this work on display will capture my attention more than Rodin or Giaco.
For example in the presence of paintings on the walls I am sure that it will remain the most present unlike the other sculptures.
See the photo of the Salon d'Automne.

This work speaks strongly to me, unlike you, which I respect and luckily we do not always have the same opinion.

I am convinced that this piece is of prime importance.

As for the asking price, it is certainly a large amount. As you can see, I had a hard time announcing it.
The only comparison is the piece (not comparable) which sold for 43 E around 55 Usd in 2010.

It's very difficult to estimate the price, for my part I am convinced that it is as important as a Nude.

For example the 1 bronze print of the 4 backs of Matisse (although it is a bronze print of 10 copies) was sold 148 Usd in 2012, and Matisse is mostly a painter!

Now that there is no interest from Dimitri and in order to better estimate the price, I have confidentially asked Sotheby's for an estimate (without obligation) see attached email.

I still wanted to be reassured, you will note that the estimates of Mr. Samuel Valette are similar 80 to 100 in Euro or between 100 and 125 Usd.

I'm going to do this same analysis with Christies to see if their expert is estimating as hard.

Available to discuss if needed.

Sincerely,

Yves

---- Original Message ------
From: Valette, Samuel
To: Yves Bouvier (NLC)
Sent: Wed Jul 25 15:18:26 2012
Subject: Head of Modigliani (Ceroni XXII)

Dear Yves,

I find this piece absolutely extraordinary. It is definitely the most beautiful sculpture of the artist in private collection and I do not know

P0014881

any superior piece in public collection. The proportions are perfect. This is the largest of the Heads that Modigliani has executed. The fact that he placed it on the highest pedestal at the Salon d'Automne in 1912 is also a magnificent testimony to the importance the artist himself placed on it.

This sculpture brings together all the criteria dear to the most specialized collectors: an iconic subject, a perfect and documented provenance, an excellent state of conservation, a very great rarity.

This sculpture is part of a very old circle of masterpieces of modern sculpture, just like the walking man by Giacometti or the backs of Matisse, for example. For the record, The Walking Man, of an edition of 6, had made 103 million dollars in 2010. The backs of Matisse, of an edition of 10, were sold as part of a private sale around 150 million in 2011. Unlike these pieces, the Head is a unique sculpture, carved from stone by Modigliani. It is extremely difficult to put a price on such a masterpiece. Taking into account the rarity of works of this caliber available on the market (see the price of 43 million euros obtained in 2010 for an inferior piece), the impossibility of finding a superior work of Modigliani, and the very strong current demand for the greatest masterpieces of modern sculpture, it is a piece whose value is expected to be between 80 and 100 million euros.

I would be happy to discuss this further before the time comes.

Warmly,
Samuel

Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147

*****************************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the postmaster at postmaster@sothebys.com.

www.sothebys.com
*****************************************************************************

P0014882



# Certificate of Accuracy

This is to certify that the attached translation, from French to English , is an accurate translation of the document: See Below

___

I, Ariane Arsenault Eiskowitz , declare under penalty of perjury that I understand the English language and the French language and that, to the best of my knowledge and belief, the statements in the English language in the attached translation have the same meanings as the French statements in the language in the original document, a copy of which I have examined.

Signature: _Ariane Eiskowitz_

This document was acknowledged before me on the 17th day of June , 20 21 .

___

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

Document Translated:
2012.10.8 Emails between Giacobino and Sazonov re urgent req for inventory of works from Bouvier (P0023896)
2013.4.26 Email from Rybalko fwd from Bechenit to Giacobino re reputation of Fine Arts Transports NLC for NDA (P0024421)
2013.8.29 Emails between Bechenit and Giacobino re selling Picasso (P0024791)
2014.1.10 Emails to Bechenit re NLC (P0024978) attachment 1
2014.1.10 Emails to Bechenit re NLC (P0024978) attachment 2
2014.1.10 Emails to Bechenit re NLC (P0024978)
2014.10.2 Emails to Bechenit re SMT (P0030831)
2015.1.27 Email from Giacobino to Condevaux re Bouvier expensive commission (P0025481)
2015.2.12 Emails between Sazonov and Giacobino fwd to Yakovlev re Bogdanov approval to engage Heller Group (P0016022)
2013.04.02 Email among (Rigmora) re fees for TL (P0015183 P0015184)
2007.06.16 Emails btwn Bouvier and Sazonov re payment for Chagall Grand Cirque (P0013981)
2009.08.19 Emails btwn Sazonov and Bouvier re viewing of TL Au lit le baiser (red) (P0014087)
2009.11.13 Emails btwn Sazonov and Bouvier re VG Paysage and TL Au Lit (P0014091)
2009.12.02 Emails btwn Sazonov and Bouvier re VG Paysage and TL Au Lit (P0014095)
2010.04.16 Emails between Sazonov and Bouvier re VG Paysage avec olivier and divorce (P0023024)
2010.06.17 Emails btwn Sazonov and Bouvier re nego TL Au lit sales price (P0014145)
2010.06.18 Emails btwn Sazonov and Bouvier re nego TL Au lit sales price (P0014148)
2010.06.28 Email from Sazonov to Giacobino re commission payment (P0014157)
2011.10.05 Emails btwn Sazonov and Bouvier re Giacometti Femme Venise price (P0014459)
2011.11.12 Emails btwn Sazonov and Bouvier re Magritte Domaine opinion (P0014480)
2011.11.23 Emails btwn Sazonov and Bouvier re Lalanne Moutons and ER's good choice (P0014517)
2012.07.25 Emails btwn Sazonov and Bouvier re Modigliani Tete Sotheby's est value (P0014881)
2012.08.27 Emails btwn Sazonov and Bouvier re Bouvier opinion to ER on Klimt Wasserschlangen (P0014885)
2012.09.03 Emails btwn Sazonov and Bouvier re opinion of Klimt Wasserschlangen (P0014893)
2012.09.09 Emails btwn Sazonov and Bouvier re sale price of Klimt Wasserschlangen (P0014901)
2012.12.05 Emails btwn Sazonov and Bouvier re Sotheby's valuation Modigliani Tete (P0014952)
2012.12.11 Emails btwn Sazonov and Bouvier re Bouvier investment in Modi Tet (P0014958)
2012.12.17 Emails btwn Sazonov and Bouvier re sales negos for Modi Tete (P0014963)
2012.12.19 Emails btwn Sazonov and Bouvier re sales price for Modi Tete plus Degas (P0014966)
2013.01.03 Emails btwn Sazonov and Bouvier re sales negos re Modi Tete (P0014970)
2013.02.18 Emails between Sazonov and Bouvier re construction contract (P0030592)
2013.07.09 Emails between Giacobino and Sazonov re moving works (P0015377)

QUALITY TRANSLATIONS

