# ASNER EXHIBIT 43

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) <yb@falnlc.sg> |
| **Sent:** | Saturday, August 25, 2012 9:44 AM |
| **To:** | |
| **Subject:** | En primeur! |
| **Attach:** | Wasserschlangen image_and_details indd.pdf; Untitled attachment 00063.txt; Untitled attachment 00066.htm; Wasserschlangen image_and_details indd.pdf |

Bonjour Katia
Si tu arrives à montrer en grand écran ou à imprimer ce chef d'oeuvre de Klimt très grand 80 cm x 140 cm. A mon avis le plus beau en mains privées.
Le fil conducteur avec les petites boules sont à la feuille d'or (pas visible sur les photos).
C'est hyper confidentiel car le propriétaire actuel traite avec les héritiers qui ont été spoliés.
Il sera visible en Autriche le lundi 3 septembre, au cas ou ton père et toi êtes intéressés j'organise une visite.
Bon we
Yves

---

**De** : Yves Bouvier (NLC)
**À** : Yves Bouvier (NLC)
**Envoyé** : Sat Aug 25 15:44:21 2012
**Objet** : FW: Image et details

Confidential



Confidential



Confidential



P0030477



Confidential



Confidential

P0030479



Confidential



Confidential

P0030481

From: Yves Bouvier

To: ██████████████████

Sent: Saturday, August 25, 2012, 9:44 AM

Subject: First!

**Attach:** Wasserschlangen image_and_details indd.pdf; Untitled attachment 00063.txt; Untitled attachment 00066.htm; Wasserschlangen image_and_details indd.pdf

Hello Katia!

If you manage to show in large screen or to print this masterpiece of Klimt, very large 80 cm x 140 cm (31.496 inches x 55.118 inches). In my opinion the most beautiful in private hands.

The common thread with the small balls are made of gold leaf (not visible in the photos).

It is highly confidential for the current owner deals with the heirs who have been despoiled.

It will be visible in Austria on Monday September 3; in case your father and you are interested I organize a visit.

Have a good weekend

Yves

_____

From: Yves Bouvier (NCL)

To: Yves Bouvier (NCL)

Sent: Sat Aug 25 3:44:21 PM 2012

Subject: FW: Image and details

P0030474



# Certificate of Accuracy

This is to certify that the attached translation, from __French__ to __English__, is an accurate translation of the document:

**See Document Names Below**

I, _Patricia Nelson_, declare under penalty of perjury that I understand the __French__ language and the __English__ language and that, to the best of my knowledge and belief, the statements in the __English__ language in the attached translation have the same meanings as the __French__ statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the __26th__ day of __April__, 20 __22__.

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

**Documents Translated:**

| | | | |
|---|---|---|---|
| P0025417 | STH0000502 | STH0000724 | P0015256 |
| P0030474 | STH0000546 | STH0000725 | P0015258 |
| P0030723 | STH0000632 | STH0000727 | P0015389 |
| STH0000122 | STH0000682 | P0014535 | P0023439 |
| STH0000124 | STH0000692 | P0014537 | P0024659 |
| STH0000359 | STH0000713 | P0014589 | |
| STH0000466 | STH0000714 | P0015158 | |
| STH0000469 | | P0015187 | |