UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCENT DELIGHT INTERNATIONAL
LTD. and XITRANS FINANCE LTD.,

Plaintiffs,

-against-

SOTHEBY'S and SOTHEBY'S, INC.,

Defendants.

Case No. 18-cv-09011 (JMF)

## DECLARATION OF SAMUEL VALETTE

I, Samuel Valette, declare as follows:

1.      I have personal knowledge regarding the matters stated in this declaration.

2.      I am an employee of Sotheby's UK, where I currently serve as Senior Director and Vice Chairman of Private Sales Worldwide for the Impressionist and Modern Art Department.

3.      Between 2011 and 2015, I was employed by Sotheby's UK as a Senior Specialist in the Impressionist & Modern Art Department.  In 2014, in addition to being a Senior Specialist, I became Vice Chairman for Private Sales Worldwide for my Department.

4.      I was involved in the acquisitions by Blancaflor Investments Ltd. ("Blancaflor") of Picasso's *Homme Assis au Verre*, Rodin's *Le Baiser*, Maillol's *La Méditerranée*, Matisse's *Nu au Châle Vert*, Rodin's *L'Eternel Printemps*, Giacometti's *Femme de Venise IX*, Magritte's *Domaine d'Arnheim*, Rodin's *Eve*, Klimt's *Wasserschlangen II*, Modigliani's *Tête*, Toulouse-Lautrec's *Au Lit, Le Baiser* (the "Green *Au Lit, Le Baiser*"), and Leonardo's *Christ as Salvator Mundi*, as well as the auctions of Modigliani's *Tête* and Toulouse-Lautrec's *Au Lit, Le Baiser*



(the "Red *Au Lit, Le Baiser*") on Blancaflor's behalf.  I was also involved in the insurance valuations Sotheby's UK provided to Blancaflor for Modigliani's *Nu Couché au Coussin Bleu*, Gauguin's *Otahi Seule*, Matisse's *Nu au Châle Vert*, Klimt's *Wasserschlangen II*, and Leonardo's *Christ as Salvator Mundi*.

5.      True and correct copies of the private sale consignment agreements between Sotheby's entities and the owners/sellers are attached as follows:

a.      The consignment agreement for Picasso's *Homme Assis au Verre* is attached here as Exhibit 1.

b.      The consignment agreement for Rodin's *Le Baiser* is attached here as Exhibit 2.

c.      The consignment agreement for Maillol's *La Méditerranée* is attached here as Exhibit 3.

d.      The consignment agreement for *Nu au Châle Vert* is attached here as Exhibit 4.

e.      The consignment agreement for Rodin's *L'Eternel Printemps* is attached here as Exhibit 5.

f.      The consignment agreement for Giacometti's *Femme de Venise IX* is attached here as Exhibit 6.

g.      The consignment agreement for Magritte's *Domaine d'Arnheim* is attached here as Exhibit 7.

h.      The consignment agreement for Rodin's *Eve* is attached here as Exhibit 8.

i.      The consignment agreement for Modigliani's *Tête* is attached here as Exhibit 9.

2



j.    The consignment agreement for Klimt's *Wasserschlangen II* is attached here as Exhibit 10.

k.    The consignment agreement for Toulouse-Lautrec's Green *Au Lit, Le Baiser* is attached here as Exhibit 11.

l.    The consignment agreement for Leonardo's *Christ as Salvator Mundi* is attached here as Exhibit 12.

6.    True and correct copies of the sales agreements between Sotheby's entities and Yves Bouvier's company, Blancaflor, are attached as follows:

a.    The sales agreement for Picasso's *Homme Assis au Verre* is attached here as Exhibit 13.

b.    The sales agreement for Rodin's *Le Baiser* and Maillol's *La Méditerranée* is attached here as Exhibit 14.

c.    The sales agreement for *Nu au Châle Vert* is attached here as Exhibit 15.

d.    The sales agreement for Rodin's *L'Eternel Printemps* is attached here as Exhibit 16.

e.    The sales agreement for Giacometti's *Femme de Venise IX* is attached here as Exhibit 17.

