# VALETTE EXHIBIT 10

 **Sotheby's** EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN

T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

[REDACTED]

Dear [REDACTED]

**Gustav Klimt, Wasserschlangen II (Water Serpents II), 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

This letter agreement (the "Agreement") confirms the terms on which you grant to Sotheby's Kunstauktionen GesmbH ("Sotheby's"), the exclusive right to offer and sell the Property by private treaty acting in fulfilment of its legal duties as agent, for a period of nine (9) months from the date you sign this Agreement (the "Exclusivity Period"). You shall extend the above Exclusivity Period for an additional period of one (1) month if such an extension is suggested in good faith by Sotheby's prior to the expiry of the Exclusivity Period on the basis that, in Sotheby's opinion, the sale of the Property is close to completion.

1.    The sale price for the Property (the "Sale Price") shall be an amount which will result in a payment to you of not less than US$98,000,000 (ninety eight million US Dollars) (the "Net Price"). You have agreed to accept the Sale Price and the Net Price. The Sale Price payable by the buyer of the Property shall comprise the Net Price and Sotheby's commission and any applicable VAT or amount in lieu of VAT, such commission being calculated as set out in clause 2 below.

For the avoidance of doubt, the Net Price will be reduced by the amount of any compensation that you may agree to pay to the heirs of Jenny Steiner for the settlement of all their claims in respect of the Property.

Sotheby's will inform you on a fortnight basis of any material progress made on the negotiations regarding the sale of the Property and will forward to you any offers that may be received by Sotheby's for the Property.

Unless you instruct Sotheby's otherwise at any moment during the term of this Agreement, any communication by Sotheby's to you under this Agreement shall be made exclusively to your appointed advisor, Peter Weinhaeupl (the "Advisor").

2.    You agree that Sotheby's may retain for its own account as its commission from the buyer an amount up to 11% of the Sale Price plus applicable VAT or amount in lieu of VAT but in no event will you be entitled to receive less than the Net Price. You authorise Sotheby's to pay a fee to the Advisor and to reimburse him for legal costs (including any VAT applicable on such legal costs) incurred by him and agreed by Sotheby's in connection with this Agreement and the transactions contemplated hereunder, out of our own commission. You agree that Sotheby's shall pay the net sale proceeds to you within five (5) business days after Sotheby's receipt of cleared funds from the buyer and fulfilment of all other conditions of the sale, after deducting Sotheby's commission and any applicable VAT or amount in lieu of VAT thereon.

If a sale agreement is entered into between Sotheby's and the buyer of the Property, such sale agreement will provide that if payment in full in cleared funds for the Property is not received by Sotheby's from the buyer within the agreed deadline for payment, Sotheby's shall be entitled to terminate the sale agreement and that neither you, your Advisor, the Advisor's legal counsel or Sotheby's shall have any liability in connection with such termination. Sotheby's will not hold you liable in the event that the sale agreement is terminated as set out above. The sale agreement between Sotheby's and the buyer of the Property will also provide that neither title nor possession to the Property will pass to the buyer of the Property until the Sale Price has been received by Sotheby's in full in cleared funds and all other conditions as set out in such sale agreement have been fulfilled. If the buyer should become or be declared insolvent or if the payment of the Sale Price fails to be received by Sotheby's in full in cleared funds from the buyer of the Property within 150 days of the date on which the last payment from the buyer is due pursuant to the terms of the sale agreement

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIAL SUBJECT TO PROTECTIVE ORDER          DEFS0054375

# Sotheby's

EST.1744

5.  You hereby acknowledge that you are aware of the relative advantages of consigning property for sale by public auction and via private sale, and having taken those considerations into account, wish to sell the Property via private sale with Sotheby's as your exclusive sales agent pursuant to the terms of this Agreement. In addition, Sotheby's reserves the right to remunerate any employee of the organisation out of the commission it earns on this transaction.

6.  You and we agree that you and Sotheby's shall keep the terms of this Agreement strictly confidential and that neither you nor Sotheby's shall disclose the terms of this Agreement or the existence of this Agreement to any third party without the prior written consent of the other party, except that you and we may disclose the terms of this Agreement and its existence to (a) attorneys and accountants on a need-to-know basis, (b) any third party, in order to comply with applicable law or any legal requirement, (c) any other third party as a result of a valid legal process compelling the release, provided that prompt written notice of such service of process is given to the other party (unless such notice is prohibited) and such party is permitted, if it deems it appropriate, to obtain a protective order and, in the case of Sotheby's only, and (d) to employees of Sotheby's affiliated companies, on a need-to-know basis, as determined by Sotheby's. You and Sotheby's agree to ensure that any third parties referred to in this clause are bound by an obligation of confidentiality.

Please sign both copies of this Agreement where marked below and initial the Private Treaty Terms attached hereto, to confirm your agreement with its terms, and return one copy to Sotheby's.

For and on behalf of Sotheby's
Kunstauktionen GesmbH.

Date: 25. 7. 2012

**Acknowledged and Agreed:**

Date: 24.7 2012

CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIAL SUBJECT TO PROTECTIVE ORDER          DEFS0054376