# VALETTE EXHIBIT 20



34-35 NEW BOND STREET LONDON W1A 2AA

T +44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Amedeo Modigliani, *Tête*, stone, 73 cm, circa 1911-1912 (the "Property"), as described in Annex I**

This letter agreement (the "Agreement") confirms the terms under which the seller and Sotheby's in London ("Sotheby's") as the seller's agent, will sell the Property to you.

1.   You agree to pay to Sotheby's a purchase price of €31,500,000 (thirty one million five hundred thousand Euros) for the Property (inclusive of Sotheby's buyer's premium) (the "Purchase Price") in Euros, by wire transfer to the following account: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Account Name Sotheby's, within thirty working days of the date of signature by you of this Agreement.

2.  Title to the Property will pass and the Property will only be released to you upon receipt by Sotheby's of the Purchase Price in full as cleared funds.  Risk of loss or damage to the Property will pass to you, and you shall be responsible for care and insurance of the Property, upon its release to you or your agent.

3.  You agree that subject to the guarantee set out in the following paragraph, the Property will be sold "as is", with all faults and imperfections and errors of description.  Subject as above, neither the owner nor Sotheby's shall be responsible for errors of description or for the genuineness or authenticity of the Property nor does either make any representations or warranties with respect to the physical condition, size, quality, rarity, genuineness, authenticity, importance, provenance, exhibitions, literature or historical relevance of the Property, and no statement anywhere, whether oral or written, shall be deemed such a representation or warranty.

4.  Notwithstanding the generality of the preceding paragraph, in the event that Sotheby's determines that the Property is "*counterfeit*" (an imitation intended to deceive), as your sole remedy Sotheby's will rescind the sale and the owner will return the purchase price for the Property to you. This offer to rescind is only available on condition that you: (i) provide Sotheby's, within five (5) years from the date of this Agreement, written evidence raising doubts as to the authenticity or attribution of the Property; (ii) are able to transfer good title in the Property free from third party claims; and (iii) can return the item of Property to Sotheby's in the condition in which it was purchased.  This offer to rescind does not apply if, at the date of this Agreement, the Property description in this Agreement accords with generally accepted views of scholars and experts or indicates that there is a divergence of such views, or if the only method of establishing that the Property is "*counterfeit*" relies on a process which is either not in general use at the date of this Agreement or likely in Sotheby's opinion to risk damage to the Property. This offer to rescind is only made to you personally and may not be transferred or assigned in any way by you.

5.  You and we agree that you and we shall keep the terms of this Agreement strictly confidential and that neither you nor we shall divulge the terms of this Agreement or the existence of this Agreement to any third party without the prior written consent of the other party, other than where required to be disclosed pursuant to any relevant law or regulation, or by order of a Court or a regulatory body of competent jurisdiction.

6.  **This Agreement shall be governed by and construed and enforced in accordance with English law.  In the event of a dispute hereunder, you agree to submit to the jurisdiction of the English courts in favour of Sotheby's.**  This Agreement shall be binding upon your heirs, executors, beneficiaries, successors and assigns but you may not assign this Agreement without Sotheby's prior written consent. This Agreement represents the entire agreement between you and Sotheby's concerning the sale of the Property and neither party may amend or

SOTHEBY'S: REGISTERED IN ENGLAND AND WALES

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016          STH 0000031

# Sotheby's EST.1744

supplement any provision other than in writing signed by each party.

7.   In order to fulfil the services you have requested, Sotheby's may disclose information to third parties (e.g. shippers).  Some countries do not offer equivalent legal protection of personal information to that offered within the EU.  It is Sotheby's policy to require that any such third parties respect the privacy and confidentiality of our clients' information and provide the same level of protection for clients' information as provided within the EU, whether or not they are located in a country that offers equivalent legal protection of personal information.  By signing this Agreement, you agree to such disclosure.  Clients can prevent the use of their personal information for marketing purposes by ticking this box or by contacting us at +44 (0)20 7293 6667.    ☐

Please would you sign both originals of this Agreement where marked below, to confirm your agreement with its terms and return one copy to Sotheby's.

_____
For and on behalf of Sotheby's

Date: _____

**Acknowledged and agreed:**

Signed: _____

Name: _____
Duly authorised for and on behalf of Blancaflor Investments Ltd.

Date: ___25 septembre 2012___

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016        STH 0000032

# Sotheby's EST.1744

<u>**ANNEX I**</u>

AMEDEO MODIGLIANI
TÊTE
stone
73cm., 28 3/4in.



Executed circa 1911-1912.

**Provenance**
Studio of the artist, Paris
Augustus John, London (acquired from the above in 1912)
Arthur Tooth & Sons, London (acquired from the above)
Hanover Gallery, London (acquired from the above)
Acquired from the above by the family of the present owner in 1956.

**Exhibited**
Paris, Grand Palais, *Salon d'Automne, 10e Exposition*, 1912
Berne, *Modigliani, Campigli, Sironi*, Kunsthalle Berne, 1955, no. 98

**Literature**
Dorila, 'Le Salon d'Automne', in *La Vie Parisienne*, no. 40, 5th October 1912, p. 713, illustrated
'Au Salon d'Automne', in *L'Illustration*, no. 3633, 12th October 1912, p. 268, illustrated
Jeanne Modigliani, *Man and Myth*, London, 1959, illustrated pl. 68
Alfred Werner, *Modigliani sculpteur*, Geneva, 1962, no. 2, illustrated pp. 2-4
Ambrogio Ceroni, *Amedeo Modigliani, dessins et sculptures*, Milan, 1965, p. 26, no. XXII, illustrated pls. 92-93
Joseph Lanthemann, *Modigliani, catalogue raisonné. Sa vie, son oeuvre complet, son art*, Barcelona, 1970, p. 143, no. 635, illustrated p.317 (titled *Tête de femme*)
Ambrogio Ceroni, *I dipiniti di Modigliani*, 1970, Milan, no. XXII, illustrated p. 109
*Modigliani. Gli anni della scultura* (exhibition catalogue), Livorno, Museo Progressivo d'Arte Contemporanea, 1984, no. 22, illustrated
Oswaldo Patani, *Amedeo Modigliani. Catalogo generale. Sculture e disegni 1909-1914*, Milan, 1992, no. 23, illustrated pp. 62-63
Noel Alexandre, *The Unknown Modigliani. Drawings from the Collection of Paul Alexandre*, New York, 1993, illustrated p. 239
*Modigliani and the Artists of Montparnasse* (exhibition catalogue), Albright-Knox Art Gallery, Buffalo, 2002, pp. 51-53, illustrated pp. 51 & 53
*Modigliani Sculptor* (exhibition catalogue), Museo di arte Moderna e Contemporanea di Trento e Roverto, Roverto, 2010, illustrated pp. 23, 25, 47 &121

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016        STH 0000033