# VALETTE EXHIBIT 54

**To:**    Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**  Valette, Samuel[O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Tue 7/16/2013 9:34:33 AM (UTC)
**Subject:**  Klimt - photo et fiche technique

Hello Yves,

Voici la photo et la fiche technique.

Bien a toi,

Sam.



GUSTAV KLIMT

WASSERSCHLANGEN II
Signed *GUSTAV / KLIMT* (lower right)
Oil on canvas
80 by 145 cm.

Painted in 1904


P r o v e n a n c e
Jenny Steiner, Vienna (acquired from the artist in 1911)
Gustav Ucicky, Vienna
Ursula Ucicky, Vienna

E x h i b i t e d
Vienna, XX Secession Exhibition, 1904, no. 66 (possibly)
Berlin, German Künstlerband, II Exhibition, 1905, no. 111
Vienna, Kunstschau, 1908, no. 16 (room 22)
Munich, Glaspalast, X International Art Exhibition, 1909, no. 810
Venice, IX Espozione Internationale, 1910, no. 12 (room 10)
Vienna, XCIX Secession Exhibition, 1928, no. 54
Vienna, Ausstellungshaus Friedrichstrasse, 1943, no. 26
Vienna, Secession/Künstlerhaus/Historisches
Museum der Stadt Wien, 1964, no. 41

DEFS0023940

Literature

Berta Zuckerkandl, "Die XX Austellung der Wiener Secession," Kunst für Alle, Vienna, 1903-04, p. 414

Ludwig Hevesi, Acht Jahre Secession (März 1897 – Juni 1905), Kritik, Polemik, Chronik, Vienna, 1906, pp. 462-63

Ludwig Hevesi, Altkunst-Neukunst, Wien, 1894-1908, Vienna, 1908, p. 247

Apard Weixlgärnter, "Gustav Klimt," Die Graphischen Künste XXXV, 1912, p. 55

Miethke, ed., Das Werke Gustav Klimts, 1908-14, lot IV, no. 9

Max Eisler, Gustav Klimt, Vienna, 1920, p. 27 Igomar Hatle, Gustav Klimt. Ein Wiener Maler des Jugendstils, Graz, 1955, p. 75 Fritz Novotny and Johannes Dobai, Gustav Klimt, New York, 1967, no. 140 Sophie Lillie, Was einmal war. Handbuch der enteigeneten Kunstsammlungen Wiens, Vienna, 2003, pp. 1244, 1248 & 1250

Matteo Chini & Claudio Pescio, Klimt. Leben und Kunst, Cologne, 2004, p. 67

Gilles Néret, Klimt, Cologne, 2005, illustrated in color p. 47

Alfred Weidinger, ed., Gustav Klimt, Munich, Berlin, London & New York, 2007, no. 173, illustrated in color pp. 281

DEFS0023941

**To:**  Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**  Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**  Tue 7/16/2013 9:34:33 AM (UTC)

Subject :  Klimt – Photo and technical file


Hello Yves,

Here is the technical file.

Best to you,

Sam.



GUSTAV KLIMT

WASSERSCHLANGEN II
Signed *GUSTAV / KLIMT* (lower right)
Oil on canvas
80 by 145 cm.

Painted in 1904


P r o v e n a n c e
Jenny Steiner, Vienna (acquired from the artist in 1911)
Gustav Ucicky, Vienna
Ursula Ucicky, Vienna

E x h i b i t e d
Vienna, XX Secession Exhibition, 1904, no. 66 (possibly)
Berlin, German Künstlerband, II Exhibition, 1905, no. 111
Vienna, Kunstschau, 1908, no. 16 (room 22)
Munich, Glaspalast, X International Art Exhibition, 1909, no. 810
Venice, IX Espozione Internationale, 1910, no. 12 (room 10)
Vienna, XCIX Secession Exhibition, 1928, no. 54
Vienna, Ausstellungshaus Friedrichstrasse, 1943, no. 26
Vienna, Secession/Künstlerhaus/Historisches
Museum der Stadt Wien, 1964, no. 41

DEFS0023940

Literature
Berta Zuckerkandl, "Die XX Austellung der Wiener Secession," Kunst für Alle, Vienna, 1903-04, p. 414
Ludwig Hevesi, Acht Jahre Secession (März 1897 – Juni 1905), Kritik, Polemik, Chronik, Vienna, 1906, pp. 462-63
Ludwig Hevesi, Altkunst-Neukunst, Wien, 1894-1908, Vienna, 1908, p. 247
Apard Weixlgärnter, "Gustav Klimt," Die Graphischen Künste XXXV, 1912, p. 55
Miethke, ed., Das Werke Gustav Klimts, 1908-14, lot IV, no. 9
Max Eisler, Gustav Klimt, Vienna, 1920, p. 27 Igomar Hatle, Gustav Klimt. Ein Wiener Maler des Jugendstils, Graz, 1955, p. 75 Fritz Novotny and Johannes Dobai, Gustav Klimt, New York, 1967, no. 140 Sophie Lillie, Was einmal war. Handbuch der enteigeneten Kunstsammlungen Wiens, Vienna, 2003, pp. 1244, 1248 & 1250
Matteo Chini & Claudio Pescio, Klimt. Leben und Kunst, Cologne, 2004, p. 67
Gilles Néret, Klimt, Cologne, 2005, illustrated in color p. 47
Alfred Weidinger, ed., Gustav Klimt, Munich, Berlin, London & New York, 2007, no. 173, illustrated in color pp. 281

DEFS0023941

DEFS0023940

# Certificate of Accuracy

This is to certify that the attached translation, from  **French**          to     **English**             , is an accurate translation of the document:

      **See Document Names Below.**

I, **Yrene Enonchong Abanie**          , declare under penalty of perjury that I understand the  **English**

language and the **French**                 language and that, to the best of my knowledge and belief, the statements in the

**English**        language in the attached translation have the same meanings as the      **French**

statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the_____ **26th** _____ day of  **April** _____ , 20 **21**  .



Notary Pu

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires: 02/26/2025**

ELYXEDY FERNANDEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025

**Documents Translated:**

| | |
|---|---|
| DEFS0023242 | DEFS0038514 |
| DEFS0023260 | DEFS0038515 |
| DEFS0023261 | DEFS0039167 |
| DEFS0023300 | DEFS0039168 |
| DEFS0023396 | DEFS0039174 |
| DEFS0023569 | DEFS0039179 |
| DEFS0023940 | DEFS0039278 |
| DEFS0023942 | DEFS0039542 |
| DEFS0023945 | DEFS0040287 |
| DEFS0024093 | DEFS0040327 |
| DEFS0024324 | DEFS0040413 |

QUALITY TRANSLATIONS

QUALITY TRANSLATIONS