# VALETTE EXHIBIT 55

**To:**      Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**  Valette, Samuel[O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**   Tue 7/16/2013 2:41:33 PM (UTC)
**Subject:** pdf
Klimt.pdf

Bien a toi,

Sam.

CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIAL SUBJECT TO PROTECTIVE ORDER      DEFS0023942



GUSTAV KLIMT

WASSERSCHLANGEN II
Signed *GUSTAV / KLIMT* (lower right)
Oil on canvas
80 by 145 cm.

Painted between 1904 and 1906-07.

CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIAL SUBJECT TO PROTECTIVE ORDER          DEFS0023943

P r o v e n a n c e
Jenny Steiner, Vienna (acquired from the artist in 1911)
Gustav Ucicky, Vienna
Ursula Ucicky, Vienna

E x h i b i t e d
Vienna, XX Secession Exhibition, 1904, no. 66 (possibly)
Berlin, German Künstlerband, II Exhibition, 1905, no. 111
Vienna, Kunstschau, 1908, no. 16 (room 22)
Munich, Glaspalast, X International Art Exhibition, 1909, no. 810
Venice, IX Espozione Internationale, 1910, no. 12 (room 10)
Vienna, XCIX Secession Exhibition, 1928, no. 54
Vienna, Ausstellungshaus Friedrichstrasse, 1943, no. 26
Vienna, Secession/Künstlerhaus/Historisches
Museum der Stadt Wien, 1964, no. 41

L i t e r a t u r e
Berta Zuckerkandl, "Die XX Austellung der Wiener Secession," Kunst für Alle, Vienna, 1903-04, p. 414
Ludwig Hevesi, Acht Jahre Secession (März 1897 – Juni 1905), Kritik, Polemik, Chronik, Vienna, 1906, pp. 462-63
Ludwig Hevesi, Altkunst-Neukunst, Wien, 1894-1908, Vienna, 1908, p. 247
Apard Weixlgärnter, "Gustav Klimt," Die Graphischen Künste XXXV, 1912, p. 55
Miethke, ed., Das Werke Gustav Klimts, 1908-14, lot IV, no. 9
Max Eisler, Gustav Klimt, Vienna, 1920, p. 27 Igomar Hatle, Gustav Klimt. Ein Wiener Maler des Jugendstils, Graz, 1955, p. 75 Fritz Novotny and Johannes Dobai, Gustav Klimt, New York, 1967, no. 140 Sophie Lillie, Was einmal war. Handbuch der enteigeneten Kunstsammlungen Wiens, Vienna, 2003, pp. 1244, 1248 & 1250
Matteo Chini & Claudio Pescio, Klimt. Leben und Kunst, Cologne, 2004, p. 67
Gilles Néret, Klimt, Cologne, 2005, illustrated in color p. 47
Alfred Weidinger, ed., Gustav Klimt, Munich, Berlin, London & New York, 2007, no. 173, illustrated in color pp. 281

CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIAL SUBJECT TO PROTECTIVE ORDER     DEFS0023944

| To: | Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg] |
|---|---|
| From: | Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE] |
| Sent: | Tue 7/16/2013 2:41:33 PM (UTC) |
| Subject: | pdf |

Klimt.pdf

Best to you,

Sam.

DEFS0023942



# Certificate of Accuracy

This is to certify that the attached translation, from __French__ to __English__ , is an accurate translation of the document:

**See Document Names Below.**

I, __Yrene Enonchong Abanie__ , declare under penalty of perjury that I understand the __English__ language and the __French__ language and that, to the best of my knowledge and belief, the statements in the __English__ language in the attached translation have the same meanings as the __French__ statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the ___26th___ day of __April__ , 20_21_ .



Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires: 02/26/2025**

ELYXEDY FERNANDEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025

**Documents Translated:**

| | |
|---|---|
| DEFS0023242 | DEFS0038514 |
| DEFS0023260 | DEFS0038515 |
| DEFS0023261 | DEFS0039167 |
| DEFS0023300 | DEFS0039168 |
| DEFS0023396 | DEFS0039174 |
| DEFS0023569 | DEFS0039179 |
| DEFS0023940 | DEFS0039278 |
| DEFS0023942 | DEFS0039542 |
| DEFS0023945 | DEFS0040287 |
| DEFS0024093 | DEFS0040327 |
| DEFS0024324 | DEFS0040413 |

QUALITY TRANSLATIONS

QUALITY TRANSLATIONS