# VALETTE EXHIBIT 52

**To:** 'ybouvier@fineartnlc.ch'[ybouvier@fineartnlc.ch]; 'sabi@artesing.sg'[sabi@artesing.sg]
**From:** Valette, Samuel[O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:** Wed 7/24/2013 7:27:25 AM (UTC)
**Subject:** Klimt - Art Loss Register
Page 1 of 1.jpg

Hello,
Je viens de recevoir le Art Loss Register, voici la copie en piece jointe.
Amities,
Sam

DEFS0023945

 **THE ART LOSS ■ REGISTER**™

www.artloss.com

23 July 2013

Mr Lucian Simmons
Sotheby's
1334 York Avenue
New York 10021
USA

**ALR Ref: 7042.AFB**

Dear Mr Simmons,

The Art Loss Register ('ALR') has now completed a search of the ALR database for the following item:

| | |
|---|---|
| **ITEM:** | *Wasserschlangen II* (Waterserpents II) |
| **ARTIST:** | Gustav Klimt |
| **DATE:** | 1904 (revised 1906/7) |
| **MEDIUM:** | Oil on canvas |
| **DIMENSIONS:** | 80 x 145 cm |
| **OTHER MARKINGS:** | Signed lower right |

**PROVENANCE PROVIDED:** Jenny Steiner, Vienna (acquired from the artist in 1911); Looted from the above by the Gestapo; Gustav Ucicky, Vienna; Ursula Ucicky, Vienna (sold pursuant to the terms of a settlement with the heirs of Jenny Steiner).

The Art Loss Register certifies that the above referenced item is not, to the best of our knowledge, registered as stolen or missing on the Art Loss Register's database of stolen and missing art. As per the Letter of Notification dated 23 July 2013, any and all claims held by the heirs of Jenny Steiner to the above referenced work have been fully settled and resolved.

It should, however, be noted that:

- not every loss or theft is reported to the Art Loss Register, but the database includes Interpol and other Police losses which have been circulated;
- the ALR database does not contain information on illegally exported artefacts unless they have been reported to the Art Loss Register as stolen;
- the ALR database does not contain information on illegally excavated artefacts unless they have been reported to the Art Loss Register as stolen;
- the Art Loss Register does not have details of all works of art confiscated, looted or subjected to a forced seizure or forced sale between 1933 and 1945.

It is also important for you to note that this Certificate is no indication of authenticity of the item.

The Art Loss Register does not guarantee the provenance of any item against which it has made a search. Your search with the ALR demonstrates due diligence but may not excuse you undertaking further research or providing further information where known. Should the ALR become aware of any abuse of this Certificate it may find it necessary take action.

If you have any questions or require any further assistance please contact the Art Loss Register's London office on +44 (0) 207 841 5780 or at info@artloss.com quoting ALR Ref. 7042.AFB or WW.05.33.

Yours sincerely,

Christopher A. Marinello
Executive Director and General Counsel
The Art Loss Register
Tel: +44 (0) 207 841 5782   Email: chris.marinello@artloss.com

DEFS0023946

**To:**    'ybouvier@fineartnlc.ch'[ybouvier@fineartnlc.ch]; 'sabi@artesing.sg'[sabi@artesing.sg]
**From:**    Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Wed 7/24/2013 7:27:25 AM (UTC)
**Subject:**    Klimt - Art Loss Register
Page 1 of 1.jpg

Hello,

I just received the Art Loss Register, here is the copy attached.

Amicably,

Sam

DEFS0023945

# Certificate of Accuracy

This is to certify that the attached translation, from **French** to **English**, is an accurate translation of the document:

**See Document Names Below.**

I, **Yrene Enonchong Abanie**, declare under penalty of perjury that I understand the **English** language and the **French** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **French** statements in the language in the original document, a copy of which I have examined.

Signature:

This document was acknowledged before me on the **26th** day of **April**, 20 **21**.

Notary Pu



**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires: 02/26/2025**

ELYXEDY FERNANDEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025

**Documents Translated:**

| | |
|---|---|
| DEFS0023242 | DEFS0038514 |
| DEFS0023260 | DEFS0038515 |
| DEFS0023261 | DEFS0039167 |
| DEFS0023300 | DEFS0039168 |
| DEFS0023396 | DEFS0039174 |
| DEFS0023569 | DEFS0039179 |
| DEFS0023940 | DEFS0039278 |
| DEFS0023942 | DEFS0039542 |
| DEFS0023945 | DEFS0040287 |
| DEFS0024093 | DEFS0040327 |
| DEFS0024324 | DEFS0040413 |

QUALITY TRANSLATIONS

QUALITY TRANSLATIONS