# VALETTE EXHIBIT 57

**To:**    'kim@artesing.sg'[kim@artesing.sg]; Sabi (ArteSing SG) (sabi@artesing.sg)[sabi@artesing.sg]
**Cc:**    Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**    Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Thur 7/25/2013 11:39:25 AM (UTC)
**Subject:**    Klimt - rapport d'etat
Cottonmouth Hamish.pdf

Bonjour,

Voici le résumé de l'état du tableau fait par Hamish Dewar, mandate par Sotheby's Londres l'année dernière lors de son inspection (Le nom « cottonmouth » est un code en interne). J'ai personnellement inspecte le tableau hier à la livraison et l'état n'a pas changé depuis l'inspection l'année dernière.

N'hésitez pas à m'appeler si vous avez une question ou besoin d'autre chose.

Très amicalement
Sam.

<u>Samuel Valette</u>
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0042505



H A M I S H   D E W A R

F I N E   A R T   C O N S E R V A T I O N

| | |
|---|---|
| Attribution | |
| Subject | "Cottonmouth" |
| Owner | c/o Sotheby's |
| Record No : | 3 September 2012 |

EXAMINATION / TREATMENT REPORT

There are some very small surface deposits and fly spots which could be removed during the cleaning process.  The largest of these surface deposits is on the thigh of the woman in the lower part of the composition.  These two small drips would be very easily removed as would the other very small spots.

Inspection under ultraviolet light shows no evidence of any retouching.  The tones of the women's faces fluoresce slightly unevenly but this is clearly caused by the artist reworking certain areas rather than any subsequent retouching.

Summary

The painting would therefore appear to be in excellent condition with no evidence of any intervention in the past.  Localised consolidation of the areas of brittle and fragile craquelure are recommended, as are the replacement of the missing stretcher keys.   Cleaning and the application of a very thin matt varnish could also be considered but are obviously not required for reasons of conservation.

Hamish Dewar Ltd

13 & 14 Mason's Yard, Duke Street, St James's, London SW1Y 6BU

T  + 44 (0)20 7930 4004    F  + 44 (0)20 7930 4100

M  + 44 (0)7860 622 537    E  hamish@hamishdewar.co.uk          www.hamishdewar.co.uk

Directors: Hamish Dewar.  Registered Company No 3816777.

Registered Office: Bank Chambers, Brook Street, Bishops Waltham SO32 1AX

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                    DEFS0042506

| | |
|---|---|
| **To:** | 'kim@artesing.sg'[kim@artesing.sg]; Sabi (ArteSing SG) (sabi@artesing.sg)[sabi@artesing.sg] |
| **Cc:** | Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg] |
| **From:** | Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE] |
| **Sent:** | Thur 7/25/2013 11:39:25 AM (UTC) |

Subject: Klimt – condition's report

Cottonmouth Hamish.pdf

Hello,

Please find attached the summary of the condition's report of the painting established by Hamish Dewar, commissioned by Sotheby's London last year during his inspection (The word "cottonmouth" is an internal code). I personally inspected the painting yesterday, upon delivery and the condition has not changed since the inspection last year.

Please do not hesitate to call me if you have any question or should you need anything else.

Warm regards,
Sam.

Samuel Valette Senior Director
Senior International Specialist Impressionist & Modem Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147

DEFS0042505



# Certificate of Accuracy

This is to certify that the attached translation, from **French** to **English**, is an accurate translation of the document:

**See file names below.**

I, _Freddie Colsoul_, declare under penalty of perjury that I understand the **English** language and the **French** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **French** statements in the language in the original document, a copy of which I have examined.

Signature: _Freddie Colsoul_

This document was acknowledged before me on the **26th** day of **April**, 20 **22**.

Notary Public

Elyxedy Fernandez
Notary Public, State of New York
Commission No. : 01FE6353937
Qualified in Bronx County
Commission Expires: 02/26/2025

**Documents Translated:**

| | |
|---|---|
| DEFS0040414 | DEFS0042089 |
| DEFS0040488 | DEFS0042131 |
| DEFS0040489 | DEFS0042316 |
| DEFS0040798 | DEFS0042458 |
| DEFS0041084 | DEFS0042505 |
| DEFS0041085 | DEFS0042587 |
| DEFS0041115 | |
| DEFS0041666 | |
| DEFS0041675 | |
| DEFS0042076 | |

*TRANSLATIONS*