# VALETTE EXHIBIT 58

**To:** 'jmperetti65@gmail.com'[jmperetti65@gmail.com]
**From:** Valette, Samuel[O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:** Tue 9/24/2013 10:20:13 AM (UTC)

Klimts "Wasserschlangen II" ins Ausland verkauft
THOMAS TRENKLER, 24. September 2013, 00:30
Ursula Ucicky entschloss sich zur Privatrestitution von Gustav Klimts Meisterwerk "Wasserschlangen II", das einst Jenny Steiner gehört hatte. Sotheby's verkaufte das Bild um 120 Millionen Dollar netto. Ihre restlichen Klimt-Bilder brachte Ucicky in eine Privatstiftung ein
6 Postings

vergrößern
Wien - Ein Bild, ein ganz entscheidendes Bild fehlte Rudolf Leopold, dem großen, im Juni 2010 verstorbenen Sammler. Es nennt sich Wasserschlangen II, Gustav Klimt malte es zwischen 1904 und 1907. Für Leopold war das Meisterwerk ähnlich bedeutend wie die Goldene Adele, die Ronald Lauder 2006 zum Weltrekordpreis von 135 Millionen Dollar erworben hat. Doch an das Bild, das in einer Wiener Wohnung hing, war schwer heranzukommen: Die Besitzerin, eine hochbetagte Dame, verweigerte jeden Kontakt, sie öffnete auch nicht die Tür.

Hätte sich Ursula Ucicky von Leopold breitschlagen lassen: Das Bild wäre heute wohl im Museum Leopold. Aber es kam anders: Die Wasserschlangen II wurden über Sotheby's in London bei einem Private Sale um angeblich 120 Millionen Dollar netto verkauft - und befinden sich nicht mehr in Österreich. Über den Käufer ist nichts in Erfahrung zu bringen.

Zunächst erscheint es eigenartig, dass vom Bundesdenkmalamt eine Ausfuhrgenehmigung erteilt wurde. Doch es lag ein "berücksichtigungswürdiger Grund" vor: Bei den Wasserschlangen II handelt es sich um geraubte Kunst - und Ursula Ucicky entschloss sich zu einer Privatrestitution.

Das Bild hatte die Fabrikantin Jenny Steiner 1911 von Klimt erworben. 1938, nach dem Anschluss, wurde es gepfändet. Am 5. März 1940 sollte es im Dorotheum versteigert werden, doch Reichsstatthalter Baldur von Schirach ließ die Wasserschlangen II aus der Auktion nehmen. Das Gemälde kam in den Besitz des Filmregisseurs Gustav Ucicky. Die Entziehungsgeschichte kann man in Sophie Lillies Buch der enteigneten Kunstsammlungen Wiens mit dem Titel Was einmal war (Czernin Verlag) nachlesen; als Coverabbildung fungieren übrigens die Wasserschlangen II.

Ucicky, geboren 1899 in Wien, war der Sohn von Maria Ucicka, die als Aushilfe im Haushalt Klimts und auch als dessen Modell arbeitete. Für die von Ucicky reklamierte Vaterschaft Klimts liegt keine amtliche Bestätigung vor. Ucicky drehte unter anderem Café Elektric - und 1941, in der NS-Zeit, den Propagandafilm Heimkehr mit Paula Wessely in der Hauptrolle. Er starb 1961 in Hamburg, seiner Frau Ursula hinterließ er eine respektable Kunstsammlung.

Kürzlich konnte eine Einigung mit den Erben nach Jenny Steiner erzielt werden. In welchem Verhältnis der Erlös aufgeteilt wurde, ist nicht bekannt. Für die Witwe Ucicky, die aus einer jüdischen Familie stammt, bedeutet die Lösung eine Erleichterung. Zudem brachte sie ihre übrigen Klimts, vier Gemälde und zehn Zeichnungen, Nachlassmaterialien von Gustav Ucicky und eine Million Euro in eine Privatstiftung ein, die erst kürzlich gegründet wurde.

Vorstandsvorsitzender der Gustav Klimt/ Wien 1900-Privatstiftung ist auf Lebenszeit Peter Weinhäupl, der kaufmännische Direktor des Leopold Museums. Im Vorstand sitzen zudem (ebenfalls auf Lebenszeit) dessen Lebensgefährtin Sandra Tretter, die bis vor wenige Wochen im Leopold Museum gearbeitet hat, und für fünf Jahre Hubert Weinhäupl, der Bruder von Peter Weinhäupl. Als Anwalt fungiert Andreas Nödl, der unter anderem auch Vorstandsmitglied der Leopold Privatstiftung ist.

Ursula Ucicky verzichtet ausdrücklich auf die Möglichkeit, die gemeinnützige Stiftung aufzulösen. Deren Zweck ist laut Firmenbuchauszug unter anderem die Bewahrung und Verbreitung des von Gustav Klimt hinterlassenen Erbes, dessen Zugänglichkeit für die Öffentlichkeit sowie die dokumentarisch-wissenschaftliche Aufarbeitung. In Paragraf 2 der Stiftungsurkunde wird festgehalten, dass man im Fall von Raubkunst "gerechte und faire Lösungen im Sinne der Washington Principles" anstreben werde.

Der Fall Felsöványi

Peter Weinhäupl und Andreas Nödl bestätigen auf Anfrage des Standard, dass es einen diesbezüglichen Fall gibt. Es handelt sich um das Bildnis Gertrud Loew (1902), das der Porträtierten, Gertrud Loew-Felsöványi, gehört hatte. Wie das Gemälde in der NS-Zeit in den Besitz von Gustav Ucicky kam, ist noch nicht geklärt.

