# VALETTE EXHIBIT 60

**To:**      Valette, Samuel[samuel.valette@sothebys.com]
**Cc:**      Cerutti, Guillaume[Guillaume.Cerutti@Sothebys.com]; Suttner, Johanna[Johanna.Suttner@sothebys.com]
**From:**  hubert.dursel@skynet.be[hubert.dursel@skynet.be]
**Sent:**  Thur 9/20/2012 9:14:36 AM (UTC)
**Subject:** Tr: Confirmation

Sam, voici la confirmation des  █████

Tu peux tout régler en direct avec █████ pour les docs etc.
Le produit de la vente sera 1/3 pour chacun avec leur comptes en banque correpondants.

Tiens moi informé au fil de l'eau.

Bravissimo SAM !!

Envoyé par mon BlackBerry Wireless Handheld.

---

**From:** hubert.dursel@skynet.be
**Date:** Thu, 20 Sep 2012 09:10:19 +0000
**To:** ████████████
**ReplyTo:** hubert.dursel@skynet.be
**Cc:** ████████████████████
**Subject:** Re: Confirmation

Cher █████

Merci pour cette très bonne nouvelle. Je crois que le prix est toujours à un niveau très elevé, malgré l'espoir qu'on avait nouri avec le 1er acheteur.

J'ai informé Samuel Valette à Londres qui entrera en contact avec toi pour les formalités des documents contractuels de vente et les comptes bancaires de chacun.

Je reste bien sur joignable à tout moment dans le cadre de cette opération.

Merci pour votre confiance,c'est une mission exceptionelle que vous m'avez confiée.

Bien à vous,

Hubert
Envoyé par mon BlackBerry Wireless Handheld.

---

**From:** ████████████
**Date:** Thu, 20 Sep 2012 10:17:34 +0200
**To:** hubert.dursel<hubert.dursel@skynet.be>
**Cc:** ████████████████████
**Subject:** Confirmation

Cher Hubert,
Ce mail pour confirmer notre conversation.

Je te confirme par la présente notre décision d'accepter l'offre ferme qui nous a été faite par votre acheteur via M. Valette lors de notre réunion hier, à savoir une cession de la pièce en votre garde (Amedeo Modigliani, Tête, pierre, exécuté en 1911-1912), pour la somme de €30,000,000.- nets pour les vendeurs.

CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIAL SUBJECT TO PROTECTIVE ORDER      DEFS0042621

Nous sommes convenus que Sotheby's nous fera parvenir la documentation juridique nécessaire afin de finaliser cette transaction dans les meilleurs délais. J'agirai comme point de contact pour les vendeurs.

En te remerciant pour ton rôle dans cette opération.

Bàt,



CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIAL SUBJECT TO PROTECTIVE ORDER                    DEFS0042622

**To:**      Valette, Samuel[samuel.valette@sothebys.com]
**Cc:**      Cerutti, Guillaume[Guillaume.Cerutti@Sothebys.com]; Suttner, Johanna[Johanna.Suttner@sothebys.com]
**From:**    hubert.dursel@skynet.be[hubert.dursel@skynet.be]
**Sent:**    Thur 9/20/2012 9:14:36 AM (UTC)
**Subject:** Tr: Confirmation

Sam, please find below the confirmation by the ▓▓▓

You can settle everything face-to-face with ▓▓▓ for the documents etc.
The proceeds of the sale will be one third for each to their corresponding bank accounts.

Keep me informed as it goes.

Bravissimo Sam!!

Sent from my Wireless Handheld BlackBerry.

---

**From:** hubert.dursel@skynet.be
**Date:** Thu, 20 Sep 2012 09:10:19 +0000
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓
**ReplyTo:** hubert.dursel@skynet.be
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: Confirmation

Dear ▓▓▓,

Thank you for this very good news. I believe that the price is still at a very high level, despite the hopes that we had nurtured with the 1st buyer.

I informed Samuel Valette in London who will contact you about the formalities of the contractual documents of the sale and arrange to get the bank account details from each of you.

I remain of course available at any time through the process of this transaction.

Thank you for your trust, it is a unique mission that you have entrusted me.

Regards,

Hubert
Sent from my Wireless Handheld BlackBerry.

---

**From:** ▓▓▓▓▓▓▓▓▓▓
**Date:** Thu, 20 Sep 2012 10:17:34 +0200
**To:** hubert.dursel<hubert.dursel@skynet.be>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Confirmation

Dear Hubert,
This email to confirm the content of our conversation.

I hereby confirm to you our decision to accept the firm offer made to us by your buyer via Mr. Valette, during our meeting yesterday, namely the sell-off of the masterpiece in your custody (Amedeo Modigliani, The Head, stone sculpture, executed in 1911-1912), for the amount of Euro 30,000,000. - net, for the sellers.

DEFS0042621

We have agreed that Sotheby's will send us all the necessary legal documents, in order to finalize this transaction as soon as possible. I will act as the single point of contact for the sellers.

Thanking you for your role in this transaction.

Regards,

████████

██████████

DEFS0042622

# Certificate of Accuracy



This is to certify that the attached translation, from **French** to **English**, is an accurate translation of the document:

DEFS0042621

I, *Freddie Colsoul*, declare under penalty of perjury that I understand the **English** language and the **French** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **French** statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the **7th** day of **December**, 20 **21**.

Notary Public

**Elyxedy Fernandez**
Notary Public, State of New York
Commission No. : 01FE6353937
Qualified in Bronx County
Commission Expires: 02/26/2025

