# Arnold&Porter

**Marcus A. Asner**
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

April 29, 2022

**VIA ECF**

*Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 449.  SO ORDERED.*

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

*May 2, 2022*

Re:    *Accent Delight International Ltd. et al. v. Sotheby's et al.*, 18 Civ. 9011

Dear Judge Furman:

We write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") pursuant to Section 1(F) of Your Honor's Individual Rules to request that the Court accept the publicly-filed version of the April 28, 2022 Declaration of Samuel Valette and its accompanying exhibits in support of Sotheby's Motion for Summary Judgment and Opposition to Plaintiffs' Partial Motion for Summary Judgment (collectively with its supporting documents, "Sotheby's Motion Papers").

Sotheby's Motion Papers were due on April 28, 2022.  The Memorandum of Law in Support of Sotheby's Motion for Summary Judgment and in Opposition to Plaintiffs' Partial Motion for Summary Judgment, Rule 56.1 Statement, Counterstatement to Plaintiffs' Rule 56.1 Statement, and five supporting declarations with their accompanying exhibits were timely filed.  The sealed version of the April 28, 2022 Declaration of Samuel Valette and its accompanying exhibits were also timely filed.  However, we were not able to file the public version of Mr. Valette's declaration until 12:27 AM EST on April 29, 2022 due to logistical difficulties.  *See* ECF No. 448.

We respectfully request that the Court accept the public version of Mr. Valette's declaration, and its accompanying exhibits, and thank the Court for its consideration of this letter.

Respectfully,

*/s/Marcus A. Asner*
Marcus A. Asner

cc:    All counsel of record (via ECF)