UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD., | Case No. 18-cv-09011 (JMF) |
| Plaintiffs, | |
| -against- | |
| SOTHEBY'S and SOTHEBY'S, INC., | |
| Defendants. | |

## DECLARATION OF SAMUEL VALETTE

I, Samuel Valette, submit this declaration to correct certain filing errors that I have been informed were made in connection with some of the exhibits cited in my declaration dated April 28, 2022. Specifically, I understand from Arnold & Porter that, subsequent to my execution of that declaration, certain of the exhibits that I reviewed and cited were filed either out of order or with an incorrect exhibit number cover page, or not filed as an exhibit. With today's filing, those errors are being corrected, so that all exhibits conform to my declaration. This declaration is otherwise substantively identical to my prior declaration. I declare as follows:

1.      I have personal knowledge regarding the matters stated in this declaration.

2.      I am an employee of Sotheby's UK, where I currently serve as Senior Director and Vice Chairman of Private Sales Worldwide for the Impressionist and Modern Art Department.

3.      Between 2011 and 2015, I was employed by Sotheby's UK as a Senior Specialist in the Impressionist & Modern Art Department. In 2014, in addition to being a Senior Specialist, I became Vice Chairman for Private Sales Worldwide for my Department.

4.      I was involved in the acquisitions by Blancaflor Investments Ltd. ("Blancaflor") of Picasso's *Homme Assis au Verre*, Rodin's *Le Baiser*, Maillol's *La Méditerranée*, Matisse's *Nu au Châle Vert*, Rodin's *L'Eternel Printemps*, Giacometti's *Femme de Venise IX*, Magritte's *Domaine d'Arnheim*, Rodin's *Eve*, Klimt's *Wasserschlangen II*, Modigliani's *Tête*, Toulouse-Lautrec's *Au Lit, Le Baiser* (the "Green *Au Lit, Le Baiser*"), and Leonardo's *Christ as Salvator Mundi*, as well as the auctions of Modigliani's *Tête* and Toulouse-Lautrec's *Au Lit, Le Baiser* (the "Red *Au Lit, Le Baiser*") on Blancaflor's behalf. I was also involved in the insurance valuations Sotheby's UK provided to Blancaflor for Modigliani's *Nu Couché au Coussin Bleu*, Gauguin's *Otahi Seule*, Matisse's *Nu au Châle Vert*, Klimt's *Wasserschlangen II*, and Leonardo's *Christ as Salvator Mundi*.

5.      True and correct copies of the private sale consignment agreements between Sotheby's entities and the owners/sellers are attached as follows:

a.      The consignment agreement for Picasso's *Homme Assis au Verre* is attached here as Exhibit 1.

b.      The consignment agreement for Rodin's *Le Baiser* is attached here as Exhibit 2.

c.      The consignment agreement for Maillol's *La Méditerranée* is attached here as Exhibit 3.

d.      The consignment agreement for *Nu au Châle Vert* is attached here as Exhibit 4.

e.      The consignment agreement for Rodin's *L'Eternel Printemps* is attached here as Exhibit 5.

f.   The consignment agreement for Giacometti's *Femme de Venise IX* is attached here as Exhibit 6.

g.   The consignment agreement for Magritte's *Domaine d'Arnheim* is attached here as Exhibit 7.

h.   The consignment agreement for Rodin's *Eve* is attached here as Exhibit 8.

i.   The consignment agreement for Modigliani's *Tête* is attached here as Exhibit 9.

j.   The consignment agreement for Klimt's *Wasserschlangen II* is attached here as Exhibit 10.

k.   The consignment agreement for Toulouse-Lautrec's Green *Au Lit, Le Baiser* is attached here as Exhibit 11.

l.   The consignment agreement for Leonardo's *Christ as Salvator Mundi* is attached here as Exhibit 12.

6.   True and correct copies of the sales agreements between Sotheby's entities and Yves Bouvier's company, Blancaflor, are attached as follows:

a.   The sales agreement for Picasso's *Homme Assis au Verre* is attached here as Exhibit 13.

b.   The sales agreement for Rodin's *Le Baiser* and Maillol's *La Méditerranée* is attached here as Exhibit 14.

c.   The sales agreement for *Nu au Châle Vert* is attached here as Exhibit 15.

d.   The sales agreement for Rodin's *L'Eternel Printemps* is attached here as Exhibit 16.

