# VALETTE EXHIBIT 13

31/04/2011     14:14                                          NO.535     0001



**Sotheby's**

13, QUAI DU MONT-BLANC   1001 GENEVA
T+41 22 908 48 00   T+41 22 908 48 00   WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Pablo Picasso,** *Homme assis au verre* **or** *Couple dans un bar*, **Signed** *Picasso* **(lower right), Oil on canvas, 236 by 167.5 cm, painted in Avignon in summer 1914 (the "Property")**

This letter agreement (the "Agreement") confirms the terms under which the seller and Sotheby's SA ("Sotheby's") as the seller's agent, will sell the Property to you.

1.   You agree to pay to Sotheby's a purchase price of US$62,000,000 (sixty-two million US dollars) for the Property (the "Purchase Price"), plus applicable VAT, in US Dollars, by wire transfer to the following account: ███████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ You and Sotheby's agree that payment of the Purchase Price will be made in two instalments (each, an "Instalment"), as follows:

- The first Instalment equal to 20% of the Sale Price shall be payable to Sotheby's within two working days of the date of signature of this Agreement by you; and
- A second Instalment equal to the balance of the Purchase Price shall be payable to Sotheby's no later than release of the Property to Sotheby's.

Conditional upon the release by the seller of the Property free from any loan obligations to the Beyeler Foundation, the first Instalment shall be non-refundable in the event that you fail to pay the second Instalment.

You agree that in the event that you should default on payment of an Instalment, in addition to any other legal remedies that may be available to Sotheby's, Sotheby's will be entitled to exercise one or more of the following remedies, at Sotheby's discretion: (a) charge you default interest at a rate of 2% per month on the amount due from the date on which the Instalment is payable to the date Sotheby's receives payment of the Instalment due in full); (b) demand immediate payment of the Purchase Price in full, and (c) cancel the sale of the Property retaining the non-refundable deposit.

2. The seller has represented to us that at all relevant times they can and shall in accordance with the Private Treaty Terms, transfer possession to you with good and marketable title to the Property, free from any third party rights, claims or potential claims including without limitation, by governments or governmental agencies.

3. Subject to section 5 below, title to the Property will pass to you upon confirmation by Sotheby's that it has received the Purchase Price in full as cleared funds and that the Beyeler Foundation has released the Property from all the terms of its loan. The Property will be released to the shippers at the Beyeler Foundation immediately after title has passed to you.

4. You hereby irrevocably instruct Sotheby's, following passing of title in the Property to you, to arrange

SOTHEBY'S S.A. GENEVA
TVA N 232 015

# Sotheby's

the shipment of the Property on your behalf and at your risk to the Freeport in Singapore following receipt of the second Instalment by Sotheby's. Sotheby's has agreed to bear the cost of such shipment, including customs clearance charges and any taxes or duties in connection with such shipment, but not including the cost of transit insurance, which shall be paid by you. Risk of loss or damage to the Property will pass to you, and Sotheby's will have no responsibility whatsoever therefor, from the time the Property is released by Sotheby's to the shippers at the Beyeler Foundation.

5. Based on the information currently available to Sotheby's, it will be able to zero-rate any applicable VAT on this transaction provided that the Property is shipped outside Switzerland within three months of the date of sale. You agree, however, that in the event the transaction may not be zero-rated by Sotheby's for any reason whatsoever, the Purchase Price shall be increased by the amount of such applicable VAT, which shall be payable by you to Sotheby's upon receipt of an invoice therefor, and notwithstanding section 3 above, title to the Property will not have passed to you until Sotheby's is in receipt of the Purchase Price increased by applicable VAT, in full in cleared funds.

6. You agree that subject to the guarantee set out in the following paragraph, the Property will be sold "as is", with all faults and imperfections and errors of description. Subject as above, neither the owner nor Sotheby's shall be responsible for errors of description or for the genuineness or authenticity of the Property nor does either make any representations or warranties with respect to the physical condition, size, quality, rarity, genuineness, authenticity, importance, provenance, exhibitions, literature or historical relevance of the Property, and no statement anywhere, whether oral or written, shall be deemed such a representation or warranty.

Notwithstanding the generality of the preceding paragraph, in the event that Sotheby's determines that the Property is "*counterfeit*" (an imitation intended to deceive), as your sole remedy Sotheby's will rescind the sale and the owner will return the purchase price for the Property to you. This offer to rescind is only available on condition that you: (i) provide Sotheby's, within five (5) years from the date of this Agreement, written evidence raising doubts as to the authenticity or attribution of the Property; (ii) are able to transfer good title in the Property free from third party claims; and (iii) can return the item of Property to Sotheby's in the condition in which it was purchased. This offer to rescind does not apply if, at the date of this Agreement, the Property description in this Agreement accords with generally accepted views of scholars and experts or indicates that there is a divergence of such views, or if the only method of establishing that the Property is "*counterfeit*" relies on a process which is either not in general use at the date of this Agreement or likely in Sotheby's opinion to risk damage to the Property. This offer to rescind is only made to you personally and may not be transferred or assigned in any way by you.

7.   *This Agreement shall be governed by and construed and enforced in accordance with Swiss law to the exclusion of the Vienna Convention on the International Sale of Goods. In the event of a dispute hereunder, you agree to submit to the jurisdiction of the Courts of the Canton of Geneva (Switzerland) in favour of Sotheby's.* This Agreement shall be binding upon your heirs, executors, beneficiaries, successors and assigns, but you may not assign this Agreement without our prior written consent. This Agreement represents the entire agreement between you and Sotheby's concerning the sale of the Property and neither party may amend or supplement any provision other than in writing signed by each party.   Should any provision of this Agreement be held to be illegal, void or unenforceable, such provision shall be deemed excluded from the Agreement without invalidating any of the remaining provisions.

Sotheby's agrees that it shall not communicate details of the sale of the Property and will keep your

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016     STH 0000002

01/04/2011    14:14                                                      NO.535    P003

# Sotheby's

details confidential.

In order to fulfil the services you have requested, Sotheby's may disclose information to third parties (e.g. shippers). Some countries do not offer equivalent legal protection of personal information to that offered within Switzerland. It is Sotheby's policy to require that any such third parties respect the privacy and confidentiality of our clients' information and provide the same level of protection for clients' information as provided within Switzerland, whether or not they are located in a country that offers equivalent legal protection of personal information. By signing this Agreement, you agree to such disclosure. Clients can prevent the use of their personal information for marketing purposes by ticking this box or by contacting us at +41 (0)22 908 4800.

Please would you sign both originals of this Agreement where marked below, to confirm your agreement with its terms and return one copy to Sotheby's.

_Samuel Julitte_

For and on behalf of Sotheby's S.A

_____

For and on behalf of Sotheby's S.A.

Date: _14 Avril 2011_

Acknowledged and agreed:

Signed: _____

Name: _____

Duly authorised for and on behalf of Blancaflor Investments Ltd.

Date: _1er avril 2011_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER DATED NOV. 1, 2016    STH 0000003