# VALETTE EXHIBIT 66

**To:**     Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**  Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Tue 4/2/2013 4:44:09 PM (UTC)
**Subject:**  Leonard
Leonardo Document.docx

Bonsoir Yves,

Voici le document pour Leonard de Vinci.

Comme il y a très peu de tableaux, je t'ai mis ceux en collections publiques et ceux en collections privées. Tu noteras que les numéros 17 et 18 sont répertoriés comme *Leonard et un autre artiste.*

Bien à toi,

Sam

DEFS0021687

**1.**



***Madonna of the Carnation***
about 1478-80

Oil on panel
62 x 47 cm
**Alte Pinakothek, Munich**

**2.**



***Annunciation***
about 1472-5

Oil on panel
98 x 217 cm
**Galleria degli Uffizi, Florence**

**3.**



***Portrait of Ginevra de'Benci***
about 1474-8

Oil on panel
38.1 x 37 cm
**National Gallery of Art, Washington**

**4.**



***Adoration of the Magi (unfinished)***
1481

Oil on wood
246 x 243 cm
**Galleria degli Uffizi, Florence**

**5.**



**Madonna and Child (Benois Madonna)**
1475

Oil on canvas
49.5 x 33 cm
**Hermitage Museum, St. Petersburg**

**6.**



**Madonna and Child (Madonna Litta)**
about 1490

Oil on canvas (transferred from panel)
42 x 33 cm
**Hermitage Museum, St. Petersburg**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER      DEFS0021690

**7.**



***Saint Jerome (unfinished)***
about 1488-90

Oil on walnut
103 x 75 cm
**Musei Vatican, Vatican City**

**8.**



***Portrait of a Musician***
about 1486-7

Oil on walnut
44.7 x 32 cm
**Pinacoteca Ambrosiana, Milan**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER    DEFS0021691

**9.**



***The Virgin of the Rocks (first version)***
1483-about 1485

Oil on wood, transferred to canvas
199 x 122 cm
**Musée du Louvre, Paris**

**10.**



***Portrait of Lady Cecilia Gallerani (The Lady with an Ermine)***
about 1489-90

Oil on walnut
54.8 x 40.3 cm
**Czartoryski Foundation on deposit at the National Museum, Cracow**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                                        DEFS0021692

**11.**



**Portrait of a Lady (La Belle Ferronière)**
about 1493-4

Oil on walnut
63 x 45 cm
**Musée du Louvre, Paris**

**12.**



**Virgin of the Rocks (second version)**
about 1491/2-9 and 1506-8

Oil on poplar, thinned and cradled
189.5 x 120 cm
Inscribed in Latin: *ECCE A/GNIUS* (behold the lamb)
**The National Gallery, London**

**13.**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER    DEFS0021693



***Christ as Salvator Mundi***
about 1499 onwards

Oil on walnut
65.5 x 45.1 cm
**Private collection**

**14.**



***Mona Lisa***
about 1503-1519

Oil on poplar
77 x 53 cm
**Musée du Louvre, Paris**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER    DEFS0021694

**15.**



**Virgin and Child with St. Anne**
about 1508

Oil on wood
168 x 112 cm
**Musée du Louvre, Paris**

**16.**



**St. John the Baptist**
about 1513-1516

Oil on walnut
69 x 57 cm
**Musée du Louvre, Paris**

**17.**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                    DEFS0021695



**Virgin and Child (The Madonna of the Yarnwinder)
'The Buccleuch version'**
as '*Leonardo da Vinci and Anonymous Sixteenth-
Century Painter*'
1499 onwards

Oil on walnut
48.9 x 36.8 cm
**Private collection**
(Duke of Buccleuch)
**On loan to the National Galleries of Scotland,
Edinburgh**

**18.**



**Virgin and Child (The Madonna of the Yarnwinder)
'The Lansdowne version'**
as '*Leonardo da Vinci and another artist*'
1499 onwards

Oil on panel (transferred to canvas and later re-laid on
panel)
50.2 x 34.6 cm
**Private collection, New York**

**19.**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER    DEFS0021696



**The Last Supper**
about 1490

Mural painting
460 x 880 cm
**Santa Maria delle Grazie, Milan**

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

**To:**      Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**    Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Tue 4/2/2013 4:44:09 PM (UTC)
**Subject:** Leonard
Leonardo Document.docx

Good evening Yves,

Here is the document about Leonardo da Vinci.

Since there are very few paintings, I included those in public collections, and those in private collections. Please note that the paintings numbered 17 and 18 are listed as *Leonardo and another artist*.

Sincerely,

Sam

DEFS0021687



# Certificate of Accuracy

This is to certify that the attached translation, from **French** to **English**, is an accurate translation of the document:

**See File names below.**

I, **Thomas Morin**, declare under penalty of perjury that I understand the **English** language and the **French** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **French** statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the **28th** day of **April**, 20 **22**.

_____
Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires: 02/26/2025**

**Documents:**

| | |
|---|---|
| DEFS0021648 | DEFS0010526 |
| DEFS0021687 | DEFS0010531 |
| DEFS0022419 | DEFS0020993 |
| DEFS0022507 | DEFS0021037 |
| DEFS0022690 | DEFS0021038 |
| DEFS0022691 | DEFS0021195 |
| DEFS0022955 | |
| DEFS0023207 | |
| DEFS0023241 | |

QUALITY TRANSLATIONS

**TRANSLATIONS**