# Dmitry Rybolovlev
# Exhibit 13

**To:**     Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**    Valette, Samuel[O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Mon 4/22/2013 10:45:31 AM (UTC)
**Subject:** Notices
LEONARD - LONGUE VERSION.pdf
LEONARD - VERSION COURTE AVEC SCAN NATIONAL GALLERY.pdf

Bonjour Yves,

Voici une version courte et une version longue des notices.

Bien à toi

Sam

DEFS0022507

**To:**       Yves Bouvier (NLC) (yb@falnlc.sg)[yb@falnlc.sg]
**From:**     Valette, Samuel[O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**     Mon 4/22/2013 10:45:31 AM (UTC)
**Subject:**  Notices
LEONARD - LONGUE VERSION.pdf
LEONARD - VERSION COURTE AVEC SCAN NATIONAL GALLERY.pdf

Hello Yves,

Here are a short version and a long version of the notices.

Kind regards

Sam

DEFS0022507

# Sotheby's
EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM



# Sotheby's
EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

SOTHEBYS:  REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022508

# Sotheby's

EST. 1744

34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

## Leonardo da Vinci

Vinci 1452 – 1519 Amboise
CHRIST AS SALVATOR MUNDI
Oil on walnut panel
65.6 by 45.4 cm.; 25 13/16 by  17 7/8 in.

Leonardo is considered by many to be the greatest figure in Western art and his celebrated *Mona Lisa* is without question the most famous painting in the world.  It is testament to Leonardo's genius that this position of pre-eminence, which has endured over five centuries, should have been established by a production of fewer than twenty paintings (see Appendix 1).  The emergence of the present work and its widespread acceptance by scholars as an autograph work by the master, following a lengthy period of study and restoration, may be considered perhaps the most important art-historical re-discovery of the last hundred years.

It has long been known that Leonardo painted a composition depicting Christ as Salvator Mundi, which is recorded in more than twenty painted copies (most from the 16th century), as well as from a reproductive etching made by Wenceslaus Hollar in 1650. Recorded as being in the collection of King Charles I of England, the original was thought to be lost.  Although the present painting had been known for over a century, it was largely inaccessible to scholars, being held in private collections (in England from 1900, and, after 1958, in the United States).  More significantly, however, in explaining its having been overlooked is the fact that its appearance had been radically altered by over-painting, which obscured much of its original painted surface.  This disfiguring repainting had evidently been undertaken some time ago and the painting is recorded in this crude state in a photograph preserved at the Witt Library of the Courtauld Institute, London, taken when the painting was in the Cook collection in England.  At the time of its re-emergence in 2005, it was also evident that the picture's support, a walnut panel, had been compromised by attempts to minimize its curvature and stabilize its movement, the most recent being a mahogany-and-oak cradle affixed in the late nineteenth century.

A comprehensive program to examine, treat, and study the painting was begun with Dianne Dwyer Modestini (Senior Research Fellow and Paintings Conservator for the Samuel H. Kress Program at the Conservation Center of the Institute of Fine Arts, New York University) supervising the overall conservation of the painting and undertaking the cleaning and restoration of the paint surface;  Monica Griesbach (a specialist conservator in private practice, specializing in wood panels) was responsible for the treatment of the panel support; and technical studies were undertaken by Nica Gutman Rieppi (Conservation Center of the Institute of Fine Arts) and Charlotte Hale (Paintings Conservator of the Metropolitan Museum of Art).  As this process of treatment and technical examination coupled with art-historical research progressed, the real possibility of Leonardo's authorship became evident and the painting was shown to a number of the leading scholars in this field in order to try to establish a consensus on its attribution.  After the initial phase of conservation had been completed in the autumn of 2007 the painting was seen by Mina Gregori (University of Florence) and Nicholas Penny (Director, National Gallery, London; then Curator of Sculpture, National Gallery of Art, Washington).  Shortly thereafter the painting was studied at the Metropolitan Museum of Art by museum curators Carmen Bambach, Andrea Bayer, Keith Christiansen, and Everett Fahy, and by Michael Gallagher (head of the department of painting conservation).  In late May 2008, the painting was brought to the National Gallery in London at the

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022509



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

invitation of Nicholas Penny and Luke Syson (Curator of Italian Paintings, now Curator of European Sculpture and Decorative Arts, Metropolitan Museum), who had earlier seen the painting in New York. It was then examined, together with the National Gallery's *Virgin of the Rocks,* by several invited Leonardo specialists: Carmen Bambach, David Alan Brown (Curator of Italian Painting, National Gallery of Art, Washington), Maria Teresa Fiorio (Raccolta Vinciana, Milan), Martin Kemp (Emeritus Professor of Art History, University of Oxford), and Pietro C. Marani (Professor of Art History, Politecnico di Milano). More recently, following the completion of conservation treatment in 2010, the painting has again been studied in New York by several of the above, as well as by Vincent Delieuvin (Curator of Italian Paintings, Musée du Louvre), David Ekserdjian (Professor of History of Art and Film, University of Leicester), David Rosand (Professor of Art History, Columbia University), and Patricia Rubin (Director, Institute of Fine Arts, New York University).

The study and examination of the painting by these scholars resulted in a strong consensus of opinion that the *Salvator Mundi* was painted by Leonardo da Vinci and that it is the single original painting from which the many copies and versions depend. Individual opinions vary slightly in the matter of dating. Most place the painting at the end of Leonardo's Milanese period in the late 1490s, contemporary with the completion of the Last Supper. Others believe it to be slightly later, painted in Florence (where Leonardo moved in 1500), contemporary with the *Mona Lisa.* One scholar has suggested that the painting was begun in Milan and completed in Florence, over a period of a few years. Whilst the overwhelming view of the principal scholars in this field has been in favour of the attribution to Leonardo, there is, perhaps inevitably with a re-discovery of this importance, scepticism expressed by a minority of those scholars who have considered it. Amongst these is Carlo Pedretti, whose negative opinion, however, was made without seeing the picture post-restoration. Questions about the extent of workshop assistance have been raised by both Bambach and Robertson (see Literature) but others, who had not been consulted prior to the 2011/2012 National Gallery exhibition, such as Joannides (see Literature) have joined the overall consensus in supporting the attribution to the painting. It is to be expected that the forthcoming publication, *The Lost Christ of Leonardo Da Vinci,* due to be published by Yale University Press, London, in the autumn of 2013, (with contributions by David Ekserdjian, Martin Kemp, Pietro Marani, Robert Simon, Margaret Dalivalle, Dianne Modestini, Monica Griesbach, Nica Gutman Rieppi, Beth Price, and Ken Sutherland will further strengthen the general consensus of the painting's autograph status within the Leonardo scholarly community.

