UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>SOTHEBY'S and SOTHEBY'S, INC.,<br><br>        Defendants. | 18 Civ. 9011 (JMF) |

### DECLARATION OF DANIEL J. KORNSTEIN

Daniel J. Kornstein, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares that the following is true and correct:

1.   I am an attorney licensed to practice law in the State of New York and admitted to practice in this Court. I am a partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs in this case.

***Plaintiffs' Discovery of Sotheby's Role in Bouvier's Fraud***

2.   Plaintiffs first learned of Bouvier's fraud on December 31, 2014. Def. 56.1 Resp. (ECF No. 443) ¶¶ 56-58.

3.   Plaintiffs filed a criminal complaint in Monaco against Bouvier on January 9, 2015.

4.   The authorities detained Bouvier in Monaco on February 25, 2015.

5.   Thereafter, on March 12, 2015, Plaintiffs filed legal proceedings against Bouvier in Singapore, where Bouvier claims to reside, as well as other places.

6. While Plaintiffs received some evidence through the Monaco case, it was produced by Bouvier and third parties (not Sotheby's) and did not reveal the extent of Sotheby's role in the fraud. Plaintiffs did not receive any evidence through the Singapore case.

7. Plaintiffs diligently sought to better understand Sotheby's role in the matter; while they knew Sotheby's had been involved in many of the transactions and in preparing valuations, they did not know the extent of Sotheby's involvement.

8. For example, in June 2015, Plaintiffs' lawyers wrote to Sotheby's lawyers advising them that the auction proceeds from the Red Toulouse-Lautrec sale should be remitted to Plaintiffs (not Bouvier) and asking them to share more information about Sotheby's role. Ex. 371.

9. In a July 6, 2015 letter from Sotheby's counsel Arnold & Porter to Plaintiffs' counsel, for example, Sotheby's said it "wishes to co-operate with you in assisting with your enquiries," but went on to falsely state that: "Neither Sam Valette nor others at Sotheby's had any reason to believe that the Painting either was not owned by the Consignor [Bouvier], or that the Consignor did not have authority to transact, and also had no understanding that your clients claim that they have an interest in the Painting. ***There was, therefore, no reason to contact your clients, and indeed they were entirely unknown to Sotheby's*** . . . . ***Sotheby's is an innocent third-party caught up in the dispute between your clients and Mr. Bouvier***." Ex. 370 (emphasis added).

10. In October 2015, Sotheby's lawyers informed Plaintiffs' lawyers it would not provide the information requested and it would not give the sale proceeds of the Red Toulouse-Lautrec to Plaintiffs absent a court order or Bouvier's consent. Ex. 87.

11. As a result of Sotheby's obfuscation and concealment, Plaintiffs remained so ignorant of Sotheby's role in Bouvier's fraud that they consigned one of the Works, Rodin's *L'Eternel Printemps*, to Sotheby's for its May 2016 auction. Ex. 58.

12. On March 25, 2016, Plaintiffs filed a petition under 28 U.S.C. § 1782 to obtain documents from Sotheby's and the three individual sellers of Salvator Mundi. *See In re Accent Delight Int'l*, No. 16-MC-125 (S.D.N.Y.).

13. Plaintiffs (the "Petitioners" in that proceeding) filed the § 1782 application for documents to gain further evidence of Bouvier's fraud. *In re Accent Delight Int'l*, No. 16-MC-125 (S.D.N.Y.), ECF No. 1 (Petition).

14. Plaintiffs sought this discovery for use in the criminal proceedings in Monaco and France and the then pending civil case in Singapore. The Court ultimately granted Plaintiffs' application with respect to the Monaco Proceedings on October 5, 2016. *In re Accent Delight Int'l*, No. 16-MC-125, 2016 WL 5818597 (S.D.N.Y. Oct. 5, 2016).

15. After negotiating a protective order, Sotheby's produced documents to the Plaintiffs on November 17, 2016.

16. Review of the documents produced by Sotheby's revealed that Sotheby's knowledge of, and assistance for, Bouvier's fraud was substantial and far more serious than Plaintiffs had ever before had any reason to suspect.

17. A month later, as of December 16, 2016, Plaintiffs and Sotheby's entered into a tolling agreement that provided, absent an earlier termination, the ensuing one year and ten days "shall not be included in determining the applicability of any statute of limitations." ECF No. 42-5 at 1.

18. Plaintiffs filed their Complaint in this matter on October 2, 2018.

*The Files Bouvier Gave Plaintiffs Contain Sotheby's Documents*

19.     Bouvier provided Plaintiffs with an administrative file for each artwork they purchased through him. These files typically contained photos, Bouvier's invoice, insurance certificates, authenticity documents, provenance, exhibition list, bibliography, commentaries, and scans of excerpts from literature (the "Administrative Files"). Bouvier generally provided these files to Plaintiffs in hard-copy format around the time he issued Plaintiffs invoices for the works.

20.     On November 17, 2017, Sotheby's together with Bouvier and affiliated entities, filed a civil lawsuit in Switzerland against Plaintiffs and related entities and persons seeking a declaratory judgment that Sotheby's, Bouvier, and their related entities have no liability in the dispute between Bouvier and Plaintiffs (the "Swiss Civil Proceeding"). *See* ECF No. 41 ¶¶ 3, 5. On July 11, 2018, as part of this proceeding, Bouvier and his related entities filed a Statement of Claim in the Swiss Civil Proceeding (Ref No. C/27203/2017 2OOC (Tribunal of First Instance, Canton of Geneva, Switzerland)) (the "Bouvier Statement of Claim"). Ex. 372.

21.     The Bouvier Statement of Claim attaches as exhibits the Administrative Files he provided Plaintiffs for each work. The Bouvier Statement of Claim describes these as ███ ███████ and explains that these exhibits comprise ████████████████ ████████████████████████████." *See id.* ¶ 157. The Administrative Files for the Works at issue in this motion are attached as exhibits 115, 119, 123, 127, 131, 135, 139, 147, 155, 160, 164, and 173 to the Bouvier Statement of Claim.

22.     The Bouvier Statement of Claim states that, ████████████████████ ████████████████████████████ ████████████████████████████ ████████████." *Id.* ¶ 156. The Bouvier Statement of Claim also attaches a sworn

affidavit from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attesting that ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" and that she "▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* ¶ 158.

23. Under the Swiss Code of Civil Procedure, a statement of claim must support each factual allegation with documentary or witness testimony and copies of the supporting evidence must be filed with the Court and served on all parties. *See* Art. 221 SCCP; *see also* ECF No. 41 ¶¶ 14 21. Sotheby's Inc. is a one of the plaintiffs in the Swiss Civil Proceeding. *See* ECF No. 41 ¶ 3. Sotheby's received the Bouvier Statement of Claim and attached exhibits, including the Administrative Files, in its capacity as Bouvier's co-plaintiff in the Swiss Civil Proceeding.

24. Almost all of the documents contained in the Administrative Files provided by Bouvier to Plaintiffs were also filed as exhibits to Plaintiffs' Swiss complementary criminal complaint, which were produced to Defendants in this action. Exhibits 32, 39, 40, 45, 49, 59, 68, 82, 100, 108, 133, and 364 to this Declaration are made up of such exhibits. These exhibits contain only the relevant portions of the full Administrative Files provided by Bouvier.

**Sotheby's Thwarted Discovery into Bouvier's Wrongdoing**

25. Bouvier's deposition should be struck for all the reasons set forth in Plaintiffs' prior letter (ECF No. 455) and as we will further explain in a later submission once the final transcript has been received (ECF No. 457).

26. The deposition should also be struck because Sotheby's thwarted discovery into Bouvier's wrongdoing by successfully stopping Plaintiffs from adding exhibits to the Hague request to question Bouvier about the underlying fraud.

27. In March 2020, Plaintiffs consented to seek a Hague request from Switzerland for Bouvier's testimony. ECF No. 152.

28. Swiss procedure requires that questions and exhibits be provided as part of the request and thus the parties collaborated to create those questions and exhibits. The parties had not finalized their ESI collection when this list was created, let alone exchanged any meaningful discovery.

29. On May 19, 2021, Sotheby's sought a second Swiss Hague request for testimony from Bouvier. ECF No. 290. Between March 2020 and May 2021, the parties had reviewed and exchanged tens of thousands of documents in discovery.

30. Plaintiffs sought to include in this Second Swiss request a broader set of exhibits and questions in light of the discovery and document review the parties had engaged in over the previous year. ECF No. 294.

31. Sotheby's opposed expanding the scope of the Swiss request, based on Bouvier's objections. ECF Nos. 303. They eventually agreed to add a subset of documents and questions, but opposed adding any exhibits relating to Bouvier's relationship with Plaintiffs (including the emails in which he described the fake negotiations Sotheby's admits never occurred (Def. 56.1 Resp. 56.1 ¶ 35)) on the grounds that these documents had already been in Plaintiffs' possession at the time of the March 2020 request. ECF No. 308. Plaintiffs explained that US counsel had not had a chance to review all of those documents ahead of the March 2020 Hague request. ECF No. 312. The Court agreed with Sotheby's that Bouvier should not be questioned on these exhibits. ECF No. 316.

32. As a result, at his deposition in Switzerland, Bouvier was not required to answer questions about key correspondence with Plaintiffs and, as will be further explained once the transcript is available, where he found it convenient, he refused to answer questions at all.

### *Exhibits to this Declaration*

33. The following exhibits are attached here in opposition to Defendants' Motion for Summary Judgment:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Excerpts of the Deposition of Bruno Vinciguerra, taken July 9, 2021 |
| 2 | Excerpts of the Deposition of Mari-Claudia Jiménez, as Defendants' Rule 30(b)(6) Representative, taken August 11, 2021 |
| 3 | Excerpts of the Deposition of Bill Ruprecht, taken August 12, 2021 |
| 4 | Excerpts of the Deposition of Jane Levine, taken July 21, 2021 |
| 5 | Excerpts of the Deposition of Melanie Clore, taken July 20, 2021 |
| 6 | Excerpts of the Deposition of Samuel Valette, taken July 28, 2021 |
| 7 | Excerpts of the Deposition of Dmitry Rybolovlev, taken January 21, 2022 and January 24, 2022 |
| 8 | Excerpts of the Deposition of Grégoire Billault, taken June 15, 2021 |
| 9 | Excerpts of the Deposition of Ekaterina Sartori Rybolovleva, taken July 29, 2021 |
| 10 | Excerpts of the Deposition of Alexander Bell, taken June 29, 2021 |
| 11 | Excerpts of the Deposition of William H. Smith, taken December 3, 2021 |
| 12 | Excerpts of the Deposition of Robert Wittman, taken December 7, 2021 |
| 13 | Excerpts of the Deposition of Yuri Bogdanov, as Plaintiffs' Rule 30(b)(6) Representative, taken August 30, 2021 and August 31, 2021 |
| 14 | Excerpts of the Deposition of Yuri Bogdanov, taken July 22, 2021 |
| 15 | Sotheby's Form 10-K Annual Report for the Fiscal Year Ended December 31, 2014 |
| 16 | Sotheby's Private Sale Treaty File for Rodin's *Eve* |
| 17 | Sotheby's Code of Business Conduct |
| 18 | Sotheby's Global Corporate Governance |
| 19 | Sotheby's Current Organizational Diagrams, dated June 3, 2015 |
| 20 | December 21, 2011 Email from Samuel Valette to Bill Ruprecht |
| 21 | June 29, 2011 Email from Amanda Carye to Rena Neville |
| 22 | June 2, 2013 Email from Bruno Vinciguerra to Bill Ruprecht |
| 23 | June 25, 2012 Email from Samuel Valette to Jean-Marc Peretti |
| 24 | April 5, 2011 Email from Bill Ruprecht to Phil Barnard |
| 25 | June 9, 2011 Email from Holli Chandler to Samuel Valette |
| 26 | March 24, 2011 Email from Samuel Valette to Yves Bouvier |

| | |
|---|---|
| 27 | March 18, 2011 Email from Samuel Valette to Yves Bouvier |
| 28 | Private Sale Packet for Picasso's *Homme Assis Au Verre* |
| 29 | April 5, 2011 Email from Samuel Valette to Yves Bouvier |
| 30 | March 25, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 31 | April 1, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 32 | Excerpts from the Administrative File for Picasso's *Homme Assis au Verre* Provided to Plaintiffs by Bouvier |
| 33 | April 7, 2011 Email from Samuel Valette to Simon Stock |
| 34 | April 8, 2011 Email from Samuel Valette to Yves Bouvier |
| 35 | Private Sale Packet for Rodin's *Le Baiser* |
| 36 | Private Sale Packet for Maillol's *La Méditerranée* |
| 37 | October 29, 2015 Email from David Norman to Helena Newman |
| 38 | Sale Estimates for Artworks |
| 39 | Excerpts from the Administrative File for Rodin's *Le Baiser* Provided to Plaintiffs by Bouvier |
| 40 | Excerpts from the Administrative File for Maillol's *La Méditerranée* provided to Plaintiffs by Bouvier |
| 41 | April 21, 2011 Email from Samuel Valette to Yves Bouvier |
| 42 | April 15, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 43 | June 6, 2011 Email from Samuel Valette to David Ober |
| 44 | Private Sale Packet for Matisse's *Nu au Châle Vert* |
| 45 | Excerpts of the Administrative File for Matisse's *Nu au Châle Vert* Provided to Plaintiffs by Bouvier |
| 46 | June 24, 2011 Email from Bill Ruprecht to Bruno Vinciguerra |
| 47 | June 23, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 48 | June 20, 2011 Email from Samuel Valette to Melanie Clore |
| 49 | Excerpts of the Administrative File for Rodin's *L'Eternel Printemps* Provided to Plaintiffs by Bouvier |
| 50 | Private Sale Packet for Rodin's *L'Eternel Printemps* |
| 51 | July 4, 2011 Email from Samuel Valette to Holli Chandler |
| 52 | June 30, 2011 Email from Aleksandra Todorovic to High Value Lot Committee |
| 53 | March 22, 2016 Email from Simon Stock to Helena Newman |
| 54 | March 23, 2016 Email from Isabel Barber to Simon Shaw |
| 55 | July 18, 2011 Email from Samuel Valette to Holli Chandler |
| 56 | June 15, 2011 Email from Samuel Valette to Jean-Marc Peretti |
| 57 | July 21, 2011 Email from Holli Chandler to Richard Purchase |
| 58 | March 24, 2016 Email from Simon Shaw to Sandy Heller |
| 59 | Excerpts from the Administrative File for Giacometti's *Femme de Venise IX* Provided to Plaintiffs by Bouvier |
| 60 | Compliance Checklist for Giacometti's *Femme de Venise IX* |
| 61 | October 10, 2011 Email from Holli Chandler to Antonia Serra |
| 62 | October 6, 2011 Email from Bill Ruprecht to Nisha Amin |

| | |
|---|---|
| 63 | September 23, 2011 Email from Stephane Connery to Bill Ruprecht |
| 64 | December 15, 2011 Email from Maureen Hooft Graafland to Bruno Vinciguerra |
| 65 | November 25, 2011 Email from Nisha Amin to Samuel Valette |
| 66 | November 25, 2011 Email from Nisha Amin to Holli Chandler |
| 67 | Compliance Checklist for Magritte's *Domaine d'Arnheim* |
| 68 | Excerpts from the Administrative File for Rodin's *Eve* Provided to Plaintiffs by Bouvier |
| 69 | March 2, 2012 Email from Nisha Amin to Holli Chandler |
| 70 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 71 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 72 | August 22, 2012 Email from Bruno Vinciguerra to Bill Ruprecht |
| 73 | September 11, 2012 Email from Antonia Serra to Bill Ruprecht and Others |
| 74 | December 17, 2012 Email from Samuel Valette to Bruno Vinciguerra |
| 75 | January 29, 2013 Email From Lucian Simmons to Maxl Rechtsanwalte |
| 76 | Private Sale Documents for Klimt's *Wasserschlangen II* |
| 77 | December 31, 2012 Email from Samuel Valette to Yves Bouvier |
| 78 | January 30, 2013 Email from Samuel Valette to Yves Bouvier |
| 79 | February 16, 2013 Email from Yves Bouvier to Samuel Valette and Franco Momente |
| 80 | July 1, 2013 Email from Samuel Valette to Jean-Marc Peretti |
| 81 | September 10, 2012 Email from Antonia Serra to Samuel Valette |
| 82 | Excerpts from Administrative File for Klimt's *Wasserschlangen II* Provided to Plaintiffs by Bouvier |
| 83 | February 11, 2013 Email from Samuel Valette to Yves Bouvier |
| 84 | February 11, 2013 Email from Yves Bouvier to Mikhail Sazonov |
| 85 | August 22, 2012 Email from Daisy Edelson to Samuel Valette and Others |
| 86 | August 27, 2012 Email from Yves Bouvier to Ekaterina Rybolovleva |
| 87 | October 9, 2015 Letter from Ashurt to Allen & Glenhill |
| 88 | April 1, 2011 Email from Nisha Amin to Holli Chandler |
| 89 | April 26, 2011 Email from Gary Chard to Henry Wyndham |
| 90 | March 28, 2011 Email from Valette to Bouvier |
| 91 | September 20, 2012 Email from Nisha Amin to Bill Ruprecht |
| 92 | September 27, 2011 Email from Holli Chandler to Melissa Fleming and others |
| 93 | September 28, 2011 Email to Holli Chandler attaching Scan of Private Sale Documents for Modigliani's *Tête* |
| 94 | October 11, 2012 Email from Kevin McGuire to Bruno Vinciguerra and others |
| 95 | October 17, 2012 Email from Samuel Valette to Nisha Amin |
| 96 | September 25, 2011 Email from Holli Chandler to High Value Lot Committee |
| 97 | September 26, 2012 Email from Matthew Carville to Holli Chandler |
| 98 | October 3, 2012 Agreement Between Sotheby's and Blancaflor for Sale of Toulouse Lautrec's Green *Au Lit le Baiser* |
| 99 | February 23, 2015 Email from Nanne Dekking to Bruno Vinciguerra and others |

| | |
|---|---|
| 100 | Excerpts of the Administrative File for Toulouse-Lautrec's Green *Au Lit, Le Baiser* Provided to Plaintiffs by Bouvier |
| 101 | January 11, 2013 Email from Yves Bouvier to Mikhail Sazonov |
| 102 | February 14, 2013 Email from Samuel Valette to Lucy Economakis |
| 103 | February 14, 2013 Email from Samuel Valette to Thomas Boyd-Bowman |
| 104 | February 23, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 105 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 106 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 107 | March 4, 2015 Email from Samuel Valette to Clarissa Post |
| 108 | Excerpts from the Administrative File for Da Vinci's *Salvator Mundi* Provided to Plaintiffs by Bouvier |
| 109 | October 25, 2014 email from Yves Bouvier to Yuri Bogdanov |
| 110 | August 4, 2014 Email from Mikhail Sazonov to Yves Bouvier |
| 111 | September 30, 2014 Email from Samuel Valette to Daisy Edelson |
| 112 | October 7, 2014 Email from Samuel Valette to Jean-Marc Peretti |
| 113 | January 5, 2015 Email from Bruno Vinciguerra to Daniel Loeb, Marina Phelan, and Bill Ruprecht |
| 114 | February 2, 2015 Email from Bruno Vinciguerra to Jean-Marc Peretti |
| 115 | February 6, 2015 Email from Bill Ruprecht to Jerry Kasdan |
| 116 | Redacted Sotheby's Consignment Agreement for Red Toulouse-Lautrec |
| 117 | November 2, 2010 Email from Melanie Clore to Alexander Platon |
| 118 | November 11, 2010 Email from Melanie Clore to Helena Newman and Alexander Platon |
| 119 | November 24, 2010 Email from Alexander Platon to Samuel Valette and others |
| 120 | February 27, 2011 Email from Stephane Connery to Samuel Valette |
| 121 | February 27, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 122 | March 23, 2011 Email from Melanie Clore to Bill Ruprecht |
| 123 | March 27, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 124 | March 30, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 125 | March 30, 2011 Email from Samuel Valette to Melanie Clore |
| 126 | March 31, 2011 Email from Samuel Valette to Henry Wyndham |
| 127 | April 1, 2011 Email from Henry Wyndham to Samuel Valette and Melanie Clore |
| 128 | April 9, 2011 Email from Yves Bouvier to Samuel Valette |
| 129 | April 9, 2011 Email from Samuel Valette to Yves Bouvier |
| 130 | April 14, 2011 Email from Holli Chandler to Kelly Pecore and Samuel Valette |
| 131 | April 14, 2011 Email from Samuel Valette to Yves Bouvier |
| 132 | June 23, 2011 Email from Samuel Valette to Nisha Amin and Philip Hook |
| 133 | Excerpts of the Administrative File for Magritte's *Le Domaine d'Arnheim* Provided to Plaintiffs by Bouvier |
| 134 | June 17, 2011 Email from Dario Tabladini to Holli Chandler and Sarah Brackley |
| 135 | June 20, 2011 Email from Holli Chandler to High Value Lot Committee |
| 136 | June 20, 2011 Email from Mikhail Sazonov to Yves Bouvier |

| | |
|---|---|
| 137 | July 11, 2011 Email from Samuel Valette to Yves Bouvier |
| 138 | June 23, 2011 Email from Melanie Clore to Bill Ruprecht |
| 139 | September 2, 2011 Email from Grégoire Billaut to Thomas Bompard |
| 140 | June 5, 2012 Email from Samuel Valette to Philip Hook |
| 141 | August 30, 2012 Email from Andrea Jungmann to Samuel Valette and others |
| 142 | June 27, 2015 Email from Olga Khorobrykh to Bojan Maric |
| 143 | March 21, 2013 Email from Marina Phelan to Alex Bell and Samuel Valette |
| 144 | March 21, 2013 Email from Alex Bell to Warren Adelson and others |
| 145 | March 18, 2013 Email from Samuel Valette to Daisy Edelson |
| 146 | March 21, 2013 Email from Samuel Valette to Marina Phelan |
| 147 | March 18, 2013 Email from Warren Adelson to Alexander Parish and others |
| 148 | March 22, 2013 Email from Alexander Bell to Michael Simches and others |
| 149 | Agreement executed between Sotheby's and Da Vinci sellers regarding Leonardo Da Vinci's *Christ as Salvator Mundi* |
| 150 | April 4, 2012 Email from Alexander Locke to Maureen Hooft Graafland |
| 151 | November 12, 2014 Email from Michael Macaulay to Ekaterina Rybolovleva |
| 152 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti |
| 153 | Defendants' Privilege Log, dated January 21, 2021 |
| 154 | October 28, 2014 Email from Takako Nagasawa to Samuel Valette and Isabelle Paagman |
| 155 | December 18, 2014 Email from Samuel Valette to Yves Bouvier |
| 156 | January 5, 2015 Email from Simon Shaw to Samuel Valette and others |
| 157 | January 9, 2015 Email from Samuel Valette to Bruno Vinciguerra and Simon Shaw |
| 158 | January 11, 2015 Email from Samuel Valette to Bruno Vinciguerra |
| 159 | July 17, 2013 Email and attachment from Glynis Sullivan to Isadora Katsis |
| 160 | April 17, 2012 Email from Asya Varshisky to Bill Ruprecht and others |
| 161 | May 9, 2012 Email from Laura Upcott to Monique Birenbaum and Melanie Clore |
| 162 | April 15, 2013 Email from Maureen Hooft Graafland to Bill Ruprecht |
| 163 | October 5, 2012 Email from Irina Kronrod to Samuel Valette |
| 164 | December 16, 2012 Email from Jennifer Roth to Samuel Valette |
| 165 | April 15, 2013 Email from Samuel Valette to Fiorella Ballabio |
| 166 | April 5, 2013 Calendar Invite from Fergus Duff to Samuel Valette and Others, and related email chain |
| 167 | April 22, 2013 Email from Fergus Duff to Samuel Valette |
| 168 | May 20, 2014 Email from Samuel Valette to Mark Armstrong and Others |
| 169 | May 20, 2014 Email from Mark Armstrong to Samuel Valette and Oliver Barker |
| 170 | May 26, 2014 Email from Samuel Valette to Michael Macaulay |
| 171 | October 8, 2013 Email from Ekaterina Rybolovleva to Yves Bouvier |
| 172 | October 13, 2013 Email from Ekaterina Rybolovleva to Samuel Valette |
| 173 | October 13, 2014 Email from Yuri Bogdanov to Yves Bouvier |

| | |
|---|---|
| 174 | December 15, 2008 Email from Celia Henderson to Helena Newman |
| 175 | October 14, 2009 Email from Bill Ruprecht to Bruno Vinciguerra |
| 176 | October 24, 2014 Email from Samuel Valette to Yves Bouvier |
| 177 | Sotheby's Confidential Listing September 9, 2015 |
| 178 | November 6, 2015 Email from Yuri Bogdanov to Mikhail Sazonov |
| 179 | February 24, 2009 Email from Jan Prasens to Bill Ruprecht and Tobias Meyer |
| 180 | December 24, 2011 Email from Yves Bouvier to Samuel Valette |
| 181 | Sotheby's Valuation of Amedeo Modigliani's *Nu Couché au Coussin Bleu* |
| 182 | February 19, 2015 Email from Samuel Valette to Yves Bouvier |
| 183 | April 11, 2015 Email from Sandy Heller to Mikhail Sazonov |
| 184 | April 16, 2015 Email and attachment from Chloe Geary to Kathleen Krall and Sandy Heller |
| 185 | April 27, 2015 Letter agreement between Accent Delight International Ltd. and The Heller Group LLC |
| 186 | February 21, 2015 Email from Tania Rappo to Olivier Rappo |
| 187 | March 11, 2013 Email from Samuel Valette to Yves Bouvier |
| 188 | January 23, 2015 Email from Yves Bouvier to Samuel Valette |
| 189 | January 13, 2015 Email from Alexander Bell to Samuel Valette |
| 190 | January 26, 2015 Email from Samuel Valette to Yves Bouvier |
| 191 | January 27, 2015 Email from Samuel Valette to Yves Bouvier |
| 192 | January 27, 2015 Email from Samuel Valette to Franka Haiderer, Pippa Dean, and Alexander Bell |
| 193 | January 28, 2015 Email from Alexander Bell to Samuel Valette, Franka Haiderer, and Pippa Dean |
| 194 | January 28, 2015 Email from Samuel Valette to Alexander Bell |
| 195 | January 28, 2015 Email from Samuel Valette to Alexander Bell |
| 196 | January 28, 2015 Email from Samuel Valette to Yves Bouvier |
| 197 | January 28, 2015 Email from Samuel Valette to Yves Bouvier |
| 198 | Sotheby's Criteria for Major Valuations |
| 199 | February 5, 2015 Email from Tetiana Bersheda to Yuri Bogdanov |
| 200 | Sotheby's Valuation of Rene Magritte's *Domaine d'Arnheim* and other works |
| 201 | November 11, 2011 Email from Samuel Valette to Yves Bouvier |
| 202 | November 14, 2011 Email from Samuel Valette to Yves Bouvier |
| 203 | November 16, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 204 | Sotheby's Private Sale (Treaty) form for Magritte's *Domaine d'Arnheim* |
| 205 | Christie's Auction Estimates for Works |
| 206 | Sotheby's valuation of Amedeo Modigliani's *Tête* |
| 207 | July 24, 2012 Email from Samuel Valette to Yves Bouvier |
| 208 | July 25, 2012 Email from Samuel Valette to Yves Bouvier |
| 209 | Letter agreement for the sale of Amedeo Modigliani's *Tête* to Yves Bouvier |
| 210 | January 10, 2013 Email and attachment from Yves Bouvier to Mikhail Sazonov |
| 211 | October 20, 2011 Email from Samuel Valette to Yves Bouvier |

| | |
|---|---|
| 212 | November 23, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 213 | November 23, 2011 Email from Yves Bouvier to Ekaterina Rybolovleva |
| 214 | December 21, 2011 Email from Yves Bouvier to Ekaterina Rybolovleva |
| 215 | December 21, 2011 Email from Mikhail Sazonov to Yves Bouvier |
| 216 | December 7, 2012 Email from Gregoire Billault to Samuel Valette |
| 217 | March 31, 2011 Email from Nick Mackay to Holli Chandler |
| 218 | March 31, 2011 Email from Samuel Valette to Holli Chandler |
| 219 | June 20, 2011 Email from Yves Bouvier to Samuel Valette |
| 220 | June 20, 2011 Email from Samuel Valette to Holli Chandler |
| 221 | June 20, 2011 Email from Samuel Valette to Holli Chandler |
| 222 | June 20, 2011 Email from Samuel Valette to Holli Chandler |
| 223 | July 1, 2011 Email from Samuel Valette to Nisha Amin and Holli Chandler |
| 224 | December 5, 2011 Email from Holli Chandler to Richard Purchase |
| 225 | December 12, 2011 Email from Samuel Valette to Holli Chandler |
| 226 | December 12, 2011 Email from Nisha Amin to Holli Chandler |
| 227 | October 23, 2012 Email from Nisha Amin to Melanie Clore |
| 228 | September 23, 2011 Email from Holli Chandler to Richard Purchase |
| 229 | November 15, 2011 Email from Holli Chandler to Igor Polacek |
| 230 | September 24, 2013 Email from Samuel Valette to Bruno Vinciguerra |
| 231 | September 24, 2013 Email from Samuel Valette to Jean-Marc Peretti |
| 232 | September 24, 2013 Email from Yves Bouvier to Mikhail Sazonov |
| 233 | March 3, 2014 Email from Bruno Vinciguerra to Samuel Valette |
| 234 | March 4, 2014 Email from Alex Bell to Samuel Valette |
| 235 | November 21, 2014 Email from Yuri Bogdanov to Mikhail Sazonov |
| 236 | November 21, 2014 Email from Mikhail Sazonov to Yuri Bogdanov |
| 237 | June 15, 2011 Email from Samuel Valette to Jean-Marc Peretti |
| 238 | June 16, 2011 Email from Samuel Valette to Yves Bouvier |
| 239 | March 24, 2011 Email from Samuel Valette to Yves Bouvier |
| 240 | Sotheby's Worldwide Anti-Corruption Policy |
| 241 | April 8, 2011 Email from Samuel Valette to Holli Chandler |
| 242 | April 8, 2011 Email from Samuel Valette to Yves Bouvier |
| 243 | April 8, 2011 Email from Samuel Valette to Yves Bouvier |
| 244 | April 14, 2011 Email from Yves Bouvier to Samuel Valette |
| 245 | April 14, 2011 Email from Samuel Valette to Yves Bouvier |
| 246 | April 14, 2011 Email from Samuel Valette to Yves Bouvier |
| 247 | April 15, 2011 Email from Samuel Valette to Yves Bouvier |
| 248 | February 2, 2012 Email from Samuel Valette to Jean-Marc Peretti |
| 249 | February 14, 2012 Email from Samuel Valette to Yves Bouvier |
| 250 | Description of Rodin's *Eve* |
| 251 | June 26, 2012 Email from Yves Bouvier to Samuel Valette |
| 252 | June 26, 2012 Email from Samuel Valette to Yves Bouvier |

| | |
|---|---|
| 253 | June 26, 2012 Email from Samuel Valette to Yves Bouvier |
| 254 | July 1, 2012 Email from Samuel Valette to Yves Bouvier |
| 255 | July 9, 2012 Email from Samuel Valette to Yves Bouvier |
| 256 | July 6, 2012 Email from Mikhail Sazonov to Yves Bouvier |
| 257 | July 14, 2012 Email from Mikhail Sazonov to Yves Bouvier |
| 258 | April 20, 2013 Email from Samuel Valette to Yves Bouvier |
| 259 | June 25, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti |
| 260 | June 25, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti |
| 261 | June 29, 2012 Email from Samuel Valette to Yves Bouvier |
| 262 | January 28, 2012 Email from Yves Bouvier to Samuel Valette |
| 263 | December 21, 2011 Email from Samuel Valette to Yves Bouvier |
| 264 | December 22, 2011 Email from Yves Bouvier to Mikhail Sazonov |
| 265 | December 21, 2011 Email from Yves Bouvier to Samuel Valette |
| 266 | March 24, 2011 Email from Samuel Valette to Yves Bouvier |
| 267 | March 24, 2011 Email from Samuel Valette to Yves Bouvier |
| 268 | August 25, 2011 Email from Samuel Valette to Jean-Marc Peretti |
| 269 | December 18, 2014 Email from Samuel Valette to Yves Bouvier |
| 270 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 271 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 272 | December 23, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 273 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti |
| 274 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov |
| 275 | February 20, 2015 Email from Samuel Valette to Yves Bouvier |
| 276 | Sotheby's Private Sales and Post Auction Sales Policy |
| 277 | Sotheby's Worldwide Anti-Money Laundering, Combatting Terrorist Financing Policy and Anti-Tax Evasion Facilitation Policy |
| 278 | Sotheby's "Know Your Client" Guidelines |
| 279 | October 11, 2011 Email from Holli Chandler to Fiona Connor |
| 280 | October 26, 2011 Email from Isaure de Bruc to Grégoire Billault |
| 281 | Chart of 2011 Private Treaty Sales |
| 282 | January 10, 2012 Email from Holli Chandler to Nisha Amin |
| 283 | May 22, 2013 Email from Jerry Kasdan to Bruno Vinciguerra |
| 284 | December 12, 2013 Email from Bill Ruprecht to Bruno Vinciguerra |
| 285 | December 12, 2013 Email from Gary Chard to Bill Ruprecht and others |
| 286 | July 16, 2014 Email from Marcus Fox to Bruno Vinciguerra |
| 287 | October 16, 2014 Email from Simon Shaw to Samuel Valette |
| 288 | Chart of Consignments and Auction Lots over $10 million in 2014 |
| 289 | Top 100 Consignments by Department as of November 2015 |
| 290 | List of Clients of Samuel Valette |
| 291 | December 23, 2013 Email from Kevin Ching to Patti Wong |
| 292 | January 20, 2015 Letter Regarding Valette Compensation |

| | |
|---|---|
| 293 | May 12, 2011 Email from Kevin McGuire to Jerry Kasdan and others |
| 294 | Sotheby's Europe Results Full Year 2011 - July Forecast v June Forecast |
| 295 | September 14, 2011 Email from Kevin McGuire to Jerry Kasdan |
| 296 | July 6, 2011 Email from Sarah Drake to Holli Chandler |
| 297 | July 7, 2011 Email from Holli Chandler to Nisha Amin |
| 298 | Excerpts of the Deposition of Mikhail Sazonov, taken August 5, 2021 |
| 299 | April 6, 2011 Email from Samuel Valette to Nisha Amin |
| 300 | Private Sale (Treaty) sheet for Maillol's *La Méditerranée* |
| 301 | Private Sale (Treaty) sheet for Rodin's *Le Baiser* |
| 302 | March 23, 2011 Email from Samuel Valette to Yves Bouvier |
| 303 | June 9, 2011 Email from Holli Chandler to Victoria Holvik |
| 304 | August 25, 2011 Email from Samuel Valette to Alexander Platon |
| 305 | December 23, 2011 Email from Guillaume Cerutti to Samuel Valette |
| 306 | July 27, 2012 Letter from Sofia Fleming to Samuel Valette |
| 307 | July 6, 2011 Email from Samuel Valette to Yves Bouvier |
| 308 | March 1, 2012 Email from Melanie Clore to Jean-Marc Peretti |
| 309 | January 29, 2014 Letter from Bruno Vinciguerra to Samuel Valette |
| 310 | December 19, 2014 Email from Samuel Valette to Yves Bouvier |
| 311 | December 19, 2014 Email from Samuel Valette to Yves Bouvier |
| 312 | December 19, 2014 Email from Samuel Valette to Yves Bouvier |
| 313 | December 21, 2014 Email from Samuel Valette to Yves Bouvier |
| 314 | December 23, 2014 Email from Mikhail Sazonov to Yves Bouvier |
| 315 | December 23, 2014 Consignment Agreement Between Blancaflor and Sotheby's |
| 316 | Invoice for Sale of Red Toulouse-Lautrec |
| 317 | Payment Schedule for Sale of Red Toulouse-Lautrec |
| 318 | March 2, 2015 Email from sabi@artesing.sg to Samuel Valette |
| 319 | March 4, 2015 Email from Bruno Vinciguerra to Patrick McClymont |
| 320 | March 9, 2015 Email from Helena Newman to Bettina Oechsle |
| 321 | March 13, 2015 Email from Hannah Stuttard to Samuel Valette |
| 322 | April 9, 2015 Email from Lisette Aguilar to Maarten ten Holder and Others |
| 323 | Payment Invoice to Yves Bouvier |
| 324 | March 18, 2015 Email from Helena Newman to Samuel Valette |
| 325 | February 5, 2015 Email from Yves Bouvier to Mikhail Sazonov |
| 326 | March 26, 2011 Email from Yves Bouvier to Mikhail Sazonov |
| 327 | February 3, 2015 Email from Client System to Kate Silver |
| 328 | February 26, 2015 Email from Samuel Valette to Bruno Vinciguerra |
| 329 | March 9, 2015 Email from Helena Newman to Bettina Oechsle |
| 330 | April 11, 2012 Email from Jillian Thompson to Maureen Hooft Graafland |
| 331 | July 6, 2015 Letter from Arnold & Porter (UK) LLP to Herbert Smith Freehills LLP |
| 332 | December 12, 2014 Email from Florent Giacobino to Yuri Bogdanov and Alexey Yakovlev |

| | |
|---|---|
| 333 | Sotheby's High Value Lot Live Review Notes, dated October 24, 2014 |
| 334 | Sotheby's Valuation of Henri Matisse's *Nu au Châle Vert* |
| 335 | Excerpts of the Deposition of Guy Stair Sainty, taken December 10, 2021 |
| 336 | January 19, 2010 Email from Emmanuel Di Donna to Simon Shaw |
| 337 | September 30, 2009 Email from Mitchell Zuckerman to Jonathan Olsoff and others |
| 338 | January 23, 2012 Invoice for Amedeo Modigliani's *Nu Couché au Coussin Blue* |
| 339 | Sotheby's Valuation of Gustav Klimt's *Wasserschlangen II* |
| 340 | Sotheby's Valuation of Paul Gaugin's *Otahi* |
| 341 | September 27, 2012 Email from Holli Chandler to Samuel Valette and others |
| 342 | January 27, 2015 Email from Samuel Valette to Pippa Dean and Alexander Bell |
| 343 | November 10, 2011 Email from Isadora Katsis to Yves Bouvier |
| 344 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti |
| 345 | October 3, 2011 Email from Grégoire Billault to Jean-Marc Peretti |
| 346 | October 14, 2011 Email from Yves Bouvier to Ekaterina Rybolovleva |
| 347 | Letter agreement for sale of Francois Xavier-Lalanne's *8 Moutons en Laine* to Yves Bouvier |
| 348 | July 11, 2011 Email from Samuel Valette to Yves Bouvier |
| 349 | July 6, 2011 Email from Faye Jones to Isabelle Cailleteau |
| 350 | December 18, 2014 Emails from Samuel Valette to Yves Bouvier |
| 351 | September 6, 2011 Email from Alexander Platon to Samuel Valette and others |
| 352 | March 14, 2013 Email from Mikhail Sazonov to Yves Bouvier |
| 353 | April 25, 2011 Email from Melanie Clore to Gary Chard and others |
| 354 | Sotheby's Letters to Samuel Valette Confirming Compensation |
| 355 | Private Sale (Treaty) sheet for Rodin's *L'Eternel Printemps* |
| 356 | Private Sale (Treaty) sheet for Giacometti's *Femme de Venise IX* |
| 357 | April 18, 2012 Email from Louisa Hirst to Bill Ruprecht |
| 358 | Private Sale (Treaty) sheet for Klimt's *Wasserschlangen II* |
| 359 | Private Sale (Treaty) sheet for Modigliani's *Tête* |
| 360 | Private Sale Packet for Toulouse-Lautrec's Green *Au Lit: Le Baiser* |
| 361 | March 18, 2015 Email from Helena Newman to Samuel Valette |
| 362 | June 2, 2015 Letter from Lawyers for Toulouse Lautrec Purchaser |
| 363 | June 2, 2015 Letter from Constantine Cannon LLP to Lisette Aguilar |
| 364 | Excerpts of the Administrative File for Modigliani's *Tête* Provided to Plaintiffs by Bouvier |
| 365 | *Bouvier v. Accent Delight*, Singapore Court of Appeals Decision, [2015] SGCA 45 |
| 366 | Photographs of Da Vinci's *Salvator Mundi* |
| 367 | February 17, 2015 Email from Kate Silver to Samuel Valette |
| 368 | January 27, 2012 Email from Samuel Valette to Tobias Meyer and Bill Ruprecht |
| 369 | July 25, 2012 Email from Mikhail Sazonov to Yves Bouvier |
| 370 | July 6, 2015 Letter from Arnold & Porter (UK) LLP to Herbert Smith Freehills LLP |

| 371 | June 26, 2015 Letter from Herbert Smith Freehills LLP to Sotheby's |
|---|---|
| 372 | Bouvier Swiss Negative Declaratory Judgment Request, July 11, 2018 |
| 373 | Sotheby's Compliance Checklist for Private Sale |
| 374 | October 1, 2012 Email from Samuel Valette to Jean-Marc Peretti |
| 375 | May 20, 2013 Email from Samuel Valette to Jane Levine |
| 376 | May 29, 2013 Email from Samuel Valette to Jane Levine |
| 377 | April 12, 2011 Email from Melanie Clore to Henry Wyndham |
| 378 | Sotheby's Private Sale Incentive Program |
| 379 | Private Sale (Treaty) sheet for Rodin's *Le Baiser* |
| 380 | Private Sale (Treaty) sheet for Magritte's *Le Domaine d'Arnheim* |
| 381 | March 22, 2016 Letter from Latham & Watkins to Samuel Valette |
| 382 | Complaint, *Sotheby's, Inc. v. R.W Chandler, LLC et al.*, 16 Civ. 9043 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
       May 26, 2022

 

/s/
DANIEL J. KORNSTEIN