# Daniel J. Kornstein

# Exhibit 76

# PRIVATE SALE (TREATY)

Admin name: **Erika Betey**     Dept code: **EIMP**     Date: **24/7/2013**     Curr: **USD**

## Item details:

Item ID: **742BG**     Property description: **Klimt, Wasserschlangen II, 1904 (revised 1906/7), 80 x 145cm, oil on canvas**

Current location of property (e.g. Sotheby's site/dept): **Austria**

| | | | | |
|---|---|---|---|---|
| n/a ✓ Unsold at auction? (not eligible for incentive) | ✓ ID for both buyer and seller is held | ✓ Compliance checklist has been completed and is attached | ✓ Art Loss Register (ALR) search has been completed and is attached | ✓ High value lot review has been completed (items over 1.5MM USD) |

received ——> * ALR due on 23rd July -> completion.

Sale (buyer **and** seller) arranged by:

| | Name: | Country of staff member: | % contribution to sale: | Gross commission per KCM: |
|---|---|---|---|---|
| **Buyer KCM** | | | | |
| 1 | | | | 0.00 |
| **Seller KCM** | | | | |
| 2 | | | | 0.00 |
| **Other Key Participants** | | | | |
| 3 | | | | 0.00 |
| 4 | | | | 0.00 |
| 5 | | | | 0.00 |
| | | | 100 % Remaining | |

## Buyer and seller details:

| | Revenue earned: | | Revenue earned as % of Net to seller: | **12.36** % |
|---|---|---|---|---|

Buyer name: **Confidential Client One Hundred Thirty Four**

Buyer a/c: **51320831**     Permanent country of residence: **Switzerland**

Shipping instructions (you MUST specify when known): **Sotheby's to arrange shipment from**

**Austria to Geneva Freeport at Sotheby's cost and LLD.**

Has the buyer requested special payment terms?     ☐ Yes     ☐ No

Buyer contract required? (US only)     ☐ Yes     ☐ No

| Item | Amount |
|---|---|
| TOTAL PURCHASE PRICE: | 126,000,000.00 |
| Buyer expenses (that are included in purchase price): | |
| Buyer's premium (EU and Asia only): | 13,860,000.00 |
| VAT on buyer's premium (EU only): | |
| ARR Artists resale right (EU only excl. Paris): | |
| VAT on sales price (EU only): | |
| Sales price: | 112,140,000.00 |

Seller name: [redacted]

Seller a/c: **51008975**     Permanent country of residence: **Austria**

Special instructions:

| Item | Amount |
|---|---|
| Commission: | |
| Seller's VAT on commission (EU only): | |
| Taxe forfaitaire (5% Paris only): | |
| Droit de suite (Paris Only): | |
| Seller's LLD: | |
| VAT on LLD (EU only): | |
| Seller expenses: | |
| NET TO SELLER: | 112,140,000.00 |

Please attach any non standard payment instructions (must be in writing)

IC payable?     ☑ Yes     ☐ No

If yes, please attach a copy of the IC payment form to the back of this form

IC recipient name: [redacted]     Account no.: **51338195**     · IC amount: **$6,039,498**

## CORPORATE GOVERNANCE

Reviewed by:

All Sales _____ V. VALETTE · DEPT'AT or DPH     AND _____

Sales > 70,000 GBP _____ Subject to get permission CFO     AND _____ LEGAL (CONTRACT)

Sales > 700,000 GBP _____ Amend 8CCO or RCEO     Sales >1.7M GBP _____ see email attached     CEO

All sales where less than 10 % total commission is earned, RMD or CCO or RCEO must approve and when the sales price is > £700,000 the CEO must also approve.

DISTRIBUTION: CLIENT ACCOUNTS IQ, FINANCE, LEGAL, DEPARTMENT     SEPTEMBER 2012

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER     DEFS0064327

# INTRODUCTORY COMMISSION

Admin name: **Erika Batey**       Dept code: **EIMP**       Date: **24/7/2013**

**All IC forms MUST be accompanied by the relevant SAP IC DETAILS REPORT.
If the IC is non-systematic complete and attach the NON-SYSTEMATIC CALCULATIONS SHEET (red tab below)**

**IC recipient details:**

Name: ▮▮▮▮▮       Account no.: **61338195**       VAT registered?   ☐ Yes   ☒ No

IC recipient type (tick only one):   ☒ 3rd party   ☐ Representative   ☐ SIR (Sotheby's International Realty)

**Seller details:**

Name: ▮▮▮▮▮       Account no.: **61008975**       A/c level terms: _____

Consignment no.: **40172442**       Cons. level terms: _____   (e.g., Standard private, or 2% no expenses)

**IC details:**

IC type (tick only one):   ☐ % of VC   ☐ % of hammer   ☐ Flat rate   ☐ Non-systematic   ☐ % of VC and BP (SIR)

If the IC is a percentage please give the percent: _____   If the IC is a flat rate please give the amount AND currency: _____

If the IC is non-systematic please explain the terms: _____

**36.36% of Sotheby's commission ($5,039,496)**

**Regional representative involvement:** (North and South American reps only. Refer to the yellow tab for rates. Leave blank for 3rd party, SIR IC's)

Involvement level:   ☐ Partial involvement   ☐ Full involvement

Please explain the details of their involvement: _____

**CORPORATE GOVERNANCE:**       Approved by: _____   BM

NOTE:
**An IC is **not** payable on any lot where the low estimate is below 3,000 GBP
**For any IC approved after the sale has passed, the RCOO must approve

All IC's: _____   EXPEAT or CFH   AND   _____   DBD

IC's > 7,500 GI _____   IC's > 15,000 GBP   CPH   _____   RCFO

Over 70,000 GBP only one other additional signatory required at the appropriate level.

IC's > 70,000 G _____   IC's > 170,000 GBP   RMD or RCOO   _see email_   CEO

FOR IC's **EXCEEDING** 40% OF THE VC AND/OR **ANY** IC ON PROPERTY WITH DEALER TERMS, THE RMD or RCOO MUST APPROVE (IF IC AMOUNT IS LESS THAN 35,000 GBP) OR CEO MUST APPROVE (IF IC AMOUNT IS GREATER THAN 35,000 GBP).

**Prior to delivering this form and the IC detail report/non-systematic calculations sheet to Client Accounts, please confirm the following:**

| IC recipient ID is on file? (The IC recipient can not be paid without it) | ✓ | If IC recipient is VAT registered, is the VAT number on file? | n/a | A disclosure to the seller has been made and an IC recipient contract received, where appropriate? | ✓ |

DISTRIBUTION: CLIENT ACCOUNTS, BM, NY REGIONAL OPERATIONS (FOR NA/SA REPS ONLY), ADMINISTRATOR (IC FILE)       OCTOBER 2010

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER       DEFS0064328

## Batey, Erika

**From:** Amin, Nisha
**Sent:** 19 July 2013 13:19
**To:** Batey, Erika
**Subject:** FW: Cottonmouth - pvt sale form approval

The final one.

---

**From:** Ruprecht, Bill
**Sent:** 19 July 2013 12:43
**To:** Amin, Nisha
**Subject:** Re: Cottonmouth - pvt sale form approval

Yep

Sent from my iPhone

On Jul 19, 2013, at 7:18 AM, "Amin, Nisha" <Nisha.Amin@sothebys.com> wrote:

> Dear Bill
>
> I am preparing the private sale paperwork ahead of the completion of Cottonmouth next
> Tuesday. Please could you email me your approval so that I can attach it to the private sale form?
>
> Purchase Price: $126m
> Net Price: $112.14m
> IC: $5.039m (36.36%)
> Special Payment: $285k (Eur 218k) ▮▮▮▮▮▮, will be accrued and not paid until a number of
> conditions are met)
> Sotheby's Net Commission: $8.5m
>
> Many thanks
> Nisha

1

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                                              DEFS0064329

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

**Cottonmouth: Summary of Sale Proceeds**

| | | |
|---|---|---|
| Purchase Price | $126,000,000 | |
| Net Price | $112,140,000 | |
| Sotheby's Commission | $13,860,000 | 11.00% |

**Allocation of Sale Proceeds**

| | |
|---|---|
| ███████ | $56,070,000 |
| Notary | $56,070,000 |
| | $112,140,000 |

**Allocation of Sotheby's Commission**

| | | |
|---|---|---|
| Pay to ████████████ | $285,580 | € 218,000 *EUR:USD 1.31* |
| IC to ███████ | $5,039,496 | 36.36% of Sotheby's Gross commission |
| Sotheby's Net Commission | $8,534,924 | |
| | $13,860,000 | |

Forecast (currently)
$6,401,193

DEFS0064330

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

# Sotheby's

EST. 1744

Sotheby's KUNSTAUKTION Ges.m.b.H PALAIS WILCZEK HERRENGASSE 5 1010 WIEN
Tel + 43-1-512 47 72 Fax + 43-1-513 48 6? WWW.SOTHEBYS.COM UID:ATU14915804 DVR: 0905925
SITZ DER GESELLSCHAFT: WIEN FIRMENBUCHUMMER: FN95941S FIRMENBUCHGERICHT: HANDELSGERICHT WIEN

Seite 1 von 1
Kopie für Kunden

Rechungsdatum: 24-Jul-13
Rechnungsnummer: EXPORT 7/2013
Konto: 51008975

## Abrechnung

| Referenz | Beschreibung | Zuschlagspreis | Kommission | MwST auf Zuschlagspreis | Andere Kosten | MwST % | MwST-Betrag | Endbetrag (USD) |
|---|---|---|---|---|---|---|---|---|
| 7428G | Klimt, Wasserschlangen II 1904 (revised 1906,7), 80 × 145 cm, oil on canvas | | | | | | | 112,140,000.00 |
| SUMME | | | | | | | USD | 112,140,000.00 |

Die Kommissionsgebühr kann Mehrwertssteuer beinhalten, die nicht separat angezeigt werden muss oder als Vorsteuer zurückgefordert werden darf.
Die Auszahlung der Nettoerträge ist abhängig vom Zahlungseingang des Käufers oder der Freigabe der Ware.

Name:
Konto: 51008975
Rechungsnummer: EXPORT7/2013
Austehender Betrag: $112,140,000.00

DEFS0064331

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



Sotheby's KUNSTAUKTION Ges.m.b.H PALAIS WILCZEK HERRENGASSE 5 1010 WIEN
Tel + 43-1-512 47 72 Fax + 43-1-513 48 67 WWW.SOTHEBYS.COM UID:ATU14915804 DVR: 0905925
SITZ DER GESELLSCHAFT: WIEN FIRMENBUCHNUMMER: FN95941S FIRMENBUCHGERICHT: HANDELSGERICHT WIEN

Seite 1 von 1
Kopie für Kunden

Mr Confidential Client one Hundred and Thirty Four
c/o Sotheby's
34-35 New Bond Street
LONDON
W1A 2AA

Rechungsdatum: 24-Jul-13
Rechnungsnummer: EXPORT 7 /2013
Konto: 51320831
Verkaufsdatum/ Währung: 24-Jul-13

# Rechnung

| Beschreibung | Endbetrag (USD) |
|---|---|
| 742BG    Klimt, Wasserschlangen II, 1904 (revised 1906,7), 80 x 145 cm, oil on canvas | 126,000,000.00 |

| | | |
|---|---|---|
| Zwischensumme | | 126,000,000.00 |
| Summe | USD | 126,000,000.00 |

Die oben angeführten Lose wurden zu den derzeit gültigen Mehrwertsteuersätzen verkauft, Artikel 313 Council Directive 2006/112/EC.
Sämtliche durch dieses Geschäft anfallende Import Abgaben sind vom Käufer zu tragen.

**Zahlungsoptionen**

Banküberweisung - wir bitten Sie Ihren Namen, Ihre Kundenkontonummer und die Rechnungsnummer (Dokument Nummer) bei der Überweisung anzugeben. Unsere Bankverbindung lautet:
BANK AUSTRIA AG, Account Nr. 00351 260504 / BIC BKAUATWW

Name: Mr Confidential Client one Hundred and Thirty Four
Konto: 51320831
Rechnungsnummer 7/2013
Summe $126,000,000.00
Zahlbar: Siehe vertrag

DEFS0064332

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

# Sotheby's

EST. 1744

Sotheby's KUNSTAUKTION Ges.m.b.H PALAIS WILCZEK HERRENGASSE 5 1010 WIEN
Tel + 43-1-512 47 72 Fax + 43-1-513 48 57 WWW.SOTHEBYS.COM UID:ATU14915804 DVR: 0905925
SITZ DER GESELLSCHAFT: WIEN FIRMENBUCHNUMMER: FN95941S FIRMENBUCHGERICHT: HANDELSGERICHT WIEN

Seite 1 von 1
Kopie für Kunden

Mr Confidential Client One Hundred and Thirty Four
c/o Sotheby's
34-35 New Bond Street
LONDON
W1A 2AA

Datum: 23-Jul-13
Dokumentnummer: EXPORT 1 /2013
Rechnungsnummer: EXPORT 1 /2013
Kontonumer: 51320831
Sale Currency USD

## Abholschein

| Referenz | Beschreibung | Abteilung | Betrag (USD) | Anzahl | Ausgabe |
|---|---|---|---|---|---|
| 7428G | Klimt, Wasserschlangen II, 1904 (REVISED 1906,7) , 80 X 145 cm, oil on canvas | EIMP | | 1 | |
| | | | 0.00 | | |

Ich bestätige, zu wissen, dass eine gültige Exportbewilligung für gewisse Lose benötigt wird, bevor die Ware exportiert werden kann. (Für nähere Angaben ist Sotheby's Ihnen gerne behilflich.

Unterschrift ............................................ Datum ........
Name ........ CASAS RAMOW
Bitte ankreuzen □ Besitzer □ Bevollmächtigter
Ausgabe ...... VALETTE / TABUADINI
(Sotheby's)

DEFS0064333

*23 of July 2013*

## CONDITION REPORT - Flatworks

Item ID: _____        Consignment #: _____
Date: _____
Employee Name: *Valette*

**FRAME**                        Check here if unframed: [ ]
Condition of Frame:
   1 Gilding/paint loss } *OK*
   2 Large cracks/splits } *good condition.*
   3 Moulding loss

Condition of Glass or Plexi:
Or check here if none [✓]
   4 Glass cracked
   5 Loose in Frame

Back of frame (comments):
*good.*

**PICTURE**
Type of Material:
   6 Board
   7 Canvas [✓]
   8 Fabric
   9 Paper
   10 Other

Condition of Picture:
   11 Canvas buckling
   12 Cracks/Craquelure
   13 Flaking
   14 Paint loss
   15 Scratches
   16 Scuffs
   17 Tears
   18 Other (please specify)

*tiny little loss (in the fish)*

*big (✲) loss*

*tiny losses*

*little dirt on Woman's thigh*

*tiny bit of paint lifting*

*tiny bit of craquelure on woman's thigh*

SIGNED: _____

PRINT NAME: *Valette*

FINE ART
NATURAL
Client's Initials: _____ *24.07.2013*
  6 ave.
  1211 GE

*Condition consistent with report done in September 2012 (✲) - craquelures mostly on the bodies*

The foregoing property condition notes are preliminary in nature. A more thorough inspection will be performed once property is receipted at Sotheby's.

(✲) *Amended at office - Condition DID NOT change from this morning at Kunsthaus,*

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                    DEFS0064334



Seller's arrand
to extend

5.7.13        1.7. 2013

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064335



**Sotheby's** EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILDZEK  KOHRENSAUUL 6  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM



Gustav Klimt, Wasserschlangen II (Water Serpents II), 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 24th July 2012, as amended by letter agreement signed on 27th March 2013 (the "Agreement").

You and Sotheby's hereby agree to amend the Exclusivity Period under the Agreement so that the Exclusivity Period shall expire on 30th November 2013. Therefore, any references in the Agreement to the "Exclusivity Period" shall mean the period starting on the date on which the Agreement was signed by you and expiring on 30th November 2013.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

You and we agree that the confidentiality obligations set out in clause 6 of the Agreement shall also apply to this letter agreement.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

Acknowledged and Agreed:

Signed: ▮▮▮▮▮▮▮▮▮▮
Name: ▮▮▮▮▮▮▮▮▮▮

_____
For and on behalf of Sotheby's Kunstauktionen Ges.m.b.H.

Date: _____

Date: _1. 7. 2013_

BANKVERBINDUNG  CREDITANSTALT • BANKVEREIN  KTO. 0035-12906/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN658415  FIRMENBUCHGERICHT HANDELSGERICHT WIEN
UID: ATU14916804  DVR 0908626

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064336



**Sotheby's** EST.1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H   PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN
T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

Dear ███████████

**Gustav Klimt, Wasserschlangen II (Water Serpents II), 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

This letter agreement (the "Agreement") confirms the terms on which you grant to Sotheby's Kunstauktionen GesmbH ("Sotheby's"), the exclusive right to offer and sell the Property by private treaty acting in fulfilment of its legal duties as agent, for a period of nine (9) months from the date you sign this Agreement (the "Exclusivity Period"). You shall extend the above Exclusivity Period for an additional period of one (1) month if such an extension is suggested in good faith by Sotheby's prior to the expiry of the Exclusivity Period on the basis that, in Sotheby's opinion, the sale of the Property is close to completion.

1.    The sale price for the Property (the "Sale Price") shall be an amount which will result in a payment to you of not less than US$98,000,000 (ninety eight million US Dollars) (the "Net Price"). You have agreed to accept the Sale Price and the Net Price. The Sale Price payable by the buyer of the Property shall comprise the Net Price and Sotheby's commission and any applicable VAT or amount in lieu of VAT, such commission being calculated as set out in clause 2 below.
For the avoidance of doubt, the Net Price will be reduced by the amount of any compensation that you may agree to pay to ██████████████████ for the settlement of all their claims in respect of the Property.
Sotheby's will inform you on a fortnight basis of any material progress made on the negotiations regarding the sale of the Property and will forward to you any offers that may be received by Sotheby's for the Property.
Unless you instruct Sotheby's otherwise at any moment during the term of this Agreement, any communication by Sotheby's to you under this Agreement shall be made exclusively to your appointed advisor, ████████████ (the "Advisor").

2.    You agree that Sotheby's may retain for its own account as its commission from the buyer an amount up to 11% of the Sale Price plus applicable VAT or amount in lieu of VAT but in no event will you be entitled to receive less than the Net Price. You authorise Sotheby's to pay a fee to the Advisor and to reimburse him for legal costs (including any VAT applicable on such legal costs) incurred by him and agreed by Sotheby's in connection with this Agreement and the transactions contemplated hereunder, out of our own commission. You agree that Sotheby's shall pay the net sale proceeds to you within five (5) business days after Sotheby's receipt of cleared funds from the buyer and fulfilment of all other conditions of the sale, after deducting Sotheby's commission and any applicable VAT or amount in lieu of VAT thereon.

If a sale agreement is entered into between Sotheby's and the buyer of the Property, such sale agreement will provide that if payment in full in cleared funds for the Property is not received by Sotheby's from the buyer within the agreed deadline for payment, Sotheby's shall be entitled to terminate the sale agreement and that neither you, your Advisor, the Advisor's legal counsel or Sotheby's shall have any liability in connection with such termination. Sotheby's will not hold you liable in the event that the sale agreement is terminated as set out above. The sale agreement between Sotheby's and the buyer of the Property will also provide that neither title nor possession to the Property will pass to the buyer of the Property until the Sale Price has been received by Sotheby's in full in cleared funds and all other conditions as set out in such sale agreement have been fulfilled. If the buyer should become or be declared insolvent or if the payment of the Sale Price fails to be received by Sotheby's in full in cleared funds from the buyer of the Property within 150 days of the date on which the last payment from the buyer is due pursuant to the terms of the sale agreement

BANKVERBINDUNG   CREDITANSTALT - BANKVERIEN   KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN   FIRMENBUCHNUMMER FN959415   FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804   DVR 0905925

DEFS0064337

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

# Sotheby's EST.1744

between Sotheby's and the buyer, you shall be entitled to instruct Sotheby's to terminate the sale agreement and Sotheby's shall immediately proceed with such termination. The sale agreement with the buyer shall also provide that neither you, your Advisor, the Advisor's legal counsel or Sotheby's shall have any liability in connection with any such termination.

You agree that Sotheby's may grant the buyer of the Property the right to pay the Sale Price within a maximum of ninety (90) days (interest-free) from the later of (a) signature of a sale agreement between the buyer and Sotheby's and (b) fulfillment of the conditions precedent set out in paragraphs (i) and (ii) below.

In the event that the buyer fails to pay any portion of the Sale Price, you agree that Sotheby's has no obligation to enforce payment by the buyer. You agree to release the Property to Sotheby's simultaneously upon your receipt of a banker's draft issued by the Bank of Austria or any other bank as may be agreed between you and Sotheby's for the amount of the net sale proceeds for the Property and acceptable to your bankers. Sotheby's agrees that the Property will not be exported from Austria prior to receipt by you of a banker's draft as set out above for the amount of the net sale proceeds for the Property and acceptable to your bankers. Any amount that you may agree to pay to the heirs of Jenny Steiner in compensation for the settlement of all their claims in respect of the Property shall be deducted by Sotheby's from the net sale proceeds for the Property and paid by Sotheby's to the claimants by way of a banker's draft, simultaneously upon the payment of the balance of the net sale proceeds to you as set out above.

You hereby acknowledge and agree that Sotheby's obligations under this Agreement and the sale of the Property will subject to the fulfillment of the following conditions precedent: (i) the receipt by Sotheby's of a permanent export licence from Austria to the location designated by the buyer of the Property and (ii) the full and final resolution and settlement, to Sotheby's and your satisfaction, of all claims made by ████████████████ in respect of the Property. Sotheby's will assist you with the application for an export licence for the Property and the negotiations with ████████████ ████████ with a view to achieving a full and final settlement of their claims on the Property. You acknowledge and agree that Sotheby's cannot and will not be responsible in the event that, for any reason, a licence for the permanent export from Austria fails to be obtained or if any of the claims of ████████████████ in respect of the Property fails to be fully and finally settled. For the avoidance of doubt, if any of the events referred to at (i) or (ii) above should fail to occur within the Exclusivity Period (as it may be extended), this Agreement will automatically terminate without any liability and neither you, your Advisor or his legal counsel shall be liable for any costs or fees to Sotheby's. The sale agreement between Sotheby's and the buyer of the Property shall provide that if any of the events referred to at (i) or (ii) above should fail to occur within the Exclusivity Period (as it may be extended), the sale agreement will automatically terminate and that and neither you, nor your Advisor, the Advisor's legal counsel or Sotheby's shall have any liability in connection with such termination.

3.   The Property is currently held by you or by a third party under your control and is under your sole and exclusive responsibility, You agree that Sotheby's will have no responsibility whatsoever for any loss or damage to the Property whilst the Property is not in Sotheby's possession or control.
You hereby agree to make the Property available to Sotheby's in Vienna within a reasonable period of time, so that Sotheby's may show the Property to prospective buyers. Sotheby's will assume liability for loss or damage to the Property at no cost to you on the terms set out in the Private Treaty Terms attached hereto, from the time of Sotheby's receipt of the Property until the Property ceases to be in Sotheby's possession or control, up to a maximum amount equal to the Net Price.

4.   You hereby confirm and agree to the warranties and terms set out in the Private Treaty Terms attached hereto as Annex I, which form an integral part of your agreement with Sotheby's and the buyer. In the event of a conflict between the terms of this Agreement (excluding the Private Treaty Terms) and the Private Treaty Terms attached hereto as Annex I, the terms of the former shall prevail.

You further warrant to Sotheby's that you are not registered for VAT in the European Union for VAT purposes and that the Property is permanently imported in the European Union.

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064338

# Sotheby's
EST.1744

**5.** You hereby acknowledge that you are aware of the relative advantages of consigning property for sale by public auction and via private sale, and having taken those considerations into account, wish to sell the Property via private sale with Sotheby's as your exclusive sales agent pursuant to the terms of this Agreement. In addition, Sotheby's reserves the right to remunerate any employee of the organisation out of the commission it earns on this transaction.

**6.**    You and we agree that you and Sotheby's shall keep the terms of this Agreement strictly confidential and that neither you nor Sotheby's shall disclose the terms of this Agreement or the existence of this Agreement to any third party without the prior written consent of the other party, except that you and we may disclose the terms of this Agreement and its existence to (a) attorneys and accountants on a need-to-know basis, (b) any third party, in order to comply with applicable law or any legal requirement, (c) any other third party as a result of a valid legal process compelling the release, provided that prompt written notice of such service of process is given to the other party (unless such notice is prohibited) and such party is permitted, if it deems it appropriate, to obtain a protective order and, in the case of Sotheby's only, and (d) to employees of Sotheby's affiliated companies, on a need-to-know basis, as determined by Sotheby's. You and Sotheby's agree to ensure that any third parties referred to in this clause are bound by an obligation of confidentiality.

Please sign both copies of this Agreement where marked below and initial the Private Treaty Terms attached hereto, to confirm your agreement with its terms, and return one copy to Sotheby's.

| | |
|---|---|
| For and on behalf of Sotheby's Kunstauktionen GesmbH. | **Acknowledged and Agreed:**<br><br>Signed: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Date: 24.7 2012 | Date: 24.7 2012 |

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

**Sotheby's** EST. 1744

## Annex I

## Private Treaty Terms

*Seller's Warranties:*

You warrant to Sotheby's and to the buyer that at all relevant times (including but not limited to the time of the consignment of the Property and the time of the sale):

(a)  you are the sole true owner of the Property;

(b)  you shall transfer possession to the buyer and good and marketable title to the Property free from any third party rights or claims or potential claims including, without limitation, any claims which may be made by governments or governmental agencies;

(c)  you have provided Sotheby's with all information concerning the provenance of the Property that you are aware of and have notified Sotheby's in writing of any concerns expressed by third parties in relation to the ownership, condition, authenticity, attribution, or export or import of the Property;

(d)  you are unaware of any matter or allegation which would render any description given by Sotheby's in relation to the Property inaccurate or misleading;

(e)  where the Property has been moved to the EU from a country that is not a member of the EU, the Property has been lawfully imported into the EU; the Property has been lawfully and permanently exported as required by the laws of any country in which it was located; required declarations upon the export and import of the Property have been properly made and any duties and taxes on the export and import of the Property have been paid;

(f)  you have or will pay any and all taxes and/or duties that may be due on the net sale proceeds of the Property;

(g)  unless you advise Sotheby's otherwise in writing, there are no restrictions, copyright or otherwise, relating to the Property (other than those imposed by law) and no restrictions on Sotheby's rights to reproduce photographs or other images of the Property; and

(h)  unless you advise Sotheby's otherwise in writing, any electrical or mechanical goods (or any electrical or mechanical parts of Property being offered for sale) are in a safe operating condition if reasonably used for the purpose for which they were designed and are free from any defect not obvious on external inspection which could prove dangerous to human life or health.

You agree to indemnify Sotheby's and any Sotheby's affiliated company, their respective servants, directors, officers and employees and the buyer against any loss or damage resulting from any breach or alleged breach of any of the above representations or warranties. Your representations, undertakings and indemnity will survive completion of the sale of the Property.

*Liability for loss or damage:*

Sotheby's will not be liable for any loss or damage caused to frames or to glass covering prints, paintings or other work, for damage occuring in the course of any process undertaken by independent contractors employed with your consent (including restoration, framing or cleaning), or for damage which is caused directly or indirectly or results from (i) changes in humidity or temperature; (ii) normal wear and tear, gradual deterioration or inherent vice or defect (including woodworm); (iii) errors in processing; or (iv) war, nuclear fission or radioactive contamination, chemical, bio-chemical or electro-magnetic weapons, or any act or acts of terrorism (as defined and applied by Sotheby's insurers).

*Photographs and illustrations:* You agree that Sotheby's shall have the absolute right (on a non-exclusive basis) to photograph, illustrate or otherwise produce images of the Property. Sotheby's shall retain copyright in all images created by Sotheby's of the Property and shall have the right to use such images in whatever way Sotheby's deem appropriate, both before and after the sale.

*Guarantee:*  You agree that subject to the guarantee set out in the following paragraph, the Property will be sold "as is", with all faults and imperfections and errors of description.  Subject as above, neither you nor Sotheby's shall be responsible for errors of description or for the genuineness or authenticity of the Property nor make any representations or warranties with respect to the physical condition, size, quality, rarity, genuineness, authenticity, importance, provenance, exhibitions, literature or historical relevance of the Property, and no statement anywhere, whether oral or written, shall be deemed such a representation or warranty.

Notwithstanding the generality of the preceding paragraph, Sotheby's shall guarantee to the buyer that the Property is not *"counterfeit"* (an imitation intended to deceive). This guarantee will not be assignable and will only be applicable to the original buyer and not to any subsequent owner or owners who acquire an interest in the Property. In the event Sotheby's determines that the Property is *"counterfeit"*, you agree to a rescission of the sale and will return to the buyer the purchase price received by you for the Property and the buyer will return the Property to you. Sotheby's reserves the right to consult independent expert advice on whether the Property is *"counterfeit"* and will only rescind a sale if the buyer can: (i) provide, within five (5) years from the date of their agreement to purchase the Property, written evidence raising doubts as to the authenticity or attribution of the item; (ii) transfer good title in the item free from third party claims; and (iii) return the item to Sotheby's in the condition in which it was purchased.

In order to fulfil the services you have requested, Sotheby's may disclose information to third parties (e.g. shippers). Some countries do not offer equivalent legal protection of personal information to that offered within the EU. It is Sotheby's policy to require that any such third parties respect the privacy and confidentiality of our clients' information and provide the same level of protection for clients' information as provided within the EU, whether or not they are located in a country that offers equivalent legal protection of personal information. By signing this Agreement, you agree to such disclosure. Clients can prevent the use of their personal information for marketing purposes by ticking this box or by contacting us at +43 (0)1 512 47 72 or +44 (0)20 7293 6667.  ☐

*This Agreement shall be governed by and construed and enforced in accordance with Austrian law. In the event of a dispute hereunder, you agree to submit to the jurisdiction of the Austrian courts in favour of Sotheby's.* This Agreement shall be binding upon you and your heirs, executors, beneficiaries, successors and assigns. Neither you nor Sotheby's may assign this Agreement without the prior written consent of the other party hereto, except that Sotheby's may assign this Agreement to any of its related or affiliated entities without your prior consent. Neither you nor Sotheby's may amend or supplement any provision of this Agreement other than in writing and signed by each of the parties hereto.  This Agreement contains the entire agreement between the parties with respect to the transactions contemplated hereby and supersedes all prior agreements or understandings, written or oral, with respect thereto.

DEFS0064340



CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064341



CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064342



**Sotheby's** EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

16th July 2013

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012, as amended by letter agreement signed by you and Sotheby's on 31st December 2012, by letter agreement signed by Sotheby's on 30th January 2013 and by you on 31st January 2013, by letter agreement signed by you and Sotheby's on 2nd April 2013 and by letter agreement signed by you and Sotheby's on 5th July 2013 (the "Agreement"). In this Agreement any capitalized but undefined term shall have the meaning given to it in the Agreement.

1.   Pursuant to the terms of the Agreement, Sotheby's hereby notifies you that on 16th July 2013 Sotheby's received the licence allowing the permanent export of the Property from Austria to the Geneva Freeport.   Prior to that and as previously notified to you, Sotheby's has also received a contract satisfactory to Sotheby's signed by the seller of the Property and ▬▬▬▬▬▬▬ agreeing to the full and final resolution and settlement of all claims made by ▬▬▬▬▬ in respect of the Property, subject to certain conditions being met.

Accordingly, the payment of the Purchase Price shall be made by you within five (5) working days of the date of this notification by wire transfer in US dollars to the following account: ▬▬▬▬▬▬

2.   Sotheby's hereby confirms that completion of the sale and purchase of the Property has been agreed by the parties to take place on 23rd July 2013 provided we are in receipt of the Purchase Price in full in cleared funds.

3.   As an amendment to the terms of the Agreement, Sotheby's hereby agrees to arrange the shipment of the Property from Austria to the Geneva Freeport at Sotheby's sole cost.  Sotheby's will assume liability for loss of damage to the Property at no cost to you, from the time it is released to Sotheby's by the seller or their agent in Austria until it is released to you or your agent in the Geneva Freeport, up to a maximum amount equal to the Purchase Price, subject to exclusions set out below.

You hereby agree that Sotheby's will not be liable for any loss or damage caused to the frame or to glass covering the Property, for damage occurring in the course of any process undertaken by independent contractors employed with your consent (including restoration, framing or cleaning), or for damage which is caused directly or indirectly or results from (i) changes in humidity or

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12805/00
SITZ DER GESELLSCHAFT WIEN  FIRMENBUCHNUMMER FN95041S FIRMENBUCHGERICHT HANDELSGERICHT WIEN
UID ATU14910404  DVR 0805925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

# Sotheby's EST.1744

temperature; (ii) normal wear and tear, gradual deterioration or inherent vice or defect (including woodworm); (iii) errors in processing; or (iv) war, nuclear fission or radioactive contamination, chemical, bio-chemical or electro-magnetic weapons, or any act or acts of terrorism (as defined and applied by Sotheby's insurers).

For the avoidance of doubt, risk of loss or damage to the Property will pass to you upon the release of the Property to you or your agent in the Geneva Freeport.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

For and on behalf of Sotheby's Kunstauktionen Ges.m.b.H.

Date: 13.7.13

Acknowledged and agreed:

Signed: _____

Name: _____

Duly authorised for and on behalf of

Date: July 15, 2013

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064344

## Sotheby's

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-512 48 67  WWW.SOTHEBYS.COM

Dear Sirs

Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cms, oil on canvas, signed lower right (the "Property")

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012, as amended by letter agreement signed by you and Sotheby's on 31st December 2012, by letter agreement signed by Sotheby's on 30th January 2013 and by you on 31st January 2013 and by letter agreement signed by you and Sotheby's on 2nd April 2013 (the "Agreement").

You and Sotheby's hereby agree that the Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be 31st October 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

For and on behalf of Sotheby's Kunstauktionen Ges.m.b.H.

Date: 5.7.13

Acknowledged and agreed:

Signed: _____

Name: _____
Duly authorised for and on behalf of

Date: _____

DEFS0064345

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H   PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN
T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012, as amended by letter agreement signed by you and Sotheby's on 31st December 2012 and by letter agreement signed by Sotheby's on 30th January 2013 and by you on 31st January 2013 (the "Agreement").

You and Sotheby's hereby agree that the Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be 8th July 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

_____
For and on behalf of Sotheby's Ges.m.b.H.


Date: _____2. 4. 13_____


Acknowledged and agreed:

Signed: _____

Name: _____
Duly authorised for and on behalf of
I

Date: ____07. 04. 13_____

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN   FIRMENBUCHNUMMER FN650415  FIRMENBUCHOERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064346

# Sotheby's

EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012, as amended by letter agreement signed by you and Sotheby's on 31st December 2012 (the "Agreement").

You and Sotheby's hereby agree that the Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be 8th April 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

For and on behalf of Sotheby's Ges.m.b.H.

Date: 30 1 13

Acknowledged and agreed:

Signed: _____

Name: _____
Duly authorised for and on behalf of
 

Date: 31. 01 2013

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO, 0035-12005/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN95941B  FIRMENBUCHGERICHT, HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0005928

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064347



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512-47 72  F +43-1-513-48 67  WWW.SOTHEBYS.COM

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012 (the "Agreement").

You and Sotheby's hereby agree that the Agreement shall be amended as follows:

**1.** Sotheby's bank account details as set out in Clause 1 of the Agreement are hereby amended to read as follows:

████████████████████████████████

**2.** The Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be January 31, 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

For and on behalf of Sotheby's Ges.m.b.H.

Acknowledged and agreed:

Signed: _____

Name: _____
Duly authorised for and on behalf of

Date: _31.12.2012_

Date: December 31, 2012

BANKVERBINDUNG CREDITANSTALT - BANKVEREIN KTO 0035-12605/00
SITZ DER GESELLSCHAFT WIEN FIRMENBUCHNUMMER FN959415 FIRMENBUCHGERICHT HANDELSGERICHT WIEN
UID ATU14915804 DVR 0901928

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064348

# Sotheby's

EST. 1744

TO BILL R.
1 212 606 7282

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Dear Sirs

**Gustav Klimt**, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")

This letter agreement (the "Agreement") confirms the terms and conditions under which the seller and Sotheby's Kunstauktionen GesmbH ("Sotheby's") as the seller's agent, will sell the Property to you.

1.      You agree to pay to Sotheby's a purchase price of US$~~140,000,000~~ *126,000,000* (one hundred and ~~forty million~~ *twenty six million* US dollars) for the Property (inclusive of Sotheby's buyer's premium) plus, subject to the terms of clause 3 below, any Austrian VAT applicable on the buyer's premium (the "Purchase Price"), in US dollars, by wire transfer to the following account: ███████████████████████████████████████  Payment of the Purchase Price shall be received by Sotheby's not later than five (5) working days of Sotheby's notification to you that (i) Sotheby's is in receipt of a licence allowing the permanent export of the Property from Austria to the Geneva Freeport, and (ii) Sotheby's has received a contract satisfactory to Sotheby's signed by or on behalf of the seller of the Property and ████████████ agreeing to the full and final resolution and settlement of all claims made by ████████████ in respect of the Property (the "Payment Deadline").

You hereby agree that receipt of the Purchase Price by Sotheby's on or before the Payment Deadline is of the essence. You further agree that Sotheby's shall be entitled to terminate this Agreement and cancel its obligations hereunder without notice if you should become or be declared insolvent in any jurisdiction or if Sotheby's fails to receive the Purchase Price in full in cleared funds on or before the Payment Deadline. You hereby irrevocably agree that neither Sotheby's, the seller of the Property, the seller's advisor or the legal counsel of the seller's advisor shall have any liability whatsoever in connection with any such termination.

2.      You and Sotheby's agree that the sale of the Property under this Agreement and Sotheby's and the seller's obligations hereunder will be subject to the fulfilment of all the following conditions precedent (the "Conditions") not later than ~~27th April 2013~~ *Dec 31, 2012* (unless expressly extended by Sotheby's and the seller of the Property) (the "Conditions Deadline"):

(a) the receipt by Sotheby's of a licence allowing the permanent export of the Property from Austria to the Geneva Freeport; and
(b) the full and final resolution and settlement of all claims made by the heirs of Jenny Steiner in respect of the Property to Sotheby's satisfaction.

Sotheby's will notify you in writing immediately upon the fulfilment of all the Conditions set out above. You hereby agree that if any of the Conditions fails to be fulfilled by the Conditions Deadline, this Agreement will automatically terminate. You irrevocably agree that neither Sotheby's nor the seller, the seller's advisor or the legal counsel of the seller's advisor shall be responsible in the event that any of the Conditions fails to be fulfilled by the Conditions Deadline, and neither Sotheby's nor the seller, the seller's advisor or the legal counsel of the seller's advisor shall have any liability whatsoever in connection with such termination.

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN559415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064349

# Sotheby's

EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H PALAIS WILCZEK HERRENGASSE 5 1010 WIEN
T +43-1-512 47 72 F +43-1-513 48 67 WWW.SOTHEBYS.COM

Title to the Property will pass and the Property will be released to your designated shippers as set out in clause 3 below upon the later of: (i) Sotheby's notification to you of the fulfilment of all the Conditions and (ii) receipt of the Purchase Price in full in cleared funds by Sotheby's.

3.     You hereby irrevocably instruct Sotheby's to arrange on your behalf and at your risk for the Property to be shipped by your designated shippers from Austria to an address at the Geneva Freeport indicated by you following the passing of title to the Property to you. The cost of such shipment, including customs clearance charges, transit insurance and any taxes or duties in connection thereto, shall be paid by you. For the avoidance of doubt, risk of loss or damage to the Property will pass to you upon the release of the Property to your shippers in Austria, and you hereby irrevocably agree that Sotheby's will have no responsibility whatsoever for any loss or damage to the Property.

According to the VAT rules currently applicable, Sotheby's will be able to zero-rate the Austrian VAT applicable on this transaction provided that the Property is shipped outside Austria within ninety (90) days of the date of the sale of the Property. You agree that in the event that the transaction may not be zero-rated by Sotheby's for any reason whatsoever (including but not limited to, a change in the VAT rules), the Purchase Price shall be increased by the amount of such applicable Austrian VAT and any references in this Agreement to the Purchase Price (including but not limited to, the reference to the Purchase Price in clause 2 (ii)) shall mean the US dollar amount referred to in clause 1 plus the applicable Austrian VAT.

4. You agree that subject to the guarantee set out in the following paragraph, the Property will be sold "as is", with all faults and imperfections and errors of description. Subject as above, neither the owner nor Sotheby's shall be responsible for errors of description or for the genuineness or authenticity of the Property nor does either make any representations or warranties with respect to the physical condition, size, quality, rarity, genuineness, authenticity, importance, provenance, exhibitions, literature or historical relevance of the Property, and no statement anywhere, whether oral or written, shall be deemed such a representation or warranty.

Notwithstanding the generality of the preceding paragraph, in the event that Sotheby's determines that the Property is *"counterfeit"* (an imitation intended to deceive), as your sole remedy Sotheby's will rescind the sale and the owner will return the purchase price for the Property to you. This offer to rescind is only available on condition that you: (i) provide Sotheby's, within five (5) years from the date of this Agreement, written evidence raising doubts as to the authenticity or attribution of the Property; (ii) are able to transfer good title in the Property free from third party claims; and (iii) can return the item of Property to Sotheby's in the condition in which it was purchased. This offer to rescind does not apply if, at the date of this Agreement, the Property description in this Agreement accords with generally accepted views of scholars and experts or indicates that there is a divergence of such views, or if the only method of establishing that the Property is *"counterfeit"* relies on a process which is either not in general use at the date of this Agreement or likely in Sotheby's opinion to risk damage to the Property. This offer to rescind is only made to you personally and may not be transferred or assigned in any way by you.

5.     You and we agree that you and we shall keep the terms of this Agreement strictly confidential and that neither you nor we shall divulge the terms of this Agreement to any third party without the prior written consent of the other party, other than where required to be disclosed pursuant to any relevant law or regulation, or by order of a Court or a regulatory body of competent jurisdiction, or specifically in the case of Sotheby's, where such disclosure to the extent that this is necessary or appropriate, as determined by Sotheby's, for the purposes of the fulfilment of the Conditions.

BANKVERBINDUNG CREDITANSTALT - BANKVERIEN KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN FIRMENBUCHNUMMER FN959415 FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804 DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064350

# Sotheby's EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-512 48 67  WWW.SOTHEBYS.COM

6. This Agreement shall be governed by and construed and enforced in accordance with Austrian law. In the event of a dispute hereunder, you agree to submit to the jurisdiction of the Austrian courts in favour of Sotheby's. This Agreement shall be binding upon your heirs, executors, beneficiaries, successors and assigns but you may not assign this Agreement without Sotheby's prior written consent. This Agreement represents the entire agreement between you and Sotheby's concerning the sale of the Property and neither party may amend or supplement any provision other than in writing signed by each party.

In order to fulfil the services you have requested, Sotheby's may disclose information to third parties (e.g. shippers). Some countries do not offer equivalent legal protection of personal information to that offered within the EU. It is Sotheby's policy to require that any such third parties respect the privacy and confidentiality of our clients' information and provide the same level of protection for clients' information as provided within the EU, whether or not they are located in a country that offers equivalent legal protection of personal information. By signing this Agreement, you agree to such disclosure. Clients can prevent the use of their personal information for marketing purposes by ticking this box or by contacting us at +43 (0)1 512 47 72. ☐

Please would you sign both originals of this Agreement where marked below, to confirm your agreement with its terms and return one copy to Sotheby's.

_____
For and on behalf of Sotheby's Kunstauktionen GesmbH

Date: _Sept 11, 2012_

Acknowledged and agreed:

Signed: _____

Name: _____

Duly authorised for and on behalf of J

Date: _11 September 2012_

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12805/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064351

—c: government issued ID

## COMPLIANCE CHECKLIST FOR PRIVATE SALE

Seller name: [redacted]    Buyer name: CONFIDENTAL #134    Date: 7/11/13

Seller acct: 51008975    Buyer acct: 51320831    Net to Seller: 112,140,000 USD

Please submit a completed copy of this checklist with a full property description and provenance to the Compliance Department prior to the execution of the seller's agreement. If you do not know the identity of the buyer at that time, please complete the seller details due diligence section and submit; re-submit this checklist with buyer details to Compliance prior to concluding the sale. A person knowledgeable about the property and clients must complete and sign the checklist. You must raise any concerns or questions with the Compliance Department before executing the seller's agreement (if related to the property or seller) or before concluding the sale (if related to the buyer). All Due Diligence must be documented and retained in the sale file. The completed checklist must be retained with the corporate governance papers.

| | YES | NO | N/A |
|---|---|---|---|
| Have you attached a FULL PROPERTY DESCRIPTION, including COUNTRY OF SHIPMENT and PROVENANCE? | X | | |
| Has the property been checked with the Art Loss Register (ALR) and is the result attached? | X | | |
| Has a specialist involved in the sale inspected the property within the last six months? | X | | |
| Have you completed all provenance research for the World War II years (1933 - 1945) for any property in the sale created prior to 1946? If there are any questions you must contact the Legal or Restitution Departments. | X | | |
| Have you made reasonable enquiries to clients and the Compliance Department regarding relevant import/export licenses? Copies of all licenses must be maintained in the sale file. | X | | |
| a) Is any property in the sale archaeological (discovered through excavation or digging of any kind) or was it once part of or affixed to an immobile monument or architectural structure? If yes, continue to question b). | a) | X | |
| b) If yes, is there any such property for which you do NOT have documentation or substantial evidence of ownership history or proof of legal export from the country of origin? If you have any knowledge or suspicion that the property may have been illegally excavated, stolen or looted from a monument or historical structure, you must contact the Compliance, Legal, or Restitution Departments. | b) | | X |
| Have you considered whether the property has or can be imported legally under UNESCO (United Nations Educational, Scientific and Cultural Organization)? Consult with Compliance if you do not know. | X | | |
| Is the property subject to government Sanctions or Embargoes? Contact Compliance if the property has ever been in or is owned by a person/entity from Burma (Myanmar), Cuba, Iran, Iraq, North Korea, Sudan or Syria or if the property originates from those countries. | | X | |
| Are there any Endangered Species or Restricted Materials in the Property? If yes, you must ensure we have all necessary licenses and permits. If you have questions, contact Compliance. | | X | |
| Is the property politically or culturally "sensitive"? If any object is a ritual object, religious object, deity or ceremonial item of the country where it was made, or if any object contains any human remains (such as teeth, scalp or bone), Nazi memorabilia or primate taxidermy, you must contact the Compliance Department. | | X | |
| Have you completed a High Value Lot form for property with a purchase price for any lot of $1.5m or more (or the local equivalent)? Submit HVL forms to HVL@sothebys.com | X | | |
| Is the Legal Department involved in drafting the agreements with the seller and/or buyer if they are required to be involved? | X | | |

### Seller related questions

| | YES | NO | N/A |
|---|---|---|---|
| Are there any anti-money laundering or client identification issues with the seller? If the seller is a new client, you must obtain the appropriate ID. For existing clients with antecedent accounts, please try to obtain ID if at all possible. For all clients, contact Compliance if you have any concern about potentially illegal activity by the client. | | X | |
| Is Sotheby's paying any introductory commissions in connection with this seller? If yes, you must comply with corporate governance and the IC policy, conclude an IC agreement with the recipient, and make appropriate disclosure to the principal. | X | | |

### Buyer related questions

| | YES | NO | N/A |
|---|---|---|---|
| Are there any anti-money laundering or client identification issues with the buyer? If the buyer is a new client, you must obtain the appropriate ID. For existing clients with antecedent accounts, please try to obtain ID if at all possible. For all clients, contact Compliance if you have any concern about potentially illegal activity by the client. | | X | |
| Is Sotheby's paying any introductory commissions in connection with this buyer? If yes, you must comply with corporate governance and the IC policy, conclude an IC agreement with the recipient, and make appropriate disclosure to the principal. | | X | |

I confirm that to the best of my knowledge the above answers are true and correct and that I have/will raise any issues with the appropriate person(s).

DAISY EDELSON
Specialist (printed name)    Specialist Signature    Date 7/15/15

RECEIVED: Jane Levine / MSC
Compliance Officer    Date 7/16/13

Mar-10

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER    DEFS0064352



# THE ART LOSS ■ REGISTER™

*www.artloss.com*

23 July 2013

Mr Lucian Simmons
Sotheby's
1334 York Avenue
New York 10021
USA

**ALR Ref: 7042.AFB**

Dear Mr Simmons,

The Art Loss Register ('ALR') has now completed a search of the ALR database for the following item:

| | | |
|---|---|---|
| **ITEM:** | *Wasserschlangen II* (Waterserpents II) |  |
| **ARTIST:** | Gustav Klimt | |
| **DATE:** | 1904 (revised 1906/7) | |
| **MEDIUM:** | Oil on canvas | |
| **DIMENSIONS:** | 80 x 145 cm | |
| **OTHER MARKINGS:** | Signed lower right | |
| **PROVENANCE PROVIDED:** | ███████████████ | |

The Art Loss Register certifies that the above referenced item is not, to the best of our knowledge, registered as stolen or missing on the Art Loss Register's database of stolen and missing art. As per the Letter of Notification dated 23 July 2013, any and all claims held by the heirs of Jenny Steiner to the above referenced work have been fully settled and resolved.

It should, however, be noted that:

- not every loss or theft is reported to the Art Loss Register, but the database includes Interpol and other Police losses which have been circulated;
- the ALR database does not contain information on illegally exported artefacts unless they have been reported to the Art Loss Register as stolen;
- the ALR database does not contain information on illegally excavated artefacts unless they have been reported to the Art Loss Register as stolen;
- the Art Loss Register does not have details of all works of art confiscated, looted or subjected to a forced seizure or forced sale between 1933 and 1945.

It is also important for you to note that this Certificate is no indication of authenticity of the item.

The Art Loss Register does not guarantee the provenance of any item against which it has made a search. Your search with the ALR demonstrates due diligence but may not excuse you undertaking further research or providing further information where known. Should the ALR become aware of any abuse of this Certificate it may find it necessary take action.

If you have any questions or require any further assistance please contact the Art Loss Register's London office on +44 (0) 207 841 5780 or at info@artloss.com quoting ALR Ref. 7042.AFB or WW.05.33.

Yours sincerely,

Christopher A. Marinello
Executive Director and General Counsel
The Art Loss Register
Tel: +44 (0) 207 841 5782    Email: chris.marinello@artloss.com

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

## Batey, Erika

| | |
|---|---|
| **From:** | Amin, Nisha |
| **Sent:** | 16 July 2013 10:43 |
| **To:** | Batey, Erika |
| **Subject:** | FW: HVL Request "Cottonmouth" |
| | |
| **Sensitivity:** | Confidential |

Hi Erika

See below, this is the HVL, I'm sure more will follow today. We have the license and Sam's client has been sent the notification.

Nisha

---

**From:** Barber, Isabel
**Sent:** 15 July 2013 23:34
**To:** Amin, Nisha
**Subject:** FW: HVL Request "Cottonmouth"
**Sensitivity:** Confidential

For your packet. Compliance checklist is pending the ALR certificate, which will get done at signing, so Lucian and I will discuss timing on that tomorrow. The painting is in SAP under item ID 742BG.



Cottonmouth
HVL.doc

---

**From:** HVL@sothebys.com
**Sent:** Monday, July 15, 2013 2:48 PM
**To:** Barber, Isabel; HVL@sothebys.com
**Cc:** Edelson, Daisy
**Subject:** RE: HVL Request "Cottonmouth"

Dear Isabel,

The Committee has reviewed and approved your Questionnaire for ██████████ Klimt.

Kind regards,

Matthew Carville | Sotheby's
Compliance Assistant
t: 212.894.1450

---

**From:** Barber, Isabel
**Sent:** Thursday, July 11, 2013 5:08 PM
**To:** HVL@sothebys.com
**Cc:** Edelson, Daisy
**Subject:** HVL Request "Cottonmouth"

1

DEFS0064354

Please see the attached HVL request for a confidential Impressionist Private Sale. Please note that we are hoping to process this sale early next week (of July 15th). If you need any additional information, please let me know. Many thanks,

Isabel

<< File: Cottonmouth HVL.doc >>

2

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER    DEFS0064355

PRIVATE, PRIVILEGED AND CONFIDENTIAL INTERNAL SOTHEBY'S DOCUMENT

## HIGH VALUE LOT QUESTIONNAIRE

Please answer as completely as possible the following questions and use one questionnaire per lot.

Please submit this questionnaire as early as possible in the process, and no later than the catalogue deadline to hvl@sothebys.com.

If the matter is urgent and time sensitive, please so indicate on the email and the Committee will attempt to accommodate your request.

The HVL Committee (Jon Olsoff, Lucian Simmons, and Jane Levine) meets once per week to review all submissions.  The Committee may come back to you with questions.  The person whose name is on the form should be responsible for the content and should serve as the contact person for follow-up.

Thanks for your cooperation.

Date: July 11ᵗʰ, 2013                    Name: Daisy Edelson

Department: Impressionist and Modern

Sale Location and Sale Date:
Private Treaty / Austria

1. Please state the full name and address of the consignor(s) of the property.



2. If the consignor is an agent, please state the name and address of the persons for whom they are acting.
   n/a

3. If the consignor is a corporation (or entity), please state the names and addresses of the beneficial owners of the property.
   n/a

4. Is the owner and/ or agent a new client?
   Yes (her first transaction but she has been a registered client for some years)

   • If so, do you have all required identification entered into the Client System?
   Yes

5. If the client is an existing client, please state the account number and confirm that the account is in good standing.
   Account # 51008975

6. Is there an IC involved?
   Yes

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064356

PRIVATE, PRIVILEGED AND CONFIDENTIAL INTERNAL SOTHEBY'S DOCUMENT

## HIGH VALUE LOT QUESTIONNAIRE

- If yes, how is it being disclosed?
  In an I/C agreement drafted by Antonia Serra

7. Provide a complete as possible description of the Property:
   Wasserschlangen II (Water Serpents II) Signed Gustav Klimt (lower right) Oil on
   canvas
   80 by 140 cm
   Painted between 1904 and 1906-07.

8. What are the current pre-sale estimates or the sale price?

   $126,000,000

9. Is the Property for public auction or private sale?

   ___ public auction            _X_ private sale

10. If there is a loan or guarantee, please state so and indicate whether the guarantee is
    pre-funded.

    n/a

11. Is this a joint venture?

    No

12. Are there any potential press issues? Is there anything about the property or sale
    that might result in publicity to Sotheby's, adverse or not? If yes, please briefly
    explain.

    The transaction is confidential but Press in UK and USA briefed in case of leaks and
    Q&As agreed

13. Has the consignor been asked to provide Sotheby's with all information he or she
    has relating to the provenance of the Property and has the consignor done so?

    Yes

14. Please describe in as much detail as possible:

    - the provenance of the Property, including **DATES** of each transfer of
      ownership:

    ███████████████████████████

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                                    DEFS0064357

PRIVATE, PRIVILEGED AND CONFIDENTIAL INTERNAL SOTHEBY'S DOCUMENT

## HIGH VALUE LOT QUESTIONNAIRE

██████████████████████████████████

- the exhibition and publication and history and state whether each source has been checked:

Exhibited
Vienna, *XX Secession Exhibition*, 1904, no. 66 (possibly)
Berlin, German Künstlerband, *II Exhibition*, 1905, no. 111
Vienna, *Kunstschau*, 1908, no. 16 (room 22)
Munich, Glaspalast, X International Art Exhibition, 1909, no. 810
Venice, IX Espozione Internationale, 1910, no. 12 (room 10)
Vienna, XCIC Secession Exhibition, 1928, no. 54
Vienna, Secession Exhibition, 1935
Vienna, Ausstellunghuas Friedrichstrasse, 1943, no. 26
Vienna, Sucession/Kunstlerhaus/Historisches Museum der Stadt Wien, 1964, no. 41

Literature
Ludwig Hevesi, *Altkunst-Neukunst, Wien, 1894-1908*, Vienna, 1908, p. 247
Zuckerkandl, 1903-04 a, p. 414
Weixlgarnter 1912, p. 55
Miethke, 1908-14, lot IV, no. 9
Eisler, 1920, p. 27
Hatle, 1955, p. 75
Fritz Novotny and Johannes Dobai, *Gustav Klimt*, New York, 1967, no. 140
Sophie Lillie, 2003, pp. 1244, 1248 & 1250
Chini & Pescio, 2004, p. 67
Gilles Néret, *Klimt*, Cologne, 2005, illustrated in color p. 47
Alfred Weidinger, ed., *Gustav Klimt*, Munich, Berlin, London & New York, 2007, no. 173, illustrated in color pp. 281

15. Please state:

- in which country the property was made and the **DATE**:
Austria 1904-7

- in which country the property is currently located and how long it has been in that country:

In Austria, since creation save for exhibitions cited above

- the countries in which the property has been located, and if known, the **DATES** it was in each country:

Austria 1904 – present save for exhibitions.

16. Are there any outstanding provenance or other research that remains to be done and if so, why and when will that be completed?

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064358

PRIVATE, PRIVILEGED AND CONFIDENTIAL INTERNAL SOTHEBY'S DOCUMENT

## HIGH VALUE LOT QUESTIONNAIRE

No

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064359

*TO BILL R.*
*1 212 606 7282*

# Sotheby's

EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN

T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

This letter agreement (the "Agreement") confirms the terms and conditions under which the seller and Sotheby's Kunstauktionen GesmbH ("Sotheby's") as the seller's agent, will sell the Property to you.

1.      You agree to pay to Sotheby's a purchase price of US$140,000,000 *126,000,000* (one hundred and ~~forty million~~ *twenty six million* US dollars) for the Property (inclusive of Sotheby's buyer's premium) plus, subject to the terms of clause 3 below, any Austrian VAT applicable on the buyer's premium (the "Purchase Price"), in US dollars, by wire transfer to the following account: ███████████████████████████

███████████████████████████████████████████████████ Account Name:
~~Sotheby's Global Trading GmbH, 8001 Zurich.~~  Payment of the Purchase Price shall be received by Sotheby's not later than five (5) working days of Sotheby's notification to you that (i) Sotheby's is in receipt of a licence allowing the permanent export of the Property from Austria to the Geneva Freeport, and (ii) Sotheby's has received a contract satisfactory to Sotheby's signed by or on behalf of the seller of the Property and ████████████ agreeing to the full and final resolution and settlement of all claims made by ████████████ in respect of the Property (the "Payment Deadline").

You hereby agree that receipt of the Purchase Price by Sotheby's on or before the Payment Deadline is of the essence. You further agree that Sotheby's shall be entitled to terminate this Agreement and cancel its obligations hereunder without notice if you should become or be declared insolvent in any jurisdiction or if Sotheby's fails to receive the Purchase Price in full in cleared funds on or before the Payment Deadline. You hereby irrevocably agree that neither Sotheby's, the seller of the Property, the seller's advisor or the legal counsel of the seller's advisor shall have any liability whatsoever in connection with any such termination.

2.      You and Sotheby's agree that the sale of the Property under this Agreement and Sotheby's and the seller's obligations hereunder will be subject to the fulfilment of all the following conditions precedent (the "Conditions") not later than ~~27th April 2013~~ (unless expressly extended by Sotheby's and the seller of the Property) (the "Conditions Deadline"):                     *Dec 31, 2012*

(a) the receipt by ~~Sotheby's of a~~ licence allowing the permanent export of the Property from Austria to the Geneva Freeport; and
(b) the full and final resolution and settlement of all claims made by the heirs of Jenny Steiner in respect of the Property to Sotheby's satisfaction.

Sotheby's will notify you in writing immediately upon the fulfilment of all the Conditions set out above. You hereby agree that if any of the Conditions fails to be fulfilled by the Conditions Deadline, this Agreement will automatically terminate. You irrevocably agree that neither Sotheby's nor the seller, the seller's advisor or the legal counsel of the seller's advisor shall be responsible in the event that any of the Conditions fails to be fulfilled by the Conditions Deadline, and neither Sotheby's nor the seller, the seller's advisor or the legal counsel of the seller's advisor shall have any liability whatsoever in connection with such termination.

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12905/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064360



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H   PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN

T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

Title to the Property will pass and the Property will be released to your designated shippers as set out in clause 3 below upon the later of: (i) Sotheby's notification to you of the fulfilment of all the Conditions and (ii) receipt of the Purchase Price in full in cleared funds by Sotheby's.

3.    You hereby irrevocably instruct Sotheby's to arrange on your behalf and at your risk for the Property to be shipped by your designated shippers from Austria to an address at the Geneva Freeport indicated by you following the passing of title to the Property to you. The cost of such shipment, including customs clearance charges, transit insurance and any taxes or duties in connection thereto, shall be paid by you. For the avoidance of doubt, risk of loss or damage to the Property will pass to you upon the release of the Property to your shippers in Austria, and you hereby irrevocably agree that Sotheby's will have no responsibility whatsoever for any loss or damage to the Property.

According to the VAT rules currently applicable, Sotheby's will be able to zero-rate the Austrian VAT applicable on this transaction provided that the Property is shipped outside Austria within ninety (90) days of the date of the sale of the Property. You agree that in the event that the transaction may not be zero-rated by Sotheby's for any reason whatsoever (including but not limited to, a change in the VAT rules), the Purchase Price shall be increased by the amount of such applicable Austrian VAT and any references in this Agreement to the Purchase Price (including but not limited to, the reference to the Purchase Price in clause 2 (ii)) shall mean the US dollar amount referred to in clause 1 plus the applicable Austrian VAT.

4. You agree that subject to the guarantee set out in the following paragraph, the Property will be sold "as is", with all faults and imperfections and errors of description. Subject as above, neither the owner nor Sotheby's shall be responsible for errors of description or for the genuineness or authenticity of the Property nor does either make any representations or warranties with respect to the physical condition, size, quality, rarity, genuineness, authenticity, importance, provenance, exhibitions, literature or historical relevance of the Property, and no statement anywhere, whether oral or written, shall be deemed such a representation or warranty.

Notwithstanding the generality of the preceding paragraph, in the event that Sotheby's determines that the Property is "*counterfeit*" (an imitation intended to deceive), as your sole remedy Sotheby's will rescind the sale and the owner will return the purchase price for the Property to you. This offer to rescind is only available on condition that you: (i) provide Sotheby's, within five (5) years from the date of this Agreement, written evidence raising doubts as to the authenticity or attribution of the Property; (ii) are able to transfer good title in the Property free from third party claims; and (iii) can return the item of Property to Sotheby's in the condition in which it was purchased. This offer to rescind does not apply if, at the date of this Agreement, the Property description in this Agreement accords with generally accepted views of scholars and experts or indicates that there is a divergence of such views, or if the only method of establishing that the Property is "*counterfeit*" relies on a process which is either not in general use at the date of this Agreement or likely in Sotheby's opinion to risk damage to the Property. This offer to rescind is only made to you personally and may not be transferred or assigned in any way by you.

5.    You and we agree that you and we shall keep the terms of this Agreement strictly confidential and that neither you nor we shall divulge the terms of this Agreement to any third party without the prior written consent of the other party, other than where required to be disclosed pursuant to any relevant law or regulation, or by order of a Court or a regulatory body of competent jurisdiction, or specifically in the case of Sotheby's, where such disclosure to the extent that this is necessary or appropriate, as determined by Sotheby's, for the purposes of the fulfilment of the Conditions.

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064361

# Sotheby's

EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN

T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

6. This Agreement shall be governed by and construed and enforced in accordance with Austrian law. In the event of a dispute hereunder, you agree to submit to the jurisdiction of the Austrian courts in favour of Sotheby's. This Agreement shall be binding upon your heirs, executors, beneficiaries, successors and assigns but you may not assign this Agreement without Sotheby's prior written consent. This Agreement represents the entire agreement between you and Sotheby's concerning the sale of the Property and neither party may amend or supplement any provision other than in writing signed by each party.

In order to fulfil the services you have requested, Sotheby's may disclose information to third parties (e.g. shippers). Some countries do not offer equivalent legal protection of personal information to that offered within the EU. It is Sotheby's policy to require that any such third parties respect the privacy and confidentiality of our clients' information and provide the same level of protection for clients' information as provided within the EU, whether or not they are located in a country that offers equivalent legal protection of personal information. By signing this Agreement, you agree to such disclosure. Clients can prevent the use of their personal information for marketing purposes by ticking this box or by contacting us at +43 (0)1 512 47 72. ☐

Please would you sign both originals of this Agreement where marked below, to confirm your agreement with its terms and return one copy to Sotheby's.

For and on behalf of Sotheby's Kunstauktionen GesmbH

Date: Sept 11, 2012.

Acknowledged and agreed:

Signed: _____

Name: _____

Duly authorised for and on behalf of Blancaflor Investments Ltd.

Date: 11 September 2012

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915604  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN

T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012 (the "Agreement").

You and Sotheby's hereby agree that the Agreement shall be amended as follows:

**1.** Sotheby's bank account details as set out in Clause 1 of the Agreement are hereby amended to read as follows: Bank: █████████████████████████████████████████

**2.** The Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be _____ 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

Acknowledged and agreed:

_____        Signed: _____

For and on behalf of Sotheby's Ges.m.b.H.

Name: _____
Duly authorised for and on behalf of
Blancaflor Investments Ltd.

Date: _____        Date: _____

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN   FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

**Sotheby's**  EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012, as amended by letter agreement signed by you and Sotheby's on 31st December 2012 (the "Agreement").

You and Sotheby's hereby agree that the Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be 8th April 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

_____
For and on behalf of Sotheby's Ges.m.b.H.

Date: _____ 30 1. 12 _____

Acknowledged and agreed:

Signed: _____

Name: __Yves BOUVIER_____
Duly authorised for and on behalf of
Blancaflor Investments Ltd.

Date: ____ 31.01 2013 _____

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12005-00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0005925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064364

# Sotheby's

EST.1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H    PALAIS WILCZEK    HERRENGASSE 5    1010 WIEN
T +43-1-512 47 72    F +43-1-513 48 67    WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012, as amended by letter agreement signed by you and Sotheby's on 31st December 2012 and by letter agreement signed by Sotheby's on 30th January 2013 and by you on 31st January 2013 (the "Agreement").

You and Sotheby's hereby agree that the Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be 8th July 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

For and on behalf of Sotheby's Ges.m.b.H.

Date: _2. 4. 13_

Acknowledged and agreed:

Signed: _____

Name: _Yves Bouvier_

Duly authorised for and on behalf of
Blancaflor Investments Ltd.

Date: _07. 04. 13_

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H   PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN

T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012, as amended by letter agreement signed by you and Sotheby's on 31st December 2012, by letter agreement signed by Sotheby's on 30th January 2013 and by you on 31st January 2013 and by letter agreement signed by you and Sotheby's on 2nd April 2013 (the "Agreement").

You and Sotheby's hereby agree that the Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be 31st October 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

**Acknowledged and agreed:**

Signed: _____

_____          Name: _____
For and on behalf of Sotheby's Kunstauktionen
Ges.m.b.H.                         ~~Duly authorised for and on behalf of~~
                                   Blancaflor Investments Ltd.

Date: _____    Date: _____

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



**Sotheby's** EST. 1744

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Dear ███████████

**Gustav Klimt, Wasserschlangen II (Water Serpents II), 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 24th July 2012 (the "Agreement").

1. You and Sotheby's hereby agree to amend the Exclusivity Period under the Agreement so that the Exclusivity Period shall expire on 31st July 2013. Therefore, any references in the Agreement to the "Exclusivity Period" shall mean the period starting on the date on which the Agreement was signed by you and expiring on 31st July 2013.

2. You and Sotheby's agree that the following sentence in Clause 2 of the Agreement *"You agree to release the Property to Sotheby's simultaneously upon your receipt of a banker's draft issued by the Bank of Austria or any other bank as may be agreed between you and Sotheby's for the amount of the net sale proceeds for the Property and acceptable to your bankers"* shall be replaced with the following sentence: *"The payment of the net sale proceeds due to you from the sale of the Property shall be made by way of a banker's draft issued by the Bank of Austria or any other bank as may be agreed between you and Sotheby's"*, and Clause 2 is amended accordingly.

3. You and Sotheby's agree that Clause 3 of the Agreement is hereby amended and shall hereinafter read as follows:

*"The Property is currently held by Kunsttrans at their warehouse located at Leberstraße 20, 1110 Vienna ("Kunsttrans Warehouse"), under your sole and exclusive responsibility. You agree that Sotheby's will have no responsibility whatsoever for any loss or damage to the Property whilst the Property is not in Sotheby's possession or control. You hereby agree to make the Property available to Sotheby's in Vienna within a reasonable period of time, so that Sotheby's may show the Property to prospective buyers.*

*Sotheby's will arrange for the Property to be shipped from Kunsttrans Warehouse to the premises of Sotheby's in Vienna located at Herrengasse 5, 1010 Vienna ("Sotheby's Premises"), at Sotheby's cost, prior to midday on the date on which completion of the sale of the Property is envisaged to take place, as notified by you to Sotheby's. You agree to cause the Property to be released to Sotheby's in good time to enable the shipment of the Property to Sotheby's Premises as indicated above. Upon the release of the Property to Sotheby's at Kunsttrans Warehouse, you or your designated agent and Sotheby's will sign a condition report in respect of the Property. Sotheby's will assume liability for loss or damage to the Property at no cost to you on the terms set out in the Private Treaty Terms attached hereto, from the time that the Property is released to Sotheby's at Kunsttrans Warehouse until the Property ceases to be in Sotheby's possession or control, up to a maximum amount equal to the Net Price. For the avoidance of doubt, Sotheby's will hold the Property on your behalf until such time as the banker's draft for an amount equal to the net sale proceeds due to you is handed over to you, and from that moment onwards and until Sotheby's releases the Property to the buyer's agents, Sotheby's will hold the Property on behalf of the buyer".*

4. This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

5. You and we agree that the confidentiality obligations set out in clause 6 of the Agreement shall also apply to this letter agreement.

6. As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

Acknowledged and Agreed:

_____          Signed: _____
For and on behalf of Sotheby's Kunstauktionen    Name: ███████████

27. 3. 13√

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12605500
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN99941S  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064367

# Sotheby's EST.1744

Ges.m.b.H.
Date: _____          Date: 27. 3 . 2013

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064368

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



**Sotheby's**

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Gustav Klimt, Wasserschlangen II (Water Serpents II), 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")

This letter agreement (the "Agreement") confirms the terms on which you grant to Sotheby's Kunstauktionen GesmbH ("Sotheby's"), the exclusive right to offer and sell the Property by private treaty acting in fulfilment of its legal duties as agent, for a period of nine (9) months from the date you sign this Agreement (the "Exclusivity Period"). You shall extend the above Exclusivity Period for an additional period of one (1) month if such an extension is suggested in good faith by Sotheby's prior to the expiry of the Exclusivity Period on the basis that, in Sotheby's opinion, the sale of the Property is close to completion.

1.    The sale price for the Property (the "Sale Price") shall be an amount which will result in a payment to you of not less than US$98,000,000 (ninety eight million US Dollars) (the "Net Price"). You have agreed to accept the Sale Price and the Net Price. The Sale Price payable by the buyer of the Property shall comprise the Net Price and Sotheby's commission and any applicable VAT or amount in lieu of VAT, such commission being calculated as set out in clause 2 below.

For the avoidance of doubt, the Net Price will be reduced by the amount of any compensation that you may agree to pay to ███████████████ for the settlement of all their claims in respect of the Property.

Sotheby's will inform you on a fortnight basis of any material progress made on the negotiations regarding the sale of the Property and will forward to you any offers that may be received by Sotheby's for the Property.

Unless you instruct Sotheby's otherwise at any moment during the term of this Agreement, any communication by Sotheby's to you under this Agreement shall be made exclusively to your appointed advisor, ███████████ (the "Advisor").

2.    You agree that Sotheby's may retain for its own account as its commission from the buyer an amount up to 11% of the Sale Price plus applicable VAT or amount in lieu of VAT but in no event will you be entitled to receive less than the Net Price. You authorise Sotheby's to pay a fee to the Advisor and to reimburse him for legal costs (including any VAT applicable on such legal costs) incurred by him and agreed by Sotheby's in connection with this Agreement and the transactions contemplated hereunder, out of our own commission. You agree that Sotheby's shall pay the net sale proceeds to you within five (5) business days after Sotheby's receipt of cleared funds from the buyer and fulfilment of all other conditions of the sale, after deducting Sotheby's commission and any applicable VAT or amount in lieu of VAT thereon.

If a sale agreement is entered into between Sotheby's and the buyer of the Property, such sale agreement will provide that if payment in full in cleared funds for the Property is not received by Sotheby's from the buyer within the agreed deadline for payment, Sotheby's shall be entitled to terminate the sale agreement and that neither you, your Advisor, the Advisor's legal counsel or Sotheby's shall have any liability in connection with such termination. Sotheby's will not hold you liable in the event that the sale agreement is terminated as set out above. The sale agreement between Sotheby's and the buyer of the Property will also provide that neither title nor possession to the Property will pass to the buyer of the Property until the Sale Price has been received by Sotheby's in full in cleared funds and all other conditions as set out in such sale agreement have been fulfilled. If the buyer should become or be declared insolvent or if the payment of the Sale Price fails to be received by Sotheby's in full in cleared funds from the buyer of the Property within 150 days of the date on which the last payment from the buyer is due pursuant to the terms of the sale agreement

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

# Sotheby's

5.  You hereby acknowledge that you are aware of the relative advantages of consigning property for sale by public auction and via private sale, and having taken those considerations into account, wish to sell the Property via private sale with Sotheby's as your exclusive sales agent pursuant to the terms of this Agreement. In addition, Sotheby's reserves the right to remunerate any employee of the organisation out of the commission it earns on this transaction.

6.  You and we agree that you and Sotheby's shall keep the terms of this Agreement strictly confidential and that neither you nor Sotheby's shall disclose the terms of this Agreement or the existence of this Agreement to any third party without the prior written consent of the other party, except that you and we may disclose the terms of this Agreement and its existence to (a) attorneys and accountants on a need-to-know basis, (b) any third party, in order to comply with applicable law or any legal requirement, (c) any other third party as a result of a valid legal process compelling the release, provided that prompt written notice of such service of process is given to the other party (unless such notice is prohibited) and such party is permitted, if it deems it appropriate, to obtain a protective order and, in the case of Sotheby's only, and (d) to employees of Sotheby's affiliated companies, on a need-to-know basis, as determined by Sotheby's. You and Sotheby's agree to ensure that any third parties referred to in this clause are bound by an obligation of confidentiality.

Please sign both copies of this Agreement where marked below and initial the Private Treaty Terms attached hereto, to confirm your agreement with its terms, and return one copy to Sotheby's.

For and on behalf of Sotheby's
Kunstauktionen GesmbH.

Date: 24. 7. 2012

Acknowledged and Agreed:

Signed: ████████████

Name: ████████████

Date: 24. 7. 2012

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H   PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN
T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM



**Gustav Klimt, Wasserschlangen II (Water Serpents II), 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

This letter agreement (the "Agreement") confirms the terms on which you grant to Sotheby's Kunstauktionen GesmbH ("Sotheby's"), the exclusive right to offer and sell the Property by private treaty acting in fulfilment of its legal duties as agent, for a period of nine (9) months from the date you sign this Agreement (the "Exclusivity Period"). You shall extend the above Exclusivity Period for an additional period of one (1) month if such an extension is suggested in good faith by Sotheby's prior to the expiry of the Exclusivity Period on the basis that, in Sotheby's opinion, the sale of the Property is close to completion.

1.      The sale price for the Property (the "Sale Price") shall be an amount which will result in a payment to you of not less than US$98,000,000 (ninety eight million US Dollars) (the "Net Price"). You have agreed to accept the Sale Price and the Net Price. The Sale Price payable by the buyer of the Property shall comprise the Net Price and Sotheby's commission and any applicable VAT or amount in lieu of VAT, such commission being calculated as set out in clause 2 below.

For the avoidance of doubt, the Net Price will be reduced by the amount of any compensation that you may agree to pay to █████████████████ for the settlement of all their claims in respect of the Property.

Sotheby's will inform you on a fortnight basis of any material progress made on the negotiations regarding the sale of the Property and will forward to you any offers that may be received by Sotheby's for the Property.

Unless you instruct Sotheby's otherwise at any moment during the term of this Agreement, any communication by Sotheby's to you under this Agreement shall be made exclusively to your appointed advisor, ███████████ (the "Advisor").

2.      You agree that Sotheby's may retain for its own account as its commission from the buyer an amount up to 11% of the Sale Price plus applicable VAT or amount in lieu of VAT but in no event will you be entitled to receive less than the Net Price. You authorise Sotheby's to pay a fee to the Advisor and to reimburse him for legal costs (including any VAT applicable on such legal costs) incurred by him and agreed by Sotheby's in connection with this Agreement and the transactions contemplated hereunder, out of our own commission. You agree that Sotheby's shall pay the net sale proceeds to you within five (5) business days after Sotheby's receipt of cleared funds from the buyer and fulfilment of all other conditions of the sale, after deducting Sotheby's commission and any applicable VAT or amount in lieu of VAT thereon.

If a sale agreement is entered into between Sotheby's and the buyer of the Property, such sale agreement will provide that if payment in full in cleared funds for the Property is not received by Sotheby's from the buyer within the agreed deadline for payment, Sotheby's shall be entitled to terminate the sale agreement and that neither you, your Advisor, the Advisor's legal counsel or Sotheby's shall have any liability in connection with such termination. Sotheby's will not hold you liable in the event that the sale agreement is terminated as set out above. The sale agreement between Sotheby's and the buyer of the Property will also provide that neither title nor possession to the Property will pass to the buyer of the Property until the Sale Price has been received by Sotheby's in full in cleared funds and all other conditions as set out in such sale agreement have been fulfilled. If the buyer should become or be declared insolvent or if the payment of the Sale Price fails to be received by Sotheby's in full in cleared funds from the buyer of the Property within 150 days of the date on which the last payment from the buyer is due pursuant to the terms of the sale agreement

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIEN  KTO 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT: HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

Sotheby's EST.1744

5.  You hereby acknowledge that you are aware of the relative advantages of consigning property for sale by public auction and via private sale, and having taken those considerations into account, wish to sell the Property via private sale with Sotheby's as your exclusive sales agent pursuant to the terms of this Agreement. In addition, Sotheby's reserves the right to remunerate any employee of the organisation out of the commission it earns on this transaction.

6.  You and we agree that you and Sotheby's shall keep the terms of this Agreement strictly confidential and that neither you nor Sotheby's shall disclose the terms of this Agreement or the existence of this Agreement to any third party without the prior written consent of the other party, except that you and we may disclose the terms of this Agreement and its existence to (a) attorneys and accountants on a need-to-know basis,  (b) any third party, in order to comply with applicable law or any legal requirement,  (c) any other third party as a result of a valid legal process compelling the release, provided that prompt written notice of such service of process is given to the other party (unless such notice is prohibited) and such party is permitted, if it deems it appropriate, to obtain a protective order and, in the case of Sotheby's only, and (d) to employees of Sotheby's affiliated companies, on a need-to-know basis, as determined by Sotheby's. You and Sotheby's agree to ensure that any third parties referred to in this clause are bound by an obligation of confidentiality.

Please sign both copies of this Agreement where marked below and initial the Private Treaty Terms attached hereto, to confirm your agreement with its terms, and return one copy to Sotheby's.

For and on behalf of Sotheby's
Kunstauktionen GesmbH.

Date: 24. 7. 2012

Acknowledged and Agreed:

Signed: █████████████████

Name: █████████████████

Date: 24. 7 2012

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



**Sotheby's**

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1 512 47 72  F +43-1 513 48 67  WWW.SOTHEBYS.COM .

[DATE]

████████████

Dear ████████

Re: Gustav Klimt, Wasserschlangen II (Water Serpents II), 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")

Thank you very much for introducing the Property to Sotheby's Kunstauktionen Ges.m.b.H ("Sotheby's", "we", "our", "us"). In return for your introduction, we agree to pay you a contingent fee (the "Fee") on the following terms.

1. Sotheby's agreement to pay you the Fee shall be conditional on the signature by the owner of the Property and Sotheby's of a private sale agreement for the Property (the "Private Sale Agreement") and receipt by Sotheby's of signed copy of such Private Sale Agreement from the owner within one month of the date of this letter agreement (the "Letter Agreement"). For the avoidance of doubt, if an agreement for the private sale of the Property fails to be executed by Sotheby's and the owner of the Property and a signed copy returned to Sotheby's within one month of the date of this Letter Agreement, this Letter Agreement will become automatically null and void and Sotheby's will have no obligation to you to pay you the Fee or make any other payment to you. Our agreement to pay you the Fee is subject in all respects to the terms set out in this Letter Agreement.

2. The Fee will be an amount equal to 36.36% of Sotheby's commission (excluding any VAT or amount in lieu of VAT on Sotheby's commission) received by Sotheby's in full as cleared funds from the buyer of the Property. The Fee will cover any legal or other expenses (including any applicable VAT on such expenses) that you may have incurred in relation to the negotiation and the sale of the Property. You hereby agree that upon receipt by you of the Fee, you will be fully compensated by Sotheby's and you shall have no claim against Sotheby's in connection with the introduction of the Property to Sotheby's.

3. We shall not owe you a Fee in respect of the Property if it is unsold, or if we have failed to collect the full purchase price due for the Property from the buyer, or if the agreement for the sale of the Property between Sotheby's and the owner or between Sotheby's and the buyer, or the sale of the Property, is cancelled, terminated or rescinded, or if any conditions of the sale fail to be fulfilled, for any reason.

4. After the sale, we will send you a statement setting out the calculation of the Fee payable. The Fee will be paid to you within 10 days after we have actually received the full purchase price due for the sale of the Property and provided the sale of the Property has been completed and we are in receipt of an appropriate VAT invoice from you (if applicable).

5. If you are acting as an agent or advisor, or in any other representative capacity for the owner of the Property, you represent and warrant that you have advised the owner of the terms of this agreement and that the owner agrees that you may be entitled to receive the Fee from us in connection with the sale of the Property. In addition, in order to obtain confirmation of their consent, Sotheby's will disclose the existence of this agreement to the owner.

BANKVERBINDUNG  CREDITANSTALT · BANKVEREIN  KTO. 0035-1760500
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN159415  FIRMENBUCHGERICHT: HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0909925

DEFS0064374

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

# Sotheby's

6. You also warrant to us that your acceptance of the Fee does not contravene any legal or contractual provisions applicable to you and that you know of no reason why the owner is not lawfully able to sell the Property free from any claims or third party interests.

7. In the event of any breach of your representations and warranties set out in this letter, you agree that the Fee will be immediately reimbursed to us, and to indemnify Sotheby's in respect of any loss or liability (including, for instance, any legal fees incurred by Sotheby's).

8. This letter contains the entire agreement between us concerning our agreement about introductory commission, and may only be amended in writing signed by both of us. This letter shall be governed by and construed in accordance with Austrian law and subject to the exclusive jurisdiction of the Austrian courts in favour of Sotheby's.

Please sign and return to us the enclosed copy of this letter to confirm your agreement with its terms.

Yours sincerely

For and on behalf of Sotheby's
Kunstauktionen Ges.m.b.H

ACCEPTED AND AGREED:

By: ████████████████████

Name: ████████████████

Dated: 24.7.2022

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064375

5193 2195



CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064376

# Sotheby's

SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN
T +43-1-512 47 72  F +43-1-513 48 67  WWW.SOTHEBYS.COM

Subject to the terms and conditions set out in this letter agreement, Sotheby's Kunstauktionen GmbH ("Sotheby's") hereby agrees to reimburse to ▮▮▮▮ a sum equal to the lower of (i) 218,000 Euros or (ii) the amount effectively paid by ▮ in full and final settlement of the claim issued by ▮ ▮▮▮▮ against ▮ before the Court of Commerce Vienna (Handelsgericht Wien) regarding ▮ the "Claim") (the "Reimbursement") within five (5) business days of fulfilment of all the "Conditions" (as defined below).

Sotheby's obligation to pay the Reimbursement will be subject to the fulfilment of the following conditions:

(a) receipt and acceptance by each of Sotheby's and ▮ of an offer document relating to the waiver by the ▮ claims that they may have against ▮ Sotheby's and its affiliated companies in connection with the legal and beneficial ownership of the following painting: Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Painting") and any sale proceeds thereof (the "Offer Document"), such receipt and acceptance of the Offer Document to take place in accordance with the terms of such Offer Document;

(b) receipt by Sotheby's of a licence allowing the permanent export of the Painting from Austria to the Geneva Freeport; and

(c) receipt by Sotheby's of the purchase price for the Painting in full in cleared funds from the private treaty buyer of the Painting, and

(d) receipt by Sotheby's of written evidence of the full and final settlement of the Claim by ▮ including the amount paid by SH to that effect.

(together, the "Conditions").

The payment of the Reimbursement by Sotheby's shall be made by wire transfer to the following client account of ▮

Sotheby's and ▮ hereby agree that if for any reason whatsoever any of the Conditions should fail to be fulfilled or if the Offer Document should be terminated, cancelled or become null and void, Sotheby's obligation to pay the Reimbursement shall automatically terminate without any liability.

▮ and ▮ hereby agree that the terms of this letter agreement and any discussions in relation to the subject matter contained herein are and shall remain strictly confidential and shall not be disclosed to any third parties save as may be required by law or an order of a competent court.

Sotheby's Kunstauktionen GmbH

Date: 1.2.2013

Acknowledged and agreed:

Date: 2./1./13.

BANKVERBINDUNG  CREDITANSTALT - BANKVEREIN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN95841S  FIRMENBUCHGERICHT: HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905825

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0064377



# THE ART LOSS ■ REGISTER™

www.artloss.com

23 July 2013

Mr Lucian Simmons
Sotheby's
1334 York Avenue
New York 10021
USA

**ALR Ref: 7042.AFB**

Dear Mr Simmons,

The Art Loss Register ('ALR') has now completed a search of the ALR database for the following item:

| | | |
|---|---|---|
| **ITEM:** | *Wasserschlangen II* (Waterserpents II) |  |
| **ARTIST:** | Gustav Klimt | |
| **DATE:** | 1904 (revised 1906/7) | |
| **MEDIUM:** | Oil on canvas | |
| **DIMENSIONS:** | 80 x 145 cm | |
| **OTHER MARKINGS:** | Signed lower right | |
| **PROVENANCE PROVIDED:** | | |

The Art Loss Register certifies that the above referenced item is not, to the best of our knowledge, registered as stolen or missing on the Art Loss Register's database of stolen and missing art. As per the Letter of Notification dated 23 July 2013, any and all claims held by the heirs of Jenny Steiner to the above referenced work have been fully settled and resolved.

It should, however, be noted that:

- not every loss or theft is reported to the Art Loss Register, but the database includes Interpol and other Police losses which have been circulated;
- the ALR database does not contain information on illegally exported artefacts unless they have been reported to the Art Loss Register as stolen;
- the ALR database does not contain information on illegally excavated artefacts unless they have been reported to the Art Loss Register as stolen;
- the Art Loss Register does not have details of all works of art confiscated, looted or subjected to a forced seizure or forced sale between 1933 and 1945.

It is also important for you to note that this Certificate is no indication of authenticity of the item.

The Art Loss Register does not guarantee the provenance of any item against which it has made a search. Your search with the ALR demonstrates due diligence but may not excuse you undertaking further research or providing further information where known. Should the ALR become aware of any abuse of this Certificate it may find it necessary take action.

If you have any questions or require any further assistance please contact the Art Loss Register's London office on +44 (0) 207 841 5780 or at info@artloss.com quoting ALR Ref. 7042.AFB or WW.05.33.

Yours sincerely,

Christopher A. Marinello
Executive Director and General Counsel
The Art Loss Register
Tel: +44 (0) 207 841 5782    Email: chris.marinello@artloss.com

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER