# Daniel J. Kornstein

# Exhibit 77

**To:**      'ybouvier@fineartnlc.ch'[ybouvier@fineartnlc.ch]
**From:**    Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Mon 12/31/2012 8:50:24 PM (UTC)
**Subject:** Extension contrat
Cottonmouth buyer amendment.doc
Cottonmouth buyer amendment.pdf

Bonsoir Yves,

J'espere que tu prepares bien le reveillon.

Voici une extension pour le contrat du Klimt (le contrat "original" se termine ce soir).

Si cela te convient merci de preciser le temps de l'extension (je pense jusqu'a fin janvier) et le dater d'aujourd'hui idealement.

Je te tiens au courant de l'evolution bien sur.

Tres amicalement,

Sam

---

**From**: Serra, Antonia
**Sent**: Monday, December 31, 2012 06:30 PM
**To**: Valette, Samuel
**Subject**: Fw:

Fyi

---

**From**: Serra, Antonia
**Sent**: Friday, December 21, 2012 06:57 PM
**To**: Serra, Antonia; antonia.ibiza@btinternet.com <antonia.ibiza@btinternet.com>
**Subject**:


Antonia Serra

Associate General Counsel | Sotheby's
34-35 New Bond Street
London W1A 2AA
Tel:  +44 20 7293 6228
Fax: +44 20 7293 5938
antonia.serra@sothebys.com

*This email is confidential and may also be privileged.  If you are not the intended recipient, please notify the Legal Department of Sotheby's in London on 00 44 207 293 6445; also you should not copy it, forward it or use it for any purpose or disclose its contents to any other person.*

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                                                    DEFS0020825

**To:** 'ybouvier@fineartnlc.ch [ybouvier@fineartnlc.ch]
**From:** Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:** Mon 12/31/2012 8:50:24 PM (UTC)
**Subject:** Contract extension
Cottonmouth buyer amendment.doc
Cottonmouth buyer amendment.pdf

Good evening Yves,

I hope the New Year's Eve preparations are going well.

Here is an extension of the Klimt contract (the "original" contract expires tonight).

If this suits you, please tell me how long it should be extended (I think until the end of January) and date it, ideally today.

I'll keep you informed about developments, of course.

Very cordially yours,

Sam

**From:** Serra, Antonia
**Sent:** Monday, December 31, 2012 06:30 PM
**To:** Valette, Samuel
**Subject:** Fw:

Fyi

**From:** Serra, Antonia
**Sent:** Friday, December 21, 2012 06:57 PM
**To:** Serra, Antonia; antonia.ibiza@btinternet.com <antonia.ibiza@btinternet.com>
**Subject:**

Antonia Serra

Associate General Counsel | Sotheby's
34-35 New Bond Street
London W1A 2AA
Tel:  +44 20 7293 6228
Fax: +44 20 7293 5938
antonia.serra@sothebys.com

*This email is confidential and may also be privileged.  If you are not the intended recipient, please notify the Legal Department of Sotheby's in London on 00 44 207 293 6445; also you should not copy it, forward it or use it for any purpose or disclose its contents to any other person.*

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0020825



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H  PALAIS WILCZEK  HERRENGASSE 5  1010 WIEN

T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

wwwWWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012 (the "Agreement").

You and Sotheby's hereby agree that the Agreement shall be amended as follows:

**1.** Sotheby's bank account details as set out in Clause 1 of the Agreement are hereby amended to read as follows: Bank: Bank Austria, Account Name: Sotheby's Kunstauktionen Ges.m.b.H., Account No.: 003 5126 0504, BLZ:12000, IBAN. AT81200000351260504 BIC (SWIFT): BKAUATWW

**2.** The Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be _____ 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

**Acknowledged and agreed:**

Signed: _____

_____
For and on behalf of Sotheby's Ges.m.b.H.

Name: _____
Duly authorised for and on behalf of
Blancaflor Investments Ltd.

Date: _____    Date: _____

BANKVERBINDUNG  CREDITANSTALT - BANKVERIEN  KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN  FIRMENBUCHNUMMER FN959415  FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804  DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER



SOTHEBY'S KUNSTAUKTIONEN Ges.m.b.H   PALAIS WILCZEK   HERRENGASSE 5   1010 WIEN

T +43-1-512 47 72   F +43-1-513 48 67   WWW.SOTHEBYS.COM

Blancaflor Investments Ltd
Avenue de Sécheron 6
GENÈVE 1202
Switzerland

Dear Sirs

**Gustav Klimt, *Wasserschlangen II (Water Serpents II)*, 1904 (revised 1906/7), 80 x 145 cm, oil on canvas, signed lower right (the "Property")**

We refer to the private treaty contract between you and Sotheby's Kunstauktionen Ges.m.b.H. ("Sotheby's") in respect of the Property, signed by you and Sotheby's on 11th September 2012 (the "Agreement").

You and Sotheby's hereby agree that the Agreement shall be amended as follows:

**1.** Sotheby's bank account details as set out in Clause 1 of the Agreement are hereby amended to read as follows: Bank: Bank Austria, Account Name: Sotheby's Kunstauktionen Ges.m.b.H., Account No.: 003 5126 0504, BLZ:12000, IBAN. AT81200000351260504 BIC (SWIFT): BKAUATWW

**2.** The Conditions Deadline set out in Clause 2 of the Agreement is hereby extended and amended to be _____ 2013.

As amended hereby, the Agreement remains and continues in full force and effect in accordance with its amended terms.

This letter agreement is subject to the same governing law and jurisdiction provisions as those set out in the Agreement.

Please sign this letter where marked below, to confirm your agreement with its terms, and return it to Sotheby's.

**Acknowledged and agreed:**

Signed: _____

_____

For and on behalf of Sotheby's Ges.m.b.H.

Name: _____
Duly authorised for and on behalf of
Blancaflor Investments Ltd.

Date: _____

Date: _____

BANKVERBINDUNG   CREDITANSTALT - BANKVERIEN   KTO. 0035-12605/00
SITZ DER GESELLSCHAFT: WIEN   FIRMENBUCHNUMMER FN959415   FIRMENBUCHGERICHT. HANDELSGERICHT WIEN
UID: ATU14915804   DVR 0905925

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0020827

**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document **"DEFS0020825-DEFS0020827"** is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Jacqueline Yorke

Sworn to before me this
May 23, 2022

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public