# Daniel J. Kornstein

# Exhibit 81

**To:** Valette, Samuel[samuel.valette@sothebys.com]
**From:** Serra, Antonia[O=SOTHEBY/OU=BONDEX/CN=RECIPIENTS/CN=ASERRA]
**Sent:** Mon 9/10/2012 11:45:51 AM (UTC)
**Subject:** RE: Blancaflor
Cottonmouth buyer.pdf

Here it is.  Good luck tomorrow!

Antonia Serra

Associate General Counsel | **Sotheby's**
34-35 New Bond Street
London W1A 2AA
Tel:  +44 20 7293 6228
Fax: +44 20 7293 5938
antonia.serra@sothebys.com

*This email is confidential and may also be privileged.  If you are not the intended recipient, please notify the Legal Department of Sotheby's in London on 00 44 207 293 6445; also you should not copy it, forward it or use it for any purpose or disclose its contents to any other person.*

---

**From:** Valette, Samuel
**Sent:** 10 September 2012 12:45
**To:** Serra, Antonia
**Subject:** Blancaflor

Dear Antonia
Could you kindly email me a draft of the buyers contract we discussed on Friday?
Many thanks
Sam

DEFS0055137