# Daniel J. Kornstein
# Exhibit 86

| From: | Yves Bouvier (NLC) <yb@falnlc.sg> |
|---|---|
| Sent: | Monday, August 27, 2012 1:28 PM |
| To: | 'katia ███████████ |
| Subject: | Tr: FW: Klimt |
| Attach: | Wasserschlangen II cat.pdf; Klimt - comparables.docx; Untitled attachment 00071.txt; Untitled attachment 00074.htm; Wasserschlangen II cat.pdf; Klimt - comparables.docx |

Bonjour Katia
J'espère que ton cheval va mieux et qu'il sera bientôt dans son écurie.
En annexe les images accompagnées d'un texte sur le tableau, si tu pouvais le traduire à ton père.
Par ailleurs, à titre indicatif une vente d'un Klimt moins beau en 2006 pour 135 Usd.
Bonne soirée
Yves

**De** : Yves Bouvier (NLC)
**À** : Yves Bouvier (NLC)
**Envoyé** : Sat Aug 25 15:49:30 2012
**Objet** : FW: Klimt

Confidential

P0030482

| | |
|---|---|
| **From:** | Yves Bouvier (NLC) <yb@falnlc.sg> |
| **Sent:** | Monday, August 27, 2012 1:28 PM |
| **To:** | 'katia █████████████ |
| **Subject:** | Tr: FW: Klimt |
| **Attach:** | Wasserschlangen II cat.pdf; Klimt - comparables.docx; Untitled attachment 00071.txt; Untitled attachment 00074.htm; Wasserschlangen II cat.pdf; Klimt - comparables.docx |

Hello Katia
I hope your horse is better and will be back in its stable soon.
Attached are the pictures with a text about the painting, if you could translate it to your father.
Also, for information, a Klimt that was not as nice sold in 2006 for 135 USD.
Have a good evening
Yves

---

**From:** Yves Bouvier (NLC)
**To:** Yves Bouvier (NLC)
**Sent:** Sat Aug 25 3:49:30 p.m. 2012
**Subject:** FW: Klimt

Confidential

# GUSTAV KLIMT

## WASSERSCHLANGEN II

Confidential



# GUSTAV KLIMT

## WASSERSCHLANGEN II

Confidential



Confidential

# GUSTAV KLIMT

# WASSERSCHLANGEN II
# (WATER SERPENTS II)

Signed *Gustav Klimt* (lower right)

Oil on canvas

31 1/2 by 57 in.

80 by 140 cm

Painted between 1904 and 1906-07.





P0030486



## PROVENANCE

Jenny Steiner, Vienna (acquired from the artist in 1911)

Gustav Ucicky, Vienna

Ursula Ucicky, Vienna

## EXHIBITED

Vienna, *XX Secession Exhibition*, 1904, no. 66 (possibly)

Berlin, German Künstlerband, *II Exhibition*, 1905, no. 111

Vienna, *Kunstschau*, 1908, no. 16 (room 22)

Munich, Glaspalast, *X International Art Exhibition*, 1909, no. 810

Venice, *IX Espozione Internationale*, 1910, no. 12 (room 10)

Vienna, *XCIX Secession Exhibition*, 1928, no. 54

Vienna, Ausstellungshaus Friedrichstrasse, 1943, no. 26

Vienna, Secession/Künstlerhaus/Historisches Museum der Stadt Wien, 1964, no. 41

## LITERATURE

Berta Zuckerkandl, "Die XX Austellung der Wiener Secession," *Kunst für Alle*, Vienna, 1903-04, p. 414

Ludwig Hevesi, *Acht Jahre Secession (März 1897 – Juni 1905), Kritik, Polemik, Chronik*, Vienna, 1906, pp. 462-63

Ludwig Hevesi, *Altkunst-Neukunst, Wien, 1894-1908*, Vienna, 1908, p. 247

Apard Weixlgärnter, "Gustav Klimt," *Die Graphischen Künste XXXV*, 1912, p. 55

Miethke, ed., *Das Werke Gustav Klimts*, 1908-14, lot IV, no. 9

Max Eisler, *Gustav Klimt*, Vienna, 1920, p. 27

Igomar Hatle, *Gustav Klimt. Ein Wiener Maler des Jugendstils*, Graz, 1955, p. 75

Fritz Novotny and Johannes Dobai, *Gustav Klimt*, New York, 1967, no. 140

Sophie Lillie, *Was einmal war. Handbuch der enteigeneten Kunstsammlungen Wiens*, Vienna, 2003, pp. 1244, 1248 & 1250

Matteo Chini & Claudio Pescio, *Klimt. Leben und Kunst*, Cologne, 2004, p. 67

Gilles Néret, *Klimt*, Cologne, 2005, illustrated in color p. 47

Alfred Weidinger, ed., *Gustav Klimt*, Munich, Berlin, London & New York, 2007, no. 173, illustrated in color pp. 281



P0030487



Confidential



GUSTAV KLIMT, *PORTRAIT OF ADELE BLOCH BAUER I*, 1907, NEUE GALERIE, NEW YORK



GUSTAV KLIMT, *THE KISS*, 1907-08, ÖSTERREICHISCHE GALERIE BELVEDERE, VIENNA

K limt's magnificent oil painting of serpentine women adrift in a watery netherworld is a masterpiece of the artist's Golden Period and a defining emblem of the Belle Epoque. Like his legendary portrait *Adele Bloch Bauer I* and his signature work, *The Kiss, Wasserschlangen (Water Serpents)* is a key image of the Vienna Secession, exemplifying the movement's leader Klimt at his most ambitious and aesthetically indulgent. The present picture is by far the most erotic and sensuous of these three grand oil paintings, with its intermingling of female bodies and aquatic flora and fauna.

Klimt initially rendered a smaller version of this theme in a vertical format on parchment, titled *Wasserschlangen I*. But with the large-scale, horizontal oil – the present work, known as *Wasserschlangen II* – he was able to amplify the visual impact of this extraordinary subject. We know that Klimt was obsessed with painting both



GUSTAV KLIMT, *WATER SERPENTS I*, 1904-07, ÖSTERREICHISCHE GALERIE BELVEDERE, VIENNA

GUSTAV KLIMT

11

P0030489

It is a magical water without parallel... its impact stands --
or falls -- with the impression made by its colours.

Berta Zuckerkandl, 1905

versions of *Wasserschlangen* because he continually reworked them over the course of several years. In her analysis of the two works, Alice Strobl believes that Klimt began the present oil version in late 1903 or early 1904, because the smaller parchment version (50 by 20 cm), begun earlier in 1903, would not sustain all of the revisions he wanted to make to the composition. Klimt first exhibited the present work in 1904 in an unfinished state at the Secession exhibition and then again in 1905 in Berlin to great acclaim. "It is a magical water without parallel," wrote Berta Zuckerkandl in her review of the 1905 exhibition. "We are refraining from reproducing the picture because its impact stands -- or falls -- with the impression made by its colours." No known image of this first state exists, but contemporary accounts describe two female figures playing with snakes amidst colorful pebbles. When he returned to the composition in 1906, Klimt eliminated the playful snakes, placing his emphasis instead on the sinuous, naked bodies of the femme fatales that glide through the composition. He also added the two disembodied heads that appear at the far right, and he turned one of the full-bodied figures so that she looks out seductively from the composition.



PHOTOGRAPH OF THE 1908 EXHIBITION AT THE KUNSTSCHAU IN VIENNA. THE PRESENT WORK HANGS ON THE WALL TO THE RIGHT

P0030490



Confidential
P0030491





GUSTAV KLIMT, GOLDFISH, 1901/02, KUNSTMUSEUM
SOLOTHURN, DÜBI-MÜLLER-STIFTUNG, SOLOTHURN



GUSTAV KLIMT, NYMPHS (SILVER FISH), CIRCA 1899;
ZENTRALPARKASSE DER GEMEINDE WIEN, VIENNA



GUSTAV KLIMT, MOVING WATER, 1898, PRIVATE COLLECTION

The prostrate bodies of the women intertwined in a tangle of marine life had obvious sexual allusions, especially in Freud's Vienna at the turn of the century. Water, waves and other aqueous environments had long been used as metaphors for reproductive fluids, and the Symbolist painters readily incorporated these elements in their pictures with newfound fascination. Artists across Europe, including John William Waterhouse and Auguste Rodin,- had rendered their own interpretations of hybrid water-woman creatures within sanitizing, allegorical contexts of nymphs from classical mythology. Klimt, however, took a much more unabashedly sexualized approach to the subject. His focus on this motif began in 1898 with his drawing *Fischblut (Fish Blood)* for the Secessionist arts periodical *Ver Sacrum*. A year later his oil renderings of *Nymphs* or *Silver Fish*, *Moving Water* and then *Goldfish* were even more explicitly Freudian, featuring languid, feminized creatures surrendering their bodies to the powerful 'flow of life.'



17

P0030492

In Klimt's rendering here of the *Wasserschlangen*, his primary focus is on the cold, marbled flesh of the women as they glide through the water. Skin, bone and muscle are compressed as if the bodies are encased in a tank. The women, lying supine, appear to slink along their given course like snakes. In the upper right quadrant Klimt renders the phallic head of a red snake, tongue extending, reminding us of the picture's original theme. Tiny fish swim in the interstices between the women, and the curves of their bodies echo the lines of the gilded, linear currents flowing across the surface. Colorful bubbles, barnacles and starfish float throughout the composition, while golden and red locks of wet hair entwine around limbs, faces and fingers. The picture, in essence, is a flood of sensation.



DETAIL



GUSTAV KLIMT



GUSTAV KLIMT IN A BOAT AT
SEEWALCHEN ON THE ATTERSEE, 1909

P0030493



Confidential



In languid provocation, they yield to the embraces of the water element, just as Danaë lies open to Zeus in the form of a shower of gold.

Gilles Néret, *Klimt*, Cologne, 2005

The theme of nude women in water was so rife with interpretive possibility that it came to play a major role the overarching style of European Art Nouveau. As Gilles Néret writes in his monograph on Klimt, "Art Nouveau loves the realm of water, where dark and light algae grow on Venus mollusks, or delicate tropical coral flesh shimmers between bivalve lamellae. The semiotics leading us back to their incontrovertible origin: women. In these watery dreams, algae become hair growing from head and pubis. Klimt's fish-women put their humid sensuality unashamedly on display. They follow the tide with curvilinear movements so characteristic of Art Nouveau. In languid provocation, they yield to the embraces of the water element, just as Danaë lies open to Zeus in the form of a shower of gold" (Gilles Néret, *Klimt*, Cologne, 2005, p. 26).

The symbolic impact of gold paint and gilding was used by Klimt with extraordinary results. Not only an indicator of material richness of Belle Epoque Vienna, his gold-inflected imagery alluded to superior status, royalty and even divinity as depicted in the most famous alterpieces of the Renaissance. This was particularly intentional in his society portraits of prominent Viennese matrons and most famously put to use in his *Portrait of Adele Bloch Bauer I* exemplified. But the genesis of Klimt's Golden pictures can be traced to his *Beethoven Frieze* of 1902, for which he created a cast of allegorical and mythical characters, including the sea monster Typhon and the Gorgons. The following year, he began *Wasserschlangen I*, gilding isolated areas



25

Confidential                                                                    P0030495

of his composition to create the shimmering appearance of the sea creature's hair and bodily scales. With *Wasserschlangen II*, he further exploited the visual impact of the medium, applying his gilding alongside the colorful network of ornaments surrounding the women. Klimt's aesthetic experiments with *Wasserschlangen II* had a mutually influential effect on his work at the Villa Stoclet in 1905, where his friezes for the complex were encrusted with gold, enamel and semi-precious stones.

Klimt's decision to position his *Wasserschlangen* horizontally in the present work can be attributed to the success of the horizontal *Beethoven Frieze*, but also the orientation could more convincingly convey the illusion of bodies drifting through water. Klimt's many preliminary drawings for the composition feature reclining models, posed languidly to reproduce the effect of a weightless body. What he was able to achieve with *Wasserschlangen II* far exceeded the visual impact of *Wasserschlangen I*. The golden-figure from the first version has awakened from her slumber and gazes out from the canvas with a look of seductive entrancement. The ultimate femmes fatales, Klimt's serpentine women here embody a brand of uninhibited sensual awareness that threatened to upend traditional gender dynamics. As Néret concludes, "the narcissistic world of lesbian love, depicted in the flowering streams of *Wasserschlangen I* and *Wasserschlangen II*, exemplifies the terrifying realm of a female-dominated universe." (ibid.)



SIMONE MARTINI, *THE ANNUCIATION*, 1333, ALTERPIECE, GALLERIA DEGLI UFFIZI, FLORENCE



24





GUSTAV KLIMT, *HOSTILE FORCES*, DETAIL FROM THE BEETHOVEN FRIEZE, 1902, ÖSTERREICHISCHE GALERIE, VIENNA

GUSTAV KLIMT, *EXPECTATION*, DETAIL FROM THE STOCLET FRIEZE, 1905-09, VILLA STOCLET, BRUSSELS

Confidential

P0030496

The first owner of this exceptional picture was Eugenie (Jenny) Pulitzer Steiner (1863-1958), the Austro-Hungarian silk manufacturing magnate who acquired the work directly from Klimt himself in 1911. Steiner and her sisters, Aranka Munk and Serena Lederer, were major patrons of the Vienne Secessionists. In addition to the present work, Jenny's collection also included Klimt's *Landhaus am Attersee* (Neue Galerie, New York) and the *Portrait of Mäda Primavesi* (Metropolitan Museum of Art, New York) as well as Egon Schiele's *Mutter mit zwei Kinder* (Österreichische Galerie Belvedere, Vienna) and *Häuser am Meer* (Leopold Museum, Vienna). Steiner and her sisters had a particularly close relationship with Klimt, and his portraits of the family are now legendary. They include the posthumous portrait of Jenny's daughter, *Portrait of Trude Steiner* (1900/01), as well as her mother, *Portrait of Charlotte Pulitzer* (1917), and her sister, *Portrait of Serena Lederer* (1899) and Serena's daughter, *Portrait of Elisabeth Lederer* (1914-16). *Wasserschlangen II* is well-regarded as the most stellar picture from her historic collection.

The aesthetic potency of *Wasserschlangen II*, with its provocative and rhapsodic beauty, far surpasses any other work in Klimt's production. The composition shows Klimt as an artist beholden no one, unburdened by the obliging flattery of a commissioned portrait or the structural limitations of a site-specific installation. It also exemplifies the gilded pageantry and decadence that defined imperial Europe at the turn of the century. *Wasserschlangen II* is the summation of sex and death, life and beauty, ecstasy and excess, all made manifest in one composition. Nothing of this visual magnitude has ever been offered on the market, and few images will ever deliver the sensorial impact of this extraordinary masterpiece.



GUSTAV KLIMT

26



Confidential



Confidential



Confidential

P0030499

Confidential

P0030500

## Prix obtenus pour des œuvres comparables



**Gustav Klimt**

Portrait of Adele Bloch-Bauer I, 1907 (Collection Neue Galerie, New York)

**135 millions de dollars 2006 (transaction privée)**



**Gustav Klimt**

Portrait of Adele Bloch-Bauer II, 1912 (collection particuliere, USA)

**87,9 millions de dollars en novembre 2006 (vente aux enchères)**

Confidential



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document **"P0030482-P0030501"** is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Jacqueline Yorke

Sworn to before me this
May 23, 2022

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE