# Daniel J. Kornstein
# Exhibit 141

**PLAINTIFF'S EXHIBIT**

**486**

**Jungmann, Andrea**

| | |
|---|---|
| **From:** | Jungmann, Andrea |
| **Sent:** | Thursday, August 30, 2012 3:11 PM |
| **To:** | Valette, Samuel; Edelson, Daisy; Shaw, Simon; Simmons, Lucian |
| **Subject:** | AW: Re: Cottonmouth logistics |

Sam,

Any news from your client? When do you arrive and leave?

I am organising taxis etc tomorrow afternoon so would be great if you could let me know by then.

Thanks

A



Mag. Andrea Jungmann
Managing Director Austria
Senior Director London

Sotheby's Austria
Herrengasse 5
A-1010 Vienna
Austria
Tel: +43 1 5124772
Fax: +43 1 5134867

----- Originalnachricht -----
Von: Valette, Samuel
Gesendet: Wednesday, August 29, 2012 01:50 PM
An: Jungmann, Andrea; Edelson, Daisy; Shaw, Simon; Simmons, Lucian
Betreff: Re: Cottonmouth logistics

Great idea to get the photographer to start earlier if possible...

----- Original Message -----
From: Jungmann, Andrea
Sent: Wednesday, August 29, 2012 01:49 PM
To: Edelson, Daisy; Valette, Samuel; Shaw, Simon; Simmons, Lucian
Subject: RE: Cottonmouth logistics

Or: we can start with the photographer earlier if he lands earlier than Hamish.....

CONFIDENTIAL COMMERCIAL INFORMATION - PRODUCED PURSUANT TO FED. R. CRIM. P. 6.    SOTH0000167
CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER    DEFS0002096

Mag. Andrea Jungmann
Managing Director Austria
Senior Director London

Sotheby's Austria
Herrengasse 5
A-1010 Vienna
Austria
Tel: +43 1 5124772
Fax: +43 1 5134867


-----Original Message-----
From: Edelson, Daisy
Sent: Mittwoch, 29. August 2012 14:47
To: Jungmann, Andrea; Valette, Samuel; Shaw, Simon; Simmons, Lucian
Subject: Re: Cottonmouth logistics

I'm confirming who the photograoher will be. It may take time for him to set up lights and equipment. I would guess he would need an hour and Hamish migjht too Andrea how early can he get there?

----- Original Message -----
From: Jungmann, Andrea
Sent: Wednesday, August 29, 2012 08:45 AM
To: Valette, Samuel; Edelson, Daisy; Shaw, Simon; Simmons, Lucian
Subject: RE: Cottonmouth logistics

Hi Sam,

To be on the safe side I would say 3.30pm. The address will be confirmed Friday but it is very likely: Kunsttrans, Leberstrasse 20, 1110 Vienna. Please wait till it is confirmed finally. This is about 20 Minutes from the airport.
I already told the agents that all needs to be 'cleared' and it will be. No worries.
Best

Andrea


Mag. Andrea Jungmann
Managing Director Austria
Senior Director London

Sotheby's Austria
Herrengasse 5
A-1010 Vienna
Austria
Tel: +43 1 5124772
Fax: +43 1 5134867

-----Original Message-----

CONFIDENTIAL COMMERCIAL INFORMATION - PRODUCED PURSUANT TO FED. R. CRIM. P. 6.
CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

SOTH0000168
DEFS0002097

From: Valette, Samuel
Sent: Mittwoch, 29. August 2012 14:43
To: Jungmann, Andrea; Edelson, Daisy; Shaw, Simon; Simmons, Lucian
Subject: Re: Cottonmouth logistics

Hi Andrea
Do you think it is OK if I tell 3pm at the warehouse to the advisor? That way Hamish would have finished as well as the photographer if they get there at 2pm.
Would you have the adress of the warehouse? I should know later today/tomorrow if the principal is coming. If he is we will need to make sure the premises are "cleared" before he gets there but let's worry about this if he comes.
Many thanks
Sam
------Original Message------
From: Jungmann, Andrea
To: Edelson, Daisy
To: Valette, Samuel
To: Simon Shaw
To: Simmons, Lucian
Subject: RE: Cottonmouth logistics
Sent: Aug 27, 2012 13:28

The 3rd is ok. I need to know when everyone is coming so that I can make a plan. It all depends on Sam now I guess. The work is very likely in the storage of a shipping company. I will get confirmation today.

As soon as I have the time from Sam and with whom he comes we can schedule the rest. We will have access that day early afternoon onwards.

Mag. Andrea Jungmann
Managing Director Austria
Senior Director London

Sotheby's Austria
Herrengasse 5
A-1010 Vienna
Austria
Tel: +43 1 5124772
Fax: +43 1 5134867

From: Edelson, Daisy
Sent: Montag, 27. August 2012 14:20
To: Jungmann, Andrea; Valette, Samuel; Shaw, Simon; Simmons, Lucian
Subject: Re: Cottonmouth logistics

We also need factor in photography and conditioning. Andrea can you also confirm if the 3rd will be the day for that and if so, what the schedule will be for each? We need to get everyone lined up. Many thanks.

CONFIDENTIAL COMMERCIAL INFORMATION - PRODUCED PURSUANT TO FED. R. CRIM. P. 6.     SOTH0000169
CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER     DEFS0002098

From: Jungmann, Andrea
Sent: Monday, August 27, 2012 04:43 AM
To: Valette, Samuel; Edelson, Daisy; Shaw, Simon; Simmons, Lucian
Subject: RE: Cottonmouth logistics

Thanks, Sam. Could you please tell me when you plan to arrive so that I can arrange the meeting?
Thanks

Andrea


Mag. Andrea Jungmann
Managing Director Austria
Senior Director London

Sotheby's Austria
Herrengasse 5
A-1010 Vienna
Austria
Tel: +43 1 5124772
Fax: +43 1 5134867

From: Valette, Samuel
Sent: Montag, 27. August 2012 10:42
To: Jungmann, Andrea; Edelson, Daisy; Shaw, Simon; Simmons, Lucian
Subject: Re: Cottonmouth logistics

Confirmed for the 3rd on my

CONFIDENTIAL COMMERCIAL INFORMATION - PRODUCED PURSUANT TO FED. R. CRIM. P. 6.      SOTH0000170
CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER      DEFS0002099