# Daniel J. Kornstein

# Exhibit 207

PLAINTIFF'S
EXHIBIT
500

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, July 24, 2012 5:20 PM |
| **To:** | 'ybouvier@fineartnlc.ch' |
| **Subject:** | Modigliani Tete |

Cher Yves,

Je trouve cette piece absolument extraordinaire. C'est a coup sur la plus belle sculpture de l'artiste en mains privees et je ne lui connais aucune piece superieure en collection publique. Les proportions sont parfaites. C'est la plus grande des Tetes que Modigliani a executee. Le fait qu'il l'ait placee sur le plus haut piedestal lors du Salon d'Automne de 1912 est egalement un magnifique temoignage de l'importance que l'artiste lui meme lui accordait.

Cette sculpture reunit tout les criteres chers aux collectionneurs les plus pointus: un sujet iconique, une provenance parfaite et documentee, un etat de conservation excellent, une tres grande rarete.

Cette sculpture fait partie d'un cercle tres restrait de chef-d'oeuvres de la sculpture moderne, au meme titre que l'homme qui marche de Giacometti ou les dos de Matisse, par exemple. Pour memoire, L'homme qui marche, d'une edition de 6, avait realise 103 millions de dollars en 2010. Les dos de Matisse, d'une edition de 10, ont ete vendus dans le cadre d'une vente privee autour de 150 millions de dollars en 2011. Contrairement a ces pieces, la Tete est une sculpture unique, taillee a meme la pierre par Modigliani. Il est extremement difficile de mettre un prix sur un tel chef-d'oeuvre. En prenant en compte la rarefaction d'oeuvres de ce calibre disponible sur le marche (voir le prix de 43 millions d'euros obtenus en 2010 pour une piece inferieure), l'impossibilite de trouver une oeuvre superieure de Modigliani, et la tres forte demande actuelle pour les plus grands chef-d'oeuvres de la sculpture moderne, c'est une piece dont la valeur devrait se situer entre 70 et 90 millions d'euros, peut-etre meme plus.

Je serais ravi d'en discuter plus en avant le moment venu.

Tres amicalement,

Samuel

Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147

CONFIDENTIAL COMMERCIAL INFORMATION - PRODUCED PURSUANT TO FED R. CRIM. P. 6.
CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

SOTH0000159
DEFS0002088

**Valette, Samuel**

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Tuesday, July 24, 2012 5:20 PM |
| **To:** | 'ybouvier@fineartmlc.ch' |
| **Subject:** | Modigliani Tete |

Dear Yves,

I find this piece absolutely extraordinary. It is for sure the most beautiful sculpture of the artist in private hands and I do not know any superior piece in public collection. The proportions are perfect. It is the largest of the Heads that Modigliani completed. The fact that he placed it on the highest pedestal at the 1912 Salon d'Automne is also a magnificent testimony to the importance that the artist himself gave it.

This sculpture meets all the criteria dear to the most discerning collectors: an iconic subject, a perfect and documented provenance, an excellent state of preservation, a very high rarity.

This sculpture is part of a very select circle of masterpieces of modern sculpture, like Giacometti's l'homme qui marche (the walking man) or Matisse's backs, for example. For the record, L'homme qui marche, from an edition of 6, had made 103 million dollars in 2010. The Matisse backs, from an edition of 10, was sold as part of a private sale of around $ 150 million in 2011. Unlike these pieces, the Head is a unique sculpture, carved from stone by Modigliani. It is extremely difficult to set a price on such a masterpiece. Taking into account the scarcity of works of this caliber available on the market (see the price of 43 million euros obtained in 2010 for an inferior piece), the impossibility of finding a superior work by Modigliani, and the very high current demand for the greatest masterpieces of modern sculpture, this is a piece that should be worth between 70 and 90 million euros, perhaps even more.

I would love to discuss this further in advance when the time comes.

Kind regards,

Samuel

Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147

CONFIDENTIAL COMMERCIAL INFORMATION - PRODUCED PURSUANT TO FED. R. CRIM. P. 6.     SOTH0000159
CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER                                   DEFS0002088



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DEFS0002088**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.



Jacqueline Yorke

Sworn to before me this
July 16, 2021

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE