# Daniel J. Kornstein
# Exhibit 251

PLAINTIFF'S
EXHIBIT

495

**To:** Valette, Samuel[samuel.valette@sothebys.com]
**Cc:** 'jmperetti65@gmail.com'[jmperetti65@gmail.com]
**From:** Yves Bouvier (NLC)[yb@fainlc.sg]
**Sent:** Tue 6/26/2012 4:02:22 AM (UTC)
**Subject:** Re: Modigliani

Hello
Merci de me passer en fichier normal le document comparatif sur les têtes afin que je puisse y inclure les traductions.
Yves

**De** : Valette, Samuel <samuel.valette@sothebys.com>
**À** : Yves Bouvier (NLC)
**Cc** : jmperetti65@gmail.com <jmperetti65@gmail.com>
**Envoyé** : Mon Jun 25 19:27:03 2012
**Objet** : Modigliani

Yves,

Je n'emploie pas beaucoup ce mot, mais il s'agit-là du chef-d'œuvre absolu de la sculpture de Modigliani. Voir photo ci-dessous et ci-joint.

C'est la plus grande, la plus expressive, la plus harmonieuse sculpture de l'artiste. Elle est supérieure à celle de la Tate Gallery de Londres, supérieure à celle du MOMA, supérieure à celle du Guggenheim et incomparable avec ce qui peut se trouver en collection privée. Je t'ai mis en copie la production complète des *Têtes* de Modigliani répertoriées dans le Ceroni pour comparaison. La sculpture vendue par Christie's en juin 2010 pour 43 millions d'euros ne possédait pas la même amplitude (près de 10cm de moins) était plus agressive dans ses traits et la pierre avait beaucoup noirci avec le temps ce qui lui faisait perdre en expressivité.

Ici les traits sont sculptés avec une infinie délicatesse, la pierre a gardé sa couleur d'origine, les arêtes ne sont pas émoussées. Elle rayonne de puissance et de beauté. Il n'y aucune chance d'en trouver une plus belle sur le marché. C'est tout simplement la plus belle sculpture de Modigliani qui ne pourra jamais être achetée.

Cette pièce n'est jamais passé en vente aux enchères. Elle possède une provenance extraordinaire et a été exposée des 1912 à Paris, au Salon d'Automne. Elle est dans la même famille depuis 1956. Les clients sont vendeurs mais ils sont très conscients de ce qu'ils possèdent et il faudra se positionner a un niveau solide pour la signer.

Nous avons rendez-vous avec les propriétaires cette semaine.

Très amicalement,

Sam.

*************************************************************************

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.

www.sothebys.com

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

DEFS0041108

**To:**      Valette, Samuel[samuel.valette@sothebys.com]
**Cc:**      'jmperetti65@gmail.com'[jmperetti65@gmail.com]
**From:**    Yves Bouvier (NLC)[yb@falnlc.sg]
**Sent:**    Tue 6/26/2012 4:02:22 AM (UTC)
**Subject:** Re: Modigliani

Hello
 Please send me the document comparing the heads as a normal file so that I can include the translations.
 Yves

---

**From** : Valette, Samuel <samuel.valette@sothebys.com>
**To :** Yves Bouvier (NLC)
**Cc** : jmperetti65@gmail.com <jmperetti65@gmail.com>
**Sent :** Mon Jun 25 07:27:03 p m. 2012
**Subject :** Modigliani

Yves,

I don't use this word much, but this is the absolute masterpiece of Modigliani's sculpture. See photo below and attached.

It is the largest, most expressive, most harmonious sculpture of the artist. It is superior to that of the Tate Gallery in London, superior to that of the MOMA, superior to that of the Guggenheim and incomparable with what can be found in private collections. I copied you the full production of the Modigliani *Heads* listed in Ceroni for comparison. The sculpture sold by Christie's in June 2010 for 43 million euros did not have the same amplitude (nearly 10cm less) was more aggressive in its features and the stone had darkened a lot over time which made it lose its expressiveness.

Here, the features are carved with a minute delicacy, the stone has kept its original color, the edges are not blunt. It radiates power and beauty. There is no chance of finding a more beautiful one on the market. It is simply the most beautiful sculpture of Modigliani that can never be bought.

This piece has never been auctioned. It has an extraordinary provenance and was exhibited in 1912 in Paris, at the Salon d'Automne. It has been in the same family since 1956. The clients are sellers but they are very aware of what they have and you will have to position yourself at a solid position to get it.

We have an appointment with the owners this week.

Kind regards,

Sam.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely

for the use of the individual or entity to whom they are addressed. If you have

received this email in error please notify the postmaster at

postmaster@sothebys.com.

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                    DEFS0041107

www.sothebys.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                    DEFS0041108



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DEFS0041107 – DEFS0041108**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_Jacqueline Yorke_
Jacqueline Yorke

Sworn to before me this
July 21, 2021

_Signature_
Signature, Notary Public



Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE