# Daniel J. Kornstein

# Exhibit 254

**Valette, Samuel**

---

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Sunday, July 01, 2012 7:21 AM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | Re: Modigliani |

Bien sur! Je m'en charge
Bonne journee
Sam

Sent from my iPad

On 1 Jul 2012, at 08:55, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

> Hello Sam
> Si tu arrives à nous trouver un Ceroni de 1956 pour la présentation mi-juillet se serait parfait.
> Yves
>
> ---
>
> **De** : Valette, Samuel <samuel.valette@sothebys.com>
> **À** : Yves Bouvier (NLC)
> **Envoyé** : Fri Jun 29 16:40:17 2012
> **Objet** : Modigliani
>
> **Cataloguing de la piece + document de recherche.**
>
> **Elle est reproduite pleine page dans le Ceroni de 1956**
>
>
> ********************************************************************
>
> This email and any files transmitted with it are confidential and
>
> intended solely for the use of the individual or entity to whom they
>
> are addressed. If you have received this email in error please notify
>
> the postmaster at postmaster@sothebys.com.
>
>
>
> www.sothebys.com
>
> ********************************************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

## Valette, Samuel

| | |
|---|---|
| **From:** | Valette, Samuel |
| **Sent:** | Sunday, July 01, 2012 7:21 AM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | Re: Modigliani |

Of course! I'll take care of it.
Have a nice day
Sam

Sent from my iPad

On Jul 1, 2012, at 08:55 AM, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

Hello Sam,
If you can find a 1956 Ceroni for us for the mid-July presentation, that would be perfect.
Yves

**From**: Valette, Samuel <samuel.valette@sothebys.com>
**To**: Yves Bouvier (NLC)
**Sent**: Fri Jun 29 4:40:17 PM 2012
**Subject**: Modigliani

Cataloging of the piece + research document.

It is reproduced in a full page in the Ceroni of 1956.

***************************************************************************

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.

www.sothebys.com

***************************************************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DATED NOV. 1, 2016

STH0001152



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**STH0001152**" is, to the best of my knowledge and belief, a true and accurate translation from French and Russian into English.

_Jacqueline Yorke_ (signature)

Jacqueline Yorke

Sworn to before me this
May 20, 2022

_Signature_ (signature)

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE