# Daniel J. Kornstein
# Exhibit 257

**From:** MSazonov@barrhorn.com
**Sent:** Saturday, July 14, 2012 6:06:05 AM
**To:** Yves Bouvier (NLC)
**Subject:** Re: Modi

Je rentre demain. Merci!


On Jul 14, 2012, at 6:21, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

> Bonjour Mike
> La tête sera à Genève toute la semaine prochaine. Si DR n'arrive pas à je peux essayer de prolonger.
> Quand rentres-tu d'Islande?
> Bon we
> Yves
>
>
>
> ----- Message d'origine -----
> De : Mikhail Sazonov <MSazonov@barrhorn.com>
> À : Yves Bouvier (NLC)
> Envoyé : Sat Jul 14 03:20:25 2012
> Objet : Re: Modi
>
> Merci! Et la tête est là jusqu'à quand?
>
>
>
> On Jul 12, 2012, at 16:16, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:
>
>> Bonjour Mike
>> Pour le plaisir des yeux, une beauté.
>> Merci d'essayer de me confirmer une date de visite pour DR.
>> Bon sejour
>> Yves
>> <IMG_5683.jpg>
>> <IMG_5681.jpg>

Confidential

P0014875

| | |
|---|---|
| From: | MSazonov@barrhorn.com |
| Sent: | Saturday, July 14, 2012 6:06:05 AM |
| To: | Yves Bouvier (NLC) |
| Subject: | Re: Modi |

I go back tomorrow. Thank you!

On Jul 14, 2012, at 6:21, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:

> Hello Mike
> The head will be in Geneva all next week. If it's not possible for DR, I can try to extend it.
> When are you coming back from Iceland?
>Regards
>Yves
>
>
>
> ----- Original message -----
> From: Mikhail Sazonov <MSazonov@barrhom.com>
> To: Yves Bouvier (NLC)
> Sent: Sat Jul 14 03:20:25 AM 2012
> Subject: Re: Modi
>
> Thank you! And the head will be there until when?
>
>
>
> On Jul 12, 2012, at 4:16 PM, "Yves Bouvier (NLC)" <yb@falnlc.sg> wrote:
>
>> Hello Mike,
>> It is visual pleasure, a beauty.
>> Please try to confirm a visit date for DR.
>> Have a nice stay
>> Yves
>> <IMG_5683.jpg>
>> <IMG_5681.jpg>

Confidential                                              P0014875



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**P0014875**" is, to the best of my knowledge and belief, a true and accurate translation from French and Russian into English.



Jacqueline Yorke

Sworn to before me this
May 20, 2022

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE