# Daniel J. Kornstein

# Exhibit 259A

**To:** Yves Bouvier (ybouvier@fineartnlc.ch)[ybouvier@fineartnlc.ch]
**Cc:** jmperetti65@gmail.com[jmperetti65@gmail.com]
**From:** Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:** Mon 6/25/2012 11:27:03 AM (UTC)
**Subject:** Modigliani

AMEDEO MODIGLIANI TETE CATALOGUE.pdf
Modigliani - TETE.jpg
Modigliani - TETE FOR SCALE.jpg
LES TÊTES DE MODIGLIANI CATALOGUE COMPLET.pdf

Yves,

Je n'emploie pas beaucoup ce mot, mais il s'agit-là du chef-d'œuvre absolu de la sculpture de Modigliani. Voir photo ci-dessous et ci-joint.

C'est la plus grande, la plus expressive, la plus harmonieuse sculpture de l'artiste. Elle est supérieure à celle de la Tate Gallery de Londres, supérieure à celle du MOMA, supérieure à celle du Guggenheim et incomparable avec ce qui peut se trouver en collection privée. Je t'ai mis en copie la production complète des *Têtes* de Modigliani répertoriées dans le Ceroni pour comparaison. La sculpture vendue par Christie's en juin 2010 pour 43 millions d'euros ne possédait pas la même amplitude (près de 10cm de moins) était plus agressive dans ses traits et la pierre avait beaucoup noirci avec le temps ce qui lui faisait perdre en expressivité.

Ici les traits sont sculptés avec une infinie délicatesse, la pierre a gardé sa couleur d'origine, les arêtes ne sont pas émoussées. Elle rayonne de puissance et de beauté. Il n'y aucune chance d'en trouver une plus belle sur le marché. C'est tout simplement la plus belle sculpture de Modigliani qui ne pourra jamais être achetée.

Cette pièce n'est jamais passé en vente aux enchères. Elle possède une provenance extraordinaire et a été exposée des 1912 à Paris, au Salon d'Automne. Elle est dans la même famille depuis 1956. Les clients sont vendeurs mais ils sont très conscients de ce qu'ils possèdent et il faudra se positionner a un niveau solide pour la signer.

Nous avons rendez-vous avec les propriétaires cette semaine.

Très amicalement,

Sam.

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

**To:**      Yves Bouvier (ybouvier@fineartnlc.ch)[ybouvier@fineartnlc.ch]
**Cc:**      jmperetti65@gmail.com[jmperetti65@gmail.com]
**From:**    Valette, Samuel[/O=SOTHEBY/OU=PAREX/CN=RECIPIENTS/CN=SVALETTE]
**Sent:**    Mon 6/25/2012 11:27:03 AM (UTC)
**Subject:** Modigliani
AMEDEO MODIGLIANI TETE CATALOGUE.pdf
Modigliani - TETE.jpg
Modigliani - TETE FOR SCALE.jpg
LES TÊTES DE MODIGLIANI CATALOGUE COMPLET.pdf

Yves,

I don't use that word often, but this is the absolute masterpiece of Modigliani's sculpture. See photo below and attached.

It's the largest, the most expressive, the most harmonious sculpture by the artist. It's superior to that of the Tate Gallery in London, superior to that of the MOMA, superior to that of the Guggenheim, and without comparison to what can be found in a private collection. I have copied the complete production of Modigliani's *Heads* listed in the Ceroni for comparison. The sculpture sold by Christie's in June 2010 for 43 million euros didn't have the same amplitude (nearly 10 cm less), was more aggressive in its features, and the stone had darkened greatly over time, which decreased its expressivity.

Here, the features are sculpted with infinite delicacy, the stone has kept its original color, the edges are not blunted. It radiates power and beauty. There's no way you'll find a more beautiful one on the market. It's quite simply the finest Modigliani sculpture that can ever be bought.

This piece has never been auctioned. It has an extraordinary origin and was exhibited in 1912 in Paris, at the Salon d'Automne. It has been in the same family since 1956. The clients are sellers, but they're very aware of what they have, and we will have to position them at a solid level to sign it.

We have an appointment with the owners this week.

Kind regards,

Sam

CONFIDENTIAL MATERIAL – SUBJECT TO PROTECTIVE ORDER               DEFS0010526

AMEDEO MODIGLIANI
TÊTE
stone
73cm., 28 3/4in.

Executed circa 1911-1912.

**Provenance**
Studio of the artist, Paris
Augustus John, London (acquired from the above in 1912)
Arthur Tooth & Sons, London (acquired from the above)
Hanover Gallery, London (acquired from the above)
Acquired from the above by the family of the present owner in 1956.

**Exhibited**
Paris, Grand Palais, *Salon d'Automne, 10e Exposition*, 1912
Berne, *Modigliani, Campigli, Sironi*, Kunsthalle Berne, 1955, no. 98



**Literature**
Dorila, 'Le Salon d'Automne', in *La Vie Parisienne*, no. 40, 5th October 1912, p. 713, illustrated
'Au Salon d'Automne', in *L'Illustration*, no. 3633, 12th October 1912, p. 268, illustrated
Jeanne Modigliani, *Man and Myth*, London, 1959, illustrated pl. 68
Alfred Werner, *Modigliani sculpteur*, Geneva, 1962, no. 2, illustrated pp. 2-4
Ambrogio Ceroni, *Amedeo Modigliani, dessins et sculptures*, Milan, 1965, p. 26, no. XXII, illustrated pls. 92-93
Joseph Lanthemann, *Modigliani, catalogue raisonné. Sa vie, son oeuvre complet, son art*, Barcelona, 1970, p. 143, no. 635, illustrated p.317 (titled *Tête de femme*)
Ambrogio Ceroni, *I dipiniti di Modigliani,* 1970, Milan, no. XXII, illustrated p. 109
*Modigliani. Gli anni della scultura* (exhibition catalogue), Livorno, Museo Progressivo d'Arte Contemporanea, 1984, no. 22, illustrated
Oswaldo Patani, *Amedeo Modigliani. Catalogo generale. Sculture e disegni 1909-1914*, Milan, 1992, no. 23, illustrated pp. 62-63
Noel Alexandre, *The Unknown Modigliani. Drawings from the Collection of Paul Alexandre*, New York, 1993, illustrated p. 239
*Modigliani and the Artists of Montparnasse* (exhibition catalogue), Albright-Knox Art Gallery, Buffalo, 2002, pp. 51-53, illustrated pp. 51 & 53
*Modigliani Sculptor* (exhibition catalogue), Museo di arte Moderna e Contemporanea di Trento e Roverto, Roverto, 2010, illustrated pp. 23, 25, 47 &121

DEFS0010527





DEFS0010528



DEFS0010529



DEFS0010530

<u>**CATALOGUE EXHAUSTIF DES *TÊTES* DE MODIGLIANI (Source : CERONI)**</u>



**No. I**, 51cm.

Collection privée. Tête ronde, incomparable.



**No. II**, 45cm.

Collection privée parisienne. Tête ronde, incomparable.



**No. III**, 46cm.

Musée d'Art Moderne, Paris. Incomparable.

DEFS0010531



**no. IV**, 73cm.

Forme brute. Incomparable.



**No. V**, 47cm.

Princeton University Art Museum. Forme brute, incomparable.



**No. VI**, 53cm.

Musee d'Art, Villeneuve d'Ascq. Tête encore brute. Incomparable.

DEFS0010532



**No. VII**, 50cm.

The Hirshhorn Museum and Sculpture Garden, Washington D.C. Tête encore brute. Incomparable.



**No. VIII**, 44cm.

Fogg Art Museum, Harvard University, Cambridge, Massachusetts. Petite Tête. Incomparable.



**No. IX**, disparu

DEFS0010533

 

**No. X**, 25cm.
Petite Tête. Incomparable.



**no. XII**, 58cm.

Musée National d'Art Moderne, Paris. Beaucoup plus petit, moins raffine.



**no. XIII**, perdue depuis 1911

DEFS0010534



**No. XIV**, perdue depuis 1925



**No. XV**, 66cm.

Plus petite. Moins stylisée.



**No. XVI**, 65cm.,

Minneapolis Institute of Arts, Minneapolis. Plus petite, moins fine.

DEFS0010535



**no. XVII**, 65cm.,

National Gallery of art, Washington. Plus petite.



**No. XVIII**, 51cm.

Menton pointu, forme plus masculine.



**No. XIX**, 65cm.,

Barnes Foundation, Pennsylvania. Plus petite, base ronde, moins gracieuse.

DEFS0010536



**No. XX**, 68cm.,

The Philadelphia Museum of Art, Philadelphia. Plus petite, plus masculine.



**no. XXI**, 64cm.,

Solomon R. Guggenheim Museum, New York. Plus petite.



**no. XXII,** 73cm.

Collection particulière, Europe. La presente sculpture.

DEFS0010537