# Daniel J. Kornstein

# Exhibit 306

# FILED UNDER SEAL