# Daniel J. Kornstein

# Exhibit 339

**Gustav KLIMT (1862-1918)**

"Wasserschlangen II"

"Water Serpents II"

1904-1906/7

Huile sur toile, Oil on canvas signed

80x140cm

INS $160,000,000


**Provenance:**

Jenny Steiner, Vienna (acquired from the artist in 1911)

Gustav Ucicky, Vienna

Ursula Ucicky, Vienna


**Exhibited:**

Vienna, XX Secession Exhibition, 1904, no. 66 (possibly)

Berlin, German Künstlerband, II Exhibition, 1905, no. 111

Vienna, Kunstschau, 1908, no. 16 (room 22)

Munich, Glaspalast, X International Art Exhibition, 1909, no. 810

Venice, IX Espozione Internationale, 1910, no. 12 (room 10)

Vienna, XCIX Secession Exhibition, 1928, n. 54

Vienna, Ausstellungshaus Friedrichstrasse, 1943, no. 26

Vienna, Secession/Künstlerhaus/Historisches

Museum der Stadt Wien, 1964, no. 41


**Literature:**

Fritz Novotny et Johannes Dobai '*Gustav Klimt*', New York 1967, no. 140.

Berta Zuckerkandl, < Die XX Austellung der Wiener Secession >, Kunst für Alle, Vienna, 1903-04, p. 414

DEFS0010540

Ludwig Hevesi, Acht Jahre Secession (März 1897-Juni 1905), Kritik, Polemik, Chronik, Vienna, 1906, pp. 462-63

Ludvig Hevesi, Altkunst-Neukunst, Wien, 1894-1908, Vienna, 1908, p. 247

Apard Weixlgärnter, "Gustva Klimt," Die Graphischen Künste XXXV, 1912, p. 55

Miethke, ed., Das Werke Gustav Klimts, 1908-14, lot IV, no. 9

Max Eisier, Gustav Klimt, Vienna, 1920, p. 27 Igomar Hatle, Gustav Klimt. Ein Wiener Maler des Jugendstils, Graz, 1955, p. 75 Fritz Novotny and Johannes Dobai, Gustav Klimt, New York, 1967, no. 140 Sophie Lillie, Was einmal war. Handbuch der enteigeneten Kunstammlungen Wiens, Vienna, 2003, pp. 1244, 1248 & 1250

Matteo Chini & Claudio Pescio, Klimt. Leben und Kunst, Cologne, 2004, p. 67

Gilles Néret, Klimt, Cologne, 2005, illustrated in color p.47

Alfred Weidinger, ed., Gustav Klimt, Munich, Berlin, London & New York, 2007, no. 173, illustrated in color pp. 281

DEFS0010541