# Daniel J. Kornstein

# Exhibit 341

**To:**      Valette, Samuel[samuel.valette@sothebys.com]
**Cc:**      Amin, Nisha[Nisha.Amin@sothebys.com]; Serra, Antonia[Antonia.Serra@sothebys.com]
**From:**    Chandler, Holli[/O=SOTHEBY/OU=BONDEX/CN=RECIPIENTS/CN=HCHANDLER]
**Sent:**    Thur 9/27/2012 6:01:28 PM (UTC)
**Subject:** Re: Lautrec buyer contract

# Redacted for Privilege

**PLAINTIFF'S EXHIBIT**

**320**

**From**: Valette, Samuel
**Sent**: Thursday, September 27, 2012 06:57 PM
**To**: Chandler, Holli
**Cc**: Amin, Nisha
**Subject**: Re: Lautrec buyer contract

Hi Holli - why is it on Geneva Letterhead? This will raise questions from the buyer...
Many thx
Sam

**From**: Chandler, Holli
**Sent**: Thursday, September 27, 2012 06:12 PM
**To**: Valette, Samuel
**Cc**: Amin, Nisha
**Subject**: Lautrec buyer contract

Dear Sam,
Please find attached the contract for the Toulouse Lautrec. Please note that the only point of difference with this agreement is that it is on Geneva letterhead as opposed to London letterhead.

Let me know if you need this on a clean email.
Best wishes,
Holli

**Holli Chandler**
Project Manager
Impressionist & Modern Art
Sotheby's London
Tel: +44 (0)20 7293 5355
Mobile: +44 (0)77 3864 7231
Fax: +44 (0)20 7293 6950

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER                    DEFS0051730