# Daniel J. Kornstein

# Exhibit 358

# PRIVATE SALE (TREATY)

Admin name: **Erika Batey**    Dept code: **EIMP**    Date: _____    Curr: **USD**

## Item details:

Item ID: **742BG**    Property description: **Klimt, Wasserschlangen II, 1904 (revised 1906/7), 80 x 145cm, oil on canvas**

Current location of property (e.g. Sotheby's site/dept): **Austria**

| ✓ | | ✓ | | ✓ | | ✓ | | ✓ | |
|---|---|---|---|---|---|---|---|---|---|
| n/a | Unsold at auction? (not eligible for incentive) | ✓ | ID for both buyer and seller is held | ✓ | Compliance checklist has been completed and is attached | | Art Loss Register (ALR) search has been completed and is attached | ✓ | High value lot review has been completed (items over 1.5MM USD) |

*\* ALR due on 23rd July → completion.*

### Sale (buyer and seller) arranged by:

| | Name: | Country of staff member: | % contribution to sale: | Gross commission per KCM: |
|---|---|---|---|---|
| **Buyer KCM** 1 | | | | 0.00 |
| **Seller KCM** 2 | | | | 0.00 |
| **Other Key Participants** 3 | | | | 0.00 |
| 4 | | | | 0.00 |
| 5 | | | | 0.00 |

100 % Remaining

Revenue earned: _____    Revenue earned as % of Net to seller: **12.36 %**

## Buyer and seller details:

Buyer name: **Confidential Client One Hundred Thirty Four**

Buyer a/c: **51320831**    Permanent country of residence: **Switzerland**

Shipping instructions (you MUST specify when known): **Sotheby's to arrange shipment from Austria to Geneva Freeport at Sotheby's cost and LLD.**

Has the buyer requested special payment terms?    ☐ Yes    ☐ No

Buyer contract required? **(US only)**    ☐ Yes    ☐ No

Seller name: ▮▮▮▮▮

Seller a/c: ▮▮▮▮    Permanent country of residence: **Austria**

Special instructions: _____

*Please attach any non standard payment instructions (must be in writing)*

IC payable?    ☑ Yes    ☐ No

*If yes, please attach a copy of the IC payment form to the back of this form*

IC recipient name: ▮▮▮▮▮    Account no.: **51338195**    IC amount: **$5,039,496**

| | |
|---|---|
| TOTAL PURCHASE PRICE: | 126,000,000.00 |
| Buyer expenses (that are included in purchase price): | |
| Buyer's premium (EU and Asia only): | 13,860,000.00 |
| VAT on buyer's premium (EU only): | |
| ARR Artists resale right (EU only excl. Paris): | |
| VAT on sales price (EU only): | |
| Sales price: | 112,140,000.00 |
| Commision: | |
| Seller's VAT on commision (EU only): | |
| Taxe forfaitaire (5% Paris only) | |
| Droit de suite (Paris Only) | |
| Seller's LLD: | |
| VAT on LLD (EU only): | |
| Seller expenses: | |
| NET TO SELLER: | 112,140,000.00 |

## CORPORATE GOVERNANCE

Reviewed by: _____

| | | | |
|---|---|---|---|
| All Sales | *Valette* EXPERT or DPH | AND | BM |
| Sales > 70,000 GBP | *Subject to all conditions of* RCEO | AND | DSD |
| Sales > 700,000 GBP | RMD or RCOO or RCEO | Sales >1.7M GBP | LEGAL (CONTRACTS) |
| | | | CEO |

All sales where less than 10 % total commission is earned, RMD or RCOO or RCEO must approve and when the sales price is > £700,000 the CEO must also approve.

DISTRIBUTION: CLIENT ACCOUNTS X2, FINANCE, LEGAL, DEPARTMENT    SEPTEMBER 2012

CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER    DEFS0047529