# Daniel J. Kornstein
# Exhibit 369

**From:**        Mikhail Sazonov [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV]
**Sent:**        Wednesday, July 25, 2012 1:54:45 PM
**To:**          Yves Bouvier (NLC)
**Subject:**     RE: Tête de Modigliani

**PLAINTIFF'S EXHIBIT**

**199**

J'ai traduit ton mail à DR. :-)

-----Original Message-----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Wednesday, July 25, 2012 5:16 PM
To: Mikhail Sazonov
Subject: Tête de Modigliani

Bonjour Mike,

Pour faire suite à la visite d'hier, j'espère que Dimitri a quand même un peu vibré et pas uniquement à cause du prix!

Je te remercie par avance de lui communiquer mes remarques suivantes:

Dans le cadre de cette sculpture, elle m'hypnotise de même que, Tania, Olivier, Restellini, le Conservateur, ....

Pour ma part cette oeuvre exposée captera plus mon attention que Rodin ou Giaco.
Par exemple en présence de tableaux sur les murs je suis certain qu'elle restera la plus présente contrairement aux autres sculptures.
Voir la photo du Salon d'automne.

Cette oeuvre me parle fortement, contrairement à toi, ce que je respecte et heureusement que nous n'avons pas toujours tous le même avis.

Je suis convaincu que cette pièce est de première importance.

Quand au prix demandé, certes c'est un gros montant. Comme tu as pu le constater, j'avais de la peine à l'annoncer.
La seule comparaison est la pièce (non comparable) qui a été vendue 43 E environ 55 Usd en 2010.

C'est très difficile d'estimer le prix, pour ma part je suis convaincu que cela est aussi important qu'un Nu.

Par exemple les 1 tirage en bronze des 4 dos de Matisse (alors que c'est un tirage en bronze de 10 exemplaires) a été vendu 148 Usd en 2012, et Matisse est surtout un peintre!

Maintenant qu'il n'y a pas d'intérêt de la part de Dimitri et afin de mieux estimer le prix et me réconforter dans mon appréciation, j'ai demandé en toute confidentialité à Sotheby's une estimation (sans engagement) voir mail annexé.

Je voulais quand même me rassurer, tu constateras que les estimations de M Samuel Valette
(Senior Director, Senior International Specialist
Impressionist & Modern Art) sont similaires 80 à 100 en Euro soit entre 100 et 125 Usd

Je vais faire cette même analyse avec Christies pour voir si leur expert vibre aussi fort.

A disposition pour en discuter en cas de besoin.

Bien amicalement

Yves


----- Message d'origine -----
De : Valette, Samuel <samuel.valette@sothebys.com>
À : Yves Bouvier (NLC)
Envoyé : Wed Jul 25 15:18:26 2012
Objet : Tete de Modigliani (Ceroni XXII)

Cher Yves,

Je trouve cette pièce absolument extraordinaire. C'est a coup sur la plus belle sculpture de l'artiste en mains privees et je ne lui connais

Confidential                                                                                      P0014881

aucune piece superieure en collection publique. Les proportions sont parfaites. C'est la plus grande des Tetes que Modigliani a executee.  Le fait qu'il l'ait placee sur le plus haut piedestal lors du Salon d'Automne de 1912 est egalement un magnifique temoignage de l'importance que l'artiste lui meme lui accordait.

Cette sculpture reunit tout les criteres chers aux collectionneurs les plus pointus: un sujet iconique, une provenance parfaite et documentee, un etat de conservation excellent, une tres grande rarete.

Cette sculpture fait partie d'un cercle tres restrait de chef-d'oeuvres de la sculpture moderne, au meme titre que l'homme qui marche de Giacometti ou les dos de Matisse, par exemple. Pour memoire, L'homme qui marche, d'une edition de 6, avait realise 103 millions de dollars en 2010. Les dos de Matisse, d'une edition de 10, ont ete vendus dans le cadre d'une vente privee autour de 150 millions de dollars en 2011. Contrairement a ces pieces, la Tete est une sculpture unique, taillee a meme la pierre par Modigliani. Il est extremement difficile de mettre un prix sur un tel chef-d'oeuvre. En prenant en compte la rarefaction d'oeuvres de ce calibre disponible sur le marche (voir le prix de 43 millions d'euros obtenus en 2010 pour une piece inferieure), l'impossibilite de trouver une oeuvre superieure de Modigliani, et la tres forte demande actuelle pour les plus grands chef-d'oeuvres de la sculpture moderne, c'est une piece dont la valeur devrait se situer entre 80 et 100 millions d'euros.

Je serais ravi d'en discuter plus en avant le moment venu.

Tres amicalement,

Samuel

Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modern Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147


*********************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the postmaster at postmaster@sothebys.com.


www.sothebys.com
*********************************************************************

P0014882

| | |
|---|---|
| **From:** | Mikhail Sazonov [/0=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MSASONOV] |
| **Sent:** | Wednesday, July 25, 2012 1:54:45 PM |
| **To:** | Yves Bouvier (NLC) |
| **Subject:** | Re: Modigliani Head |

**PLAINTIFF'S
EXHIBIT
199**

I have sent your email to DR. :-)

-----Original Message-----
From: Yves Bouvier (NLC) [mailto:yb@falnlc.sg]
Sent: Wednesday, July 25, 2012 5:16 p.m.
To:   Mikhail Sazonov
Subject: Modigliani Head

Hello Mike,

To follow up on yesterday's visit, I hope that Dimitri still has a little vibrancy and not just because of the price!

Thank you in advance for giving them my comments as follows:

As regards this sculpture, it hypnotized me as well as Tania, Olivier, Restellini, the Curator, etc.

For me, this exhibited work will capture my attention more than a Rodin or Giaco.
For example, in the presence of paintings on the walls, I am sure that it will remain the most present, unlike other sculptures. See the photo from the Fall Salon.

This work speaks strongly to me, unlike you, which I respect and fortunately that we do not always have the same opinion.

I am convinced that this piece is of the utmost importance.

As for the price, certainly it's a big amount. As you could see, I had trouble stating it. The only comparison is the (incomparable) piece that was sold for 43 E approximately 55 Usd in 2010.

It is very difficult to estimate the price, for my part I am convinced that it is as important as a Nude.

For example, the 1st bronze cast of Matisse's Back IV (although it is a bronze cast in 10 editions) was sold for 148 Usd in 2012, and Matisse is above all a painter!

Now that Dimitri has no interest in this and in order to do a better estimate of the price and reinforce me in my assessment, I have asked Sotheby's in complete confidentiality for an estimate (without commitment) see attached email.

All the same, I wanted to reassure you that the estimates by Mr. Samuel Valette (Senior Director, Senior International Specialist Impressionist & Modem Art) are similar: 80 to 100 in Euro, i.e. between 100 and 125 Usd

I will do this same analysis with Christies to see if their expert is as strong.

I am available to discuss this if needed.

Very cordially

Yves


----- Original Message -----
From: Valette, Samuel <samuel.valette@sothebys.com>
To: Yves Bouvier (NLC)
Sent: Wed Jul 25 03: 18:26 p.m. 2012
Subject: Modigliani head (Ceroni XXII)

Dear Yves,

Confidential                                                                                     P0014881

I find this piece absolutely extraordinary. It's surely the artist's most beautiful sculpture in private hands and I don't know of any better piece by him in a public collection. The proportions are perfect. It is the largest of the Heads that Modigliani completed. The fact that he had placed it on the highest pedestal during the 1912 Fall Salon is also a beautiful testimony to the importance accorded to it by the artist himself.

This sculpture combines all the criteria that are dear to the most refined collectors: an iconic subject, a perfect and documented provenance, an excellent state of conservation, a great rarity.

This sculpture is part of a very established circle of masterpieces of modern sculpture, just like Giacometti's Walking Man or Matisse's Back, for example. For the record, Walking Man, from an edition of 6, had made 103 million dollars in 2010. Matisse's Back, from an edition of 10, was sold as part of a private sale of around $ 150 million in 2011. Unlike these pieces, the Head is a unique sculpture, carved in stone by Modigliani himself. It is extremely difficult to set a price on such a masterpiece. Taking into account the scarcity of works of this caliber available on the market (see the price of 43 million euros obtained in 2010 for a lesser piece), the impossibility of finding a superior work by Modigliani, and the very high current demand for the greatest masterpieces of modern sculpture, it is a piece whose value should be between 80 and 100 million euros.

I would love to discuss this further in advance when the time comes.

Very cordially,

Samuel

Samuel Valette
Senior Director
Senior International Specialist
Impressionist & Modem Art
Tel: +44 207 293 5733
Mob: +44 751 560 9147

*************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed. If you have received this email in error
please notify the postmaster at postmaster@sothebys.com.


www.sothebys.com
*************************************************************

Confidential

P0014882



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document with bates range "**P0014881**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Shayna Himelfarb

Sworn to before me this
July 13, 2021

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE