UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                               :

ACCENT DELIGHT INTERNATIONAL LTD. et al.,    :

                    Plaintiffs,         :

                                          :        18-CV-9011 (JMF)

          -v-                     :

                                          :         <u>ORDER</u>

SOTHEBY'S et al.,                       :

                    Defendants.       :

                                          :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received the attached correspondence, which appears to contain the transcript of Mr. Peretti's deposition.  Because it is in French and is unaccompanied by an English translation, however, the Court will take no further action in response to it.  If any party believes that further action is required, it shall file a letter seeking such relief no later than **June 10, 2022**.  Any such letter shall be accompanied by a certified English translation of the attached.

      SO ORDERED.

Dated: June 3, 2022
      New York, New York               _____
                                      JESSE M. FURMAN
                               United States District Judge



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

CR/14/2020 2 COO XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

**R** R P371 60690 5 CH

*LA POSTE*
Please scan - Signature required
Veuillez scanner - Remise contre
signature

**A-PRIORITY**

Avis de réception

UNITED STATES DISTRICT
COURT FOR THE SOUTHEM
DISTRICT NY
Honorable Jesse M. Furman
40 Centre Street, Room 2202
10007 New York NY
ÉTATS-UNIS

Réf : **CR/14/2020** 2 COO XCR
à rappeler lors de toute communication

République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

CR/14/2020 2 COO XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

Réf : **CR/14/2020** 2 COO XCR
à rappeler lors de toute communication

## ORDONNANCE
## DU JEUDI 19 MAI 2022

| **Parties autorités requérantes** | **Parties défenderesses** |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHEM DISTRICT NY<br>Honorable Jesse M. Furman<br>40 Centre Street, Room 2202<br>10007 New York NY<br>ÉTATS-UNIS | SOTHEBY'S INC<br>c/o Mes LEMBO et CONRAD HARI<br>Bär & Karrer SA<br>Quai de la Poste 12<br>Case postale 5056<br>1211 Genève 11 |
| ACCENT DELIGHT INTERNATIONAL LTD<br>c/o Me GIROUD Sandrine<br>Lalive SA<br>Rue de la Mairie 35<br>Case postale 6569<br>1211 Genève 6 | SOTHEBY'S.<br>c/o Mes LEMBO et CONRAD HARI<br>Bär & Karrer SA<br>Quai de la Poste 12<br>Case postale 5056<br>1211 Genève 11 |
| XITRANS FINANCE LTD<br>c/o Me GIROUD Sandrine<br>Lalive SA<br>Rue de la Mairie 35<br>Case postale 6569<br>1211 Genève 6 | |

Ce jour, le Tribunal rend l'ordonnance suivante :

Vu la procédure.

Vu l'audience du lundi 2 mai 2022, destinée à l'audition du témoin Jean-Marc PERETTI.

Vu le procès-verbal d'audience établi par Mme Agnès NAUDIN, sténotypiste.

Considérant que l'essentiel des dépositions (du témoin) est consigné au procès-verbal, signé par le témoin (art. 176 CPC).

Qu'à teneur de l'article 235 al. 1 CPC, le Tribunal tient en effet un procès-verbal.

Que le Tribunal statue sur les requêtes de rectification du procès-verbal (art. 235 al. 3 CPC).

Que les requêtes de rectification peuvent émaner tant des parties que d'un tiers intéressé, par exemple un témoin (TAPPY, CR CPC, 2ème éd., Bâle 2019, n. 26 ad art. 235 CPC).

Considérant toutefois qu'une modification ultérieure du procès-verbal n'est en principe pas admissible, parce qu'il constitue la preuve du fait que son contenu est juste; que, dès qu'il est définitivement mis en forme, le procès-verbal ne peut plus être modifié; qu'il y a toutefois deux exceptions à ce principe (cf WILLISEGGER, BSK ZPO, 3ème éd., Bâle 2017, nn. 38ss ad art. 235 CPC):

- Le Tribunal peut corriger de simples erreurs d'office, ou sur requête de parties, de manière informelle et sans porter préjudice aux parties (par exemple des fautes d'orthographe ou de calcul, la dénomination erronée d'une partie etc…)

- Toutes les autres modifications du contenu essentiel du procès-verbal ne peuvent être effectuées que si la fausseté de ce qui y est protocolé est établi, ce qui ne peut être fait que dans le cadre d'une procédure formelle de rectification du procès-verbal selon l'article 235 al. 3 CPC.

Qu'en l'espèce, le Tribunal transmettra aux parties ainsi qu'au témoin PERETTI le procès-verbal de l'audience du 2 mai 2022.

Qu'un délai leur sera fixé au <u>vendredi 10 juin 2022</u> pour signaler au Tribunal d'éventuelles erreurs de peu d'importance (cas dans lequel une correction informelle sera effectuée par le Tribunal).

Que des modifications allant au-delà de simples erreurs devront suivre la procédure prévue par l'article 235 al. 3 CPC, le Tribunal statuant sur les "corrections" requises.

Que la version "définitive" du procès-verbal sera ensuite transmise au témoin PERETTI pour signature.

Vu les articles 176 et 235 CPC.

* * *

**Par ces motifs,**
**LE TRIBUNAL :**

- Transmet aux conseils des parties et du témoin le procès-verbal de l'audience du 2 mai 2022 établi par Mme Agnès NAUDIN, sténotypiste.

- Les invite à signaler, d'ici au <u>vendredi 10 juin 2022</u>, d'éventuelles erreurs, respectivement à former une requête en rectification.

- Traitera ensuite les déterminations reçues selon les modalités rappelées dans la présente ordonnance.

Joëlle COTTIER

Juge

La présente ordonnance est communiquée pour notification par le greffe le   **2 3 MAI 2022**

CIV_ORD_TYPE                                    Tribunal de première instance                                    RIM

# COMMISSION ROGATOIRE

## COUR DE DISTRICT DES ÉTATS-UNIS POUR LE SUD DU DISTRICT DE NEW YORK

### N° 1:18-CV-09011-JMF-RWL

# ACCENT DELIGHT INTERNATIONAL LTD
# XITRANS FINANCE LTD

*(PARTIES DEMANDERESSES)*

# SOTHEBY'S
# SOTHEBY'S INC

*(PARTIES DÉFENDERESSES)*

## AUDITION DE M. JEAN-MARC PERETTI

### AUDIENCE DU 2 MAI 2022

Agnès Naudin, Sténotypiste de conférences

3 square des Martinets – 91250 Tigery – Tél. (33) 6.80.67.87.76

Agnesnaudin@wanadoo.fr

1 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

# LISTE DE PRÉSENCE

☞ **POUR LE TRIBUNAL ADMINISTRATIF DE GENÈVE**

- Mme Joëlle Cottier      Juge, Présidente de l'audience
- Mme Cristina Primavera      Greffière
- M. Maurice Torlasco      Huissier

☞ **POUR ACCENT DELIGHT INTERNATIONAL LTD – XITRANS FINANCE LTD, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NY (DEMANDEURS)**

- Maître Sandrine Giroud      Conseil, Lalive (Suisse)
- Maître Benoît Mauron      Conseil, Lalive (Suisse)
- Maître Noémie Raetzo      Conseil, Lalive (Suisse)

☞ **POUR SOTHEBY'S AND SOTHEBY'S INC. (DÉFENDEURS)**

- Maître Saverio Lembo      Conseil, Bär & Karrer SA (matin)
- Maître Aurélie Conrad Hari      Conseil, Bär & Karrer SA
- Maître Claire Tistounet      Conseil, Bär & Karrer SA

☞ **TÉMOIN**

- Monsieur Jean-Marc Peretti      Témoin
- Maître Didier Bottge      Conseil, Cabinet Bottge & Associés

☞ **AUTRES PARTICIPANTS**

- Madame Agnès Naudin-Nasse      Sténotypiste de conférences
- Madame Sylvie Briant      Sténotypiste de conférences

**2 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

# SOMMAIRE

OUVERTURE DE L'AUDIENCE PAR LA PRÉSIDENTE ............................................................... 4

AUDITION DE M. JEAN-MARC PERETTI ........................................................................... 5

II.   Travail avec M. Bouvier ....................................................................... 7

III.   générales avec les Plaignants, Sotheby's, et les Oeuvres d'art en cause dans ce litige ......... 13

IV.   Les Réclamations des Plaignants en ce qui concerne L'Homme Assis Au Verre de Pablo
      Picasso ........................................................................................................ 30

V.   Les Réclamations des Plaignants en ce qui concerne La Méditerranée d'Aristide Maillol ..... 39

VI.   Les Réclamations des Plaignants en ce qui concerne Le Baiser d'Auguste Rodin .................. 47

VII.   Les Réclamations des Plaignants en ce qui concerne Nu au Châle Vert d'Henri Matisse ....... 54

VII.   Les Réclamations des Plaignants en ce qui concerne L'Éternel Printemps d'Auguste
       Rodin .................................................................................................... 67

VIII.   Les Réclamations des Plaignants en ce qui concerne Femme de Venise IX d'Alberto
        Giacometti ............................................................................................. 82

IX.   Les Réclamations des Plaignants en ce qui concerne Le Domaine d'Arnheim de René
      Magritte ................................................................................................ 90

X.   Les Réclamations des Plaignants en ce qui concerne Nu Couché au Coussin Bleu
     d'Amedeo Modigliani .............................................................................. 105

XI.   Les Réclamations des Plaignants en ce qui concerne Ève d'Auguste Rodin ....................... 127

XII.   Réclamations des Plaignants concernant le Wasserschlangen II de Gustav Klimt .............. 149

XIII.   Réclamations des Plaignants concernant La tête d'Amedeo Modigliani ........................... 174

Rothko N° 6 ................................................................................................... 203

XIV.   Réclamations des Plaignants concernant Au Lit : Le Baiser d'Henri de Toulouse-Lautrec ... 208

XV.   Réclamations des Plaignants concernant le Christ en tant que Salvator Mundi de
      Leonardo da Vinci .................................................................................... 214

XVI.   Réclamations des Plaignants concernant Otahi (Seul) de Paul Gauguin ........................... 242

XVII.   Réclamations des Plaignants concernant les messages en Texte ........................................ 252

XVIII.   Condamnations Criminelles Possibles .............................................................. 257

QUESTIONS RELATIVES À LA PROCÉDURE ....................................................................... 257

**3 |**   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011
– JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    *L'audience est ouverte à 9 heures 00, par devant le Tribunal siégeant à Genève,*
2    *sous la présidence de Mme la juge Joëlle Cottier,*
3    *Palais de justice, Bâtiment B, rez, Salle B1*
4    *1 place du Bourg-de-Four, Genève (Suisse).*

5    **OUVERTURE DE L'AUDIENCE PAR LA PRÉSIDENTE**

6    *(Discussion relative aux aspects techniques hors procès-verbal)*

7    **Mme le Juge.-** Je vous propose que l'on commence.

8    En termes d'organisation, on a toute la journée de prévue pour les questions à
9    poser à M. Peretti. J'ai réservé cette même salle pour vendredi. La commission
10   rogatoire nous demande de faire tenir le tout sur deux jours. J'ai prévu une petite
11   pause dans la matinée, ne serait-ce que pour les sténotypistes afin qu'elles
12   puissent se dégourdir les doigts.

13   Avez-vous des questions ou des remarques sur la façon dont les choses vont se
14   passer ? Vous avez déjà fait l'exercice au mois de janvier, vous êtes donc
15   aguerris.

16   **Me S. Lembo.-** Juste une question, Madame le Président.

17   En raison de la présence des sténotypistes, il n'y aura pas de dictée au procès-
18   verbal ?

19   **Mme le Juge.-** Il n'y a aucune dictée au procès-verbal. Je vais faire exactement
20   de la même manière dont cela s'était passé, c'est-à-dire que je pose mes
21   questions, les réponses sont données directement par M. Peretti et prises à la
22   volée par les deux sténotypistes. Sinon, on ne s'en sortira pas en termes de
23   planning.

24   **Me S. Lembo.-** J'ai juste une information à vous transmettre. Je ne pourrai pas
25   être présent cet après-midi, car j'enseigne à Lausanne.

26   **Mme le Juge.-** Il n'y a aucun souci. Moi, j'ai besoin de M. Peretti.

4 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Je serai là !

2    <span style="background-color: gray">**AUDITION DE M. JEAN-MARC PERETTI**</span>

3              **I. INFORMATIONS D'ORDRE GENERAL**

4    **Mme le Juge.-** Bonjour Monsieur. Vous êtes bien M. Jean-Marc Peretti ?

5    **M. J-M. Peretti.-** Oui.

6    **Mme le Juge.-** Vous êtes né le 8 avril 1965 ?

7    **M. J-M. Peretti.-** Oui.

8    **Mme le Juge.-** À l'heure actuelle, où êtes-vous domicilié ?

9    **M. J-M. Peretti.-** 31 bis, Chemin du Milieu, à Collonge-Bellerive 1245.

10   **Mme le Juge.-** Parfait.

11   C'était déjà la même adresse entre 2003 et 2015 ?

12   **M. J-M. Peretti.-** Non, je suis arrivé en Suisse en 2009.

13   **Mme le Juge.-** Où résidiez-vous de 2003 à 2015 ?

14   **M. J-M. Peretti.-** De 2003 à 2009, j'étais en France, à Paris. Je suis arrivé ici, je
15   pense début janvier 2009. Je résidais dans des appartements de location. Le
16   premier était, 6 rue Émilie Gourd. C'était le premier appartement. Ensuite, j'ai
17   déménagé dans deux/trois appartements, rue de la Cloche entre autres. J'ai habité
18   ma maison depuis 2020, mai 2020, à Collonge-Bellerive.

19   **Mme le Juge.-** Parfait.

5 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
       JMF - RWL
       Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
       c/
       SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
       Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  *(S'adressant aux sténotypistes)* Vous me faites signe si vous avez besoin que je
2  fasse répéter quelque chose. Sans remarque de votre part, je pars du principe que
3  c'est tout bon.

4  Quels sont votre parcours professionnel, vos études, votre formation ?

5  **M. J-M. Peretti.-** J'ai été jusqu'au bac à lauréat. Ensuite, j'ai eu une formation
6  dans les casinos. Après, j'ai monté des commerces. J'avais 8 magasins de
7  chaussures de sport à Paris, en Corse, en banlieue. Puis je me suis intéressé à
8  l'art à partir de 2000.

9  **Mme le Juge.-** D'accord.

10  **M. J-M. Peretti.-** J'ai commencé par les meubles d'art déco.

11  **Mme le Juge.-** Quand vous dites *« je me suis intéressé »*, c'est-à-dire ? En tant
12  qu'amateur ou vous avez travaillé dans ce domaine ?

13  **M. J-M. Peretti.-** À partir de 2000, j'ai commencé à acheter beaucoup de livres
14  d'art, c'était mon plaisir. J'ai dû en lire peut-être 3 ou 4 000. J'ai fait tous les
15  musées que je pouvais faire, et j'ai envisagé à un moment donné d'en faire peut-
16  être mon métier. J'ai commencé amateur, puis c'est devenu mon métier.

17  **Mme le Juge.-** Vous nous avez décrit votre parcours professionnel. Plus
18  précisément, où avez-vous travaillé ?

19  **M. J-M. Peretti.-** Au départ, j'ai travaillé dans un cercle de jeu, à Paris. Ensuite,
20  je suis parti en Afrique où j'ai géré un petit casino. Par la suite, j'ai été gérant de
21  plusieurs magasins de sociétés de baskets de sport, chaussures de sport. Je suis
22  revenu travailler dans les cercles de jeu. Et je me suis mis dans l'art,
23  officiellement, depuis 2009 quand je suis venu m'installer en Suisse.

24  **Mme le Juge.-** Depuis 2003 jusqu'à 2015, avez-vous été employé, et si oui, de
25  quelle société ?

26  **M. J-M. Peretti.-** Dans les cercles de jeu, il n'y a pas de patron. Comment ça
27  s'appelle... Sous la loi de 1901, c'est... Je ne sais pas comment dire.

**6 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Me D. Bottge.**- C'est une association.

2    **M. J-M. Peretti.**- On était des banquiers. J'étais directeur de jeux. En fait, il n'y
3    a pas de patron, en fait c'est une association.

4    **Mme le Juge.**- Vous étiez donc dans le milieu du jeu, ensuite, vous avez
5    travaillé pour les compagnies de chaussures de sport.

6    **M. J-M. Peretti.**- Non !

7    **Mme le Juge.**-Là, vous aviez un employeur ?

8    **M. J-M. Peretti.**- Non ! On a acheté des magasins de chaussures de sport, où
9    j'étais partenaire avec deux ou trois personnes sur 8 magasins en France.

10   **Mme le Juge.**- En revanche, en 2003 et 2015, vous n'étiez pas l'employé d'un
11   employeur. Vous avez toujours été indépendant ?

12   **M. J-M. Peretti.**- Jamais ! J'ai été employé six mois dans ma vie, quand j'avais
13   18 ans ; après, plus jamais.

14   **Mme le Juge.**- Les revenus, en 2003 et 2015, étaient uniquement tirés de votre
15   activité d'indépendant ?

16   **M. J-M. Peretti.**- Oui, d'indépendant.

17   **Mme le Juge.**- Parfait.

18   **II.    TRAVAIL AVEC M. BOUVIER**

19   **Mme le Juge.**- Quand avez-vous rencontré M. Bouvier pour la première fois ?

20   **M. J-M. Peretti.**- Je pense 2006, 2007... Entre 2007 ou 2008.

21   **Mme le Juge.**- Étiez-vous familier avec les sociétés de M. Bouvier lui-même ou
22   des sociétés qui lui étaient affiliées ?

7 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Qu'entendez-vous par « *familier* » ? Est-ce que je le
2   connaissais ?

3   **Mme le Juge.-** La question est posée ainsi : connaissiez-vous les sociétés de
4   M. Bouvier ou celles qui lui étaient affiliées ?

5   **M. J-M. Peretti.-** Je vous réponds comme j'ai répondu déjà quand la question
6   m'avait été posée, en mars 2015, par les autorités monégasques. Je connaissais
7   certaines sociétés parce que M. Bouvier me confiait des tableaux à travers ses
8   sociétés. C'était souvent le cas. Moi, je vendais des tableaux, mais moi, je les
9   vendais par ma galerie. Le contraire a été dit dans les journaux, que je travaillais
10  avec des sociétés off-shore. Ce n'est pas moi les sociétés off-shore ! Monsieur
11  Bouvier me confiait des tableaux par ses sociétés que je vendais par ma galerie,
12  en Suisse, où je m'acquittais des taxes. C'est ça la réponse.

13  **Mme le Juge.-** Est-ce que vous connaissiez les affaires de M. Bouvier au Port
14  Franc de Genève ?

15  **M. J-M. Peretti.-** Non, je sais qu'il avait des affaires au Port Franc mais je
16  n'étais pas concerné.

17  **Mme le Juge.-** Et connaissiez-vous les affaires de M. Bouvier auprès de la
18  société Naturel le Coultre ?

19  **M. J-M. Peretti.-** Oui, tout le monde la connaît. La question qui va venir, je la
20  connais ! Pourquoi ma comptabilité était faite là ? Je vais vous le dire :
21  M. Bouvier avait un comptable indépendant à l'intérieur de NATURAL LE
22  COULTRE. Quand je suis venu en 2009, il me l'a présenté. Et je suis toujours avec
23  le même comptable même si M. Bouvier n'est plus chez NATURAL LE COULTRE.

24  **Mme le Juge.-** Votre comptabilité est faite par quelqu'un de NATURAL LE
25  COULTRE ?

26  **M. J-M. Peretti.-** Non. Il est indépendant mais ses bureaux sont dans NATURAL
27  LE COULTRE.

28  **Mme le Juge.-** Est-ce que vous connaissez une société BLANCAFLOR ?

**8 |**   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.**- Comme ça, cela ne me dit rien mais j'ai peut-être pu la
2   connaître. Mais cela fait longtemps et je ne me rappelle pas.

3   **Mme le Juge.**- Connaissez-vous une société MEI INVEST ?

4   **M. J-M. Peretti.**- Peut-être. Vaguement… Je ne sais pas, franchement.

5   **Mme le Juge.**- Je vous pose une question sur une série de sociétés, vous me
6   répondez sur la base de vos souvenirs. Connaissez-vous une société EAGLE
7   OVERSEAS ?

8   **M. J-M. Peretti.**- Sûr que non.

9   **Mme le Juge.**- Une société ARTESING ?

10  **M. J-M. Peretti.**- Sûr que non.

11  **Mme le Juge.**- Une société ARROW FINE ART ?

12  **M. J-M. Peretti.**- Je ne sais pas.

13  **Mme le Juge.**- Avez-vous été employé par M. Bouvier lui-même, par une de ses
14  sociétés ou l'une de ses sociétés affiliées ?

15  **M. J-M. Peretti.**- Jamais.

16  **Mme le Juge.**- Avez-vous travaillé avec M. Bouvier ou l'une de ses sociétés ?

17  **M. J-M. Peretti.**- On entend quoi par « *travaillé* ». Je fais mon métier de
18  marchand. Je propose des tableaux, peut-être que c'est ça travailler. Je proposais
19  des tableaux à tout le monde dans le cadre de mon travail comme lui, comme
20  d'autres acheteurs, mais je n'ai pas travaillé associé avec M. Bouvier. Jamais.

21  **Mme le Juge.**- C'est de la collaboration. Vous n'avez pas été
22  employé/employeur ?

9 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Ce n'est même pas de la collaboration. C'est un client en plus
2   d'être un ami comme j'ai beaucoup de clients qui peuvent acheter ou vendre les
3   tableaux. Il n'y a pas de partenariat particulier.

4   **Mme le Juge.-** Peut-être, juste que je sache, M. Bouvier est pour vous un ami ?

5   **M. J-M. Peretti.-** C'est un ami.

6   **Mme le Juge.-** Avez-vous reçu des indemnisations, des montants quels qu'ils
7   soient de M. Bouvier, de ses sociétés ou de ses sociétés affiliées ?

8   **Me D. Bottge.-** Ce n'est pas des indemnisations.

9   **Mme le Juge.-** Moi, je pose les questions.

10   **M. J-M. Peretti.-** Je ne comprends pas la question.

11   **Mme le Juge.-** Je précise comme je comprends la chose : avez-vous perçu des
12   montants de M. Bouvier ou de ses sociétés ?

13   **M. J-M. Peretti.-** Moi, j'ai reçu le fruit de mon travail. À travers mon travail, si
14   j'ai vendu des tableaux, si j'ai fait quelque chose, j'ai reçu le fruit de mon travail
15   mais je n'ai pas été indemnisé ou quoi que ce soit.

16   **Mme le Juge.-** Des indemnisations, non. En revanche, s'il y avait du travail de
17   vente de tableaux, vous étiez rémunéré pour le fruit de votre travail ?

18   **M. J-M. Peretti.-** Voilà ! Comme avec d'autres clients.

19   **Mme le Juge.-** Que ce soit de M. Bouvier ou d'autres clients avec lesquels vous
20   travaillez ?

21   **M. J-M. Peretti.-** C'est ce qui fait vivre ma galerie. Sinon, on ne peut pas
22   travailler.

23   **Mme le Juge.-** À quelle date ? Vous vous souvenez des dates ?

**10 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** De ?

2   **Mme le Juge.-** Que ces transactions ont eu lieu respectivement, des moments où
3   vous aviez perçu cette rémunération ?

4   **M. J-M. Peretti.-** Je suis sûr qu'avant d'arriver en Suisse, non. J'ai commencé à
5   échanger des conversations, peut-être 2010, 2011, je ne me souviens pas
6   vraiment. Pas avant.

7   **Mme le Juge.-** Pas avant 2009, 2010. Ça c'est certain.

8   **Me D. Bottge.-** 2010, 2011.

9   **Mme le Juge.-** Peut-on dire que vous avez vous été associé de M. Bouvier ?

10  **M. J-M. Peretti.-** Jamais.

11  **Mme le Juge.-** Jamais associé de M. Bouvier.

12  Pour répondre à question « pourquoi vous dites non ? », c'est que vous
13  m'indiquez avoir collaboré avec lui sur certaines ventes, que vous êtes amis mais
14  que vous n'avez pas été associés en affaires.

15  **M. J-M. Peretti.-** Je vais vous dire pourquoi. Il est un client comme les autres.
16  Je ne vends pas des tableaux ou je n'achète pas des tableaux qu'à M. Bouvier.
17  C'est un ami certes, mais je veux dire par là que je suis comme tout le monde. Je
18  n'ai jamais travaillé avec M. Bouvier comme employé, ni mandataire ni quoi que
19  ce soit.

20  **Mme le Juge.-** Avez-vous reçu une rémunération de M. Bouvier ou de ses
21  sociétés en relation avec les tableaux qui font l'objet de la procédure en cours aux
22  États-Unis ?

23  **Me D. Bottge.-** Il ne sait pas lesquels c'est.

24  **M. J-M. Peretti.-** Je ne sais pas lesquels c'est. Je vais vous dire une chose : je ne
25  connais pas tous les tableaux. Mon travail n'est pas de prendre une rémunération

**11 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   à chaque tableau. C'est un travail d'échange. Parfois, il me confiait des tableaux
2   par ses sociétés mais on n'est pas… Je ne me rappelle pas. Franchement.

3   **Mme le Juge.-** Par ailleurs, savez-vous quels sont exactement les tableaux
4   faisant l'objet de la procédure américaine ?

5   **M. J-M. Peretti.-** Pas vraiment. Franchement, ça ne me regarde pas.

6   **Mme le Juge.-** Connaissiez-vous, en 2003, la réputation de M. Bouvier ?

7   **M. J-M. Peretti.-** Je ne le connaissais pas, donc je ne connaissais pas sa
8   réputation.

9   **Mme le Juge.-** À partir de quand avez-vous eu connaissance de la réputation de
10  M. Bouvier dans le monde artistique ?

11  **M. J-M. Peretti.-** Quand je suis venu en 2009 ou 2010, j'ai vu que c'était
12  quelqu'un de très important dans l'art. Il avait des stockages, etc. Il connaissait
13  tous les marchands, c'est quelqu'un de très important et quelqu'un de très correct
14  et il a une réputation impeccable dans le monde de l'art.

15  **Mme le Juge.-** D'où avez-vous entendu des informations ?

16  **M. J-M. Peretti.-** Aujourd'hui, je suis marchand. Je connais tous les marchands,
17  je connais les maisons comme SOTHEBY'S, CHRISTIE'S, où j'ai ma réputation qui
18  est vérifiable. Je connais tous les plus grands marchands de la terre, et je n'ai
19  entendu que du bien de M. Bouvier.

20  **Mme le Juge.-** C'était le ouï-dire dans le milieu dans lequel vous étiez depuis
21  2010.

22  **M. J-M. Peretti.-** Et surtout, il y a deux maisons, qui s'appellent CHRISTIE'S et
23  SOTHEBY'S. Quand on travaille avec eux, quoi qu'il arrive, vous êtes quelqu'un
24  de respectable, sinon ils ne vous prennent pas.

25  **Mme le Juge.-** Sa réputation était donc bonne, c'est ce que vous venez de me
26  dire ?

**12** | *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.**- Oui.

2    **III.**    GENERALES AVEC LES PLAIGNANTS, SOTHEBY'S, ET LES OEUVRES
3          D'ART EN CAUSE DANS CE LITIGE

4    **Mme le Juge.**- Est-ce que vous avez déjà entendu parler d'une société ACCENT
5    DELIGHT INTERNATIONAL LTD. ?

6    **M. J-M. Peretti.**- Je vous dis que je n'ai pas une bonne mémoire pour les noms.
7    Peut-être que je l'ai entendu ou que je l'ai facturée. Je ne sais pas mais cela ne me
8    dit rien.

9    **Mme le Juge.**- Avez-vous eu des contacts avec ses représentants ?

10    **M. J-M. Peretti.**- Non.

11    **Mme le Juge.**- Connaissez-vous une société XITRANS FINANCE LTD. ?

12    **M. J-M. Peretti.**- Non. Je m'en souviendrais.

13    **Mme le Juge.**- Connaissez-vous M. Dimitri Rybolovlev ?

14    **M. J-M. Peretti.**- Jamais vu, jamais parlé. J'ai entendu qu'il était président du
15    club de Monaco.

16    **Mme le Juge.**- Avez-vous assisté à des réunions avec lui ?

17    **M. J-M. Peretti.**- Jamais.

18    **Mme le Juge.**- Jamais vu, jamais parlé, jamais assisté à des réunions avec lui.

19    Connaissez-vous Mme Tetiana Bersheda ?

20    **M. J-M. Peretti.**- Non. Jamais vu, jamais parlé.

21    **Mme le Juge.**- Pas assisté à des réunions avec elle non plus ?

13 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Jamais.

2    **Mme le Juge.-** Connaissez-vous M. Mikhael Sazonov ?

3    **M. J-M. Peretti.-** Je ne sais pas qui c'est.

4    **Mme le Juge.-** Vous ne savez pas qui c'est, donc jamais assisté à des réunions
5    avec lui ?

6    **M. J-M. Peretti.-** Non.

7    **Mme le Juge.-** Connaissez-vous un M. Yuri Bogdanov ?

8    **M. J-M. Peretti.-** Non. Je ne le connais pas.

9    **Mme le Juge.-** Vous ne le connaissez pas, jamais participé à des réunions ?

10   **M. J-M. Peretti.-** Non.

11   **Mme le Juge.-** Est-ce que vous savez quelle était la nature des relations entre
12   M. Bouvier d'une part, et M. Rybolovlev d'autre part ?

13   **M. J-M. Peretti.-** Non. Cela ne me regarde pas. Monsieur Bouvier est quelqu'un
14   de discret, qui ne raconte pas toute sa vie.

15   Je **Mme le Juge.-** Savez-vous quand M. Bouvier a rencontré M. Rybolovlev
16   pour la première fois ?

17   **M. J-M. Peretti.-** Non.

18   **Mme le Juge.-** Avez-vous participé à des réunions auxquelles participaient
19   également M. Rybolovlev et M. Bouvier ?

20   **M. J-M. Peretti.-** Non.

---

**14 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Jamais. Vous ne pouvez donc rien dire s'agissant des relations
2   entre M. Rybolovlev et M. Bouvier en lien avec l'achat d'oeuvres d'art ?

3   **M. J-M. Peretti.-** Non.

4   **Mme le Juge.-** Vous vous occupiez de ce que vous achetiez et vendiez avec
5   M. Bouvier. En revanche, ce qu'il faisait avec d'autres personnes, cela ne vous
6   regardait pas ?

7   **M. J-M. Peretti.-** Comme je fais avec tous mes clients, même s'ils sont amis
8   avec moi.

9   **Me S. Giroud.-** Madame le Président, il y a juste une précision. Je ne suis pas
10  sûre qu'on lui a lu ses droits de témoin en début de l'audience.

11  **Mme le Juge.-** Tout à fait, j'ai commencé directement avec les questions.

12  On revient au départ. Ce n'est pas une question de droit américain. C'est sous
13  l'ordre du Code de procédure civile suisse et non pas américain, car c'est interdit
14  par la Constitution.

15  Je vous prie donc de répondre de manière conforme à la vérité à toutes les
16  questions que je vais vous poser. J'attire votre attention sur le fait que les fausses
17  déclarations sont punissables pénalement en droit suisse. J'avais précisé cela dans
18  une de mes ordonnances. Je ne vous fais pas jurer sur la Bible, c'est contraire à la
19  laïcité suisse.

20  Je vous le rappelle. J'ai commencé directement avec les questions de l'autorité
21  requérante. Cela figurera en tête du présent procès-verbal.

22  Merci Maître.

23  On en était à la question de la connaissance qu'aurait eue M. Peretti des relations
24  Bouvier/Rybolovlev s'agissant des oeuvres d'art. Il m'a répondu.

15 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   On a là plusieurs questions qui sont un peu redondantes, et dans la mesure où
2   M. Peretti a dit qu'il ne savait pas quelle était la nature des relations
3   Bouvier/Rybolovlev, je vais passer.

4   Savez-vous si M. Bouvier a reçu des montants pour des tableaux de la part de
5   M. Rybolovlev ou de ses sociétés ?

6   **M. J.-M. Peretti.-** Je pense, mais c'est par rapport à la presse et par rapport à ce
7   que j'ai entendu, qu'il lui a vendu des tableaux comme à d'autres clients.
8   Maintenant, je ne connais pas les montants.

9   **Mme le Juge.-** Ce que vous en savez, c'est donc par rapport à ce que vous avez
10   lu dans la presse ?

11   **M. J.-M. Peretti.-** Oui.

12   **Mme le Juge.-** Avez-vous entendu, en 2003 et 2015, M. Bouvier se référer aux
13   Russes ?

14   **M. J.-M. Peretti.-** Non.

15   **Mme le Juge.-** Cela ne vous évoque rien ?

16   **M. J.-M. Peretti.-** Non.

17   *(Maître Bottge s'adresse à son client.)*

18   **Mme le Juge.-** Maître Bottge, je vous en prie, essayez de ne pas parler. Cela
19   raisonne et c'est très dérangeant.

20   Connaissez-vous un M. Samuel Valette ?

21   **M. J.-M. Peretti.-** Oui.

22   **Mme le Juge.-** Avez-vous entendu, dans la bouche de Samuel Valette, parler des
23   Russes ?

**16 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Non.

2    Oui, des russes clients, mais pas de noms, pas de choses.

3    **Mme le Juge.-** Parler de clients russes…

4    **M. J-M. Peretti.-** Vous savez quand il fait des ventes, on me dit « il y a 30 % de
5    Russes, 30 % d'Américains qui ont acheté » mais c'est tout.

6    **Mme le Juge.-** Vous vous ne saviez pas qui c'était en particulier ?

7    **M. J-M. Peretti.-** Non. Et une chose est sûre : SOTHEBY'S ne donnera jamais le
8    nom de ses clients.

9    **Mme le Juge.-** Connaissez-vous Mme Tania Rappo ?

10    **M. J-M. Peretti.-** Je crois que je l'ai croisée une fois

11    **Mme le Juge.-** Vous avez eu des contacts à une reprise, peut-être, avec elle ?

12    **M. J-M. Peretti.-** Juste un bonjour.

13    **Mme le Juge.-** Pardon ?

14    **M. J-M. Peretti.-** Une fois, je l'ai rencontrée, et je lui ai dit bonjour. C'est tout.

15    **Mme le Juge.-** Est-ce que vous savez quelle est la nature des relations entre
16    Mme Rappo d'une part et M. Rybolovlev d'autre part ?

17    **M. J-M. Peretti.-** Non.

18    **Mme le Juge.-** Est-ce que M. Bouvier vous a parlé de la relation que pouvait
19    avoir Mme Rappo avec M. Rybolovlev ?

20    **M. J-M. Peretti.-** Non.

17 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Est-ce que vous savez si M. Bouvier lui-même avait des contacts
2    avec Mme Rappo ?

3    **M. J-M. Peretti.-** Je l'ai saluée, donc je l'ai vue une fois avec M. Bouvier, mais
4    pas plus que ça.

5    **Mme le Juge.-** Il ne vous a donc pas parlé des contacts qu'il avait avec elle-
6    même ?

7    **M. J-M. Peretti.-** Non.

8    **Mme le Juge.-** Savez-vous si Mme Rappo a participé ou était impliquée d'une
9    manière ou d'une autre dans l'acquisition d'œuvres d'art pour M. Rybolovlev ?

10   **M. J-M. Peretti.-** Non, à part ce qui était marqué dans les journaux.

11   **Mme le Juge.-** Donc à part ce que vous avez lu dans la presse.

12   Vous ignorez donc si Mme Rappo a été rémunérée dans le cadre de ces
13   transactions ?

14   **M. J-M. Peretti.-** Oui.

15   **Mme le Juge.-** Je l'ignore.

16   Une question qui est de nouveau en lien avec ce que je vous ai demandé avant.
17   On reparle de cette procédure américaine comme si vous la connaissiez. Avez-
18   vous joué un rôle dans l'acquisition des chefs d'oeuvre ou des tableaux concernés
19   par cette procédure dont parle la presse ?

20   **M. J-M. Peretti.-** Qu'appelle-t-on par « un rôle » ? Si j'ai, par exemple,
21   conseillé M. Bouvier pour lui donner un avis sur des tableaux, oui. Si M. Bouvier
22   m'a demandé de négocier un peu pour lui, peut-être, oui, mais je ne connaissais
23   ni le client, ni… Voilà ! Vous savez, j'ai travaillé pour M. Bouvier comme je l'ai
24   fait pour d'autres clients.

---

**18 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Est-ce que, par rapport à cela, vous avez eu des contacts avec les
2   représentants de M. Rybolovlev ?

3   **M. J-M. Peretti.-** Jamais.

4   **Mme le Juge.-** Vous avez pu donner des conseils à M. Bouvier par rapport à ces
5   tableaux. En revanche, vous n'avez jamais eu de contact avec M. Rybolovlev et
6   ses sociétés ?

7   **M. J-M. Peretti.-** Je ne savais pas à qui il vendait le tableau, M. Bouvier, après.
8   Il achetait le tableau. Si après, il vendrait le tableau à M. Rybolovlev ou à
9   quelqu'un d'autre, je ne peux pas donner un contact puisque je ne connais pas le
10  client final.

11  **Mme le Juge.-** Vous ignorez donc la teneur des transactions qui ont été faites
12  entre M. Bouvier d'une part avec SOTHEBY'S ?

13  **M. J-M. Peretti.-** Non, je ne peux pas. Les transactions et les montants, non. Par
14  exemple, SOTHEBY'S m'envoyait les tableaux à moi, comme beaucoup de
15  marchands m'envoient les tableaux par mail. C'est moi qui ai présenté
16  M. Valette à M. Bouvier.

17  J'étais donc en copie des mails. Moi, si vous voulez, je reçois 1 million de mails
18  par mois. Je ne réponds donc pas. Je donne juste un conseil à M. Bouvier sur un
19  tableau ou pas.

20  **Mme le Juge.-** D'accord, mais vous étiez en copie de mails envoyée de
21  SOTHEBY'S à M. Bouvier en lien avec le client Valette ?

22  **M. J-M. Peretti.-** Oui, mais je reçois un million de mails de SOTHEBY'S.

23  **Me D. Bottge.-** Madame le Président, au risque de me répéter, car ces questions
24  sont vraiment absurdes et redondantes, il y a sept ans, M. Peretti dont l'ensemble
25  de la galerie avait été perquisitionnée et saisie sur une commission rogatoire
26  pénale des autorités corrompues de Monaco a fait une déclaration, qui est connue
27  des Parties, en tout cas connue de la Partie qui se trouve ici, où il y a sept ans et
28  peu après les faits, il a donné le détail, pièces à l'appui, de tous ces liens dans les

**19 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  transactions dont il est question. Alors passer un jour et demi ici alors que tout
2  est là-dedans...

3  **Mme le Juge.-** J'entends bien votre remarque.

4  **Me D. Bottge.-** Ou alors je dis à mon client qu'il réponde que tout est dans le PV
5  du 12 mars 2015.

6  **Mme le Juge.-** Je note votre intervention.

7  **Me D. Bottge.-** Vous pouvez la noter.

8  **Mme le Juge.-** Elle figurera dans le procès-verbal.

9  **Me D. Bottge.-** Bien sûr. Avec plaisir.

10  **Mme le Juge.-** Cela étant, moi, je suis saisie d'une commission rogatoire qui
11  pose ces questions. Mon travail, c'est de le faire.

12  **Me D. Bottge.-** Vous n'y êtes pour rien.

13  **Mme le Juge.-** Votre remarque va figurer en bonne et due forme. J'imagine que
14  les Autorités américaines qui m'ont saisie de cette commission rogatoire ont ces
15  informations également.

16  **Me D. Bottge.-** Je l'espère ! Sinon, ce serait très frauduleux.

17  **Mme le Juge.-** Il n'en demeure pas moins que l'on me demande de poser ces
18  questions, je vais donc le faire :

19  Je relève que la totalité des questions ici posées à M. Peretti l'ont déjà été dans le
20  cadre de la procédure pénale ouverte par les autorités monégasques. Elles sont
21  consignées dans un rapport... Vous dites « un rapport »...

22  **Me D. Bottge.-** C'est un PV d'audience sur commission rogatoire pénale.

**20 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Je regrette que les mêmes questions soient une nouvelle fois
2   posées à mon client, des années après.

3   **Me S. Lembo.-** Madame le Président, sur ce point, sur ce procès-verbal, serait-il
4   possible de le joindre au procès-verbal, car cela peut être intéressant pour les
5   Autorités américaines ?

6   **Me D. Bottge.-** Non, non. Il appartient aux Parties de le... Vous êtes en
7   *Discovery*, aux États-Unis. La moindre bonne foi... Je veux bien donner le PV,
8   mais je pense que la moindre des bonnes fois de la Partie adverse et
9   Demanderesse, ce serait de vous donner dans le cadre de la *Discovery* les
10  éléments recueillis et pour lesquels on va passer une journée et demie ici. Je
11  trouve cela vraiment absurde. À eux de le produire.

12  **Me S. Lembo.-** Si vous l'avez là, on peut le joindre au procès-verbal.

13  **Mme le Juge.-** Que les choses soient claires ! Moi, on me demande de poser des
14  questions. Cela a déjà été extrêmement été compliqué à mettre en place. Je vais
15  donc poser des questions. Le fait que, par hypothèse, les mêmes réponses aient
16  déjà été apportées à une autre autorité il y a des années ne fera aucunement
17  gagner du temps dans le sens où, moi, je vais faire le travail qui m'est demandé.

18  **Me D. Bottge.-** Bien sûr ! Bien sûr !

19  **Mme le Juge.-** Maintenant si les Parties sollicitent...

20  Maître Giroud, voyez-vous un inconvénient à ce que ce PV soit produit ?

21  **Me S. Giroud.-** Oui. Déjà, d'une part, je ne suis pas sûre de savoir de quel PV
22  précisément on parle.

23  **Me D. Bottge.-** Vous le savez très bien, Maître !

24  **Me S. Giroud.-** Si vous me permettez !

25  **Mme le Juge.-** Là, on perd du temps ! On aurait déjà pu poser dix autres
26  questions !

21 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Donnez-moi juste la date du procès-verbal. Ce sera plus simple.

2    **Me D. Bottge.-** C'était très exactement le 12 mars 2015 devant la brigade
3    financière de la police judiciaire de Genève, en exécution d'une commission
4    rogatoire pénale monégasque.

5    **Mme le Juge.-** Parfait. Dans un procès-verbal d'audience du 12 mars 2015
6    devant la brigade financière de la police judiciaire genevoise…

7    **Me D. Bottge.-** …et qui portait précisément -c'est ce que je voulais dire ici- sur
8    la connaissance qu'avait M. Peretti des transactions faites par M. Bouvier dans le
9    cadre…

10    **Mme le Juge.-**…sous commission rogatoire des autorités pénales monégasques.

11    Donc PV du 12 mars 2015 : Maître Giroud, je le mettrai en annexe au PV ou
12    vous vous y opposer ?

13    **Me S. Giroud.-** J'aimerais juste revoir la requête et y réfléchir. Si on pouvait
14    juste attendre le début de l'après-midi pour que l'on puisse se déterminer et
15    vérifier ce qu'il y a dans la requête.

16    **Mme le Juge.-** Encore une fois, cela ne m'a pas été demandé. Ces choses doivent
17    être plaidées…

18    **Me D. Bottge.-** Non ! Je ne le donne pas. Il leur appartient de régler leurs
19    problèmes dans la *Discovery* américaine. C'est leur problème ! Je ne donne pas
20    ce PV ici !

21    **Mme le Juge.-** Pour aller un peu de l'avant, encore une fois, et peut-être que ces
22    questions ont déjà été posées, et c'est à la connaissance des autorités de saisie de
23    procéder au fond qui, malgré cela, m'ont demandé de reposer les mêmes
24    questions. C'est les mêmes questions sept ans après.

25    **Me D. Bottge.-** Vous pouvez les poser. La réponse sera invariablement : « Je me
26    réfère à mon audition…

**22 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Là, vous répondez à sa place !

2    **Me D. Bottge.-** Je lui en ai parlé avant de venir quand même !

3    **Mme le Juge.-** L'idée que vous soyez assis à côté de votre client n'était pas que
4    vous répondiez à sa place.

5    **Me D. Bottge.-** Je ne réponds pas à sa place.

6    **Mme le Juge.-** J'ai bien pris note de « cela a fait l'objet d'une audition
7    circonstanciée devant de la brigade financière ». Maintenant, je continue à poser
8    mes questions, et vous répondez du mieux que vous pouvez.

9    La réponse qui serait « comme mon avocat l'a dit, je me réfère au PV du 12 mars
10    2015 », moi, cela ne me va pas, car je ne l'ai pas sous les yeux et ce n'est pas ce
11    que l'on me demande de faire.

12    On continue comme on l'a fait jusqu'à maintenant. Ce dont vous vous souvenez,
13    vous répondez. Ce dont vous ne vous souvenez pas, vous répondez que vous ne
14    vous souvenez pas, et on va de l'avant.

15    Encore une fois, les procédures au fond devant les Autorités américaines, il
16    appartient aux avocats des Parties, devant les Autorités américaines, de verser à
17    la procédure les pièces qu'elles entendent. Ce n'est pas mon travail de verser, à la
18    procédure, des documents qui n'auraient pas été dans la procédure, là-bas.

19    Ensuite, on revient à une question à laquelle vous avez déjà partiellement
20    répondu : quelle est la nature des relations entre M. Bouvier et SOTHEBY'S, dès
21    2011.

22    **M. Peretti.-** Je ne sais plus. Je ne sais plus la date exacte mais c'est après 2009,
23    quoi qu'il arrive, une fois que je suis arrivé en Suisse.

24    *(Intervention de Me Bottge)*

25    **Mme le Juge.-** Maître Bottge, laissez votre client répondre.

---

23 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Me D. Bottge**.- Il n'a pas compris la question.

2    **M. Peretti**.- Je n'avais pas compris la question. J'ai compris : quand est-ce que
3    M. Bouvier...

4    **Mme le Juge**.- La question est : quelle était la nature des relations entre
5    M. Bouvier et SOTHEBY'S, dès 2011 ?

6    **M. Peretti**.- Comme n'importe quel acheteur de tableaux, il va chez SOTHEBY'S,
7    chez CHRISTIE'S, chez les marchands.

8    **Mme le Juge**.- Savez-vous combien de fois, avant 2011, M. Bouvier a fait
9    l'acquisition de tableaux chez SOTHEBY'S ?

10    **M. Peretti**.- Non.

11    **Mme le Juge**.- Savez-vous combien de fois, avant 2011, M. Bouvier a vendu
12    des oeuvres d'art via SOTHEBY'S ?

13    **M. Peretti**.- Je ne sais pas.

14    **Mme le Juge**.- Il ne vous tenait pas au courant de tout ce qu'il faisait avec
15    SOTHEBY'S ?

16    **M. Peretti**.- C'est confidentiel, comme les secrets d'avocats. SOTHEBY'S ne vous
17    donne jamais de renseignements, au même titre que les acheteurs ou les
18    vendeurs ne donnent de renseignements. On est très confidentiel.

19    **Mme le Juge**.- De la même manière — là, je vous ai posé la question avant
20    2011 — ; après 2011, savez-vous si M. Bouvier a vendu ou acheté des oeuvres
21    d'art via SOTHEBY'S ?

22    **M. Peretti**.- Je ne m'en rappelle pas.

23    **Mme le Juge**.- Savez-vous si M. Bouvier a payé, a pu payer, à SOTHEBY'S, un
24    prix supérieur à ce que SOTHEBY'S elle-même avait estimé s'agissant d'un
25    tableau ?

**24 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti**.- Aucune idée. Je ne sais pas.

2   **Mme le Juge**.- Aucune idée ? Il ne vous donnait pas le détail des transactions
3   qui étaient faites ?

4   **M. Peretti**.- Non.

5   **Mme le Juge**.- Saviez-vous si SOTHEBY'S a entreposé des oeuvres d'art au Port
6   franc, à Genève.

7   **M. Peretti**.- J'ai vu des tableaux mais je ne sais pas si c'est SOTHEBY'S ou pas.
8   Moi, j'allais voir des tableaux au Port franc quand on me demandait un avis ou
9   un conseil mais je ne sais pas si c'est SOTHEBY'S ou d'autres clients.

10   **Mme le Juge**.- Saviez-vous si SOTHEBY'S a déjà entreposé des oeuvres d'art
11   dans l'entrepôt de Bouvier à Singapour ?

12   **M. Peretti**.- Je ne sais pas. Je n'ai aucun rapport avec le Port franc de Singapour.

13   **Mme le Juge**.- Saviez-vous si SOTHEBY'S a pu avoir recours à M. Bouvier pour
14   transporter des oeuvres d'art ?

15   **M. Peretti**.- Je ne sais pas. Non, je ne sais pas.

16   **Mme le Juge**.- Savez-vous si SOTHEBY'S a eu recours à Naturel le Coultre pour
17   le transport d'oeuvre d'art ?

18   **M. Peretti**.- Ce n'est pas ma société. Il faut poser la question à M. Bouvier ou à
19   SOTHEBY'S.

20   **Mme le Juge**.- Entendu. Connaissez-vous M. Samuel Valette ?

21   **M. Peretti**.- J'ai déjà répondu oui.

22   **Mme le Juge**.- Comment l'avez-vous rencontré et quand ?

25 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti**.- Je l'ai rencontré à Paris, je ne sais pas, dans les années 2004 ou
2  2005. J'avais demandé une petite expertise parce qu'il était chez SOTHEBY'S
3  Paris, comme je peux le demander à d'autres conseillers chez CHRISTIE'S et/ou
4  SOTHEBY'S. C'est quelqu'un qui était agréable avec moi, avec qui je travaillais,
5  comme avec d'autres conseillers chez SOTHEBY'S ou CHRISTIE'S.

6  **Mme le Juge**.- Lui-même était chez SOTHEBY'S ?

7  **M. Peretti**.- SOTHEBY'S Paris, oui.

8  **Mme le Juge**.- Avez-vous échangé des mails avec lui ?

9  **M. Peretti**.- Moi, non. Mais on m'a envoyé des mails. Il faut leur demander à
10 eux parce qu'eux me mettaient en copie de leurs mails, si c'est ça la question. On
11 m'envoyait des mails mais je ne sais pas ; je n'ai pas souvenir d'avoir écrit des
12 mails à M. Valette.

13 **Mme le Juge**.- Vous avez eu des  contacts téléphoniques avec lui ?

14 **M. Peretti**.- Oui, comme avec n'importe quel autre conseiller.

15 **Mme le Juge**.- L'avez-vous rencontré en personne ?

16 **M. Peretti**.- Oui.

17 **Mme le Juge**.- Vous vous souvenez quand pour la première fois ?

18 **M. Peretti**.- Cela remonte à loin, je n'ai pas de souvenir.

19 **Mme le Juge**.- À peu près quand ? Une année ?

20 **M. Peretti**.- 2004 ou 2005, peut-être, mais je n'y suis pas sûr de ma réponse.

21 **Mme le Juge**.- Vous souvenez-vous des circonstances dans lesquelles vous avez
22 été présentés ?

**26 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.**- Non. J'avais un objet personnel de famille qui appartenait à mon
2   père, et qu'on avait découvert. J'ai demandé un conseil à SOTHEBY'S et on m'a
3   adressé à M. Valette.

4   **Mme le Juge.**- Savez-vous de quelle manière M. Valette était rémunéré par
5   SOTHEBY'S ?

6   **M. Peretti.**- Non, je ne sais pas.

7   **Mme le Juge.**- Il ne vous a jamais dit comment il était rémunéré ?

8   **M. Peretti.**- Non. Je ne pense pas que l'on dise combien on est rémunéré. Moi,
9   je ne dis pas combien je suis rémunéré, comme tout le monde.

10   **Mme le Juge.**- Connaissez-vous la nature des relations entre M. Valette et
11   M. Bouvier ?

12   **M. Peretti.**- Ce sont des relations vendeur-acheteur, comme n'importe qui.

13   **Mme le Juge.**- D'accord. Savez-vous s'ils se connaissent depuis longtemps ?

14   **M. Peretti.**- Moi, je connaissais M. Valette avant que M. Bouvier ne connaisse
15   M. Valette.

16   **Mme le Juge.**- Est-ce que vous qui avez présenté M. Valette à M. Bouvier ?

17   **M. Peretti.**- Je pense que oui.

18   **Mme le Juge.**- Connaissez-vous M. Bruno Vinciguerra.

19   **M. Peretti.**- Oui.

20   **Mme le Juge.**- Depuis quand ?

21   **M. Peretti.**- Je l'ai vu deux ou trois fois à New York. La date, je ne m'en
22   rappelle pas. Je sais qu'il était au *Board* de SOTHEBY'S, c'est tout.

27 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 -- CV 09011 --*
*JMF - RWL*
*Accent Delight International LTD -- XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Il était au Conseil d'administration de SOTHEBY'S ? Au *Board* de
2  SOTHEBY'S ?

3  **M. Peretti.-** Oui.

4  **Mme le Juge.-** L'avez-vous rencontré en personne ?

5  **M. Peretti.-** Oui, À New York. Comme tous les autres responsables ou
6  conseillers de SOTHEBY'S, je les connais à peu près tous. C'est mon métier.

7  **Mme le Juge.-** Quand, à peu près ?

8  **M. Peretti.-** Franchement, je ne me rappelle pas.

9  **Mme le Juge.-** Vous avez échangé des mails avec lui ?

10  **M. Peretti.-** Pas de souvenir.

11  **Mme le Juge.-** Est-ce que vous vous souvenez de la première rencontre ?

12  **M. Peretti.-** New York.

13  **Mme le Juge.-** Connaissez-vous la relation qu'avait M. Vinciguerra avec
14  M. Bouvier ?

15  **M. Peretti.-** Non.

16  **Mme le Juge.-** Est-ce vous qui avez présenté Bouvier à Vinciguerra ?

17  **M. Peretti.-** Non.

18  **Mme le Juge.-** D'accord. Connaissez-vous d'autres employés de SOTHEBY'S.

19  **M. Peretti.-** 90% des employés de SOTHEBY'S.

20  **Mme le Juge.-** 90%.

28 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti.**- Et 50% des employés de CHRISTIE'S, c'est obligé dans notre métier.
2  Et 80% des marchands européens.

3  **Mme le Juge.**- Entendu. De mémoire, vous pouvez me lister des noms de
4  SOTHEBY'S ?

5  **M. Peretti.**- De SOTHEBY'S ? Grégoire Billaul, Responsable. Mélanie Clore, qui
6  était à Londres et qui est partie. Après, les noms, vous savez, je n'ai pas une
7  bonne mémoire pour les noms. Mais j'ai rencontré même les responsables de
8  SOTHEBY'S à New York, je ne me rappelle pas de leur nom.

9  **Mme le Juge.**- Avez-vous eu des discussions avec eux s'agissant des
10 transactions qui étaient faites par M. Bouvier ?

11 **M. Peretti.**- Non. Je pouvais demander conseil, c'est tout. Les conseils, dans
12 notre métier, c'est tous les jours, toutes les minutes, que ce soit pour M. Bouvier
13 ou pour quelqu'un d'autre.

14 **Mme le Juge.**- Quand vous dites « *demandé conseil* », cela veut dire quoi ? Sur
15 les oeuvres d'art ?

16 **M. Peretti.**- Sur les oeuvres d'art. Cela veut dire : « Qu'est-ce que vous en
17 pensez ? Est-ce que c'est beau ? Pas beau ? ». Moi aussi, je fais mon métier et ce
18 n'est pas forcément par M. Bouvier. C'est pour mon métier. Après, que ce soit
19 pour M. Bouvier ou un autre, ce n'est pas le problème. Voilà.

20 **Mme le Juge.**- Avez-vous pu discuter ou eu discuté avec l'une ou l'autre des
21 personnes auprès de SOTHEBY'S, de l'identité de M. Rybolovlev ou de ses
22 sociétés ?

23 **M. Peretti.**- Non.

24 **Mme le Juge.**- Avez-vous discuté avec l'une ou l'autre des personnes de
25 SOTHEBY'S de la relation entre M. Bouvier et M. Rybolovlev ?

26 **M. Peretti.**- Je ne le connais pas, donc je ne peux pas avoir discuté avec lui.

---

29 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Avez-vous discuté avec quiconque de chez SOTHEBY'S des prix
2   qui ont été payés par M. Rybolovlev ou ses sociétés pour les tableaux dont il a
3   fait l'acquisition ?

4   **M. Peretti.-** Je ne pense pas. Parce que M. Bouvier est discret.

5   **Mme le Juge.-** Il est discret. Et c'est ce que vous disiez avant : les personnes de
6   SOTHEBY'S elles-mêmes sont astreintes à un certain secret.

7   **M. Peretti.-** Ils n'ont pas le droit. Par exemple, nous, quand on achète un tableau
8   chez SOTHEBY'S en privé, on ne connaît pas le vendeur. On ne connaît pas leur
9   commission. On ne connaît pas le vendeur. C'est SOTHEBY'S ou c'est CHRISTIE'S
10  qui facture. Nous, on ne connaissait pas le vendeur et l'acheteur, sinon vous allez
11  chez le client. Et inversement, on ne leur donne pas le nom des acheteurs non
12  plus sinon ils vont chez le client.

13  **Mme le Juge.-** On va arriver de manière plus précise aux différents tableaux. On
14  est en chiffre IV.

15  **IV.   LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE L'HOMME
16         ASSIS AU VERRE DE PABLO PICASSO**

17  Je reviens avec plusieurs questions. Avez-vous communiqué avec Bouvier par
18  rapport à ce tableau ?

19  **M. Peretti.-** Je ne me rappelle pas.

20  **Mme le Juge.-** Vous ne vous en souvenez pas ? Est-ce que vous avec
21  communiqué avec M. Valette au sujet de ce tableau ?

22  **M. Peretti.-** Je ne me souviens pas.

23  **Mme le Juge.-** Est-ce que vous avez communiqué avec d'autres employés de
24  SOTHEBY'S en lien avec cette oeuvre ?

25  **M. Peretti.-** Je ne me rappelle pas.

---

*Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Avec toute autre personne ?

2    **M. Peretti.-** Je ne me souviens pas.

3    **Mme le Juge.-** On vous soumet la *Pièce n° 1.*

4    *(Le témoin prend connaissance de la pièce)*

5    Les documents qu'on vous soumet sont ceux que vous m'avez soumis ici,
6    Maître ?

7    **Me C. Tistounet.-** Oui, Madame le Président.

8    **Mme le Juge.-** Vous avez fait le travail de préparation pour que je puisse donner
9    à Monsieur Peretti directement.

10   **Me C. Tistounet.-** Il y a une pièce qui est en anglais et il y a la traduction
11   française derrière.

12   *(Me Tistounet donne les indications à Mme le Juge)*

13   **Mme le Juge.-** C'est ce tableau.

14   Monsieur l'huissier, pouvez-vous soumettre cela à Monsieur Peretti ?

15   *(L'huissier remet un classeur de pièces à M. Peretti)*

16   **Mme le Juge.-** Il s'agit d'un courriel du 18 mars. C'est la *Pièce n° 1.* Je vous
17   laisse en prendre connaissance.

18   *(La pièce est soumise au témoin, qui en prend connaissance)*

19   Ce mail vous été envoyé. Est-ce que vous vous souvenez de cet échange de
20   mails ?

21   **M. Peretti.-** Non. Mais je reçois un million de mails par an, je ne peux pas m'en

31 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  rappeler. En plus, cela date de 2011.

2  **Mme le Juge.-** Vous ne vous souvenez pas de ce mail de 2011. Savez-vous pour
3  quelle raison M. Valette avait envoyé ce mail à vous-même, ainsi qu'à
4  M. Bouvier ?

5  **M. Peretti.-** Parce que, comme je vous l'ai dit, c'est moi qui avait présenté
6  M. Valette à M. Bouvier. Il me mettait en copie. Mais je reçois un million de
7  mails en copie. C'est par correction, parce que c'est moi qui le lui avais présenté.

8  **Mme le Juge.-** D'accord. Est-ce qu'avant d'écrire ce mail, M. Valette avait
9  discuté avec vous au sujet de ce tableau de Picasso ?

10  **M. Peretti.-** Je ne me souviens pas.

11  **Mme le Juge.-** Vous ne vous souvenez pas. Est-ce que vous vous souvenez si
12  M. Valette avait discuté avec M. Bouvier avant d'envoyer à ce mail ?

13  **M. Peretti.-** Ça, ça ne me regarde pas. Il faudra poser la question à eux deux.

14  **Mme le Juge.-** Savez-vous qui a été à l'origine des conversations qu'il y a eues
15  en lien avec ce tableau ?

16  **M. Peretti.-** Je n'ai pas souvenir.

17  **Mme le Juge.-** D'accord. Est-ce que vous vous souvenez pourquoi M. Valette
18  vous envoyait une copie de cette information ? C'est ce que vous avez dit : parce
19  que vous aviez vous-même présenté M. Valette à M. Bouvier ?

20  **M. Peretti.-** Oui. Et à tous les mails qu'il envoie, que ce soit M. Bouvier pour ce
21  client ou pour d'autres clients, j'en sais rien, j'ai été en copie de tous les mails.
22  Ce n'est donc pas que M. Bouvier par rapport à ces tableaux-là mais par rapport
23  à M. Bouvier, tous les mails. Et des mails, j'en reçois un million par an, je ne
24  peux pas me souvenir des mails de 2011.

25  **Mme le Juge.-** Avez-vous le souvenir de ce que vous avez fait avec ce courrier
26  et ses annexes ? Est-ce que vous en avez informé d'autres personnes, ou les

**32 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    avez-vous communiqués à d'autres personnes ?

2    **M. Peretti.-** Je ne pense pas.

3    **Mme le Juge.-** Est-ce que vous savez si M. Bouvier lui-même a communiqué
4    ces informations à des tiers ?

5    **M. Peretti.-** Il faut lui poser la question à lui.

6    **Mme le Juge.-** Est-ce que vous avez donné ce mail ou ses annexes à
7    M. Rybolovlev, à M. Sazanov ou à d'autres personnes travaillant pour
8    M. Rybolovlev ?

9    **M. Peretti.-** J'ai déjà répondu à la question : je ne les connais pas, je ne les ai
10    jamais vus et je n'ai pas de contact ou quoi que ce soit avec eux.

11    **Mme le Juge.-** Savez-vous si M. Bouvier lui-même a donné ce document à
12    M. Rybolovlev ?

13    **M. Peretti.-** Il faudra lui poser la question à lui.

14    **Mme le Juge.-** Parfait. On prend la *Pièce n° 2* et on va faire le même exercice.

15    *(Le témoin prend connaissance de la pièce)*

16    **Me D. Bottge.-** Mais qui a préparé ces absurdes questions ?

17    **Mme le Juge.-** C'est mon confrère américain.

18    Sauf erreur de ma part, mais j'en prends connaissance en même temps que vous,
19    c'est un courrier dans lequel vous n'apparaissez pas.

20    **M. Peretti.-** Je ne vois pas, donc je ne peux pas apparaître.

21    **Mme le Juge.-** Vous avez reçu cette communication ?

33 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Je ne sais pas. Si je n'apparais pas c'est que je ne l'ai pas reçue.

2   **Mme le Juge.-** Avez-vous un souvenir de ce courriel ?

3   **M. Peretti.-** Non.

4   **Mme le Juge.-** Toutes les questions en lien avec le fait de savoir si vous avez
5   parlé de ce courrier à des tiers, vous ne pouvez pas y répondre parce que vous
6   souvenez pas de ce courrier ?

7   **M. Peretti.-** Non.

8   **Mme le Juge.-** Parfait. Nous passons à la *Pièce n° 3*.

9   *(Le témoin prend connaissance de la pièce)*

10  **Mme le Juge.-** C'est un courrier de Samuel Valette à M. Bouvier. Est-ce que
11  vous vous souvenez d'avoir reçu ou vu ce courrier ?

12  **M. Peretti.-** Je ne m'en souviens pas.

13  **Mme le Juge.-** Vous ne vous souvenez pas nous plus si vous en avez parlé avec
14  avec M. Bouvier, avec SOTHEBY'S ou avec toute autre personne ?

15  **M. Peretti.-** Je ne me souviens pas.

16  **Me D. Bottge.-** Il ne l'a pas reçu !

17  **M. Peretti.-** Je ne l'ai pas reçu.

18  **Mme le Juge.-** On vous soumet la *Pièce n° 4*.

19  *(Le témoin prend connaissance de la pièce)*

20  De nouveau un courrier de M. Valette à M. Bouvier. Est-ce que vous vous
21  souvenez d'avoir vu ce courrier ?

**34 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.**- Pas souvenir.

2   **Mme le Juge.**- La même question : vous ne vous souvenez pas d'avoir vu ce
3   courrier, donc vous ne souvenez pas si vous l'avez transmis à M. Bouvier, à
4   SOTHEBY'S ou à des tiers ?

5   **M. Peretti.**- Moi, cela ne me dit rien. En plus, je ne suis pas destinataire ni en
6   copie, donc je ne sais.

7   **Mme le Juge.**- Vous ne savez donc pas pour quelle raison M. Valette aurait dit à
8   M. Bouvier : « *Est-ce que la description te va ?* ». Vous n'êtes ni destinataire ni
9   l'auteur de ce courrier, donc vous ne savez pas ...

10   **M. Peretti.**- Je dirais que c'est une description. Je ne sais pas à quoi il se réfère.
11   Je ne sais pas.

12   **Mme le Juge.**- Nous passons à la *Pièce n° 5*.

13   *(Le témoin prend connaissance de la pièce)*

14   De nouveau, un courriel de M. Valette à M. Bouvier. Vous vous souvenez de ce
15   courriel ou, de la même manière, vous dites que « Cela ne m'était pas destiné » ?

16   **M. Peretti.**- Non.

17   **Mme le Juge.**- Vous dites : « *Je ne suis ni l'auteur ni le destinataire de ce*
18   *courriel. Je ne me souviens pas l'avoir vu* ». De la même manière, ici, vous
19   ignorez si ce document a été communiqué à M. Bouvier. En tout cas, vous ne
20   l'avez communiqué à personne. Vous ne vous souvenez pas de ce document.

21   **M. J-M. Peretti.**- Non.

22   **Mme le Juge.**- De la même manière, pourquoi M. Valette envoyait une
23   description à M. Bouvier, vous l'ignorez ?

24   **M. Peretti.**- C'est le principe de base entre un acheteur et un vendeur : on vend
25   un tableau avec un descriptif. Cela n'engage personne de mettre le descriptif. Le

35 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  descriptif, c'est où a été exposé le tableau, son parcours. C'est le métier de
2  SOTHEBY'S et c'est le métier des marchands. Ils le font pour tout le monde. Chez
3  CHRISTIE'S, vous vendez un tableau, vous le mettez en vente, ils font tout le
4  descriptif.

5  **Mme le Juge.-** Le descriptif du tableau, c'est le principe de travail...

6  **M. Peretti.-** Ce n'est pas un certificat, c'est un descriptif qu'il est obligatoire
7  d'avoir pour accompagner un tableau.

8  **Mme le Juge.-** Vous n'avez jamais, vous, eu connaissance de ces descriptions
9  avant de vous les lisiez, maintenant, aujourd'hui, dans le cadre de la procédure ?

10  **M. Peretti.-** Non, je ne m'en souviens pas. Il n'y a rien d'important à un
11  descriptif d'un tableau. C'est le principe de base.

12  **Mme le Juge.-** Savez-vous si, finalement, M. Bouvier a acheté ce tableau ?

13  **M. Peretti.-** Je ne m'en rappelle pas.

14  **Mme le Juge.-** Vous ne vous souvenez pas. Vous souvenez-vous combien
15  M. Bouvier aurait payé pour cette oeuvre ?

16  **M. Peretti.-** Il faut lui poser la question à lui-même.

17  **Mme le Juge.-** Savez-vous si, à un moment ou à un moment ou à un autre,
18  M. Rybolovlev ou ses sociétés ont fait l'acquisition de ce tableau ?

19  **M. Peretti.-** Non.

20  **Mme le Juge.-** Vous ignorez ce que M. Rybolovlev ou ses sociétés ont payé
21  pour ce tableau ?

22  **M. Peretti.-** Je l'ignore.

23  **Mme le Juge.-** Vous ignorez également quel montant M. Bouvier aurait perçu
24  dans le cadre de l'achat de ce tableau ?

36 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Il faut lui poser la question à lui-même.

2   **Mme le Juge.-** Savez-vous s'il y avait un accord particulier entre M. Bouvier et
3   M. Rybolovlev, et ses sociétés, en lien avec ce tableau ?

4   **M. Peretti.-** Non.

5   **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications aux
6   représentants de M. Rybolovlev, et à M. Rybolovlev lui-même, sur le prix que
7   valait ce tableau ?

8   **M. Peretti.-** Non.

9   **Mme le Juge.-** Vous n'avez pas participé aux discussions par rapport à la vente
10   de ce tableau ?

11   **M. Peretti.-** Je ne les connais pas, ces gens-là : je ne les ai jamais rencontrés,
12   jamais parlé. Je n'ai pas leur mail, je n'ai rien. Non.

13   **Mme le Juge.-** Du coup, c'est une question qui revient à ce que je vous ai déjà
14   demandé avant. Mais plus particulièrement par rapport à ce tableau-là, vous en
15   avez parlé avec Dimitri Rybolovlev ?

16   **M. Peretti.-** Non, je ne l'ai jamais vu.

17   **Mme le Juge.-** Non ? À M. Sazanov ?

18   **M. Peretti.-** Je ne le connais pas.

19   **Mme le Juge.-** Tetiana Bersheda ?

20   **M. Peretti.-** Je ne connais pas.

21   **Mme le Juge.-** Yuri Bogdanov ?

22   **M. Peretti.-** Je ne le connais pas.

37 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Est-ce que vous avez parlé de ce tableau avec n'importe quelle
2   personne qui travaillerait pour Rybolovlev ?

3   **M. Peretti.-** Non, puisque je ne le connais pas. Je ne le connais pas, donc...

4   **Mme le Juge.-** Avez-vous parlé à quelqu'un de chez SOTHEBY'S de ce que
5   M. Bouvier voulait faire après avoir vendu ce tableau ?

6   **M. Peretti.-** Je ne m'en rappelle pas.

7   **Mme le Juge.-** Dans le cadre de la vente de ce tableau-là, vous n'avez
8   aucunement participé à la vente et vous ne savez pas si M. Bouvier a discuté
9   avec SOTHEBY'S au sujet de ces tableaux.

10   **M. Peretti.-** Il faut lui poser la question.

11   **Me A. Conrad Hari.-** Excusez-moi, est-ce que vous pourriez juste répondre à la
12   question clairement.

13   **M. Peretti.-** Je réponds à la question : cela ne me regarde pas, cela regarde
14   M. Bouvier. Il faut lui poser la question à lui-même.

15   **Me A. Conrad Hari.-** Pour la clarté du procès-verbal, justement...

16   **Mme le Juge.-** Savez-vous si M. Bouvier a discuté avec SOTHEBY'S de ce
17   tableau en particulier, et de ce qu'il avait l'intention de faire avec ce tableau ?

18   **M. Peretti.-** Non.

19   **Mme le Juge.-** Est-ce que vous avez discuté avec SOTHEBY'S de l'identité de
20   personnes, autres que M. Bouvier lui-même, qui pourraient être intéressées par
21   ce tableau ?

22   **M. Peretti.-** Je ne sais pas. Non.

23   **Mme le Juge.-** Non ? Est-ce que vous avec discuté avec SOTHEBY'S du prix qui
24   aurait été payé par une autre personne que M. Bouvier pour ce tableau ?

**38 |**   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti**.- Je ne crois pas. Je ne m'en souviens pas.

2    **Mme le Juge**.- Vous n'avez pas de souvenir. Savez-vous si M. Bouvier a
3    discuté, avec SOTHEBY'S, du prix qui aurait été payé par un tiers pour ce
4    tableau ?

5    **M. Peretti**.- Non.

6    **Mme le Juge**.- Savez-vous si Mme Rappo a participé dans l'achat de ce tableau
7    par M. Rybolovlev et ses sociétés ?

8    **M. Peretti**.- Je ne la connais pas.

9    **Mme le Juge**.- Vous l'ignorez. Savez-vous si Mme Rappo a été rémunérée dans
10    le cadre de cette vente ?

11    **M. Peretti**.- Non.

12    **Mme le Juge**.- Vous l'ignorez.

13    **M. Peretti**.- Oui.

14    **V.    LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE LA
15        MEDITERRANEE D'ARISTIDE MAILLOL**

16    **Mme le Juge**.- Maintenant, un tableau qui s'appelle *La Méditerranée* de Maillol.

17    **M. Peretti**.- Un tableau ou une sculpture ?

18    **Mme le Juge**.- Une sculpture de Maillol.

19    **M. Peretti**.- Je pense que c'est une sculpture de Maillol.

20    **Mme le Juge**.- On connaissait ses tableaux, ses sculptures de femmes. Je ne
21    connaissais pas *La Méditerranée*

39 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Je pense que c'est une sculpture.

2    **Mme le Juge.-** Est-ce que vous avez communiqué avec M. Bouvier au sujet de
3    cette oeuvre ?

4    **M. Peretti.-** Je ne me souviens pas.

5    **Mme le Juge.-** Est-ce que vous avez communiqué avec M. Valette au sujet de
6    cette oeuvre de Maillol ?

7    **M. Peretti.-** Je ne me souviens pas.

8    **Mme le Juge.-** Est-ce que vous avez communiqué avec des employés de
9    SOTHEBY'S au sujet de cette oeuvre ?

10   **M. Peretti.-** Je ne m'en rappelle pas.

11   **Mme le Juge.-** Est-ce que vous avez communiqué avec toute autre personne au
12   sujet de cette oeuvre ?

13   **M. Peretti.-** Je ne pense pas.

14   **Mme le Juge.-** On vous remet la *Pièce n° 6*, page suivante.

15   *(Le témoin en prend connaissance)*

16   Il s'agit d'un courriel adressé par M. Valette à M. Bouvier. Et on vous pose de
17   nouveau les mêmes questions que pour les autres courriels dont je viens de vous
18   parler. Est-ce que vous avez vous-même reçu ce courriel ?

19   **M. Peretti.-** Je ne me souviens pas.

20   **Mme le Juge.-** Est-ce que vous avez discuté de cet e-mail avec M. Bouvier ?

21   **M. Peretti.-** Franchement, je ne me souviens pas. Je ne pense pas.

40 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF – RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **Mme le Juge.**- Vous vous souvenez d'avoir discuté de cet e-mail avec des
2 employés de SOTHEBY'S ?

3 **M. Peretti.**- Non.

4 **Mme le Juge.**- Avez-vous d'autres informations à ajouter sur ce mail ?

5 **M. Peretti.**- Non, je reçois un million de mails par an, je ne peux pas me
6 rappeler d'un million de mails reçus par an. Et on parle de 2011 !

7 **Mme le Juge.**- On vous demande de prendre la *Pièce n° 7.*

8 *(Le témoin en prend connaissance)*

9 Effectivement, on voit la statue *La Méditerranée* en page 2.

10 Est-ce que vous avez reçu ce mail adressé par M. Valette à M. Bouvier ?

11 **M. Peretti.**- Celui-là ?

12 **Mme le Juge.**- Oui, la *Pièce n° 7.* Est-ce que vous vous souvenez l'avoir reçu ?

13 **M. Peretti.**- Non. Et je ne suis pas en copie non plus, je crois.

14 **Mme le Juge.**- Avez-vous discuté de cet e-mail ou de la description de cette
15 oeuvre d'art avec M. Bouvier ?

16 **M. Peretti.**- Je ne me souviens pas. Peut-être qu'il m'a posé une question. Je n'ai
17 pas de souvenir. C'est loin, c'est 2011.

18 **Mme le Juge.**- Vous souvenez-vous d'avoir parlé de cet e-mail ou de la
19 description de cette oeuvre avec un employé de SOTHEBY'S ?

20 **M. Peretti.**- Non.

21 **Mme le Juge.**- Avez-vous d'autres informations à donner à propos de ce mail ?

41 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti**.- Non.

2    **Mme le Juge**.- Je vous laisse prendre la *Pièce n° 8*.

3    *(Le témoin prend connaissance de la pièce)*

4    Il s'agit de nouveau d'un courriel de M. Valette à M. Bouvier. Est-ce que vous
5    avez reçu ce courriel et cette description ?

6    **M. Peretti**.- Pas de souvenir.

7    **Mme le Juge**.- Avez-vous le souvenir d'avoir discuté de cette communication
8    avec M. Bouvier lui-même ?

9    **M. Peretti**.- Non, je ne pense pas.

10    **Mme le Juge**.- Avez-vous souvenir d'avoir discuté de cette communication avec
11    l'un des employés de SOTHEBY'S ?

12    **M. Peretti**.- Non.

13    **Mme le Juge**.- À noter que le mail fait également référence à une œuvre de
14    Rodin. Vous ne vous souvenez pas d'en avoir discuté avec M. Bouvier ou avec
15    des personnes de SOTHEBY'S ?

16    **M. Peretti**.- Il y a un titre de l'oeuvre de Rodin ? Rodin, vous savez, j'en reçois
17    beaucoup. Il y a peut-être un titre. Mais je ne m'en souviens pas.

18    **Mme le Juge**.- On est toujours à la *Pièce n° 8*, c'est *Le Baiser* de Rodin.

19    *(Le témoin prend connaissance de la pièce)*

20    **M. Peretti**.- *Le Baiser* ? Non, pas de souvenir.

21    **Mme le Juge**.- Je fais une remarque pour le témoin, d'une part, et les avocats,
22    d'autre part. Quand la première question est : « *Vous vous souvenez de cet*

42 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 *e-mail* » et que Monsieur Peretti me dit « *Je n'ai pas le souvenir de cet e-mail* »,
2 je pense que je peux passer assez vite sur les questions a), b), c), d), e) et f),
3 parce que la personne qui ne se souvient pas du courriel principal, *a fortiori*, ne
4 se souvient pas si elle en a parlé avec la personne a), b), c), d), e) et f). On est
5 d'accord avec ça ? Ou vous voulez que je vous pose des questions précisément
6 pour chacun des sous-titres ?

7 **Me A. Conrad Hari.-** Je pense qu'on est d'accord pour ce qui concerne l'e-mail
8 proprement dit. En revanche, il y a chaque fois le pendant de la question
9 sous-jacente de la communication de l'oeuvre qui a été traitée dans l'e-mail. Et
10 là, il pourrait ne pas se souvenir de l'e-mail mais avoir, en revanche, eu une
11 discussion sur l'œuvre qui est traitée dans l'e-mail. Il faut peut-être distinguer les
12 deux volets de la question.

13 **Mme le Juge.-** Dans les questions, vraiment à chaque fois on parle de la
14 communication faite selon l'e-mail.

15 **Me A. Conrad Hari.-** Par exemple, si vous prenez la question b) « *Avez-vous*
16 *discuté de cette communication ou de la description de l'oeuvre d'art jointe à*
17 *l'e-mail avec M. Bouvier ?* [...] ». Il y a les deux volets : il y a l'e-mail et il y a
18 l'oeuvre d'art.

19 **Mme le Juge.-** Ça marche. Avez-vous souvenir d'avoir eu des discussions
20 relatives aux deux oeuvres dont on vient de parler, le Maillol et le Rodin, avec
21 M. Bouvier ?

22 **M. Peretti.-** Je ne m'en souviens pas.

23 **Mme le Juge.-** Est-ce que vous vous souvenez si, finalement, M. Bouvier a fait
24 l'acquisition de cette statue ?

25 **M. Peretti.-** Non.

26 **Mme le Juge.-** Vous ne vous souvenez pas ou vous ne savez pas ?

27 **Mme le Juge.-** Je ne m'en rappelle pas et je ne m'en souviens pas. Je vois
28 500.000 mails et peut-être 5 à 6 000 œuvres par an. Je ne peux pas me souvenir,

43 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    depuis 2011.

2    **Mme le Juge.-** Vous ne vous souvenez pas si M. Bouvier a acheté cette oeuvre.
3    *A fortiori*, vous ne vous souvenez pas de ce qu'il aurait payé pour ?

4    **M. Peretti.-** Non.

5    **Mme le Juge.-** Savez-vous si M. Rybolovlev ou ses sociétés ont fait
6    l'acquisition de cette statue ?

7    **M. Peretti.-** Non.

8    **Mme le Juge.-** Vous l'ignorez. Vous ne savez donc pas combien ils ont payé
9    pour cette statue ?

10   **M. Peretti.-** Non.

11   **Mme le Juge.-** Savez-vous combien M. Bouvier aurait été rémunéré dans le
12   cadre de l'achat par Rybolovlev de cette statue ?

13   **M. Peretti.-** Je vais répondre : M. Bouvier n'est pas rémunéré.
14   Monsieur Bouvier vend à M. Rybolovlev parce qu'il paye ses oeuvres d'art. Il
15   n'est donc n'est pas rémunéré.

16   **Mme le Juge.-** D'accord. Dans le cas d'espèce, s'agissant de cette statue en
17   particulier, savez-vous s'il a perçu de l'argent ?

18   **M. Peretti.-** Non. Rémunéré, cela ne peut pas être le bon terme, même si je ne
19   sais pas. Monsieur Bouvier achète des pièces.

20   **Mme le Juge.-** D'accord. Mais par ailleurs, vous ne savez pas quel montant a été
21   perçu...

22   **M. Peretti.-** Je tiens à préciser ce point de la rémunération parce que c'est
23   important. Dans notre métier, c'est important. Monsieur Bouvier ne peut pas être
24   rémunéré. Monsieur Bouvier achète et vend.

44 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Dans le cas d'espèce, vous ne savez combien il a perçu en termes
2   d'argent ou dans le cadre de l'achat et la vente de cette statue ?

3   **M. Peretti.-** Excusez-moi, je réponds. Cela ne concerne pas que M. Rybolovlev
4   ou autres. Monsieur Bouvier est un ami et je sais qu'il achète toutes ses pièces et
5   qu'il revend toutes ses pièces, que ce soit pour ce client-là ou un autre.

6   **Mme le Juge.-** Savez-vous s'il y avait un accord entre M. Bouvier et
7   M. Rybolovlev, ou ses sociétés, sur cette statue de Maillol ?

8   **M. Peretti.-** Non.

9   **Mme le Juge.-** Du coup, vous ne savez pas non plus si M. Bouvier avait donné
10  les indications au représentant de M. Rybolovlev sur le prix de cette oeuvre ?

11  **M. Peretti.-** Non. En plus, ce sont des questions pour lesquelles je ne suis pas
12  concerné.

13  **Mme le Juge.-** Est-ce que vous avez communiqué, au sujet de cette statue, avec
14  M. Rybolovlev lui-même ?

15  **M. Peretti.-** Non.

16  **Mme le Juge.-** Avec Mikhail Sazonov ?

17  **M. Peretti.-** Non.

18  **Mme le Juge.-** Avec Tetiana Bersheda ?

19  **M. Peretti.-** Non.

20  **Mme le Juge.-** Avec Yuri Bogdanov ?

21  **M. Peretti.-** Non.

22  **Mme le Juge.-** Avec une autre personne ou une société travaillant avec

45 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   M. Rybolovlev ?

2   **M. Peretti.**- Non.

3   **Mme le Juge.**- Avez-vous communiqué avec quelqu'un de chez SOTHEBY'S de
4   ce que M. Bouvier voulait faire ou a fait avec cette oeuvre après l'avoir achetée
5   chez SOTHEBY'S ?

6   **M. J-M. Peretti.**- Non.

7   **Mme le Juge.**- Avez-vous discuté avec SOTHEBY'S de qui serait intéressé par
8   l'achat de cette statue après l'achat par M. Bouvier ?

9   **M. J-M. Peretti.**- Non.

10   **Mme le Juge.**- Avez-vous discuté avec SOTHEBY'S du prix de l'acheteur final ?

11   **M. J-M. Peretti.**- Non. Je vous le dis, j'ai un problème avec ces questions, car
12   c'est quand même le secret professionnel. Je n'ai pas à répondre qui et quoi, ce
13   que j'ai fait dans ma vie avec des clients et des machins… Je sais que tout ce que
14   j'ai fait est déclaré et payé en impôts. Moi, j'ai le droit d'avoir le secret par
15   rapport à tous ces clients, SOTHEBY'S ou pas SOTHEBY'S. Mon avis est secret. Je
16   n'ai pas à confirmer, que cela déplaise ou que ça plaise.

17   **Mme le Juge.**- Pour la précision du procès-verbal : vous ne vous souvenez pas et
18   vous ne savez pas ou vous savez mais vous invoquez le secret professionnel ?

19   **M. J-M. Peretti.**- En l'occurrence, je ne m'en souviens pas.

20   **Mme le Juge.**- Est-ce que vous savez si Mme Rappo a été impliquée d'une
21   manière ou d'une autre dans l'acquisition par M. Rybolovlev et ses sociétés de la
22   statue *La Méditerranée* de Maillol ?

23   **M. J-M. Peretti.**- Non.

24   **Mme le Juge.**- Vous ignorez donc si Mme Rappo a perçu un montant quel qu'il
25   soit ?

46 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1     **M. J-M. Peretti.-** Oui.

2     **VI.**    **LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE *LE***
3        ***BAISER* D'AUGUSTE RODIN**

4     **Mme le Juge.-** Avez-vous souvenir d'avoir discuté avec M. Bouvier au sujet de
5     cette statue d'Auguste Rodin ?

6     **M. J-M. Peretti.-** Je ne me souviens pas.

7     **Mme le Juge.-** Vous souvenez-vous d'avoir parlé avec M. Valette au sujet de
8     cette statue ?

9     **M. J-M. Peretti.-** Je ne me souviens pas.

10    **Mme le Juge.-** Vous souvenez-vous d'avoir discuté avec les employés de
11    SOTHEBY'S au sujet de cette statue ?

12    **M. J-M. Peretti.-** Non.

13    **Mme le Juge.-** Est-ce que vous vous souvenez d'avoir parlé avec toute autre
14    personne de la statue *Le Baiser* d'Auguste Rodin ?

15    **M. J-M. Peretti.-** Je ne me souviens pas.

16    **Mme le Juge.-** On vous demande de prendre la *Pièce n° 9* où, cette fois, vous
17    êtes effectivement en copie.

18    *(Le témoin prend connaissance de la pièce)*

19    Et les questions sont les suivantes :

20    M. Valette vous a envoyé par mail une description de cette oeuvre d'art. Vous
21    vous souvenez d'avoir reçu cde mail ?

22    **M. J-M. Peretti.-** Non. Je ne me souviens pas.

47 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Savez-vous pourquoi M. Valette vous a envoyé ces informations
2    par mail ?

3    **M. J-M. Peretti.-** J'ai déjà répondu. C'est par correction, car j'ai présenté, moi,
4    M. Bouvier à M. Valette. J'étais donc en copie de ces mails. Comme avec
5    d'autres clients que je présente, ils me mettent en copie.

6    **Mme le Juge.-** D'accord. Savez-vous pourquoi…

7    **M. J-M. Peretti.-** ….pardon, je confirme : je ne réponds jamais à ces mails. La
8    question, c'est « pourquoi ils me l'envoient ». Il faut demander à M. Bouvier et à
9    M. Valette car, moi, ne réponds pas à ces mails, aucun, je pense.

10   **Mme le Juge.-** Dans ce courrier en particulier, on vous demande si vous savez
11   pourquoi M. Valette vous envoie le mail à vous mais pas à M. Bouvier ?

12   **M. J-M. Peretti.-** Je ne sais pas.

13   **Mme le Juge.-** Avant que ce courriel vous ait été envoyé, avez-vous discuté de
14   cette oeuvre d'art avec M. Valette ?

15   **M. J-M. Peretti.-** Je ne me rappelle pas.

16   **Mme le Juge.-** Vous ne vous en souvenez pas.

17   *Pièce n° 10,* tournez la page : c'est un courriel de M. Valette à M. Bouvier.

18   *(Le témoin prend connaissance de la pièce)*

19   Avez-vous reçu une copie de cette communication ?

20   **M. J-M. Peretti.-** Je ne crois pas.

21   **Mme le Juge.-** Avez-vous discuté de ce mail avec M. Bouvier ?

22   **M. J-M. Peretti.-** Cela ne me dit rien.

48 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
        *JMF - RWL*
        *Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
        *c/*
        *Sotheby's et Sotheby's In. (Défendeurs)*
        *Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Avez-vous discuté de ce mail avec des employés de SOTHEBY'S ?

2   **M. J-M. Peretti.-** Non.

3   **Mme le Juge.-** Autre chose que vous voulez dire par rapport à ce courriel ?

4   **M. J-M. Peretti.-** Sur ce courriel ? Non, rien ne me choque plus que ça. C'est
5   mon métier. On peut m'envoyer des mails et me demander peut-être un avis. Je
6   ne peux pas me souvenir de tous les avis si j'en donne 10 000 par an. Par
7   conséquent, on pourrait me dire que c'est plus important que les autres ou
8   machin…Je traite des demandes importantes, pas qu'avec ce client. J'en traite
9   avec beaucoup de clients.

10   **Mme le Juge.-** Tout en bas de la page : « […] *je vois déjà mon ami, demain*
11   *dimanche.* »

12   Savez-vous qui est l'ami à qui M. Bouvier fait référence ?

13   **M. J-M. Peretti.-** Cela doit être moi.

14   **Mme le Juge.-** D'accord. *« Cela doit être moi. »*

15   Est-ce que vous vous souvenez que M. Bouvier vous avait parlé de cette
16   statue de Rodin ?

17   **M. J-M. Peretti.-** Peut-être qu'il m'en a parlé mais je n'ai pas de souvenirs. Cela
18   date de 2011. Cela fait 11 ans.

19   **Mme le Juge.-** Dans ce mail, c'est mis : *« Afin d'avoir un maximum […] »*

20   Là, j'ai juste un souci, c'est que la question qui est posée, il y a une erreur de
21   traduction.

22   Les Parties, vous avez la question sous les yeux ? *(Oui)*

49 |   *Cour de District des États-Unis pour le Sud du District de New York -- N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti -- 2 mai 2022*

1   La question est faussement libellée que, dans ce courriel, M. Bouvier dit : « Je
2   veux avoir un maximum d'argent. » *De facto*, si on lit le mail, c'est un maximum
3   d'arguments.

4   **Me S. Lembo.-** C'est juste, Madame le Juge.

5   **Mme le Juge.-** Je vais quand même mettre au procès-verbal :

6   Note du Tribunal : à la question IV, chiffre 6, lettre F, le Tribunal relève que le
7   libellé de la question est erroné : le mail produit en *Pièce 10* parle d'avoir « un
8   maximum d'arguments » et non pas « *un maximum d'argent* ».

9   **Me S. Giroud.-** Pardon, Madame le Président, on peut juste préciser « comme
10  l'indique la version originale ».

11  **Mme le Juge.-** Comme l'indique le texte de la pièce produite.

12  **Me S. Giroud.-** Non, la version originale de la requête d'entre-aide ne fait pas
13  cette erreur de traduction.

14  **Mme le Juge.-** D'accord. Ce n'est pas moi qui le dis, car, sous les yeux, je n'ai
15  que la version française. On va donc écrire :

16  « *Me S. Giroud : Je relève que la version originale de la requête d'entre-aide ne*
17  *fait pas cette erreur.* »

18  Du coup, quand M. Bouvier dit « j'ai besoin d'un maximum d'arguments »...

19  **M. J-M. Peretti.-** Cela reste dans un cadre professionnel quand vous posez une
20  question. Par contre, l'argent, je n'y crois pas du tout.

21  **Mme le Juge.-** Il n'y a pas de question avec l'argent. C'est par erreur que cela a
22  été écrit comme ça.

23  **M. J-M. Peretti.-** C'est impossible !

**50 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** D'après ce document, M. Valette, par la suite, aurait eu des
2   informations sur cette oeuvre d'art par e-mail. Vous souvenez-vous avoir reçu
3   des informations par la suite en lien avec *Le Baiser* de Rodin ?

4   **M. J-M. Peretti.-** Pas de souvenir.

5   **Mme le Juge.-** Vous vous souvenez en avoir discuté avec M. Bouvier qui disait
6   qu'il allait vous voir dimanche ?

7   **M. J-M. Peretti.-** Si c'est 2011, qu'il m'a vu le dimanche et qu'il m'a demandé
8   un avis sur une œuvre de Rodin..., des œuvres de Rodin, j'ai dû en regarder
9   mille.

10   **Mme le Juge.-** Vous ne vous en souvenez donc pas.

11   **M. J-M. Peretti.-** Et j'ai déjà répondu à ces questions, mais je ne m'en souviens
12   pas.

13   **Mme le Juge.-** Savez-vous si M. Bouvier a envoyé les mails qui font l'objet de
14   ces échanges à M. Rybolovlev ou à ses sociétés ?

15   **M. J-M. Peretti.-** Non.

16   **Mme le Juge.-** Vous l'ignorez ?

17   **M. J-M. Peretti.-** Oui.

18   **Mme le Juge.-** Savez-vous si, finalement, M. Bouvier a acheté cette statue ?

19   **M. J-M. Peretti.-** C'est possible, je ne le sais pas.

20   **Mme le Juge.-** Vous ne savez donc pas combien il a payé pour cette statue s'il
21   l'a achetée ?

22   **M. J-M. Peretti.-** Non.

51 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Savez-vous si M. Rybolovlev a acheté *in fine* cette statue de
2   Rodin ?

3   **M. J-M. Peretti.-** Non.

4   **Mme le Juge.-** *A fortiori*, vous ne savez pas combien M. Rybolovlev a payé
5   pour cette statue ?

6   **M. J-M. Peretti.-** Non.

7   **Mme le Juge.-** Savez-vous, dans le cas de cet achat-vente, ce que M. Bouvier
8   aurait perçu ?

9   **M. J-M. Peretti.-** Non.

10  **Mme le Juge.-** Savez-vous s'il y a eu un accord entre M. Bouvier, M.
11  Rybolovlev et ses sociétés s'agissant de cette statue ?

12  **M. J-M. Peretti.-** Non.

13  **Mme le Juge.-** Avez-vous communiqué avec les personnes suivantes concernant
14  *Le Baiser* de Rodin : avec M. Rybolovlev lui-même ?

15  **M. J-M. Peretti.-** Non.

16  **Mme le Juge.-** Mikhail Sazonov ?

17  **M. J-M. Peretti.-** Non.

18  **Mme le Juge.-** Tetiana Bersheda ?

19  **M. J-M. Peretti.-** Non.

20  **Mme le Juge.-** Yuri Bogdanov ?

21  **M. J-M. Peretti.-** Non.

**52 |**  *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Une autre personne travaillant pour M. Rybolovlev et ses
2   sociétés ?

3   **M. J-M. Peretti.-** Non.

4   **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications à
5   M. Rybolovlev et ses sociétés quant au prix de cette statue ?

6   **M. J-M. Peretti.-** Non.

7   **Mme le Juge.-** Avez-vous discuté avec les personnes de SOTHEBY'S sur ce que
8   M. Bouvier avait l'intention de faire après l'achat de cette statue ?

9   **M. J-M. Peretti.-** Non.

10   **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S de l'identité du tiers qui allait
11   racheter cette statue après l'acquisition par M. Bouvier ?

12   **M. J-M. Peretti.-** Non.

13   **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S du prix qui a finalement été
14   payé par l'acheteur final ?

15   **M. J-M. Peretti.-** Non, je ne me souviens pas. Je fais 5 000 estimations par an,
16   je ne peux pas m'en souvenir. Et puis ce n'est pas mon… Non.

17   **Mme le Juge.-** Savez-vous si Mme Rappo a participé à l'achat/vente de la statue
18   de Rodin ?

19   **M. J-M. Peretti.-** Non.

20   **Mme le Juge.-** Vous ignorez donc si Mme Rappo a reçu une rémunération ou de
21   l'argent au titre d'achat/vente dans ce cadre ?

22   **M. J-M. Peretti.-** Oui.

53 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.**- D'accord.

2   **VII.   LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE** *NU AU*
3           *CHALE VERT* D'HENRI MATISSE

4   **Mme le Juge.**- Avez-vous communiqué avec M. Bouvier au sujet de cette
5   œuvre *Nu au Châle Vert* de Matisse ?

6   **M. J-M. Peretti.**- Je m'en rappelle parce que le tableau est beau. Je pense qu'il
7   m'a demandé mon avis.

8   **Mme le Juge.**- Vous vous souvenez de quand c'était ?

9   **M. J-M. Peretti.**- Non.

10  **Mme le Juge.**- Vous vous souvenez de la teneur des discussions de l'avis que
11  vous avez donné ?

12  **M. J-M. Peretti.**- J'ai dit que c'était un très beau tableau et que cela faisait partie
13  des chefs-d'œuvre de Matisse.

14  **Mme le Juge.**- En avez-vous parlé avec M. Valette ?

15  **M. J-M. Peretti.**- Je ne me souviens pas.

16  **Mme le Juge.**- En avez-vous parlé avec des employés de SOTHEBY'S ?

17  **M. J-M. Peretti.**- Non.

18  **Mme le Juge.**- En avez-vous parlé avec d'autres personnes ?

19  **M. J-M. Peretti.**- Non.

20  On peut prendre, s'il vous plaît, la *Pièce n° 11*.

21  *(Le témoin prend connaissance de la pièce)*

---

54 |   *Cour de District des États-Unis pour le Sud du District de New York -- N° 1.18 -- CV 09011 --*
*JMF - RWL*
*Accent Delight International LTD -- XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti -- 2 mai 2022*

1   Vous avez reçu un mail avec des pièces jointes ?

2   **M. J-M. Peretti.-** Oui.

3   **Mme le Juge.-** Vous souvenez-vous avoir reçu ces mails ?

4   **M. J-M. Peretti.-** Oui, parce que j'ai donné un avis sur le tableau. Je pense
5   l'avoir reçu par mail.

6   **Mme le Juge.-** D'accord.

7   Avant d'avoir reçu ces e-mails, vous vous souvenez avoir discuté de cette oeuvre
8   d'art avec M. Valette ?

9   **M. J-M. Peretti.-** Non, je ne me souviens pas.

10   **Mme le Juge.-** Vous avez déjà dit que vous aviez discuté de cette oeuvre d'art
11   avec M. Bouvier ?

12   **M. J-M. Peretti.-** Oui. Non, j'ai discuté… Il m'a demandé un avis sur un
13   tableau, et j'ai donné mon avis. C'est tout.

14   **Mme le Juge.-** Vous ne pouvez pas préciser si c'était avant ou après ces
15   échanges de mails ?

16   **M. J-M. Peretti.-** Non.

17   **Mme le Juge.-** Est-ce que vous savez si M. Valette et M. Bouvier avaient discuté
18   entre eux ?

19   **M. J-M. Peretti.-** Ils étaient en communication par mail. Je ne sais pas quand. Je
20   ne sais pas quand exactement ils ont communiqué. Forcément, si le tableau était
21   beau et qu'il y avait un intérêt, ils ont dû communiquer.

22   **Mme le Juge.-** Est-ce que vous savez pourquoi M. Valette vous envoie
23   également par mail des photos de cette œuvre d'art ?

55 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Moi, on me demande un avis par rapport à une œuvre. Moi,
2   j'ai plusieurs clients, et je propose ou je ne propose pas. C'est des ventes privées.
3   Monsieur Valette s'occupe des ventes privées. Il est donc normal qu'il me
4   propose, et je suis en copie. Je donne mon avis si c'est un beau tableau ou pas.

5   **Me B. Mauron.-** Justement, je veux juste savoir qui lui demande son avis. Si
6   c'est SOTHEBY'S, si c'est M. Bouvier ?

7   **M. J-M. Peretti.-** Tout le monde me demande un avis ! Aussi bien chez
8   SOTHEBY'S, que chez CHRISTIE'S, que chez les clients, tout le monde m'appelle
9   pour avoir un avis !

10   **Me S. Giroud.-** Si on peut parler du cas précis.

11   **M. J-M. Peretti.-** Le cas précis, je vous ai répondu. J'ai dit que c'était un très
12   beau tableau.

13   **Me B. Mauron.-** À qui l'avez-vous dit ?

14   **M. J-M. Peretti.-** Je vous l'ai dit : à M. Bouvier.

15   **Mme le Juge.-** À M. Bouvier. De ce que j'ai entendu, c'est que vous en avez
16   parlé avec M. Bouvier. Vous lui avez dit que c'était un beau tableau.

17   **M. J-M. Peretti.-** Monsieur Valette est dans l'art, il travaille, il sait aussi que
18   c'est un beau tableau.

19   **Mme le Juge.-** Est-ce que c'est vous qui avez demandé à M. Valette de vous
20   envoyer des photos ?

21   **M. J-M. Peretti.-** Non.

22   **Mme le Juge.-** Est-ce que vous savez pourquoi M. Valette vous envoie le mail et
23   les photos à vous-même plutôt que de les envoyer à M. Bouvier ?

**56 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/ ·*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. J-M. Peretti.-** Parce que M. Valette n'envoie pas qu'à M. Bouvier. Il
2  m'envoie tous les mois beaucoup de mails avec beaucoup de tableaux. Je décide
3  à qui je montre ou pas. C'est mon métier.

4  **Mme le Juge.-** Savez-vous si, parallèlement, M. Valette a aussi envoyé à
5  M. Bouvier des informations sur cette œuvre d'art ?

6  **M. J-M. Peretti.-** Je ne me rappelle pas mais sûrement, oui.

7  **Mme le Juge.-** Savez-vous pourquoi l'envoi de certains mails sont adressés à
8  vous, certains mails adressés à M. Bouvier, et d'autres aux deux ? Savez-vous
9  pourquoi ?

10 **M. J-M. Peretti.-** Parce que, moi, je dois faire le tri. Monsieur Valette de chez
11 SOTHEBY'S, qui fait des ventes privées, m'envoie. Si cela m'intéresse ou ne
12 m'intéresse pas, je peux dire, par exemple, que je vais peut-être le montrer à
13 M. Bouvier comme à un autre client. Je fais déjà un tri. Après, je ne peux pas
14 répondre pour les autres.

15 Vous savez, M. Valette m'envoie, pour les ventes de tableaux, aussi bien à moi
16 qu'à d'autres marchands plein de mails et on fait le tri. C'est notre métier.

17 **Mme le Juge.-** Un tri préalable ?

18 **M. J-M. Peretti.-** Un tri préalable. Exactement.

19 **Mme le Juge.-** Est-ce que vous savez sur quoi M. Valette se basait pour dire :
20 « Ca, j'envoie à Peretti ; ça, j'envoie à… »

21 **M. J-M. Peretti.-** Je ne sais pas.

22 **Mme le Juge.-** Vous ne savez pas ce qui déterminait M. Valette à vous
23 contacter, vous ?

24 **M. J-M. Peretti.-** Il me contacte moi comme d'autres marchands de tableaux.

57 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** La question est à peu près la même : savez-vous pourquoi
2  certains courriels de M. Valette sont en copie à vous, et d'autres, non ?

3  Certains, c'est M. Bouvier avec copie à M. Peretti, et d'autres non : pour quelle
4  raison ?

5  **M. J-M. Peretti.-** Je ne sais pas. Je vous l'ai dit : je vais un tri déjà au départ. Le
6  reste, je ne sais pas. Je suis en copie, car s'il engage une discussion, par
7  correction, comme je les ai présentés, ils me mettent en copie.

8  **Mme le Juge.-** Bien compris. Est-ce que les informations qui vous ont été
9  transmises par M. Valette sur cette œuvre d'art, vous les avez montrées à
10  d'autres personnes ?

11  **M. J-M. Peretti.-** À d'autres clients, oui.

12  **Mme le Juge.-** À d'autres clients.

13  **M. J-M. Peretti.-** Je l'ai présentée à un client.

14  **Mme le Juge.-** Les avez-vous données à M. Rybolovlev ?

15  **M. J-M. Peretti.-** Je ne le connais pas, je ne peux lui donner des informations.

16  **Mme le Juge.-** Savez-vous si M. Valette et M. Bouvier ont communiqué sur la
17  manière dont l'accès pouvait s'organiser pour aller voir cette oeuvre d'art ?

18  **M. J-M. Peretti.-** Je n'en ai pas le souvenir.

19  **Mme le Juge.-** Vous n'en avez pas le souvenir. On vous montre la *Pièce n° 12*.

20  *(Le témoin prend connaissance de la pièce)*

21  Un mail de M. Bouvier qui dit : *« Je pensais que personne de Genève devait*
22  *connaître cette opération. »* Avez-vous reçu cette communication ?

---

**58 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Non. Je ne suis pas en copie.

2    **Mme le Juge.-** Vous souvenez-vous d'avoir vu passer ce courriel ?

3    **M. J-M. Peretti.-** Non.

4    **Mme le Juge.-** Avez-vous discuté de ce courriel avec M. Bouvier ?

5    **M. J-M. Peretti.-** Non. Je ne me souviens pas.

6    **Mme le Juge.-** Savez-vous, quand vous lisez ce courriel du 20 juin 2011, de
7    quelle opération M. Bouvier parle ?

8    **M. J-M. Peretti.-** Ce n'est pas précisé dedans. Je ne l'ai pas en mail, je ne sais
9    pas.

10   **Mme le Juge.-** Est-ce que vous savez de quoi il parle ? Pourquoi il dit :
11   *« Personne ne doit être au courant à Genève »* ?

12   **M. J-M. Peretti.-** Je ne sais pas.

13   Dans l'art, on respecte une règle de confidentialité.

14   **Mme le Juge.-** Vous ne savez pas pourquoi il en parle là, mais de manière
15   générale, dans l'art, il y a des règles de confidentialité ?

16   **M. J-M. Peretti.-** Oui.

17   **Mme le Juge.-** Il y a une question : avez-vous discuté de cette opération avec
18   M. Valette, en lien avec cette *Pièce n° 12 ?* Il est difficile de dire de quelle
19   opération il s'agit.

20   **M. J-M. Peretti.-** Ce n'est pas précisé.

21   **Mme le Juge.-** On passe à la *Pièce n° 13* qui est un courriel du 20 juin 2011, de
22   nouveau de M. Valette, adressé à M. Bouvier.

59 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    *(Le témoin prend connaissance de la pièce)*

2    Il écrit : *« Je te confirme que, mis à part moi, il n'y aura plus personne de*
3    SOTHEBY'S *avant, pendant et après ces visites. »*

4    Est-ce que vous avez reçu une copie de cette communication ? Avez-vous
5    discuté de cette communication ?

6    **M. J-M. Peretti.**- Non, je ne m'en souviens pas.

7    **Mme le Juge.**- Est-ce que vous avez discuté de cette … Alors, on parle toujours
8    de la même œuvre de Matisse.

9    **M. J-M. Peretti.**- Oui.

10   **Mme le Juge.**- Vous avez discuté de l'oeuvre de Matisse, au départ, en disant
11   que c'était un très beau tableau. Maintenant, par rapport à cette communication
12   du 20 juin 2011, est-ce que vous avez le souvenir d'avoir discuté avec
13   M. Bouvier de ce courrier ?

14   **M. J-M. Peretti.**- Cela ne me dit rien. Celui qui est là : « Ramon est l'encadreur,
15   etc. (?) ?

16   **Mme le Juge.**- Oui : « Ramon et l'encadreur », etc., cela ne vous évoque rien ?

17   **M. J-M. Peretti.**- Non.

18   **Mme le Juge.**- Dans ce courrier, c'est mis : *« Avant pendant, après des visites »*,
19   est-ce que vous savez de quelles visites parlait M. Valette ?

20   **M. J-M. Peretti.**- Non. Apparemment, je vois que c'est marqué « Matisse » ici,
21   mais je ne sais pas.

22   **Mme le Juge.**- Ensuite, on passe à la *Pièce n° 14*. C'est un mail de M. Valette à
23   M. Bouvier, de nouveau le 11 juin, quelques informations complémentaires.

24   *(Le témoin prend connaissance de la pièce)*

**60 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Avez-vous reçu ce mail ?

2    **M. J-M. Peretti.-** Cela ne me dit rien.

3    **Mme le Juge.-** Avez-vous le souvenir d'avoir reçu ce mail ?

4    **M. J-M. Peretti.-** Cela ne me dit rien.

5    **Mme le Juge.-** Vous vous souvenez avoir discuté de cette communication avec
6    M. Bouvier ?

7    **M. J-M. Peretti.-** Non. Je sais que j'ai discuté sur ce tableau. Il m'a demandé
8    mon avis. Après, sur cette discussion précise ou pas, je ne sais pas.

9    **Mme le Juge.-** Vous vous souvenez avoir parlé d'une manière générale de ce
10   tableau mais vous n'arrivez pas à situer si c'était en lien avec l'un ou l'autre des
11   mails échangés après.

12   **M. J-M. Peretti.-** Non. En fait, ce qu'il lui envoie, c'est comme une fiche
13   technique. Je n'en ai pas besoin.

14   **Mme le Juge.-** Est-ce que vous savez si, finalement, M. Bouvier a acheté ce
15   tableau ?

16   **M. J-M. Peretti.-** Non, je ne me souviens pas.

17   **Mme le Juge.-** Vous vous souvenez combien M. Bouvier aurait payé pour cette
18   œuvre ?

19   **M. J-M. Peretti.-** Non.

20   **Mme le Juge.-** Est-ce que vous vous savez si, finalement, c'est M. Rybolovlev
21   qui a acheté ce tableau ?

22   **M. J-M. Peretti.-** Non.

---

61 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Du coup, savez-vous le prix que M. Rybolovlev aurait payé pour
2   ce tableau ?

3    **M. J-M. Peretti.-** Non.

4   **Mme le Juge.-** Savez-vous, d'une manière ou d'une autre, combien M. Bouvier
5   aurait payé dans le cadre de l'achat/vente de cette œuvre d'art ?

6   **M. J-M. Peretti.-** Non.

7   **Mme le Juge.-** Vous souvenez-vous s'il y avait un accord entre M. Bouvier et
8   M. Rybolovlev, ses sociétés sur la vente de ce tableau ?

9   **M. J-M. Peretti.-** Non.

10   **Mme le Juge.-** Avez-vous parlé concernant cette oeuvre de Matisse avec
11   M. Rybolovlev ?

12   **M. J-M. Peretti.-** Non.

13   **Mme le Juge.-** Avec M. Sazonov ?

14   **M. J-M. Peretti.-** Non.

15   **Mme le Juge.-** Avec Tetiana Bersheda ?

16   **M. J-M. Peretti.-** Non.

17   **Mme le Juge.-** Yuri Bogdanov ?

18   **M. J-M. Peretti.-** Non.

19   **Mme le Juge.-** Une autre société liée à M. Rybolovlev ?

20   **M. J-M. Peretti.-** Non.

**62 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV.09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Savez-vous ce que M. Bouvier avait fait à M. Rybolovlev ou ses
2   sociétés, avait donné comme indication sur le prix que valait ce tableau ?

3   **M. J-M. Peretti.-** Non.

4   **Mme le Juge.-** De nouveau, cette question un peu à tiroirs. Avez-vous parlé avec
5   SOTHEBY'S de ce que M. Bouvier entendait faire après avoir racheté ce tableau
6   de Matisse ?

7   **M. J-M. Peretti.-** Non.

8   **Mme le Juge.-** Avez-vous discuté avec l'une ou l'autre personne de SOTHEBY'S
9   de l'identité de l'acquéreur final ?

10   **M. J-M. Peretti.-** Non.

11   **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S du prix qu'aurait payé
12   l'acquéreur final, soit M. Rybolovlev pour l'œuvre en question ?

13   **M. J-M. Peretti.-** Non. Je ne peux pas vous répondre. Même SOTHEBY'S ne
14   pourrait pas répondre à cette question parce que cela concerne M. Rybolovlev.

15   **Mme le Juge.-** Savez-vous si, en 2014, M. Bouvier a obtenu une estimation de
16   cette œuvre par SOTHEBY'S ?

17   **M. J-M. Peretti.-** C'est possible. On estime à chaque fois. C'est probable.

18   **Mme le Juge.-** Savez-vous pourquoi il aurait demandé une telle estimation ?

19   **M. J-M. Peretti.-** En général, c'est pour les valeurs d'assurance.

20   **Mme le Juge.-** Aviez-vous discuté, en 2014, de cette estimation avec
21   M. Bouvier ?

22   **M. J-M. Peretti.-** Je ne me souviens pas.

63 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.**- Aviez-vous discuté, en 2014, de cette estimation avec
2  M. Valette ?

3  **M. J-M. Peretti.**- Non.

4  **Mme le Juge.**- Avez vous pris part à des conversations à cet égard entre
5  M. Bouvier et SOTHEBY'S ?

6  **M. J-M. Peretti.**- Non.

7  **Mme le Juge.**- Vous ne vous en souvenez pas.

8  Avez-vous participé à des communications qui auraient été faites avec
9  M. Rybolovlev ou ses sociétés sur l'estimation de cette oeuvre en 2014 ?

10  **M. J-M. Peretti.**- Non.

11  Ensuite, on vous demande de prendre la *Pièce n° 15*.

12  *(Le témoin prend connaissance de la pièce)*

13  J'imagine qu'il s'agit de l'évaluation dont on vient de parler. Aviez-vous reçu
14  copie de ce document ou le voyez-vous pour la première fois ?

15  **M. J-M. Peretti.**- Non, je ne pense pas avoir reçu ce document.

16  C'est la fiche technique du tableau, avec la photo...

17  **Me A. Conrad-Hari.**- C'est la *Pièce n° 15*.

18  **Mme le Juge.**- La *Pièce n° 15*.

19  **Me B. Mauron.**- Cela contient plusieurs pages.

20  **Mme le Juge.**- Vous vous souvenez d'avoir discuté de ce document avec
21  M. Bouvier ?

64 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Non.

2   **Mme le Juge.-** Vous vous souvenez d'avoir discuté de ce document avec des
3   employés de SOTHEBY'S ?

4   **M. J-M. Peretti.-** Non. Cela ne me dit rien.

5   **Mme le Juge.-** Avez-vous autre chose à dire sur ce document ? C'est une fiche
6   technique.

7   **M. J-M. Peretti.-** C'est un descriptif du tableau, une fiche technique et je vois
8   qu'il y a un prix parce qu'on m'a dit qu'il y avait un prix. C'est certainement un
9   prix d'assurance. Je pense.

10  **Mme le Juge.-** Est-ce que vous savez si c'est M. Bouvier qui a demandé à
11  SOTHEBY'S de préparer cette estimation?

12  **M. J-M. Peretti.-** Non, je ne sais pas.

13  **Mme le Juge.-** Vous l'ignorez. Vous savez pourquoi M. Bouvier a demandé une
14  estimation de cette œuvre ?

15  **M. J-M. Peretti.-** Je pense. Tout le monde le fait pour les valeurs d'assurance
16  des tableaux. On fait toujours par l'assurance une estimation plus haute.

17  **Mme le Juge.-** Avez-vous discuté, participé aux discussions entre SOTHEBY'S et
18  M. Bouvier par rapport à ce document ?

19  **M. J-M. Peretti.-** Non.

20  **Mme le Juge.-** Avez-vous participé à des communications avec M. Rybolovlev
21  et ses sociétés en lien avec ce document ?

22  **M. J-M. Peretti.-** Non.

23  **Mme le Juge.-** Savez-vous pourquoi l'estimation de SOTHEBY'S de 2014
24  n'identifie pas son acquisition de l'œuvre en 2011 ?

65 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  Ce n'est pas extrêmement clair de savoir quelle est la question, cela ne se réfère
2  pas au fait qu'elle a été acquise en 2011 ?

3  **Me B. Mauron.-** Par M. Bouvier justement.

4  **Mme le Juge.-** Savez-vous pour quelle raison, dans cette estimation que vous
5  avez sous les yeux, on ne précise pas que c'est une oeuvre acquise par
6  M. Bouvier en 2011 ?

7  **M. J-M. Peretti.-** Je ne comprends pas la question.

8  **Mme le Juge.-** D'accord. La question, c'est : est-ce que vous avez une idée de la
9  raison pour laquelle, dans cette expertise, on ne dit pas que c'est M. Bouvier qui
10  en est propriétaire depuis 2011 ?

11  **M. J-M. Peretti.-** Non. Je ne sais pas.

12  **Mme le Juge.-** Vous ne le savez pas.

13  Est-ce que vous savez de quelle manière, ou pouvez-vous nous dire de quelle
14  manière SOTHEBY'S a calculé la valeur estimée de cette œuvre ?

15  **M. J-M. Peretti.-** Non.

16  **Mme le Juge.-** Avez-vous, vous-même, discuté avec M. Valette de cette
17  expertise ?

18  **M. J-M. Peretti.-** Je ne me souviens pas.

19  **Mme le Juge.-** Vous souvenez-vous si Mme Rappo a participé d'une manière ou
20  d'une autre à l'acquisition par M. Rybolovlev et ses sociétés de ce tableau ?

21  **M. J-M. Peretti.-** Non.

22  **Mme le Juge.-** Vous ne savez donc pas si Mme Rappo a perçu un montant en
23  argent, quel qu'il soit.

**66 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.**- Non.

2    **Mme le Juge.**- On arrive à *L'éternel Printemps* d'Auguste Rodin. Je vais
3    suspendre l'audience pendant cinq minutes.

4    *Suspendue à 10 heures 45, l'audience est reprise à 11 heures 04.*

5    **Mme le Juge.**- Nous reprenons le procès-verbal. Nous arrivons aux questions
6    sur *L'Éternel Printemps* d'Auguste Rodin, ce qui devrait être normalement la
7    question VII romain. Mais dans la liste, je ne sais pas si vous avez l'original...

8    **Me S. Lembo.**- Elle n'est pas numérotée.

9    **Mme le Juge.**- Elle n'est pas numérotée mais c'est le point VII.

10    *(Discussion sur l'organisation - off the record)*

11    Nous reprenons le procès-verbal. Nous passons à la question VII.

12    **VII.   LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE**
13    **L'ÉTERNEL PRINTEMPS D'AUGUSTE RODIN**

14    **Mme le Juge.**- Vous souvenez-vous d'avoir communiqué avec M. Bouvier au
15    sujet de l'oeuvre *L'Eternel Printemps* de Rodin ?

16    **M. Peretti.**- Oui.

17    **Mme le Juge.**- Vous vous souvenez quand ?

18    **M. Peretti.**- Non.

19    **Mme le Juge.**- Vous souvenez-vous sur quoi avaient porté vos discussions avec
20    M. Bouvier ?

21    **M. Peretti.**- Oui, je lui ai dit que j'avais trouvé un *Éternel Printemps* qui était un
22    chef d'oeuvre, une pièce unique en marbre, que j'avais visitée à Londres, que je

67 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    lui reportais. Je lui ai demandé si cela l'intéressait ou pas.

2    **Mme le Juge.-** Vous souvenez-vous d'avoir parlé avec M. Valette au sujet de
3    cette oeuvre ?

4    **M. Peretti.-** Oui.

5    **Mme le Juge.-** Vous lui avez dit la même chose ?

6    **M. Peretti.-** Non, puisque c'est lui qui me l'a proposée.

7    **Mme le Juge.-** C'est M. Valette qui vous l'avait proposée. Vous vous souvenez à
8    peu près de l'année ?

9    **M. Peretti.-** Il y a peut-être 10 ans, 8 ans. C'est vague pour moi. Cela reste
10   vague.

11   **Mme le Juge.-** Vous souvenez-vous avoir parlé, avec d'autres employés de
12   SOTHEBY'S, au sujet de cette oeuvre ?

13   **M. Peretti.-** Non.

14   **Mme le Juge.-** Avez-vous communiqué avec d'autres personnes que M. Valette
15   ou M. Bouvier au sujet de cette oeuvre ?

16   **M. Peretti.-** Je ne pense pas.

17   **Mme le Juge.-** Vous ne pensez pas. On vous soumet la *Pièce n° 16*

18   *(Le témoin prend connaissance de la pièce)*

19   Vous avez M. Valette qui vous dit : « *Voilà, comme promis, la fiche technique*
20   *de L'Éternel Printemps* ».

21   Les questions sont les suivantes.

68 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Vous souvenez-vous d'avoir reçu ces mails ?

2    **M. Peretti**.- Non. Mais je me rappelle de la pièce, en tous les cas.

3    **Mme le Juge**.- Vous vous souvenez de la pièce ? C'est-à-dire du document
4    annexé ? De la fiche technique ?

5    **M. Peretti**.- De la pièce elle-même puisque je l'ai visitée à Londres. J'en ai tiré
6    un avis favorable. Il m'a certainement envoyé une fiche technique, comme on le
7    fait généralement, derrière. Je ne m'en souviens pas.

8    **Mme le Juge**.- Vous ne vous souvenez pas précisément du mail mais vous vous
9    souvenez bien de l'oeuvre en question ?

10    **M. Peretti**.- Oui.

11    **Mme le Juge**.- Est-ce que vous vous souvenez pourquoi M. Valette vous avait
12    envoyé ce mail et cette fiche technique ?

13    **M. Peretti**.- Cela fait partie de son métier. Si j'ai un intérêt pour la pièce, on
14    demande une fiche technique. C'est normal.

15    **Mme le Juge**.- C'est vous qui lui avez demandé cette fiche ?

16    **M. Peretti**.- Non, cela se fait naturellement.

17    **Mme le Juge**.- D'accord. Savez-vous pourquoi M. Valette vous a envoyé le
18    mail, à vous, et ne l'a pas envoyé à M. Bouvier ?

19    **M. Peretti**.- Parce que, comme je vous l'ai dit, je fais le tri de ces pièces et cette
20    pièce me paraissait très belle et intéressante. Il n'envoie pas tous les mails non
21    plus à M. Bouvier.

22    **Mme le Juge**.- D'accord. Savez-vous pour quelle raison ce courriel vous a été
23    envoyé sous la forme d'une annexe Word ?

24    **M. Peretti**.- Je ne sais pas ce qu'est une annexe Word ? C'est quoi ?

**69 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.**- C'est le format informatique.

2   **M. Peretti.**- Aucune idée.

3   **Mme le Juge.**- J'imagine qu'il y avait le courriel et, en annexe, un fichier
4   informatique dans lequel il y avait la présentation technique ?

5   **M. Peretti.**- Peut-être parce que le document était trop volumineux pour
6   l'envoyer. En tout cas, le fait d'envoyer une fiche technique, c'est une obligation
7   de tous les marchands et de toutes les personnes qui travaillent dans l'art : si on a
8   un petit intérêt pour une oeuvre, il est normal de nous envoyer une fiche
9   technique. Une fiche technique, ce n'est pas un certificat. C'est ce qui figure dans
10  les livres où ils font les recherches. C'est ce qu'ils mettent dans leurs catalogues,
11  SOTHEBY'S et CHRISTIE'S : ils mettent une fiche technique.

12  **Mme le Juge.**- D'accord. Je vous laisse prendre la *Pièce n° 17.*

13  *(Le témoin prend connaissance de la pièce)*

14  **Mme le Juge.**- C'est un courriel du 15 juin 2011. M. Valette écrit à M. Bouvier.
15  Est-ce que vous-même vous avez reçu copie de ce courrier ?

16  **M. Peretti.**- Non. Apparemment non. J'en ai discuté. J'ai dit qu'il y avait un
17  intérêt. Je lui ai présenté M. Bouvier, donc ils se sont mis en relations
18  eux-mêmes, après.

19  **Mme le Juge.**- C'est vous qui avez présenté M. Bouvier à SOTHEBY'S, à
20  M. Valette ?

21  **M. Peretti.**- Oui. Et l'oeuvre, je l'ai montrée à M. Bouvier qui a dû avoir un
22  intérêt. Je la lui ai montrée et, ensuite, il a fait le nécessaire avec M. Valette.
23  Moi, je donne un avis.

24  **Mme le Juge.**- D'accord. Les questions c), d) et e), c'est ce que vous venez
25  d'expliquer. Savez-vous pour quelle raison M. Valette a finalement envoyé le
26  même courriel, avec la même fiche technique, tant à vous-même qu'à
27  M. Bouvier ?

---

70 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti**.- J'ai déjà répondu à cette question. J'avais trouvé un intérêt sur la
2   pièce. Je l'ai montrée à M. Bouvier et cette pièce l'a intéressé. Moi, je fais le tri.
3   Cela l'a intéressé et il s'est fait envoyer la fiche technique, après.

4   **Mme le Juge**.- Est-ce habituel, quant à la manière de procéder, que M. Valette
5   envoie un courriel à vous et un autre courriel à M. Bouvier ? Ou pourquoi, dans
6   le cas d'espèce, il a envoyé deux courriels séparés et pas un courrier
7   Peretti-Bouvier avec toutes les annexes ?

8   **M. Peretti**.- Il m'a demandé s'il y avait un intérêt pour moi. Je lui ai dit que,
9   peut-être, cela intéresserait M. Bouvier. Je lui ai donc demandé d'envoyer le
10  mail. C'est habituel.

11  **Mme le Juge**.- D'accord. Était-ce habituel que M. Valette envoie des mails
12  séparés à vous et à l'intéressé ? Parce qu'on a pu voir, plus tôt dans la matinée,
13  des courriels qui étaient aux deux noms. Pourquoi, dans le cas d'espèce, il a fait
14  deux mails séparés.

15  **M. Peretti**.- Je vous ai répondu : j'avais été visité la pièce à Londres, avant de
16  marquer un intérêt. M. Bouvier n'était pas à Londres. J'ai reçu le mail en
17  premier. Ensuite, je l'ai averti qu'il y avait un intérêt pour M. Bouvier et c'est
18  pourquoi le mail à M. Bouvier est venu après. Parce que moi, je pouvais avoir
19  M. Bouvier comme client ou quelqu'un d'autre. C'est pourquoi il y a dû y avoir
20  un décalage.

21  **Mme le Juge**.- Pourquoi, quand M. Valette écrit à M. Bouvier, il parle de vous
22  en disant « *Jean-Marc* ».

23  **M. Peretti**.- Je m'appelle Jean-Marc. Je vouvoie M. Valette mais il m'appelle
24  Jean-Marc comme moi je l'appelle « Sam ».

25  **Mme le Juge**.- Vous vous vouvoyez mais vous vous appelez par vos prénoms ?

26  **M. Peretti**.- Exactement.

27  **Mme le Juge**.- Parce que vous vous connaissez depuis pas mal d'années ?

71 |  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti**.- Depuis pas mal d'années.

2   **Mme le Juge**.- Depuis quand ?

3   **M. Peretti**.- 2006, 2007. Non, 2004 je crois. Avant M. Bouvier.

4   **Mme le Juge**.- Vous prenez la *Pièce n° 18*, toujours en lien avec *L'Éternel*
5   *Printemps*.

6   *(Le témoin prend connaissance de la pièce)*

7   Avez-vous reçu ce document vous-même ? Monsieur Valette envoie un mail à
8   M. Bouvier : une nouvelle version de la description de l'oeuvre ?

9   **M. Peretti**.- Non, je ne me vois pas en copie.

10   **Mme le Juge**.- Vous ne vous voyez pas en copie ?

11   **M. Peretti**.- Non.

12   **Mme le Juge**.- Vous souvenez-vous d'avoir discuté de cette nouvelle fiche
13   technique avec M. Bouvier ?

14   **M. Peretti**.- Je ne m'en souviens pas mais c'est quelque chose de normal : si on
15   marque un intérêt, on essaie d'aller plus loin dans les recherches, de savoir
16   combien il y a de pièces. Cela fait partie de notre métier, et surtout du métier de
17   SOTHEBY'S ou de M. Valette. Monsieur Valette est Directeur général des ventes
18   privées européennes. C'est donc son métier.

19   Et ils font la même chose pour les ventes publiques. C'est exactement ce qu'ils
20   mettent dans leurs catalogues : ils font des recherches pour savoir le nombre,
21   pourquoi elle est rare, etc.

22   **Mme le Juge**.- Vous dites qu'il y avait un intérêt par rapport aux premières
23   fiches techniques qui avaient été données. C'est un peu dans l'ordre des choses et
24   ils envoient une fiche nouvelle ou complémentaire ?

72 |   *Cour de District des États-Unis pour le Sud du District de New York -- N° 1.18 -- CV 09011 --*
   *JMF - RWL*
   *Accent Delight International LTD -- XITRANS Finance LTD (Demandeurs)*
   *c/*
   *SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
   *Audition de M. Jean-Marc Peretti -- 2 mai 2022*

1   **M. Peretti.**- Complémentaire, exactement.

2   **Mme le Juge.**- Bien compris. Les informations qui vous ont été données par
3   M. Valette sur cette oeuvre, les avez-vous vous-même communiquées à d'autres
4   personnes que M. Bouvier ?

5   **M. Peretti.**- Non. Oui, je l'ai proposée à un client.

6   **Mme le Juge.**- À un client. Est-ce que ce client, c'est M. Rybolovlev ?

7   **M. Peretti.**- Non.

8   **Mme le Juge.**- Est-ce que ce client, c'est M. Sazonov ?

9   **M. Peretti.**- Non.

10  **Mme le Juge.**- Est-ce que ce sont des personnes ou entités qui travaillent avec
11  M. Rybolovlev ?

12  **M. Peretti.**- Non.

13  **Mme le Juge.**- Non plus. Savez-vous si M. Bouvier lui-même a transféré ces
14  informations et ces fiches techniques à des tiers ?

15  **M. Peretti.**- Non.

16  **Mme le Juge.**- Savez-vous, notamment, si M. Bouvier a transmis ces
17  informations et fiches techniques à M. Rybolovlev ?

18  **M. Peretti.**- Non.

19  **Mme le Juge.**- À M. Sazanov ?

20  **M. Peretti.**- Non.

21  **Mme le Juge.**- Ou à d'autres personnes qui travaillent pour lui ?

73 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti**.- Non.

2    **Mme le Juge**.- On vous remet la *Pièce n° 19*.

3    *(Le témoin prend connaissance de la pièce)*

4    C'est toujours un mail du 11 juin de Samuel Valette à M. Bouvier. Est-ce que
5    vous avez vous-même reçu cette communication ?

6    **M. Peretti**.- Non, parce que je ne suis pas en copie.

7    **Mme le Juge**.- Vous souvenez-vous d'avoir discuté de cette communication
8    avec M. Bouvier ?

9    **M. Peretti**.- Non.

10   **Mme le Juge**.- Avec des employés de SOTHEBY'S ?

11   **M. Peretti**.- Non.

12   **Mme le Juge**.- Est-ce que vous connaissez Mme Holli Chandler qui a envoyé le
13   premier message ?

14   **M. Peretti**.- Non.

15   **Mme le Juge**.- Holli Chandler, cela ne vous dit rien ?

16   **M. Peretti**.- Non.

17   **Mme le Juge**.- Avez-vous déjà eu des contacts avec cette Mme Holli Chandler ?

18   **M. Peretti**.- Holli Chandler ? Non.

19   **Mme le Juge**.- Cela ne vous dit rien. Lorsque, dans cet e-mail,
20   Mme Holli Chandler parle d'un « *acquéreur* », d'un « *acheteur* », savez-vous de
21   qui elle parle ?

74 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti**.- Non.

2    **Mme le Juge**.- Savez-vous à quelle visite, à Paris, ce courrier fait référence ?

3    **M. Peretti**.- Non.

4    **Mme le Juge**.- On parle d'une visite à Paris. Est-ce que vous vous souvenez
5    d'une visite qui aurait eu lieu à Paris en lien avec, j'imagine, cette oeuvre d'art
6    dont on est en train de parler ?

7    **M. Peretti**.- Je ne m'en souviens pas mais c'est fortement probablement : on
8    n'achète pas une pièce sans la voir. Moi, je l'avais déjà vue à Londres. Si
9    M. Bouvier y voyait un intérêt, il a fait certainement une visite, comme tout
10   acquéreur.

11   **Mme le Juge**.- Vous vous souvenez à quel endroit cette visite aurait eu lieu ?

12   **M. Peretti**.- Non.

13   **Mme le Juge**.- Ni la date ?

14   **M. Peretti**.- Non.

15   **Mme le Juge**.- L'année ?

16   **M. Peretti**.- Non.

17   **Mme le Juge**.- On passe à la *Pièce n° 20*.

18   *(Le témoin prend connaissance de la pièce).*

19   De nouveau un courrier de M. Valette à M. Bouvier. Est-ce que vous avez reçu
20   copie de ce courrier ?

21   **M. Peretti**.- Non.

75 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge**.- Il s'agit d'un avenant au contrat pour une assurance pour ce
2   tableau. Avez-vous discuté de cette communication de M. Valette ou de
3   M. Bouvier ?

4   **M. Peretti**.- Non.

5   **Mme le Juge**.- Avez-vous discuté de cet avenant au contrat pour une assurance
6   avec les personnes de SOTHEBY'S ?

7   **M. Peretti**.- Je ne pense pas.

8   **Mme le Juge**.- Vous ne pensez pas. Savez-vous s'il arrivait souvent que
9   SOTHEBY'S donne libre-accès à certaines pièces à M. Bouvier

10   **M. Peretti**.- Directement, non, puisque cela passe par moi. On me demande déjà
11   un avis. Je le donne et après, je mets en relation.

12   **Mme le Juge**.- Maintenant, on parle vraiment du libre-accès à des pièces. Donc
13   moi, de ce que je comprends de la question...

14   **M. Peretti**.- Excusez-moi, je parlais du libre-accès achat-vente et pas de
15   l'assurance, du transport, de tout ça. Ce n'est pas mon affaire. Moi, je parle de
16   pièces. C'est moi qui fait un tri. Il peut arriver que M. Valette envoie un mail
17   directement. Je ne m'en souviens pas. Mais en règle générale, cela se passe
18   comme ça.

19   **Mme le Juge**.- Que cela passait par vous.

20   Encore une fois, la question est : est-ce que SOTHEBY'S pouvait donner *libre*
21   *accès* à des pièces à M. Bouvier ? Cela veut dire quoi ?

22   **M. Peretti**.- *Libre accès*, c'est-à-dire à une visite ? Je ne sais pas ce que veut dire
23   « *libre-accès* », dans le cas d'espèce.

24   **Mme le Juge**.- Moi, comme je comprends la question — mais je ne sais pas si
25   c'est ce qui est demandé —, on pourrait penser que SOTHEBY'S autorise
26   M. Bouvier à aller visiter l'oeuvre d'art en question, sur place, sans autre

**76 |**   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   restriction. J'imagine que c'est ça la question. Cela correspond à la réalité ?

2   **M. Peretti.-** Je vous réponds. Je ne connais aucun acheteur qui ne fait pas une
3   visite. Et cela ne vaut pas que pour SOTHEBY'S ou CHRISTIE'S c'est pour tout le
4   monde. À l'inverse, si vous confiez un tableau à SOTHEBY'S, ils viennent le
5   visiter avant de le prendre. C'est obligatoire.

6   **Mme le Juge.-** Quand on parle de « *libre-accès* », cela veut dire qu'on vous
7   laisse avec l'oeuvre d'art ?

8   **M. Peretti.-** Non, vous n'êtes pas seul.

9   **Mme le Juge.-** Vous êtes accompagné ?

10   **M. Peretti.-** Vous êtes dans un cadre. Apparemment, puisque je vois que c'est
11   dans le cadre d'une société de garde de tableaux comme Naturel Le Coultre ou
12   comme d'autres sociétés. Quand vous demandez une visite, on demande votre
13   pièce d'identité, on vous demande un badge et vous venez avec l'accord, avec
14   une lettre certainement signée par SOTHEBY'S pour un droit de visite. Vous avez
15   quelqu'un qui reste derrière la porte. C'est normal. C'est la coutume et cela vaut
16   pour tout le monde.

17   **Mme le Juge.-** Il n'y a pas des accès privilégiés qui étaient donnés par
18   SOTHEBY'S, à M. Bouvier, pour aller visiter ou voir les pièces ?

19   **M. Peretti.-** Aucun.

20   **Mme le Juge.-** Comme tout le monde, il pouvait venir voir les pièces qui
21   l'intéressaient avec les mêmes garanties.

22   **M. Peretti.-** Vous imaginez bien que quand on achète une pièce, une oeuvre
23   d'art, si vous l'achetez, vous voulez quand même la faire visiter, la faire voir à un
24   expert qui vérifie s'il n'y a pas de manque, etc. Vous voyez ce que je veux dire ?

25   **Mme le Juge.-** Bien compris.

26   **M. Peretti.-** Au même titre que lorsque vous achetez une voiture, vous voulez la

77 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   voir avant de l'acheter.

2   **Mme le Juge.-** On passe à la *Pièce n° 21.*

3   *(Le témoin prend connaissance de la pièce)*

4   De nouveau M. Valette envoie à M. Bouvier un e-mail : « *Voilà* la fiche du
5   Rodin comme promis ». Avez-vous reçu copie de cette communication qui date
6   de juillet 2011 ?

7   **M. Peretti.-** Non, je ne me vois pas en copie.

8   **Mme le Juge.-** Avez-vous souvenir d'avoir discuté de cette communication avec
9   M. Bouvier ?

10  **M. Peretti.-** Je ne me souviens pas.

11  **Mme le Juge.-** Ou avec quelqu'un de chez SOTHEBY'S.

12  **M. Peretti.-** Non. Pas d'intérêt. Et je ne me souviens pas.

13  **Mme le Juge.-** Savez-vous si, finalement, M. Bouvier a fait l'acquisition de
14  *L'Éternel Printemps* de Rodin ?

15  **M. Peretti.-** Il m'a dit qu'il l'avait acheté. Enfin, que sa société l'avait acheté.

16  **Mme le Juge.-** Il l'a acheté via sa société. Savez-vous combien il a déboursé
17  pour acheter cette oeuvre d'art ?

18  **M. Peretti.-** Non.

19  **Me S. Giroud.-** Excusez-moi, Madame, mais s'agissant de cette question à la
20  lettre d*)*, ce sont des questions auxquelles M. Peretti répond de manière
21  affirmative. Mais il y a toujours le complément : « *Si tel est le cas, dites ce que*
22  *vous savez, quand vous l'avez appris et sur quoi se fondent vos connaissances* ».
23  Sinon, ce sont plutôt des réponses « oui » sans développement. Si on pouvait
24  veiller à lui poser les questions complètes.

78 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
      *JMF - RWL*
      *Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
      *c/*
      *SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
      *Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.**- D'accord. Mais je crois que dans le cas d'espèce, la réponse est:
2    « *Je n'ai pas vu la communication. Je n'en ai pas discuté avec M. Bouvier. Je*
3    *n'en ai pas discuté avec des gens de SOTHEBY'S* ».

4    Du coup, si tel est le cas,...

5    **Me S. Giroud.**- Là, vous avez raison. Mais c'est différent pour la question
6    « *Savez-vous si M. Bouvier a acquis cette oeuvre ? Si tel est le cas, etc., [...]* ».
7    Même chose pour la question « *Savez-vous ce que M. Bouvier a payé pour cette*
8    *oeuvre ?* ».

9    **Mme le Juge.**- Là, on en est à la question 12. Monsieur Bouvier vous a dit qu'il
10    avait acheté cette oeuvre ?

11    **M. Peretti.**- Oui.

12    **Mme le Juge.**- Vous le saviez parce qu'il vous l'a dit ?

13    **M. Peretti.**- Oui.

14    **Mme le Juge.**- Savez-vous combien il l'a payée ?

15    **M. Peretti.**- Non.

16    **Mme le Juge.**- Savez-vous si, par la suite, M. Bouvier a vendu cette oeuvre à un
17    tiers ?

18    **M. Peretti.**- Non. À ce moment-là ... Non, non.

19    **Mme le Juge.**- Savez-vous si M. Rybolovlev lui a ensuite racheté cette oeuvre ?

20    **M. Peretti.**- Je ne sais pas.

21    **Mme le Juge.**- Vous ne savez pas quel montant M. Rybolovlev aurait payé pour
22    acheter cette oeuvre d'oeuvre ?

79 |  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.**- Non.

2    **Mme le Juge.**- Vous ne savez pas non plus, j'imagine, ce que M. Bouvier aurait
3    perçu, financièrement, en vendant cette oeuvre à M. Rybolovlev ?

4    **M. Peretti.**- Non.

5    **Mme le Juge.**- Savez-vous s'il y avait un accord entre M. Bouvier et
6    M. Rybolovlev en lien avec ce tableau ?

7    **M. Peretti.**- Non.

8    **Mme le Juge.**- Avez-vous communiqué, en lien avec cette oeuvre d'art, avec
9    M. Dmitry Rybolovlev ?

10    **M. Peretti.**- Non.

11    **Mme le Juge.**- Avec M. Sazanov ?

12    **M. Peretti.**- Non.

13    **Mme le Juge.**- Avec Tetiana Bersheda ?

14    **M. Peretti.**- Non.

15    **Mme le Juge.**- Yuri Bogdanov ?

16    **M. Peretti.**- Non.

17    **Mme le Juge.**- Toute autre personne qui travaillait pour M. Rybolovlev ou une
18    autre société ?

19    **M. Peretti.**- Non.

20    **Mme le Juge.**- Savez-vous si M. Bouvier avait donné des indications à
21    M. Rybolovlev et/ou ses sociétés quant au prix de cette oeuvre d'art ?

**80 |**  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Non.

2    **Mme le Juge.-** Ce sont toujours les mêmes questions pour la suite.

3    Avez-vous discuté avec SOTHEBY'S des intentions de M. Bouvier, une fois qu'il
4    aurait acheté cette oeuvre d'art ?

5    **M. Peretti.-** Non.

6    **Mme le Juge.-** Savez-vous si M. Bouvier lui-même avait dit à SOTHEBY'S ce
7    qu'il entendait faire de cette oeuvre d'art après l'avoir achetée ?

8    **M. Peretti.-** Non.

9    **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S de la personne qui
10   rachèterait, par hypothèse, cette oeuvre d'art à M. Bouvier ?

11   **M. Peretti.-** Je pense qu'il ne le savait.

12   **Mme le Juge.-** Qui ne le savait pas ?

13   **M. Peretti.-** Je pense que SOTHEBY'S ne le savait pas.

14   **Mme le Juge.-** Que M. Bouvier voulait revendre l'oeuvre ?

15   **M. Peretti.-** Oui et à qui. Je pense que SOTHEBY'S ne le disait pas et ne le savait
16   pas. M. Bouvier est quelqu'un de discret.

17   **Mme le Juge.-** Je répète : « *M. Bouvier est quelqu'un de discret* ».

18   Avez-vous discuté avec SOTHEBY'S du prix de revente de cette oeuvre d'art de
19   M. Bouvier à un tiers, notamment M. Rybolovlev ?

20   **M. Peretti.-** Je ne pense pas.

21   **Mme le Juge.-** Savez-vous si Mme Rappo a été impliquée dans l'achat de

81 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    l'oeuvre d'art par M. Rybolovlev et/ou ses sociétés à M. Bouvier ?

2    **M. Peretti.**- Non.

3    **Mme le Juge.**- Vous ne savez pas ?

4    **M. Peretti.**- Non je ne le sais pas.

5    **Mme le Juge.**- Donc vous ne savez pas non plus si elle a perçu de l'argent dans
6    ce cadre ?

7    **M. Peretti.**- Non.

8    **VIII.  Les Reclamations des Plaignants en ce qui concerne *Femme*
9    *de Venise IX* d'Alberto Giacometti**

10    **Mme le Juge.**- On passe à *Femme de Venise IX* d'Alberto Giacometti. Je ne sais
11    pas si c'est un tableau ou une sculpture.

12    **M. Peretti.**- C'est une sculpture.

13    **Mme le Juge.**- Avez-vous communiqué avec M. Bouvier au sujet de cette
14    oeuvre ?

15    **M. Peretti.**- C'est possible que je la lui aie montrée et communiquée.

16    **Mme le Juge.**- Plus précisément, vous l'avez vue quelque part et vous lui avez
17    dit que cette oeuvre était... ?

18    **M. Peretti.**- Je lui ai dit ce que j'en pensais.

19    **Mme le Juge.**- Ce que vous en pensiez. Vous avez une idée de quand ?

20    **M. Peretti.**- Non.

21    **Mme le Juge.**- C'est vous qui l'avez abordé pour lui dire que cette oeuvre était à

82 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)
c/
Sotheby's et Sotheby's In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    l'acquisition ?

2    **M. Peretti.**- Certainement, suite au fait que M. Valette me l'ait présentée.

3    **Mme le Juge.**- La question d'après est : « *Est-ce que vous avez parlé avec*
4    *M. Valette au sujet de cette oeuvre d'art ?* ». Donc oui.

5    À votre souvenir, c'est M. Valette qui vous avait dit que cette oeuvre était
6    disponible à la vente ?

7    **M. Peretti.**- J'en suis sûr.

8    **Mme le Juge.**- Vous êtes certain. D'accord.

9    Vous ne vous souvenez pas non plus de quand ? Il vous a donc abordé pour vous
10   dire : « Sachez que *Femme de Venise IX* est disponible à la vente. »

11   **M. Peretti.**- Oui.

12   **Mme le Juge.**- Avez-vous souvenir d'avoir discuté avec d'autres personnes de
13   chez SOTHEBY'S du Giacometti ?

14   **M. Peretti.**- Non.

15   **Mme le Juge.**- Avez-vous souvenir d'avoir communiqué avec d'autres personnes
16   tout court au sujet du Giacometti ?

17   **M. Peretti.**- Oui. D'autres personnes que M. Bouvier, oui.

18   **Mme le Juge.**- C'est-à-dire ?

19   **M. Peretti.**- Avec un gros client, l'un de mes clients importants avec qui j'ai
20   discuté de ça.

21   **M. Peretti.**- Vous lui avez dit, comme à M. Bouvier ?

83 | *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti**.- Qu'il y avait cette oeuvre sur le marché, qu'elle était peut-être
2  disponible et je lui ai demandé s'il avait un intérêt.

3  **Mme le Juge**.- À la même période ?

4  **M. Peretti**.- Oui.

5  **Mme le Juge**.- Vous avez donné les mêmes informations à ce tiers qu'à
6  M. Bouvier ?

7  **M. Peretti**.- Oui. Exactement.

8  **Mme le Juge**.- Vous souvenez-vous si, à l'automne 2011, M. Valette vous a
9  envoyé un mail avec des informations sur *Femme de Venise IX* de Giacometti ?

10  **M. Peretti**.- Je ne m'en souviens pas mais c'est fort probable puisque je me
11  souviens d'avoir vu la pièce oui, sur photo.

12  **Mme le Juge**.- Savez-vous si, à l'identique, M. Valette a envoyé un mail à
13  M. Bouvier au sujet cette oeuvre d'art ?

14  **M. Peretti**.- Non.

15  **Mme le Juge**.- Vous ne savez pas ?

16  **M. Peretti**.- Non, mais sûrement.

17  **Mme le Juge**.- Du coup, vous ne pouvez pas nous dire, ou vous pouvez nous
18  dire, si M. Valette a envoyé, en même temps, comme on l'a vu avant, un mail à
19  vous et un mail à M. Bouvier avec la fiche technique et toutes les informations ?

20  **M. Peretti**.- Je pense à moi en premier. Je pense.

21  **Mme le Juge**.- Vous pensez à vous, en premier, mais vous ne vous souvenez
22  pas ?

---

*Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti.**- Je pense que c'est à moi en premier, quand même.

2  **Mme le Juge.**- Vous souvenez-vous d'avoir discuté de cette oeuvre d'art avec
3  M. Valette avant septembre 2011 ?

4  **M. Peretti.**- Je ne m'en souviens pas, non. Cela, je ne peux pas vous le dire.

5  **Mme le Juge.**- Vous ne pouvez pas le dire de mémoire exactement quand ces
6  discussions ont eu lieu ?

7  **M. Peretti.**- Non.

8  **Mme le Juge.**- De la même manière, est-ce que vous vous souvenez d'avoir
9  discuté de cette oeuvre d'art avec M. Bouvier, avant septembre 2011 ?

10  **M. Peretti.**- Je ne me souviens pas.

11  **Mme le Juge.**- Là, je pense qu'il y a aussi une petite coquille au niveau de la
12  question e). Vous avez la VO peut-être ? La question en français est :
13  « *Savez-vous si M. Bouvier a discuté de cette oeuvre avec M. Bouvier ?* »

14  Je pense que cela ne doit pas être juste. Avez-vous la version originale.

15  J'imagine que quelle que soit la discussion en question, ce doit être M. Valette.

16  **Me A. Conrad Hari.**- Je pense que c'est M. Valette mais dans la version
17  originale, il y a la même erreur.

18  **Mme le Juge.**- Il y a la même erreur.

19  *(La Présidente du Tribunal dicte une note à sa greffière.)*

20  On ne va pas essayer de supputer ce qu'il voulait dire. Dans tous les cas, ce n'est
21  pas grave dans la mesure où vous nous avez dit avant que vous ne vous
22  souvenez plus de ce qui avait été dit en septembre 2011.

---

85 |  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    On vous soumet la *Pièce n° 22.*

2    *(Le témoin prend connaissance de la pièce)*

3    Il s'agit d'un courrier où, cette fois, vous apparaissez en copie conforme :

4    « *Merci de transmettre la sculpture de Giacometti et une photographie* ».

5    Vous vous souvenez d'avoir reçu ces communications ?

6    **M. Peretti.**- Non mais cela doit être évident puisque j'avais trouvé la pièce et
7    que j'en ai parlé à M. Bouvier. Si j'en ai parlé à M. Bouvier, après, forcément, il
8    y a une relation avec M. Valette.

9    **Mme le Juge.**- À la question de savoir pourquoi il vous a mis en copie, la
10    réponse est la même : c'est parce que c'est vous qui aviez trouvé la pièce ?

11    **M. Peretti.**- Non. On me l'a proposée et moi je fais le tri. J'ai dit qu'elle était
12    intéressante. Moi, je n'ai pas les moyens d'acheter ces pièces-là. Je laisse
13    M. Bouvier. Et c'est pour ça que je suis en copie, et parce que j'ai présenté
14    M. Valette à M. Bouvier.

15    **Mme le Juge.**- Avez-vous une idée de savoir pourquoi M. Bouvier, dans
16    l'intitulé de son mail, écrit « *urgent* » ?

17    **M. Peretti.**- Non, je ne sais pas.

18    **Mme le Juge.**- Avez-vous discuté de ce courriel avec M. Bouvier ?

19    **M. Peretti.**- Je ne me souviens pas.

20    **Mme le Juge.**- Vous vous souvenez pourquoi M. Bouvier demande
21    expressément : « *Merci de me transmettre la fiche en fichier doc.* ».

22    **M. Peretti.**- Cela ne doit pas avoir grande importance qu'elle soit en doc ou
23    pas en doc. Je ne sais pas ce que ça veut dire mais... Je ne comprends pas. En
24    doc, je ne sais pas ce que ça veut dire. C'est un fichier, quoi !

86 |  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.**- Pourquoi demandait-il un fichier séparé ?

2    **M. Peretti.**- Je n'ai pas d'idée.

3    **Mme le Juge.**- D'accord. Est-ce que les informations que vous avez reçues
4    vous-même de cette sculpture de Giacometti, vous les avez données à une autre
5    personne ?

6    **M. Peretti.**- J'ai déjà répondu. J'en avais parlé à un autre client.

7    **Mme le Juge.**- Un autre client qui n'est pas M. Rybolovlev ?

8    **M. Peretti.**- Non.

9    **Mme le Juge.**- Vous dites en avoir parlé à un autre client mais qui n'était pas
10   M. Rybolovlev.

11   Vous avez transmis ces informations à M. Sazanov ?

12   **M. Peretti.**- Non.

13   **Mme le Juge.**- Ou a une autre personne qui travaillait pour Rybolovlev ?

14   **M. Peretti.**- Non.

15   **Mme le Juge.**- Non.   Savez-vous si M. Bouvier lui-même a transmis ces
16   informations à des tiers ?

17   **M. Peretti.**- Non.

18   **Mme le Juge.**- Vous l'ignorez, d'accord.

19   Vous ne savez donc pas si M. Bouvier les a données à M. Rybolovlev ou à
20   M. Sazanov ?

21   **M. Peretti.**- Non.

87 |  *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1     **Mme le Juge.**- Savez-vous si, finalement, M. Bouvier a acheté cette sculpture de
2     Giacometti ?

3     **M. Peretti.**- Je ne sais pas. Je ne m'en rappelle pas .

4     **Mme le Juge.**- « *Je l'ignore, je ne m'en rappelle pas* », dites-vous. Vous ne
5     savez donc pas combien il aurait payé pour acheter cette sculpture ?

6     **M. Peretti.**- Non.

7     **Mme le Juge.**- Savez-vous si M. Rybolovlev a finalement acheté cette
8     sculpture ?

9     **M. Peretti.**- Non.

10     **Mme le Juge.**- Savez-vous combien M. Rybolovlev aurait payé pour cette
11     oeuvre d'art de Giacometti ?

12     **M. Peretti.**- Non.

13     **Mme le Juge.**- Savez-vous si M. Bouvier a perçu un montant en revendant cette
14     oeuvre à M. Ryblovlev ou ses sociétés ?

15     **M. Peretti.**- Non.

16     **Mme le Juge.**- Savez-vous si les deux, M. Bouvier et les sociétés de
17     M. Rybolovlev avaient un accord sur cette oeuvre d'art ?

18     **M. Peretti.**- Non.

19     **Mme le Juge.**- Avez-vous eu des conversations concernant cette sculpture de
20     Giacometti avec M. Rybolovlev lui-même ?

21     **M. Peretti.**- Non.

22     **Mme le Juge.**- Avec M. Sazanov ?

88 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Non.

2    **Mme le Juge.-** Avec Tetiana Bersheda ?

3    **M. Peretti.-** Non.

4    **Mme le Juge.-** Avec Yuri Bogdanov ?

5    **M. Peretti.-** Non.

6    **Mme le Juge.-** Avec une personne qui peut être liée de près ou de loin à
7    M. Rybolovleve ou ses sociétés ?

8    **M. Peretti.-** Non.

9    **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications aux
10   sociétés de M. Rybolovlev, ou à M. Rybolovlev lui-même, sur le prix de cette
11   sculpture ?

12   **M. Peretti.-** Non.

13   **Mme le Juge.-** Avez-vous parlé — on en revient à ces mêmes questions — avec
14   M. Valette ou quelqu'un d'autre de Sotheby's des intentions de M. Bouvier,
15   une fois qu'il aurait acheté cette sculpture ?

16   **M. J-M. Peretti.-** Je ne crois pas.

17   **Mme le Juge.-** Savez-vous si M. Bouvier avait discuté avec les gens de
18   Sotheby's de ce qu'il voulait faire de cette oeuvre d'art ?

19   **M. J-M. Peretti.-** Non.

20   **Mme le Juge.-** Vous souvenez-vous avoir parlé avec Sotheby's de l'identité de
21   la personne qui rachèterait ce Giacometti ?

22   **M. J-M. Peretti.-** Non.

89 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **Mme le Juge.-** Est-ce que vous savez combien M. Rybolovlev et ses sociétés
2 auraient racheté le Giacometti à M. Bouvier ?

3 **M. J-M. Peretti.-** Non.

4 **Mme le Juge.-** Savez-vous si Mme Rappo a participé à la vente par M. Bouvier
5 à M. Rybolovlev ou de ses sociétés du Giacometti et, *a fortiori*, s'il a reçu de
6 l'argent dans ce cadre de Mme Rappo ?

7 **M. J-M. Peretti.-** Non.

8 **IX.    LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE** *LE*
9        *DOMAINE D'ARNHEIM* **DE RENE MAGRITTE**

10 **Mme le Juge.-** Avez-vous communiqué avec M. Bouvier au sujet de cette
11 œuvre ?

12 **M. J-M. Peretti.-** Oui.

13 **Mme le Juge.-** Vous pouvez nous dire à peu près quand ?

14 **M. J-M. Peretti.-** Non.

15 **Mme le Juge.-** Est-ce que vous pouvez nous dire ce que vous avez dit à
16 M. Bouvier par rapport à cette œuvre ?

17 **M. J-M. Peretti.-** J'ai dit que c'était un chef d'œuvre de Magritte.

18 **Me S. Giroud.-** Madame le Président, je me permets de préciser. La question,
19 c'est « […] *décrivez ces communications* […] » S'il peut être un petit peu plus
20 précis ?

21 **Mme le Juge.-** Vous avez dit « c'est un chef d'oeuvre de Magritte », vous lui
22 avez dit autre chose ?

23 **M. J-M. Peretti.-** Que c'est un chef d'œuvre et que je le trouvais intéressant.
24 C'est tout.

**90 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Il n'y a rien d'autre à dire ?

2    **M. J-M. Peretti.-** J'ai visité la pièce en Belgique.

3    **Mme le Juge.-** Et vous avez dit à M. Bouvier...

4    Je **M. J-M. Peretti.-** Et je suis revenu après avoir fait la visite. C'était chez un
5    très  gros client en Belgique. Je suis revenu enchanté. J'ai trouvé un chef
6    d'œuvre de Magritte.

7    **Mme le Juge.-** D'accord. Avez-vous parlé avec M. Valette de cette œuvre ?

8    **M. J-M. Peretti.-** C'est lui qui me l'a présentée.

9    **Mme le Juge.-** Avez-vous parlé avec d'autres employés de SOTHEBY'S au sujet
10   de ce Magritte ?

11   **M. J-M. Peretti.-** Certainement, peut-être que l'on m'a demandé un avis mais je
12   ne m'en souviens pas.

13   **Mme le Juge.-** Avez-vous parlé à d'autres personnes que M. Bouvier et d'autres
14   personnes de SOTHEBY'S de cette œuvre ?

15   **M. J-M. Peretti.-** J'ai demandé à l'expert de Magritte ce qu'il en pensait. Il m'a
16   dit que c'était un chef d'œuvre et qu'il aimerait bien l'avoir pour des expositions.
17   J'ai demandé à un ami, à un expert qui fait des certificats.

18   **Mme le Juge.-** En revanche, vous ne l'avez pas proposé à d'autres clients,
19   comme vous l'avez fait pour d'autres pièces ?

20   **M. J-M. Peretti.-** Non.

21   **Mme le Juge.-** On vous remet la *Pièce n° 23* sous les yeux.

22   *(Le témoin prend connaissance de la pièce)*

91 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  *« Jean-Marc, est-ce que l'on peut parler du Magritte ? ».* C'est un courriel
2  d'août 2011. Vous souvenez-vous avoir reçu ce courriel ?

3  **M. J-M. Peretti.-** Non, mais comme on était en discussion sur ce Magritte, j'ai
4  certainement dû recevoir ce mail mais je n'ai pas souvenir exactement du
5  contenu.

6  **Mme le Juge.-** D'accord.

7  Monsieur Valette dit : *« On a du nouveau. »*

8  Vous savez à quoi il fait référence ?

9  **M. J-M. Peretti.-** Certainement. Je me souviens qu'à un moment, comme tous
10  les vendeurs, ils sont vendeurs ou pas vendeurs. Certainement, il avait dû avoir
11  du nouveau de la part du vendeur qu'il y avait une possibilité de pouvoir le
12  vendre, l'acheter.

13  **Mme le Juge.-** D'accord.

14  Savez-vous pourquoi M. Valette vous a envoyé le mail ?

15  **M. J-M. Peretti.-** Oui, parce qu'il m'a présenté le tableau. Forcément, j'ai fait la
16  visite. Après cette visite, il fallait vraiment savoir si le client était vraiment
17  vendeur ou pas. C'est le principe. Monsieur Valette ne s'occupe que des ventes
18  privées. La part qu'on voit là, c'est ce qu'il présente à moi. Il fait ça toute
19  l'année, pas qu'avec moi, mais aussi avec d'autres clients.

20  **Mme le Juge.-** À la question si vous avez discuté avec M. Valette de cette œuvre
21  avant de recevoir cet e-mail, la réponse est oui. Justement, cette idée venait suite
22  à des discussions parce que M. Valette vous avait dit « j'ai une œuvre de
23  Magritte qui peut t'intéresser ».

24  **M. J-M. Peretti.-** Qui peut être intéressante. Il me vouvoyait.

25  **Mme le Juge.-** Bien compris.

---

92 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  On vous demande de prendre la *Pièce n° 24*. Je vous laisse en prendre
2  connaissance.

3  *(Le témoin prend connaissance de la pièce)*

4  Vous vous souvenez avoir reçu cette communication ?

5  **M. J-M. Peretti.-** Non. Je suis sûr que non.

6  **Mme le Juge.-** Vous êtes sûr que non ?

7  **M. J-M. Peretti.-** On parle bien de la pièce avec Katsis Isadora, je ne sais pas
8  quoi ?

9  **Mme le Juge.-** Cela ne vous dit rien ?

10  **M. J-M. Peretti.-** Non.

11  **Mme le Juge.-** Vous l'excluez donc. Vous vous souvenez que M. Bouvier vous a
12  parlé de cette communication ?

13  **M. J-M. Peretti.-** Non.

14  **Mme le Juge.-** Est-ce que vous vous souvenez avoir parlé de cette
15  communication avec quelqu'un de chez SOTHEBY'S ?

16  **M. J-M. Peretti.-** Je ne pense pas.

17  **Mme le Juge.-** Y a-t-il d'autres informations à ajouter à cette communication ?

18  **M. J-M. Peretti.-** Non.

19  **Mme le Juge.-** Alors c'est la question d'après : vous connaissez Mme Isadora
20  Katsis ?

21  **M. J-M. Peretti.-** Non.

93 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Vous aviez déjà communiqué avec elle ?

2   **M. J-M. Peretti.-** Non. Je ne la connais pas.

3   **Mme le Juge.-** Madame Katsis dit que le propriétaire de l'œuvre est prêt à la
4   céder pour USD 25 millions.

5   Vous aviez discuté de ce prix avec M. Valette ?

6   **M. J-M. Peretti.-** Je n'en ai pas souvenir. Non.

7   **Mme le Juge.-** Vous aviez parlé de ce prix avec M. Bouvier ?

8   **M. J-M. Peretti.-** Certainement. Il a parlé avec M. Valette directement.

9   **Mme le Juge.-** Dans ce courriel, on voit que M. Valette s'adresse à M. Bouvier
10  en disant : « *Merci de me dire si tu souhaites que nous poursuivions.* »

11  À votre connaissance, c'était usuel que M. Valette tutoie M. Bouvier ?

12  **M. J-M. Peretti.-** Je ne sais pas. En tout cas, moi, il me vouvoie. Il peut
13  m'appeler Jean-Marc mais… Je ne sais pas. Peut-être qu'ils se tutoient.

14  **Mme le Juge.-** Vous l'ignorez.

15  **M. J-M. Peretti.-** Je l'ignore. Il y a des gens qui se tutoient, d'autres qui se
16  vouvoient même chez SOTHEBY'S, avec leurs clients. En tant que marchand d'art,
17  je vouvoie certains clients et j'en tutoie d'autres.

18  **Mme le Juge.-** C'était usuel qu'ils se tutoient ?

19  **M. J-M. Peretti.-** Je ne sais pas.

20  **Mme le Juge.-** Vous ne vous prononcez pas là-dessus ?

94 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Je tutoie M. Bouvier et je vouvoie M. Valette. Je connais
2   M. Valette pas moins que M. Bouvier. Je ne sais pas, donc chacun sa manière.

3   **Mme le Juge.-** Bien compris. Est-ce que M. Valette, de manière générale.... Ça,
4   c'est pour vous en particulier. Vous, vous avez dit qu'il vous appelle Jean-Marc,
5   en utilisant le vous.

6   **M. J-M. Peretti.-** Exactement.

7   **Mme le Juge.-** Il ne vous tutoie pas ?

8   **M. J-M. Peretti.-** Exactement.

9   **Mme le Juge.-** Savez-vous si, à l'automne 2011, M. Valette a également
10  communiqué avec M. Bouvier concernant une autre oeuvre de Magritte qui
11  s'appelle *Empire des lumières* ?

12  **M. J-M. Peretti.-** Non.

13  **Mme le Juge.-** Vous n'en avez pas le souvenir ?

14  **M. J-M. Peretti.-** Non.

15  **Mme le Juge.-** Vous-même, est-ce qu'en automne 2011, vous avez discuté avec
16  M. Bouvier de cette œuvre *Empire des lumières*.

17  **M. J-M. Peretti.-** Je ne pense pas. C'est possible que je lui ai dit que le chef
18  d'oeuvre absolu chez Magritte, c'est *L'Empire des lumières*. C'est mon métier, et
19  je sais que c'est les oeuvres les plus importantes. En tout cas, je suis sûr de ne pas
20  avoir eu un intérêt sur une oeuvre *L'Empire des lumières*.

21  **Mme le Juge.-** D'accord. Du coup, avez-vous discuté avec M. Valette de
22  *L'Empire des lumières* ?

23  **M. J-M. Peretti.-** Je ne pense pas.

24  **Mme le Juge.-** Vous ne le pensez pas.

95 |   *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –
JMF – RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.**- En tout cas, pas commercialement, pour être plus précis.

2   **Mme le Juge.**- Il s'avère que M. Valette a fourni des évaluations de cette œuvre.
3   Est-ce qu'on se réfère au courriel que l'on a encore sous les yeux, parce que ce
4   n'est pas très clair la manière dont la question est posée. J'essaie juste de faire le
5   lien. Je vais calquer aux questions posées.

6   Est-ce que vous savez de quelle manière M. Valette aurait procédé à des
7   évaluations du chef d'oeuvre *L'Empire des lumières ?*

8   De nouveau, il y a deux fois la même question. Il n'est pas impossible que vous
9   ayez parlé de *L'Empire des lumières* avec M. Bouvier mais pas de manière
10   commerciale ?

11   **M. J-M. Peretti.**- Voilà.

12   **Mme le Juge.**- Aviez-vous discuté vous-même, directement avec M. Valette, de
13   la valeur potentielle de *L'Empire des lumières.*

14   **M. J-M. Peretti.**- Oui. Quand on parle de chef d'oeuvre, on prend la valeur
15   absolue. On peut discuter. C'est notre métier de faire des comparatifs et de
16   dire... Je pense. Je n'en ai pas souvenir mais, en tous les cas, pas
17   commercialement.

18   **Mme le Juge.**- Pas commercialement. En revanche, *Domaine d'Arnheim*, c'est
19   celui dont on a parlé avant, il y avait eu des discussions et un achat ?

20   **M. J-M. Peretti.**- Voilà, et j'avais fait une visite chez un client belge.

21   **Mme le Juge.**- D'accord. En revanche, pas pour *l'Empire des lumières ?*

22   **M. J-M. Peretti.**- Non.

23   **Mme le Juge.**- Savez-vous si M. Bouvier a discuté directement avec M. Valette
24   de ce tableau et de sa valeur, *L'Empire des lumières* ?

25   **M. J-M. Peretti.**- Non.

96 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Vous l'ignorez ?

2    **M. J-M. Peretti.-** Oui.

3    Est-ce que M. Valette... Je veux être précise. La question 8...

4    Maître Giroud, à votre sens, la question 8, on parle de quelle œuvre ? Ce n'est
5    plus *L'Empire des lumières*. On parle du *Domaine d'Arnheim*, j'imagine ?

6    **Me S. Giroud.-** Nous n'avons pas la liste des questions, c'est un peu difficile de
7    l'affirmer. De ce que je comprends, c'est en lien...

8    **Mme le Juge.-** Dans la logique, parce que, pour *Empire des lumières*, il n'y a
9    rien par rapport à ça. J'imagine donc que l'on parle toujours du *Domaine*
10   *d'Arnheim*.

11   Les informations ou fiches techniques que vous avez reçues sur *Domaine*
12   *d'Arnheim*, les avez-vous données à une autre personne ?

13   **M. J-M. Peretti.-** Je ne crois pas. Je vous l'ai dit. J'en ai parlé à la personne qui
14   fait les certificats. Lui, ce n'est pas un acheteur. C'est simplement...

15   **Mme le Juge.-** Au sein de SOTHEBY'S, la personne qui fait les certificats.

16   **M. J-M. Peretti.-** Non, non ! SOTHEBY'S ne fait jamais de certificat. Il y a un
17   expert pour Magritte.

18   **Mme le Juge.-** À l'expert Magritte. C'est la seule personne à laquelle vous vous
19   souvenez d'en avoir parlé ?

20   **M. J-M. Peretti.-**  C'est la seule personne qui peut délivrer un certificat. Vous
21   voyez ce que je veux dire. Sans certificat de cette personne, le tableau n'est pas
22   valable. J'ai donc demandé plus de renseignements et s'il savait plus de choses
23   sur cette oeuvre.

24   **Me S. Giroud.-** Pourriez-vous préciser de quel certificat on parle, s'il vous
25   plaît ?

97 |   *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Être plus précis ?

2    **Me S. Giroud.-** Juste la nature du certificat ?

3    **M. J-M. Peretti.-** Il y avait un comité Magritte qui se situait à Paris. Je n'ai pas
4    le nom de la personne exactement. Si vous n'avez pas ce certificat, ou si...

5    Il y a deux choses : soit vous avez ce certificat, soit il est dans le livre que l'on
6    appelle le « catalogue raisonné », et qui fait foi. Par exemple, pour Picasso, ils ne
7    font plus de certificat. Si vous avez un catalogue raisonné qui s'appelle le...

8    **Mme le Juge.-** Je suis désolée : « catalogue raisonné » ?

9    **M. J-M. Peretti.-** On appelle ça « catalogue raisonné », où sont produites toutes
10   les œuvres. À ce moment-là, vous n'avez pas besoin d'un certificat. Il faut que ce
11   catalogue raisonné soit fait par une personne qui fait foi.

12   **Mme le Juge.-** Dans le cadre du tableau *Domaine d'Arnheim*, vous aviez
13   demandé un certificat...

14   **M. J-M. Peretti.-** ...non, des renseignements complémentaires sur ce tableau.

15   **Mme le Juge.-** ...auprès de l'expert qui s'occupe des certificats.

16   **M. J-M. Peretti.-** Oui. Moi, on ne peut pas me donner un certificat si je n'achète
17   pas le tableau mais on peut me donner des renseignements.

18   **Mme le Juge.-** C'est pour vous ?

19   **Me S. Giroud.-** C'est un certificat d'authenticité, si j'ai bien compris ? C'est
20   pour l'authenticité.

21   **M. J-M. Peretti.-** Moi, n'ai pas demandé de certificat...

22   **Me S. Giroud.-** Je sais ! Mais quand vous parlez de certificat, vous parlez d'un
23   certificat qui établit l'authenticité.

98 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. J-M. Peretti.-** Je vous l'ai expliqué. Il y a deux possibilités : soit il n'est pas
2  dans le catalogue raisonné de l'expert, et on demande un certificat. S'il est dans
3  le catalogue raisonné, il fait foi et on n'a pas besoin d'un certificat. On ne peut
4  pas vous avoir les deux.

5  **Me S. Giroud.-** Moi, je vous comprends très bien. C'est pour les personnes qui
6  lieraient le PV et qui ne savent pas ce dont on parle.

7  **M. J-M. Peretti.-** Voilà. J'ai juste essayé d'expliquer.

8  **Mme le Juge.-** Alors peut-on parler de certificat d'authenticité ?

9  **M. J-M. Peretti.-** Pour ce cas-là ?

10  **Mme le Juge.-** Oui.

11  **M. J-M. Peretti.-** Non. Je n'ai pas demandé de certificat d'authenticité.

12  **Mme le Juge.-** J'ai bien compris, mais quand vous dites, un comité Magritte, à
13  Paris, s'occupe sur demande de fournir des certificats, la question, c'est : vous
14  dites qu'il y a des certificats… Ils peuvent aussi fournir les renseignements mais,
15  quand on demande un certificat, c'est un certificat d'authenticité que c'est bien…

16  **M. J-M. Peretti.-** Parce que l'oeuvre ne n'est pas répertoriée dans le catalogue
17  raisonné.

18  **Mme le Juge.-** D'accord. Bien compris.

19  **M. J-M. Peretti.-** Certaines œuvres n'y sont pas répertoriées, car elles arrivent
20  après.

21  **Mme le Juge.-** Très bien.

22  Les informations que vous avez reçues en lien avec le *Domaine d'Arnheim*, vous
23  les avez données seulement à cet expert. Est-ce que vous les avez données à
24  M. Rybolovlev ?

99 |  *Cour de District des États-Unis pour le Sud du District de New York -- N° 1.18 -- CV 09011 --*
*JMF - RWL*
*Accent Delight International LTD -- XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti -- 2 mai 2022*

1    **M. J-M. Peretti.-** Non.

2    **Mme le Juge.-** À d'autres personnes qui pourraient travailler pour lui ?

3    **M. J-M. Peretti.-** Non.

4    **Mme le Juge.-** On vous soumet, toujours dans l'ordre, la *Pièce n° 25*, un
5    message de M. Valette à M. Bouvier. Je vous laisse en prendre connaissance.

6    Avez-vous reçu, vous-même, copie de cette communication ?

7    **M. J-M. Peretti.-** Non.

8    **Mme le Juge.-** Vous vous souvenez que M. Bouvier vous ait parlé de ce
9    message qu'il avait reçu ?

10    **M. J-M. Peretti.-** Non.

11    **Mme le Juge.-** Vous souvenez-vous avoir discuté de cette communication avec
12    M. Valette ou d'autres personnes de SOTHEBY'S ?

13    **M. J-M. Peretti.-** Je ne m'en souviens pas mais c'est normal. En fait, c'est une
14    fiche de comparatif avec d'autres tableaux de Magritte. C'est un vendeur qui fait
15    son travail. Il fait des comparaisons.

16    **Mme le Juge.-** Savez-vous si ce mail ou cette communication a aussi été
17    envoyée à M. Rybolovlev ou à ses sociétés ?

18    **M. J-M. Peretti.-** Je ne sais pas.

19    **Mme le Juge.-** D'accord. Vous pouvez prendre la *Pièce n° 26.*

20    *(Le témoin prend connaissance de la pièce)*

21    De nouveau, c'est un message qui émane d'Holli Chandler. Est-ce que vous-
22    même, vous avez reçu cette communication ?

**100** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Non.

2    **Mme le Juge.-** Avez-vous discuté de cette communication avec M. Bouvier ?

3    **M. J-M. Peretti.-** Non.

4    **Mme le Juge.-** Avec des employés de SOTHEBY'S, M. Valette ?

5    **M. J-M. Peretti.-** Non. C'est en anglais, et je ne parle pas très bien l'anglais.

6    **Mme le Juge.-** Comme vous l'avez déjà dit, vous ne connaissez pas Mme Holli
7    Chandler ?

8    **M. J-M. Peretti.-** Je ne sais pas qui c'est. Le nom ne me dit rien.

9    **Mme le Juge.-** Savez-vous qui est une personne appelée *« Sabi »* d'ARTSING
10   SG ?

11   **M. J-M. Peretti.-** Comment elle s'appelle ?

12   **Mme le Juge.-** Si vous lisez le destinataire de ce courriel, tout en haut, c'est
13   envoyé à *« Sabi (ARTESING) ».*

14   Vous savez qui est Sabi ?

15   **M. J-M. Peretti.-** Non.

16   **Mme le Juge.-** Ensuite, c'est adressé à Nadia, *« Chère Nadia ».* Savez-vous qui
17   est cette Nadia ?

18   **M. J-M. Peretti.-** Oui.

19   **Mme le Juge.-** Qui est Nadia ?

**101** | *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **M. J-M. Peretti.-** Je pense que c'est une employée des bureaux de M. Bouvier,
2 si je ne me trompe pas. Il y a beaucoup de Nadia mais je sais qu'une Nadia
3 travaille.

4 **Mme le Juge.-** D'accord. Vous la connaissiez ?

5 **M. J-M. Peretti.-** Je l'ai vue deux ou trois fois dans ma vie.

6 **Mme le Juge.-** Vous l'avez vue deux ou trois fois. Elle fait quoi ?

7 **M. J-M. Peretti.-** Elle travaille pour M. Bouvier. Je ne sais pas ce qu'elle fait.

8 **Mme le Juge.-** Du secrétariat ou…

9 **M. J-M. Peretti.-** Du secrétariat, certainement ou je ne sais pas. En tout cas, ce
10 n'est pas une experte en art. Elle doit faire du secrétariat, je pense.

11 **Mme le Juge.-** Dans ce courriel, Mme Chandler parle d'un client. Savez-vous…
12 On voit le deuxième paragraphe, le courriel qui dit : *« J'ai compris de Sam*
13 *Valette que le client aimerait vraiment recevoir la peinture le plus rapidement*
14 *possible. »*

15 Est-ce que vous savez de quel client il parle ?

16 **M. J-M. Peretti.-** Je pense que c'est M. Bouvier.

17 **Mme le Juge.-** Est-ce que vous savez si, finalement, M. Bouvier a acheté cette
18 oeuvre d'art ?

19 **M. J-M. Peretti.-** Je crois qu'il l'a achetée, oui.

20 **Mme le Juge.-** Cela se base sur quoi, sur ce qu'il vous a dit ?

21 **M. J-M. Peretti.-** Non, j'ai fait la visite. Il avait un intérêt et il m'a dit qu'il l'a
22 achetée.

102 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Est-ce que vous savez combien il l'a payée ?

2   **M. J-M. Peretti.-** Non.

3   **Mme le Juge.-** Savez-vous si, par la suite, M. Rybolovlev a fait l'acquisition de
4   cette œuvre ?

5   **M. J-M. Peretti.-** Je l'ai appris par les journaux quand il y a eu une liste des
6   oeuvres qui est sortie.

7   **Mme le Juge.-** Je l'ai appris par les journaux, d'accord.

8   Savez ce que M. Rybolovlev aurait payé pour acheter cette œuvre ?

9   **M. J-M. Peretti.-** Non.

10   **Mme le Juge.-** Savez-vous si M. Bouvier a perçu de l'argent lorsqu'il aurait
11   vendu cette œuvre à M. Rybolovlev ou à ses sociétés ?

12   Paix **M. J-M. Peretti.-** Le contraire eut été étonnant. Il est marchand. Il achète
13   une pièce, il la revend, il est normal qu'il touche, qu'il la vende un peu plus cher.
14   C'est le principe de…

15   **Mme le Juge.-** Vous dites « de manière générale, c'est normal, c'est son métier
16   de marchand d'art, de vendre et de recevoir… »

17   **M. J-M. Peretti.-** Si M. Rybolovlev achète la pièce, il ne peut pas la vendre
18   moins cher qu'il ne l'a achetée. Vous comprenez ce que je veux dire. Combien ?
19   Je ne sais pas.

20   **Mme le Juge.-** Vous ne savez donc pas le montant.

21   Savez-vous s'il y a un accord s'agissant de cette œuvre d'art entre M. Bouvier et
22   M. Rybolovlev ?

23   **M. J-M. Peretti.-** Non.

**103** | *Cour de District des États-Unis pour le Sud du District de New York -- N° 1.18 --  CV 09011 --*
*JMF - RWL*
*Accent Delight International LTD -- XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti -- 2 mai 2022*

1  **Mme le Juge.-** Est-ce que, s'agissant de cette oeuvre d'art en particulier, vous en
2  avez parlé directement avec M. Rybolovlev ?

3  **M. J-M. Peretti.-** Non.

4  **Mme le Juge.-** Avec M. Sazonov ?

5  **M. J-M. Peretti.-** Non.

6  **Mme le Juge.-** Avec Tetiana Bersheda ?

7  **M. J-M. Peretti.-** Non.

8  **Mme le Juge.-** Yuri Bogdanov ?

9  **M. J-M. Peretti.-** Non.

10  **Mme le Juge.-** Toute autre personne travaillant pour M. Rybolovlev ?

11  **M. J-M. Peretti.-** Non.

12  **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications à
13  M. Rybolovlev ou à ses sociétés sur le prix de cette œuvre d'art ?

14  **M. J-M. Peretti.-** Non ?

15  **Mme le Juge.-** On retourne à nouveau sur ces questions vis-à-vis de SOTHEBY'S.

16  Avez-vous parlé avec SOTHEBY'S de ce que M. Bouvier entendait faire de son
17  oeuvre d'art une fois qu'il l'aurait achetée ?

18  **M. J-M. Peretti.-** Non.

19  **Mme le Juge.-** Avez-vous parlé avec SOTHEBY'S de l'identité de la personne qui
20  rachèterait l'oeuvre d'art achetée par M. Bouvier ?

**104 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Je ne crois pas.

2   **Mme le Juge.-** Avez-vous parlé avec SOTHEBY'S du prix payé par la personne
3   qui rachèterait par hypothèse le tableau en question à M. Bouvier ?

4   **M. J-M. Peretti.-** Non.

5   **Mme le Juge.-** Savez-vous si Mme Rappo a participé d'une manière ou une autre
6   à l'acquisition par M. Rybolovlev ou ses sociétés du tableau à M. Bouvier ?

7   **M. J-M. Peretti.-** Non.

8   **Mme le Juge.-** Savez-vous si Mme Rappo a reçu de l'argent dans le cadre de
9   cette opération ?

10  **M. J-M. Peretti.-** Non.

11  **X.    LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE *NU*
12  *COUCHÉ AU COUSSIN BLEU* D'AMEDEO MODIGLIAN**

13  **Mme le Juge.-** Avez-vous parlé avec M. Bouvier de cette œuvre *Nu Couché au*
14  *Coussin Bleu ?*

15  **M. J-M. Peretti.-** Je connais le tableau, car c'est un chef d'œuvre. C'est
16  M. Bouvier qui m'en a parlé.

17  **Mme le Juge.-** Quand ?

18  **M. J-M. Peretti.-** Je ne m'en souviens pas.

19  **Mme le Juge.-** Ce n'est pas vous qui êtes allé vers lui en disant « j'attire ton
20  attention sur le tableau ». C'est lui qui vous en a parlé ?

21  **M. J-M. Peretti.-** Il m'a demandé mon avis.

22  **Mme le Juge.-** D'accord. En avez-vous parlé avec M. Valette ?

**105 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In, (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** C'est possible. Ce tableau est mythique. On connaît tous le
2   propriétaire en tant que marchands.

3   **Me S. Giroud.-** Madame le Président, par rapport à la précédente question,
4   quand vous avez parlé avec M. Bouvier. Pouvez-vous quand même donner un
5   ordre de grandeur des dates ?

6   **M. J-M. Peretti.-** Il y a 10 ans, je ne me souviens pas de tout.

7   **Mme le Juge.-** Vous vous souvenez à peu près ?

8   **M. J-M. Peretti.-** Peut-être 10 ans, ou 8 ans, je ne sais pas.

9   **Mme le Juge.-** Ce peut être une dizaine d'années.

10  **M. J-M. Peretti.-** Ou 10 ans, je ne me souviens pas exactement des dates. C'est
11  loin.

12  **Mme le Juge.-** Avez-vous parlé avec d'autres employés de SOTHEBY'S de
13  l'oeuvre *Nu Couché au Coussin bleu ?*

14  **M. J-M. Peretti.-** Non.

15  **Mme le Juge.-** Avec d'autres personnes de manière générale ?

16  **M. J-M. Peretti.-** Oui.

17  **Mme le Juge.-** C'est-à-dire ?

18  **M. J-M. Peretti.-** Monsieur Lionel Pissarro.

19  **Mme le Juge.-** Monsieur Lionel Pissarro, aussi il y a une dizaine d'années ?

20  **M. J-M. Peretti.-** En même temps.

**106** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** En même temps, la même époque avec M. Lionel Pissarro. Qui
2   est Lionel Pissarro ?

3   **M. J-M. Peretti.-** Un marchand d'art, arrière-petit-fils du peintre Pissarro.

4   **Mme le Juge.-** On vous soumet la *Pièce n°27*. Tournez la page, c'est la *pièce*
5   *n° 27.*

6   *(Le témoin prend connaissance de la pièce)*

7   Monsieur Valette qui vous envoie : *« Voici comme promis des informations sur*
8   *le Modigliani »*. Vous vous souvenez d'avoir reçu ce mail ?

9   **M. J-M. Peretti.-** Oui.

10   **Mme le Juge.-** Pourquoi, dans ce mail, M. Valette écrit à vous et à M. Bouvier
11   en même temps ?

12   **M. J-M. Peretti.-** C'est moi qui ai fait la demande auprès de M. Valette de savoir
13   si ce tableau était possible d'être le marché. Je connais les goûts de M. Bouvier.
14   Je savais que c'était un tableau intéressant pour lui et qu'il y avait un autre client
15   potentiellement à travers M. Pissarro qui s'occupait du Qatar.

16   **Mme le Juge.-** D'accord. Dans le cas d'espèce, on a vu, dans d'autres
17   communications, qu'il y avait un mail séparé Peretti, un mail séparé Bouvier.
18   Pouvez-vous expliquer pourquoi, dans le cas d'espèce, il y a un seul mail pour
19   les deux ?

20   **M. J-M. Peretti.-** Je ne sais pas. Peut-être qu'il me l'a envoyé avant, et que j'en ai
21   parlé à M. Bouvier. Je ne peux pas me souvenir exactement de la chronologie des
22   choses.

23   **Mme le Juge.-** Il vous envoie des informations *« comme promis »*. Cela veut dire
24   que vous en aviez discuté avant avec lui ?

25   **M. J-M. Peretti.-** J'ai répondu. C'est moi qui lui ai fait la demande de savoir s'il
26   y avait une possibilité sur un Modigliani chef d'oeuvre, donc de rechercher.

**107** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Savez-vous si M. Valette et M. Bouvier entre eux avaient discuté
2  avant que M. Valette envoie ce courriel ?

3  **M. J-M. Peretti.-** Je ne pense pas.

4  **Mme le Juge.-** Vous ne pensez pas, car, en général, ça passait par vous ?

5  **M. J-M. Peretti.-** Non. On ne sait pas si le tableau est à vendre et il n'y a pas de
6  prix. Je ne pense pas qu'il va communiquer avec M. Bouvier si on ne sait pas que
7  le tableau est à vendre et qu'il n'y a pas de prix.

8  **Mme le Juge.-** Très bien. On passe à la *Pièce n° 28.*

9  *(Le témoin prend connaissance de la pièce)*

10  De nouveau un courriel envoyé par M. Valette à M. Bouvier : est-ce que vous-
11  même, vous avez reçu ce courrier ?

12  **M. J-M. Peretti.-** Je ne pense pas. Je ne suis pas en copie.

13  **Mme le Juge.-** Vous vous souvenez en avoir parlé avec M. Bouvier ?

14  **M. J-M. Peretti.-** Je ne pense pas non plus mais je ne sais pas.

15  **Mme le Juge.-** Vous souvenez-vous avoir parlé de ce courrier avec des employés
16  de Sotheby's ?

17  **M. J-M. Peretti.-** Non.

18  **Mme le Juge.-** Dans ce courrier, dans ce courriel, c'est mis : *« La valeur*
19  *estimative* [regardez tout en bas de la page] *se situerait probablement entre 70 et*
20  *90 millions de dollars. »*

21  Comment M. Valette est-il arrivé à écrire cela ?

**108** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.**- Moi, qui suis marchand, j'essaie de l'expliquer. Vous voyez le
2   dernier tableau qui est en bas. *« Acheté 26,8 millions, refus en 2011, 90. »* Je sais
3   à qui appartient ce tableau, et il a été vendu 160 millions aux enchères. Si vous
4   voulez, on est dans des comparatifs. En 2003, cela vaut 26, en 2018, cela vaut
5   160 millions. La fourchette annoncée...

6   Si on parle du *Nu couché*, celui en question, il vaut entre 150 et 180 millions
7   d'euros, selon mes estimations. C'est toujours pareil. C'est un communiqué
8   d'expertise de vente. C'est un argument pour que M. Valette vende ce tableau.

9   **Mme le Juge.**- Monsieur Valette écrit cela parce qu'il se base sur l'historique.
10  Ensuite, il faut un comparatif par rapport...

11  **M. J-M. Peretti.**- Voilà ! Il a des informations que l'on ne connaît pas. C'est
12  écrit : « Vendu 26,8 millions. En 2011, refusé 90 millions nets. »

13  Pourquoi ils ont ces informations ? Parce qu'en fait, ils sont amenés à faire des
14  expertises pour la vente publique et le client n'a pas dit « même à 90, je ne vends
15  pas. » Et je connais le client, qui n'est pas...

16  **Mme le Juge.**- Ensuite, on passe à la *Pièce n° 29*. Je vous laisse en prendre
17  connaissance.

18  *(Le témoin prend connaissance de la pièce)*

19  Avez-vous souvenir d'avoir reçu cette communication de décembre 2011 ?

20  **M. J-M. Peretti.**- Cela ne me dit rien.

21  **Mme le Juge.**- Avez-vous souvenir que M. Bouvier vous a parlé de cette
22  communication ?

23  **M. J-M. Peretti.**- Non.

24  **Mme le Juge.**- Avez-vous ce souvenir d'avoir parlé de cet échange de mails avec
25  les employés de SOTHEBY'S ?

---

**109** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Non.

2   **Mme le Juge.-** Du coup, cela vous appelle une remarque cet échange de mails ?

3   **M. J-M. Peretti.-** Je n'ai pas compris.

4   **Mme le Juge.-** Avez-vous des remarques à faire sur cet échange de courriels ?

5   **M. J-M. Peretti.-** Non. Cela me paraît normal.

6   **Mme le Juge.-** Dans cette partie du milieu, dans ce qu'écrit M. Bouvier, on voit :
7   *« Bonjour Sam, peux-tu me confirmer que le tableau arrivera chez nous pour la*
8   *présentation ? »*

9   Vous savez de quoi il parle ?

10   **M. J-M. Peretti.-** Oui. Avant d'acheter le tableau, le client le confie à
11   SOTHEBY'S qui doit bien sûr l'assurer et payer le transport pour organiser une
12   visite pour un potentiel acheteur. Personne ne va acheter un tableau à ce prix-là
13   sans faire une visite, sans avoir un *condition report*.

14   **Mme le Juge.-** Pour avoir quoi ?

15   **M. J-M. Peretti.-** Un *condition report*. Cela veut dire qu'un expert dans la
16   peinture vient l'examiner pour voir s'il y a des défauts, des trous, manque de
17   peinture par exemple.

18   **Mme le Juge.-** C'est ça la présentation. ?

19   **M. J-M. Peretti.-** Il y a d'abord le visu pour celui qui l'achète. On ne peut pas
20   acheter un tableau sur photo. On a besoin de le voir, voir combien il y a de
21   matière, etc.

22   **Mme le Juge.-** D'accord.

23   **Me D. Bottgé.-** Ca, c'est de façon générale. Ce n'est pas que pour ce...

**110 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Non. C'est pour tout le monde. Pour tous les tableaux, même
2   les tableaux à 5 000.

3   **Me D. Bottge.-** La question tourne autour de ça : vous savez si cette...

4   **Mme le Juge.-** La question est posée de manière assez large. À quoi il est fait
5   référence quand on parle d'une présentation. C'est dit de manière assez large.
6   Dans ce cas précis, s'agissant de cette présentation-là, de ce tableau-là, en
7   avez-vous discuté avec M. Valette ?

8   **M. Peretti.-** Je ne crois pas.

9   **Mme le Juge.-** Avez-vous participé à cette présentation de ce tableau à
10   M. Bouvier ?

11   **M. Peretti.-** Non.

12   **Mme le Juge.-** Savez-vous si M. Bouvier avait des discussions directement avec
13   M. Valette, s'agissant de cette présentation ?

14   **M. Peretti.-** Je ne sais pas. En principe, quand c'est lui qui présente un tableau, il
15   est normal qu'il en parle. C'est la même personne. C'est obligatoire.

16   **Mme le Juge.-** Vous ne savez pas mais vous imaginez.

17   Les informations que vous aviez reçues en lien avec ce *Nu Couché au Coussin*
18   *Bleu*, vous les aviez fournies à d'autres personnes ?

19   **M. Peretti.-** Comme je l'ai dit, une autre personne m'en avait parlé : M. Pissaro.

20   **Mme le Juge.-** L'arrière-petit-fils de Pissaro. Est-ce que vous-même avez-vous
21   donné ce matériel à l'arrière petit-fils de Pissaro ?

22   **M. Peretti.-** Non, parce que M. Pissaro ... En fait, la demande du Modigliani a été
23   faite à SOTHEBY'S, à travers M. Valette qui s'occupe des ventes privées, et à
24   travers M. Pissaro parce que je savais qu'il connaissait le propriétaire.

**111 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Avez-vous donné les informations contenues dans les fiches à
2   M. Rybolovlev ?

3   **M. Peretti.-** Non.

4   **Mme le Juge.-** À d'autres personnes qui travaillent pour M. Rybolovlev ?

5   **M. Peretti.-** Non.

6   **Mme le Juge.-** Savez-vous si, finalement, M. Bouvier a acheté de grand *Nu*
7   *couché* ?

8   **M. Peretti.-** Oui.

9   **Mme le Juge.-** Comment l'avez-vous appris ?

10   **M. Peretti.-** Par la presse.

11   **Mme le Juge.-** Vous le savez par la presse. Vous avez appris cela quand ?

12   **M. Peretti.-** En 2015, je crois.

13   **Mme le Juge.-** En 2015, par la presse ?

14   **M. Peretti.-** Oui.

15   **Mme le Juge.-** Savez-vous combien, finalement, M. Bouvier a payé pour acheter
16   cette oeuvre ?

17   **M. Peretti.-** C'était marqué dans la presse, en 2015 mais je n'ai plus souvenir.

18   **Mme le Juge.-** Vous vous souvenez d'avoir vu ça dans la presse, en 2015.

19   Savez-vous si M. Rybolovlev et/ou ses sociétés ont ensuite acheté cette oeuvre ?

20   **M. Peretti.-** C'était également indiqué dans la presse.

**112** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Dans la presse. Savez-vous combien ils ont payé pour cette
2   oeuvre ?

3   **M. Peretti.-** Je ne m'en rappelle pas.

4   **Mme le Juge.-** Vous ne vous souvenez pas : les seules informations que vous
5   aviez, vous les avez lues dans la presse.

6   **M. Peretti.-** Je l'ai lu dans la presse mais c'était en 2015. Je ne peux pas vous dire
7   exactement combien il l'a achetée et combien il l'a vendue. Ce n'était pas mon
8   problème.

9   **Mme le Juge.-** En termes de connaissance directe, vous ne savez pas s'il y avait
10  un accord direct entre M. Bouvier et M. Rybolovlev ?

11  **M. Peretti.-** Non.

12  **Mme le Juge.-** Ni sur un prix de vente ni sur l'existence d'un accord ?

13  **M. Peretti.-** Non. Au moment des faits, non.

14  **Mme le Juge.-** Au moment des faits, non. Les informations que vous avez, vous
15  les avez lues dans la presse, en 2015.

16  Savez-vous si Mme Rappo a été impliquée dans l'achat par M. Rybolovlev et ses
17  sociétés du *Nu Couché au Coussin Bleu* ?

18  **M. Peretti.-** Non.

19  **Mme le Juge.-** Savez-vous si Mme Rappo a reçu de l'argent dans le cadre de
20  cette revente de M. Bouvier à M. Rybolovlev ?

21  **M. Peretti.-** Non.

22  **Mme le Juge.-** En lien avec *Nu Couché au Coussin Bleu*, avez-vous parlé ou
23  communiqué avec M. Rybolovlev ?

**113 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Non.

2    **Mme le Juge.-** Avec Mikhail Sazanov ?

3    **M. Peretti.-** Non.

4    **Mme le Juge.-** Avec Tetiana Bersheda ?

5    **M. Peretti.-** Non.

6    **Mme le Juge.-** Avec Yuri Bogdanov ?

7    **M. Peretti.-** Non.

8    **Mme le Juge.-** Avec toute autre personne travaillant avec M. Rybolovlev ?

9    **M. Peretti.-** Non.

10    **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications à
11    M. Rybolovlev et/ou à ses sociétés représentants quant au prix de vente du
12    tableau.

13    **M. Peretti.-** Non.

14    **Mme le Juge.-** Avez-vous parlé à SOTHEBY'S de ce que M. Bouvier avait
15    l'intention de faire de ce tableau, une fois qu'il l'aurait acheté ?

16    **M. Peretti.-** Non. Parce que je pense que SOTHEBY'S ne connaissait pas
17    l'intention de M. Bouvier.

18    **Mme le Juge.-** Avez-vous parlé avec SOTHEBY'S du fait que M. Bouvier allait
19    peut-être revendre ce tableau ?

20    **M. Peretti.-** Non. Je ne m'en souviens pas mais je ne pense pas.

21    **Mme le Juge.-** Savez-vous si M. Bouvier avait dit à SOTHEBY'S qu'il allait

**114** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  revendre le tableau à un tiers et le cas échéant, à qui ?

2  **M. Peretti.-** C'est une obligation en tant que marchand. Il ne le dit pas à
3  SOTHEBY'S. Mais il va acheter un tableau, il va acheter dix tableaux, quinze
4  tableaux et puis, il les revend. Après, à qui et comment, non.

5  **Mme le Juge.-** Vous ne savez pas s'il a dit à SOTHEBY'S qui ce serait ?

6  **M. Peretti.-** Non.

7  **Mme le Juge.-** Avez-vous parlé, avec SOTHEBY'S, du prix que M. Bouvier a pu
8  obtenir lorsqu'il a revendu ce tableau ?

9  **M. Peretti.-** Non.

10  **Mme le Juge.-** On vous remet la *Pièce n° 30*.

11  *(Le témoin prend connaissance de la pièce)*

12  De nouveau, une estimation. SOTHEBY'S a fourni, à M. Bouvier, une estimation
13  du tableau dont on a parlé à 110 millions de dollars. Vous avez reçu une copie de
14  ce document ?

15  **M. Peretti.-** Non.

16  **Mme le Juge.-** Avez-vous parlé de ce document avec M. Bouvier ?

17  **M. Peretti.-** Non, je ne le connaissais pas.

18  **Mme le Juge.-** Avez-vous parlé de ce document avec des employés de
19  SOTHEBY'S ?

20  **M. Peretti.-** Non.

21  **Mme le Juge.-** Savez-vous si M. Bouvier a demandé à SOTHEBY'S de préparer
22  cette estimation ?

**115** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti.-** Si... je n'ai pas compris.

2  **Mme le Juge.-** Savez-vous si c'est M. Bouvier qui a demandé à SOTHEBY'S de
3  préparer cette estimation ?

4  **M. Peretti.-** Non. En plus, je vois qu'il est marqué « *insurance value* ». C'est
5  normal : on demande toujours une valeur d'assurance qui est toujours supérieure
6  à...

7  **Mme le Juge.-** Vous dites que c'est une valeur d'assurance.

8  **M. Peretti.-** Du reste, c'est marqué derrière. Mais je ne suis pas au courant du
9  prix.

10  **Mme le Juge.-** On précise peut-être que cela ressort de l'expertise elle-même et
11  que cela a été demandé comme valeur d'assurance.

12  Pourquoi M. Bouvier a-t-il demandé une estimation ? Vous imaginez que c'est
13  pour une valeur d'assurance ?

14  **M. Peretti.-** Oui, pour une valeur d'assurance. C'est courant et cela se passe pour
15  tous les collectionneurs. C'est SOTHEBY'S qui fait les évaluations des valeurs
16  d'assurance. Ou CHRISTIE'S, si vous voulez.

17  **Mme le Juge.-** Vous y avez participé ?

18  **M. Peretti.-** Non.

19  **Mme le Juge.-** Les informations que vous nous donnez maintenant, c'est ce que
20  vous lisez à la lecture de la pièce que l'on vous met sous les yeux ?

21  **M. Peretti.-** Exactement.

22  **Mme le Juge.-** Vous avez discuté, avec M. Rybolovlev ou ses sociétés, de
23  l'estimation de ce tableau ?

24  **M. Peretti.-** Non.

**116** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Avez-vous une idée de pourquoi l'estimation ne parle pas du fait
2    que M. Bouvier a acquis l'oeuvre en 2012 ?

3    **M. Peretti.-** Non. S'il y a cette estimation-là, c'est qu'on a certainement dû lui
4    demande de la faire : son client ou je ne sais qui. Je réponds non.

5    **Mme le Juge.-** La question est celle de savoir pourquoi, dans cette estimation, on
6    ne dit pas que M. Bouvier l'a achetée en 2012 ?

7    **M. Peretti.-** Je ne sais pas.

8    **Mme le Juge.-** Vous ne savez pas. Avez-vous parlé avec M. Valette de cette
9    estimation ?

10    **M. Peretti.-** Non.

11    **Mme le Juge.-** Non. Dans cette estimation, SOTHEBY'S arrive à 110 millions de
12    dollars. Savez-vous comment elle a estimé la valeur de cette oeuvre ?

13    **M. Peretti.-** Oui. Je pense que c'est en faisant des comparatifs, comme on l'a vu
14    tout à l'heure, avec des tableaux. Seuls eux sont capables de vous faire des valeurs
15    assez hautes parce qu'ils ont un fichier clients avec tous les tableaux. Et il y a des
16    clients qui refusent un certain prix. Ils ont donc une évaluation du marché que
17    nous n'avons pas, nous. Vous comprenez ce que je veux dire ? .

18    **Mme le Juge.-** Tout à fait. Ils tiennent compte de ce qu'on a vu avant, c'est qu'ils
19    mettent les valeurs auxquelles le client a refusé de vendre ?

20    **M. Peretti.-** Oui. Et nous, on ne les a pas, ces indications. Un tableau vendu
21    26 millions, ils savent, eux, parce qu'ils ont été chez le client, que le client a
22    refusé 90 millions. Trois ans après, il vend le tableau à 160 millions. Nous ne les
23    avons pas, ces indications. Seuls eux représentent 95 % du marché, pour aller
24    chercher des tableaux.

25    **Mme le Juge.-** SOTHEBY'S ?

26    **M. Peretti.-** Oui. Et CHRISTIE'S maintenant. Les deux.

**117 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 --*
*JMF - RWL*
   *Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
   *c/*
   *SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
   *Audition de M. Jean-Marc Peretti -- 2 mai 2022*

1  **Me S. Giroud.-** Madame la Président. J'ai une question de compréhension. Vous
2  avez dit, avant, Monsieur, que justement SOTHEBY'S avait toutes ces
3  informations. On a vu une pièce sur laquelle ces informations étaient listées. D'un
4  autre côté, on vous pose la question de savoir pourquoi certaines transactions,
5  avec certaines valeurs, qui ne sont pas inscrites. J'aimerais simplement savoir
6  comment vous expliquez le fait que parfois il y a les informations et parfois il n'y
7  en a pas.

8  **M. Peretti.-** Je ne sais pas. Peut-être qu'on demande un justificatif par rapport à
9  un prix. Je ne sais pas. En tout cas, ce n'est pas moi qui demande des comparatifs.
10  Peut-être, à un moment donné, est-ce un argument commercial. Je n'en sais rien.
11  Je ne peux pas vous répondre.

12  **Me S. Giroud.-** Mais dans votre expérience, ce ne doit pas être des informations
13  qui figurent justement sur les données qui sont communiquées par SOTHEBY'S ?

14  **M. Peretti.-** Moi, je les connais déjà, les informations, je ne peux pas les
15  demander. C'est mon métier. Vous comprenez ?

16  **Mme le Juge.-** La question n'est pas celle-là. Savez-vous, vous, pourquoi dans les
17  estimations de SOTHEBY'S, il y a parfois certains propriétaires qui apparaissent et
18  d'autres fois non.

19  **M. Peretti.-** Quand c'est de notoriété publique... Le *Nu Couché au Coussin Bleu*,
20  tout le monde savait que c'était à Steve Cohen parce qu'on voyait son appartement
21  dans les journaux, donc savait à qui il était. Au même titre que, pour le Domaine
22  d'Arnheim, c'est Albert frère. Tout le monde connaît Albert Frère en Belgique.
23  Là, on parle de noms importants. Mais le reste, c'est confidentiel : on ne cite pas
24  les noms.

25  **Me B. Mauron.-** D'ailleurs son nom ne figure pas dans les informations de
26  document.

27  **M. Peretti.-** Qui ne figure pas ? Pardon ?

28  **Me B. Mauron.-** Le propriétaire. Vous avez dit...

**118** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Peut-être qu'il figure à travers une société. Je ne sais pas. Non ?

2    **Me B. Mauron.-** Peut-être.

3    **M. Peretti.-** Peut-être. Vous savez, ce n'est pas moi l'expert.

4    **Me D. Bottge.-** Restons dans le cadre des questions.

5    **Mme le Juge.-** Dans tous les cas, à la question de savoir si vous avez discuté de
6    cette expertise avec M. Valette, vous avez dit non.

7    **M. Peretti.-** Oui.

8    **Mme le Juge.-** Savez-vous si M. Bouvier a discuté de la valeur de l'expertise
9    avec M. Valette ?

10   **M. Peretti.-** Non.

11   **Mme le Juge.-** Avez-vous discuté, avec SOTHEBY'S, de la possibilité de vendre
12   cette oeuvre *Le Nu Couché au Coussin Bleu* aux enchères, notamment dans des
13   enchères à New York ?

14   **M. Peretti.-** C'est possible. Tous les jours on me demande si tel tableau ferait
15   plus aux enchères ou pas. C'est possible. Je ne sais pas. Je ne me souviens bien.
16   Vous savez, c'était il y a dix ans. Mais c'est une possibilité.

17   **Mme le Juge.-** Savez-vous qui aurait eu l'idée de dire : « On pourrait
18   éventuellement vendre aux enchères » ?

19   **M. Peretti.-** Je ne sais pas. En fait, ce n'est pas une idée, c'est une suggestion que,
20   en tant que marchand — SOTHEBY'S ou CHRISTIE'S —, l'on se pose : « Quel prix
21   ce chef-d'œuvre pourrait faire aux enchères ». Donc on en discute. Mais là, en
22   l'occurrence, c'est une vente privée, donc on le sait puisque Monsieur Cohen est le
23   vendeur dans le privé. ??

24   **Mme le Juge.-** Mais vous confirmez que, indépendamment du fait que c'était une
25   vente privée, il y a eu des discussions ?

119 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** C'est possible.

2   **Mme le Juge.-** Il est possible qu'il y ait eu des discussions pour que ce tableau
3   fasse l'objet d'une vente aux enchères ?

4   **M. Peretti.-** Non, il est possible pour faire un comparatif. Parce qu'on savait qu'il
5   ne passait pas aux enchères.

6   **Mme le Juge.-** Il n'y a jamais eu l'idée de faire une vente aux enchères. L'idée
7   était de faire des comparatifs de prix pour savoir ce qu'on pourrait en tirer aux
8   enchères ?

9   **M. Peretti.-** Voilà. Est-ce que ce tableau, si l'acheteur le mettait aux enchères,
10   ferait plus ou moins ? Par exemple, si M. Steve Cohen l'avait mis en vente
11   publique, est-ce qu'il aurait fait plus ou pas ? Ce sont des questions qu'on est
12   obligé de se poser.

13   **Mme le Juge.-** La question elle s'est posée pour...

14   **M. Peretti.-** Comme ça, pour avoir un argument. Parce que c'est notre métier.

15   **Mme le Juge.-** Mais en fait, il n'a jamais été question de vendre ce tableau aux
16   enchères ?

17   **M. Peretti.-** Non. À l'époque, je veux dire.

18   **Mme le Juge.-** On vous soumet la *Pièce n° 31.*

19   *(Le témoin prend connaissance de la pièce)*

20   Il s'agit d'un e-mail, de janvier 2015, de Bruno Vinciguerra à vous-même. Vous
21   souvenez-vous d'avoir reçu ce message ?

22   **M. Peretti.-** Non, je ne m'en souviens pas. Par contre, il est en anglais.

23   **Mme le Juge.-** Cela dit, j'ai une suggestion. Vous ne comprenez pas du tout
24   l'anglais ?

**120 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti.-** Très peu. Mais là, je comprends à peu près.

2  **Mme le Juge.-** Quand M. Vinciguerra de vous écrit en anglais, il se dit : « Il va
3  bien comprendre » ou « il ne va pas comprendre » ?

4  **M. Peretti.-** Je ne sais pas. Je ne connais pas beaucoup M. Vinciguerra. Je l'ai vu
5  deux fois dans ma vie. Je vois qu'il me propose une garantie à 70 millions.

6  **Me D. Bottge.-** Je crois qu'il y a une traduction.

7  **Mme le Juge.-** Oui, après la page bleue.

8  (*M. Peretti prend connaissance du mail*)

9  **M. Peretti.-** C'est peut-être M. Bouvier qui m'avait demandé de faire une
10  expertise. C'est possible.

11  **Mme le Juge.-** On va aller aux questions. Vous vous souvenez de ce mail ?

12  **M. Peretti.-** Oui, bien sûr. Je m'en souviens.

13  **Mme le Juge.-** Savez-vous pourquoi SOTHEBY'S offrait une garantie de
14  70 millions.

15  **M. Peretti.-** Je vais vous répondre. Leur travail à eux, c'est d'aller chercher des
16  tableaux chez les clients. Ils savent que je connais M. Bouvier. Monsieur
17  Vinciguerra est Corse, comme moi, donc il est passé par moi. Et il nous dit :
18  « Tiens, peut-être que le Modigliani, ce serait le moment de le vendre ». Ce sont
19  eux qui nous approchent, si vous voulez, en demandant 70 millions. En fait, on
20  parle d'un tableau et, eux, marquent leur intérêt sur les tableaux qu'ils ont vus.

21  **Mme le Juge.-** Savez-vous pourquoi, alors qu'on vient de parler de montants
22  nettement plus importants, dans ce message de M. Vinciguerra, il parle d'une
23  garantie de « seulement » de 70 millions.

24  **M. Peretti.-** Parce que dans l'art, vous ne pouvez jamais parler d'un prix qui est
25  au maximum. Quand on vend un tableau, par exemple un Picasso que l'on estime

**121** | *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    10 à 15 millions et bien souvent, on le vend 30 ou 40 millions.

2    Pour répondre très clairement à cette question : on vend un Léonard de Vinci à
3    100 millions et quelque et puis, il fait 450 millions. Le prix des chefs d'oeuvres,
4    on ne les connaît pas dans les ventes publiques. Mais quand une oeuvre se vend à
5    450 millions, tout le monde est content.

6    **Mme le Juge.-** Vous aviez ce courriel qui parlait de 70 millions et c'était un
7    minimum en quelque sorte ?

8    **M. Peretti.-** C'est une garantie de 70 millions. Les garanties, dans les maisons de
9    vente, c'est quelque chose de courant ? Concrètement, que se passe-t-il ? Quand
10   un client a peur de vendre son tableau, il demande une garantie — mais ce n'est
11   pas le coût final — de 70 millions par exemple. Il va donc avoir 70 millions et
12   au-dessus de 70 millions, ce sera 80% pour lui et 20% pour la maison. C'est ce
13   qui s'appelle une garantie. Le tableau de Léonard de Vinci — je peux vous le dire
14   même si ce n'est pas dans la presse —, il a été garanti à 200.000.000 et c'est lui
15   qui l'a vendu à 450 millions.

16   **Mme le Juge.-** Vous-même, avez-vous discuté de cette garantie avec
17   M. Vinciguerra ?

18   **M. Peretti.-** C'est possible.

19   **Mme le Juge.-** C'est possible. Vous souvenez-vous d'avoir discuté de cette
20   garantie avec M. Valette ?

21   **M. Peretti.-** Je ne crois pas.

22   **Mme le Juge.-** Ou d'autres personnes de chez SOTHEBY'S ?

23   **M. Peretti.-** Non, je pense que c'est M. Vinciguerra.

24   **Mme le Juge.-** Il y a eu des discussions avec M. Vinciguerra et ce sont celles qui
25   sont formalisées par ce message ou il y a eu d'autres discussions avec ce
26   M. Vinciguerra ?

**122** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Je vais vous dire : il parle français mais il m'écrit en anglais. Je le
2   connais très peu. Il est l'un des responsables de SOTHEBY'S New York. Si c'est
3   passé par lui... S'il y avait eu un vrai intérêt, cela aurait été M. Valette et pas
4   M. Vinciguerra. Parce qu'en fait, il était expert-comptable.

5   **Mme le Juge.-** Pourquoi est-ce qu'il vous appelle Jean-Marc ?

6   **M. Peretti.-** M. Vinciguerra ?

7   **Mme le Juge.-** Oui.

8   **M. Peretti.-** Parce qu'on est Corses et que chez nous, en Corse, on se tutoie et on
9   s'appelle par nos prénoms.

10   **Mme le Juge.-** Il vous écrit : « *Pour vous, nous pourrions accomplir encore une*
11   *fois un résultat exceptionnel* ». Il se réfère à quoi, quand il parle de « *résultat*
12   *exceptionnel* » ?

13   **M. Peretti.-** Il se réfère à... Moi, je ne travaille pas que pour M. Bouvier, j'ai
14   d'autres clients. Et chez SOTHEBY'S, j'ai fait des résultats exceptionnels sans
15   M. Bouvier et cela continue encore aujourd'hui.

16   **Mme le Juge.-** Pouvez-vous nous dire plus précisément de quoi ?

17   **M. Peretti.-** Avec plaisir. Récemment, un tableau d'un grand artiste que j'ai
18   donné en garantie à SOTHEBY'S et qui a fait 25 millions.

19   **Mme le Juge.-** D'accord. Et pour revenir à ce mail de 2015, les résultats
20   exceptionnels qui avaient déjà été faits, savez-vous desquels il parlait ?

21   **M. Peretti.-** Il parlait des résultats exceptionnels que j'avais pu faire, moi, en
22   présentant des oeuvres ou en vendant moi-même des oeuvres. Je n'ai pas que
23   M. Bouvier comme client. J'ai d'autres artistes qui ne valaient rien il y a dix ans et
24   qui valent une fortune aujourd'hui. C'est un travail accompli. Il y a des preuves à
25   l'appui.

26   **Mme le Juge.-** Avant janvier 2015, vous aviez déjà fait des affaires avec lui ?

**123** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   Combien de fois à peu près ?

2  **M. Peretti.-** Avec M. Vinciguerra ? Jamais. Lui, il regardait les affaires parce
3  qu'il était au *Board* de SOTHEBY'S. Donc il avait le *visu* des affaires. Quand il dit
4  « *on fait des affaires* », il parle au nom de SOTHEBY'S.

5  **Mme le Juge.-** Mais quand il dit expressément : « *Nous pourrions accomplir*
6  *encore une fois un résultat exceptionnel* »...

7  **M. Peretti.-** SOTHEBY'S. « Nous », c'est SOTHEBY'S pour lui.

8  **Mme le Juge.-** Ce n'est pas avec M. Vinciguerra en personne que vous avez fait
9  des affaires ; c'est vous, dans le cadre de vos relations avec SOTHEBY'S ?

10  **M. Peretti.-** Exactement.

11  **Mme le Juge.-** Pouvez-vous dire, en 2015, combien de transactions vous aviez
12  déjà menées avec SOTHEBY'S ?

13  **M. Peretti.-** Au moins une cinquantaine.

14  **Mme le Juge.-** Au moins une cinquantaine ?

15  **M. Peretti.-** Exactement.

16  **Mme le Juge.-** En 2015 ?

17  **M. Peretti.-** Oui. Et peut-être plus après. Et encore aujourd'hui.

18  **Mme le Juge.-** De quand à quand ?

19  **M. Peretti.-** Depuis 2007 jusqu'à aujourd'hui.

20  **Mme le Juge.-** De 2007 ?

21  **M. Peretti.-** Exactement, de 2007 ou 2006 et encore aujourd'hui.

**124** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*. c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Et encore à ce jour. Et en 2015, il y avait déjà une cinquantaine de
2   transactions faites ?

3   **M. Peretti.-** Je pense, oui. Je ne compte pas.

4   **Mme le Juge.-** Comme là on sort manifestement du cadre de la procédure, je
5   pense que l'on va s'épargner de demander à M. Peretti de lister les 50 opérations
6   sur lesquelles il avait déjà travaillé avec SOTHEBY'S, en 2015, celles-ci ne
7   concernant pas les Parties à la présente procédure, ou bien ?

8   **M. Peretti.-** Je ne répondrai pas puisque cela ne concerne pas l'affaire qui nous
9   occupe.

10   **Mme le Juge.-** Je vous demande quelle sorte d'affaire, entre 2006 et 2015. Vous
11   invoquez le secret professionnel ?

12   **M. Peretti.-** Je pense que cela ne concerne pas ce dossier. Je suis encore
13   marchand aujourd'hui. Je suis sur la place publique. Je paie des fortunes en
14   impôts. Je travaille encore avec SOTHEBY'S. On peut se renseigner chez
15   CHRISTIE'S et chez SOTHEBY'S, je suis reconnu comme un grand marchand. Je
16   me débrouille tout seul et (*TC 2 01.23.37*), si c'est la question.

17   **Mme le Juge.-** Vous vous limitez à 2015. Vous aviez déjà collaboré à une
18   cinquantaine d'affaires avec SOTHEBY'S qui avaient obtenu de bons résultats.

19   **M. Peretti.-** Avec SOTHEBY'S et j'en ai fait d'autres avec CHRISTIE'S, comme j'en
20   ai fait d'autres avec des marchands.

21   **Mme le Juge.-** Mais vous refusez de donner des cas particuliers, des noms
22   d'acheteurs et/ou de vendeurs ou encore des noms d'oeuvres ?

23   **M. Peretti.-** Non. Je vous donne le nom d'une oeuvre. Je représente la Fondation
24   Chu Teh Chun — un artiste qui ressemble à Zao Wou Ki — et je suis le seul
25   habilité à pouvoir vendre ses oeuvres.

26   En 2010, cela valait 300.000 et aujourd'hui, le record de l'artiste est de
27   30 millions. Je vous donne un exemple. La Fondation est à Genève. C'est un

**125** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 . artiste chinois qui est venu en France.

2 **Mme le Juge.-** On le mettre à titre d'exemple.

3 **M. Peretti.-** Et qui a peint en France.

4 **Me S. Giroud.-** Madame le Président, Monsieur Peretti a évoqué un « *secret*
5 *professionnel* ». Je ne sais pas s'il peut préciser. Je ne veux pas qu'il y ait
6 ambiguïté mais je ne vois pas quel secret professionnel il estime....

7 **M. Peretti.-** Je vais vous répondre. Quand cela ne concerne pas M. Bouvier ni
8 M. Rybolovlev, je ne vais pas vous communiquer le nom de mes clients ni le nom
9 de mes artistes. Si c'est dans le cadre de l'enquête, avec plaisir. Là, ce n'est pas
10 dans le cadre de l'enquête ni mes clients ni mes acheteurs ni mes peintres.

11 **Me S. Giroud.-** Vous n'invoquez pas un secret professionnel mais...

12 **M. Peretti.-** Non, je refuse de répondre à vos questions qui sont hors du dossier.

13 **Mme le Juge.-** Vous refusez de répondre à des questions que ne concernent ni
14 M. Bouvier ni M. Rybolovlev ?

15 **M. Peretti.-** Voilà, ni des points qui n'ont rien à avoir avec le dossier.

16 **Mme le Juge.-** Bien compris.

17 Je propose que l'on va s'arrêter là, à 12 heures 30.  On a fait une bonne moitié. Si
18 cela vous convient, on se revoit à 13 heures 30, ce qui nous permet de ne pas
19 perdre trop de temps à midi et on recommence tout de suite.

20 On prévoit 13 heures 30 avec une fin à 16 heures 45 puisque vous avez des
21 obligations à 17 heures. Cela joue comme ça ?

22 **Me S. Giroud.-**  Je voulais justement indiquer que dans la requête d'entraide,
23 chiffre 11, lettre A, il est mentionné que : « *Les Parties peuvent poser des*
24 *questions supplémentaires au témoin* ». C'est la requête qui en faisait état. Il serait
25 donc possible de poser quelques questions supplémentaires. En l'espèce, on en a

**126** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    une ou deux très générales.

2    **Me D. Bottge.-** Comme indiqué déjà, on n'y répondra pas. C'est simple !

3    **Mme le Juge.-** Je redis encore une fois, je note votre demande et je note votre
4    réponse.

5    On se revoit à 13 heures 30. Je veux d'abord faire mon travail qui ressort de ce
6    qui m'est demandé.

7            *Suspendue à 12 heures 35, l'audience est reprise à 13 heures 37.*

8    **Mme le Juge.-** Nous reprenons.

9    **XI.    LES RECLAMATIONS DES PLAIGNANTS EN CE QUI CONCERNE ÈVE**
10           **D'AUGUSTE RODIN**

11    **Mme le Juge.-** Aviez-vous vous-même parlé avec M. Bouvier de cette œuvre ?

12    **M. J-M. Peretti.-** C'est possible, oui.

13    **Mme le Juge.-** C'est vous qui lui en avez parlé ou c'est lui qui vous en a parlé ?

14    **M. J-M. Peretti.-** Je n'en ai pas de souvenir mais je sais que c'est à travers de
15    M. Sam Valette. Il lui en avait parlé avant.

16    **Mme le Juge.-** À ce moment, on ne sait pas de qui vous parlez. Vous en aviez
17    parlé à travers monsieur… ?

18    **M. J-M. Peretti.-** Je ne sais pas si c'est à travers M. Sam Valette qui en a parlé
19    d'abord à M. Bouvier ou d'abord à moi. Je ne me souviens plus. Dans tous les
20    cas de figure, les trois étaient au courant.

21    **Mme le Juge.-** À quelle époque à peu près ?

**127 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 –- CV 09011 –-
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. J.-M. Peretti.**- Je me rappelle plus exactement : 2011, 2012 ou 2013, je ne
2  sais plus.

3  **Mme le Juge.**- Question suivante : en avez-vous parlé avec M. Valette ? C'est le
4  cas également ?

5  **M. J.-M. Peretti.**- Oui, aussi.

6  **Mme le Juge.**- Aviez-vous parlé de cette oeuvre avec d'autres employés de
7  SOTHEBY'S ?

8  **M. J-M. Peretti.**- Je ne crois pas. Je l'ai présentée à un client qui,
9  malheureusement, n'était pas intéressé.

10  **Mme le Juge.**- Toujours, il y a 8/10 ans à peu près, de mémoire, on vous remet
11  (d'où les lunettes) la *Pièce n° 32*. C'est un message envoyé par Samuel Valette,
12  janvier 2012, à vous-même. Vous vous souvenez de ce mail ?

13  **M. J.-M. Peretti.**- Ce qui est écrit, non, mais en parlant de l'oeuvre certainement.

14  **Mme le Juge.**- Je me souviens pas précisément de ce mail mais je me souviens
15  qu'il y avait eu des échanges.

16  **Mme le Juge.**- Pourquoi M. Valette vous a envoyé cette photo ?

17  **M. J.-M. Peretti.**- Aucune idée. Je ne sais pas qui est sur la photo.

18  **Mme le Juge.**- Vous ne savez pas qui est le monsieur, là ?

19  **M. J.-M. Peretti.**- J'essaie de le reconnaître, mais non.

20  **Mme le Juge.**- Aviez-vous discuté de cette oeuvre d'art avec M. Valette avant de
21  la recevoir ?

22  **M. J.-M. Peretti.**- On avait discuté de l'oeuvre avant de la visiter.

**128** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Quand ont-elles eu lieu ? Dans les semaines ou les mois…

2   **M. J-M. Peretti.-** Dans les semaines ou le mois qui vient…

3   **Mme le Juge.-** …précédant cet échange de courriel ?

4   **M. J-M. Peretti.-** Attendez ! La *Ève* comment ? Elle est comment la *Ève*, parce
5   que j'ai plusieurs *Ève*, moi. Elle est en marbre ou en bronze ?

6   **Me S. Giroud.-** C'est sur la photo.

7   **M. J-M. Peretti.-** J'ai aussi une *Ève* en marbre.

8   **Mme le Juge.-** Elle est en bronze. On voit la photographie d'après, *Pièce n° 33*.
9   *« Ève en bronze »*.

10   *(Le témoin prend connaissance de la pièce)*

11   **M. J-M. Peretti.-** Comme j'ai eu deux *Ève*.

12   **Mme le Juge.-** D'accord.

13   Tournez la page, on voit la *Pièce n° 33*. Cette fois, c'est un message de nouveau
14   de M. Valette à vous-même.

15   *« Dites-moi si cela vous va »*, avec la photographie. Vous vous souvenez de cette
16   communication ?

17   **M. J-M. Peretti.-** Non.

18   **Mme le Juge.-** Pourquoi il vous demande si cela vous va ?

19   **M. J-M. Peretti.-** Je ne sais pas de quoi il me parle. C'est peut-être une visite,
20   peut-être un rendez-vous. Je n'ai pas d'idée dix ans après.

**129** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)
c/
Sotheby's et Sotheby's In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Pourquoi M. Valette vous a envoyé cette information sur cette
2   œuvre ?

3   **M. J-M. Peretti.-** Peut-être par rapport au doc qu'il m'envoie, qui est très lourd.
4   Je ne sais pas.

5   **Mme le Juge.-** Vous ne pouvez pas remettre le contexte ?

6   **M. J-M. Peretti.-** Non.

7   **Mme le Juge.-** Est-ce que c'est vous qui aviez-vous demandé de vous
8   transmettre l'information en question, donc la photographie sous un format
9   Word ?

10  **M. J-M. Peretti.-** C'était très lourd, je crois. J'ai également un doc avec toutes
11  les recherches...

12  **Mme le Juge.-** C'est vous qui aviez demandé que ce soit fait par un envoi
13  séparé ?

14  **M. J-M. Peretti.-** Non, je ne connais pas.

15  **Mme le Juge.-** Vous ne vous y connaissez pas en informatique ?

16  **M. J-M. Peretti.-** Non. J'ai des mails, mais il y a des choses que je ne sais pas. Je
17  connais un peu mais pas...

18  **Mme le Juge.-** D'accord, ce n'est pas vous qui aviez demandé.

19  **M. J-M. Peretti.-** Non.

20  **Mme le Juge.-** Savez-vous si c'est peut-être M. Bouvier qui avait demandé à
21  M. Valette de vous envoyer, à vous, une information par format séparé Word ?

22  **M. J-M. Peretti.-** C'est possible. Si vous voulez, il n'y a pas de secret. Le fait
23  d'envoyer en Word ou pas, le document... Il l'a envoyé, il l'a envoyé. Moi, il
24  était dans mes archives ici...

**130** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Vous n'avez jamais demandé d'instruction particulière sur la
2  manière dont les informations vous étaient communiquées ?

3  **M. J-M. Peretti.-** Non !

4  **Mme le Juge.-** Ni pour cette question-là pas plus que pour l'ensemble des autres
5  questions ?

6  **M. J-M. Peretti.-** Non ! Là, j'ai l'impression que c'est quand même très lourd.

7  **Mme le Juge.-** Ca a l'air d'être un gros fichier, donc en fichier séparé.

8  Ensuite, aviez-vous discuté avec M. Valette des informations qu'il vous avait
9  envoyées ?

10  **M. J-M. Peretti.-** C'est probable.

11  **Mme le Juge.-** C'est probable, et vous vous souvenez quand ?

12  **M. J-M. Peretti.-** Il y a 8 ou 10 ans. Il y a la date.

13  **Mme le Juge.-** On est en 2012.

14  **M. J-M. Peretti.-** Huit/dix ans. C'est difficile de se rappeler exactement, il y a 8,
15  9 ou 10 ans.

16  **Mme le Juge.-** En tout cas, le message, là, date de 2012.

17  Est-ce que vous savez vous-même si M. Bouvier et M. Valette avaient discuté de
18  cette *Ève* avant cet échange de message ?

19  **M. J-M. Peretti.-** Pas avant que M. Valette m'ait parlé à moi ; après.

20  **Mme le Juge.-** D'accord.

21  Tournez la page. On vous remet la *Pièce n° 34*.

**131** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    *(Le témoin prend connaissance de la pièce)*

2    Dans cette pièce, M. Valette écrit à M. Bouvier, plusieurs jours après, le
3    3 février. Saviez-vous pourquoi les informations ont été envoyées à M. Bouvier
4    de manière séparée après vous ?

5    **M. J-M. Peretti.-** Parce que M. Valette me l'a proposé. Je lui ai répondu que je
6    faisais le tri par rapport à plusieurs photos qu'il m'a envoyées. Comme j'ai parlé à
7    M. Bouvier qui m'a *(inaudible)* ; après, je les ai laissés discuter en eux.

8    **Mme le Juge.-** D'accord. C'est ce que vous nous avez déjà dit à plusieurs
9    reprises, cette notion de tri préalable faite par vous, qui un peu écrémiez ce qui
10   pourrait intéresser ou pas.

11   **M. J-M. Peretti.-** Eventuellement, ça l'intéressait. Après, il avait son avis. J'étais
12   parfois en copie, parfois non.

13   **Mme le Juge.-** Ensuite, on passe à la *Pièce n° 35.*

14   *(Le témoin prend connaissance de la pièce)*

15   Vous voyez un mail. Ce message est envoyé aux deux. Vous vous souvenez de
16   ce message envoyé et à vous-même et à M. Bouvier ? À nouveau la fiche
17   technique.

18   **M. J-M. Peretti.-** Je me rappelle de la pièce.

19   **Mme le Juge.-** Je me rappelle de la statue en question mais pas des échanges de
20   mails.

21   **M. J-M. Peretti.-** Pas exactement les échanges.

22   **Mme le Juge.-** À votre avis, est-ce vous qui avez demandé à M. Valette de vous
23   renvoyer ces documents ?

**132** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Non. J'ai expliqué à M. Valette que M. Bouvier marquait un
2   intérêt. C'est donc dans l'ordre des choses : quand on marque un intérêt, on
3   commence à envoyer la fiche technique et, après, les comparatifs. C'est normal.

4   **Mme le Juge.-** On voit dans le courrier que M. Valette *« merci de dire s'il*
5   *convient mieux »*. Cela voudrait dire que les premières envoyées étaient de moins
6   bonne qualité, on voyait moins bien ?

7   D'où la question : est-ce vous-même ou M. Bouvier qui avait demandé de faire
8   un nouvel envoi ?

9   **M. J-M. Peretti.-** Je ne me rappelle pas. Les photos ne devaient pas être de
10   bonne qualité. Je pense que M. Bouvier demandait, certainement plus que moi,
11   d'avoir des photos de qualité.

12   **Mme le Juge.-** Vous nous avez dit avant que vous n'étiez pas forcément le plus
13   grand connaisseur en matière informatique.

14   **M. J-M. Peretti.-** Oui.

15   **Mme le Juge.-** La question est la suivante : le premier envoi, les informations
16   sont dans un fichier Word. Le deuxième envoi, elles sont dans un fichier PDF.
17   Savez-vous pour quelle raison ?

18   **M. J-M. Peretti.-** Aucune idée.

19   **Mme le Juge.-** Vous n'avez aucune idée ?

20   **M. J-M. Peretti.-** Non. Peut-être la qualité des images. Je ne sais pas.

21   **Mme le Juge.-** Vous tournez la page, la *Pièce n° 36*.

22   *(Le témoin prend connaissance de la pièce)*

23   C'est un mail qui dit *« l'œuvre a été vendue en 2008 pour 18 960 000. »* Vous
24   vous souvenez d'avoir reçu ce mail ?

**133 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Non.

2    **Mme le Juge.-** Est-ce que vous vous souvenez d'avoir discuté avec M. Bouvier
3    de ce mail qui donne un certain prix ?

4    **M. J-M. Peretti.-** Non, mais je pense qu'avant que M. Bouvier me demande des
5    conseils, peut-être qu'il m'a dit « essaie d'avoir de voir ce que ça valait ». Je ne
6    me souviens pas des termes exacts. Qu'il y avait un intérêt à la pièce, et avoir
7    une idée des prix, peut-être que M. Bouvier m'a demandé d'essayer de faire des
8    comparatifs avec M. Valette pour avoir une idée de prix, possible, mais les
9    termes exacts du mail, non.

10   **Mme le Juge.-** À votre souvenir, c'est quelque chose que vous avez discuté avec
11   les gens de SOTHEBY'S ?

12   **M. J-M. Peretti.-** C'est possible.

13   **Mme le Juge.-** C'est possible que oui.

14   De nouveau, ce message dit qu'en 2008, c'est le prix qui avait été payé. C'est les
15   discussions qui avaient eu lieu sur le prix de vente de l'époque.

16   **M. J-M. Peretti.-** Oui.

17   **Mme le Juge.-** C'est ce que vous avez expliqué avant, c'est que, pour estimer
18   une œuvre, on fait toujours le comparatif de ce qu'elle avait été vendue la
19   dernière fois ?

20   **M. J-M. Peretti.-** Oui. Malheureusement, beaucoup d'œuvres montent,
21   beaucoup d'oeuvrent descendent. Aujourd'hui, on n'est plus dans le même goût
22   dans la peinture qu'il y a dix ans. Vous voyez des choses un peu plus
23   traditionnelles, les gens se tournent vers le contemporain qui monte en flèche.
24   Les investisseurs sont, par exemple, des gens de la bourse. Ce n'est plus des
25   collectionneurs comme avant. Le monde change. On ne peut pas non plus avoir
26   que de la plus-value, il peut y avoir de la moins-value.

**134** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** En termes de timing, on voit que ce serait en quelques jours,
2  depuis le premier document sur *Ève*, qui avait été échangé quelques jours avant à
3  maintenant, la question est de savoir quand ces discussions ont eu lieu.

4  **M. J-M. Peretti.-** Vous savez quand les parties sont... Quand l'un est acheteur,
5  l'autre est vendeur, elles essaient de faire au plus vite.

6  **Mme le Juge.-** Je vous laisse prendre la *Pièce n° 37*.

7  *(Le témoin prend connaissance de la pièce)*

8  C'est un message de Philippe Capt adressé à Holli Chandler. La question est la
9  suivante : est-ce que vous-même vous avez souvenir d'avoir reçu ce courrier ?

10  **M. J-M. Peretti.-** Non. Cela ne me dit rien.

11  **Mme le Juge.-** Est-ce que vous vous souvenez d'avoir discuté de ce courriel
12  avec M. Bouvier.

13  **M. J-M. Peretti.-** Non.

14  **Mme le Juge.-** Est-ce que vous vous souvenez d'avoir discuté de ce courriel
15  avec un employé de SOTHEBY'S ?

16  **M. J-M. Peretti.-** Non.

17  **Mme le Juge.-** Est-ce que vous connaissez Philippe Capt ?

18  **M. J-M. Peretti.-** Non. Du moins, son nom ne me dit rien. Peut-être que je l'ai
19  vu...

20  **Mme le Juge.-** Le nom ne vous dit rien. Arrivez-vous à le mettre de près ou de
21  loin en relation avec M. Bouvier ou SOTHEBY'S, ou vous l'ignorez ?

22  **M. J-M. Peretti.-** Apparemment, je vois marqué *« NATURAL LE COULTRE »*. Je
23  pense qu'il doit travailler pour M. Bouvier.

**135** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Vous le voyez sur les pièces qui vous sont remises ?

2   **M. J-M. Peretti.-** Oui, mais je ne le connais pas.

3   **Mme le Juge.-** Avez-vous eu déjà des communications directes avec ce
4   M. Capt ?

5   **M. J-M. Peretti.-** Non.

6   **Mme le Juge.-** Dans le courrier, il parle… Je lis en même temps… Il dit *« notre*
7   *client »* : avez-vous une idée de qui il parle ?

8   **M. J-M. Peretti.-** Il parle de M. Capt.

9   **Mme le Juge.-** C'est un courrier de M. Capt à Holli Chandler. Il dit *« notre*
10  *client »*…

11  **M. J-M. Peretti.-** Ce doit être une société de M. Bouvier.

12  **Mme le Juge.-** Ce doit être une société de M. Bouvier ?

13  **M. J-M. Peretti.-** Je suppose que c'est une société appartenant à M. Bouvier. Ils
14  parlent de quoi ? Ils parlent de transport, de choses comme ça ?

15  **Mme le Juge.-** Oui.

16  **M. J-M. Peretti.-** Je pense que ça doit être ça. Je suppose.

17  **Mme le Juge.-** Je suppose qu'il s'agissait d'une société de M. Bouvier.

18  Avez-vous discuté du client en question avec M. Valette ?

19  **M. J-M. Peretti.-** Non.

20  Le client… Le futur… Non.

**136** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.**- Du futur client.

2   De nouveau, le message est envoyé à Holli Chandler. Vous avez déjà dit ne pas
3   connaître cette personne.

4   **M. J-M. Peretti.**- Je ne la connais pas.

5   **Mme le Juge.**- Et vous n'avez pas eu de contact avec elle ?

6   **M. J-M. Peretti.**- Je ne le pense pas.

7   **Mme le Juge.**- Vous nous avez dit avant que vous pensiez que le client était
8   M. Bouvier ou l'une de ses sociétés. Du coup la question : est-ce que M. Bouvier
9   a abordé l'identité du client avec M. Valette ou Mme Chandler ?

10  **M. J-M. Peretti.**- Je ne crois pas.

11  **Mme le Juge.**- Les documents, fiches techniques que M. Valette vous a fournis
12  par mail, vous les avez donnés à qui ?

13  **M. J-M. Peretti.**- Je les ai gardés pour moi.

14  **Mme le Juge.**- Vous les avez transmis à quelqu'un d'autre ?

15  **M. J-M. Peretti.**- Non.

16  **Mme le Juge.**- Les avez-vous transmis à M. Rybolovlev ?

17  **M. J-M. Peretti.**- Non.

18  **Mme le Juge.**- À l'une des sociétés qui dépendent de lui ?

19  **M. J-M. Peretti.**- Non.

20  **Mme le Juge.**- Est-ce que vous savez si, finalement, M. Bouvier a acheté cette
21  *Ève* en bronze ?

**137** | *Cour de District des États-Unis pour le Sud du District de New York – Nᵒ 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.**- Je le pense, mais je n'en suis pas sûr.

2   **Mme le Juge.**- Vous pensez sur quelle base ?

3   **M. J-M. Peretti.**- Je sais que la pièce l'intéressait. Après, les accords finaux, je
4   ne les connais pas. Je suppose qu'il a dû l'avoir.

5   **Mme le Juge.**- D'accord. Vous savez le prix qu'il a payé ?

6   **M. J-M. Peretti.**- Non.

7   **Mme le Juge.**- Cela ne fait pas partie des prix que vous avez vus dans la presse
8   ultérieurement ?

9   **M. J-M. Peretti.**- Je ne le pense pas.

10   **Mme le Juge.**- Du coup, est-ce que vous savez si, plus tard, c'est M. Rybolovlev
11   qui a acheté cette pièce ?

12   **M. J-M. Peretti.**- Je ne sais pas.

13   **Mme le Juge.**- Vous l'ignorez, donc vous ne savez pas s'il l'a achetée, ni *a*
14   *fortiori* combien il l'aurait rachetée ?

15   **M. J-M. Peretti.**- Non.

16   **Mme le Juge.**- Savez-vous si M. Bouvier a reçu de l'argent dans le cas d'une
17   éventuelle vente de la *Ève* en bronze à M. Rybolovlev ?

18   **M. J-M. Peretti.**- S'il l'a revendue. Il faut demander à M. Rybolovlev ou une de
19   ses sociétés qui l'a revendue à M. Rybolovlev. En fait, j'ai l'impression que c'est
20   société avec société.

21   **Me S. Giroud.**- Madame le Président, on n'a pas compris ce qu'il a dit.

**138** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Je répète alors. J'ai l'impression que c'est société de
2   M. Bouvier à société de M. Rybolovlev parce qu'on m'a posé la question à
3   travers les sociétés de M. Rybolovlev et à travers les sociétés de M. Bouvier.

4   **Me S. Giroud.-** J'aurais juste une question de compréhension, car, ce matin,
5   vous avez affirmé qu'il était clair que M. Bouvier était acheteur/vendeur
6   notamment vis-à-vis de M. Rybolovlev.

7   À d'autres occasions, vous nous avez dit que vous n'aviez aucune idée de ce que
8   faisait M. Bouvier avec M. Rybolovlev, que vous n'aviez pas connaissance de
9   leurs échanges, de leurs contacts. Je suis donc un peu perdue. Pouvez-vous
10  clarifier ?

11  **M. J-M. Peretti.-** Je vais clarifier. Je ne sais pas à qui vend M. Bouvier. Il n'a
12  pas, je pense, que M. Rybolovlev comme client. Il m'est arrivé de sortir des
13  pièces, et à travers M. Bouvier, on les a vendues au Qatar. Vous voyez donc qu'il
14  n'a pas que M. Rybolovlev.

15  Franchement, vous me dites à moi que « je n'ai aucune idée de ce que faisait
16  M. Bouvier », non, je n'ai aucune idée de ce qu'il faisait et combien il
17  demandait ! Chacun son métier.

18  **Mme le Juge.-** La question que vous posez, c'est : ce matin, on vous a posé de
19  manière plus systématique si vous saviez si M. Bouvier a revendu telle ou telle
20  pièce à M. Rybolovlev, mais si on vous posait la question « savez-vous si
21  M. Bouvier au travers de ses sociétés avait revendu telle ou telle pièce à une des
22  sociétés de M. Rybolovlev », votre réponse aurait été différente ?

23  **M. J-M. Peretti.-** Elle n'aurait pas été différente puisque je l'ai su, en 2015, par
24  rapport aux journaux. J'ai vu le nom des sociétés, j'ai vu la justice suisse qui se
25  posait la question pourquoi il y avait un tribunal ici alors que les sociétés étaient
26  extérieures, et que les ventes étaient faites au Port Franc de Genève et qu'il n'y
27  avait pas eu d'impôts. C'est comme ça que j'ai su le montant des sociétés de
28  M. Rybolovlev et...

29  **Mme le Juge.-** Vous redites encore une fois que, que ce soit pour cette oeuvre
30  *Ève* ou pour les autres oeuvres d'art dont on a parlé jusqu'à maintenant, vous
31  ignorez si M. Bouvier, que ce soit en nom ou *via* l'une ou l'autre de ses sociétés,

**139 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    les a revendues à M. Rybolovlev en nom ou à l'une ou l'autre de ses sociétés
2    affiliées ?

3    **M. J-M. Peretti.-** Voilà !

4    **Mme le Juge.-** Cela vous va comme ça ?

5    **Me S. Giroud.-** Oui. Au moins il n'y a pas d'ambiguïté. Merci.

6    **Mme le Juge.-** Savez-vous si M. Bouvier et/ou ses sociétés ainsi que
7    M. Rybolovlev et/ou ses sociétés avaient un accord concernant la vente,
8    respectivement de l'achat de *Ève ?*

9    **M. J-M. Peretti.-** Non.

10    **Mme le Juge.-** On a vu dans l'échange de mails qui nous a été soumis avant un
11    montant de 16 millions et quelques pour l'achat de cette oeuvre d'art en 2008.

12    **M. J-M. Peretti.-** Oui.

13    **Mme le Juge.-** Vous croyez, vu l'intérêt qu'avait M. Bouvier qui a fait
14    l'acquisition de cette statue, savez-vous si c'était pour un prix de l'ordre de 16
15    millions, plus ou moins ?

16    **M. J-M. Peretti.-** Je ne peux pas dire.

17    **Mme le Juge.-** Aucune idée. D'accord.

18    S'agissant de *Ève*, avez-vous parlé de cette oeuvre et des informations que vous
19    aviez avec Dimitri Rybolovlev ?

20    **M. J-M. Peretti.-** Non.

21    **Mme le Juge.-** Sazonov Mikhail ?

22    **M. J-M. Peretti.-** Non.

**140** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Tetiana Bersheda ?

2    **M. J-M. Peretti.-** Non.

3    **Mme le Juge.-** Yuri Bogdanov ?

4    **M. J-M. Peretti.-** Non.

5    **Mme le Juge.-** Une autre personne travaillant ou liée à M. Rybolovlev ?

6    **M. J-M. Peretti.-** Non.

7    **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications à M.
8    Rybolovlev ou à ses sociétés sur le prix de cette œuvre ?

9    **M. J-M. Peretti.-** Non.

10   **Mme le Juge.-** Aviez-vous communiqué avec SOTHEBY'S sur le fait de savoir ce
11   que M. Bouvier, après avoir fait l'acquisition de la statue, entendait en faire ?

12   **M. J-M. Peretti.-** Non.

13   **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S de l'identité de la personne à
14   laquelle M. Bouvier aurait voulu éventuellement revendre *Ève* ?

15   **M. J-M. Peretti.-** Non. La question ne se pose pas parce que je pense que
16   M. Bouvier ne l'aurait jamais dit ni à SOTHEBY'S ni à personne à qui il pensait la
17   vendre, s'il la vendait, et surtout pas à SOTHEBY'S !

18   **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S du prix auquel un éventuel
19   tiers aurait racheté l'oeuvre d'art en question ?

20   **M. J-M. Peretti.-** Non.

21   **Me S. Giroud.-** Madame le Président, juste peut-être un point concernant la
22   question 22. La manière dont vous l'avez précisée, c'était de savoir si M. Bouvier

**141 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   avait revendu. Toute cette question de revente ou pas de revente, c'est quand
2   même un peu du litige. La question ne mentionnait pas ce terme-là. Il faudrait
3   peut-être reprendre vraiment le terme objectivé par les questions. C'est plus
4   neutre.

5   **Mme le Juge.-** Avez-vous discuté… « Acquérir » ou « faire l'acquisition » ou
6   « acheter » et « vendre », pour moi, il n'y a pas de différence essentielle mais,
7   pour moi, il n'y a pas de souci de reposer la question.

8   **Me S. Giroud.-** Vous avez posé la question s'il savait à qui M. Bouvier avait
9   l'intention de revendre…

10   **Mme le Juge.-** Non ! Si vous avez discuté avec SOTHEBY'S de l'identité de la
11   personne à laquelle M. Bouvier…

12   **M. J-M. Peretti.-** …pensait revendre…

13   **Mme le Juge.-** …pensait… S'il y avait une personne ou une entité autre que
14   M. Bouvier qui allait *in fine* acquérir cette œuvre ?

15   **M. J-M. Peretti.-** Non parce que la personne qui l'achète est M. Bouvier. Il en
16   propriétaire. Je vais vous dire : ni SOTHEBY'S va donner le nom du vendeur, ni
17   M. Bouvier, s'il pense vendre sa pièce, va donner le nom de son acheteur. Cela
18   se passe comme ça pour tout le monde dans l'art. On protège le vendeur et
19   l'acheteur. Sinon, ce serait trop facile ! On a le nom du vendeur, on va chez le
20   vendeur et on a le nom de l'acheteur, on va voir l'acheteur.

21   Ce n'est pas plus compliqué que ça. Quand on fait les maisons de vente pendant
22   25 ans, c'est pour avoir les fichiers et avoir tous les clients avec tous les tableaux
23   répertoriés.

24   **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S du prix qui aurait été payé
25   par une entité qui aurait acquis cette œuvre, autre que M. Bouvier ?

26   **M. J-M. Peretti.-** Non.

**142** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Je passe au classeur n° 2, on et on passe à une pièce qui est la
2   *Pièce n° 38.*

3   *(Le témoin prend connaissance de la pièce)*

4   J'imagine que c'est la question que vous aviez posée avant. On est toujours dans
5   *Ève.* Je vous laisse en prendre connaissance. On passe à 2014, mars 2014. On
6   voit Samuel Valette qui envoie cette fois à M. Bouvier : « voilà la fiche
7   technique pour *Ève* ». Est-ce que vous aviez reçu également cette
8   communication, la fiche technique pour *Ève.*

9   **M. J-M. Peretti.-** C'est possible mais on ne parle plus de la même *Ève.*

10   **Mme le Juge.-** Non, c'est celle en marbre blanc.

11   **M. J-M. Peretti.-** Voilà. C'est celle qui est en marbre blanc.

12   **Mme le Juge.-** Tout à fait. Est-ce que vous vous souvenez avoir reçu une
13   communication concernant non pas l'*Ève* en bronze noir mais l'*Ève* en marbre
14   blanc ?

15   **M. J-M. Peretti.-** Oui. Je me rappelle de cette pièce, pas forcément des textos.

16   **Mme le Juge.-** De nouveau, vous vous souvenez bien de cette pièce mais pas du
17   texto, du mail.

18   Est-ce que c'est vous qui vous étiez dit que cette oeuvre pouvait intéresser
19   M. Bouvier ? Dans quel sens se sont passées les choses ?

20   **M. J-M. Peretti.-** Pas du tout. Cette œuvre a été achetée par M. Bouvier par mon
21   conseil aux ventes aux enchères chez CHRISTIE'S. Rien à voir avec SOTHEBY'S.
22   Cela a été acheté chez CHRISTIE'S, à Londres. Je ne sais plus quand c'est mais
23   certainement un peu avant.

24   **Mme le Juge.-** D'accord. Maintenant, on voit quand même que le message
25   émane de M. Valette et SOTHEBY'S.

**143** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **M. J-M. Peretti.**- Oui, M. Bouvier demandait des renseignements par rapport…

2 **Mme le Juge.**- Sur une pièce qu'il l'avait déjà acquise ?

3 **M. J-M. Peretti.**- Non, je ne sais pas s'il l'avait acquise ou s'il allait l'acquérir.
4 Ce que je sais, c'est que M. Bouvier l'a achetée chez CHRISTIE'S en vente
5 publique. Il a pu, à titre amical, demander des renseignements à M. Valette, ou
6 un conseil. C'est possible. Je n'en sais rien.

7 **Mme le Juge.**- En tout cas, vous aviez parlé de cette oeuvre avec M. Bouvier ?

8 **M. J-M. Peretti.**- C'est moi qui lui ai conseillé de l'acheter, chez CHRISTIE'S, je
9 précise, vente publique.

10 **Mme le Juge.**- D'accord. Vous savez à peu près à quelle époque ?

11 **M. J-M. Peretti.**- 20013, 2014.

12 **Mme le Juge.**- Avez-vous discuté de cette communication de M. Valette à
13 M. Bouvier avec quelqu'un de chez SOTHEBY'S ?

14 **M. J-M. Peretti.**- Je ne pense pas.

15 **Mme le Juge.**- Vous n'étiez pas destinataire de… ?

16 **M. J-M. Peretti.**- Non. En fait, je pense que M. Bouvier demande conseil après
17 que je lui ai demandé de l'acheter, puisque c'est moi qui l'avais conseillé. Cela
18 se fait dans le métier de demander, à titre amical, un conseil. Moi, je n'en avais
19 pas besoin, j'étais déjà convaincu de l'acheter.

20 **Mme le Juge.**- Ensuite, petite question : savez-vous pourquoi l'identification de
21 cette oeuvre n'identifie pas l'acquisition de cette œuvre par M. Bouvier en 2012 ?

22 **M. J-M. Peretti.**- Là, dans la littérature ?

23 **Mme le Juge.**- Oui.

**144 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. J-M. Peretti.-** Parce qu'elle est antérieure.

2  **Mme le Juge.-** Ce que vous me dites, c'est qu'en fait, il y a deux *Ève* de Rodin ;
3  une en bronze noir, celle que l'on a vue avant, et celle en marbre blanc…

4  **M. J-M. Peretti.-** …qui était chez CHRISTIE'S.

5  **Mme le Juge.-** Celle en marbre blanc a fait l'objet de discussions et d'un achat
6  deux ans après l'autre, à peu près ? C'est juste ?

7  **M. J-M. Peretti.-** Je pense que c'est marqué. Il y a une date fixe. On va sur
8  Internet et on voit exactement la date de l'acquisition puisque c'est public, et
9  c'est chez CHRISTIE'S. Et c'est à Londres.

10  **Mme le Juge.-** Quand la question de l'autorité américaine par rapport à cette
11  pièce que vous avez sous les yeux, une fiche technique, est transmise.
12  Monsieur Bouvier n'avait pas encore fait l'acquisition de cette oeuvre au moment
13  où il reçoit la fiche technique ?

14  **M. J-M. Peretti.-** Si, mais la fiche technique a été actualisée à la demande… En
15  fait, la fiche technique est dans le catalogue de données. Ce catalogue de données
16  peut avoir été fait il y a 20 ans et il manquait une partie de la littérature
17  *(inaudible)*

18  **Mme le Juge.-** Je n'ai pas compris la fin.

19  **M. J-M. Peretti.-** Cette fiche sort d'un catalogue raisonné de Rodin, avec un
20  expert qui est M. Jérôme Le Blay. En fait, cela peut sortir d'un livre antérieur à la
21  date d'acquisition. Il peut être sorti 15 ans auparavant. On n'a donc pas
22  forcément les derniers acheteurs.

23  **Mme le Juge.-** Si cela sort dans le livre qui est une édition antérieure à
24  l'acquisition, aucune mise à jour n'a été faite ?

25  **M. J-M. Peretti.-** Elles ne sont pas faites immédiatement. Il ne faut pas attendre
26  la parution d'un catalogue, peut-être dans 20 ou 30 ans, ou peut-être jamais. À ce
27  moment-là, si on veut faire apparaître l'acquisition, on demande un certificat.

**145** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.**- C'est ce que vous nous avez expliqué avant, avec le comité qui
2  s'occupe de chacun des artistes ?

3  **M. J-M. Peretti.**- Oui. En l'occurrence, pour le comité Rodin, c'est un monsieur
4  qui s'appelle Jérôme Le Blay. Il est à Paris. C'est le grand expert. Si vous n'avez
5  pas de certificat de M. Jérôme Le Blay, la pièce est à vendre, ou il faut que ce
6  soit répertorié dans son bouquin.

7  **Mme le Juge.**- On vous demande de regarder la *Pièce n° 39.*

8  *(Le témoin prend connaissance de la pièce)*

9  Samuel écrit à Yves Bouvier : *« Après réflexion mes collègues et moi-même*
10  *pensons que la magnifique Ève de Rodin appartenant à votre client serait*
11  *particulièrement bien mise en valeur lors de la grande exposition de sculpture*
12  *que nous préparons… »*

13  Mes questions sont : vous souvenez-vous d'avoir vu cette communication ?

14  **M. J-M. Peretti.**- Non.

15  **Mme le Juge.**- Avez-vous discuté de cette communication avec M. Bouvier ?

16  **M. J-M. Peretti.**- Non.

17  **Mme le Juge.**- Avez-vous discuté de cette communication avec un employé de
18  SOTHEBY'S ?

19  **M. J-M. Peretti.**- Non.

20  **Mme le Juge.**- Que l'on comprenne bien : M. Valette écrit à Yves Bouvier : *« La*
21  *magnifique* Ève *de Rodin appartenant à votre client »*, cela veut donc dire
22  qu'elle n'appartient pas à M. Bouvier ?

23  **M. J-M. Peretti.**- Je ne sais pas. C'est peut-être à l'une de ses sociétés.

**146 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Est-ce que vous savez pourquoi M. Valette s'adresse à
2   M. Bouvier en disant : *« vous »* et pas « tu » ?

3   **M. J-M. Peretti.-** Je ne sais pas. Je ne peux pas vous répondre. Il s'est peut-être
4   trompé.

5   **Mme le Juge.-** Peut-être. Juste pour que je comprenne bien : vous ignoriez de
6   quel client M. Valette parle ?

7   **M. J-M. Peretti.-** Je peux aussi supposer que M. Valette pense que M. Bouvier
8   l'a vendue. Il n'est pas forcément au courant, car M. Bouvier ne dit pas s'il y a
9   vendu une pièce à M. Valette. En tant que marchand professionnel, il est fort
10  probable qu'il ait pu la vendre. Il demande cette pièce-là pour une exposition,
11  comme CHRISTIE'S et SOTHEBY'S aiment récupérer des pièces pour les prêter aux
12  musées, pour faire des expositions, car cela donne une plus-value à la pièce. Ça
13  la met en valeur. Rien d'extraordinaire, et il n'est pas censé savoir si M. Bouvier
14  l'a vendue ou pas.

15  **Mme le Juge.-** Bien compris. Ensuite, on passe à la *Pièce n° 40*.

16  *(Le témoin prend connaissance de la pièce)*

17  C'est toujours par rapport à cette position : *« Cher Yves, après réflexion mon*
18  *collègue, Simon Stock, en charge des ventes de sculpture chez SOTHEBY'S, et*
19  *moi-même pensons que la magnifique* Ève *de Rodin appartenant à votre client*
20  *serait particulièrement bien mise en valeur lors de la grande exposition de*
21  *sculpture que nous préparons ».*

22  Avez-vous reçu ce deuxième courriel ?

23  **M. J-M. Peretti.-** Non.

24  **Mme le Juge.-** Avez-vous discuté de cette communication avec M. Bouvier ?

25  **M. J-M. Peretti.-** Non.

**147** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Avez-vous discuté de cette communication avec un employé de
2   SOTHEBY'S ?

3   **M. J-M. Peretti.-** Non.

4   **Mme le Juge.-** Savez-vous quelque chose sur cette communication ?

5   **M. J-M. Peretti.-** Non.

6   **Mme le Juge.-** Saviez-vous pourquoi, finalement, on a la communication de la
7   *Pièce n° 39* qui est du 18 décembre, tôt le matin, et qu'une heure après, une
8   deuxième communication pratiquement de même teneur est faite, légèrement
9   modifiée ? Est-ce que vous savez pourquoi deux messages pratiquement
10  identiques ont été écrits de M. Valette à M. Bouvier ?

11  **M. J-M. Peretti.-** Non. Je suppose que l'un de ses collègues lui a parlé de cette
12  exposition.

13  **Mme le Juge.-** Qu'avez-vous dit ?

14  **M. J-M. Peretti.-** Il est tout à fait possible qu'il en parle en comité chez
15  CHRISTIE'S ou SOTHEBY'S. Il a peut-être été conseillé par une autre personne de
16  chez SOTHEBY'S. Je n'ai aucune idée. C'est une supposition.

17  **Mme le Juge.-** Avez-vous discuté avec M. Valette du fait que SOTHEBY'S
18  pourrait revendre cette œuvre ?

19  **M. J-M. Peretti.-** Non.

20  **Mme le Juge.-** Avez-vous discuté d'une revente avec M. Bouvier ?

21  **M. J-M. Peretti.-** Non.

22  **Mme le Juge.-** Savez-vous si M. Rybolovlev et/ou ses sociétés avaient reçu
23  également ce courrier envoyé par M. Valette à M. Bouvier ?

24  **M. Peretti.-** Non.

**148** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Savez-vous si Mme Rappo a participé à l'acquisition, par
2   M. Rybolovlev et ses sociétés, de l'*Eve* de Rodin ?

3   **M. Peretti.-** Je ne sais pas.

4   **Mme le Juge.-** Savez-vous si à Mme Rappo a perçu de l'argent dans le cadre de
5   cet achat ?

6   **M. Peretti.-** Non.

7   **XII.   RECLAMATIONS   DES   PLAIGNANTS   CONCERNANT   LE**
8   **   *WASSERSCHLANGEN II* DE GUSTAV KLIMT**

9   **Mme le Juge.-** Avez-vous discuté ou communiqué avec M. Bouvier au sujet de
10   cette oeuvre ?

11   **M. Peretti.-** Oui.

12   **Mme le Juge.-** Vous pouvez nous dire à peu près quand ?

13   **M. Peretti.-** 2013.

14   **Mme le Juge.-** Dans que contexte ?

15   **M. Peretti.-** Dans le contexte où M. Valette m'a parlé de cette pièce, qui est une
16   pièce extraordinaire parce qu'un Klimt, c'est rarissime et une pièce comme
17   celle-là n'a pas de prix. Je sais qu'il m'a plus ou moins expliqué que c'était une
18   pièce qui avait été spoliée ; que SOTHEBY'S avait mis du temps à récupérer cette
19   oeuvre spoliée pour la rendre à la vraie propriétaire qui, finalement, avait décidé
20   de la vendre ; que c'était une pièce exceptionnelle. Il m'a demandé si elle
21   m'intéressait pour moi ou pour un client.

22   **Mme le Juge.-** Pour vous ou pour un client ?

23   **M. Peretti.-** Moi, en tant que courtage, parce que je n'ai pas les moyens. En fait,
24   je pensais au Qatar parce que c'est quelque chose qu'ils n'avaient pas et que c'était
25   impressionnant. Mais vu que c'était une femme un peu dénudée et que ce n'était

**149** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  que pas dans leur esprit... Mais pièce exceptionnelle que je suis allée voir en
2  Autriche.

3  **Mme le Juge.-** Vous en avez parlé également avec M. Valette ?

4  **M. Peretti.-** Non, c'est M. Valette qui m'en parle et moi j'en parle à M. Bouvier.

5  **Mme le Juge.-** M. Valette vous en parle et vous, vous en parlez à M. Bouvier.

6  **M. Peretti.-** Oui.

7  **Mme le Juge.-** Avez-vous communiqué avec d'autres employés de SOTHEBY'S
8  concernant cette pièce.

9  **M. Peretti.-** Je crois avec le président de SOTHEBY'S, à l'époque.

10  **Mme le Juge.-** Qui était ?

11  **M. Peretti.-** Je ne me rappelle plus de son nom.

12  **Mme le Juge.-** Le président de l'époque de SOTHEBY'S.

13  **M. Peretti.-** Il me semble.

14  **M. Peretti.-** Et avec quelqu'un d'autre ?

15  **M. Peretti.-** Je ne pense pas.

16  **Mme le Juge.-** Vous souvenez-vous avoir évoqué, avec M. Valette, la possibilité
17  de faire une visite pour voir cette oeuvre *Wasserschlangen II ?*

18  **M. Peretti.-** Je l'ai dit : j'ai été voir l'oeuvre en Autriche.

19  **Mme le Juge.-** À une reprise ?

20  **M. Peretti.-** À une reprise. Je suis allé en Autriche pour voir les comparatifs au

**150 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   musée de Vienne où sont exposés tous les Klimt. Je voulais avoir un aperçu.

2   **Mme le Juge.-** Quand était-ce, à peu près ?

3   **M. Peretti.-** À la même époque, en 2013.

4   **Mme le Juge.-** Donc un voyage en Autriche. Vous y étiez avec qui ?

5   **M. Peretti.-** Moi et... moi. J'étais seul. Je pense que j'étais tout seul.

6   **Mme le Juge.-** Avez-vous participé à la visite pour voir cette oeuvre ? Vous
7   venez de répondre, donc oui vu qu'il n'y avait que vous.

8    **M. Peretti.-** Je n'ai pas vu l'oeuvre directement parce qu'elle n'était pas exposée
9    en Autriche, j'ai vu les comparatifs. L'oeuvre était représentée par une copie pour
10   le musée, comme c'était une oeuvre spoliée. J'avais vu déjà la copie, presque
11   identique, et un comparatif avec le reste des oeuvres du musée.

12   **Mme le Juge.-** Qui était présent lorsque vous avez vu cette copie ?

13   **M. Peretti.-** Quelqu'un de SOTHEBY'S mais pas M. Valette.

14   **Mme le Juge.-** Cela, c'était à Vienne. Quelqu'un de SOTHEBY'S mais pas
15   M. Valette. Lorsque vous étiez sur place, avec ce quelqu'un de SOTHEBY'S, mais
16   pas M. Valette, aviez-vous déjà discuté de prix ou de choses comme ça ou vous
17   n'étiez pas assez loin pour la discussion ?

18   **M. Peretti.-** On n'en était pas là, c'était une simple visite d'intérêt.

19   **Mme le Juge.-** Savez-vous si, finalement, M. Bouvier a acheté cette oeuvre ?

20   **M. Peretti.-** Il y a marqué un grand intérêt et je suppose qu'il l'a achetée.

21   **Mme le Juge.-** Savez-vous pour quel prix il en aurait fait l'acquisition ?

22   **M. Peretti.-** De mémoire, je ne peux pas vous le dire parce que je ne m'en

**151 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  rappelle pas. Je sais que j'ai participé à la négociation, parce qu'il me l'avait
2  demandé. Comment cela se passait ? Il me donnait un prix fixe au-delà duquel il
3  ne voulait pas aller. Comme j'étais un peu meilleur négociateur que lui, je pense
4  que j'ai participé à cette négociation mais je ne me rappelle plus du prix.

5  **Mme le Juge.-** D'accord. Mais vous confirmez que vous avez participé à la
6  négociation pour l'acquisition de cette oeuvre ?

7  **M. Peretti.-** À la négociation du prix.

8  **Mme le Juge.-** Savez-vous si, par la suite, M. Rybolovlev et/ou l'une de ses
9  sociétés ont racheté cette œuvre ?

10  **M. Peretti.-** Je l'ai appris par les journaux.

11  **Mme le Juge.-** Vous l'avez appris par les journaux...

12  **Me S. Giroud.-** Madame le Président, un mot. Vous avez parlé de négociations.
13  Mais si on pouvait avoir un peu plus d'information sur ce qu'étaient ces
14  négociations, comment cela se passait ? La question était : « *Décrivez* ce que
15  vous savez, quand vous l'avez appris, et la base de votre connaissance ? ». Là,
16  s'agissant des négociations, on ne sait pas avec qui, comment ou quoi ?

17  **M. Peretti.-** Je crois que je me suis expliqué. Je vous ai dit que j'avais...

18  **Mme le Juge.-** Ce que j'ai compris, et je résume, c'est que M. Bouvier vous avait
19  donné une limite...

20  **M. Peretti.-** Non, un prix fixe.

21  **Mme le Juge.-** ... et fixe au-delà duquel il n'était pas d'accord d'aller. Vous avez
22  négocié un prix qui se situait le plus loin de ce qu'il était d'accord de mettre ...

23  **M. Peretti.-** Qui se situait au prix fixe qu'il m'avait donné.

24  **Mme le Juge.-** Et puis, vous avez négocié avec les propriétaires de l'oeuvre
25  d'art ? Avec ses représentants ?

**152** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Non, avec un représentant de SOTHEBY'S qui n'était pas M. Valette.

2    **Mme le Juge.-** Cela vous convient ?

3    **Me S. Giroud.-** S'il n'y a pas plus mais...

4    **M. Peretti.-** Que voulez-vous de plus ? Posez des questions et je vous répondrai.

5    **Me S. Giroud.-** La question que je souhaite vous poser est celle de savoir sur
6    quelle base M. Bouvier vous demande de faire cela, comment vous êtes rémunéré
7    par M. Bouvier. Le contexte, en quelque sorte.

8    **M. Peretti.-** Je pense que j'ai déjà répondu en 2015, s'agissant de la façon dont je
9    suis rémunéré par M. Bouvier.

10   **Mme le Juge.-** Je vous arrête. J'essaie d'être vraiment au plus proche des
11   questions. La question est : « *Savez-vous si M. Bouvier a acquis cette oeuvre ?*
12   *Savez-vous combien il l'a payée* ». Et là, vous m'avez répondu que vous avez
13   participé à la négociation mais que vous ne vous souvenez plus du prix. En
14   revanche, on ne demande pas...

15   **Me S. Giroud.-** Non mais il est dit : « *Sur la base de vos connaissances* ». Les
16   connaissances, c'est forcément sur la base de son expérience personnelle. Et plus
17   haut, au tout début des questions posées, vous avez posé des questions sur sa
18   rémunération qu'il recevait de M. Bouvier. Il y a plusieurs questions dans ce
19   sens-là et je me dis que c'est quand même directement pertinent. Cela permet de
20   rentrer dans des détails.

21   **M. Peretti.-** Pertinent. On ne m'a pas posé la question de savoir combien j'avais
22   gagné sur telle pièce. Jusqu'à présent je n'ai pas répondu. Jusqu'ici, on ne m'a pas
23   dit : « Qu'est-ce que vous avez gagné sur cette pièce ? », je n'ai donc pas répondu.
24   Je vous ai déjà expliqué que, à la base, on ne fait pas un métier... Vous, par
25   exemple, vous venez, vous plaidez et on vous paie à l'heure. Nous, c'est différent.
26   Nous, on travaille à l'année et c'est un service. M. Bouvier me confiait beaucoup
27   d'oeuvres, des oeuvres à vendre à la galerie par ses sociétés, ce qui compensait la
28   rémunération. Ce n'est pas parce que je fais une négociation qui dure dix minutes
29   que je vais prendre ... Moi, je préfère vendre un tableau confié par M. Bouvier, où
30   je vais bien gagner ma vie — et c'est dans mes fiches, c'est dans mes impôts ici à

**153 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Genève — que de facturer 50.000 pour une visite.

2    **Mme le Juge.-** Manifestement, d'après ce que vous nous avez indiqué depuis ce
3    matin, vous vous êtes particulièrement investi dans le cadre de la revente de ce
4    Klimt, de la vente et de l'achat par M. Bouvier de ce Klimt.

5    **M. Peretti.-** L'avantage que j'aie de faire cela pour M. Bouvier, c'est que cela m'a
6    donné une carte de visite énorme qui a fait que tout le monde de l'art s'est ouvert à
7    moi. Cela, on peut l'acquérir en vingt ans ; moi, je l'ai acquis en deux ans.

8    **Mme le Juge.-** S'agissant de ce Klimt en particulier, est-ce que vous arrivez à
9    nous dire ce que vous avez perçu.

10    **M. Peretti.-** Je vous réponds. On ne perçoit pas au coup par coup mais en
11    échange de bons procédés. M. Bouvier, dans l'année, m'a certainement confié
12    pour 7, 8 ou 10 millions de tableaux, via ses sociétés, que j'avais à la galerie, où
13    j'ai bien gagné ma vie. C'est un échange de bons procédés. C'est comme ça qu'on
14    travaille. Quand M. Valette fait une estimation pour une *Ève* en marbre, qui a été
15    achetée chez CHRISTIE'S en vente publique. Il ne demande pas de rémunération.

16    **Mme le Juge.-** Bien compris.

17    **Me S. Giroud.-** Pour le procès-verbal : c'est en lien avec les questions 5 et 6 du
18    chiffre romain II que l'on pose ces questions. Et dans ce cadre-là, Monsieur
19    Peretti était invité à indiquer s'il avait été rémunéré, s'il avait reçu une
20    indemnisation, de manière générale. Cela vaut pour toutes les œuvres dont on
21    parle. S'il pouvait, lorsqu'il sera interrogé sur les prochaines œuvres, veiller à
22    répondre à cette question, s'il a été impliqué.

23    **Mme le Juge.-** Vous ne l'avez jamais dit jusqu'à maintenant ?

24    **M. Peretti.-** Si, je l'ai dit, en 2015, que je percevais des commissions. Lors de
25    mon audition en 2015, je l'ai dit.

26    **Mme le Juge.-** Devant moi. Aux questions relatives aux autres oeuvres dont on a
27    parlé ce matin, à aucun moment vous n'avez particulièrement indiqué que vous
28    aviez activement participé à la négociation du prix.

**154** | *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Non. Mais je n'ai pas participé à toutes les négociations du prix. Je
2   vous annonce quand je participe et quand je ne participe pas.

3   **Mme le Juge.-** Là, vous l'avez annoncé.

4   **M. Peretti.-** Quand c'est clair, je l'annonce.

5   **Mme le Juge.-** Pour moi, c'était clair en tout cas : vous ne l'avez pas dit pour les
6   autres parce que vous n'étiez pas impliqué dans la négociation du prix.

7   **M. Peretti.-** Ce n'était pas le cas. Je n'ai rien à cacher. Si cela avait été le cas, je
8   l'aurais dit mais ce n'est pas le cas.

9   **Mme le Juge.-** Savez-vous si, par la suite, M. Rybolovlev et/ou ses sociétés, a
10  racheté *Wasserschlangen II* ?

11  **M. Peretti.-** Non, jusqu'en 2015 dans la presse.

12  **Mme le Juge.-** Savez-vous combien M. Rybolovlev et/ou ses sociétés ont payé
13  pour acheter ce *Wasserschlangen II* ?

14  **M. Peretti.-** Non.

15  **Mme le Juge.-** La question est toujours à la même. Quand M. Bouvier, si
16  M. Bouvier a vendu cette oeuvre à M. Rybolovlev, est-ce qu'il a reçu un prix de
17  vente pour l'oeuvre d'art qu'il avait vendue.

18  **M. Peretti.-** Je ne sais pas. Je ne connais pas le prix. Je ne peux pas vous
19  répondre.

20  **Mme le Juge.-** Savez-vous s'il y a eu un accord entre M. Bouvier ou ses sociétés
21  et M. Rybolovlev ou ses sociétés par rapport à l'achat/vente de *Wasserschlangen*
22  *II* ?

23  **M. Peretti.-** Non.

24  **Mme le Juge.-** Savez-vous si Mme Rappo a joué un rôle dans l'acquisition de

**155** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    cette oeuvre d'art par les sociétés de M. Rybolovlev ?

2    **M. Peretti.**- Non.

3    **Mme le Juge.**- Savez-vous si Mme Rappo a perçu de l'argent dans le cadre de
4    cette vente ?

5    **M. Peretti.**- Non.

6    **Mme le Juge.**- Aviez-vous, à l'époque, parlé de cette oeuvre *Wasserschlangen II*
7    avec Dimitri Rybolovlev lui-même ?

8    **M. Peretti.**- Non.

9    **Mme le Juge.**- Avec Mikhail Sazanov ?

10    **M. Peretti.**- Non.

11    **Mme le Juge.**- Tetiana Bersheda ?

12    **M. Peretti.**- Non.

13    **Mme le Juge.**- Yuri Bogdanov ?

14    **M. Peretti.**- Non.

15    **Mme le Juge.**- Une autre personne liée ou travaillant pour M. Rybolovlev ?

16    **M. Peretti.**- Non.

17    **Mme le Juge.**- Savez-vous si M. Bouvier avait donné des indications à
18    M. Rybolovlev ou à ses sociétés, s'agissant du prix de cette oeuvre d'art ?

19    **M. Peretti.**- Non.

20    **Mme le Juge.**- Avez-vous parlé avec SOTHEBY'S en lien avec

**156** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   *Wasserschlangen II* sur ce que M. Bouvier avait l'intention d'en faire après en
2   avoir fait l'acquisition auprès de SOTHEBY'S ?

3   **M. Peretti.-** Non.

4   **Mme le Juge.-** Savez-vous si M. Bouvier l'avait dit à SOTHEBY'S ?

5   **M. Peretti.-** Non.

6   **Mme le Juge.-** Est-ce que vous avez discuté avec SOTHEBY'S de l'identité de
7   toute personne autre que M. Bouvier qui serait en train d'acheter
8   *Wasserschlangen II* ?

9   **M. Peretti.-** Non.

10   **Mme le Juge.-** C'est chaque fois la même question et vous le dites chaque fois.
11   Savez-vous si M. Bouvier avait dit à SOTHEBY'S qu'une autre personne ou une
12   entité serait potentiellement en train d'acheter cette oeuvre ?

13   **M. Peretti.-** Non.

14   **Mme le Juge.-** Pour que je comprenne bien. Si quand M. Bouvier — qui est lui
15   aussi marchand d'art — disait à SOTHEBY'S : « Sache que moi, je te l'achète mais
16   je la revends derrière et, d'ailleurs, ce sera telle ou telle personne ». SOTHEBY'S
17   dirait « Attendez, je vais essayer de la vendre directement ».

18   **M. Peretti.-** Oui, en direct.

19   **Mme le Juge.-** C'est un peu pour cette raison que les informations ne sont pas
20   relayées ?

21   **M. Peretti.-** Et l'inverse vaut aussi : si SOTHEBY'S nous donnait le nom du
22   vendeur, on essayerait d'aller directement chez les vendeurs.

23   **Mme le Juge.-** C'est le principe du courtage, en quelque sorte ?

24   **M. Peretti.-** Non. SOTHEBY'S fait du courtage avec ses clients ou même quand il

157 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    vend dans le public, on leur confie. Mais il ne donne jamais le nom des clients. Si
2    vous regardez dans les catalogues, on ne voit pas la dernière provenance parce
3    que c'est privé. SOTHEBY'S a mis 40 ans à constituer des fichiers, ce n'est pas
4    pour nous les donner. Et nous, quand nous avons un client, le peu de clients qu'on
5    a — parce qu'on n'a quand même pas beaucoup de clients —, on ne va pas les lui
6    donner. Il les prend tout seul, les clients.

7    **Mme le Juge.-** Bien compris.

8    Saviez-vous si M. Valette avait envoyé, à M. Bouvier, des descriptions de cette
9    oeuvre de Klimt ?

10   **M. Peretti.-** Oui, certainement.

11   **Mme le Juge.-** Comment le savez-vous ?

12   **M. Peretti.-** Parce que je sais qu'il y marquait un intérêt. Forcément, s'il marque
13   un intérêt, il se fait envoyer le fichier Klimt. C'est le B.A.-BA

14   **Mme le Juge.-** Vous en êtes certain mais vous...

15   **M. Peretti.-** J'en suis certain mais je n'en ai plus de connaissance. En tout cas,
16   c'est obligatoire.

17   **Mme le Juge.-** Bien compris.

18   Saviez-vous pourquoi, dans les descriptions qu'on a vues dans les messages
19   échangés, M. Bouvier était identifié, en 2012, comme étant le propriétaire de
20   *Wasserschlangen II* ?

21   **M. Peretti.-** Parce qu'il l'a acheté. Je ne sais pas quand il l'achète. Il l'achète,
22   M. Bouvier. S'il est identifié comme étant le propriétaire, c'est parce qu'il l'a
23   achetée.

24   La question est : pourquoi est-il identifié comme propriétaire en 2012 ? C'est ça ?

25   **Mme le Juge.-** Parce c'est le moment où il l'achète.

**158** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Si c'est le moment où il l'achète, il est propriétaire. Je ne me rappelle
2    pas des dates exactes. Mais si on l'identifie comme propriétaire, c'est parce qu'il
3    l'a payée via ses sociétés et que cela lui appartient.

4    **Mme le Juge.-** Ce n'est pas très clair. Maître Mauron ?

5    **Me B. Mauron.-** Pourquoi n'est-il pas identifié comme propriétaire ? Aucune des
6    descriptions n'a identifié M. Bouvier, en 2012, pour l'acquisition de cette oeuvre.

7    **M. Peretti.-** D'accord. C'est pour la même raison que j'ai déjà dite.

8    **Mme le Juge.-** C'est que vous nous avez expliqué avant. Si vous avez une fiche
9    technique qui date de 2010 ou de 2011...

10    **M. Peretti.-** Les fiches techniques, elles datent des années 30. Il y a un catalogue
11    qui s'appelle le Daross et vous n'avez pas besoin de certificat. On a la provenance
12    jusqu'aux années 30. C'est le travail de CHRISTIE'S et de SOTHEBY'S, quand ils les
13    mettent en vente publique, de réajuster. Parce qu'ils ont, eux, un accès privilégié,
14    par exemple avec la famille Picasso, pour avoir toutes les autres provenances ;
15    accès privilégié que nous, nous n'avons pas.

16    **Mme le Juge.-** Parce que ce qui transparaît dans toutes ces questions, ...

17    **M. Peretti.-** C'est normal.

18    **Mme le Juge.-** ... c'est comme si, dans l'ensemble de ces discussions, M. Bouvier
19    avait volontairement été escamoté des fiches techniques pour ne pas que l'on
20    puisse voir qu'il est passé par là.

21    **M. Peretti.-** Ce n'est pas possible. Je vous donne un exemple. Pour le Rodin,
22    vous avez la fiche technique. On peut trouver dans quel livre cela a été fait. Il est
23    certain que cela a été fait il y a 20 ans. Sauf les maisons de vente. Argument
24    commercial : eux travaillent avec les experts et les fondations pour pouvoir avoir
25    toutes les provenances qui viennent derrière.

26    **Mme le Juge.-** Si moi, en 2022, je veux acheter *Ève* de Rodin, si je veux avoir
27    une information exactement à jour de qui ont été les propriétaires successifs et

**159** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  que cette information ne figure pas dans votre catalogue raisonné, je peux
2  m'adresser à l'expert du Comité Rodin qui me dira, sous le sceau du secret, c'est
3  tel, tel ou tel propriétaire.

4  **M. Peretti.-** Oui. Par contre, il ne vous fera pas de certificat. Soit c'est dans le
5  livre, soit il a déjà fait un certificat qu'on vous remet. Et si un certificat est perdu,
6  on ne vous redonne pas un certificat.

7  **Mme le Juge.-** Mais ce sont des informations que l'on peut obtenir ?

8  **M. Peretti.-** Que l'on peut obtenir mais qui ne vont apparaître nulle part, sauf en
9  cas de vente publique parce que SOTHEBY'S et CHRISTIE'S ont cette possibilité de
10  faire paraître ces éléments grâce aux experts. Nous, nous ne l'avons pas.

11  **Mme le Juge.-** Bien compris.

12  **Me S. Giroud.-** Madame le Président, je suis vraiment en pleine confusion là. J'ai
13  l'impression qu'on parle de deux choses différentes. Je voudrais poser une
14  question pour clarifier.

15  Vous avez la fiche technique de l'œuvre qui, comme vous l'avez expliqué, figure
16  dans le catalogue raisonné et qui résume la provenance, etc. Puis, il y a la fiche
17  qu'a la maison de vente qui elle-même a procédé à la vente.

18  **M. Peretti.-** En vente publique, pas en vente privée.

19  **Me S. Giroud.-** Quand, auparavant, on a parlé de (*TC3 - 00.56.03*), quand on
20  avait les deux indications avec un prix, et l'un, c'était un prix refusé, vous nous
21  avez expliqué que justement c'était la maison de vente aux enchères qui avait
22  cette information parce que, sauf erreur, elle avait interagi avec un acheteur
23  potentiel qui avait refusé ce montant-là.

24  **M. Peretti.-** C'était pour un Modigliani.

25  **Me S. Giroud.-** Oui. Merci de me corriger. Mais cela, c'était dans le cadre d'une
26  vente privée, comme vous l'avez expliqué.

**160 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti.-** Oui, mais c'est une information...

2  **Me S. Giroud.-** ... dans le cadre de vente prive (*inaudible*)

3  (*Conversations simultanées*)

4  **M. Peretti.-** Mais là, on parle de deux choses différentes.

5  **Me S. Giroud.-** ... ne mentionne pas sur la liste. Mais là, il me semble qu'on est
6  entre deux choses.

7  **M. Peretti.-** Je pense que vous mélangez deux choses et c'est la différence. Là, on
8  parle de fiche technique avec le nom du propriétaire. Et vous, vous me parlez
9  d'une supposition d'une vente refusée, à 90 millions, par quelqu'un que
10 SOTHEBY'S connaît et qui n'a rien à voir avec une fiche technique.

11 **Mme le Juge.-** Moi, j'ai compris. Mais répondez peut-être à la question.

12 **M. Peretti.-** Je pense avoir répondu.

13 **Mme le Juge.-** Vous dites votre opinion. Mais posez la question peut-être.

14 **Me S. Giroud.-** Quelle est la différence entre une fiche technique, qui résulte de
15 catalogues raisonnés d'un établissement, de la provenance, et la fiche qui est
16 établie par la maison de vente qui est censée donner toutes les informations à la
17 personne qui va (?) Quelle est la différence entre ces deux documents ?

18 **M. Peretti.-** La fiche technique concerne le tableau. La fiche de refus sur un
19 tableau de Modigliani qui doit être vendu concerne non pas le tableau mais un
20 autre tableau qu'un propriétaire a refusé pour faire un comparatif. Le Modigliani
21 en question dont on parle, on n'a jamais fait une supposition de prix, qu'il valait
22 tant. On a fait une supposition par rapport au montant de 90 millions donné par
23 un client au-delà duquel celui-ci refusait d'aller ; Modigliani qui a finalement été
24 vendu à 150 millions. Cela ne peut pas apparaître dans une fiche technique, c'est
25 une fiche commerciale. Cela n'a rien avec le propriétaire d'avant et l'acquisition
26 qui est plus élevée que le comparatif.

**161** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Moi, j'ai compris qu'un catalogue est fait à telle date Et si vous
2    avez un catalogue raisonné arrêté en 2011, vous pouvez demander la fiche
3    technique qui sera un extrait du catalogue. S'il n'a pas été mis à jour, l'information
4    selon laquelle il y a quelqu'un d'autre, par hypothèse M. Bouvier et/ou ses
5    sociétés qui sont devenus propriétaires dans l'intervalle, n'y figure pas encore
6    puisque le catalogue n'a pas été mis à jour.

7    **M. Peretti.-** Et plus précis encore. Par exemple, pour faire l'acquisition de tous
8    les catalogues raisonnés de Picasso, c'est 30.000 €. Il y a 30 et quelques volumes,
9    c'est 30.000 euros. Vous imaginez bien qu'ils ne vont pas réactualiser ces
10   catalogues tous les ans ni tous les cinq ans et que nous, marchands, nous allons
11   payer 30.000 euros pour avoir les catalogues réactualisés !

12   **Mme le Juge.-** D'où ma question que j'ai posée avant. Si vous avez un catalogue
13   raisonné qui s'arrête avec les propriétaires jusqu'en 2009 et que vous êtes en 2015,
14   que vous voulez savoir ce qui s'est passé dans l'intervalle, vous avez la possibilité
15   de demander un certificat ou une information directement à l'un des Comités ?

16   **M. Peretti.-** Ils ne vous le donneront pas. Ils ne sont pas obligés de vous le
17   donner. C'est la force des maisons de vente comme SOTHEBY'S et CHRISTIE'S qui
18   travaillent avec les Comités et à qui ceux-ci fournissent les informations. À nous,
19   marchands, ils ne sont pas obligés de nous le donner. Le Comité Picasso ne nous
20   le donne pas. On doit se contenter de ce qu'on a. Le Daross, ils appellent ça la
21   Bible de Picasso. Il y a des choses qui sont techniques. On peut aller sur des
22   informations sur Picasso plus approfondies quand le tableau n'est pas signé. Mais
23   il fait forcément partie de la famille parce que Picasso, quand il vendait un
24   tableau, il le confiait à des marchands, à l'époque. Et il ne signait ses tableaux que
25   lorsqu'ils étaient vendus. Tout le reste, qui n'est pas signé, appartient à la famille.
26   Et là, on a le droit de demander un complément d'information parce que le tableau
27   n'est pas signé. Pour reste, il ne nous le donnerait pas.

28   **Me S. Giroud.-** Mais êtes-vous d'accord que le Comité n'a pas toutes les
29   informations sur les propriétaires ?

30   **M. Peretti.-** Je suis désolé, les Comités les ont toutes.

31   **Me S. Giroud.-** Toutes ? Mais il peut y avoir eu une vente pour laquelle ...

**162 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Prenons le cas d'un tableau spolié qu'on a retrouvé. On a authentifié
2   un Van Gogh. Cela arrive tous les trente ans. Il n'est pas dans le catalogue
3   raisonné et il normal que le Comité vous dise : « *Sera intégré dans le prochain*
4   *catalogue raisonné* ».

5   **Mme le Juge.-** Mais le Comité a toutes les informations ?

6   **M. Peretti.-** Bien sûr, toutes.

7   **Me S. Giroud.-** En temps réel ?

8   **M. Peretti.-** En temps réel, à trois mois près ou à quatre mois près.

9   **Me S. Giroud.-** Si je vous suis bien — et je vous demande de confirmer ou
10  d'infirmer —, cela veut dire que quand SOTHEBY'S, soi-disant, vend à
11  M. Bouvier, le Comité est censé savoir que la vente est intervenue...

12  **M. Peretti.-** Il est censé savoir, oui ou non. Mais quoi qu'il arrive, à un moment,
13  il va être prêté. Les clients prêtent leurs oeuvres. À ce moment-là, le Comité sait
14  ou pose des questions à SOTHEBY'S ou CHRISTIE'S, je n'en sais rien. Je ne suis pas
15  dans les secrets de SOTHEBY'S. Pour moi, ils ont toutes les informations mais je
16  ne sais pas tout non plus.

17  Je vais vous dire comment ils les ont : souvent, quand ils mettent un tableau en
18  vente publique, s'ils demandent les informations complètes, ils sont bien obligés
19  de donner le nom de leur client aussi. Cela reste entre eux. Je sais que je peux
20  appeler le Comité Picasso, demander...

21  **Mme le Juge.-** Si je peux revenir à ma liste de questions. On est toujours sur *Ève*
22  *de Rodin, Pièce n° 41.*

23  (*Le témoin prend connaissance de la pièce*)

24  C'est un message de Samuel Valette à M. Peretti. Vous avez la traduction.

25  Septembre 2013. En fait, c'est avant.  C'est un message qui est avant ce qu'on a
26  vu, puisque la vente était en 2014. C'était une année avant ce qu'on a vu avant.

**163** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Est-ce que vous vous souvenez d'avoir vu ce message de Samuel Valette ?

2    **M. Peretti.-** Je ne me souviens pas du contenu exact. Mais comme je vous l'ai
3    expliqué avant, c'est une pièce qui avait été spoliée sur laquelle SOTHEBY'S a fait
4    un merveilleux travail. Il a réussi à récupérer cette oeuvre spoliée et il l'a rendue à
5    sa vraie propriétaire qui, elle, a décidé de la vendre. C'est un travail qui a duré
6    deux ou trois ans.

7    **Mme le Juge.-** C'est ce que vous nous avez expliqué avant.

8    **M. Peretti.-** Oui. C'est pour cela que j'en ai eu connaissance. Entre autres, il faut
9    féliciter SOTHEBY'S pour avoir récupéré un tableau spolié pendant la guerre et
10    pour l'avoir rendu à sa vraie propriétaire.

11    **Mme le Juge.-** Vous vous souvenez pour quelle raison M. Valette vous avait
12    envoyé, une année avant, cette information ?

13    **M. Peretti.-** Oui. Il m'a dit que SOTHEBY'S travaillait sur une spoliation. Il m'a
14    demandé si j'aurais un intérêt pour cette oeuvre. J'ai dit oui. C'est tout un travail.
15    Vous savez, ces affaires de spoliation demandent trois ou quatre ans d'avocats.

16    **Mme le Juge.-** Savez-vous pourquoi, dans ce mail, il n'y a pas d'objet ?

17    **M. Peretti.-** D'objet ? Vous voulez parler du tableau ?

18    **Mme le Juge.-** Vous avez le message sous les yeux. Il est indiqué : « *De : Valette*
19    *à J.M. Peretti* » mais il n'y a pas de « *Concerne* ».

20    **M. Peretti.-** Je n'ai pas compris la question.

21    **Mme le Juge.-** Quand vous écrivez un mail, souvent il est indiqué : « *De :... à*
22    M. Peretti ». Et vous avez : « *sujet* » ou « *concerne* ». Quand vous voyez cette
23    impression, on dirait qu'il n'y a pas de « *concerne* ».

24    **M. Peretti.-** Je vais vous dire pourquoi. Parce qu'un Klimt, c'est tellement rare
25    qu'on ne peut pas se tromper : il n'y en a pas deux. Le dernier qui a été vendu,
26    avant celui-ci, à (*inaudible* : *TC 3 - 01.03.43*), on parle de 10 ans ou de 15 ans.

**164** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   Un Klimt, c'est peut-être une fois tous les 30 ans. On ne peut donc pas se tromper
2   de tableau.

3   **Mme le Juge.-** D'accord.

4   Est-ce que vous avez discuté de cet article avec M. Valette, par téléphone ?

5   **M. Peretti.-** Possible.

6   **Mme le Juge.-** Est-ce que vous vous souvenez de quand ces conversations ont eu
7   lieu ?

8   **M. Peretti.-** Cela a duré deux ou trois ans, je ne peux donc pas vous dire la date
9   exacte.

10   **Mme le Juge.-** Deux ou trois ans à partir du moment où il vous a dit qu'il y avait
11   cette discussion pour essayer de retrouver le propriétaire du tableau ?

12   **M. Peretti.-** Il m'a précisé qu'il y avait un travail énorme fait par SOTHEBY'S pour
13   récupérer une oeuvre exceptionnelle de Klimt et il voulait savoir si, moi, je
14   portais un intérêt pour l'un de mes clients. Forcément pendant ces deux ans, il y a
15   eu une avancée et on a eu certainement des discussions.

16   **Mme le Juge.-** Mais du coup, les appels téléphoniques, c'était entre qui et qui ?

17   **M. Peretti.-** Entre M. Valette et moi.

18   **Mme le Juge.-** À votre avis, ces appels et conversations téléphoniques, c'était
19   avant ou après qu'il vous ait envoyé ce mail que vous avez sous les yeux et qui n'a
20   pas de sujet ?

21   **M. Peretti.-** Je pense c'est après. Il m'a averti avant qu'il y aurait peut-être un
22   tableau exceptionnel mais que cela allait prendre du temps. Apparemment, avec
23   cette lettre, on voit qu'il y a une avancée et que les discussions ont pris forme, je
24   pense.

25   **Mme le Juge.-** Est-ce que vous, quand vous avez a pris qu'ils essayaient de

**165 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1     remettre la main sur le propriétaire de cette oeuvre exceptionnelle, vous avez
2     informé M. Bouvier ?

3     **M. Peretti.-** J'ai informé M. Bouvier et M. Pissaro, là aussi pour le Qatar. Mais
4     définitivement le Qatar ne souhaitait pas acheter un tableau représentant une
5     femme un peu dénudée.

6     **Mme le Juge.-** Vous avez discuté à plusieurs reprises avec M. Bouvier et
7     M. Pissaro ?

8     **M. Peretti.-** Oui, avec M. Pissaro.

9     **Mme le Juge.-** C'était des conversations qui avaient lieu par mails ? Par
10    téléphone ?

11    **M. Peretti.-** Par téléphone.

12    **Mme le Juge.-** Par téléphone. Et que M. Bouvier vous a dit ? Il vous a fait part de
13    son intérêt ?

14    **M. Peretti.-** Il m'a fait part de son intérêt. Il m'a dit qu'il pensait que c'était
15    quelque chose d'exceptionnel qui n'allait pas aboutir parce qu'il pensait que
16    SOTHEBY'S n'allait pas récupérer cette spoliation. Mais il marquait un grand
17    intérêt.

18    **Mme le Juge.-** Il marquait son intérêt d'accord.

19    **M. Peretti.-** Oui, en tant qu'acheteur.

20    **Mme le Juge.-** On passe à la *Pièce n° 43*.

21    (*Le témoin prend connaissance de la pièce*)

22    De nouveau, comme on en a déjà vu ce matin, il s'agit d'une évaluation de
23    l'oeuvre qui liste la valeur d'assurance à 180 millions de dollars. Vous aviez reçu
24    cette évaluation de SOTHEBY'S ?

**166** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Non. Mais je ne la trouve pas chère.

2   **Mme le Juge.-** Vous ne la trouvez pas chère ?

3   **M. Peretti.-** Non parce que je pense qu'il vaudrait 300 millions de dollars
4   aujourd'hui.

5   **Mme le Juge.-** Est-ce que vous avez discuté de ce document de SOTHEBY'S avec
6   M. Bouvier ?

7   **M. Peretti.-** Non.

8   **Mme le Juge.-** Est-ce que vous avez discuté de ce document avec l'un ou l'autre
9   des employés de SOTHEBY'S ?

10   **M. J-M. Peretti.-** Non.

11   **Mme le Juge.-** Savez-vous quelque chose de ce document ?

12   **M. J-M. Peretti.-** Non.

13   **Mme le Juge.-** Vous nous avez déjà indiqué qu'il est manifestement destiné à des
14   valeurs d'assurance ?

15   **M. J-M. Peretti.-** Oui.

16   **Mme le Juge.-** Savez-vous si c'est M. Bouvier qui a demandé à SOTHEBY'S de
17   préparer cette évaluation ?

18   **M. J-M. Peretti.-** Certainement. De ce que je me souviens, M. Bouvier
19   s'occupait du stockage, du transport et des valeurs d'assurance. Il était donc
20   forcément mandaté par M. Rybolovlev. Puisqu'il les stockait, forcément, il fallait
21   les assurer. C'est obligatoire. C'est le stockeur qui demande les assurances
22   puisqu'il en prend la responsabilité, de ce que je sais.

23   **Mme le Juge.-** Pour ce tableau-là, vous confirmez que M. Bouvier l'a acheté
24   pour le revendre à M. Rybolovlev ?

167 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Ah non ! Je ne sais pas.

2   **Mme le Juge.-** C'est vous qui m'avez dit qu'il était mandaté par M. Rybolovlev.

3   **M. J-M. Peretti.-** Non ! C'est quand je l'ai appris et vous me parlez
4   d'assurances. Que ce soit M. Bouvier qui le stocke ou M. Rybolovlev, parce que
5   je l'ai appris après, quoi qu'il arrive, après, on demande une valeur d'assurance.

6   **Mme le Juge.-** D'accord.

7   Savez-vous pourquoi M. Bouvier a obtenu une évaluation de l'œuvre ? C'est en
8   vue de son assurance ?

9    **M. J-M. Peretti.-** En vue de son assurance, qu'elle soit pour lui ou pour un de
10   ses clients à partir du moment où il la stocke. Apparemment s'il la stocke, il lui
11   faut une valeur d'assurance.

12   **Mme le Juge.-** Vous le savez parce que c'est toujours comme ça ?

13   **M. J-M. Peretti.-** Parce que M. Bouvier m'a dit qu'il stockait des oeuvres d'art
14   dans ses Ports Francs mais je ne sais pas si elles lui appartenaient à lui, à
15   M. Rybolovlev, au Qatar ou à d'autres clients. Quoi qu'il arrive, il faut les
16   assurer.

17   **Mme le Juge.-** Avez-vous participé à des discussions entre SOTHEBY'S et
18   M. Bouvier pour établir ce document de valeur d'assurance ?

19   **M. J-M. Peretti.-** Non.

20   **Mme le Juge.-** Est-ce que vous avez participé à des discussions avec
21   M. Rybolovlev ou ses sociétés concernant la valeur ou l'évaluation de cette
22   oeuvre de Klimt ?

23   **M. J-M. Peretti.-** Non.

**168** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** On en revient à la question précédente. Apparemment, quand on
2    lit cette évaluation de cette oeuvre de Klimt, on ne voit pas que M. Bouvier en a
3    fait l'acquisition. Pouvez-vous nous dire pourquoi ?

4    **M. J-M. Peretti.-** Ce n'est plus un sujet actuel. Monsieur Bouvier a certainement
5    payé SOTHEBY'S. Il n'a donc pas besoin de demander, il ne faut pas spécifier
6    qu'il est propriétaire puisque c'est lui-même qui le paye.

7    **Mme le Juge.-** Dans la mesure où M. Bouvier demande l'information valeur
8    d'assurance à SOTHEBY'S, ils n'ont pas besoin de mettre...

9    **M. J-M. Peretti.-** Non ! Parce que M. Bouvier en a fait l'acquisition chez
10   SOTHEBY'S, personnellement ou à travers ses sociétés. Ça, je n'en sais rien. Il est
11   donc normal que SOTHEBY'S réponde à M. Bouvier puisqu'ils ont facturé
12   M. Bouvier, après deux ans, un an, je n'en sais rien.

13   **Mme le Juge.-** Qu'il réponde à M. Bouvier, c'est une chose mais la question est :
14   pourquoi, dans l'évaluation, il n'est pas écrit *expressis verbis* que, dans
15   l'intervalle, l'œuvre appartient à M. Bouvier ?

16   **M. J-M. Peretti.-** Parce qu'ils le savent déjà puisque c'est lui qui l'a facturée.
17   Dans la comptabilité, ils ont payé cette société. Pour lui, il est normal de
18   demander de l'argent.

19   Moi, j'ai ma maison. On sait que l'assureur, c'est ma maison. Il ne va pas me le
20   spécifier. Il va la spécifier parce qu'il va le faire pour l'assurance, sinon il le
21   sait ! Cela me paraît logique.

22   Si vous achetez un tableau chez SOTHEBY'S et que vous demandez une valeur
23   d'assurance un an après...

24   **Mme le Juge.-** Ils ne vont pas mettre « le tableau appartient à Peretti ».

25   **M. J-M. Peretti.-** Non, ils ne vont pas mettre « le tableau appartient à Peretti »
26   parce qu'ils ne peuvent pas le confirmer. En plus, ils ne peuvent pas le confirmer
27   parce que ça se passe un an après. Eux font sur une base comme quoi il l'a
28   acquis. Si deux ans après, il ne lui appartient pas, ce n'est pas leur responsabilité.

**169 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  Eux l'ont vendue à M. Bouvier qui demande une valeur d'assurance, et ils lui
2  répondent.

3  **Mme le Juge.-** Quand vous avez vu la valeur d'assurance, vous avez
4  spontanément dit 180...

5  **M. J-M. Peretti.-** Aujourd'hui, je découvre 180 millions ; moi, je pense que ce
6  tableau vaut plus de 300 millions aujourd'hui.

7  **Mme le Juge.-** D'accord.

8  Comment SOTHEBY'S a calculé cette valeur, vous le savez ?

9  **Me S. Giroud.-** Madame le Président, juste pour comprendre : votre réponse, par
10  rapport au fait que c'est normal que M. Bouvier n'apparaisse pas sur le certificat,
11  est la même si en fait le propriétaire de l'oeuvre est un tiers ?

12  **M. J-M. Peretti.-** C'est la même chose.

13  **Me S. Giroud.-** C'est-à-dire que, d'une manière ou d'une autre, il l'a transférée à
14  un tiers ?

15  **M. J-M. Peretti.-** Monsieur Bouvier n'est pas obligé de transmettre l'information
16  à SOTHEBY'S qu'il a vendu cette pièce. Ça le regarde ! Il n'est pas obligé de
17  répondre à SOTHEBY'S. Il ne dira jamais à SOTHEBY'S « j'ai vendu la pièce ».

18  **Mme le Juge.-** L'assurance, c'est pour le transport ou le stockage ?

19  **M. J-M. Peretti.-** Voilà, c'est tout. Monsieur Bouvier n'informera jamais une
20  maison de vente, comme une maison de vente n'informera jamais que le tableau
21  de M. Bouvier, qu'il a vendu en vente, a été chez tel propriétaire après. Cela
22  marche pareil dans les deux sens, chez CHRISTIE'S, chez SOTHEBY'S et chez les
23  marchands.

24  **Me B. Mauron.-** Si, moi, j'avais demandé à SOTHEBY'S un certificat d'assurance
25  pour un tableau que je n'ai jamais acquis...

**170** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Là, il l'a acquis puisqu'il y avait une facture !

2    **Me B. Mauron.-** Oui, mais, là, vous dites qu'apparemment, SOTHEBY'S ne
3    vérifie pas si M. Bouvier est encore propriétaire du tableau lorsqu'il demande la
4    valeur d'assurance.

5    **M. J-M. Peretti.-** Cela ne les regarde pas !

6    **Me B. Mauron.-** Cela ne regarde pas qui ?

7    **M. J-M. Peretti.-** SOTHEBY'S.

8    **Me B. Mauron.-** C'est-à-dire qu'une fois que j'ai été acquéreur d'une œuvre
9    chez SOTHEBY'S, je peux aller à l'infini demander un certificat d'assurance ?

10    **M. J-M. Peretti.-** A l'infini… C'est votre bonne foi à vous. C'est vous qui
11    demandez un service et qui dites que, par exemple, le tableau ou il est en
12    stockage ou il l'a vendu et il demande une valeur d'assurance. SOTHEBY'S lui fait
13    une valeur d'assurance. Il ne la demande pas 20 ans après, il la demande 2 ans
14    après.

15    **Mme le Juge.-** Accessoirement, si je que comprend bien, il a payé. Comme
16    quand vous êtes juge, vous demandez à un expert qu'il fasse une expertise, ça
17    coûte des sous.

18    **M. J-M. Peretti.-** Il ne paie pas. Il ne paie rien.

19    **Mme le Juge.-** Il ne paie rien ?

20    **M. J-M. Peretti.-** Que ce soit M. Bouvier ou un autre. Par exemple, SOTHEBY'S
21    ou CHRISTIE'S se déplace chez des particuliers. Ils font des valeurs d'assurance
22    parce que c'est leur travail. Ils espèrent un jour récupérer cette collection, ou
23    avoir cette œuvre. C'est donc des services gratuits. En contrepartie, les ventes ne
24    sont pas gratuites. Quand vous mettez un tableau chez eux, il y a un pourcentage.
25    Vous comprenez bien, et c'est ce que je vous expliquais tout à l'heure, tout n'est
26    pas au pas. Il y a des métiers différents. Chez le docteur, c'est à la visite ;
27    l'avocat, c'est à l'heure. Dans l'art, c'est différent.

**171 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1　**Me S. Giroud.-** Pour poursuivre votre raisonnement, dans cette configuration-là,
2　quand le comité qui s'occupe de l'oeuvre en particulier est-il informé qu'il y a un
3　transfert de propriété ?

4　**M. J-M. Peretti.-** Honnêtement, je pense que, pour le Kkimt, peut-être jusqu'en
5　2015, quand c'est paru dans les journaux, qu'ils ont mis comme propriétaire la
6　société de M. Bouvier. Je pense. Ce sera réactualisé le jour où il y a vente ou pas
7　vente.

8　Vous imaginez, il y a 42 000 Picasso. S'il fallait faire à chaque fois un tri pour
9　réactualiser un catalogue… Même un catalogue de Klimt, c'est 5 ou 6 000. On
10　ne peut pas se permettre de le réactualiser tous les deux ou trois ans ! Quand ils
11　ont des informations, ils réactualiseront quand ils le pourront.

12　**Mme le Juge.-** Toujours par rapport à cette évaluation, *Pièce n° 43*, avez-vous
13　une idée de comment SOTHEBY'S a évalué ce montant de 180 millions ?

14　**M. J-M. Peretti.-** C'est leur métier ! Ils ont des experts pour ça, autres que
15　M. Valette. Monsieur Valette fait peut-être le courrier ou je n'en sais rien. Les
16　évaluations ne sont pas faites forcément par M. Valette ou un autre. Ils ont des
17　experts qui font que cela toute la journée. Pour des évaluations d'assurance, ce
18　sont deux métiers différents.

19　**Mme le Juge.-** Aviez-vous déjà vu cette estimation avant qu'on vous la soumette
20　ici ?

21　**M. J-M. Peretti.-** Non ! En revanche, j'avais déjà vu des estimations
22　d'assurance, autres que, pour ce dossier-là, qui sont du même format.

23　**Mme le Juge.-** À cette époque où cette estimation a été faite, M. Valette vous
24　avait demandé votre avis quant à la valeur d'assurance ?

25　**M. J-M. Peretti.-** Non. Je pense qu'il ne le peut pas. Même son avis n'est pas le
26　sien. C'est l'avis des personnes experts aussi bien chez CHRISTIE'S que chez
27　SOTHEBY'S qui ne font que ça, la valeur d'assurance. C'est deux métiers
28　différents.

**172 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Savez-vous si M. Bouvier,...

2   **Me S. Giroud.-** Madame le Président, juste une question parce que vous avez
3   posé la question du format. Si on prend la première page de ce document, il est
4   marqué *(citation en anglais)*...

5   **M. J-M. Peretti.-** Expliquez-moi !

6   **Mme le Juge.-** À la première page du document, *Pièce n° 43*...

7   **Me S. Giroud.-** Dans la version française, c'est marqué *« M. client confidentiel*
8   *134, strictement privé et confidentiel. »* Est-ce que cela fait partie du format de
9   document que vous avez l'habitude d'avoir ? Et savez-vous qui est cette
10  personne ?

11  **M. J-M. Peretti.-** Le nom de la personne, c'est qui ?

12  **Mme le Juge.-** Justement, c'est la question qui vous est posée.

13  Quand on voit l'évaluation, elle n'est pas adressée à une personne mais à *« M.*
14  *client confidentiel 134 »*.

15  Deux questions par rapport à ça : savez-vous qui est *« M. Client confidentiel*
16  *134 »* ?

17  **M. J-M. Peretti.-** J'ai la réponse ! Moi, je suis aussi un numéro de client
18  aujourd'hui. Quand on fait partie des gros clients, pour protéger à l'intérieur,
19  aussi bien chez CHRISTIE'S que chez SOTHEBY'S, seules deux/trois personnes
20  savent qui est le ° 134 pour que personne n'ait accès, que d'autres employés
21  aient accès à ces dossiers confidentiels.

22  **Mme le Juge.-** C'est comme les comptes bancaires sous pseudo dans un
23  établissement bancaire ?

24  **M. J-M. Peretti.-** Voilà.

25  **Mme le Juge.-** Vous savez qui est « 134 » ?

**173 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –.*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **M. J-M. Peretti.**- Je suppose que c'est M. Bouvier.

2 **Mme le Juge.**- Est-il usuel que les gros clients s'appellent « clients confidentiels
3 1, 2, 34, 35, 36 » ?

4 **M. J-M. Peretti.**- C'est obligatoire.

5 **Mme le Juge.**- Ce n'est donc pas inusuel que cela apparaisse comme cela ?
6 Vous-même, vous avez un numéro de client chez Sotheby's ?

7 **M. J-M. Peretti.**- Exactement. À ma demande. Il y a peut-être 1 500 employés
8 chez Sotheby's et, sur 1 500, il vaut mieux avoir confiance en trois personnes
9 qu'en 1 500.

10 **Mme le Juge.**- Toujours par rapport à cette expertise, savez-vous si M. Bouvier
11 est intervenu auprès de M. Valette quand l'expertise a été faite ?

12 **M. J-M. Peretti.**- Aucune idée.

13 **Mme le Juge.**- Aucune idée.

14 **XIII.  Reclamations des Plaignants concernant *La tete* d'Amedeo**
15   **Modigliani**

16 **Mme le Juge.**- C'est une sculpture, j'imagine.

17 **M. J-M. Peretti.**- Oui, un chef-d'œuvre !

18 **Mme le Juge.**- Il n'y a pas de photo.

19 **M. J-M. Peretti.**- Si, il y avait une photo à l'exposition 1912, vous la voyez sur
20 votre gauche, la dernière.

21 **Mme le Juge.**- Tout à gauche ?

22 **M. J-M. Peretti.**- Oui.

**174** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Aviez-vous communiqué avec M. Bouvier au sujet de cette
2    sculpture ?

3    **M. J-M. Peretti.-** Et comment ! Un chef-d'œuvre !

4    **Mme le Juge.-** C'est vous qui avez attiré son attention sur le fait qu'elle était
5    potentiellement à la vente ?

6    **M. J-M. Peretti.-** C'est M. Valette qui m'en a parlé avant et j'en ai parlé à
7    M. Bouvier.

8    Je vais vous expliquer pourquoi, pour la petite anecdote. C'est que Modigliani a
9    souvent fait des tableaux. En fait, c'était les pierres de bâtiments de Paris, des
10   pierres de 1900 qu'il sculptait lui-même. Il était asthmatique. Il en a fait très peu.
11   Il en a fait 19. C'est pour ça que c'est que des chefs d'oeuvre.

12   **Mme le Juge.-** D'accord.

13   Monsieur Valette vous en avez parlé. Arrivez-vous à dire à peu près quand
14   c'était ?

15   **M. J-M. Peretti.-** 2012, 2013, 2014, je n'en sais rien…

16   **Mme le Juge.-** Entre 2012 et 2014.

17   **M. J-M. Peretti.-** 2012, je crois.

18   **Mme le Juge.-** Il vous a donc dit « j'ai quelque chose d'intéressant » et vous en
19   avez vous-même parlé à quelqu'un ?

20   **M. J-M. Peretti.-** A deux/trois clients.

21   **Mme le Juge.-** À M. Bouvier ; à d'autres aussi ?

22   **M. J-M. Peretti.-** Oui.

175 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Avez-vous parlé à d'autres employés de SOTHEBY'S à propos de
2  cette œuvre ?

3  **M. J-M. Peretti.-** Je ne m'en souviens pas.

4  **Mme le Juge.-** On vous remet la *Pièce n° 44*.

5  *(Le témoin prend connaissance de la pièce)*

6  C'est un message de M. Bouvier à M. Valette avec copie à vous-même. Vous
7  souvenez d'avoir reçu ce mail ? *Pièce n° 44*, première page. Vous vous souvenez
8  d'avoir reçu ce message ?

9  **M. J-M. Peretti.-** Je pense l'avoir reçu. De toute façon, j'étais sur cette
10  discussion, donc oui, c'est probable.

11  **Mme le Juge.-** Manifestement, celui qui vous l'a envoyé, ça a l'air d'être
12  M. Bouvier.

13  **M. J-M. Peretti.-** Oui.

14  **Mme le Juge.-** Vous souvenez-vous d'avoir discuté de cet e-mail en particulier
15  avec M. Bouvier ?

16  **M. J-M. Peretti.-** Oui.

17  **M. J-M. Peretti.-** Je lui ai fait une petite leçon d'histoire sur Modigliani, pour lui
18  expliquer la rareté de cette pièce. Après, je lui ai dit qu'il y avait trois ou quatre
19  clients potentiels. Il a voulu l'acquérir.

20  **Mme le Juge.-** Avez-vous discuté de ce message avec des employés de
21  SOTHEBY'S autre que M. Valette ?

22  **M. J-M. Peretti.-** Je ne pense pas.

**176** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Dans son message, on voit que M. Bouvier dit : *« Merci de me*
2    *passer en fichier normal le document comparatif afin que je puisse y inclure les*
3    *traductions. »*

4    Savez-vous pour quelle raison M. Bouvier voulait inclure des traductions ?

5    **M. J-M. Peretti.-** Aucune idée.

6    **Mme le Juge.-** Est-ce que vous M. Valette vous a donné d'autres informations
7    sur cette œuvre d'art ?

8    **M. J-M. Peretti.-** Je ne me rappelle pas.

9    **Mme le Juge.-** Est-ce que vous vous souvenez avoir remis des informations
10   relatives à cette œuvre, cette sculpture de Modigliani à M. Rybolovlev ?

11   **M. J-M. Peretti.-** Non.

12   **Mme le Juge.-** Vous ne vous souvenez pas, ou vous ne savez pas ?

13   **M. J-M. Peretti.-** Non, non, j'en suis sûr. Je ne le connais pas.

14   **Mme le Juge.-** Est-ce que vous savez si les documents transmis par M. Valette à
15   M. Bouvier, M. Bouvier les a transmis lui-même à d'autres personnes ?

16   **M. J-M. Peretti.-** Je ne sais pas.

17   **Mme le Juge.-** Vous l'ignorez.

18   Vous ne vous souvenez donc pas que M. Bouvier vous a dit « j'ai reçu des
19   documents concernant une sculpture de Modigliani, une tête et j'ai donné ces
20   informations à des tiers. » ?

21   **M. J-M. Peretti.-** Qu'il les ait reçus, oui, qu'il les ait donnés à des tiers, non.

22   **Mme le Juge.-** Vous ne vous en souvenez pas ?

**177 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. J-M. Peretti.**- Ce n'est pas que je ne m'en souviens pas. Pour moi, il ne m'a
2  jamais dit qu'il avait donné ces informations à des tiers.

3  **Mme le Juge.**- Vous pouvez passer à la *Pièce n° 45.*

4  *(Le témoin prend connaissance de la pièce)*

5  Salon d'automne 1912.

6  Vous vous souvenez avoir reçu ce message de M. Valette à M. Bouvier ?

7  Vous-même, avez-vous reçu cette communication ?

8  **M. J-M. Peretti.**- Je ne pense pas, parce que je ne vois pas, non.

9  **Mme le Juge.**- Avez-vous le souvenir d'avoir discuté avec M. Bouvier de ce
10  mail, respectivement de son annexe, de cette exposition de 1912 ?

11  **M. J-M. Peretti.**- De la pièce, oui, des détails non.

12  **Mme le Juge.**- De la pièce, c'est-à-dire de cette photo ?

13  **M. J-M. Peretti.**- Non, de la pièce elle-même.

14  **Mme le Juge.**- Ah de la sculpture !

15  **M. J-M. Peretti.**- Oui, de la sculpture. Après les détails, je les connais déjà. Je
16  n'ai donc pas besoin d'avoir un fichier.

17  **Mme le Juge.**- Vous pouvez peut-être juste lire ce que Sam Valette dit à
18  M. Bouvier, et nous dire pourquoi, à votre avis, M. Valette écrit cela à
19  M. Bouvier ?

20  **M. J-M. Peretti.**- Parce que, comme je vous l'ai dit, c'est une pièce
21  exceptionnelle, et c'est la plus belle sculpture de Modigliani. Il en fait un
22  argument commercial, je pense.

**178 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** De l'extérieur, on dirait que M. Valette donne des conseils à
2  M. Bouvier sur la meilleure manière de présenter cette pièce ?

3  **M. J-M. Peretti.-** Il faut comprendre que M. Bouvier a un œil qui n'est pas
4  forcément le mien ou celui d'un vrai marchand… Il est marchand, c'est sûr !

5  Vous savez, pour acheter une pièce, moi, si on me présente un tableau par terre,
6  cela ne me convient pas ! Si on m'explique comment on va me le présenter, c'est
7  peut-être mieux.

8  **Mme le Juge.-** Vous rappelez que M. Bouvier est un marchand. Quand on lui dit
9  « ce serait bien de présenter cette pièce de telle ou telle manière…

10  **M. J-M. Peretti.-** C'est par rapport à la première vue qu'il va avoir de cette
11  œuvre.

12  **Mme le Juge.-** Qui ? Bouvier ?

13  **M. J-M. Peretti.-** Oui.

14  **Mme le Juge.-** Monsieur Valette ne lui dit pas « mets la statue comme ça pour
15  mieux l'apprécier » ?

16  **M. J-M. Peretti.-** Monsieur Bouvier va certainement venir avec un expert qui
17  regarde le « *condition report* » et tout ça. Certainement, c'est une préparation de
18  mise en place, je n'en sais rien. Cela me paraît comme ça.

19  **Mme le Juge.-** Est-ce qu'à votre connaissance, une présentation de cette oeuvre
20  était prévue pour des tiers ?

21  **M. J-M. Peretti.-** Aucune idée.

22  **Mme le Juge.-** Vous ne savez donc pas à qui était destinée la présentation
23  préconisée dans ce message ?

24  **M. J-M. Peretti.-** Non. Je pense que c'est à lui-même, avec les gens qui font les
25  rapports. Je pense. Après, je ne sais pas.

**179 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Monsieur Valette vous a-t-dit que M. Bouvier pensait lui-même
2  montrer cette oeuvre à d'autres personnes ?

3  **M. J.-M. Peretti.-** Non.

4  **Mme le Juge.-** Est-ce que M. Bouvier vous a dit « j'aimerais montrer moi-même
5  cette oeuvre a d'autres personnes » ?

6  **M. J.-M. Peretti.-** Non.

7  **Mme le Juge.-** On passe à la *Pièce n° 46.*

8  *(Le témoin prend connaissance de la pièce)*

9   C'est un courrier de vous-même à M. Valette qui dit… Il répond à un message de
10  M. Valette qui dit *« la sculpture est arrivée »*. Et vous dites *« téléphone-moi,*
11  *merci. »*

12  Vous vous souvenez avoir écrit à M. Valette : *« Téléphone-moi, merci. »* ?

13  **M. J.-M. Peretti.-** Non.

14  **Me S. Giroud.-** Madame le Président, juste une question. Le terme, c'est *« tel*
15  *moi, merci. »*

16  C'est toujours dans la formulation « vous » ou « je ». Quelle formulation vous
17  utilisez ?

18  **M. J.-M. Peretti.-** « Tel moi » ou « je », je ne comprends pas…

19  **Me S. Giroud.-** Vous indiquez que vous avez l'habitude de vouvoyer…

20  **M. J.-M. Peretti.-** Ah oui ! « Tel moi, merci. » Je peux employer… Vous ou je,
21  c'est pareil, pour moi. Je ne vois pas le « tu » et le « vous » là ; ou alors je ne
22  comprends pas bien le français. C'est possible !

**180 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **Me S. Giroud.-** C'est simplement pour préciser.

2 **M. J-M. Peretti.-** « Tel moi, merci », c'est que je le tutoie, c'est ça ?

3 **Me S. Giroud.-** Cela m'étonne...

4 **M. J-M. Peretti.-** C'est l'une de vos suppositions mais ce n'est pas la mienne.

5 **Mme le Juge.-** Encore une fois, l'idée, ce n'est pas de plaider mais bien de poser
6 des questions au témoin.

7 *« Tel moi, merci »*, cela peut vouloir dire « téléphone-moi, merci » ou
8 « téléphonez-moi, merci ». Ce que vous avez dit, avant, vous, M. Valette, vous
9 lui disiez « Samuel » ?

10 **M. J-M. Peretti.-** Toujours ; encore aujourd'hui.

11 **Mme le Juge.-** On revient aux questions.

12 Vous ne vous souvenez pas de cette communication. Vous souvenez-vous si
13 M. Valette suite à ce message vous a téléphoné ?

14 **M. J-M. Peretti.-** Certainement. Si je lui demande de me téléphoner, c'est qu'il
15 m'a téléphoné.

16 **Mme le Juge.-** Pourquoi vous lui faites un mail et lui dites « téléphone-moi » ou
17 « téléphonez-moi », au lieu de lui faire un mail pour lui dire ce que vous voulez
18 lui dire ?

19 **M. J-M. Peretti.-** Parfois, j'appelle les gens, parfois je réponds par mail. Dix ans
20 après, j'ai du mal à répondre à cette question.

21 **Mme le Juge.-** Dix ans après, vous ne vous souvenez pas pourquoi vous avez dit
22 « appelez-moi » plutôt que...

23 **M. J-M. Peretti.-** Non.

**181 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** D'accord.

2    Prenons la *Pièce n° 47*.

3    *(Le témoin prend connaissance de la pièce)*

4    Il s'agit d'un message de M. Valette à M. Bouvier. *« Je trouve cette pièce*
5    *extraordinaire, nouvelle sculpture de l'artiste. »* Très bien.

6    La fin du message, c'est qu'apparemment…Je n'arrive pas très bien à
7    comprendre les instructions de l'Autorité requérante…

8    Il faut prendre la *Pièce n° 47* en lien avec la pièce suivante qui est la *Pièce n° 48*.

9    *(Le témoin prend connaissance de la pièce)*

10    Finalement, la *Pièce n° 48*, on voit que M. Valette écrit, d'une part, à
11    M. Bouvier : *« Cher Yves, je trouve cette pièce absolument extraordinaire »*. Et
12    il vous envoie simultanément le texte qu'il vient d'écrire à M. Bouvier.

13    *Pièce n° 48*, on voit qu'il vous écrit à vous : *« Voilà le texte. »* Du coup, la
14    question est : est-ce que vous vous souvenez d'avoir reçu ce grand texte sur *La*
15    *tête* de Modigliani ?

16    **M. J-M. Peretti.-** Non.

17    **Mme le Juge.-** Pourquoi M. Valette vous écrit, à vous *« voilà le texte »* qu'il a
18    envoyé à M. Bouvier ?

19    **M. J-M. Peretti.-** En fait, c'est des comparatifs. Je suis en train de lire…
20    *L'homme qui marche* a fait 110 millions. D'autres ont fait ça. Est-ce un argument
21    commercial suffisant pour M. Bouvier ou pas, car le but est de le vendre ? C'est
22    peut-être une politique de vente. C'est peut-être pour ça qu'il me met en copie, ou
23    pas. C'est commun. C'est encore une fois du comparatif. Il me met en copie parce
24    qu'il m'en a parlé en premier et qu'ensuite, j'en ai parlé avec M. Bouvier comme
25    je vous l'ai dit.

**182** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Peut-être parce que c'est vous qui avez mis les deux en contact ?

2  **M. J-M. Peretti.-** Et j'ai peut-être plus de connaissances afin de comprendre ces
3  comparatifs et les expliquer à M. Bouvier. Je ne sais pas. C'est une supposition.

4  **Mme le Juge.-** Avez-vous une idée pourquoi M. Valette a écrit cela à
5  M. Bouvier ?

6  **M. J-M. Peretti.-** Argument commercial.

7  **Mme le Juge.-** Argument commercial. On envoie un client qui aurait un intérêt à
8  acheter ?

9  **M. J-M. Peretti.-** Oui. On ne peut pas sortir une pièce en disant « achetez-la ».
10  On est obligé de fournir quelque chose. Cela me semble logique.

11  **Mme le Juge.-** Dans le courrier, M. Valette en s'adressant à M. Bouvier emploie
12.  apparemment la formule « vous ». La question que pose l'Autorité requérante est
13  la suivante : savez-vous pourquoi M. Valette utilisait la formule *« vous »* dans le
14  mail ?

15  Moi, je ne vois pas... Vous me venez en aide : vous voyez quelque chose, vous ?
16  Vous voyez l'usage du « vous » dans la *Pièce 47 ?* Moi, pas !

17  **Me D. Bottgé.-** On est à 48.

18  **Mme le Juge.-** Non, on est à 47. 48, il dit juste *« voilà le texte ».* C'est le même
19  que 47. L'Autorité américaine me demande de demander à M. Peretti pourquoi
20  M. Valette a utilisé le mot *« vous »* dans son e-mail. Moi, je ne vois pas le mot
21  *« vous »* dans cet e-mail. Je suis donc embêtée de vous poser cette question. C'est
22  pourquoi je vous demande de regarder avec moi. C'est peut-être un mot qui
23  manque, ou un mot que je n'arrive pas à voir.

24  **M. J-M. Peretti.-** Ce sont peut-être les Américains qui veulent absolument que
25  ce soit moi...

**183 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** On avance un peu. Vous nous redites que M. Valette vouvoyait
2    ou tutoyait M. Bouvier ?

3    **M. J-M. Peretti.-** Ils se tutoyaient, M. Valette et M. Bouvier. J'en suis sûr.

4    **Mme le Juge.-** *« Je suis certain que M. Valette tutoyait M. Bouvier. En*
5    *revanche, Valette et moi-même, nous nous vouvoyons. »*

6    Vous avez donc reçu en copie *« voilà le texte »*. Avant que M. Valette ait rédigé
7    ce texte, il vous avait soumis un projet ? Vous aviez discuté de tout ce texte
8    avant qu'il ne l'envoie à M. Bouvier ?

9    **M. J-M. Peretti.-** Non, parce qu'il me dit *« voilà le texte »*.

10   **Mme le Juge.-** À votre avis,   il a fait le texte, et vous l'avez envoyé, pas
11   l'inverse ?

12   **M. J-M. Peretti.-** Quand on dit M. Valette, c'est M. Valette, mais M. Valette ne
13   travaille pas tout seul ! Il s'occupe de l'affaire mais une équipe travaille avec lui,
14   qui fait des recherches. Tout ce qui est écrit n'est pas forcément de la main de
15   M. Valette. Vous voyez ce que je veux dire. SOTHEBY'S, c'est une équipe, avec
16   1 500 employés. Ils se réunissent.

17   **Mme le Juge.-** Savez-vous si, une fois que M. Bouvier a reçu le texte, il en a
18   parlé avec M. Valette ?

19   **M. J-M. Peretti.-** Je ne sais pas… Certainement. C'est la logique des choses.

20   **Mme le Juge.-** Pouvez-vous nous dire comment M. Valette a fait son estimation
21   de 70 et 90 millions d'euros ?

22   **M. J-M. Peretti.-** Comme pour toutes les estimations faites chez SOTHEBY'S,
23   avec une équipe qui se réunit. Je pense ! Vous savez, nous, on est indépendants,
24   on est des marchands. On prend nos propres décisions, seuls. Mais SOTHEBY'S, à
25   ce niveau de tableau, ce n'est pas qu'une personne mais toute une équipe. Il y a
26   un responsable des ventes, etc.

**184 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Vous pensez qu'ils se sont réunis avec les experts…

2    **M. J-M. Peretti.-** Bien sûr ! Même le *board* est au courant. Tout le monde est au
3    courant pour une évaluation. Il n'a pas les pouvoirs de faire, seul, une évaluation
4    à ces montants-là, en engageant une entreprise comme SOTHEBY'S, qui
5    représente 1 500 personnes sans en avertir un *board*, un responsable. C'est
6    logique. C'est comme s'il y a des employés chez moi.

7    **Mme le Juge.-** Encore une fois, c'est sur la base de votre connaissance du
8    métier ? Ce n'est pas quelqu'un qui est venu vous dire « ah, tu sais, Jean-Marc,
9    on a pu faire cette estimation parce qu'on s'est réuni » ? C'est sur vos
10   connaissances du métier, de comment ça fonctionne de manière générale ?

11   **M. J-M. Peretti.-** C'est une certitude. C'est comment ça fonctionne, car on le
12   sait au bout de quelques années.

13   **Mme le Juge.-** Vous-même, avez-vous discuté avec M. Valette de la valeur de
14   l'œuvre ?

15   **M. J-M. Peretti.-** Je ne m'en souviens pas.

16   **Mme le Juge.-** Savez-vous si M. Bouvier a discuté de la valeur de l'oeuvre avec
17   M. Valette ?

18   **M. J-M. Peretti.-** Sûrement, mais je n'en ai aucune certitude.

19   **Mme le Juge.-** Le lendemain (on tourne, on passe à la ***Pièce n° 49***), M. Valette
20   renvoie une version différente à M. Bouvier où il ne dit plus que l'oeuvre vaut
21   entre 80 et 90, mais il dit l'oeuvre vaut entre 80 et 100 millions.

22   *(Le témoin prend connaissance de la pièce)*

23   Le courrier d'avant, c'est le 24 juillet, et le jour d'après, il réécrit le même
24   message à M. Bouvier en disant, cette fois, 80 à 100 millions d'euros.

25   Vous vous souvenez avoir reçu aussi cette information ?

**185 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Non.

2    **Mme le Juge.-** Avez-vous discuté de cette communication avec M. Bouvier ?

3    **M. J-M. Peretti.-** Je ne pense pas.

4    **Mme le Juge.-** Est-ce que vous avez discuté de cette communication avec un
5    employé de SOTHEBY'S ?

6    **M. Peretti.-** Non.

7    **Mme le Juge.-** Savez-vous pour quelle raison, le 24, M. Valette écrit en disant :
8    « Ça doit valoir entre 70 et 90 » et, le lendemain, il vous fait le même message en
9    disant « Ça doit valoir entre 80 et 100 » ?

10   **M. Peretti.-** Comme je vous l'ai dit, il y a des comités qui se réunissent. Ce sont
11   des pièces exceptionnelles : on n'en voit qu'une une fois dans notre vie. Je vous
12   donne un exemple : *L'Homme qui marche*, qui était estimé entre 30 et 30, il a fait
13   110 millions. Sur les chef-d'œuvres, on ne peut pas faire d'estimations exactes.

14   **Mme le Juge.-** Quand vous dites « *il y a des comités qui se réunissent* », c'est
15   quoi ? C'est à l'interne de SOTHEBY'S ?

16   **M. Peretti.-** À l'interne de SOTHEBY'S, oui. Ils se réunissent et ils peuvent avoir
17   un désaccord et, ensuite, revenir sur ce qu'ils ont dit. Parfois, je leur présente un
18   tableau et ils me l'estiment entre 5 et 7. Je dis : « Bon, peut-être ». Puis, le
19   lendemain, ils reviennent avec une estimation du même tableau à 12.

20   **Mme le Juge.-** Potentiellement, ils ont réfléchi. Ils ont discuté et ils ont estimé
21   une valeur de l'oeuvre plus élevée ?

22   **M. Peretti.-** Oui.

23   **Mme le Juge.-** C'est vous-même qui avez dit à M. Valette « Non, il faut que le
24   prix soit plus haut ?

25   **M. Peretti.-** Non. Ils sont experts. Ils se réunissent à 12 à 15 et moi, je

186 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   n'interviens pas dans ces discussions.

2   **Mme le Juge.-** C'est pas vous.

3   **M. Peretti.-** Non.

4   **Mme le Juge.-** Est-il possible que M. Bouvier ait demandé à M. Valette de
5   monter la fourchette de prix ?

6   **M. Peretti.-** Non. SOTHEBY'S était une société cotée en Bourse, à l'époque.
7   Personne ne peut s'amuser à cela. Toutes les conversations sont enregistrées chez
8   SOTHEBY'S.

9   **Mme le Juge.-** Vous pensez qu'il n'est pas possible que M. Bouvier ait pu
10  intervenir en disant : « Changez-moi le montant auquel vous avez estimé
11  l'oeuvre » ?

12  **M. Peretti.-** Non. Quel intérêt puisque c'est lui-même qui va l'acquérir, s'il
13  l'acquiert. Aussi, je ne vois pas pourquoi il demanderait que l'estimation soit
14  augmentée.

15  **Mme le Juge.-** Savez-vous si, que ce soit la version 1 ou la version 2, M. Bouvier
16  a distribué ce courrier à d'autres personnes ?

17  **M. Peretti.-** Non.

18  **Mme le Juge.-** Vous ne savez pas s'il l'a distribué ou il ne l'a pas distribué ?

19  **M. Peretti.-** Non, je ne suis pas au courant. Je ne sais pas.

20  **Mme le Juge.-** Vous ne savez pas ce qu'il en a fait ?

21  **M. Peretti.-** Exact.

22  **Mme le Juge.-** Savez-vous si, finalement, c'est bel et bien M. Bouvier qui a
23  acheté cette oeuvre ?

**187** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti.-** D'après qu'il m'a dit, oui.

2  **Mme le Juge.-** D'après ce qu'il vous a dit : oui. Vous l'avez appris sur le moment
3  et cela ne fait pas partie des informations que vous avez eues en 2015, via la
4  presse ?

5  **M. Peretti.-** Non.

6  **Mme le Juge.-** Il vous l'avait dit à l'époque ?

7  **M. Peretti.-** Oui. Mais ce n'était pas mon rôle. J'ai simplement dit à M. Bouvier :
8  « Il y a ça, il faut voir avec Samuel Valette ». C'est tout.

9  **Mme le Juge.-** S'agissant de cette oeuvre en particulier, vous n'avez pas, comme
10  pour le Klimt, participé à la négociation du prix ?

11  **M. Peretti.-** Non.

12  **Mme le Juge.-** Vous savez combien M. Bouvier avait payé pour cette *Tête* de
13  Modigliani ?

14  **M. Peretti.-** Non.

15  **Mme le Juge.-** Savez-vous si M. Rybolovlev et/ou ses sociétés ont ensuite
16  racheté cette *Tête* de Modigliani ?

17  **M. Peretti.-** Non.

18  **Mme le Juge.-** Et, par hypothèse, vous ne savez donc pas combien
19  M. Rybolovlev et/ou ses sociétés ont payé pour cette *Tête* de Modigliani ?

20  **M. Peretti.-** Non.

21  **M. Peretti.-** Savez-vous, s'agissant de cette oeuvre d'art, combien M. Bouvier
22  aurait perçu, lorsqu'il aurait revendu cette oeuvre d'art à M. Rybolovlev et/ou ses
23  sociétés ?

188 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)
c/
Sotheby's et Sotheby's In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **M. Peretti.-** Non.

2  **Mme le Juge.-** Vous l'ignorez. Savez-vous s'il y avait un accord entre M. Bouvier
3  et ses sociétés et M. Rybolovlev et/ou ses sociétés pour une revente (achat/vente)
4  de la *Tête* de Modigliani ?

5  **M. Peretti.-** Non.

6  **Mme le Juge.-** Vous l'ignorez. Avez-vous communiqué, avec l'une des personnes
7  suivantes,   concernant   cette   *Tête*   de   Modigliani,   directement   avec
8  M. Rybolovlev ?

9  **M. Peretti.-** Non.

10  **Mme le Juge.-** Avec Mikhael Sazanov ?

11  **M. Peretti.-** Non.

12  **Mme le Juge.-** Avec Tetiana Berscheda ?

13  **M. Peretti.-** Non.

14  **Mme le Juge.-** Avec Yuri Bobdanov ?

15  **M. Peretti.-** Non.

16  **Mme le Juge.-** Une autre personne qui travaille pour M. Rybolovlev ?

17  **M. Peretti.-** Non.

18  **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications au
19  représentant des sociétés de M. Rybolovlev, ou à M. Rybolovlev, concernant le
20  prix de cette oeuvre ?

21  **M. Peretti.-** Non.

**189 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Est-ce que vous avez eu des discussions avec SOTHEBY'S quant
2   aux intentions de M. Bouvier sur ce qu'il entendait faire avec cette oeuvre, après
3   l'avoir achetée ?

4   **M. Peretti.-** Non.

5   **Mme le Juge.-** Savez-vous si M. Bouvier s'est livré, quant à ses intentions, sur ce
6   qu'il allait faire de cette oeuvre une fois qu'il l'aurait achetée ?

7   **M. Peretti.-** Non.

8   **Mme le Juge.-** De la même manière, est-ce que vous-même vous avez discuté
9   avec SOTHEBY'S, de l'identité de toute personne autre que M. Bouvier qui serait
10  intéressée, ensuite, à faire l'acquisition de cette oeuvre ?

11  **M. Peretti.-** Non.

12  **Mme le Juge.-** Est-ce que vous avez discuté, avec SOTHEBY'S, du prix qui aurait
13  été payé par une personne autre que M. Bouvier pour lui acheter cette oeuvre par
14  la suite ?

15  **M. Peretti.-** Non.

16  **Mme le Juge.-** Est-ce que vous avez vous-même participé, avec SOTHEBY'S, à
17  des discussions sur une éventuelle vente de cette oeuvre d'enchères à New York ?
18  Cela vous dit quelque chose ?

19  **M. Peretti.-** Oui.

20  **Mme le Juge.-** Oui ?

21  **M. Peretti.-** Oui. C'est bien après. C'est quelque temps après, pas tout de suite.

22  **Mme le Juge.-** C'est quelque temps après ?

23  **M. Peretti.-** C'est bien après, non ?

**190** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Vous avez le souvenir d'avoir eu cette discussion avec
2   SOTHEBY'S.

3   **M. Peretti.-** Non, pas avec SOTHEBY'S. J'ai dit que M. Bouvier m'avait demandé
4   conseil sur une éventuelle vente, en vente publique, chez SOTHEBY'S. Je ne sais
5   plus vraiment quand mais c'est bien après l'achat.

6   **Mme le Juge.-** À votre avis, c'est quoi ? Deux ou trois ans après ?

7   **M. Peretti.-** Je suppose, oui.

8   **Mme le Juge.-** Que pouvez-vous nous dire de manière un peu plus précise ?
9   Est-ce M. Bouvier qui vous a dit : « J'aimerais peut-être revendre cette oeuvre
10  d'art aux enchères à New York ? »

11  **M. Peretti.-** Non. Il m'a dit : « J'ai peut-être cette oeuvre à vendre », sans me
12  donner de détail. Il m'a dit : « Qu'est-ce que tu en penses ? C'est le moment ?
13  C'est une belle pièce ? Qu'est-ce qu'il pourrait faire comme expertise ? ». Je lui ai
14  suggéré de voir avec M. Valette en disant que je pensais qu'elle ferait une belle
15  vente parce que c'est un chef-d'oeuvre. J'ai peut-être discuté avec SOTHEBY'S ;
16  certainement.

17  **Mme le Juge.-** À la question de savoir si M. Bouvier a été discuté avec
18  SOTHEBY'S, vous répondez « très certainement » ?

19  **M. Peretti.-** Oui.

20  **Mme le Juge.-** Parce que c'était le conseil que vous lui aviez donné d'aller
21  discuter avec SOTHEBY'S ?

22  **M. Peretti.-** Oui. Il m'a demandé si c'était bien de la mettre en vente publique. Je
23  lui ai dit que c'était bien parce que c'est un chef d'oeuvre. Après, c'est son travail.

24  **Mme le Juge.-** Je vous soumets la *Pièce n° 50* que je vous laisse regarder.

25  (*Le témoin prend connaissance de la pièce*)

**191** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Il s'agit d'un message M. Vinciguerra Bruno, en novembre 2014.

2    **M. Peretti.-** Et avant, on était en quelle année ?

3    **Mme le Juge.-** Les discussions d'avant, on était à l'été 2012. Là, on est deux ans
4    plus tard. On peut la prendre en traduction française.

5    « *Jean-Marc, pour récapituler, nous proposons à ce client de payer 50% à*
6    *30 jours et 50% à 90 jours s'il gagne. Nous vous payerons 25 millions de dollars*
7    *demain [...]* ».

8    Est-ce que vous vous souvenez d'avoir reçu ce mail ?

9    **M. Peretti.-** Oui.

10    **Mme le Juge.-** Que pouvez-vous nous dire par rapport à ce message ?

11    **M. Peretti.-** M. Bouvier avait demandé une garantie pour cette pièce. Et moi,
12    j'étais d'un avis contraire : je pensais qu'il ne fallait pas de garantie parce que si
13    vous n'avez pas de garantie, vous gagnez plus. La garantie de la maison, on est
14    sûr de l'avoir. C'est le choix que font des gens qui ont peur de prendre un trop
15    gros risque.

16    Personnellement, si j'avais eu l'argent, je la laissais partir sans enchères. Monsieur
17    M. Bouvier a avait demandé une garantie. Monsieur. Vinciguerra, en tant que
18    responsable, parce qu'il était Corse, il est passé moi.

19    **Mme le Juge.-** Il est responsable chez SOTHEBY'S New York.

20    **M. Peretti.-** Il était le deuxième ou le troisième au *Board* à New York. En fait, il
21    ne s'occupait que des aspects comptabilité et garantie.

22    **Mme le Juge.-** Au *Board* mais à New York ?

23    **M. Peretti.-** Oui, à New York. Mais chez SOTHEBY'S, c'est le deuxième ou le
24    troisième personnage le plus important au sein de la Maison.

**192 |** *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Me D. Bottge.-** Quand vous parlez de garantie, est-ce qu'il faut comprendre
2   « *prix plancher demandé par le vendeur* » ?

3   **M. Peretti.-** Non. Je vous explique. Par exemple, on fait une expertise et on vous
4   dit : 40 à 60 — je dis une bêtise. Autrement dit, on vous garantit 40, c'est-à-dire
5   qu'ils s'engagent à garantir 40. Après, ce sont des termes entre vous et eux et il y a
6   un pourcentage. Par exemple, vous pouvez signer un contrat 40 millions. Si
7   l'oeuvre n'est pas vendue, la Maison SOTHEBY'S vous paie 40 millions. Si la vente
8   atteint 50 millions et que vous avez un accord à 80/20, vous touchez 40 millions
9   plus 8 millions. Cela n'enlève pas la commission de SOTHEBY'S qui, elle, prend,
10  chez le vendeur, déjà 15 ou 20%.

11  **Mme le Juge.-** Si vous êtes sûr de votre coup, vous avez intérêt à ne pas
12  demander de garantie parce que vous avez un pourcentage plus important qui
13  revient dans votre poche. En revanche, vous pouvez aussi avoir zéro.

14  **M. Peretti.-** Oui. Si l'oeuvre n'est pas vendue, vous aurez zéro. Par contre, si
15  l'oeuvre est garantie et qu'elle ne se vend pas, c'est zéro pour SOTHEBY'S et
16  40 millions pour le vendeur. Donc SOTHEBY'S engage quand même sa
17  responsabilité sur ce montant.

18  **Me S. Giroud.-** Madame le Président, j'ai une question. Vous avez mentionné le
19  fait que M. Vinciguerra est Corse et c'est pourquoi il était venu directement vers
20  vous. Pouvez-vous expliquer davantage ?

21  **M. Peretti.-** La demande a très certainement été faite à travers M. Valette. À ce
22  moment-là — comme je vous l'ai dit, c'est une équipe —, ils sont passés par
23  M. Vinciguerra, que je connais parce que je suis Corse et qu'entre Corses, on a
24  plus d'affinités à avoir une réponse. Voilà pourquoi il est venu directement vers
25  moi. Je pense que M. Bouvier ne l'a jamais vu.

26  **Mme le Juge.-** C'est la question b) : *savez-vous pourquoi M. Vinciguerra vous a*
27  *envoyé cet e-mail* ?

28  **M. Peretti.-** Parce que M. Valette ne peut pas répondre à ce niveau-là. Quand
29  cela engage la Maison SOTHEBY'S à des montants à hauteur de 50 millions, on est
30  obligé de passer par M. Vinciguerra. Monsieur Valette n'a pas le pouvoir de
31  décider d'une garantie.

**193** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 -- CV 09011 --*
*JMF - RWL*
*Accent Delight International LTD --XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Mais votre rôle, dans l'affaire, quel est-il ?

2    **M. Peretti.-** C'est de transmettre l'information à M. Bouvier.

3    **Mme le Juge.-** Là, vous avez servi d'intermédiaire entre...

4    **M. Peretti.-** Parce que M. Bouvier sait que je suis un meilleur négociateur.

5    **Mme le Juge.-** Je n'ai pas compris.

6    **M. Peretti.-** Moi, j'ai conseillé à M. Bouvier de ne pas prendre de garantie ; c'est
7    ce que j'aurais fait. Maintenant, ce n'est pas mon oeuvre. Monsieur Bouvier veut
8    une garantie : à moi de négocier au mieux, avec M. Vinciguerra, l'avantage de
9    M. Bouvier pour la vente. Et c'est plus facile pour moi, en tant que Corse et aussi
10   plus habilité à discuter de ces choses-là, que M. Bouvier.

11   **Mme le Juge.-** Il vous envoie le message parce que vous étiez associé aux
12   discussions par rapport à cette vente.

13   **M. Peretti.-** Il m'a dit : « Rends-moi un service. Tu connais cette personne. Il est
14   Corse comme toi. Essaye de négocier au mieux pour moi ».

15   **Mme le Juge.-** Ce message-là, vous en avez pris connaissance quand vous l'avez
16   su, à l'époque, à la date de réception ?

17   **M. Peretti.-** Oui.

18   **Mme le Juge.-** Aviez-vous déjà eu, par le passé, affaire à M. Vinciguerra ?

19   **M. Peretti.-** Je le connaissais mais pas à ces moments-là. Je n'avais pas eu
20   directement affaire avec lui. Mais comme on me l'a présenté, que j'ai déjeuné
21   avec lui à New York, je le connaissais, oui.

22   **Mme le Juge.-** Mais vous n'aviez jamais eu des affaires avec lui ?

23   **M. Peretti.-** En fait, ce ne sont pas des affaires à proprement parler. Quand, dans
24   le cadre d'une vente, un client souhaite une garantie de SOTHEBY'S, M. Valette n'a

194 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   pas le pouvoir de l'accorder. Là, on parle d'une garantie de SOTHEBY'S qui va
2   engager une somme de 40 ou 50 millions. Seuls les trois ou quatre plus
3   importants responsables de SOTHEBY'S peuvent prendre cette décision.

4   **Mme le Juge.-** J'ai quand même une question. Quand ils vous disent : « *Si le*
5   *client gagne, nous vous payerons 25 millions,* [...] ». Ce montant, il vous le paie à
6   vous ?

7   **M. Peretti.-** Non, à celui qui a la société, M. Bouvier, et pas à moi. Moi, je n'ai
8   rien à voir. Ils disent « *nous vous paierons* » parce que M. Vinciguerra n'a pas les
9   tenants et les aboutissants. Il sait qu'il a affaire à M. Bouvier, donc il dit : « *Nous*
10   *vous paierons* », sous-entendu « transmettez à M. Bouvier ».

11   **Mme le Juge.-** « Nous vous paierons » ne veut pas dire « nous vous paierons à
12   vous, Monsieur Peretti » mais c'est à la personne ou à la société que vous
13   représentez.

14   **M. Peretti.-** « Nous vous payerons », c'est-à-dire que c'est SOTHEBY'S qui
15   payerait.

16   **Mme le Juge.-** Veuillez décrire la transaction mentionnée ? C'est dans le cadre
17   d'une vente aux enchères avec une garantie, ainsi que cela avait été projeté ?

18   **M. Peretti.-** Oui.

19   **Mme le Juge.-** À ce moment-là, avez-vous eu une discussion avec SOTHEBY'S au
20   sujet de la propriété de cette oeuvre ? Elle était propriété de M. Bouvier, à cette
21   époque-là ?

22   **M. Peretti.-** Pour moi, oui.

23   **Mme le Juge.-** Pour vous, au moment où vous avez ces échanges...

24   **M. Peretti.-** C'est M. Bouvier qui me demande de négocier pour cette oeuvre.

25   **Mme le Juge.-** Vous partez du principe qu'en novembre 2014, c'est M. Bouvier
26   qui en est propriétaire ?

**195** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Je suppose puisque c'est lui qui me demande d'intervenir. À partir de
2   là, je suppose qu'il en est propriétaire.

3   **Mme le Juge.-** Savez-vous si M. Bouvier a eu des discussions avec SOTHEBY'S
4   quant à la propriété de cette oeuvre ?

5   **M. Peretti.-** Non. Peut-être mais je ne sais pas.

6   **Mme le Juge.-** À ce moment-là, en novembre 2014, savez-vous si SOTHEBY'S
7   demande des preuves à M. Bouvier qu'il est bien propriétaire de cette oeuvre ?

8   **M. Peretti.-** Aucune idée. Dans le service juridique, qui est énorme, je pense
9   qu'ils savent faire leur travail. Le reste, je ne sais pas.

10   **Mme le Juge.-** La question suivante est : s'ils n'ont pas demandé des preuves à
11   M. Bouvier du fait qu'il était propriétaire de cette oeuvre d'art, pourquoi ?

12   **M. Peretti.-** Je vais vous répondre. SOTHEBY'S et CHRISTIE'S sont des maisons
13   qui font des milliards et des milliards. Pourquoi y aurait-il un problème avec cette
14   preuve ou ce manque de preuve ? Ils ont certainement demandé des choses, dont
15   je ne suis pas au courant. Vous savez, cela fait 150 ans que ces maisons existent...

16   **Mme le Juge.-** Vous ignorez si des preuves ont été demandées.

17   **M. Peretti.-** Oui.

18   **Mme le Juge.-** Vous êtes en train de nous dire que, de fait, ils n'en ont pas
19   demandé ?

20   **M. Peretti.-** Non. Je ne sais pas s'ils en ont demandé ou pas. Mais je suis certain
21   du bon travail de SOTHEBY'S.

22   **Mme le Juge.-** Vous dites que le service juridique de SOTHEBY'S a fait son
23   travail ?

24   **M. Peretti.-** Oui, que c'est un service compétent et qu'il ne risque pas de faire
25   d'erreur.

**196** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Finalement, est-ce que les enchères ont lieu ?

2    **M. Peretti.-** Oui.

3    **Mme le Juge.-** Les enchères ont lieu. SOTHEBY'S a vendu l'oeuvre ?

4    **M. Peretti.-** Oui.

5    **Mme le Juge.-** Vous savez à peu près à quelle date ?

6    **M. Peretti.-** À mon avis, ce doit être quelques mois après.

7    **Mme le Juge.-** Quelques mois après, donc à l'automne 2014 ?

8    **M. Peretti.-** Oui.

9    **Mme le Juge.-** Vous l'avez su comment ?

10    **M. Peretti.-** Qu'elle était à la vente aux enchères ? Mais c'était dans tous les
11    catalogues. Et puis, je savais par M. Bouvier qu'elle était en vente. Je suis même
12    allé à New York parce que moi-même, j'avais d'autres tableaux dans la vente.

13    **Mme le Juge.-** Vous, vous étiez présent lors de la vente à New York ?

14    **M. Peretti.-** Oui.

15    **Mme le Juge.-** Vous souvenez-vous quel a été le prix de cette vente aux enchères
16    pour cette pièce en particulier ?

17    **M. Peretti.-** Je crois 72 millions, frais compris.

18    **Mme le Juge.-** 72 millions, frais compris ?

19    **M. Peretti.-** Je crois. Ce qui inclut la commission de SOTHEBY'S, etc.

20    **Mme le Juge.-** Ce prix est revenu à M. Bouvier, *in fine* ?

**197 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Non, c'est le prix de vente incluant la commission que paie le
2    client...

3    **Mme le Juge.-** Le prix de vente brut ?

4    **M. Peretti.-** Non, le prix de vente net. Le brut, c'est ce qui est acquis au marteau.
5    Le net, c'est les frais que l'on rajoute à l'acquéreur.

6    **Mme le Juge.-** Au marteau, cela faisait combien ?

7    **M. Peretti.-** Je ne sais pas. Mais en tout — c'est indiqué sur Internet — cela fait
8    71 ou 72 millions.

9    **Mme le Juge.-** De dollars ?

10   **M. Peretti.-** Oui.

11   **Mme le Juge.-** 72.000.000 USD.

12   **M. Peretti.-** Oui.

13   **Mme le Juge.-** Vous l'avez appris parce que vous étiez sur place ?

14   **M. Peretti.-** Je l'ai appris parce que j'étais sur place. Et puis, c'est sur Internet que
15   je consulte parce que c'est mon travail. C'est toujours le record pour une sculpture
16   de Modigliani.

17   **Mme le Juge.-** C'est un record pour Modigliani ?

18   **M. Peretti.-** C'est le record pour une sculpture de Modigliani ; record qui n'a
19   jamais été égalé.

20   **Mme le Juge.-** Aviez-vous vu le catalogue de vente aux enchères de cette
21   oeuvre ?

22   **M. Peretti.-** Ah oui.

**198 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Oui, vous l'avez vu. Pouvez-vous nous le décrire ?

2   **M. Peretti.-** Magnifique. La comparaison entre la sculpture de Modigliani *et Le*
3   *Chariot de Feu* d'Alberto Giacometti. Pardon, Modigliani et Giacometti. On a
4   nommé ça « *La guerre des Titans* ». Il y avait un vidéo intitulée « *La guerre des*
5   *Titans* ».

6   **Mme le Juge.-** Savez-vous si que la fameux catalogue d'enchères, magnifique,
7   dont vous avez parlé, faisait référence au fait que c'est M. Bouvier qui était
8   propriétaire de l'oeuvre, au moment de la mise aux enchères ?

9   **M. Peretti.-** Ni SOTHEBY'S ni CHRISTIE'S, je vous l'ai dit, ne font figurer le nom
10  du vendeur. Jamais. Les vendeurs, c'est l'anonymat le plus complet : leur nom
11  n'apparaît nulle part pour personne. Personne ne connaît le vendeur.

12  **Mme le Juge.-** Ni pour cette pièce et pour M. Bouvier...

13  **M. Peretti.-** Ni pour cette pièce ni même pour un tableau à 5.000 euros. Quand
14  vous le voyez dans un catalogue, vous ne voyez pas le nom du propriétaire.

15  **Mme le Juge.-** Avez-vous discuté du catalogue avec M. Valette ou avec
16  M. Vinciguerra ?

17  **M. Peretti.-** C'est possible.

18  **Mme le Juge.-** Êtes-vous intervenu sur la manière dont le catalogue a été fait ?

19  **M. Peretti.-** En fait, j'avais des tableaux dans la vente, des tableaux qui me
20  concernaient. On m'a peut-être demandé mon avis, je ne m'en rappelle plus. J'ai
21  trouvé cela très beau. Je me rappelle même de la vidéo. Il est possible que j'aie eu
22  des échanges là-dessus mais rien de spécial.

23  **Mme le Juge.-** Des échanges ?

24  **M. Peretti.-** Ce qui est normal. On me demande parfois un avis sur la
25  présentation d'un autre tableau dont je ne connais pas le propriétaire. Et dans la
26  foulée, on me demande : que penses-tu catalogue ? Je peux dire qu'il est beau, il

**199 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    est fourni, c'est une belle vente.

2    **Mme le Juge.-** C'est une question qui revient un peu à une question précédente.
3    On a dit que le catalogue n'indiquait pas que M. Bouvier venait d'acheter cette
4    oeuvre ?

5    **M. Peretti.-** C'est impossible.

6    **Mme le Juge.-** Avez-vous indiqué à M. Valette et à M. Vinciguerra : « Attendez,
7    vous n'avez pas écrit que c'était le tableau de M. Bouvier » ?

8    **M. Peretti.-** C'est tout à fait impossible que je leur dise cela, parce que je connais
9    mon métier : on ne peut écrire, sur le catalogue, le nom du propriétaire d'une
10   oeuvre, quelle qu'elle soit, même s'il s'agit d'un tableau de 5.000 euros. Cela
11   n'existe pas.

12   **Mme le Juge.-** Le nom des propriétaires actuels ne figure jamais dans un
13   catalogue ?

14   **M. Peretti.-** Le plus facile — puisqu'ils posent ces questions — serait de regarder
15   un catalogue de vente de SOTHEBY'S et de CHRISTIE'S, et de trouver le
16   propriétaire qui vend le tableau. Cela n'existe pas. Si c'était écrit, j'arrêterais mon
17   métier.

18   **Me D. Bottge.-** Dans le cas d'une collection, c'est différent.

19   **M. Peretti.-** Effectivement, si vous avez une collection de famille, c'est différent.

20   **Mme le Juge.-** Vous avez peut-être discuté du catalogue avec M. Valette et
21   M. Vinciguerra mais vous n'avez pas évoqué le fait que le nom de M. Bouvier y
22   figure ou pas parce qu'il est évident pour tout le monde qu'il n'avait pas à y
23   figurer ?

24   **M. Peretti.-** Dans l'art, dans notre métier, c'est évident. À part quand une famille
25   décide de mettre en vente une collection, par exemple la Famille Rockefeller, ou
26   Saint-Laurent, on indique le nom uniquement avec l'accord de la famille, parce
27   qu'il y a un décès ou une succession, parce que cela va apporter une plus-value.

**200** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  Par exemple, pour la collection Saint-Laurent, il était indiqué « *Collection Yves*
2  *Saint-Laurent par Pierre Bergé* », cela donne 30%. Le reste n'intéresse personne.
3  C'est pourquoi ils trouvent un accord entre les maisons de vente et la famille. Un
4  tableau, c'est un catalogue pour une famille.

5  **Mme le Juge.-** Bien compris. Est-ce que vous avez discuté du catalogue avec
6  M. Bouvier ?

7  **M. Peretti.-** Certainement.

8  **Mme le Juge.-** Vous avez des souvenirs de ce qui a été échangé par rapport à ce
9  catalogue ?

10  **M. Peretti.-** Moi, j'ai trouvé qu'il était bien fait. J'ai donné mon avis. Mais pas
11  que sur cette pièce.

12  **Mme le Juge.-** On revient toujours à ce point — parce que la question porte
13  principalement là-dessus : est-ce que vous avez parlé, avec M. Bouvier, du fait
14  que son nom n'apparaissait pas dans le catalogue ? Je suis désolée d'insister.

15  **M. Peretti.-** Je suis désolé aussi : c'est tellement évident pour nous que cette
16  question devient ridicule. Je répète une fois encore que ce n'est pas possible.

17  **Mme le Juge.-** Vous répétez encore une fois que le fait que le nom n'apparaisse
18  pas était normal et que, par conséquent, cela n'a pas fait l'objet de discussion
19  particulière ?

20  **M. Peretti.-** Non. Et cela ne se peut pas. Prenez un catalogue, vous ou qui que ce
21  soit, dans lequel un tableau est en vente et où l'on dit : « Ce appartient à qui ? »,
22  sauf si c'est une *charity*, oui. Sinon non.

23  **Mme le Juge.-** On passe à la *Pièce n° 51*, que vous avez sous les yeux.

24  *(Le témoin prend connaissance de la pièce)*

25  On a message de Samuel Valette à Nadia (ArteSing) : « *Chère Nadia, les*
26  *15 millions ont été envoyés aujourd'hui, référence Modiglinani* ».

**201 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   Je repose une question qui a déjà été posée : savez-vous qui est Nadia ?

2   **M. Peretti.-** Oui. Je pense une secrétaire de M. Bouvier. Si c'est bien cette
3   Nadia-là.

4   **Mme le Juge.-** C'est un prénom courant mais il vous semble bien que ce devait
5   être l'une des collaboratrices de M. Bouvier.

6   **M. Peretti.-** Je pense, oui.

7   **Mme le Juge.-** Savez-vous si elle est employée de M. Bouvier ? Oui, vous le
8   pensez.

9   Vous aviez eu des contacts avec elle ?

10  **M. Peretti.-** Non, pas particulièrement.

11  **Mme le Juge.-** Pas particulièrement. Est-ce que vous-même, ce message où
12  M. Valette dit à Nadia « *On transfère 15 millions aujourd'hui* », vous en avez
13  reçu une copie ?

14  **M. Peretti.-** Non. Pourquoi ? Ce n'est pas ma société, Blancaflor.

15  **Mme le Juge.-** Est-ce que M. Bouvier vous a tenu au courant du fait que cette
16  communication est arrivée chez lui ?

17  **M. Peretti.-** Je ne pense pas.

18  **Mme le Juge.-** Avez-vous discuté avec l'un des employés de SOTHEBY'S, du fait
19  que M. Valette avec écrit ceci à la collaboratrice de M. Bouvier ?

20  **M. Peretti.-** Non.

21  **Mme le Juge.-** Savez-vous quelque chose de cette communication : « *15 millions*
22  *ont été envoyés aujourd'hui, référence Modigliani* » ?

**202 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Non.

2   **Mme le Juge.-** Vous ne savez rien par rapport à cette conversation ?

3   **M. Peretti.-** Non.

4   **Mme le Juge.-** Avez-vous discuté de ce paiement de 15 millions avec M. Valette
5   ou avec M. Vinciguerra ?

6   **M. Peretti.-** Pas souvenir. Mais j'avais vu les détails avant, oui.

7   **Mme le Juge.-** Vous aviez vu les détails avant. Dans le catalogue ?

8   **M. Peretti.-** Non, pas dans le catalogue mais dans le mail de M. Vinciguerra qui
9   expliquait le paiement.

10   **Mme le Juge.-** La manière dont le paiement serait effectué ?

11   **M. Peretti.-** Oui, et que j'avais transmis à M. Bouvier. Mais après, cela ne me
12   concernait plus.

13   **Mme le Juge.-** Monsieur Bouvier reçoit cet argent, les 15 millions. Savez-vous
14   ce qu'il fait de cet argent ?

15   **M. Peretti.-** Non. Non, pas du tout.

16   **Mme le Juge.-** Vous n'êtes pas au courant de ce qu'il fait de son argent ?

17   **M. Peretti.-** Non. Je pense qu'il est assez grand.

18   **Mme le Juge.-** Avez-vous discuté avec M. Bouvier de cette somme de
19   15 millions qui était arrivée chez lui ?

20   **M. Peretti.-** Non.

21   **ROTHKO N° 6**

**203** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Cela arrive un peu *ex nihilo* mais maintenant on parle du *Rothko*
2   *N ° 6*. C'est bien juste ?

3   **M. Peretti.-** Oui, c'est ça.

4   **Mme le Juge.-** J'essaie de rester coller à ma liste et j'essaie de comprendre d'où
5   nous vient le *Rothko N ° 6*. Vous voyez ? Vous m'aider ?

6   **Me B. Mauron.-** Je pense qu'il s'agit de financements croisés pour l'acquisition
7   d'oeuvre. Posez la question telle que rédigée. *(Propos inaudibles)*

8   **Mme le Juge.-** On en était à la *Tête* de Modigliani. Soudainement arrive une
9   question, je vous la pose comme ça. Avez-vous déjà discuté d'une oeuvre intitulée
10  *Rothko N ° 6* avec M. Bouvier ?

11  **M. Peretti.-** Oui.

12  **Mme le Juge.-** Quelle est la teneur des discussions vous avez eues avec lui.

13  **M. Peretti.-** C'est l'histoire de ma vie, en tant que marchand d'art. J'étais très ami
14  avec la Famille Moueix, qui possède l'une des plus grosses collections
15  européennes qui comprenait le *Rothko N ° 6*. Ils m'ont appelé un jour et m'ont dit
16  : « On ne passe ni par SOTHEBY'S ni par CHRISTIE'S mais par notre ami
17  Jean-Marc et c'est à vous que l'on confie le tableau ».

18  Tout cela, je l'ai expliqué en mars 2015 et cela avait été très clair.

19  **Mme le Juge.-** Vous, de manière très concrète, que dites-vous à M. Bouvier par
20  rapport au *Rothko n° 6* ?

21  **M. Peretti.-** Je lui dis : « Je vais peut-être sortir le plus beau chef d'oeuvre de
22  *Rothko*, qui est la couverture du catalogue raisonné et j'aurai peut-être une
23  opportunité si cela t'intéresse ».

24  **Mme le Juge.-** Ça, cela se passe à peu près au même moment de la vente aux
25  enchères à New York, en termes de *timing* ?

**204** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** En 2014, je pense. Quelque chose comme ça.

2   **Mme le Juge.-** Sur ce *Rothko*, vous avez eu des discussions à une ou deux
3   reprises avec M. Bouvier, ou des discussions fournies avec M. Bouvier ?

4   **M. Peretti.-** Déjà, c'était une supposition, une idée. Il a fallu que je me déplace de
5   nombreuses fois à Bordeaux, dans la Famille Moueix. La Famille Moueix est
6   propriétaire de Pétrus.

7   **Mme le Juge.-** Par rapport aux discussions, elles ont lieu en 2014. Et puis, elles
8   ont eu lieu à plusieurs reprises ?

9   **M. Peretti.-** Oui. Dans mon travail, pour être sûr, il faut que j'aie un « *confié* » du
10  tableau.

11  **Mme le Juge.-** Pardon ?

12  **M. Peretti.-** Il faut que j'aie un confié écrit de M. Moueix ou de sa fille, qui avait
13  procuration qui m'a confié la vente de ce tableau pour six mois. Chose que j'ai
14  fournie, en 2015, à savoir le certificat du confié. À ce moment-là, je peux en
15  prendre possession pour décider de le vendre à qui que ce soit.

16  **Mme le Juge.-** Et vous avez obtenu un tel confié sur le *Rothko n° 6* ?

17  **M. Peretti.-** Oui. Il est là, dans la pièce.

18  **Mme le Juge.-** Et c'est annexé au procès-verbal dont vous parliez ce matin ?

19  **Me D. Bottge.-** C'est annexé au procès-verbal à la Brigade financière.

20  **M. Peretti.-** Signé par Moueix, le 18 mars 2015.

21  **Mme le Juge.-** La question que j'avais était : est-ce que M. Bouvier et vous avez
22  parlé du *Rothko N°6*. Vous confirmez que c'est le cas, à plusieurs reprises, et que
23  vous l'avez tenu informé ?

24  **M. Peretti.-** Bien sûr.

**205 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** On en revient à notre *Tête* de Modigliani. Savez-vous si
2    Mme Rappo a participé à l'acquisition de cette oeuvre avec M. Rybolovlev ou ses
3    sociétés ?

4    **M. Peretti.-** Non.

5    **Mme le Juge.-** Savez-vous si, d'une quelconque manière, Mme Rappo a encaissé
6    de l'argent dans ce cadre ?

7    **M. Peretti.-** Aucune idée.

8    **Mme le Juge.-** On poursuit.

9    **Me S. Giroud.-** Je me permets de rappeler la question générale qui était de savoir
10    quelle était la rémunération que touchait M. Peretti en lien avec ses activités pour
11    M. Bouvier. Je ne l'ai pas entendu répondre à cette question.

12    **Mme le Juge.-** Pardon ?

13    **Me S. Giroud.-** Vous vous rappelez que tout au début, il y a eu une question
14    générale sur la rémunération que M. Peretti touche de M. Bouvier quel que soit le
15    tableau cité. Là, on comprend que M. Peretti a travaillé avec M. Bouvier par
16    rapport au *Rothko N° 6*.

17    **Mme le Juge.-** Alors là, on n'a pas dans la Tête de Modigliani mais on est au
18    *Rothko N° 6*.

19    **Me S. Giroud.-** C'est la question 30.

20    **Mme le Juge.-** Par rapport au *Rothko N° 6*, on y revient, finalement avez-vous
21    vendu le *Rothko N° 6* à M. Bouvier ?

22    **M. Peretti.-** Exactement.

23    **Mme le Juge.-** Pouvez-vous nous dire quel montant vous avez perçu au titre de
24    bénéfice dans le cadre de cette vente ?

**206** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** 4 millions qui ont été déposés sur les comptes de ma société suisse,
2   en Suisse, pour laquelle je paie un impôt.

3   **Mme le Juge.-** Cela vous convient ?

4   **Me S. Giroud.-** Pouvez-vous préciser comment ces 4 millions ont été calculés ?
5   Est-ce un pourcentage du montant de la transaction ?

6   **M. Peretti.-** 4 millions. Ce montant de 4 millions a été défini selon un accord
7   avec M. Bouvier et M. Moueix. J'ai signé un accord pour 5%.

8   **Me S. Giroud.-** Est-ce un montant fixe ou est-ce un pourcentage du montant de la
9   transaction ?

10  **M. Peretti.-** Cela représente à peu près 5% de la vente. Et c'est ce qui se pratique
11  généralement quand vous n'achetez pas la pièce mais que vous faites du courtage.

12  **Mme le Juge.-** Cela vous convient ?

13  **Me S. Giroud.-** Je n'ai pas entendu.

14  **M. Peretti.-** 5%

15  **Mme le Juge.-** 5% du montant de la vente. C'est ce qui se fait à peu très en
16  termes de courtage dans ce domaine.

17  **Me S. Giroud.-** Merci.

18  **M. Peretti.-** Qui ont été perçus par ma société, à Genève.

19  **Mme le Juge.-** Sur lesquels vous avez payé des impôts.

20  **M. Peretti.-** Et ni à Singapour ni à Monaco.

21  **Me S. Giroud.-** Si M. Bouvier pouvait faire la même chose, on serait tous très
22  heureux.

---

**207** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.-** Eh bien, j'espère qu'il pourrait le faire aussi.

2    **XIV.   RECLAMATIONS DES PLAIGNANTS CONCERNANT *AU LIT : LE BAISER***
3        ***D'HENRI DE TOULOUSE-LAUTREC***

4    **M. J-M. Peretti.-** *Pièce n° 52*, c'est ça ?

5    **Mme le Juge.-** On n'y est pas encore.

6    Est-ce que vous vous souvenez avoir eu des conversations avec M. Bouvier au
7    sujet de cette œuvre ?

8    **M. J-M. Peretti.-** C'est possible. Je ne m'en souviens pas. L'oeuvre me dit
9    quelque chose, mais je ne me souviens pas...

10   **Mme le Juge.-**...d'avoir eu des conversations.

11   Vous souvenez-vous avoir eu des conversations avec M. Valette au sujet de cette
12   œuvre ?

13   **M. J-M. Peretti.-** Non.

14   **Mme le Juge.-** Vous souvenez-vous avoir eu des conversations avec d'autres
15   employés de SOTHEBY'S au sujet de cette œuvre ?

16   **M. J-M. Peretti.-** Non.

17   **Mme le Juge.-** Avec tout autre tiers, toute autre personne ?

18   **M. J-M. Peretti.-** Non.

19   **Mme le Juge.-** Là, on reprend la *Pièce n° 52*.

20   *(Le témoin prend connaissance de la pièce)*

---

**208 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    C'est un message de M. Valette à vous-même. On est en février 2015 cette fois.
2    « Pour info… » et on vous *forwarde* un message. Monsieur Valette à
3    M. Bouvier : « *Cher Yves, à la suite de vos demandes, voilà le décompte pour le*
4    *Lautrec. Estimation : 12 millions, garanties,* etc. »

5    Je vais donc vous poser quelques questions par rapport à cela.

6    Savez-vous pourquoi M. Valette vous envoie cette information ?

7    **M. J-M. Peretti.-** Il me met en copie, car, comme je l'ai dit, de temps en temps,
8    il me mettait en copie mais, moi, je ne suis pas intervenu dans cette vente du
9    Toulouse Lautrec.

10   **Mme le Juge.-** Avant que M. Valette vous envoie ce mail, vous vous étiez parlé
11   par téléphone ?

12   **M. J-M. Peretti.-** Possible, mais je n'ai aucun intérêt dans cette vente.

13   **Mme le Juge.-** Il est possible que vous ayez parlé mais vous n'aviez pas eu
14   d'intérêt.

15   Qu'avez-vous fait des informations que M. Valette vous avait envoyées en lien
16   avec cette œuvre de Toulouse Lautrec ? Vous l'avez envoyé à un tiers ?

17   **M. J-M. Peretti.-** Rien. Cela ne m'intéresse pas, cela ne me concerne pas.

18   **Mme le Juge.-** Vous dites non, mais l'avez-vous plus précisément envoyé à
19   M. Rybolovlev ?

20   **M. J-M. Peretti.-** Non.

21   **Mme le Juge.-** Est-ce que vous savez si M. Bouvier a reçu des informations ou
22   des documents de M. Valette concernant cette œuvre ?

23   **M. J-M. Peretti.-** Je ne m'en souviens pas.

---

**209** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** D'accord. Ceci dit, manifestement, c'est le cas puisque c'est ce
2  que l'on a sous les yeux.

3  **M. J-M. Peretti.-** Je ne m'en souviens pas, parce que je ne me sentais pas
4  concerné.

5  **Mme le Juge.-** Vous lisez le message que vous avez sous les yeux. Vous en
6  prenez acte mais vous ne vous souvenez pas plus que ça de ce qui s'est passé
7  parce que vous n'avez aucun intérêt personnel ?

8  **M. J-M. Peretti.-** Aucun intérêt. D'habitude, je peux avoir un intérêt, car j'ai
9  conseillé M. Bouvier mais, pour cette œuvre-là, je ne l'ai pas conseillé, ni de
10  l'acheter ni de faire quoi que ce soit. Voilà !

11  **Mme le Juge.-** Quand vous avez reçu une copie de cette information sur les
12  12 millions de livres sterling, avez-vous transmis cette information à des tiers,
13  notamment M. Rybolovlev ?

14  **M. J-M. Peretti.-** Non.

15  **Mme le Juge.-** Sazonov ?

16  **M. J-M. Peretti.-** Non.

17  **Mme la Juge.-** Tetiana Bersheda ?

18  **M. J-M. Peretti.-** Non.

19  **Mme la Juge.-** Yuri Bogdanov ?

20  **M. J-M. Peretti.-** Non.

21  **Mme le Juge.-** Une autre société qui travaillerait pour M. Rybolovlev ?

22  **M. J-M. Peretti.-** Non.

**210** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **Mme le Juge.-** Est-ce que vous savez si, finalement, M. Bouvier a acquis cette
2 œuvre de Toulouse Lautrec ?

3 **M. J-M. Peretti.-** Non.

4 **Mme le Juge.-** Vous ne savez pas ou il ne l'a pas acquise ? Est-ce que vous
5 savez s'il a acquis cette œuvre de Toulouse Lautrec ?

6 **M. J-M. Peretti.-** Je suppose, oui. S'il l'a vendue, c'est qu'il doit l'avoir
7 acquise, mais ce n'est pas à travers moi en tout cas.

8 **Mme le Juge.-** *« J'imagine qu'il l'a vendue mais pas à travers moi. »*

9 **M. J-M. Peretti.-** Ni achetée à travers moi. C'est pour ça que je n'ai pas de
10 suivi.

11 **Mme le Juge.-** Pardon ?

12 **M. J-M. Peretti.-** Il ne l'a pas achetée à travers moi suite à mes conseils. Il l'a
13 peut-être achetée avec un autre marchand. Il n'y a pas que moi comme conseil.
14 Aujourd'hui, je suis là, mais je pense que d'autres étaient conseils.

15 **Mme le Juge.-** Vous ignorez donc le prix que M. Bouvier a payé pour cette
16 œuvre ?

17 **M. J-M. Peretti.-** Non.

18 **Mme le Juge.-** Avez-vous appris par la suite si M. Rybolovlev a acheté cette
19 œuvre ?

20 **M. J-M. Peretti.-** Non.

21 **Mme le Juge.-** Vous l'avez appris par la presse ou même pas ?

22 **M. J-M. Peretti.-** Même pas. Je ne sais pas. Je ne me rappelle pas.

**211 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme la Juge.**- Vous savez combien M. Rybolovlev et/ou ses sociétés ont payé
2  pour acheter cette œuvre de Toulouse Lautrec ?

3  **M. J-M. Peretti.**- Non.

4  **Mme le Juge.**- Savez-vous si M. Bouvier a perçu de l'argent quand il a revendu
5  cette oeuvre à M. Rybolovlev ? Et combien ?

6  **M. J-M. Peretti.**- Non.

7  **Mme le Juge.**- Vous l'ignorez.

8  Savez-vous s'il y avait un accord entre M. Bouvier et ses sociétés d'une part, et
9  M. Rybolovlev et ses sociétés d'autre part, par rapport au rachat de cette œuvre ?

10  **M. J-M. Peretti.**- Non.

11  **Mme le Juge.**- Savez-vous si M. Bouvier et/ou ses sociétés avaient indiqué à
12  M. Rybolovlev et ses sociétés, donné des indications quant au prix de vente de
13  cette oeuvre de Toulouse Lautrec ?

14  **M. J-M. Peretti.**- Non.

15  **Mme le Juge.**- Il y a toujours ces questions un peu spéciales. Avez-vous parlé
16  avec quelqu'un de SOTHEBY'S sur les intentions de M. Bouvier quant à cette
17  oeuvre qu'il était en train d'acheter.

18  **M. J-M. Peretti.**- Aucune idée. Je n'ai pas d'intérêt, donc je ne sais pas.

19  **Mme le Juge.**- Oui. De la même manière, aviez-vous eu une discussion avec
20  SOTHEBY'S sur le fait que M. Bouvier par hypothèse allait revendre ou allait
21  aliéner cette oeuvre d'art à un tiers ?

22  **M. J-M. Peretti.**- Non.

23  **Mme le Juge.**- Du coup, vous ignoriez le prix que ce tiers aurait payé pour
24  racheter cette œuvre d'art à M. Bouvier ?

**212 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **M. J-M. Peretti.-** Exactement.

2 **Mme le Juge.-** Nous n'en aviez pas parlé avec SOTHEBY'S non plus ?

3 **M. J-M. Peretti.-** Non. Je n'ai aucun intérêt, donc cela m'est égal.

4 **Mme le Juge.-** D'accord.

5 Est-ce que vous savez si M. Valette avait envoyé à M. Bouvier un catalogue une
6 vente aux enchères … Je ne suis pas sûre : il y a eu une vente aux enchères pour
7 le Toulouse Lautrec ?

8 **M. J-M. Peretti.-** Je pense, oui. Apparemment, quand je vois le décompte, c'est
9 qu'il y a eu une vente aux enchères. En me basant sur le décompte que vous
10 présentez, je pense que cela correspond à une vente aux enchères.

11 **Mme le Juge.-** D'accord. Est-ce que vous savez si M. Valette, SOTHEBY'S avait
12 envoyé le catalogue de ladite vente aux enchères à M. Bouvier ?

13 **M. J-M. Peretti.-** Sans doute. Il l'envoie à tous les clients, forcément à
14 M. Bouvier. Il est dans le listing.

15 **Mme le Juge.-** Vous pensez qu'oui, donc s'il y a une vente aux enchères sur cette
16 œuvre, elle est dans le catalogue ?

17 **M. J-M. Peretti.-** Obligatoirement.

18 **Mme le Juge.-** Mêmes questions que celles qu'on a déjà eues avant. Vous
19 pouvez donc vous référez à ce vous avez déjà dit.

20 Vente aux enchères sur le Toulouse Lautrec, est-ce que vous savez si le
21 catalogue relatif à la vente aux enchères dit *expressis verbis* que ce tableau est
22 actuellement la propriété de M. Bouvier ?

23 **M. J-M. Peretti.-** C'est impossible.

213 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** On peut mettre : « Comme je l'ai déjà indiqué précédemment, le
2  nom du propriétaire actuel ne figurait pas dans le catalogue. »

3  **M. J-M. Peretti.-** Et ne figure jamais quel que soit le propriétaire.

4  **Mme le Juge.-** Vous aviez donc discuté du catalogue d'enchères pour cette
5  oeuvre avec MM. Valette et Vinciguerra ?

6  **M. J-M. Peretti.-** Non.

7  **Mme le Juge.-** Pas du tout discuté de ça.

8  Et avec M. Bouvier ?

9  **M. J-M. Peretti.-** Je ne sais plus.

10  **Mme le Juge.-** Savez-vous si Mme Rappo a participé d'une manière ou d'une
11  autre à l'acquisition par M. Rybolovlev et ses sociétés du Toulouse Lautrec ?

12  **M. J-M. Peretti.-** Non.

13  **Mme le Juge.-** Savez-vous si Mme Rappo a reçu de l'argent dans ce cadre ?

14  **M. J-M. Peretti.-** Non.

15  **XV.   RECLAMATIONS DES PLAIGNANTS CONCERNANT LE *CHRIST EN TANT***
16  ***QUE SALVATOR MUNDI* DE LEONARDO DA VINCI**

17  **Mme le Juge.-** Avez-vous eu une communication avec M. Bouvier au sujet de
18  cette œuvre ?

19  **M. J-M. Peretti.-** Oui.

20  **Mme la Juge.-** Pouvez-vous nous décrire quand cela a eu lieu ?

21  **M. J-M. Peretti.-** 2013, 2014.

**214 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Est-ce vous qui êtes allé vers lui suite à une proposition de
2   M. Valette, ou c'est M. Valette qui est venu à vous ?

3   **M. J-M. Peretti.-** Pas du tout. C'est M. Bouvier m'a fait part d'un souhait
4   d'acquérir ce Léonard de Vinci. À travers ses sociétés, il m'a fixé un montant
5   fixe. Je devais essayer, moi, de négocier mais je ne savais pas comment m'y
6   prendre et je me suis adressé à M.Valette pour rechercher le tableau.

7   **Mme le Juge.-** C'est donc un peu dans l'autre ordre que d'habitude ?

8   Vous avez parlé à M. Valette au sujet de cette oeuvre. Oui, parce M. Bouvier
9   vous l'avait demandé.

10   **M. J-M. Peretti.-** Exactement.

11   **Me S. Giroud.-** Madame le Président, pourriez-vous simplement préciser si
12   M. Bouvier voulait l'acquérir pour lui ou pour quelqu'un d'autre ?

13   **M. J-M. Peretti.-** Comme d'habitude, pour lui. Monsieur Bouvier n'a jamais fait
14   de portage.

15   **Mme le Juge.-** Lui ou ses sociétés ?

16   **M. J-M. Peretti.-** A travers ses sociétés.

17   **Me S. Giroud.-** Est-ce qu'il vous l'a dit, ou c'est ce que, vous, vous avez
18   compris ?

19   **M. J-M. Peretti.-** Non, il me l'a dit.

20   **Mme le Juge.-** *« Il m'a précisé qu'il voulait l'acheter pour lui-même au travers*
21   *de ses sociétés. »*

22   **M. J-M. Peretti.-** Exactement, comme le Rothko ou...

23   **Mme le Juge.-** Il vous a parlé expressément de cette oeuvre d'art ?

215 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Oui.

2   **Mme le Juge.-** Monsieur Bouvier vous dit « j'aimerais bien pouvoir acheter
3   cette œuvre. » Vous, vous contactez M. Valette pour lui en faire part.

4   **M. J-M. Peretti.-** Pour faire la recherche.

5   **Mme le Juge.-** Parce que vous ne saviez pas où était localisé ce tableau ?

6   **M. J-M. Peretti.-** Le tableau avait été mis en vente privée chez CHRISTIE'S. Ils
7   ne l'avaient pas vendu. Il traînait sur le marché depuis trois ou quatre ans.
8   Comme je vous l'ai expliqué, SOTHEBY'S et CHRISTIE'S ont les références de
9   tous les tableaux importants, que je n'ai pas. Ils ont une carte de visite quand il
10  tape chez un client, SOTHEBY'S, en demandant « êtes-vous vendeur ». Si, moi,
11  j'arrive, que je ne connais pas la personne, elle ne me répond pas.

12  **Mme le Juge.-** Bien compris. Vous faites donc ces recherches, vous arrivez à le
13  localiser.

14  **M. J-M. Peretti.-** Monsieur Valette le localise.

15  **Mme le Juge.-** D'accord. Vous parlez de ces démarches et du tableau avec
16  d'autres personnes qu'avec M. Valette et M. Bouvier ?

17  **M. J-M. Peretti.-** Chez SOTHEBY'S aussi.

18  **Mme le Juge.-** Qui ?

19  **M. J-M. Peretti.-** Je ne me souviens plus de son nom mais à quelqu'un, un
20  spécialiste. Monsieur Valette s'occupe d'une certaine période et, ça, c'est
21  antérieur. Un spécialiste des peintures anciennes...

22  **Mme le Juge.-** Un homme ou une femme ?

23  **M. J-M. Peretti.-** Un homme.

24  **Mme le Juge.-** Un homme dont vous ne savez plus le nom ?

**216** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.-** Non, mais je l'ai rencontré.

2   **Mme le Juge.-** Vous l'avez rencontré à une ou deux reprises ?

3   **M. J-M. Peretti.-** Je pense à une reprise avec le propriétaire du Léonard de
4   Vinci. Après, j'ai lu que j'avais un écusson SOTHEBY'S. Je ne savais pas que
5   SOTHEBY'S avait des écussons.

6   **Mme le Juge.-** Avez-vous participé à des visites « de visualisation » en lien avec
7   cette œuvre ?

8   **M. J-M. Peretti.-** Non.

9    **Mme le Juge.-** Avez-vous participé à des discussions en lien avec l'organisation
10   de telles visites ?

11   **M. J-M. Peretti.-** Je ne me souviens pas.

12   **Mme le Juge.-** Est-ce que vous savez si des visites de visualisation ont été
13   organisées pour M. Bouvier.

14   **M. J-M. Peretti.-** Je pense.

15   **Mme le Juge.-** Vous pensez que oui, mais vous n'avez ni participé à la visite ni
16   participé à l'organisation de la visite ?

17   **M. J-M. Peretti.-** Ni savoir où c'était, quand c'était et comment c'était. La seule
18   chose, c'est que j'avais un prix fixe par une société de M. Bouvier. Comme il
19   savait que j'étais un bon négociateur, j'étais obligé de… Voilà. C'est moi qui ai
20   fait la négociation.

21   **Mme le Juge.-** Du prix de vente à la fin.

22   **M. J-M. Peretti.-** Du prix de vente avec le client, M. Valette, le responsable des
23   tableaux anciens et non au Plazza Athénée comme ça a été dit dans le film mais
24   au Bristol Paris.

**217 |** *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Me S. Giroud.-** Madame le Président ?

2   **Mme le Juge.-** On va aller dans l'ordre. *« Je n'ai participé à aucune visite de*
3   *visualisation de cette oeuvre. »*

4   En revanche, dans le cadre de la vente de l'œuvre, vous avez participé à combien
5   de rencontres pour finaliser la vente ?

6   **M. J-M. Peretti.-** Une seule.

7   **Mme le Juge.-** Une seule rencontre, à Paris ?

8   **M. J-M. Peretti.-** À Paris, car les personnes venaient des États-Unis.

9   **Mme le Juge.-** Le propriétaire venait des États-Unis.

10   **M. J-M. Peretti.-** Ils étaient plusieurs.

11   **Mme le Juge.-** Les propriétaires venaient des États-Unis.

12   **M. J-M. Peretti.-** En fait, le représentant, qui était mandaté, est venu avec sa
13   femme à Paris, et à un dîner, au Bristol (je vous l'ai dit), avec M. Valette, le
14   responsable des tableaux anciens et moi-même.

15   **Mme le Juge.-** Monsieur Bouvier n'était pas là. C'est vous qui le représentiez ?

16   **M. J-M. Peretti.-** Exactement.

17   **Mme le Juge.-** Vous savez quand ?

18   **M. J-M. Peretti.-** 2014, 2015…

19   **Mme le Juge.-** À une reprise. Les discussions avec la vente, oui. Vous avez
20   expliqué une réunion à Paris. Avant cette réunion à Paris, il y a eu des
21   discussions en amont pour négocier le prix de vente ?

**218 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Oui. C'est M. Bouvier qui fixe le prix de vente.

2    **Mme le Juge.-** Vous, vous aviez négocié quoi finalement ?

3    **M. J-M. Peretti.-** Les gens avaient un prix supérieur à ce que demandait
4    M. Bouvier, ils sont donc venus, pas comme c'est raconté, avec une version « j'ai
5    une bonne réponse et une mauvaise pour le prix ». Cela a mis du temps. On a fait
6    un dîner. Les gens sont venus. Ils voulaient un prix qui était je ne me souviens
7    plus de combien. Moi, j'avais un prix fixé par M. Bouvier. Je ne devais pas le
8    dépasser.

9    **Mme le Juge.-** Finalement, toute la négociation s'est faite en une fois, lors de ce
10   dîner ?

11   **M. J-M. Peretti.-** Exactement.

12   **Mme le Juge.-** Ce n'est pas : le dîner a finalisé des discussions qui avaient déjà
13   eu lieu pendant des mois avant cette date ?

14   **M. J-M. Peretti.-** Non. Je ne connaissais pas la personne qui venait des États-
15   Unis. Il a fallu, et c'est rare, que SOTHEBY'S présente un client. Elle est venue. Je
16   ne parlais pas l'anglais, du moins pas suffisamment pour faire une négociation.
17   Monsieur Valette traduisait, la personne experte dans la matière de ce tableau, ce
18   vendeur et sa femme.

19   **Mme le Juge.-** Avez-vous eu des communications avec SOTHEBY'S au sujet de
20   cette œuvre ? Oui.

21   Avec Valette et avec le spécialiste des périodes antérieures, pendant plusieurs
22   semaines, plusieurs mois ?

23   **M. J-M. Peretti.-** Non, non, cela a été rapide.

24   **Mme le Juge.-** Plusieurs semaines, plusieurs jours ?

25   **M. J-M. Peretti.-** Je ne me souviens plus. En fait, la grosse discussion et tout
26   s'est fait au moment du dîner.

219 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Au préalable, ce qui avait été discuté, c'était d'identifier le
2  propriétaire, de voir s'il était toujours intéressé à vendre.

3  **M. J-M. Peretti.-** Et à quel prix.

4  **Mme le Juge.-** Est-ce que vous savez si, finalement, M. Bouvier a bel et bien fait
5  l'acquisition de cette œuvre ?

6  **M. J-M. Peretti.-** Oui.

7  **Mme le Juge.-** Vous le savez ?

8  **M. J-M. Peretti.-** Oui parce qu'il me l'a confirmé. J'étais en relation
9  téléphonique avec lui pendant le dîner. À la fin, je suis parti, et j'ai laissé
10  M. Bouvier conclure le *deal*.

11  **Mme le Juge.-** Monsieur Bouvier était donc là ?

12  **M. J-M. Peretti.-** Non, il l'a fait par téléphone. Il a juste fait les démarches après
13  pour l'acquisition. Moi, c'était du verbal si vous voulez.

14  **Mme le Juge.-** Vous êtes donc certain qu'il a acquis cette œuvre. Il a confirmé le
15  *deal* par téléphone même s'il n'était pas physiquement présent au dîner au Bristol,
16  à Paris. Vous le savez parce que M. Bouvier vous l'a dit ?

17  **M. J-M. Peretti.-** J'avais un prix de tant pour l'une des sociétés de M. Bouvier,
18  et je l'ai obtenu. L'accord verbal a été obtenu. Le plus dur, ce n'était pas l'accord
19  de M. Bouvier puisqu'il me l'avait fixé mais bien de trouver l'accord avec le
20  client.

21  **Mme le Juge.-** J'ai bien compris. C'est d'obtenir de l'autre côté, que le
22  contractant vous dise oui.

23  Est-ce que vous savez combien M. Bouvier a payé pour acheter ce tableau ?

24  **M. J-M. Peretti.-** De mémoire, 80 millions d'US dollars.

**220** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Vous l'avez appris, car il vous l'avait dit, j'imagine ?          ?

2   **M. J-M. Peretti.-** Il m'a dit « je ne veux pas payer plus que ça. Je conclus, moi,
3   verbalement l'affaire. » Je pense donc qu'il l'a payé le prix de la conclusion
4   verbale.

5   **Mme le Juge.-** Votre réponse est : c'est le prix qui vous a été donné. C'est le prix
6   auquel vous avez réussi, vous, à amener les Américains. Vous en déduisez que
7   c'est le prix qu'il a payé à la fin. Maintenant, ce n'est pas vous qui avez…

8   **M. J-M. Peretti.-** Non, je n'ai pas pris le chèque et je n'ai pas signé le contrat.

9   **Me S. Giroud.-** Madame le Président, juste pour comprendre. Vous avez indiqué
10  que vous étiez en contact avec M. Bouvier par téléphone ?

11  **M. J-M. Peretti.-** Exactement.

12  **Me S. Giroud.-** Est-ce que M. Valette savait que vous étiez en contact avec
13  M. Bouvier ?

14  **M. J-M. Peretti.-** Non.

15  **Me S. Giroud.-** Est-ce que M. Valette pensait que c'était vous qui souhaitiez
16  acquérir le tableau ?

17  **M. J-M. Peretti.-** Pas du tout. Il savait que je faisais la transaction pour
18  M. Bouvier. Je ne suis pas obligé de lui dire mais il le savait.

19  **Mme le Juge.-** Pardon, mais je n'ai pas compris parce que vous regardiez Me
20  Giroud.

21  **M. J-M. Peretti.-** On me demande si M. Valette était au courant que je lui ai
22  téléphoné. Non. Maintenant que M. Valette savait que je négociais le prix pour
23  M. Bouvier, oui.

24  **Mme le Juge.-** Ça, vous l'avez dit du début.

**221** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1 **M. J-M. Peretti.**- Exactement. Il sait très bien que je ne peux pas acheter le
2 tableau de 80 millions !

3 **Me S. Giroud.**- Une autre question, c'est que vous avez mentionné un film.

4 **M. J-M. Peretti.**- Exactement. Je l'ai vu à la télé, sur la 5, il y a un an.

5 **Me S. Giroud.**- Essayez de préciser vos réponses maintenant. D'une part,
6 précisez de quel film il s'agissait, et d'autre part, vos réponses correspondent à
7 vos connaissances propres ou à ce que vous avez acquis dans le film ? Vous avez
8 mentionné un film.

9 **M. J-M. Peretti.**- J'ai mentionné un film qui est sorti sur la 5, où je vous ai
10 expliqué que l'on m'avait mis un écusson de SOTHEBY'S avec un blaser bleu, ce
11 que je trouvais ridicule. On disait que j'étais un *butcher(?)*, ou je ne sais pas, un
12 joueur de cartes. Je ne comprends pas.

13 **Mme le Juge.**- Ce que l'on va mettre dans votre bouche, c'est que le film… Le
14 film s'appelle comment ?

15 **M. J-M. Peretti.**- Aucune idée.

16 **Me D. Bottge.**- C'est un documentaire.

17 **Mme le Juge.**- C'est un film qui est sorti sur la 5 relatif à cette affaire qui ne
18 correspond pas à la réalité en ce qui vous concerne.

19 **M. J-M. Peretti.**- Me concernant, je vais vous dire… Ils disent que c'est au
20 Plazza, en fait, c'est au Bristol. Ils disent que j'ai un écusson de SOTHEBY'S.
21 Jamais je ne mettrais un écusson de SOTHEBY'S. Ils n'en mettent pas eux-
22 mêmes. Je ne vois pas pourquoi, moi, j'en mettrais…

23 **Mme le Juge.**- Vous dites que ce n'est pas conforme à la vérité en ce qui
24 concerne la soirée et en ce qui vous concerne ?

25 **M. J-M. Peretti.**- Voilà. Concernant la négociation, exactement, elle a été faite.
26 Qu'elle a duré deux minutes dans le film en disant « j'ai une mauvaise nouvelle

**222** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  et une bonne nouvelle ». C'est faux. Je ne suis pas quelqu'un comme ça. On a
2  fait un très beau dîner au Bristol ! Cela a pris du temps.

3  **Mme le Juge.-** Moi, je n'ai pas vu le film.

4  **M. J-M. Peretti.-** Je n'ai pas fini ! Je n'ai obligé personne à accepter cette offre !

5  **Me D. Bottge.-** C'est bon !

6  **Mme le Juge.-** Je vais vraiment essayer de coller. On me demande comment ça
7  s'est passé. Vous me dites comment s'est passé. Si des gens font des films, ce
8  n'est pas vraiment notre problème.

9   **Me S. Giroud.-** Ma question est simplement parce que, dans le documentaire en
10  question, des informations concernent les questions que vous avez posées. Il a
11  répondu par la négative. S'il a vu ce documentaire, il est forcément au courant
12  d'éléments, des questions posées ici. Il a répondu par la négative…

13  **M. J-M. Peretti.-** Expliquez-vous, car je ne comprends rien !

14  **Mme le Juge.-** Attendez !

15  **Me S. Giroud.-** Dans le documentaire, on voit très bien qu'il y a eu une visite,
16  une présentation de tableau avec M. Bouvier et SOTHEBY'S. S'il a vu le
17  documentaire, il a vu cela, donc il est au courant du fait qu'il a eu présentation du
18  tableau. Or quand il était interrogé, il a dit qu'il n'était pas au courant d'une
19  présentation.

20  **M. J-M. Peretti.-** Exactement.

21  **Me S. Giroud.-** Il peut donc y avoir une confusion dans les réponses qu'il a
22  données. C'est peut-être des informations dans le documentaire qu'il a vu…

23  **Mme le Juge.-** Mais ce n'est pas la question que l'on a posée. S'agissant de la
24  présentation de la visualisation, il a juste dit qu'il n'y avait pas participé et qu'il
25  ne l'avait pas organisée.

223 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)
c/
Sotheby's et Sotheby's In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Dans le film, il y a tellement d'erreurs que je n'ai pas
2    connaissance…

3    **Mme le Juge.-** Arrêtez de parler de ce film !

4    Cela ne fait pas du tout partie de ce qui m'est soumis. C'est déjà compliqué
5    d'avoir 110 pages de questions à poser sur ce qui est demandé par le tribunal
6    américain. On ne va pas commencer à demander si ce qui est répondu aux
7    questions posées par le tribunal américain l'est sur la base de votre mémoire ou
8    en négatif par rapport à un film que, personnellement, je n'ai pas vu et sur lequel
9    le tribunal américain ne vous demande pas de vous prononcer.

10   Là, vous me confirmez que ce que vous avez dit correspond à votre souvenir ?

11   **M. J-M. Peretti.-** Exactement.

12   **Mme le Juge.-** Après que, dans l'intervalle, il a vu des films ou je ne sais quoi…

13   **M. J-M. Peretti.-** Dans le film, j'ai un écusson, ils se trompent. Quand je suis au
14   Plazza Athénée, ils se trompent. Je suis au Bristol ! Ils peuvent donc se tromper
15   aussi.

16   **Mme le Juge.-** Le prix de ce que M. Bouvier a payé pour cette œuvre, c'était
17   80 millions.

18   **M. J-M. Peretti.-** Oui.

19   **Mme le Juge.-** USD ?

20   **M. J-M. Peretti.-** Oui.

21   **Mme le Juge.-** Je l'ai protocolé en dernier lieu.

22   J'avais mis en dernier lieu, c'était que c'était la valeur limite de ce qu'il vous
23   avait dit et c'était ce sur quoi vous avez amené les Américains à négocier à la
24   baisse. Maintenant, vous n'avez pas contresigné le chèque, donc vous imaginez

**224 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   que c'est ce qui a été payé sans pouvoir le démontrer, sans en être absolument
2   certain ?

3   **M. J-M. Peretti.-** Oui.

4   **Mme le Juge.-** Est-ce que vous savez si, par la suite, M. Rybolovlev et/ou ses
5   sociétés ont racheté cette oeuvre d'art ?

6   **M. J-M. Peretti.-** À partir de 2015.

7   **Mme le Juge.-** Ce que vous avez vu dans la presse ?

8   **M. J-M. Peretti.-** Oui.

9   **Mme le Juge.-** Savez-vous combien M. Rybolovlev...

10  **Me S. Giroud.-** Madame le Président, de nouveau, je me permets, le terme, c'est
11  « acquis », pas « racheté ».

12  **Mme le Juge.-** Là, c'est moi qui ai un problème. Quelle est la différence entre
13  acquérir et racheter pour vous ?

14  **Me S. Giroud.-** Racheter, cela peut être racheté à M. Bouvier ; acquérir, ça peut
15  être acquérir par intermédiaire. C'est la nuance.

16  **Mme le Juge.-** Je ne vois pas du tout. Faire l'acquisition et acheter, pour moi,
17  c'est pareil.

18  **Me S. Giroud.-** Racheter, pas acheter.

19  Quand il rachète à M. Bouvier, c'est que l'on part de la présomption que
20  M. Bouvier est propriétaire. Or toute l'affaire porte sur la question de savoir si
21  M. Bouvier...

22  **Mme le Juge.-** Alors savez-vous si M. Rybolovlev et ces sociétés ont acheté
23  cette oeuvre par la suite ?

**225** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.**- Oui, je l'ai vu en 2015…

2   **Mme le Juge.**- Dans la presse ?

3   **M. J-M. Peretti.**- Dans la presse, et j'ai su à la revente, quand il l'a vendu
4   450 000.

5   **Mme le Juge.**- Pardon ?

6   **M. J-M. Peretti.**- Excusez-moi, et quand il l'a revendu chez CHRISTIE'S pour un
7   prix de 450 000.

8   **Mme le Juge.**- Mais qui l'a vendue ? Monsieur Rybolovlev ?

9   **M. J-M. Peretti.**- Monsieur Rybolovlev. C'est connu et noté. Par contre, il a fait
10  une garantie. Il a perdu 200 millions sur la valeur…

11  **Mme le Juge.**- Ce sont des choses que vous avez apprises dans la presse ?

12  **M. J-M. Peretti.**- Non, en interne car c'est notre métier. Il n'a pas encore fait de
13  procès à CHRISTIE'S.

14  **Mme le Juge.**-Vous ne savez donc pas combien il a payé pour l'acheter ?

15  **M. J-M. Peretti.**- Non.

16  **Mme le Juge.**- Mais vous savez qu'il l'a lui-même revendu 450 000 millions de
17  dollars ?

18  **M. J-M. Peretti.**- C'est le tableau le plus cher vendu de l'histoire de l'art.

19  **Mme le Juge.**- Est-ce que vous savez…

20  **M. J-M. Peretti.**- Je fais une parenthèse. Si je savais qu'il valait 450 millions,
21  j'aurais fait une quête pour l'acquérir !

**226 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.-** Savez-vous si M. Bouvier a perçu de l'argent de la part
2  de M. Rybolovlev en lien avec cette œuvre ?

3  **M. J-M. Peretti.-** Certainement qu'il a dû en recevoir. Combien, je ne sais pas.
4  Il l'a vendu, il a donc forcément perçu quelque chose, après le combien, je ne sais
5  pas. Cela a été dit dans la presse. Que ce soit vrai ou pas, je n'en sais rien.

6  **Mme le Juge.-** *« J'ai lu dans la presse que M. Bouvier avait vendu ce tableau à*
7  *M. Rybolovlev. Si tel est le cas, il y a dû percevoir un prix de vente. »*

8  **M. J-M. Peretti.-** Oui, j'ai lu des montants dans la presse. Je ne sais pas s'ils
9  sont vrais ou pas. Cela ne me regarde pas.

10  **Mme le Juge.-** Personnellement, vous n'êtes pas au courant ?

11  **M. J-M. Peretti.-** Non.

12  **Me S. Giroud.-** Pour être sûre : quand vous parlez du fait que M. Bouvier a
13  revendu, vous parlez de ce que vous avez appris dans la presse. Il parle de
14  *(inaudible)*

15  **Mme le Juge.-** Pas M. Bouvier, M. Rybolovlev.

16  **M. J-M. Peretti.-** Monsieur Bouvier l'a revendu. Je connais par mes
17  connaissances qu'il a fait une garantie, qu'il a perdu 200 millions et qu'il l'a
18  vendu 450 millions. C'est le tableau le plus cher. Ce n'est pas moi qui l'invente.
19  C'était dans tous les journaux et aux informations !

20  **Me S. Giroud.-** Là, on parlait de ce que M. Bouvier a reçu comme
21  compensation. J'ai cru comprendre... Dans votre réponse, vous avez dit
22  « M. Bouvier l'a revendu, il a donc forcément reçu quelque chose ». Ensuite,
23  vous avez parlé de ce que vous avez appris dans la presse.

24  **Mme le Juge.-** Moi, ce que j'ai compris, si je protocolais, je dirais : « J'ai appris
25  par la presse que M. Bouvier aurait par la suite revendu le tableau à M.
26  Rybolovlev. Je pars du principe qu'il a reçu un prix de vente pour le tableau qu'il
27  avait vendu. »

227 | *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Voilà. Si le montant était indiqué dans la presse, et je réponds
2    à votre question, le montant de ce qu'avait gagné M. Bouvier, je ne sais pas si
3    c'est vrai ou pas, et je l'ai su comme tout le monde !

4    **Mme le Juge.-** On remet : « J'ai appris par la presse le montant que M. Bouvier
5    aurait perçu en vendant ce fameux tableau à M. Rybolovlev. Quant au montant
6    que M. Rybolovlev a lui-même perçu en le revendant, j'ai eu l'information par le
7    lieu dans lequel je travaille. »

8    **M. J-M. Peretti.-** Le monde entier a su que M. Rybolovlev vendait ce tableau,
9    car CHRISTIE'S l'a annoncé et a même annoncé l'acquéreur, alors qu'ils ne le font
10   pas d'habitude, qui était le roi d'Arabie saoudite, je pense et qui avait acheté le
11   tableau le plus cher du monde. D'autres articles disaient « on ne voit pas en quoi
12   M. Rybolovlev pourrait se plaindre avec un tableau acheté à tant et vendu à
13   tant. »

14   **Mme le Juge.-** On en revient à : savez-vous si M. Bouvier et/ou ses sociétés et
15   M. Rybolovlev et/ou ses sociétés avaient conclu un accord en vue de
16   l'achat/vente de ce tableau ?

17   **M. J-M. Peretti.-** Non.

18   **Mme le Juge.-** Vous l'ignorez.

19   Savez-vous si notre « amie », Mme Rappo, a participé à l'acquisition par
20   M. Rybolovlev ou ses sociétés du tableau de Vinci ?

21   **M. J-M. Peretti.-** Non.

22   **Mme le Juge.-** Est-ce que vous savez si Mme Rappo a reçu une quelconque
23   rémunération ?

24   **M. J-M. Peretti.-** Non.

25   **Mme le Juge.-** Vous l'ignorez. Avez-vous eu des conversations en lien avec le
26   tableau de Vinci avec M. Rybolovlev ?

**228** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. J-M. Peretti.-** Non.

2    **Mme le Juge.-** Avec Mikhail Sazonov ?

3    **M. J-M. Peretti.-** Non.

4    **Mme le Juge.-** Avec Tetiana Bersheda ?

5    **M. J-M. Peretti.-** Non.

6    **Mme le Juge.-** Yuri Bogdanov ?

7    **M. J-M. Peretti.-** Non.

8    **Mme le Juge.-** D'autres personnes affiliées ou qui travaillent pour
9    M. Rybolovlev ?

10   **M. J-M. Peretti.-** Non.

11   **Mme le Juge.-** Savez-vous si M. Bouvier avait donné des indications au
12   représentant de M. Rybolovlev et/ou de ses sociétés quant au prix de l'œuvre
13   *Salvator Mundi* ?

14   **M. J-M. Peretti.-** Non.

15   **Mme le Juge.-** On en revient toujours à ces questions. Avez-vous eu avec
16   SOTHEBY'S une conversation quant aux intentions de M. Bouvier par rapport à ce
17   qu'il allait faire avec ce tableau ?

18   **M. J-M. Peretti.-** Non.

19   **Mme le Juge.-** Vous ne vous en souvenez pas.

20   Est-ce que vous savez si M. Bouvier avait dit à SOTHEBY'S ce qu'il voulait faire
21   de ce tableau ?

**229** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. J-M. Peretti.**- Je ne m'en souviens pas.

2   **Mme le Juge.**- Avez-vous discuté avec SOTHEBY'S de l'identité de la personne
3   qui souhaitait acquérir après M. Bouvier cette œuvre ?

4   **M. J-M. Peretti.**- Je ne m'en souviens pas.

5   **Mme le Juge.**- Vous souvenez-vous avoir discuté avec SOTHEBY'S du prix qui
6   aurait été payé par la personne ou l'entité qui a succédé à M. Bouvier au moment
7   de l'achat du tableau ?

8   **M. J-M. Peretti.**- Pas au moment immédiat. Quand je l'ai appris de la presse,
9   peut-être, mais pas au moment.

10   **Mme le Juge.**- Au moment des faits, non, mais par la suite, après l'avoir appris
11   dans la presse.

12   Si vous pouvez prendre la *Pièce n° 53.*

13   *(Le témoin prend connaissance de la pièce)*

14   C'est un message à vous-même de Bruno Vinciguerra, et à Samuel Valette. 3
15   mars 2014.

16   Question : de nouveau, il n'y avait pas de notes de couverture... Je ne comprends
17   pas...

18   Avez-vous le souvenir d'avoir reçu cette communication ?

19   **M. Peretti.**- Non. Mais je vois que je suis en copie, donc certainement.

20   **Mme le Juge.**- Est-ce que vous avez discuté, avec M. Bouvier, de ce message
21   que vous aviez reçu ?

22   **M. Peretti.**- Sûrement.

**230** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.-** Est-ce que vous vous souvenez de ce qui a été dit à cet égard ?

2    **M. Peretti.-** Oui. Je dois certainement avoir reçu cet article — M. Bouvier aussi —
3    parce que je pense — je suppose — qu'il y avait eu un accord de confidentialité
4    entre le client, M. Bouvier et SOTHEBY'S, c'est-à-dire que cela ne devait pas
5    paraître officiellement. Il y avait un accord passé entre les trois parties — comme
6    c'est le cas dans tous les contrats relatifs à l'achat d'un tableau — stipulant
7    qu'aucune des parties, ni vendeur ni acheteur, ne doit communiquer à la presse
8    quoi que ce soit.

9    **Mme le Juge.-** Alors même qu'il y avait un accord de confidentialité, c'est sorti
10   dans la presse ?

11   **M. Peretti.-** Oui. Il y a un article de presse que j'ai là.

12   **Mme le Juge.-** Vous vous souvenez d'avoir parlé de cet article avec M. Bouvier,
13   précisément, parce qu'il n'aurait pas dû paraître dans la presse ?

14   **M. Peretti.-** Il a dû m'en parler ou je l'ai lu dans la presse, oui, certainement.

15   **Mme le Juge.-** Avez-vous discuté de cet article avec un employé de
16   SOTHEBY'S ?

17   **M. Peretti.-** C'est possible.

18   **Mme le Juge.-** Avec qui ?

19   **M. Peretti.-** Je ne sais pas. Je ne m'en souviens pas mais c'est possible.

20   **Mme le Juge.-** Cet article de presse, vous en avez eu connaissance quand vous
21   avez reçu le message ou vous aviez déjà vu l'article de presse avant ?

22   **M. Peretti.-** Non, je ne l'avais pas vu. J'en ai eu connaissance avec...

23   **Mme le Juge.-** ... avec ce mail que vous avez reçu ?

24   **M. Peretti.-** Exactement.

**231 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Mme le Juge.**- Avez-vous parlé avec M. Vinciguerra de cet article ?

2  **M. Peretti.**- Certainement.

3  **Mme le Juge.**- Vous souvenez-vous de ce que vous lui avez dit ?

4  **M. Peretti.**- Non, c'est certainement lui qui m'en a parlé.

5  **Mme le Juge.**- Par téléphone ou par mail, à votre connaissance ?

6  **M. Peretti.**- Par téléphone, à ma connaissance.

7  **Mme le Juge.**- Par téléphone, selon votre souvenir ?

8  **M. Peretti.**- Oui.

9  **Mme le Juge.**- Savez-vous pourquoi M. Vinciguerra vous a envoyé cet article ?

10  **M. Peretti.**- Oui, puisque c'est moi qui ai fait la négociation pour le compte de
11  M. Bouvier. À partir de là, il était à peu près logique qu'il me l'envoie.

12  **Mme le Juge.**- Parce que vous aviez fait la négociation pour le compte de
13  M. Bouvier ?

14  **M. Peretti.**- Oui, pour le compte de M. Bouvier avec les clients.

15  **Mme le Juge.**- La question, je vous la lis et on va essayer de comprendre
16  ensemble ce qu'il veut dire par là. Savez-vous pourquoi M. Vinciguerra n'a pas
17  inclus de note de couverture dans son e-mail ? Je ne comprends pas exactement
18  ce qu'il entend par « *note de couverture* ». Il met quand même : « *Pour ton*
19  *information* ».

20  **M. Peretti.**- « *Pour ton information* ».

21  **Mme le Juge.**- Pourquoi n'a-t-il pas écrit : « *Subject : Le tableau de de Vinci* » ?

**232** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti**.- Non. Pourquoi il n'a m'a envoyé l'article ?

2   **Mme le Juge**.- Je me tourne vers vous, car je ne suis pas sûre de comprendre la
3   question.

4   **M. Peretti**.- Moi non plus.

5   **Mme le Juge**.- « *Note de couverture* », c'est quoi ? Un « *concerne* » ? Il y en a,
6   un « *concerne* » mais je ne sais pas à quoi l'autorité requérante faite référence.

7   **Me A. Conrad Hari**.- Je pense que cela fait plutôt référence à un e-mail de
8   couverture qui n'est pas dans l'e-mail pour explication. J'imagine que c'est cela.

9   **Mme le Juge**.- Savez-vous pourquoi il vous envoie un e-mail comme ça, avec
10  juste l'article, sans un e-mail explicatif disant « *Pour ton information* » ?

11  **M. Peretti**.- Il est marqué : « *Sujet : Pour ton information* ».

12  **Mme le Juge**.- D'accord. Mais pourquoi il vous joint juste l'article sans dire :
13  « *Cher Jean-Marc, tu trouveras ci-dessous un article ...* »

14  **M. Peretti**.- Parce qu'on est tout au courant qu'il y a eu violation d'un contrat, ce
15  qui a dû le choquer certainement. Il m'a envoyé l'article pour cette raison et nul
16  besoin d'explication, je comprends.

17  **Mme le Juge**.- À votre avis, il n'y a pas eu besoin de donner plus d'explication
18  parce que c'était évident ?

19  **M. Peretti**.- Oui, c'était évident.

20  **Mme le Juge**.- De nouveau, la suite de la question : [...] ce que vous savez,
21  quand vous l'avez appris ? Vous l'avez appris, quand il vous envoie cet e-mail,
22  qu'il y a eu une violation de la clause de confidentialité ?

23  **M. Peretti**.- Oui.

24  **Mme le Juge**.- Pour moi, c'est clair.

**233** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Savez-vous si, en 2014, en décembre 2014, MM. Rybolovlev et Sazanov ont
2    accusé M. Bouvier de les avoir « *fraudés* » ?

3    **M. Peretti.-** Oui, je l'ai appris par la presse aussi.

4    **Mme le Juge.-** D'accord, vous l'avez appris par la presse. Avez-vous discuté
5    avec M. Bouvier des accusations qui étaient portées contre lui ?

6    **M. Peretti.-** Oui, c'est mon ami, donc j'en ai très certainement discuté.

7    **Mme le Juge.-** Vous avez parlé avec lui par téléphone ou en personne ?

8    **M. Peretti.-** En personne et par téléphone, je pense.

9    **Mme le Juge.-** Principalement au téléphone et en personne.

10    **Me S. Giroud.-** Madame le Président, j'ai une question. Monsieur Peretti,
11    pouvez-nous dire à quand remonte votre dernier contact avec M. Bouvier ?

12    **M. Peretti.-** Ce matin.

13    **Me S. Giroud.-** Est-ce que vous avez discuté avec lui pour préparer cette
14    audience.

15    **Me D. Bottge.-** On ne répond pas à cette question.

16    **M. Peretti.-** C'est mon ami : je le vois toutes les semaines et tous les jours. C'est
17    mon ami.

18    **Me D. Bottge.-** La réponse est non.

19    **Note du Tribunal**

20    **Mme le Juge.-** Pour Mme Primavera et pour le procès-verbal, au tout début de
21    l'audience, juste après l'assermentation de Monsieur Peretti, il convient d'indiquer
22    :

**234 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  *« Monsieur Peretti relève que M. Bouvier est un ami, et qu'il le voit*
2  *régulièrement, de manière hebdomadaire, si ce n'est plus souvent, lorsqu'il est à*
3  *Genève, puisqu'ils sont voisins. Référence est faite à l'article 172 B du Code de*
4  *procédure civile ».*

5  **M. Peretti**.- Je ne pense pas que ce soit un délit ?

6  **Mme le Juge**.- Non, non, pas du tout. Je vous explique pourquoi je l'indique. En
7  droit, selon le Code de procédure civile suisse, que je me dois d'appliquer, on a
8  un article 172 B du CPC qui demande au juge de noter s'il y a des circonstances
9  et/ou des liens particuliers entre tous les témoins que j'entends et l'une ou l'autre
10  des parties. Le fait que vous soyez ami avec Bouvier, je le protocole.

11  **Me S. Giroud**.- Il serait bien que l'on puisse protocoler que M. Peretti a parlé
12  avec M. Bouvier encore ce matin...

13  **M. Peretti**.- Encore ? Ce n'est pas le terme qui convient. J'ai parlé avec
14  M. Bouvier ce matin, et cela me convient.

15  **Me S. Giroud**.- Ma question était...

16  **Note du Tribunal**

17  **Mme le Juge**.- *« Il relève avoir vu Monsieur Bouvier, ce matin encore ».*

18  **M. Peretti**.- Non, pas encore. Je suis désolé, je n'accepte pas le terme *« encore »*.

19  **Mme le Juge**.- Ce matin encore, cela veut dire aujourd'hui même. Sachant que
20  nous avons commencé à 9 heures, cela veut dire que vous l'avez vu avant
21  l'audience.

22  **M. Peretti**.- Il se lève tous les jours à 7 heures et moi aussi.

23  **Mme le Juge**.- Je reprends :

24  *« Il relève avoir vu Monsieur Bouvier, ce matin, sur question de Maître Giroud*
25  *[...] ».*

235 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Maître Giroud vous dit : vous avez vu une personne qui est potentiellement
2    partie à la procédure, qui a déjà été entendue comme témoin. Est-ce que vous
3    avez abordé la question de cette journée d'audience ?

4    **M. Peretti.-** Cela ne m'intéresse pas. Je connais mes réponses. J'avais déjà
5    répondu en 2015.

6    **<u>Suite de la note du Tribunal</u>**

7    **Mme le Juge.-** « *Pour répondre à Me Giroud, je précise que nous n'avons pas*
8    *préparé l'audience de ce jour ensemble. J'indique que j'avais déjà répondu à de*
9    *très nombreuses questions en 2015.* »

10    Et là, cela va très bien parce qu'on en revient à la première intervention que
11    j'avais protocolée ce matin, l'aube, de Me Bottge, à savoir : « *Je relève, à cet*
12    *égard* [...] ». Cela fait le lien. Il dit qu'il n'a pas préparé l'audience. D'ailleurs, ce
13    qu'il va nous dire aujourd'hui, c'est *expressis verbis* ce qu'il a déjà dit selon le
14    procès-verbal du 12 mars 2015 devant la Brigade financière de la PJ.

15    **Me S. Giroud.-** Je ne suis pas sûre d'avoir entendu Monsieur Peretti dire qu'il
16    n'avait pas préparé l'audience avec M. Bouvier. Il a simplement dit « *cela ne*
17    *m'intéresse pas* ».

18    **M. Peretti.-** J'ai bien précisé que je n'ai pas parlé de l'affaire et que cela ne
19    m'intéressait pas. C'est différent.

20    **Mme le Juge.-** Moi, cela vous intéresse. Que cela vous intéresse ou pas, cela
21    m'est égal. Mais est-ce que vous avez préparé l'audience avec lui ?

22    **M. Peretti.-** Non. Je vous ai répondu non. Une précision : si cela pourrait
23    sembler suspicieux de rencontrer M. Bouvier de bonne heure, puisque l'audience
24    commençait à 9 heures, sachez qu'avec M. Bouvier, nos réunions se font toujours
25    à 7 heures du matin, soit à mon bureau, soit à son bureau. Ce n'est pas quelque
26    chose d'exceptionnel.

27    **Mme le Juge.-** Je reprends : « *Ils se voient régulièrement de manière*
28    *hebdomadaire, plus ou moins lorsqu'il est à Genève puisqu'ils sont voisins. Ils se*

**236 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   *voient souvent en début de matinée* ».

2   **Me D. Bottge.-** Je n'ai aucun doute sur le fait que la partie en question ait toutes
3   les investigations sur la personne de M. Peretti pour voir s'il rencontre
4   M. Bouvier. Mais cela, je m'en occuperai dans d'autres circonstances.

5   **Mme le Juge.-** Pour aller de l'avant, parce qu'on tient notre rythme, on en revient
6   à nos questions. La question était...

7   **Me S. Giroud.-** Madame le Président, peut-être M. Bottge souhaite que l'on
8   protocole ce qui vient d'être dit et on pourra en tirer les conséquences qui en
9   résultent.

10   **Me D. Bottge.-** Encore une intervention de ce genre et je pars avec mon client,
11   maintenant !

12   **Mme le Juge.-** Je vous arrête tous. On est tous un peu fatigués. C'est un travail
13   énorme, accessoirement surtout pour moi qui parle non-stop depuis 9 heures ce
14   matin. J'aimerais que l'on avance un tout petit peu. Le Code de procédure civile
15   me demande de noter, au procès-verbal, toutes les circonstances qui seraient
16   propres à avoir une influence sur la crédibilité que l'on donne aux interventions
17   du témoin. Le fait qu'un témoin, par hypothèse, ait un lien de famille, un lien
18   amical, un lien travailleur/employeur avec l'une ou l'autre des parties est
19   protocolé. Je l'ai mis.

20   Ensuite, il vous appartiendra de plaider, sur le fond, le point de dire : « *Tout ce*
21   *que M. Peretti a dit ne vaut rien parce que c'est le meilleur pote de M. Bouvier* ».
22   Mais moi, cela ne me concerne pas et cela ne concerne pas cette procédure-là.

23   Nous, nous avons fait le travail correctement. Nous avons donné cette indication.
24   À votre question : « *Est-ce que vous vous êtes vus à 8 heures 30 pour discuter de*
25   *ce qui allait être répondu ?* », on vous a répondu « non ».

26   Après, si vous ou les avocats américains souhaitez en tirer des conséquences,
27   cela ne me concerne plus. Nous, nous avons notre travail correctement.

28   Là, est vraiment dans le bon *timing* et on va réussir à finir. J'aimerais qu'on reste

**237 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   concentré.

2   On est revenu aux questions qui sont effectivement un peu plus *putchies* et on est
3   sorti de toutes ces questions par rapport à chacune des oeuvres d'art.

4   La question est : une fois que M. Sazanov et M. Rybolovlev ont accusé
5   M. Bouvier de les avoir fraudés, en décembre 2014, est-ce que M. Bouvier en a
6   parlé à M. Peretti ? Monsieur Peretti me répond : « Oui, il m'en a parlé. On en a
7   parlé à plusieurs reprises, au téléphone et/ou en personne, parce que c'est un ami
8   ».

9   Il y a un petit retour en arrière sur la manière dont les questions sont rédigées. On
10  revient un petit peu en arrière et à la peinture de de Vinci. La question est :
11  saviez-vous si M. Bouvier, s'agissant du *Salvator Mundi*, )avait obtenu une
12  évaluation de l'oeuvre auprès de SOTHEBY'S ?

13  **M. Peretti**.- Non.

14  **Mme le Juge**.- Vous ne saviez pas ou vous pensez que non ?

15  **M. Peretti**.- Je pense que non.

16  **Mme le Juge**.- Je pense que non. Du coup, les questions suivantes tombent.
17  Comme vous pensez qu'il n'a pas demandé une telle évaluation, *a fortiori*, vous
18  n'avez pas participé à des discussions entre SOTHEBY'S et lui-même à cet égard ?

19  **M. Peretti**.- Non.

20  **Mme le Juge**.- On vous remet la *Pièce n° 54*.

21  *(Le témoin prend connaissance de la pièce)*

22  C'est un message de M. Valette Samuel à M. Bouvier qui dit : « *Bonsoir Yves,*
23  *voici le draft, un projet du rapport d'évaluation (à vérifier) des tableaux travaux*
24  *anciens. Il place la valeur à USD 100 millions. Insiste sur la rareté et la*
25  *difficulté estimée. Dis-moi si cela te convient* ».

**238** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.-** Je ne suis pas en copie. Je ne comprends pas.

2   **Mme le Juge.-** Première question : avez-vous reçu cette communication ?

3   **M. Peretti.-** Non. Je ne vois pas.

4   **Mme le Juge.-** Vous n'êtes pas en copie. Avez-vous le souvenir d'avoir vu ce
5   courriel ?

6   **M. Peretti.-** Non.

7   **Mme le Juge.-** Vous n'avez souvenir d'avoir vu ce courriel. Est-ce que
8   M. Bouvier est venu vous parler de ce courriel qu'il avait reçu en janvier 2015 ?

9   **M. Peretti.-** Non.

10   **Mme le Juge.-** Avez-vous parlé avec Samuel Valette, ou avec un autre
11   collaborateur de SOTHEBY'S, de ce projet d'évaluation ?

12   **M. Peretti.-** Non.

13   **Mme le Juge.-** Pouvez-vous nous dire quoi que ce soit sur cette espèce de
14   rapport provisoire ?

15   **M. Peretti.-** Non, puisque je n'en ai pas connaissance. Je ne peux pas vous dire
16   quoi que ce soit.

17   **Mme le Juge.-** Vous n'en êtes ni l'auteur ni le destinataire ?

18   **M. Peretti.-** Non.

19   **Mme le Juge.-** Est-ce que vous comprenez, comme nous, que l'on dirait que
20   M. Valette fait un projet d'évaluation et qu'il demande à M. Bouvier si cela lui
21   convient ?

22   **M. Peretti.-** Je ne sais pas. Ce n'est pas mon domaine, donc je ne sais pas.

**239** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge**.- Ce n'est pas mon domaine, je ne suis pas l'auteur de ce courriel.
2    Je ne peux pas me prononcer.

3    Ensuite, nous allons à la *Pièce n° 55*.

4    *(Le témoin prend connaissance de la pièce)*

5    Samuel Valette écrit à M. Bouvier et qui lui dit : « *Voilà* l'évaluation. La lettre
6    suit ».

7    Est-ce que vous avez-vous même reçu ce courriel ?

8    **M. Peretti**.- Non, cela ne me dit rien.

9    **Mme le Juge**.- Est-ce que vous avez le souvenir d'avoir reçu cette
10   communication ou l'évaluation de SOTHEBY'S ?

11   **M. Peretti**.- Non.

12   **Mme le Juge**.- Avez-vous le souvenir d'avoir discuté de cette évaluation ou de
13   cette communication avec M. Valette ?

14   **M. Peretti**.- Je ne pense pas. Non.

15   **Mme le Juge**.- Savez-vous quoi que ce soit sur le projet d'évaluation ou sur
16   l'évaluation définitive ?

17   **M. Peretti**.- Non.

18   **Mme le Juge**.- Sauf erreur de ma part, c'est le même montant, si ce n'est que l'un
19   est en euros et l'autre en dollars. C'est la seule différence, sauf erreur : c'est
20   100 millions d'euros et 100 millions de dollars. Je ne sais pas quelle est la
21   différence entre ces deux montants, puisque l'une est en euros et l'autre en
22   dollars.

23   On passe à la *Pièce n° 56*.

**240** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   *(Le témoin prend connaissance de la pièce)*

2   Il s'agit d'un message de M. Valette à M. Bouvier, de janvier 2015. On va voir
3   l'annexe en français.  La deuxième partie, celle qui est après le document bleu :
4   « *... notre évaluation pour le travail du Leonardo de Vinci acquis en 2013* ».

5   Suivent les mêmes questions déjà entendues avant.

6   Avez-vous reçu la communication de M. Bell de SOTHEBY'S ?

7   **M. Peretti.**- Je ne sais pas qui c'est. Peut-être est-ce le monsieur qui était avec
8   moi au dîner mais je ne sais pas qui c'est. Mais non, je n'ai pas reçu.

9   **Mme le Juge.**- Monsieur Bell, c'est le monsieur qui était avec vous au dîner ?

10   **M. Peretti.**- Peut-être. Je n'en sais rien.

11   **Mme le Juge.**- Il est possible.

12   **M. Peretti.**- C'est possible mais je n'en sais rien. C'est possible parce que c'est le
13   *chairman* à l'international des tableaux anciens.

14   **Mme le Juge.**- Il est possible qu'Alexander Bell soit la personne avec qui vous
15   avez parlé et qui s'occupait des tableaux anciens, mais ce n'est pas certain.

16   **M. Peretti.**- En tout cas, je n'ai pas connaissance du courrier.

17   **Mme le Juge.**- Est-ce que vous avez reçu l'évaluation ?

18   **M. Peretti.**- Non.

19   **Mme le Juge.**- Vous-même, avez-vous discuté avec des personnes de
20   SOTHEBY'S, ou avec M. Bouvier, de la lettre d'accompagnement qui est rédigée
21   par SOTHEBY'S ?

22   **M. Peretti.**- Non.

**241** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.**- De manière générale, est-ce que vous interveniez dans les
2   communications que faisait SOTHEBY'S avec M. Bouvier ?

3   **M. Peretti.**- Non. C'est M. Bouvier qui avait acquis le tableau. C'est M. Bouvier
4   qui faisait ses affaires tout seul, après. Je ne sais pas si c'est pour l'assurance, ou
5   pour l'évaluation. En tout les cas, ce n'est pas mon domaine.

6   **Mme le Juge.**- Vous n'avez pas discuté avec des personnes de SOTHEBY'S ?

7   **M. Peretti.**- Je ne m'en souviens pas, en tout cas.

8   **Mme le Juge.**- Il n'y a pas la question habituelle.

9   **M. Peretti.**- Dommage !

10  **Mme le Juge.**- Non, la question n'est pas posée.

11  **M. Peretti.**- Elle a été posée suffisamment, je pense.

12  **Me A. Conrad Hari.**- Elle a été posée au préalable. Là, on est toujours en train
13  de parler du Salvador Mundi.

14  **Mme le Juge.**- Non, on n'est pas en train de parler de ça. Dans toutes les autres
15  questions, il y avait la question de savoir pourquoi M. Bouvier ne figure pas
16  comme ayant fait l'acquisition précédemment. Et là, la question n'est pas posée.
17  Je ne vais donc pas la poser.

18  **M. Peretti.**- D'accord.

19  **XVI. RECLAMATIONS DES PLAIGNANTS CONCERNANT OTAHI (SEUL) DE**
20  **PAUL GAUGUIN**

21  Pouvez-vous nous expliquer si vous avez parlé de cette oeuvre d'art de Gauguin
22  avec M. Bouvier ?

23  **M. Peretti.**- C'est M. Bouvier qui m'en a parlé.

**242** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge**.- C'est M. Bouvier. Que vous a-t-il dit ?

2   **M. Peretti**.- Il m'a demandé un avis sur ce tableau.

3   **Mme le Juge**.- Qu'il avait la possibilité d'acheter ?

4   **M. Peretti**.- Lui-même et pas SOTHEBY'S cette fois-ci. C'est lui qui avait dû le
5   trouver.

6   **Mme le Juge**.- Il l'avait trouvé lui-même et il vous a demandé votre avis.

7   **M. Peretti**.- Il m'a demandé un conseil et je lui ai dit que c'était un chef-d'œuvre.
8   C'est tout.

9   **Mme le Juge**.- Vous lui avez dit que c'était un chef d'oeuvre. C'était quand à peu
10   près ?

11   **M. Peretti**.- 2014 ou 2013, je pense. Non ? Je ne sais plus.

12   **Mme le Juge**.- Avez-vous parlé à M. Valette de ce tableau de Gauguin ?

13   **M. Peretti**.- Certainement mais une fois que M. Bouvier lui en ai parlé, je pense.

14   **Mme le Juge**.- Après que M. Bouvier lui en ait lui-même parlé.

15   Avez-vous parlé avec d'autres employés de SOTHEBY'S de cette oeuvre de
16   Gauguin ?

17   **M. Peretti**.- Je ne crois pas.

18   **Mme le Juge**.- Avez-vous parlé à d'autres personnes de cette oeuvre de
19   Gauguin ?

20   **M. Peretti**.- Oui.

21   **Mme le Juge**.- Qui ?

243 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti**.- Pour le Musée du Qatar.

2    **Mme le Juge.**- Le Musée du Qatar, c'est toujours l'arrière-petit-fils de Pissaro ?

3    **M. Peretti**.- Exactement. Ils l'ont accepté [*sic. ils ne l'ont pas*] parce que n'entre
4    pas, dans un musée, une femme dénudée sur la plage.

5

6    **Mme le Juge.**- Pardon ?

7    **M. Peretti**.-  Ils l'ont accepté [*sic. ils ne l'ont pas*] parce que n'entre pas dans un
8    musée, au Qatar, une femme dénudée sur la plage.

9    **Mme le Juge.**- D'accord. Finalement, c'est bien M. Bouvier qui a fait
10   l'acquisition de cette oeuvre ?

11   **M. Peretti**.- Oui. C'est lui qui connaissait le propriétaire. Je ne suis pas
12   intervenu. Il m'a posé la question et je lui ai dit « c'est un chef d'oeuvre ».

13   **Mme le Juge.**- Savez-vous comment il a fait l'acquisition de cette oeuvre ?

14   **M. Peretti**.- Non. Le montant, etc ?

15   **Mme le Juge.**-. Non. Savez-vous comment il l'a achetée. Il vous a dit : « J'ai
16   acheté le Gauguin » ?

17   **M. Peretti**.- Oui. Il m'a dit : « Je suis sur un tableau ». Il m'a demandé mon avis.
18   Je lui ai dit « C'est un chef d'oeuvre ». Et je sais qu'il l'avait acheté.

19   **Mme le Juge.**- Vous savez qu'il l'avait acheté parce qu'il vous l'a dit ?

20   **M. Peretti**.- Parce qu'il me l'a dit.

21   **Mme le Juge.**- Savez-vous combien il a payé pour cette oeuvre ?

**244** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.**- Non.

2   **Mme le Juge.**- Il ne vous l'a pas dit. Savez-vous si M. Rybolovlev et/ou ses
3   sociétés ont fait l'acquisition de cette oeuvre ?

4   **M. Peretti.**- Non. Je l'ai su après, par la presse.

5   **Mme le Juge.**- Vous l'ignoriez et vous l'avez appris par la presse en 2015 ?

6   **M. Peretti.**- Oui, je crois.

7   **Mme le Juge.**- Savez-vous ce que M. Rybolovlev et/ou ses sociétés ont payé
8   pour cette oeuvre de Gauguin ?

9   **M. Peretti.**- Non.

10   **Mme le Juge.**- Savez-vous si M. Bouvier et/ou ses sociétés, ainsi que
11   M. Rybolovlev et/ou ses sociétés avaient un accord par rapport à cette oeuvre ?

12   **M. Peretti.**- Non.

13   **Mme le Juge.**- Du coup, vous ignorez également si M. Bouvier a reçu de l'argent
14   dans le cadre de cette vente ?

15   **M. Peretti.**- Certainement il a dû en recevoir mais combien, je ne sais pas. S'il
16   vend, en principe...

17   **Mme le Juge.**- On en revient à ce qui a déjà fait l'objet de différentes
18   discussions. Vous dites : « J'ai appris par la presse que M. Rybolovlev avait fait
19   l'acquisition de ce tableau ? »

20   **M. Peretti.**- Oui, mais je ne me rappelle pas du prix auquel il l'a vendu à
21   M. Rybolovlev. Non, je ne me rappelle pas.

22   **Mme le Juge.**- En revanche, vous me dites que si c'est M. Bouvier qui l'a vendu
23   à M. Rybolovlev, il a dû percevoir le prix de vente. Mais vous ne savez pas de
24   combien il est ?

245 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)
c/
SOTHEBY'S et SOTHEBY'S In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti.**- Combien a gagné M. Bouvier, c'était peut-être marqué dans la
2   presse ou pas mais je ne m'en souviens pas. Mais qu'il ait gagné de l'argent, c'est
3   sûr puisqu'il a vendu son tableau. Il a acheté un tableau et il l'a vendu.

4   **Mme le Juge.**- S'agissant de cette oeuvre Gauguin, avez-vous eu des
5   communications avec M. Rybolovlev ?

6   **M. Peretti.**- Non.

7   **Mme le Juge.**- Avec Mikhail Sazonov ?

8   **M. Peretti.**- Non.

9   **Mme le Juge.**- Avec Tetiana Bersheda ?

10   **M. Peretti.**- Non.

11   **Mme le Juge.**- Avec Yuri Bogdanov.

12   **M. Peretti.**- Non.

13   **Mme le Juge.**- Avec d'autres personnes qui auraient pu travailler avec
14   M. Rybolovlev ?

15   **M. Peretti.**- Non.

16   **Mme le Juge.**- Savez-vous si M. Bouvier avait donné des indications à
17   M. Rybolovlev et/ou ses sociétés quant au prix de vente de ce tableau ?

18   **M. Peretti.**- Non.

19   **Mme le Juge.**- Est-ce que vous avez discuté avec SOTHEBY'S ? Mais SOTHEBY'S
20   n'est pas intervenu, pour l'achat de ce Gauguin ?

21   **M. Peretti.**- Je ne pense pas. SOTHEBY'S ne touche aucune commission, il n'est
22   pas intervenu. Il a peut-être conseillé M. Bouvier et peut-être... Mais il n'y a pas

**246 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  de commission.

2  **Mme le Juge.-** Il y a de nouveau cette question-là. Avez-vous communiqué avec
3  SOTHEBY'S sur ce que M. Bouvier voulait faire avec ce Gauguin, une fois qu'il
4  l'avait acheté ?

5  **M. Peretti.-** Non.

6  **Mme le Juge.-** Avez-vous discuté avec SOTHEBY'S de l'identité de toute
7  personne qui serait intéressée à acquérir cette oeuvre, ensuite ?

8  **M. Peretti.-** Non. J'ai peut-être discuté en disant que les plus grands milliardaires
9  de la Planète pouvaient l'acquérir puisque c'était un chef d'oeuvre. Mais pas,
10  M. Rybolovlev, non.

11  **Mme le Juge.-** Pas nommément M. Rybolovlev et/ou ses sociétés ?

12  **M. Peretti.-** Non.

13  **Mme le Juge.-** Avez-vous parlé avec SOTHEBY'S du prix qui a été payé par la
14  personne qui en a fait l'acquisition ?

15  **M. Peretti.-** Non. Je ne sais pas.

16  **Mme le Juge.-** Vous ne savez qui a, ensuite, fait l'acquisition du Gauguin ?

17  **M. Peretti.-** Si, je l'ai lu dans la presse mais je ne me rappelle pas le montant. Il
18  y a des fois où les montants sont marqués et d'autre fois où on ne les marque pas.

19  **Mme le Juge.-** Vous avez appris par la presse que ce tableau avait été acheté par
20  M. Rybolovlev mais vous ne savez pas à quel prix ?

21  **M. Peretti.-** Non.

22  **Mme le Juge.-** Vous ne savez plus à quel prix ?

247 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti**.- Voilà.

2    **Mme le Juge**.- Je vous laisse prendre connaissance de la *Pièce n° 57*.

3    **Me D. Bottge**.- C'est la *Pièce n° 58*, non ?

4    **Mme le Juge**.- Moi, on me dit *57*, donc on regarde la *57*.

5    (*Le témoin prend connaissance de la pièce*)

6    Est-ce que vous avez reçu, vous-même, cette évaluation qui a été faite par
7    SOTHEBY'S et qui a été envoyée à M. Bouvier par M. Valette ?

8    **M. Peretti**.- Non.

9    **Mme le Juge**.- Est-ce que vous avez discuté de cette évaluation avec
10   M. Bouvier ?

11   **M. Peretti**.- Non.

12   **Mme le Juge**.- Est-ce que vous avez discuté de cette évaluation avec un employé
13   de SOTHEBY'S ?

14   **M. Peretti**.- Non plus.

15   **Mme le Juge**.- Est-ce que vous avez participé à cette évaluation ?

16   **M. Peretti**.- Non.

17   **Mme le Juge**.- Savez-vous si c'est M. Bouvier qui a demandé à SOTHEBY'S de
18   préparer cette évaluation ?

19   **M. Peretti**.- Non.

20   **Mme le Juge**.- Vous ne savez pas ?

---

**248** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **M. Peretti**.- Non. J'en déduis que oui puisque SOTHEBY'S n'a pas participé à la
2   vente. De fait, cela ne peut être que M. Bouvier qui a demandé. Vous voyez ce
3   que je veux dire ?

4   **Mme le Juge**.- Laissez-moi protocoller : « *Dans* la mesure où SOTHEBY'S n'a pas
5   participé à la vente, cela ne peut toutefois être que sur demande de M. Bouvier
6   que l'évaluation a été faite ».

7   Pour quelle raison cela aurait pu être fait ?

8   **M. Peretti**.- Je pense... je n'en sais rien. Ce n'est pas mon domaine.

9   **Mme le Juge**.- Tout à la fin, on parle d'une valeur d'assurance. Cela rejoint ce
10   que vous nous avez déjà dit plus tôt dans la journée, et que j'ai déjà noté, à savoir
11   qu'il doit s'agir de la valeur d'assurance ?

12   **M. Peretti**.- Je suppose.

13   **Mme le Juge**.- De nouveau, vous n'avez pas discuté avec SOTHEBY'S ou
14   M. Bouvier sur l'établissement de ce rapport d'évaluation ?

15   **M. Peretti**.- Non.

16   **Mme le Juge**.- Vous n'avez pas discuté non plus avec M. Rybolovlev et/ou ses
17   sociétés par rapport à ce rapport d'évaluation puisque, comme vous l'avez dit
18   d'entrée de cause ce matin, vous n'avez jamais eu de contact avec eux ?

19   **M. Peretti**.- Je n'ai jamais vu personne. Si, j'ai vu Bersheda.

20   **Mme le Juge**.- La question est de nouveau la même. Le rapport ne dit pas que
21   c'est M. Bouvier qui en a fait récemment l'acquisition. Vous vous référez à ce
22   que vous avez dit parce que c'est la réponse ?

23   **M. Peretti**.- Voilà.

24   **Mme le Juge**.- S'agissant de la question de savoir pourquoi ce document ne
25   mentionne pas le fait que M. Bouvier en a fait l'acquisition...

**249** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **M. Peretti.**- Attendez... Je ne sais ce qui se passe entre le *compliance* de
2    SOTHEBY'S et M. Bouvier et cette personne. Certainement, connaissant
3    SOTHEBY'S, ils ont voulu une preuve de l'acquisition du tableau de M. Bouvier.
4    Mais je ne suis pas dans le *compliance* de SOTHEBY'S et je ne peux vous
5    répondre.

6    **Mme le Juge.**- La question est : pourquoi ce document d'évaluation ne dit-il pas
7    que c'est, en dernier lieu, M. Bouvier qui en est le propriétaire ?

8    **M. Peretti.**- Je ne connais pas les règles administratives, je ne peux pas répondre
9    à cette question.

10    **Pièce n° 58**

11    **Mme le Juge.**- On vous soumet la *Pièce n° 58.*

12    *(Le témoin prend connaissance de la pièce)*

13    *« Voici le nouveau document. »* C'est Samuel Valette qui lui renvoie un nouveau
14    document. *« Voici le nouveau document concernant le Gaugin. »*

15    Le premier document parlait d'une valeur d'assurance d'USD 120 millions et,
16    dans la nouvelle version, on parle de 140 millions. Avez-vous reçu le document
17    corrigé ?

18    **M. J-M. Peretti.**- Non.

19    **Mme le Juge.**- Est-ce que vous avez discuté de ce document avec M. Bouvier ?

20    **M. J-M. Peretti.**- Non.

21    **Mme le Juge.**- Avez-vous discuté de ce document avec un employé de
22    SOTHEBY'S ?

23    **M. J-M. Peretti.**- Non.

---

**250** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **Mme le Juge.-** Savez-vous si c'est M. Bouvier qui a demandé à SOTHEBY'S de
2   préparer une deuxième évaluation d'un montant plus élevé ?

3   **M. J-M. Peretti.-** Non.

4   **Mme le Juge.-** Savez-vous pourquoi une deuxième évaluation a été faite d'un
5   montant plus élevé ?

6   **M. J-M. Peretti.-** Je pense que ça doit être tout le temps comme ça… Je n'en
7   sais rien. Ce n'est pas mon domaine.

8   **Mme le Juge.-** *« Je ne sais pas pourquoi une deuxième évaluation plus élevée a*
9   *été faite. »*

10   Vous-même, vous avez participé à des discussions entre SOTHEBY'S et
11   M. Bouvier par rapport à cette deuxième évaluation ?

12   **M. J-M. Peretti.-**…

13   **Mme le Juge.-** Avez-vous parlé avec M. Rybolovlev ou ses sociétés de cette
14   évaluation ?

15   **M. J-M. Peretti.-** Non.

16   **Mme le Juge.-** De la même manière, la deuxième évaluation ne dit pas non plus
17   que M. Bouvier est propriétaire du tableau, pour quelle raison ?

18   **M. J-M. Peretti.-** Non.

19   **Mme le Juge.-** La deuxième évaluation ne précise pas que c'est, actuellement,
20   dans mon évaluation, M. Bouvier qui est propriétaire du tableau, pourquoi ?

21   **M. J-M. Peretti.-** Je ne sais pas.

22   **Mme le Juge.-** Vous ne savez pas.

**251 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1   **XVII. RECLAMATIONS DES PLAIGNANTS CONCERNANT LES MESSAGES EN**
2   **TEXTE**

3   **Mme le Juge.-** Est-ce que vous vous souvenez, à un moment donné, avoir reçu
4   un message par texto de M. Bouvier dans lequel il vous écrit : *« Je suis dans la*
5   *merde, il n'a pas d'argent, et veut placer tous les Picasso et Rodin en vente*
6   *publique. »* ?

7   **M. J-M. Peretti.-** J'ai répondu à la question en 2015. On m'a demandé pourquoi
8   j'étais concerné. J'ai dit « je », pas « nous ». J'avais déjà répondu à cette
9   question. Monsieur Bouvier, mon ami, s'adressait à moi. Il avait été menacé par
10  M. Rybolovlev, qui l'avait menacé. Monsieur Bouvier avait peur. Je lui ai
11  demandé s'il voulait que je vienne le chercher à Monaco. Je m'inquiétais pour
12  lui. Il a eu des menaces très dures de la part de M. Rybolovlev.

13  **Mme le Juge.-** Vous vous souvenez avoir reçu ce message. Vous notez qu'il dit
14  *« je suis dans la merde »*, et non pas « nous sommes dans la merde ». Vous dites
15  que M. Bouvier se sentait menacé ?

16  **M. J-M. Peretti.-** Non, il a été menacé ! C'est ce qu'il m'a dit. « J'ai été menacé,
17  j'ai pris peur. »

18  **Mme le Juge.-** Quelle était votre compréhension de la signification de ce
19  message ? À votre avis, pourquoi il a reçu ce message ?

20  **M. J-M. Peretti.-** Il a reçu ce message parce que M. Rybolovlev, c'est un
21  personnage, de ce que j'entends, atypique, qui a dû pour un oui ou pour un non
22  avoir je ne sais quoi contre M. Bouvier. Il l'a menacé. Ce n'est pas la première
23  fois qu'il menaçait les gens dans sa vie. Il a fait d'autres menaces. Monsieur
24  Bouvier a eu peur parce qu'il était à Monaco, il était tout seul. Il l'a menacé et,
25  moi, je ne vais pas dire comment et pourquoi, mais ses menaces allaient loin. Je
26  pense que M. Bouvier s'est inquiété et il s'est adressé à moi.

27  **Mme le Juge.-** Finalement, les Picasso et les Rodin n'ont pas été placés en vente
28  publique ?

29  **M. J-M. Peretti.-** Je ne sais pas, je ne pense pas. Peut-être que M. Rybolovlev
30  les a placés lui-même. Je n'en sais rien.

**252** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Me S. Giroud.-** Madame le Président, M. Peretti prétend que M. Rybolovlev a
2  menacé à plusieurs occasions, en différents lieux, différentes personnes.
3  Pourriez-vous préciser quelles étaient ces menaces et donner des explications ?

4  **Me D. Bottge.-** Vous voulez que je fasse la liste moi-même ?! Vous les
5  connaissez par cœur ! Ce n'est pas dans les questions du Tribunal. Les plaintes
6  pénales, les demandes d'incarcération, etc., vous voulez que l'on entre dans ce
7  sujet ?! Je vais m'en occuper aussi de ça !

8  **M. J-M. Peretti.-** Comme par hasard, les conseils de M. Rybolovlev ont
9  demandé mon incarcération immédiate en Suisse !

10  **Mme le Juge.-** Votre incarcération ?

11  **M. J-M. Peretti.-** Oui, mon incarcération immédiate, en Suisse ! Si ce n'est pas
12  des menaces ! J'en ai une autre menace… Il m'a envoyé des *(inaudible)* On va
13  s'arrêter là, sinon…

14  **Mme le Juge.-** Vous dites « moi-même j'ai été menacé par M. Rybolovlev et ses
15  avocats ».

16  **M. J-M. Peretti.-** Et à travers la CIA qui est venue me menacer. J'ai répondu
17  aux fédéraux que je ne répondrai pas aux questions, car je mettais la vie de ma
18  famille et moi-même en danger. Et missionnés par M. Rybolovlev !

19  **Mme le Juge.-** L'idée n'est pas de plaider un dossier qui a 6 milliards de
20  classeurs. La question est vraiment posée par rapport à ce SMS-là.

21  **Me D. Bottge.-** Il n'est pas dans les pièces. J'aimerais le voir, car il y a plusieurs
22  versions. J'ai vu des transcriptions différentes.

23  **Mme le Juge.-** Je n'ai pas de référence à une pièce.

24  **Me D. Bottge.-** Vous l'avez cité. Je ne sais pas à combien de reprises il est cité
25  dans des plaintes pénales.

26  **M. J-M. Peretti.-** Dans les journaux aussi !

253 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF – RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Me D. Bottge**.- Il a été cité dans des journaux, il a été cité dans des écritures
2  aussi.

3  **Mme le Juge**.- Moi, je ne l'ai que sous cette forme.

4  **Me D. Bottge**.- J'aimerais le voir, car il y a plusieurs transcriptions.

5  **Mme le Juge**.- Tout à fait. D'ailleurs, j'avais été saisie d'une requête de
6  rectification, car j'avais utilisé les termes de la traduction qui m'avait été fournie
7  et qui ne correspondait pas exactement à la traduction que vous auriez aimé voir
8  de l'ordonnance. A-t-on la version originale ?

9  **Me S. Giroud**.- J'aimerais juste revenir sur cet autre point, car je pense que des
10  mots très forts ont été prononcés par M. Peretti. Il y a une nuance d'exercer le
11  droit de la Défense, se saisir d'une voie de droit...

12  **M. J-M. Peretti**.- Et demander mon incarcération ?!

13  **Me S. Giroux**.- Donc moi, j'aimerais savoir...

14  **Mme le Juge**.- Vous dites que vous vous êtes vous-même senti menacé ?

15  **M. J-M. Peretti**.- Exactement !

16  **Me S. Giroud**.- Quelles étaient ces menaces ?

17  **M. J-M. Peretti**.- Ces menaces, je vous l'ai dit, elles sont à Monaco, avec la
18  justice de Monaco où j'ai été entendu par la police fédérale suisse au sujet de ma
19  rencontre avec M. Soriano et M. je ne sais pas quoi de la CIA, mandatés par
20  M. Rybolovlev. C'est transcrit. C'est public à Monaco. Il y a tout. Comme quoi
21  ils sont venus me voir et ils me menacent...

22  **Me D. Bottge**.- Arrête ! On ne va pas entrer là-dedans. Je m'en occuperai le
23  moment venu. Ici, on a répondu à toutes les questions.

24  **M. J-M. Peretti**.- Vous savez, cela fait 7 ans que l'on me menace.

**254** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
   *Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
   *c/*
   *SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
   *Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Mme le Juge.**- Je vous arrête.

2    Monsieur Bouvier dit, et envoie ce texto. J'ai la traduction que l'on m'a fournie :
3    *« Je suis dans la merde, il n'a pas d'argent, nous en parlerons demain. »*

4    Que pouvez-vous dire par rapport à cela ?

5    **M. J-M. Peretti.**- Il se sent menacé. Il a été menacé. Il se réfugie vers un ami. Je
6    suis son ami. Que voulez-vous que je fasse. Il est à Monaco !

7    **Mme le Juge.**- Vous avez eu d'autres conversations au sujet de ce texto avec
8    M. Bouvier ?

9    **M. J-M. Peretti.**- Bien sûr !

10    **Mme le Juge.**- Quand ? De quoi avez-vous discuté ?

11    **M. J-M. Peretti.**- Il a eu peur. Il m'a dit qu'il n'irait plus à Monaco. Je lui ai dit
12    « reste, ce n'est pas grave », des choses normales que l'on peut dire en amitié.
13    Vous savez quand vous avez un personnage comme M. Rybolovlev… Son passé,
14    tout le monde le connaît. Il a tué son associé, soupçonné, goulag, cela a fait peur
15    à M. Bouvier. Monsieur Bouvier a eu peur.

16    **Mme le Juge.**- Les circonstances, c'est que vous pensez que M. Bouvier a eu
17    peur, raison pour laquelle il vous en a parlé.

18    **M. J-M. Peretti.**- Oui.

19    **Mme le Juge.**- Et vous continuez en disant que vous-même, vous avez fait
20    l'objet de menaces de M. Rybolovlev et de ses avocats. C'était quand ça ?

21    **Me D. Bottge.**- Cela fait 7 ans qu'il y a des articles de presse, des détectives,
22    toute une bastringue.

23    **Mme le Juge.**- Je crois qu'on a fait le tour des questions.

**255** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Me S. Giroud.-** Madame le Président, j'ai entendu M. Peretti, mais peut-être ai-
2    je mal entendu, qui a dit que M. Rybolovlev avait fait assassiner son associé.

3    **M. J-M. Peretti.-** C'est marqué dans les journaux ! C'est ce que j'ai lu comme
4    tout le monde. Il a fait 11 mois au goulag pour soupçon d'assassinat de son
5    partenaire.

6    Comme pour moi, on me dit je suis un Corse voyou, ce qui n'est pas vrai. Je dis
7    des choses sur M. Rybolovlev. Crapule qu'il est ! Crapule !

8    **Mme le Juge.-** On a très bien tenu notre planning.

9    Le Tribunal résume ce qui a été dit par M. Peretti. Il dit : *« J'ai moi fait l'objet de*
10   *menaces de M. Rybolovlev et de ses avocats, notamment la menace d'une*
11   *incarcération immédiate par les autorités monégasques. »*

12   Paix **M. J-M. Peretti.-** Ainsi que suisses.

13   **Mme le Juge.-** *« J'ai par ailleurs vu dans la presse que M. Rybolovlev aurait*
14   *passé 11 mois au goulag, car il aurait fait assassiner l'un de ses associés. »*

15   **M. J-M. Peretti.-** Il aurait été accusé d'avoir assassiné son associé.

16   **Mme le Juge.-** Après, on lit beaucoup de choses dans la presse. Il se réfère à ça.

17   Très bien, de nouveau le témoignage qui se rapporte à des faits. Là, on est en
18   train de faire un exercice qui est de faire une dissertation sur un message qui a
19   été envoyé par un tiers.

20   J'imagine que vous avez longuement entendu M. Bouvier en janvier. La question
21   de ce qu'il voulait dire par *« je suis dans la merde, je n'ai pas d'argent »*, vous
22   lui avez déjà posée. Moi, je reçois un message, on peut m'écrire n'importe quoi...

23   **Me A. Conrad Hari.-** Il y a une dernière question, Madame le Président, car, là,
24   on s'est égaré. Il faudrait entendre la réponse.

25   **Mme le Juge.-** Il y a un dernier chapitre.

**256** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    XVIII. Condamnations Criminelles Possibles

2    **Mme le Juge.-** Avez-vous déjà été condamné pénalement ?

3    **M. J-M. Peretti.-** Non.

4    **Mme le Juge.-** Très bien. On a donc fait le tour de toutes les questions.

5    S'agissant des questions complémentaires, surtout depuis la fin de la matinée,
6    Maître Giroud, vous êtes intervenue régulièrement, chaque fois qu'il y avait des
7    précisions. Je crois qu'on est assez bien s'agissant des questions
8    complémentaires.

9    **Me S. Giroud.-** On n'a pas d'autres questions.

10   **Mme le Juge.-** Il me semble que l'on a vraiment bien fait le travail en conciliant
11   le timing, les demandes, les sténotypistes.

12   Du coup, de manière très concrète, la fin de l'audience, pouvez-vous m'indiquer,
13   Madame Prima Vera, ce qui a été protocolé lors de la dernière audience, pour
14   que l'on fasse pareil ?

15   ## QUESTIONS RELATIVES À LA PROCÉDURE

16   **Mme le Juge.-** S'agissant du *transcript*, mesdames les sténotypistes m'ont dit
17   qu'il y avait peut-être eu un petit couac. Pour bien faire les choses, finalement,
18   là, on va faire un peu de la cuisine interne.

19   Monsieur Peretti et Maître Bottge, vous n'êtes pas obligés de rester, si ce n'est
20   pour signer le procès-verbal, du peu que j'ai noté. Restez ! Cela ne fait rien. On
21   finit tous en même temps.

22   Il m'a été relégué que, lors de la précédente audience, elles ont dans un délai x
23   fait un projet qui s'étendait sur des dizaines de pages, qui a été soumis au
24   Tribunal et que le Tribunal vous a forwardé. Vous aviez demandé certaines
25   modifications qui n'ont pas encore été faites ?

257 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF – RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1　**Me A. Conrad-Hari.**- C'est un peu différent. En fait, on s'était mis d'accord sur
2　le processus. Il faut que le processus soit en ligne avec ce dont les sténotypistes
3　ont besoin, et également en ligne avec les droits procéduraux des Parties aux
4　États-Unis.

5　Le *modus vivendi* sur lequel on s'était accordé lors de la précédente audience,
6　c'était que l'on recevait par votre intermédiaire, Madame le Président, le projet
7　des sténotypistes. Ensuite, il y a un délai d'un mois pendant lequel les Parties
8　revoient le transcript et se mettent d'accord sur d'éventuelles modifications. Il
9　devrait ensuite retourner aux sténotypistes. C'est là que l'on a eu un couac. Nous,
10　on a communiqué le retour de nos commentaires au Tribunal. Apparemment, il
11　n'y a pas eu de transfert du Tribunal envers les sténotypistes. On va suivre cela.

12　**Mme le Juge.**- De notre côté, comment il faut faire ?

13　**Me A. Conrad-Hari.**- Les sténotypistes doivent vous envoyer…

14　**Mme le Juge.**- Dans les 10 jours, les sténotypistes nous l'envoient à nous. Et je
15　vous le forwarde dans un délai d'un mois.

16　Pour qu'une chose soit sûre et certaine, on a essayé d'être au plus proche. Quand
17　des choses n'étaient pas tout à fait claires, j'ai fait répéter à M. Peretti. L'idée, et
18　on est bien d'accord, on ne va pas reformuler les réponses du témoin par rapport
19　aux réponses que vous auriez souhaité avoir. L'idée, c'est vraiment si un mot
20　n'est pas clair, le nom d'une société, ce genre de corrections, cosmétiques. On ne
21　va pas refaire le PV de M. Peretti.

22　**Me A. Conrad-Hari.**- On va même soumettre le PV à M. Peretti pour qu'il
23　puisse revoir sa déclaration, et qu'il puisse aussi faire des commentaires. Il ne
24　s'agit pas de reformuler des réponses, mais simplement vérifier qu'un nom est
25　bien écrit correctement.

26　*(Conversations croisées entre les Parties et Mme le Juge sur la présentation du*
27　*procès-verbal.)*

28　**Mme le Juge.**- Le procès-verbal est envoyé par e-mail aux conseils des Parties
29　ainsi qu'au conseil du témoin. Vos mails sont les mêmes que la dernière fois.

**258** | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    Maître Bottge, vous nous donnez votre mail.

2    **Me D. Bottge.-** didier.bottge@bottge.ch

3    **Mme le Juge.-** Est-ce que 30 jours vous conviennent pour la relecture ?

4    *(Conversations croisées sur la transmission du procès-verbal.)*

5    **Me D. Bottge.-** Je ne comprends pas, on applique bien la procédure suisse. Si
6    l'on entend un témoin, il relit la déposition et la signe. Un projet va être fait et je
7    pense qu'il est le seul à avoir vocation à relire. Il n'est pas prévu par la loi que
8    les Parties relisent et corrigent les procès-verbaux de témoin.

9    **Mme le Juge.-** Dans une procédure pure CPC, ce n'est pas pris à la volée par des
10   sténotypistes. C'est entendu par un juge qui protocole au fur et à mesure.  Quand
11   je protocole, non seulement le témoin mais aussi les deux Parties entendent ce
12   que dit le juge. Si quelque chose n'est pas clair, vous pouvez intervenir tout de
13   suite. Le fait que tout le monde ait son mot à redire me semble normal.

14   **Me D. Bottge.-** Je ne suis  pas d'accord avec vous. Je n'ai jamais vu un tribunal
15   civil entendant un témoin donner à la relecture le procès-verbal aux Parties. Le
16   seul schéma possible, c'est qu'une fois que le procès-verbal a été préparé et
17   signable par le témoin, il est soumis à M. Peretti qui le signe. Il ne va même pas
18   chez les Parties. Comme nous sommes en commission rogatoire internationale, il
19   va chez le juge qui l'a requis.

20   **Mme le Juge.-** Dans la bouche des cinq avocats ici présents, des conseils des
21   Parties : *« Nous aurions souhaité, comme nous l'avons fait dans le cadre de la*
22   *commission rogatoire CR/50/2021 (audiences des 25 janvier 2022 et 26 janvier*
23   *2022) recevoir par courriel une copie du procès-verbal pris par les sténotypistes,*
24   *avec un délai d'un mois pour pouvoir le relire et y amener, si besoin, nos*
25   *corrections d'ordre formel uniquement. »*

26   De la bouche de Me Bottge : *« Je m'oppose pour ma part formellement à ce qu'il*
27   *soit procédé ainsi : à la teneur du CPC, seul le témoin lui-même doit relire le*
28   *procès-verbal de ses propres déclarations et le signer pour lui donner sa*
29   *validité. Il est hors de question que les avocats des Parties procèdent aux*
30   *modifications de ce que M. Peretti aurait indiqué en audience. »*

**259 |** *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1    **Me D. Bottge.**- C'est le 776, alinéa 3

2    **Mme le Juge.**- Sur quoi le Tribunal statuera à réception de l'envoi par courriel
3    du procès-verbal des sténotypistes sur la manière de traiter le projet de procès-
4    verbal.

5    **Me S. Giroud.**- Madame le Président, est-il possible de protocoler notre
6    position aussi ?

7    **Mme le Juge.**- Je viens de la protocoler !

8    **Me S. Giroud.**- Cette position est motivée. Dans ce cas-là, comme vous l'avez
9    expliqué, normalement, le Juge protocole un résumé de ce qui a été dit. Les
10    Parties l'entendent et peuvent rectifier. Dans le cas présent, on n'a pas cette
11    possibilité-là.

12    **Mme le Juge.**- Maître Giroud : *« Lorsqu'il n'est pas recouru à des sténotypistes,*
13    *le Juge protocole au fur et à mesure les déclarations du témoin, avec la*
14    *possibilité pour les Parties d'intervenir au fur et à mesure. Dans le cas d'espèce,*
15    *les avocats des Parties n'avaient aucune prise sur ce qui était indiqué par le*
16    *témoin et protocolé. »*

17    À cela s'ajoute la difficulté supplémentaire d'être en commission rogatoire et je
18    suis tenue par ce qui est sollicité par l'Autorité référente.

19    Comme cela se prolonge, et que Mme la greffière va devoir y aller aussi, je vais
20    mettre :

21    Sur quoi :

22        → Le Tribunal invite les sténotypistes à lui envoyer par courriel le procès-
23           verbal pris ce jour dans les 10 jours.
24        → Statuera à réception de l'envoi par courriel du procès-verbal sur la manière
25           de traiter le projet de procès-verbal.

26    C'est ce que j'ai noté. Parfait. Je n'ai pas du tout envie d'entendre plaider
27    maintenant.

**260 |** *Cour de District des États-Unis pour le Sud du District de New York – Nº 1.18 – CV 09011 –*
*JMF - RWL*
*Accent Delight International LTD – XITRANS Finance LTD (Demandeurs)*
*c/*
*SOTHEBY'S et SOTHEBY'S In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*

1  **Me D. Bottgé.-** J'observe que Me Giroud est intervenue abondamment pour faire
2  les correctifs en posant des questions complémentaires. C'est la première chose.

3  La deuxième chose, c'est le dernier point, Me Giroud a rappelé elle-même
4  opportunément l'obligation de rappeler le témoin à ses devoirs. Le témoin a lui, à
5  son tour, rappelé l'obligation faite aux Parties d'indemniser le témoin qui a passé
6  une journée ici.

7  **Mme le Juge.-** Souhaitez-vous être indemnisé pour la journée passée là ?

8  **M. J-M. Peretti.-** Oui.

9  **Mme le Juge.-** Et à combien évaluez-vous le…

10  **Me D. Bottgé.-** On se rapporte à votre appréciation, au vu des montants et du
11  temps passé ici. C'est destiné à une fondation d'aide pour l'Ukraine.

12  Ainsi, j'ai toutes les informations. On imprime le petit procès-verbal de ce qui a
13  dit aujourd'hui. On va revoir le PV des sténotypistes. Merci à vous, car c'était une
14  longue journée. Il ne comportera aucune hésitation, ni parcelle de flou, et la
15  question sera résolue d'elle-même.

16  **Me A. Conrad-Hari.-** Effectivement, il y a peu de corrections. C'est vraiment
17  un *verbatim* qui, en principe, est d'une qualité exceptionnelle.

18  Merci beaucoup, et merci à vous, Madame le Juge.

19  **Mme le Juge.-** Merci à vous.

20  *L'audience est levée à 17 heures 15.*

261 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 –
JMF - RWL
Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)
c/
Sotheby's et Sotheby's In. (Défendeurs)
Audition de M. Jean-Marc Peretti – 2 mai 2022*