UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD.,<br><br>          Plaintiffs,<br><br>    -against-<br><br>SOTHEBY'S and SOTHEBY'S, INC.,<br><br>          Defendants. | Case No. 18-cv-09011 (JMF) |

## DECLARATION OF MARCUS A. ASNER

I, Marcus A. Asner, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP and counsel of record for Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's").

2. I submit this declaration in further support of Sotheby's Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Grégoire Billault held on June 15, 2021.

4. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Alexander Bell held on June 29, 2021.

5. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Bruno Vinciguerra held on July 9, 2021.

6. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Melanie Clore held on July 20, 2021.

7.      Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Jane Levine held on July 21, 2021.

8.      Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Samuel Valette held on July 28, 2021.

9.      Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of Sotheby's Rule 30(b)(6) witness held on August 11, 2021.

10.     Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of Guy Stair Sainty held on December 10, 2021.

11.     Attached hereto as Exhibit 9 is a January 23, 2015 email from Sanford Heller to Mikhail Sazonov and one of its attachments, as produced by Heller.

12.     Attached hereto as Exhibit 10 is a January 29, 2015 email thread between Heller and Sazonov, as produced by Heller.

13.     Attached hereto as Exhibit 11 is a June 12, 2020 letter from Sara Shudofsky to Daniel Kornstein.


I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed at New York, New York, on the 16th day of June, 2022.

/s/ Marcus A. Asner
Marcus A. Asner