UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD. et al., :
:
                Plaintiffs, :
:    18-CV-9011 (JMF)
     -v- :
:       ORDER
SOTHEBY'S et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received a package that appears to have been sent from a Swiss court containing numerous documents and other materials.  Attached is what appears to be an index of the documents enclosed in the package.  Because the index and some of the documents enclosed in the package are in French and are unaccompanied by an English translation, however, the Court will take no further action in response.  The parties shall arrange to pick up the box of materials from the undersigned's Chambers in the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, no later than **June 22, 2022**.  After reviewing the contents of the package, if any party believes that further action is required, it shall file a letter seeking such relief no later than **June 29, 2022**.  Any such letter shall be accompanied by a certified English translation of any relevant French-language documents.

      SO ORDERED.

Dated: June 17, 2022
       New York, New York
                                             JESSE M. FURMAN
                                           United States District Judge

Tribunal de première instance			le 1ᵉʳ novembre 2021
CR/50/2021 19

# BORDEREAU DE PIECES
Jointes à la lettre de MONFRINI BITTON KLEIN
du 1ᵉʳ novembre 2021
pour

**M. Yves Charles Edgar BOUVIER**

(Me David BITTON et Me Yves KLEIN)

| | |
|---|---|
| **Pièce n° A :** | 1ᵉʳ affidavit de M. Yves BOUVIER du 19 Mars 2015 |
| **Pièce n° B :** | 5ᵉᵐᵉ affidavit de M. Yves BOUVIER du 15 avril 2015 |
| **Pièce n° C :** | 1ᵉʳ affidavit du Prof. Corinne WIDMER du 7 mai 2015 |
| **Pièce n° D :** | 1ᵉʳ affidavit de Me Thomas GIACCARDI du 7 mai 2015 |
| **Pièce n° E :** | 1ᵉʳ affidavit de M. Mardoche DAHAN du 3 juillet 2015 |
| **Pièce n° F :** | 1ᵉʳ affidavit de M. Franco MOMENTE du 3 juillet 2015 |
| **Pièce n° G :** | 1ᵉʳ affidavit de Mme Nadia MARADEI du 3 juillet 2015 |
| **Pièce n° H :** | 2ᵉᵐᵉ affidavit de Me Thomas GIACCARDI du 4 juillet July 2015 |
| **Pièce n° I :** | 2ᵉᵐᵉ affidavit du Prof. Corinne WIDMER du 4 juillet 2015 |
| **Pièce n° J :** | 11ᵉᵐᵉ affidavit de M. Yves BOUVIER du 4 juillet 2015 |
| **Pièce n° K :** | 12ᵉᵐᵉ affidavit de M. Yves BOUVIER du 11 août 2015 |
| **Pièce n° L :** | 3ᵉᵐᵉ affidavit du Prof. Corinne WIDMER du 12 août 2015 |
| **Pièce n° M :** | 13ᵉᵐᵉ affidavit de M. Yves BOUVIER du 24 août 2015 |
| **Pièce n° N :** | 14ᵉᵐᵉ affidavit de M. Yves BOUVIER du 7 octobre 2015 |
| **Pièce n° O :** | 15ᵉᵐᵉ affidavit de M. Yves BOUVIER du 29 mars 2016 |
| **Pièce n° P :** | 15ᵉᵐᵉ affidavit de M. Yves BOUVIER du 22 avril 2016 |
| **Pièce n° Q :** | 1ᵉʳ affidavit (appel) de M. Yves BOUVIER du 10 mai 2016 |
| **Pièce n° R :** | 2ᵉᵐᵉ affidavit 3appel) de M. Yves BOUVIER du 12 mai 2016 |
| **Pièce n° S :** | 1ᵉʳ affidavit (appel FNC) de M. Yves BOUVIER du 28 novembre 2016 |
| **Pièce n° T :** | Courrier du 1ᵉʳ février 20218 au Ministère public de Genève et son chargé de pièces |

*[Tampon : DÉPOSÉ AU GREFFE LE -1 NOV. 2021 RÉP. ET CANTON DE GENÈVE TRIBUNAL DE PREMIÈRE INSTANCE]*