# Arnold & Porter

**Sara L. Shudofsky**
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

August 2, 2022

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> The Court recently temporarily granted a motion to seal based on similar grounds.  *See* ECF No. 495. The Court will take the same course here and temporarily grant the motion.  The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 499.  SO ORDERED.
>
> *[signature]*
>
> August 3, 2022

Re:   *Accent Delight International Ltd. et al. v. Sotheby's et al.*, 18 Civ. 9011

Dear Judge Furman:

    We write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's") pursuant to Section 7(C)(iii) of Your Honor's Individual Rules and Practices in Civil Cases to request permission to file a redacted copy of Sotheby's Letter Response to Plaintiffs' Letter Motion to Strike Bouvier's Deposition Transcript and Written Answers.  Sotheby's will file under seal an unredacted copy of the Letter Response contemporaneously with the filing of this letter.

    Sotheby's also requests permission to file a slip sheet in lieu of Exhibit A to the August 2, 2022 Supplemental Declaration of Benjamin C. Wolverton, filed pursuant to the Court's Order dated April 28, 2022, in support of Sotheby's Motion for Summary Judgment and in opposition to Plaintiffs' Motion for Partial Summary Judgment.  *See* ECF No. 433.  Sotheby's will file the exhibit under seal contemporaneously with the filing of this letter.

    Sotheby's submits this letter because the above-referenced documents quote, or are excerpted from, the deposition transcript of Yves Bouvier.  Plaintiffs requested sealing of that transcript, and the Court temporarily granted sealing, pending the Court's decision on the underlying motion.  ECF Nos. 490, 495.  Sotheby's respectfully submits, as explained in Sotheby's letter opposing Plaintiffs' sealing request, that Plaintiffs have not carried their burden to show that sealing is warranted.  *See* ECF No. 498.

    We thank the Court for its consideration of this letter.

Respectfully,

*/s/ Sara L. Shudofsky*
Sara L. Shudofsky

cc:   All counsel of record (via ECF)