UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD., <br><br> Plaintiffs, <br><br> -*against*- <br><br> SOTHEBY'S and SOTHEBY'S INC., <br><br> Defendants. | Case No. 18-cv-9011(JMF) |

## **MOTION TO WITHDRAW APPEARANCE BY SCOUT KATOVICH**

Upon the accompanying affirmation of Scout Katovich, the undersigned respectfully moves this Court to withdraw the appearance of Scout Katovich on behalf of Plaintiffs.

Dated: August 19, 2022
New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
By: _____/s/_____
Scout Katovich
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorney for Plaintiffs*