UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

ACCENT DELIGHT INTERNATIONAL LTD. et al.,   :

                         Plaintiffs,             :

                                                      :           18-CV-9011 (JMF)

                  -v-                                      :

                                                      :                 ORDER

SOTHEBY'S et al.,                                    :

                       Defendants.           :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received a package, the cover page of which is attached, that appears to contain the transcript of Mr. Peretti's May 2, 2022 deposition. Because it is in French and is unaccompanied by an English translation, however, the Court will take no further action in response. If any party wishes to review the transcript, they must so advise the Court by **September 14, 2022**, and arrange to pick it up from the undersigned's Chambers in the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Otherwise, the Court will assume that the relevant parties have copies of the transcript and will not retain this copy.

       SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                            _____
                                                      JESSE M. FURMAN
                                                 United States District Judge



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, le 16 août 2022

CR/14/2020 2 COO XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
R P371 62214 8 CH
LAPOSTE
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY
Avis de réception

UNITED STATES DISTRICT
COURT FOR THE SOUTHEM
DISTRICT NY
Honorable Jesse M. Furman
40 Centre Street, Room 2202
10007 New York NY
ÉTATS-UNIS

Réf : **CR/14/2020** 2 COO XCR
à rappeler lors de toute communication

Votre référence : 1:18-CV-09011-JMF-RWL

Madame, Monsieur,

Nous vous prions de trouver inclus, en retour, la commission rogatoire citée sous référence exécutée.

**Parties demanderesses**

ACCENT DELIGHT INTERNATIONAL LTD
comparant par Maître GIROUD Sandrine

XITRANS FINANCE LTD
comparant par Maître GIROUD Sandrine

UNITED STATES DISTRICT COURT FOR THE
SOUTHEM DISTRICT NY

**Parties défenderesses**

SOTHEBY'S INC
comparant par Maître LEMBO Saverio

SOTHEBY'S.
comparant par Maître LEMBO Saverio

Veuillez agréer, Madame, Monsieur, l'assurance de ma considération distinguée.

Cristina PRIMAVERA
Greffière

Annexe(s)

COMMISSION ROGATOIRE

COUR DE DISTRICT DES ÉTATS-UNIS POUR LE SUD DU DISTRICT DE NEW YORK

N° 1:18-CV-09011-JMF-RWL

ACCENT DELIGHT INTERNATIONAL LTD

XITRANS FINANCE LTD

(Parties Demanderesses)

# SOTHEBY'S
# SOTHEBY'S INC

(Parties Défenderesses)

Audition de M. Jean-Marc Peretti

Audience du 2 mai 2022

Agnès Naudin, Sténotypiste de conférences
3 square des Martinets – 91250 Tigery – Tél. (33) 6.80.67.87.76
Agnesnaudin@wanadoo.fr

1 | *Cour de District des États-Unis pour le Sud du District de New York – N° 1.18 – CV 09011 – JMF - RWL*
*Accent Delight International LTD – Xitrans Finance LTD (Demandeurs)*
*c/*
*Sotheby's et Sotheby's In. (Défendeurs)*
*Audition de M. Jean-Marc Peretti – 2 mai 2022*