UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                  :

ACCENT DELIGHT INTERNATIONAL LTD. et al.,   :

                                              :

                        Plaintiffs,       :             18-CV-9011 (JMF) (VF)

                                               :

              -v-                      :            <u>ORDER OF REFERENCE</u>

                                               :            <u>TO A MAGISTRATE</u>

SOTHEBY'S et al.,                         :               <u>JUDGE</u>

                                               :

                    Defendants.      :

------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

     This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | | |
|---|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | ___ | Habeas Corpus |
| _X__ | Settlement | | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

     SO ORDERED.

Dated: March 8, 2023
       New York, New York                 _____
                                        JESSE M. FURMAN
                                        United States District Judge