UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACCENT DELIGHT INTERNATIONAL LTD. et al.,

                      Plaintiffs,

      -against-

SOTHEBY'S et al.,

                      Defendants.
------------------------------------------------------------------X

18-CV-09011 (JMF)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     A pre-settlement conference call in this matter is hereby scheduled for **Wednesday March 29, 2023 at 10:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

     **SO ORDERED.**

DATED:    New York, New York
               March 13, 2023

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge