# Arnold & Porter

Marcus A. Asner
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

March 17, 2023

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

Re: *Accent Delight International Ltd. et al. v. Sotheby's et al.*, 18 Civ. 9011

Dear Judge Figueredo:

We write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. (collectively, "Sotheby's"), pursuant to Section I(e) of Your Honor's Individual Practices in Civil Cases, to request an adjournment of the pre-settlement conference currently scheduled for March 29, 2023 at 10:00 a.m. Counsel for Sotheby's will be overseas during the week of March 27 and not available to attend the conference. Plaintiffs consent to rescheduling the pre-settlement conference to April 3, 4, or 5. This is the first time Sotheby's has sought an adjournment of the pre-settlement conference.

We thank the Court for its consideration of this letter.

Respectfully,

*/s/Marcus A. Asner*
Marcus A. Asner

cc: All counsel of record (via ECF)

---

SO ORDERED

/s/ Valerie Figueredo
VALERIE FIGUEREDO
United States Magistrate Judge

Dated: 3-20-2023

The pre-settlement conference call scheduled for March 29, 2023 at 10:00 a.m. is rescheduled to **Monday, April 10, 2023 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.** The Clerk of Court is directed to terminate the motion at ECF No. 517.