UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD. and XITRANS FINANCE LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> SOTHEBY'S and SOTHEBY'S, INC., <br><br> Defendants. | Case No. 18-cv-9011(JMF) |

**STIPULATION AND ORDER OF DISMISSAL**

It is hereby stipulated and agreed by the undersigned parties that:

1. Plaintiff XITRANS FINANCE LTD. ("Xitrans") is hereby dismissed from this action with prejudice.

2. The case caption to be used in all further proceedings in this action shall be: *Accent Delight International Ltd. v. Sotheby's and Sotheby's, Inc.*, Case No. 18-cv-9011 (JMF).

3. At any trial in this action, any statement admissible under FRE 801(d)(2) against Xitrans had it continued to be a plaintiff in this action is admissible under that same rule against Plaintiff Accent Delight International Ltd.

1

Dated: August 3, 2023
New York, New York

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By:  /s/ Daniel J. Kornstein<br>Daniel J. Kornstein<br>600 Fifth Avenue, 10th Floor<br>New York, NY 10020<br>Tel. No.: (212) 763-5000<br>*Counsel for Plaintiffs Accent Delight International Ltd. and Xitrans Finance Ltd.* | By:  /s/ Marcus A. Asner<br>Marcus A. Asner<br>250 West 55th Street<br>New York, NY 10019<br>Tel. No.: (212) 836-8000<br>*Counsel for Defendants Sotheby's and Sotheby's, Inc.* |

The Clerk of Court is directed to terminate Xitrans Finance Ltd. as a party.

SO ORDERED:

_____
Hon. Jesse M. Furman
United States District Judge

August 3, 2023