f.    The sales agreement for Magritte's *Domaine d'Arnheim* is attached here as Exhibit 18.

g.    The sales agreement for Rodin's *Eve* is attached here as Exhibit 19.

h.    The sales agreement for Klimt's *Wasserschlangen II* is attached here as Exhibit 20.

i.    The sales agreement for Modigliani's *Tête* is attached here as Exhibit 21.

j.      The sales agreement for Toulouse-Lautrec's Green *Au Lit, Le Baiser* is attached here as Exhibit 22.

k.      The sales agreement for Leonardo's *Christ as Salvator Mundi* is attached here as Exhibit 23.

7.      True and correct copies of the auction consignment agreements between Sotheby's entities and Bouvier's company, Blancaflor, are attached as follows:

a.      The consignment agreement for Modigliani's *Tête* is attached here as Exhibit 24.

b.      The consignment agreement for Toulouse-Lautrec's Red *Au Lit, Le Baiser* is attached here as Exhibit 25.

8.      Attached as Exhibit 26 is a true and correct copy of an email I sent to Mr. Bouvier on April 8, 2011 regarding Picasso's *Homme Assis au Verre*.

9.      Attached as Exhibit 27 is a true and correct copy of an email I sent to Mr. Bouvier on April 14, 2011 regarding Rodin's *Le Baiser* and Maillol's *La Méditerranée*.

10.     Attached as Exhibit 28 is a true and correct copy of an email I sent to Jean-Marc Peretti on April 4, 2011 regarding Rodin's *Le Baiser*.

11.     Attached as Exhibit 29 is a true and correct copy of an email I sent to Mr. Bouvier on April 9, 2011 regarding Maillol's *La Méditerranée*.

12.     Attached as Exhibit 30 is a true and correct copy of an email my assistant sent to Mr. Bouvier on April 15, 2011 regarding Maillol's *La Méditerranée*.

13.     Attached as Exhibit 31 is a true and correct copy of an email my assistant sent to Mr. Bouvier on April 15, 2011 regarding Maillol's *La Méditerranée*.

14.     Attached as Exhibit 32 is a true and correct copy of an email my assistant sent to Mr. Bouvier on April 15, 2011 regarding Rodin's *Le Baiser*.

15.     Attached as Exhibit 33 is a true and correct copy of an email I sent to Mr. Bouvier on June 16, 2011 regarding Matisse's *Nu au Châle Vert*.

16.     Attached as Exhibit 34 is a true and correct copy of an email I sent to Mr. Bouvier on June 20, 2011 regarding Matisse's *Nu au Châle Vert*.

17.     Attached as Exhibit 35 is a true and correct copy of an email I received from a colleague on June 16, 2011 regarding Rodin's *L'Eternel Printemps*.

18.     Attached as Exhibit 36 is a true and correct copy of an email I sent to Mr. Bouvier on June 16, 2011 regarding Rodin's *L'Eternel Printemps*.

19.     Attached as Exhibit 37 is a true and correct copy of an email I sent to Mr. Bouvier on June 20, 2011 regarding Rodin's *L'Eternel Printemps*.

20.     Attached as Exhibit 38 is a true and correct copy of an email I sent to Mr. Bouvier on June 20, 2011 regarding Rodin's *L'Eternel Printemps*.

21.     Attached as Exhibit 39 is a true and correct copy of an email I sent to Mr. Bouvier on June 22, 2011 regarding Rodin's *L'Eternel Printemps*.

22.     Attached as Exhibit 40 is a true and correct copy of an email I sent to Mr. Bouvier on July 25, 2011 regarding Rodin's *L'Eternel Printemps*.

23.     Attached as Exhibit 41 is a true and correct copy of an email I sent to Mr. Peretti on September 12, 2011 regarding Giacometti's *Femme de Venise IX*.

24.     Attached as Exhibit 42 is a true and correct copy of an email I sent to Mr. Bouvier on October 3, 2011 regarding Giacometti's *Femme de Venise IX*.

25.     Attached as Exhibit 43 is a true and correct copy of an email I sent to Mr. Peretti on October 4, 2011 regarding Giacometti's *Femme de Venise IX*.

26.     Attached as Exhibit 44 is a true and correct copy of an email I sent to Dario Tabladini on October 4, 2011 regarding Giacometti's *Femme de Venise IX*.

27.     Attached as Exhibit 45 is a true and correct copy of an email I sent to Mr. Peretti on October 6, 2011 regarding Giacometti's *Femme de Venise IX*.

28.     Attached as Exhibit 46 is a true and correct copy of an email I sent to Mr. Peretti on October 6, 2011 regarding Giacometti's *Femme de Venise IX*.

29.     Attached as Exhibit 47 is a true and correct copy of an email I sent to Mr. Bouvier on October 14, 2011 regarding Giacometti's *Femme de Venise IX*.

30.     Attached as Exhibit 48 is a true and correct copy of an email I sent to Mr. Bouvier and Mr. Peretti on December 6, 2011 regarding Giacometti's *Femme de Venise IX*.

31.     Attached as Exhibit 49 is a true and correct copy of an email I sent to Mr. Bouvier on February 3, 2012 regarding Rodin's *Eve*.

32.     Attached as Exhibit 50 is a true and correct copy of an email I sent to Mr. Bouvier and Mr. Peretti on February 13, 2012 regarding Rodin's *Eve*.

33.     Attached as Exhibit 51 is a true and correct copy of an email I sent to Mr. Peretti on February 27, 2012 regarding Rodin's *Eve*.

34.     Attached as Exhibit 52 is a true and correct copy of an email I sent to Mr. Peretti on March 2, 2012 regarding Rodin's *Eve*.

35.     Attached as Exhibit 53 is a true and correct copy of an email I sent to Mr. Bouvier and Mr. Peretti on March 2, 2012 regarding Rodin's *Eve*.



36.     Attached as Exhibit 54 is a true and correct copy of an email I sent to Mr. Bouvier on July 16, 2013 regarding Klimt's *Wasserschlangen II*.

37.     Attached as Exhibit 55 is a true and correct copy of an email I sent to Mr. Bouvier on July 16, 2013 regarding Klimt's *Wasserschlangen II*.

38.     Attached as Exhibit 56 is a true and correct copy of an email I sent to Mr. Bouvier on July 24, 2013 regarding Klimt's *Wasserschlangen II*.

39.     Attached as Exhibit 57 is a true and correct copy of an email I sent to Mr. Bouvier and his assistants on July 25, 2013 regarding Klimt's *Wasserschlangen II*.

40.     Attached as Exhibit 58 is a true and correct copy of an email I sent to Mr. Peretti on September 24, 2013 regarding Klimt's *Wasserschlangen II*.

41.     Attached as Exhibit 59 is a true and correct copy of an email I sent to Mr. Peretti on September 24, 2013 regarding Klimt's *Wasserschlangen II*.

42.     Attached as Exhibit 60 is a true and correct copy of an email I received from a colleague on September 20, 2012, containing an email from the seller of Modigliani's *Tête*.

43.     Attached as Exhibit 61 is a true and correct copy of an email I sent to Mr. Peretti on December 11, 2012 regarding Lautrec's Green *Au Lit, Le Baiser*.

44.     Attached as Exhibit 62 is a true and correct copy of an email I sent to Mr. Bouvier on February 14, 2013 regarding Lautrec's Green *Au Lit, Le Baiser*.

45.     Attached as Exhibit 63 is a true and correct copy of an email I sent to Mr. Bouvier on February 14, 2013 regarding Lautrec's Green *Au Lit, Le Baiser*.

46.     Attached as Exhibit 64 is a true and correct copy of an email I sent to a colleague on March 18, 2013 regarding Leonardo's *Christ as Salvator Mundi*.



47.     Attached as Exhibit 65 is a true and correct copy of an email I sent to Mr. Bouvier on March 25, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

48.     Attached as Exhibit 66 is a true and correct copy of an email I sent to Mr. Bouvier on April 2, 2013 in connection with Leonardo's *Christ as Salvator Mundi*.

49.     Attached as Exhibit 67 is a true and correct copy of an email I sent to Mr. Bouvier on April 15, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

50.     Attached as Exhibit 68 is a true and correct copy of an email I sent to Mr. Bouvier on April 15, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

51.     Attached as Exhibit 69 is a true and correct copy of an email I sent to Mr. Bouvier on April 22, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

52.     Attached as Exhibit 70 are true and correct copies of insurance valuations that Sotheby's UK issued on October 24, 2014 for Modigliani's *Nu Couché au Coussin Bleu*, Gauguin's *Otahi Seule*, Matisse's *Nu au Châle Vert*, and Klimt's *Wasserschlangen II*.

53.     Attached as Exhibit 71 are true and correct copies of an insurance valuation that Sotheby's UK issued on January 28, 2015 for Leonardo's *Christ as Salvator Mundi*.

54.     Attached as Exhibit 72 is a true and correct copy of an email I sent to three colleagues on February 27, 2011 regarding a client of Mr. Peretti.

55.     Attached as Exhibit 73 is a true and correct copy of an email I sent to two colleagues on March 31, 2011 regarding Picasso's *Homme assis au verre*.

56.     Attached as Exhibit 74 is a true and correct copy of an email I received from a colleague on April 1, 2011 regarding Picasso's *Homme assis au verre*.

57.     Attached as Exhibit 75 is a true and correct copy of an email I sent to Mr. Bouvier on November 11, 2011 in connection with Magritte's *Domaine d'Arnheim*.

8

58.     Attached as Exhibit 76 is a true and correct copy of an email I sent to Mr. Bouvier on November 14, 2011 in connection with Magritte's *Domaine d'Arnheim*.

59.     Attached as Exhibit 77 is a true and correct copy of an email I received from Mr. Gregoire Billault, a Senior Specialist in Contemporary Art at the time, on December 7, 2012.

60.     Attached as Exhibit 78 is a true and correct copy of an email I sent to Mr. Bouvier on July 24, 2012 regarding Modigliani's *Tête*.

61.     Attached as Exhibit 79 is a true and correct copy of an email I sent to Mr. Bouvier on July 25, 2012 regarding Modigliani's *Tête*.

62.     In September 2011, to the best of my recollection, Mr. Bouvier expressed serious interest in purchasing Modigliani's *Tête* for $60 million, but the owners of the work were not ready to sell it.

63.     On March 22, 2013, at Mr. Bouvier's request, I brought Leonardo's *Christ as Salvator Mundi* to an apartment at 15 Central Park West.

64.     In October 2014, Mr. Bouvier requested insurance valuations for Modigliani's *Nu Couché au Coussin Bleu*, Gauguin's *Otahi Seule*, Matisse's *Nu au Châle Vert*, and Klimt's *Wasserschlangen II*.

65.     In January 2015, Mr. Bouvier requested an insurance valuation for Leonardo's *Christ as Salvator Mundi*.

66.     On February 16, 2015, Mr. Bouvier requested that a copy of Sotheby's UK's insurance valuation for Leonardo's *Christ as Salvator Mundi* be sent to Tetiana Bersheda.

67.     To the best of my recollection, I did not know at the time that Ms. Bersheda was affiliated with Mr. Rybolovlev or Plaintiffs.

9

68.     Before Mr. Rybolovlev's and Plaintiffs' claims against Mr. Bouvier were publicized in the press, I did not know the price Mr. Rybolovlev or Plaintiffs paid to acquire any artwork that Blancaflor had acquired in a transaction facilitated by Sotheby's.

69.     Before Mr. Rybolovlev and Plaintiffs' claims against Mr. Bouvier were publicized in the press, I did not know that, as alleged by Plaintiffs, Mr. Bouvier fabricated any negotiation or otherwise lied to Mr. Rybolovlev or Plaintiffs.

I hereby declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed at London, England on the 28th day of April, 2022.

_Samuel Valette_
_____
Samuel Valette

10