Der mittlerweile 98-jährige, in Kalifornien lebende Felsöványi-Erbe hatte sich wegen des Porträts an Ursula Ucicky gewandt. Sein Brief motivierte die alte Dame zur Privatrestitution - in beiden Fällen. Zunächst musste, so Weinhäupl, die Einigung bezüglich der Wasserschlangen II erzielt werden, um Mittel für Felsöványi zu haben. Er lässt derzeit die Provenienz des Porträts erforschen - und Nödl steht in Kontakt mit Ernst Ploil, dem Anwalt von Anthony Felsöványi. "Eine faire und gerechte Lösung muss es auch in diesem Fall geben", sagt Nödl. (Thomas Trenkler, DER STANDARD, 24.9.2013)

DEFS0047346

**To:** 'jmperetti65@gmail.com'[jmperetti65@gmail.com] Valette,
**From**: Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent**: Tue 9/24/2013 10:20:13 AM (UTC)

Klimt's "Water Snakes II" sold abroad
THOMAS TRENKLER, September 24, 2013, 00:30
Ursula Ucicky decided to privately restitute Gustav Klimt's masterpiece "Water Snakes II," which had once belonged to Jenny Steiner. Sotheby's sold the painting for $120 million net. Ucicky placed her remaining Klimt paintings in a private foundation
6 Postings

enlarge
Vienna - Rudolf Leopold, the great collector who died in June 2010, was missing one painting, and one very important painting at that. Called Water Snakes II, Gustav Klimt painted it between 1904 and 1907. For Leopold, the masterpiece was as important as the Golden Adele, which Ronald Lauder acquired in 2006 for the world record price of $135 million. But the painting, which hung in a Vienna apartment, was hard to come by: The owner, an elderly lady, refused any contact, nor would she open her door.

Had Ursula Ucicky allowed herself to be persuaded by Leopold: The painting would probably be in the Leopold Museum these days. But things turned out differently: Water Snakes II was sold by Sotheby's in London at a private sale for allegedly 120 million dollars net - and no longer resides in Austria. There has been no word on the buyer.

At first it seems strange that an export license was granted by the German Federal Office for the Protection of Monuments. But there was a "reason worthy of consideration": Water Snakes II constituted looted art, and Ursula Ucicky decided to make a private restitution.

The painting had been acquired by factory owner Jenny Steiner from Klimt in 1911. It was seized in 1938, after the annexation of Austria. On March 5, 1940, it was to be auctioned at the Dorotheum, but Reich Governor Baldur von Schirach had Water Snakes II removed from the auction. The painting came into the possession of film director Gustav Ucicky. The story of the seizure can be read in Sophie Lillie's book of the expropriated art collections of Vienna entitled "Was einmal war" [What once has been] (Czernin Verlag); incidentally, Water Snakes II serves as the cover illustration.

Ucicky, born in Vienna in 1899, was the son of Maria Ucicka, who worked as a help in Klimt's household and also as his model. There is no official confirmation of Klimt's paternity claimed by Ucicky. Among other things, Ucicky directed Café Elektric - and in 1941, during the Nazi era, the propaganda film "Heimkehr" [Coming home] starring Paula Wessely. He died in Hamburg in 1961, leaving his wife Ursula a respectable art collection.

Recently, an agreement was reached with the heirs of Jenny Steiner. It is not known how the proceeds were divided. For widow Ucicky, who comes from a Jewish family, the solution represents something of a relief. She also contributed her remaining Klimts, four paintings and ten drawings, Gustav Ucicky's estate materials, and one million euros to a private foundation that was recently established.

The chairman of the board of the Gustav Klimt/ Wien 1900 Private Foundation is Peter Weinhäupl, the commercial director of the Leopold Museum. His partner Sandra Tretter, who worked at the Leopold Museum until a few weeks ago, and Hubert Weinhäupl, Peter Weinhäupl's brother, are also members of the board (also appointed for life). Andreas Nödl, who among other things is also a member of the board of the Leopold Private Foundation, acts as attorney.

Ursula Ucicky expressly waives the option of dissolving the charitable foundation. According to the excerpt from the company register, its purpose is, among other things, the preservation and dissemination of the legacy left by Gustav Klimt, its accessibility to the public, and documentary and scientific reprocessing. Paragraph 2 of the

foundation's charter states that in the case of looted art, the foundation will strive for "just and fair solutions in accordance with the Washington Principles".

The Felsöványi Case

Peter Weinhäupl and Andreas Nödl confirmed in response to an inquiry from the Standard that there exists a case in this regard. It concerns the Gertrud Loew portrait (1902), which had belonged to the subject of the portrait, Gertrud Loew-Felsőványi. How the painting came into the possession of Gustav Ucicky during the Nazi period has not yet been clarified.

The now 98-year-old Felsőványi heir, who lives in California, had contacted Ursula Ucicky about the portrait. His letter motivated the old lady to make a private restitution - in both cases. First, according to Weinhäupl, the agreement regarding Water Snake II had to be reached in order to have funds for Felsőványi. He is currently having the provenance of the portrait researched - and Nödl is in contact with Ernst Ploil, Anthony Felsőványi's lawyer. "There must be a fair and just solution in this case as well", Nödl says. (Thomas Trenkler, DER STANDARD, 9/24/2013)

DEFS0047346

# Certificate of Accuracy

This is to certify that the attached translation, from **German** to **English**, is an accurate translation of the document:
**DEFS0023261, DEFS0047346, & P0030723**

I, **Corinna Schreiber**, declare under penalty of perjury that I understand the English language and the **German** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **German** statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the **27th** day of **April**, 20 **22**.

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

ELYXEDY FERNANDEZ
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01FE6353937
MY COMMISSION EXPIRES 02/26/2025