3

e.    The sales agreement for Giacometti's *Femme de Venise IX* is attached here as Exhibit 17.

f.    The sales agreement for Magritte's *Domaine d'Arnheim* is attached here as Exhibit 18.

g.    The sales agreement for Rodin's *Eve* is attached here as Exhibit 1 9.

h.    The sales agreement for Modigliani's *Tête* is attached here as Exhibit 20.

i.    The sales agreement for Klimt's *Wasserschlangen II* is attached here as Exhibit 21.

j.    The sales agreement for Toulouse-Lautrec's Green *Au Lit, Le Baiser* is attached here as Exhibit 22.

k.    The sales agreement for Leonardo's *Christ as Salvator Mundi* is attached here as Exhibit 23.

7.    True and correct copies of the auction consignment agreements between Sotheby's entities and Bouvier's company, Blancaflor, are attached as follows:

a.    The consignment agreement for Modigliani's *Tête* is attached here as Exhibit 24.

b.    The consignment agreement for Toulouse-Lautrec's Red *Au Lit, Le Baiser* is attached here as Exhibit 25.

8.    Attached as Exhibit 26 is a true and correct copy of an email I sent to Mr. Bouvier on April 8, 2011 regarding Picasso's *Homme Assis au Verre*.

9.    Attached as Exhibit 27 is a true and correct copy of an email I sent to Jean-Marc Peretti on April 4, 2011 regarding Rodin's *Le Baiser*.

4

10.     Attached as Exhibit 28 is a true and correct copy of an email I sent to Mr. Bouvier on April 9, 2011 regarding Maillol's *La Méditerranée*.

11.     Attached as Exhibit 29 is a true and correct copy of an email I sent to Mr. Bouvier on April 14, 2011 regarding Rodin's *Le Baiser* and Maillol's *La Méditerranée*.

12.     Attached as Exhibit 30 is a true and correct copy of an email my assistant sent to Mr. Bouvier on April 15, 2011 regarding Maillol's *La Méditerranée*.

13.     Attached as Exhibit 31 is a true and correct copy of an email my assistant sent to Mr. Bouvier on April 15, 2011 regarding Maillol's *La Méditerranée*.

14.     Attached as Exhibit 32 is a true and correct copy of an email my assistant sent to Mr. Bouvier on April 15, 2011 regarding Rodin's *Le Baiser*.

15.     Attached as Exhibit 33 is a true and correct copy of an email I sent to Mr. Bouvier on June 16, 2011 regarding Matisse's *Nu au Châle Vert*.

16.     Attached as Exhibit 34 is a true and correct copy of an email I sent to Mr. Bouvier on June 20, 2011 regarding Matisse's *Nu au Châle Vert*.

17.     Attached as Exhibit 35 is a true and correct copy of an email I received from a colleague on June 16, 2011 regarding Rodin's *L'Eternel Printemps*.

18.     Attached as Exhibit 36 is a true and correct copy of an email I sent to Mr. Bouvier on June 16, 2011 regarding Rodin's *L'Eternel Printemps*.

19.     Attached as Exhibit 37 is a true and correct copy of an email I sent to Mr. Bouvier on June 20, 2011 regarding Rodin's *L'Eternel Printemps*.

20.     Attached as Exhibit 38 is a true and correct copy of an email I sent to Mr. Bouvier on June 20, 2011 regarding Rodin's *L'Eternel Printemps*.

21.    Attached as Exhibit 39 is a true and correct copy of an email I sent to Mr. Bouvier on June 22, 2011 regarding Rodin's *L'Eternel Printemps*.

22.    Attached as Exhibit 40 is a true and correct copy of an email I sent to Mr. Bouvier on July 25, 2011 regarding Rodin's *L'Eternel Printemps*.

23.    Attached as Exhibit 41 is a true and correct copy of an email I sent to Mr. Peretti on September 12, 2011 regarding Giacometti's *Femme de Venise IX*.

24.    Attached as Exhibit 42 is a true and correct copy of an email I sent to Mr. Bouvier on October 3, 2011 regarding Giacometti's *Femme de Venise IX*.

25.    Attached as Exhibit 43 is a true and correct copy of an email I sent to Mr. Peretti on October 4, 2011 regarding Giacometti's *Femme de Venise IX*.

26.    Attached as Exhibit 44 is a true and correct copy of an email I sent to Dario Tabladini on October 5, 2011 regarding Giacometti's *Femme de Venise IX*.

27.    Attached as Exhibit 45 is a true and correct copy of an email I sent to Mr. Peretti on October 6, 2011 regarding Giacometti's *Femme de Venise IX*.

28.    Attached as Exhibit 46 is a true and correct copy of an email I sent to Mr. Peretti on October 6, 2011 regarding Giacometti's *Femme de Venise IX*.

29.    Attached as Exhibit 47 is a true and correct copy of an email I sent to Mr. Bouvier on October 14, 2011 regarding Giacometti's *Femme de Venise IX*.

30.    Attached as Exhibit 48 is a true and correct copy of an email I sent to Mr. Bouvier and Mr. Peretti on December 6, 2011 regarding Giacometti's *Femme de Venise IX*.

31.    Attached as Exhibit 49 is a true and correct copy of an email I sent to Mr. Bouvier on February 3, 2012 regarding Rodin's *Eve*.

32.    Attached as Exhibit 50 is a true and correct copy of an email I sent to Mr. Bouvier and Mr. Peretti on February 13, 2012 regarding Rodin's *Eve*.

33.    Attached as Exhibit 51 is a true and correct copy of an email I sent to Mr. Peretti on February 27, 2012 regarding Rodin's *Eve*.

34.    Attached as Exhibit 52 is a true and correct copy of an email I sent to Mr. Peretti on March 2, 2012 regarding Rodin's *Eve*.

35.    Attached as Exhibit 53 is a true and correct copy of an email I sent to Mr. Bouvier and Mr. Peretti on March 2, 2012 regarding Rodin's *Eve*.

36.    Attached as Exhibit 54 is a true and correct copy of an email I sent to Mr. Bouvier on July 16, 2013 regarding Klimt's *Wasserschlangen II*.

37.    Attached as Exhibit 55 is a true and correct copy of an email I sent to Mr. Bouvier on July 16, 2013 regarding Klimt's *Wasserschlangen II*.

38.    Attached as Exhibit 56 is a true and correct copy of an email I sent to Mr. Bouvier on July 24, 2013 regarding Klimt's *Wasserschlangen II*.

39.    Attached as Exhibit 57 is a true and correct copy of an email I sent to Mr. Bouvier and his assistants on July 25, 2013 regarding Klimt's *Wasserschlangen II*.

40.    Attached as Exhibit 58 is a true and correct copy of an email I sent to Mr. Peretti on September 24, 2013 regarding Klimt's *Wasserschlangen II*.

41.    Attached as Exhibit 59 is a true and correct copy of an email I sent to Mr. Peretti on September 24, 2013 regarding Klimt's *Wasserschlangen II*.

42.    Attached as Exhibit 60 is a true and correct copy of an email I received from a colleague on September 20, 2012, containing an email from the seller of Modigliani's *Tête*.

43.    Attached as Exhibit 61 is a true and correct copy of an email I sent to Mr. Peretti on December 11, 2012 regarding Lautrec's Green *Au Lit, Le Baiser*.

44.    Attached as Exhibit 62 is a true and correct copy of an email I sent to Mr. Bouvier on February 14, 2013 regarding Lautrec's Green *Au Lit, Le Baiser*.

45.    Attached as Exhibit 63 is a true and correct copy of an email I sent to Mr. Bouvier on February 14, 2013 regarding Lautrec's Green *Au Lit, Le Baiser*.

46.    Attached as Exhibit 64 is a true and correct copy of an email I sent to a colleague on March 18, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

47.    Attached as Exhibit 65 is a true and correct copy of an email I sent to Mr. Bouvier on March 25, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

48.    Attached as Exhibit 66 is a true and correct copy of an email I sent to Mr. Bouvier on April 2, 2013 in connection with Leonardo's *Christ as Salvator Mundi*.

49.    Attached as Exhibit 67 is a true and correct copy of an email I sent to Mr. Bouvier on April 15, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

50.    Attached as Exhibit 68 is a true and correct copy of an email I sent to Mr. Bouvier on April 15, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

51.    Attached as Exhibit 69 is a true and correct copy of an email I sent to Mr. Bouvier on April 22, 2013 regarding Leonardo's *Christ as Salvator Mundi*.

52.    Attached as Exhibit 70 are true and correct copies of insurance valuations that Sotheby's UK issued on October 24, 2014 for Modigliani's *Nu Couché au Coussin Bleu*, Gauguin's *Otahi Seule*, Matisse's *Nu au Châle Vert*, and Klimt's *Wasserschlangen II*.

53.    Attached as Exhibit 71 is a true and correct copy of an insurance valuation that Sotheby's UK issued on January 28, 2015 for Leonardo's *Christ as Salvator Mundi*.

8

54.    Attached as Exhibit 72 is a true and correct copy of an email I sent to three colleagues on February 27, 2011 regarding a client of Mr. Peretti.

55.    Attached as Exhibit 73 is a true and correct copy of an email I sent to two colleagues on March 31, 2011 regarding Picasso's *Homme assis au verre*.

56.    Attached as Exhibit 74 is a true and correct copy of an email I received from a colleague on April 1, 2011 regarding Picasso's *Homme assis au verre*.

57.    Attached as Exhibit 75 is a true and correct copy of an email I sent to Mr. Bouvier on November 11, 2011 in connection with Magritte's *Domaine d'Arnheim*.

58.    Attached as Exhibit 76 is a true and correct copy of an email I sent to Mr. Bouvier on November 14, 2011 in connection with Magritte's *Domaine d'Arnheim*.

59.    Attached as Exhibit 77 is a true and correct copy of an email I received from Mr. Gregoire Billault, a Senior Specialist in Contemporary Art at the time, on December 7, 2012.

60.    Attached as Exhibit 78 is a true and correct copy of an email I sent to Mr. Bouvier on July 24, 2012 regarding Modigliani's *Tête*.

61.    Attached as Exhibit 79 is a true and correct copy of an email I sent to Mr. Bouvier on July 25, 2012 regarding Modigliani's *Tête*.

62.    In September 2011, to the best of my recollection, Mr. Bouvier expressed serious interest in purchasing Modigliani's *Tête* for $60 million, but the owners of the work were not ready to sell it.

63.    On March 22, 2013, at Mr. Bouvier's request, I brought Leonardo's *Christ as Salvator Mundi* to an apartment at 15 Central Park West.

64.     In October 2014, Mr. Bouvier requested insurance valuations for Modigliani's *Nu Couché au Coussin Bleu*, Gauguin's *Otahi Seule*, Matisse's *Nu au Châle Vert*, and Klimt's *Wasserschlangen II.*

65.     In January 2015, Mr. Bouvier requested an insurance valuation for Leonardo's *Christ as Salvator Mundi.*

66.     On February 16, 2015, Mr. Bouvier requested that a copy of Sotheby's UK's insurance valuation for Leonardo's *Christ as Salvator Mundi* be sent to Tetiana Bersheda.

67.     To the best of my recollection, I did not know at the time that Ms. Bersheda was affiliated with Mr. Rybolovlev or Plaintiffs.

68.     Before Mr. Rybolovlev's and Plaintiffs' claims against Mr. Bouvier were publicized in the press, I did not know the price Mr. Rybolovlev or Plaintiffs paid to acquire any artwork that Blancaflor had acquired in a transaction facilitated by Sotheby's.

69.     Before Mr. Rybolovlev and Plaintiffs' claims against Mr. Bouvier were publicized in the press, I did not know that, as alleged by Plaintiffs, Mr. Bouvier fabricated any negotiation or otherwise lied to Mr. Rybolovlev or Plaintiffs.

I hereby declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed at ~~London, England~~ on the 18th day of May, 2022.

*in NY, NY*

_____
Samuel Valette

10