**Provenance**

The confirmed modern history of the painting began in 1900 when it was acquired by Sir Francis Cook, the founder of what became known as the Cook Collection of Doughty House, Richmond, Surrey. Cook had purchased the *Salvator Mundi* as a work by Luini from or through his trusted advisor, Sir J. C. Robinson, the former Director of the South Kensington (later Victoria and Albert) Museum. The attribution of the painting soon shifted towards Boltraffio; it was as a "free copy after Boltraffio" that the *Salvator Mundi* was catalogued the 1913 catalogue of the Cook Collection. Although subsequently cited in various articles and books, the painting was illustrated only once (in Snow-Smith's 1982 volume), and it was as a copy after Boltraffio that the picture was sold in the 1958 auction of Cook pictures at Sotheby's.

The early provenance of Leonardo's *Salvator Mundi* had been the subject of varied

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022510

Sotheby's EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

speculation before the reappearance of the present painting. Hollar's etching, specifically subscribed "after the original" is dated 1650, when the printmaker was resident in Antwerp. Proposals that he had seen Leonardo's painting in France (either in the French Royal Collections or at Nantes) or in the collection of Thomas Howard, the Earl of Arundel and Surrey (or his widow Alethea) – whether in England or, later, in Antwerp -- cannot be substantiated. There is no record of any painting potentially identifiable identified with the *Salvator Mundi* in these collections at that time.

Rather evidence indicates that Hollar would have seen the painting during his tenure in England, where he lived for six years until 1644 when he, a Royalist, fled to the Continent. As is the case with many of his other reproductive prints, Hollar would have utilized his own drawn copy after the original for the etching then published in 1650.

The source for Hollar's composition was in fact a painting documented in the greatest of English collections – that of King Charles I. Significantly, Hollar had access to the Royal Collection —he was employed to instruct the King's children in drawing— and made copies after many works in it. The posthumous inventory drawn up after the execution of Charles in 1649, and associated with the "Sale of the Late King's Goods" contains the earliest reference to be associated with the *Salvator Mundi*:

" [49] A peece of Christ done by Leonardo at 30: 00: 00/

Sold to Stone a/o 23 Oct. 1651"

"A True Inventory of severall Pictures, now in ye custody of Mr Henry Browne &c. viewed and. apprised ye 8o septembr 1649: / The pictures wch were. in both ye Closetts at Grenewch," [L.R. MS., f.5], as cited in Oliver Millar, *The Inventories and Valuations of the King's Goods; 1649-1651* (Walpole Society, vol. 43), Glasgow 1972, p. 63.

As the research recently undertaken by Margaret Dalivalle (see forthcoming publication) has indicated, the painting can be traced following its sale for £30 to John Stone in 1651. It appears in an undated inventory of Stone's holdings as:

"It 49 A pic. of Christ by Leanare ----030 00 00"

Taylour family, British Library, Additional MS 37682 *fs*. 24; 24 *v*; 25, cited by Dalivalle

Nine years later Stone was compelled to return it to the Royal Collection following the Restoration. In a manuscript inventory signed "John Stone," the picture was described as:

"a peece of Christ by Leonard --030-00-00"

Inventory of May 14, 1660, cited by Dalivalle

Once returned to the Royal Collection, the painting appears, now more fully described, in the inventory of the collection of Charles II drawn up by Thomas Chiffinch in the early 1660s:

"Leonard de Vince O.r Savio.r w.th a gloabe in one hand & holding up y.e other".

DEFS0022511



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

"An Inventory of all his Ma: ties Pictures in White-Hall," folio 19 (15), under paintings "In the King's Closet", item no. 311. (Manuscript in Surveyor's Office, St. James's Palace)., cited by Dalivalle.

On the death of Charles II in 1685, the painting would have passed to his successor, his brother James II, but the *Salvator Mundi* was no longer present when the inventory of James II's pictures was compiled in 1688. Its exit from the Royal Collection most likely came through the agency of John Sheffield, 1st Duke of Buckingham, 3rd Earl of Mulgrave, and Marquis of Normanby (1648-1721). Buckingham (or Mulgrave as he was often called) was a notable figure at the court of James II. He served as Lord Chamberlain and was to marry Catherine Darnley, the natural daughter of James II by Catherine Sedley, Duchess of Dorchester. Several paintings from the Royal Collection migrated to that of the Duke of Buckingham, whether by inheritance, gift, or theft. It is perhaps not unconnected that he was the very person whom James II charged with preparing the 1688 inventory of his collection.

Following Buckingham's death in 1721 and that of his wife in 1743, his property passed to his natural son, Charles Herbert Sheffield (ca. 1706-1774). In 1761 Charles sold the family's London residence, Buckingham House, to George III, who would rebuild it as Buckingham Palace. Two years later Charles sent his father's art collection to auction. The sale, conducted in London by Mr. Prestage on Feb. 24, 1763 of "Pictures Brought from Buckingham-House" included as lot 53:

"L. Da. Vinci … A Head of our Saviour"

One priced copy of the sale catalogue survives (at the Rijksbureau voor Kunsthistorische Documentatie, The Hague) with an indication of the sale price for the Leonardo (£2-10-0), but no mention of the purchaser. Research continues to discover the whereabouts of the painting between 1763 until its acquisition for Sir Francis Cook by Sir Joseph Charles Robinson in 1900.

The painting's fifty-eight year tenure in the Cook Collection is one of relative disregard. It appeared in the collection catalogue of Herbert Cook, himself a scholar of distinction who published on Leonardo, as a free copy after Boltraffio, and it is astonishing to note that the photographer who recorded the Long Gallery at Doughty House, where the painting hung, positioned his camera in front of the *Salvator Mundi* but pointing away from it, so that it does not appear in the image. That the painting had by then been overpainted is evident from the Gray photograph referenced in the 1913 catalogue. That it remained so is confirmed by manuscript notes in the 1932 catalogue by the Cook curator Kaines-Smith, who wrote "frightfully overpainted" and "not to be restored." (These references courtesy of the Cook Collection archivist John Somerville). In reports drawn up by the restorer W. H. Drown in the early 1940s the painting is among "Pictures mostly in bad condition which must be tested to ascertain whether of sufficient quality & value to justify the necessary outlay for restoration" and is listed with the note "Most amateur state of repaint."

With London under threat of bombardment during the war, what were determined to be the significant paintings in the Cook Collection were evacuated to Cothay or Porthallow, Francis Cook's two country estates. The *Salvator Mundi* remained at Doughty House, evidently in the cellar. The house sustained extensive bomb damage in 1944, but the painting miraculously was not damaged. In 1947 and 1948 the *Salvator Mundi*, catalogued as "Milanese School, c. 1500," was included in an exhibition of "Sacred Art" which toured three provincial museums. At the

DEFS0022512



34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

conclusion of that exhibition it was placed in storage at Addison Crescent. There it was made accessible to dealers and collectors who came to see "what they wanted or that might be for sale." It evidently remained there unnoticed or unwanted it was consigned to Sotheby's in 1958.

How, when, and where Charles I acquired the painting is unknown. One possibility is that the painting came into his possession through James, Third Marquis of Hamilton, a noted collector and intimate of the King who purchased an unspecified painting by Leonardo from the great Venetian collector Bartolomeo della Nave in 1638. Another, perhaps more likely origin would be France, and specifically the French Royal Collections, through the King's marriage to Henrietta Maria, the daughter of Henry IV of France and Marie de'Medici. On her marriage to Charles in 1625 Henrietta Maria did not travel lightly from France: "The new Queen brought to England with her a huge quantity of expensive possessions; including diamonds, pearls, rings, diamond buttons, satin and velvet gowns, embroidered cloaks, skirts, velvet chapelles; 10,000 livres worth of plate, chandeliers, pictures, books, vestments and bedroom sets for her, her ladies in waiting, twelve Oratorian priests and her pages." There are, unfortunately, no listings of the paintings that she brought to England, but in the posthumous inventory of Charles I's collection of 1649, the *Salvator Mundi* is listed as being in the "Closets at Greenwich." –the personal quarters of The Queens House, Henrietta Maria's residence, at Greenwich. (This may explain the painting's absence from van der Doort's 1639 inventory of the Royal Collection, which omitted works in the Queen's apartments). That the subject of the painting was so overtly Catholic makes the Queen's ownership of it more likely as she was famously and somewhat unpopularly the Catholic Queen married to the titular head of the Church of England.

One possibility as to the panel's earliest provenance has been raised by Kemp (see *Literature*, 'Sight and Salvation', 2011) who notes that Leonardo's pupil, Gian Giacomo Caprotti, called Salaì, owned a 'Christ in the Manner of God the Father' according to documents of 1525 that record his property after his death.

## Panel

The support for the *Salvator Mundi* is a walnut panel, which was later thinned when affixed to a supplementary panel (marouflage) and cradle, now removed. The panel has survived in very close to its original dimensions. The original barbed edges of the panel survive on all four sides, although color was subsequently applied on all sides save the bottom, which remains unpainted. A raised lip of gesso is visible on all sides in raking light. The extreme left edge of the panel is irregular and intrudes into the barb, reaching but not intruding into the limit of the original paint surface at more than one point –thereby indicating that the panel has been slightly trimmed, probably by a few millimeters. The width of the panel varies from 17 7/8 (45.4 cm) along the top of the panel to 17 5/8 inches (44.8 cm) along the bottom edge.

While poplar is by far the predominant wood support for Italian paintings in general and was utilized, particularly in early works, by the master (*The Annunciation, Ginevra de'Benci, Mona Lisa,* the *Virgin and Child with St. Anne,* the London *Virgin of the Rocks*), walnut panels were both recommended by Leonardo and utilized by him, especially during his time in Milan (*St. Jerome, The Lady with an Ermine, Portrait of a Musician,* and "*La Belle Ferronnière,*" *St. John the Baptist*).

## Preliminary Drawings

Two drapery studies in the Royal Library at Windsor Castle are preparatory to

DEFS0022513



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

Leonardo's *Salvator Mundi*. Both (RL152524 and RL152525) are considered autograph drawings by Leonardo, and are generally dated to the early 1500s. Each is drawn in red chalk on reddish orange prepared paper with white pale chalk and heightening and pen and ink. RL152524, which measures 139 by 22 mm. is concerned with the up-stretched right arm of Christ, the cuff of the sleeve, and folds on the drapery that envelop the arm. RL152525 (which measures 164 by 152 mm) depicts a model wearing the tunic that will cover Christ, and methodically indicates the folds and pleats that will fall across his chest, as well as the placement of the stole. Certain compositional changes are visible in the drawing --in the shape of ornamental designs, in their placement in the central lozenge, and the overall arrangement of the drapery, which at this stage does not seem to take into account the inclusion of the blessing hand. A second drawing on the same sheet, at the lower right, provides an initial concept of that arm.

### The Hollar Etching of 1650

Hollar's etching of the composition  records a near half-length figure of a bearded adult Christ with long ringlets framing his face. He appears frontally against a plain background, an aura of light suggested behind his head. He wears a pleated garment, the top edge of which is delineated by an elaborate knot-work neckband. Below and attached to it, at the centre of his chest, appears decorative knot-work embroidery around an ovular stone and a square stone above. Across Christ's chest an x-shaped stole appears, also decorated with knot patterns and with an ovular stone at the crossing. A robe is draped over his proper left shoulder. Christ's right hand is raised in benediction; his left holds a transparent orb. The subscription of Hollar's print ("Leonardus da Vinci pinxit. Wenceslaus Hollar fecit Aqua forti, secundum Originale, Ao1650") informs us that Hollar has based his etching on what he believed to be an original painting by Leonardo and that it was printed in 1650.

Those scholars who have studied the present painting directly are agreed in dating the painting either at the very end of Leonardo's Milanese period (ca. 1498-99) at about the time of the completion of *The Last Supper,* or during his Florentine period (1500-1506), roughly contemporary with the *Mona Lisa.*

Earlier attempts at dating the composition –made without knowledge of the original painting—were more speculative. The most common dating of 1503-1504 was largely based on the association of the composition and the Windsor drawings with the request of Isabella d'Este for a *Young Christ.* So follow Clark, Popham, Clayton, and Bambach. Heydenreich put his first version of the composition at about this time and the second in the years 1507-13. Marani considered the date to be after 1503-4 (1989), but subsequently placed the painting ca. 1510-13 (1994) before suggesting it should be dated to the 1490s (2005). Pedretti (1973, 1983, and 2008) dated the drawings ca. 1510-1515 and Snow-Smith located the painting accordingly ("probably started earlier, was well along by 1511, even if not completed prior to 1513"). Fiorio (2000) suggested a date of 1506/7, or earlier, but has more recently (2005) proposed a date contemporary with the *Last Supper*, that is, 1495-97. Bartalini (1996) also placed the painting at the end of Leonardo's first period in Milan (ending 1499) and Bertelli (2006) similarly dated the drawings ca. 1499. Zöllner placed the painting broadly between 1500 and 1510, while Kemp (1981), without proposing a specific date, associated the painting with Republican Florence, noting that it was on S. Salvatore day that the Medici were expelled in 1494. It is to be expected that further discussion of the painting's date will be forthcoming.

DEFS0022514



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

## Pentimenti

Perhaps the most obvious and significant *pentimento* in the present painting involves the thumb of Christ's right (blessing) hand. This was originally drawn in a more vertical orientation than that finally painted. While not fully realized, this first position of the thumb is both revealed in infra-red photography and is visible in mid-treatment photographs taken of the painting while being conserved. The position of the thumb would have been modified by the artist in the course of the painting's creation; in its ultimate resolution the position of the thumb corresponds to that found in the Hollar print and in of all the other painted versions of the composition.

Infra-red photography reveals that the left descending band of the stole, extending from Christ's hand to the crossing, was originally positioned at a different, less severe angle. The right ascending band was originally positioned slightly above, but at essentially the same angle as, the band in the finished composition. The top of the crossing of the two bands was originally above and to the right of its final position. As first positioned, the crossing of the stole was centered directly below the jeweled ornament attached to the neck-band. It was then shifted below and to the left. A likely reason for this change would be to reflect the shift of the stole caused by the raising of Christ's right hand in benediction.

The first position of the left band recalls that summarily sketched by Leonardo in the Windsor drawing (RL12525). That drawing would appear to have recorded the drapery patterns on a model whose arms were not raised, or at least one in which the position of the arms was not considered. In the drawing the drapery folds at the left descend down and out to the left from the neckline before bending in to the right to form part of the "omega-tuck" pattern. As realized in the painting, the fold is more vertical and is then bordered by folds descending from the arm of Christ. As revealed in infra-red imaging, the lower edge of the neck-band was originally positioned slightly below but following a similar curve as found in the finished composition. Brushed horizontal drawing is visible below.

Infra-red imaging indicates that the central jeweled ornament was first conceived as a larger design, both broader and longer than ultimately realized. The pattern of dark preparation revealed in the infra-red image corresponds to some degree with the reserve for this area summarily sketched by Leonardo in the Windsor drawing (RL12525).

In the course of conservation treatment, a wholly distinct decorative pattern (recorded in photographs) was visible to the eye in some areas beneath the knot-work orphrey design of the stole. That pattern, apparently sketched in a white or a pale-yellow paint, seems to consist primarily of rounded, elliptical forms; while elements of the design are discernible, it has so far proven difficult to record the overall pattern. This first design is most clearly seen in the upper half of the right ascending band of the stole, near the central crossing. Another fragment of the design is visible through the blue blouse below and to the right of the central ornament. These patterns are visible in natural light. From what can be discerned, the pattern closely resembles a decorative knot design recorded on a sheet at Windsor (RL12351verso), datable ca. 1493-94 (Clark-Pedretti, 1968-69, I, p. 41).

Examination of Christ's left hand (holding the orb at the right) by infra-red imaging reveals *pentimenti* in the positioning and length of the fingers: the index and middle fingers were originally longer than finally realized (the contours of the extended finger-tips are clearly visible) and the third and fourth fingers appear to have been positioned disparately. Brushed drawing to fix the contour of the heel of the palm

DEFS0022515



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

seen through the orb is also apparent.

In the infra-red digital composite photograph and, more clearly in the infra-red reflectogram, a difference in the preparation can be noted. A diagonal line running from lower left to upper right and crossing through the middle phalanges of the small and ring fingers and just below the thumb separates a darker area above from a lighter area below. This line roughly corresponds to the location of the contour of Christ's proper right shoulder and suggests that the motif of the raised blessing hand may not have been part of the first conception of the composition.

Other technical observations, including the discussion of incisions in the paint surface and the presence of fingerprints are treated in the Technical Examination Report by Nica Gutman Rieppi.

This painting appears to be the only version in which Christ's blouse is blue. Pigment analysis of the present painting indicates an ultramarine (lapis lazuli) pigment.

**Provenance:**
King Charles I of England (1600-1649), Greenwich (by 1649); sold at the Commonwealth Sale, 1651, £30 to Stone;
John Stone, 1651-1660;
King Charles II of England, Whitehall (1660-1685);
King James II of England, (1685-1688?);
Probably taken from Whitehall, ca. 1688, by his son-in-law, John Sheffield, 3rd Earl of Mulgrave, later 1st Duke of Buckingham and Normanby (died 1721), Buckingham House, London;
By descent to his wife, Catherine Darnley, Duchess of Buckingham (died 1743);
By descent to Charles Herbert Sheffield, natural son of John Sheffield (Buckingham House sold to the George III in 1761);
Sold, "Pictures Brought from Buckingham-House," London, Prestage, 24 February 1763, lot 53 ("L. Da Vinci ... A Head of our Saviour") for .2-10-0;
Sir John Charles Robinson, Newton Manor, Dorset, 1900;
From whom acquired for £120 (as Luini) by Sir Francis Cook, 1st Bt. (1901), Doughty House, Richmond;
By descent to Sir Frederick Lucas Cook, 2nd Bt. (1901-1920), Doughty House, Richmond; By descent to Sir Herbert Frederick Cook, 3rd Bt. (1920-1939), Doughty House, Richmond; By descent to Sir Francis Ferdinand Maurice Cook, 4t Bt., Doughty House, Richmond (1939-1958);
Cook Collection Sale, Sotheby's, London, June 25, 1958, lot 40 (as "Boltraffio"), £45 to Kuntz
Private Collection, USA

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022516

**Sotheby's** EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

**Exhibited:**
Wolverhampton, Municipal Art Gallery, *Sacred Art; A Selection of Paintings from the Cook Collection Lent by Sir Francis Cook, Bt., and the Trustees*, June 1947; Bolton, Bolton Art Gallery 9 August – 6 September 1947, cat. no. 17; Eastbourne, Towner Art Gallery, 1948, cat. no. 106 (as Milanese school, c. 1500); London, National Gallery, *Leonardo da Vinci; Painter at the Court of Milan*, 9 November 2011 – 5 February 2012, cat. no. 91, (as by Leonardo da Vinci).

**Literature:**
T. Borenius in H. Cook ed. *A Catalogue of the Paintings at Doughty House, Richmond*, Vol. I, London 1913, no. 106, p. 123 (as a free copy after Boltraffio's original then in the collection of the late G.B. Vittadini, Arcore);
W. Suida, *Leonardo und sein Kreis*, Munich 1929, p. 140;
M.W. Brockwell ed., *Abridged Catalogue of the Pictures at Doughty House Richmond Surrey in the Collection of Sir Herbert Cook, Bart*, London 1932, p. 30, no. 106 (as Milanese School);
K. Clark, *The Drawings of Leonardo da Vinci in the collection of Her Majesty the Queen at Windsor Castle*, London 1935; second edition, revised with the assistance of C. Pedretti, London 1968-69, p. 94 (as a replica after a lost original by Leonardo);
W.E. Suida, in W.R. Valentiner and W. E. Suida, et. al., *Leonardo da Vinci Loan Exhibition*, exhib. cat., Los Angeles 1949, pp. 85-86 (as a version of a composition connected with Leonardo);
L.H. Heydenreich, 'Leonardos 'Salvator Mundi' in *Raccolta Vinciana*, vol. XX (1964), p. 109, no. 6; reprinted in Heydenreich, ed. Passavant, *Leonardo-Studien* (Munich 1988), p. 112, no. 6 (in a ruinous state);
J. Snow-Smith, 'The Salvator Mundi of Leonardo da Vinci' in *Arte Lombarda*, vol. 50, 1978, p. 69 (as a copy after the de Ganay painting which she here proposes as Leonardo's lost original);
P. Trutty-Coohill, *Studies in the School of Leonardo da Vinci: Paintings in Public Collections in the United States with a Chronology of the Activity of Leonardo and his Pupils and Catalogue of Auction Sales*, unpub. Ph.D. diss., Pennsylvania State University, 1982, pp. 144 and 153n10. (list only);
J. Snow-Smith, *The Salvator Mundi of Leonardo da Vinci*, Seattle 1982, pp. 11, 12, fig. 7 (as after Boltraffio. She rejects it as Leonardo's original because it differs from Hollar's etching in the lack of a jewel in the centre of stole, the cross hatching in the neckband and Christ's lack of a beard [all areas that had been obscured by the later repinting]);
E. Danziger and J. Somerville, 'Concordance of Cook Collection paintings' no. 106, Online supplement to E. Danziger 'The Cook collection, its founder and its inheritors' in *The Burlington Magazine*, vol. CXLVI, July 2004, pp. 444-458 (list only);
M. Kemp, *Leonardo*, rev. ed., Oxford 2011, pp. 208-9, 258, pl. 19 (as Leonardo's original version);
L. Syson, *Leonardo da Vinci; Painter at the Court of Milan*, exhib. cat. London 2011, pp. 47-48, 282-283, 298-303, cat. 91 (as by Leonardo, datable to 1499 onwards);
P. Joannides, Review of *Leonardo da Vinci; Painter at the Court of Milan* in *Paragone*, July 2011, pp. 57-58 ("a new attribution that carried conviction".

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022517

# Sotheby's

EST. 1744

34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

Joannides accepts the painting as an autograph work by Leonardo, and writes that the "some of the drapery might be by an assistant" as he believes is the case with some of the Belle Ferronière's bodice);

M. Bailey, *The Art Newspaper*, September 2011, (as a rediscovery by Leonardo, it records that the attribution is accepted by Luke Syson, Nicholas Penny, Carmen Bambach, Andrea Bayer, Keith Christiansen, Everett Fahy, David Alan Brown, Mina Gregori, Maria Teresa Fiorio, Pietro Marani, David Ekserdjian and Martin Kemp. It notes that the only scholar who does not accept the attribution is Carlo Pedretti);

M. Kemp, 'Sight and Salvation' in *Nature*, vol. 479, 11 November 2011, pp. 174-5.11 (as by Leonardo; also suggesting that it was the "Christ in the Manner of God the Father" recorded in 1525 in the collection of Gian Giacomo Caprotti, called Salai);

C.C. Bambach, 'Seeking the universal painter' *Apollo*, vol. CLXXV, no. 595, February 2012, p. 84, fig 4 ("much of the original paint surface may be by Boltraffio, but with passages done by Leonardo himself, namely Christ's proper right blessing hand, portions of the sleeve, his left hand and the crystal orb he holds." [her view, contrary to that of most scholars, perhaps explained by the fact that those parts Bambach speculates as being by Boltraffio are the least well preserved, whilst those she considers to be by Leonardo are the best preserved]);

C. Robertson, 'Leonardo da Vinci' in *The Burlington Magazine*, vol. XLIV, February 2012, p. 133 it ("displays qualities of conception that are strongly associated with Leonardo" yet he finds it hard to accept as an unambiguously autograph work, along with the *Madonna of the Yarnwinder* and the *Madonna Litta*);

P. C. Marani, *Dossier de l'art*, no. 195, April 2012, pp. 60-62; as by Leonardo and noting that this view was also taken by the following scholars who had seen it in the restoration studios of the National Gallery in 2008: Nicholas Penny, Luke Syson, Martin Kemp, Carmen Bambach and Maria Teresa Fiorio; Marani also notes that others saw the painting as the work of one of Leonardo's most gifted assistants – views expressed by Alvar Gonzales Palacios and Cesare de Seta (in *Sole 24 ore* and *La Repubblica* ; and that Carlo Pedretti, in an interview in Corriere deal serra, had expressed doubts but admitted he had never seen the picture after restoration);

F. Ames-Lewis, *Isabella and Leonardo; The Artistic Relationship between Isabella D'Este and Leonardo da Vinci, 1500-1506*, New Haven-London 2012, pp. 192-221, figs. 96, 100 (as by Leonardo. It is "seriously damaged, but has passages of high quality painting" (p.200) and is almost certainly the painting which Hollar based his etching on, and is painted in a way that "was entirely characteristic of Leonardo's own technical treatment". It "is an important new addition to Leonardo da Vinci's oeuvre" (p.204));

M. Kemp, *Christ to Coke; How Image Becomes Icon*, Oxford 2012, pp. 35-7, fig. 1.12 (as by Leonardo and datable to c. 1505-09);

M. Kemp, 'News from Leonardo: Do the Ayes Have It?' in *IFAR Journal*, vol. 13, no. 4, 2012/13, pp. 36-53, as Leonardo, but with the comment, "I would be delighted if all the Leonardo scholars accepted the *Salvator Mundi*, but indeed there are still questions about it...We will probably need another fifty years or so for complete consensus" (p.51) [Subsequent correspondence with Kemp clarifies that the scholars to whom he was referring who did not accept it were Carlo Pedretti and Frank Zöllner. Pedretti's negative comment was made without seeing the painting or a recent photograph (formulating his judgement from the 1913 black-and-white photograph showing the painting in its over-painted state). Zöllner also initially commented without having seen the picture, but having seen a high-resolution image of the painting has confirmed that in the next edition of his Taschen Leonardo book, the caption will read "Leonardo da Vinci" in full.]

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022518



34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

## Forthcoming Literature:

*The Lost Christ of Leonardo Da Vinci,* monograph due to be published by Yale University Press, London, in the autumn of 2013. This will contain contributions by David Ekserdjian, Martin Kemp, Pietro Marani, and Robert Simon discussing art-historical aspects of the painting, an article by Margaret Dalivalle on the painting's provenance, a discussion of the painting's conservation by Dianne Modestini, the structural work on the panel by Monica Griesbach, and technical analyses based on recent scientific testing by Nica Gutman Rieppi, Beth Price, and Ken Sutherland.

## APPENDIX 1

The generally recognized corpus of authentic paintings by Leonardo

*Madonna of the Carnation* --Munich, Alte Pinakothek
*Annunciation* --Florence, Galleria degli Uffizi
*Portrait of Ginevra de'Benci* --Washington, National Gallery of Art
*Adoration of the Magi* (unfinished) Florence, Galleria degli Uffizi
*Madonna and Child (Benois Madonna)* –St. Petersburg, Hermitage Museum
*St. Jerome* (unfinished) --Rome, Pinacoteca Vaticana
*Portrait of a Musician* – Milan, Pinacoteca Ambrosiana
*Virgin of the Rocks* (First Version) – Paris, Musée du Louvre
*Lady with an Ermine (Cecilia Gallerani)* – Cracow, Czartoryski Museum
*Portrait of a Lady (La Belle Ferronière)* – Paris, Musée du Louvre
*Virgin of the Rocks* (Second Version) – London, National Gallery
*Christ as Salvator Mundi* – Private collection
*Mona Lisa*—Paris, Musée du Louvre
*Virgin and Child with St. Anne* -- Paris, Musée du Louvre
*St John the Baptist* -- Paris, Musée du Louvre
*The Last Supper,* mural painting in the refectory of Santa Maria delle Grazie, Milan
*Madonna of the Yarnwinder,* existing in two versions, considered to be painted in part by Leonardo  - Duke of Buccleuch and Private collection

Lost Works
1) *The Battle of Anghiari* –a large, incomplete fresco in the Palazzo Vecchio, Florence, which was covered and presumably destroyed by Vasari in the 1550s. Recent attempts have been made using sophisticated imaging devices to discover whether any remnants might exist under the present wall. These have so far proven unsuccessful.
2) *Leda and the Swan* – While there is no absolute proof that an original by Leonardo existed, the composition is known through several copies; most scholars believe that Leonardo's painting had been destroyed by the end of the eighteenth century.

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022519

# Sotheby's EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA
+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM



SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022520



34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM

**Leonardo da Vinci**
Vinci 1452 – 1519 Amboise
CHRIST AS SALVATOR MUNDI
oil on walnut panel
65.6 by 45.4cm.; 25 13/16 by  17 7/8in.


**Provenance**
King Charles I of England (1600-1649), Greenwich (by 1649); sold at the
Commonwealth Sale, 1651, £30 to Stone;
John Stone, 1651-1660;
King Charles II of England, Whitehall (1660-1685);
King James II of England, (1685-1688?);
Probably taken from Whitehall, ca. 1688, by his son-in-law, John Sheffield, 3rd Earl
of Mulgrave, later 1st Duke of Buckingham and Normanby (died 1721), Buckingham
House, London;
By descent to his wife, Catherine Darnley, Duchess of Buckingham (died 1743);
By descent to Charles Herbert Sheffield, natural son of John Sheffield (Buckingham
House sold to the George III in 1761);
Sold, "Pictures Brought from Buckingham-House," London, Prestage, 24 February
1763, lot 53 ("L. Da Vinci … A Head of our Saviour") for £2-10-0;
Sir John Charles Robinson, Newton Manor, Dorset, 1900;
From whom acquired for £120 (as Luini) by Sir Francis Cook, 1st Bt. (1901),
Doughty House, Richmond;
By descent to Sir Frederick Lucas Cook, 2nd Bt. (1901-1920), Doughty House,
Richmond; By descent to Sir Herbert Frederick Cook, 3rd Bt. (1920-1939), Doughty
House, Richmond; By descent to Sir Francis Ferdinand Maurice Cook, 4t Bt.,
Doughty House, Richmond (1939-1958);
Cook Collection Sale, Sotheby's, London, June 25, 1958, lot 40 (as "Boltraffio"), £45
to Kuntz
Private Collection, USA


**Exhibited**
Wolverhampton, Municipal Art Gallery, *Sacred Art; A Selection of Paintings from the
Cook Collection Lent by Sir Francis Cook, Bt., and the Trustees*, June 1947; Bolton,
Bolton Art Gallery 9 August – 6 September 1947, cat. no. 17; Eastbourne, Towner Art
Gallery, 1948, cat. no. 106 (as Milanese school, c. 1500);
London, National Gallery, *Leonardo da Vinci; Painter at the Court of Milan*, 9
November 2011 – 5 February 2012, cat. no. 91, (as by Leonardo da Vinci).

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022521

# Sotheby's

EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

# LEONARDO DA VINCI

—

# PAINTER AT THE COURT OF MILAN

LUKE SYSON

WITH

LARRY KEITH

ARTURO GALANSINO, ANTONIO MAZZOTTA,
MINNA MOORE EDE, SCOTT NETHERSOLE
AND PER RUMBERG

National Gallery Company, London
DISTRIBUTED BY YALE UNIVERSITY PRESS

SOTHEBYS: REGISTERED AT THE ABOVE ADDRESS NO. 874867

DEFS0022522

# Sotheby's EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

## 91

### LEONARDO DA VINCI (1452–1519)

*Christ as Salvator Mundi*

about 1499 onwards

Oil on walnut
65.6 × 45.1 cm
Private collection

It has always seemed likely that Leonardo painted a picture of Christ as the Saviour of the World. In 1650 the celebrated printmaker Wenceslaus Hollar signed an etching of Christ raising his right hand in blessing, holding a transparent orb in his left, with a nimbus of light behind his head; the image was taken, he states, from a painting by Leonardo (fig. 111). Though Hollar was generally well-informed, this would not be enough on its own to prove that an autograph picture by Leonardo had once existed. By the seventeenth century any number of paintings by his pupils and associates were firmly attributed to Leonardo himself and there was no shortage of pupils' pictures depicting the *Salvator Mundi*, all clearly related to one another, all unmistakably Leonardesque. In 1978 and 1982 one of these many versions was promoted as Leonardo's lost 'original', partly because of its similarities to the etching, a suggestion that has rightly been rejected. Hollar might very well have been copying a copy.

There is other evidence, however, that Leonardo explored this or a related subject. As early as the mid-1480s he drew a 'head of Christ', in pen and ink, which appears in the list of his works preserved in the Codex Atlanticus (see p. 25). And in the early sixteenth century he discussed painting an adolescent Christ for Isabella d'Este, Marchioness of Mantua. Most importantly, there survive two red-chalk drawings of draperies, obviously related to the composition etched by Hollar and the many workshop copies (cats 89, 90). But even these do not constitute proof that Leonardo painted a *Salvator Mundi*, and it has sometimes been argued that these drawings might have formed the basis for one or more finished designs – perhaps cartoons – that he made expressly to be copied by pupils but with no primary version by the master himself. Other scholars have imagined, more straightforwardly, that Leonardo's own painting disappeared long ago.

The re-emergence of this picture, cleaned and restored to reveal an autograph work by Leonardo, therefore comes as an extraordinary surprise. Though Hollar's Christ is very slightly stouter and broader, the two images coincide almost exactly. The draperies are just a little simplified and there is no glow of light around Christ's head. Otherwise the newly discovered painting has the same snaking locks of hair, expressionless face and uncannily direct gaze, and the same swathe of monumental drapery across his shoulder. And the knot-pattern ornament on Christ's crossed



FIG. 111

WENCESLAUS HOLLAR (1607–1677)
After Leonardo da Vinci, *Salvator Mundi* 1650
Etching, first state, 26.4 × 19.0 cm
The Royal Collection (RL 800891)

stole and on the border of his vestment are very similar indeed, a particularly important consideration given that this ornament is the aspect most subject to change in the different surviving versions. There can be no doubt that this is the picture copied by Hollar.

In fact this version of the *Salvator Mundi* is not a new discovery. It has been known since the beginning of the twentieth century but never seriously studied and certainly not recognised as Leonardo's own work. The picture was acquired in 1900 by Sir Francis Cook for his collection at Doughty House in Richmond, Surrey, through or from his long-standing adviser, Sir J.C. Robinson. It has not yet been discovered where Robinson obtained it. In 1913 Tancred Borenius catalogued it as a 'free copy after Boltraffio', twice removed therefore from Leonardo. In 1958 it was sold from the Cook collection, still as a copy after Boltraffio. The low esteem in which it was held is easy to explain: by the time it came into Francis Cook's possession it had been very considerably overpainted. Christ's blessing hand was the least altered area but his head had been almost entirely reinvented. And that after 1958 it was known only from the poor black-and-white photograph reproduced in Borenius's catalogue only compounded the problem.

The reasons for such abundant overpaint are also clear. Though both Christ's hands are well preserved elsewhere the picture has suffered. Sometime in the past the panel split in two, causing paint losses along the length of the crack. It has also been aggressively over-cleaned, with some abrasion of the whole picture surface and especially in the face and hair of Christ, where Leonardo's sequence of delicate paint layers

LITERATURE

Borenius 1913, p. 124; Snow 1949, p. 149; Clark 1939, vol. 1, p. 80; Snow in Los Angeles 1949, pp. 89–91; Heydenreich 1964, p. 170; Snow-Sironi, 1982, pp. 12, 13, fig. 7

100

DEFS0022523

# Sotheby's EST.1744

34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

were especially vulnerable. It may well be that this ill-judged restoration took place quite early in the picture's history, possibly soon after it arrived in England in the early seventeenth century.

The location of the picture in Hollar's 1650 etching has long been a matter of speculation. It is known that his long-standing patron, the exiled Queen Henrietta Maria, received proof copies, and it seems that this gift had special meaning. Both the Queen and the Royalist printmaker had fled England in 1644, and when Hollar presented Henrietta Maria with the etched *Salvator Mundi* her king, Charles I, had been dead just a year, beheaded in 1649. In the inventory of the royal collection drawn up after his execution, there appears 'A peece of Christ done by Leonardo at 30.00.00. Sold to Stone a.o 23 Oct. 1651'. It appears to have hung in Henrietta Maria's private 'closets' at her house in Greenwich. Hollar must have made a drawing of Leonardo's painting while he was still in England, when it still belonged to the King and Queen. This drawing then formed the basis of the print, an image that had now come to have additional associations for the Catholic Henrietta Maria. The several connections with the Queen suggest that the *Salvator Mundi* is likely to have come to England when she married Charles in 1625, and was originally the property of the French royal family; several of the best copies have a French provenance.

None of this, of course, is evidence for the picture's autograph status. After all, the pictures by pupils copying Leonardo's design may sometimes have been rather good, and one such might easily have been owned by Henrietta Maria. The quality of Christ's blessing hand suggests that the picture had previously been significantly underestimated; but it took its recent cleaning to reveal the picture's overall quality, as well as characteristics consistent with Leonardo's own technique. There is, for example, a major pentiment in the thumb of Christ's proper right hand, and other lesser adjustments of the contours elsewhere (such as in the palm of the left hand seen through the transparent orb). Such changes of mind are typical of Leonardo and would be surprising in a copy of an existing design. The head was perhaps executed with the aid of a cartoon, when the picture is examined in infrared, pentimenti can be seen running along the line of the upper lip. The rest of the body has a much looser, broadly underdrawing, with further small changes of mind.

This combination of careful preparation for the head and much greater improvisation for the body is again characteristic of Leonardo. The painting technique is close to that of the *Mona Lisa* (fig. 12) and the *Saint John the Baptist* (fig. 41), the face in particular built up with multiple, extremely thin paint layers, another technical aspect that makes Leonardo's authorship certain. Like both these pictures, the *Salvator Mundi* may well have been painted over an extended period of time.

There are several remarkable features, all painted with startling delicacy and precision: the curling highlights in the hair, the brilliantly irregular pleats in the tunic, the grand sweep of the cloak. Only the repeat pattern of the ornament is a little disappointing. Leonardo appears to have painted the first section on the left and perhaps delegated the rest. Christ, unusually for this date, is dressed entirely in clothes of celestial blue, painted with precious lapis lazuli.

And it is with Christ's costume that we begin to understand the ways in which Leonardo chooses to present him as king of the whole universe. This is Christ as characterised in John 4:14. And we have seen and testify that the Father has sent his Son as the Saviour of the World. There is nothing obvious about this. Christ does not have a crown, nor even a halo. But he does carry an orb, the emblem of kingship as well as a symbol of the world. Its tiny specks show that Leonardo conceived this globe as made of rock crystal, the purest form of quartz, widely thought to have particular properties of which Leonardo was certainly aware. It was believed to be formed from ice petrified on the very highest mountain peaks, possessed of formidable magic powers. During the Middle Ages, pieces of rock crystal, all cut in Antiquity, were frequently set into reliquaries, giving the stone a sacred context. And it was precious in part because, during this period, the secrets of how it could be worked were lost. It was not until the early sixteenth century, after the execution of this painting, that Renaissance craftsmen rediscovered the technique. There were therefore several features of Christ's orb that made it into something miraculous even before its perfect spherical shape is taken into account.

As Leonardo knew very well, the sphere was a divine form, regarded as perhaps the most important of the Platonic solids, an unattainably regular and continuous form in which Plato proposed, the whole universe is contained. By depicting this sphere as if

NOTES

1  This discussion anticipates the more detailed publication of this picture by Robert Simon and others. I am grateful to Robert Simon for making available his research and that of Dianne Dwyer Modestini, Nica Gutman Rapp and (for the picture's provenance) Margaret Dalivalle, all to be presented in a forthcoming book.

2  Leonardo da Vinci pinxit. Wenceslaus Hollar fecit Aqua forti secundum Originale. A° 1650.

3  Snow-Smith 1978, pp. 69–81; Snow-Smith 1982.

4  A figure of Christ the Redeemer by Leonardo is recorded by Fabio Vitii Monti in his Catalogo superiore Conti/Ord. Frati e Maria Graziano (Archivio di Stato, Milan), painted as a lunette over the main door leading from the church of Santa Maria delle Grazie to the convent. It was destroyed in 1594 or 1603 when the door was enlarged. See Marani 1989 p. 130, no. 64.

5  Snow-Smith 1982, p. 37.

6  Millar 1972, p. 65. Research soon to be published by Margaret Dalivalle will show that John Shaw was forced to return it to the Royal Collection after the Restoration. Subsequently it seems to have passed from James II into the possession of John Sheffield, 1st Duke of Buckingham (1648–1721). In 1763 it was sold for a rather low sum by Buckingham's illegitimate son, not to reappear until 1900.

7  For Hollar 2002, pp. 162–3. A version of the picture is recorded as an inventory drawn up in Milan on 21 April 1525 though it is not certain made by Salaì Leonardo's much beloved assistant, of pictures by his master that had been left in France. Coming out after Salaì's death, the description of the picture as mentioning 'Uno Christo in modo de uno Dio Padre' (A Christ in the guise of a God the Father). See Shell and Sironi 1991, p. 97.

8  Thieme-Becker (Klauss), XXXVII, 1948. See Garnier 1977, pp. 315–16, 357–8, 416, 472–6. Gasparoni 1999, pp. 67–8. Leonardo certainly owned at least two books in which he might have found such information: a Tegularius, most likely the text by Marbodius, Hispalensis or Jean de una altra pietre fine rare diglie and the Speculum lapidum, which could be the 1502 treatise actually written under a pseudonym by Albertus Magnus published in Bologna 1475. See Reti 1974, vol. I, pp. 168–1122.

292

DEFS0022524

# Sotheby's

34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000  F +44 (0)20 7293 5989  WWW.SOTHEBYS.COM

made from rock crystal. Leonardo ensured that it would be perceived as if formed from light itself. He explained that the light which passes through diaphanous bodies like glass or crystal [*vetri* or *cristalli*] produce the same effect as though nothing intervened between the shaded object and the light that falls upon it. This perfect sphere is seen to both contain and transmit the light of the world. Moreover, Christ's hand remains miraculously undistorted. Leonardo has therefore created an object which would be under stood as a piece of divine craftsmanship, but still be his own invention. Never did he make the connection between his own creativity and God's more explicit.

He made the same point by the way he painted the face of Christ itself. If the painting of the orb is marvellously modern, dependent on Leonardo's understanding of the passage of light, the face of Christ – rigid, symmetrical, absolutely frontal – is deliberately archaic. He seems to have been aware of the central panel of a polyptych ascribed to Giotto and his workshop (North Carolina Museum of Art, Raleigh) showing Christ blessing. From this he takes the blessing hand, with the index and third finger crossing, and particularly the sweep of the drapery across the body. And, as Joanne Snow-Smith observed, he also based his first design for Christ's sleeve (cat. 89) on this painting. His picture also contains a reminiscence of the terracotta busts of Christ produced in Verrocchio's workshop. But, above all, Leonardo is demonstrating his awareness of those images of the Holy Face believed to have been made miraculously: the *sudarium* or veil of Saint Veronica, treasured at St Peter's until the Sack of Rome in 1527, and especially the Mandylion of Edessa, the portrait of Christ that he made by pressing his face to a piece of cloth that he sent to the king of Edessa, curing him of a fatal illness. Both these miraculous images were regarded as examples of the so-called *acheiropoieta*, an image not made by human hands, they therefore become the ultimate truthful, unmediated likenesses.

They had already been imitated by painters. In the Netherlands, it was Jan van Eyck who was chiefly responsible for formulating the canonical Holy Face, though no autograph version survives. Joseph Leo Koerner has pointed out that van Eyck (to judge from copies) makes a case for this picture as similarly unmediated by the elimination of all visible signs of its making. It is by his extraordinary artistry he seems to

say, that he can become a privileged witness of the face of Christ. He too can make the invisible visible, the word flesh, and his work becomes a new kind of miracle founded on God-given talent. Leonardo makes the same extraordinary claim: the extreme delicacy of his technique in the *Salvator Mundi* conceals any sign of his brushwork. Just as God created Christ as his perfect image and likeness, so Leonardo has sought to recreate the perfect icon. Leonardo's art is therefore seen to be just as wonderful as that of the crystal orb itself, unmakable except by God and Leonardo.

To become the witness of Christ, Leonardo needed, as van Eyck had done, to have his image upon one of the existing images already recognised as miraculous. His own picture of 'the most beautiful among the children of men' needed to be recognisable, and he was forced to abandon his own canon of ideal proportion. He may also have taken his patron's wishes into account. The history of the Mandylion of Edessa is obscure. It is thought to have been transferred to Constantinople in AD 944, but what happened thereafter is much disputed. Suffice it to say that by 1500 at least three images were all claimed as authentic. One belonged to the French kings, kept at the Sainte-Chapelle in Paris until the French Revolution. Another, still revered today, was (and is) just outside Genoa, at San Bartolomeo degli Armeni. Genoa was a Sforza possession, and when Milan fell to the French in 1499 they also took over the great port city as well as responsibility for its treasured Holy Face.

Snow-Smith has shown that King Louis XII and his consort, Anne of Brittany, were particularly devoted to Christ as *Salvator Mundi*, and that they could connect this cult with the Mandylion of Edessa, twice over we now see. Given the date – around 1500 – of Leonardo's preparatory drawings, the style of the picture and its subsequent association with a French princess, Louis and Anne become the most likely patrons for Leonardo's *Salvator Mundi*, probably commissioning the work soon after the conquest of Milan and Genoa. This would therefore be one of the French commissions mentioned by Fra Pietro da Novellara. And it was perhaps to accommodate their wishes that Leonardo based Christ's features, the set of his eyes and the heavy lower lids, and especially his smoothly arched eyebrows running down into a long nose, on the Christ of the Mandylion of Edessa.

DEFS0022525

# Sotheby's

EST. 1744

34-35 NEW BOND STREET  LONDON W1A 2AA

+44 (0)20 7293 5000   F +44 (0)20 7293 5989   WWW.SOTHEBYS.COM



SOTHEBYS:  REGISTERED AT THE ABOVE ADDRESS NO. 874867



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DEFS0022507 - DEFS0022526**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Jacqueline Yorke

Sworn to before me this
May 19, 2022

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE