UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> -against- <br><br> SOTHEBY'S and SOTHEBY'S INC., <br><br> Defendants. | Case No. 18-cv-9011(JMF) <br><br><br> **APPENDIX A** |

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit | | Description | Bates Number | Defendants' Objections | Advanced Ruling Requested? |
|---|---|---|---|---|---|
| PX | 1 | July 15, 2014 Email from Yves Bouvier to Olga Khorobrykh | P0025176 | 402, 802 | |
| PX | 2 | Letter from Tsutomu Takashima, a Director of Acquavella Galleries, Inc., to Yves Bouvier | ACQ_AD0000 323 | 901, 802, 402, 403 | Yes |
| PX | 3 | Letter from Tsutomu Takashima, a Director of Acquavella Galleries, Inc., to Yves Bouvier | ACQ_AD0000 200 | 901, 802, 402, 403 | Yes |
| PX | 4 | October 19, 2004 Email from Yves Bouvier to Tsutomu Takashima and Michael Findlay, Directors of Acquavella Galleries, Inc. | ACQ_AD0000 281 | 901, 802, 402, 403 | Yes |
| PX | 5 | Draft contract for the sale of Pablo Picasso's *Les Noces de Pierrette* | ACQ_AD0000 181-84 | 901, 802, 402, 403 | Yes |
| PX | 6 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Pablo Picasso's *L'Homme Assis au Verre* | STH0000001-3 | 402, 403 | Yes |
| PX | 7 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and | STH0000004-6 | 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| | | Sotheby's for the purchase of Aristide Maillol's *La Méditerranée* and Auguste Rodin's *Le Baiser* | | | |
| PX | 8 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Henri Matisse's *Nu au Châle Vert* ("Nude with Green Shawl") | STH0000009-10 | 402, 403 | Yes |
| PX | 9 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Auguste Rodin's *L'Éternel Printemps* | STH0000007-8 | 402, 403 | Yes |
| PX | 10 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Alberto Giacometti's *Femme de Venise IX* | STH0000011-12 | 402, 403 | Yes |
| PX | 11 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of René Magritte's *Le Domaine d'Arnheim* | STH0000013-14 | * | |
| PX | 12 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Auguste Rodin's *Eve* | STH0000015-16 | 402, 403 | Yes |
| PX | 13 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Gustav Klimt's *Wasserschlangen II* | STH0000028-30 | * | |
| PX | 14 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Amedeo Modigliani's *Tête* | STH0000031-33 | * | |
| PX | 15 | Fully executed contract between Yves Bouvier (on behalf of | STH0000034-35 | 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| | | Blancaflor Investments Ltd) and Sotheby's for the purchase of Henri de Toulouse-Lautrec's Green *Au Lit: Le Baiser* | | | |
| PX | 16 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Leonardo da Vinci's *Christ as Salvator Mundi* | DEFS0007345-64 | * | |
| PX | 17 | Fully executed consignment agreement between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the sale of Amedeo Modigliani's *Tête* at auction | DEFS0000147-57 | * | |
| PX | 18 | Sales receipt for Sotheby's November 4, 2014 auction | DEFS0038998-39000 | * | |
| PX | 19 | December 4, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014951 | * | |
| PX | 20 | April 4, 2008 Email from Mikhail Sazonov to Yves Bouvier | P0013998-4001 | * | |
| PX | 21 | September 3, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014893 | * | |
| PX | 22 | Various Emails exchanged between Yves Bouvier and Mikhail Sazonov in Novmber 2009 and February 2013 | P0014091-93; P0023007; P0015100-02; P0015115 | 402, 403 | Yes |
| PX | 23 | October 4, 2006 Email from Yves Bouvier to Mikhail Sazonov | P0013954 | * | |
| PX | 24 | June 18, 2010 Email from Yves Bouvier to Mikhail Sazonov | P0014148-52 | * | |
| PX | 25 | December 9, 2010 Email from Mikhail Sazonov to Yves Bouvier | P0014274-76 | * | |
| PX | 26 | April 10, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0015210-12 | * | |
| PX | 27 | Various Emails exchanged between Yves Bouvier and Mikhail Sazonov in April 2008, December 2009, October 2010, and November 2010 | P0014002; P0014095-96; P0014250-51 | 403 | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 28 | November 26, 2009 Email from Yves Bouvier to Mikhail Sazonov | P0023010 | 402, 403, 901 | Yes |
| PX | 29 | March 31, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014347 | 402, 403 | Yes |
| PX | 30 | July 26, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014412 | 402, 403 | Yes |
| PX | 31 | February 11, 2013 Email from Yves Bouvier to Mikhail Sazonov | P0015100-02 | 402, 403 | Yes |
| PX | 32 | August 4, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015527-28 | * | |
| PX | 33 | March 31, 2011 Email from Yves Bouvier to Mikhail Sazonov | P0014344 | 402, 403 | Yes |
| PX | 34 | November 16, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014500-04 | * | |
| PX | 35 | November 21, 2011 Email from Yves Bouvier to Mikhail Sazonov | P0014515 | * | |
| PX | 36 | Sept 11, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014904-05 | * | |
| PX | 37 | December 29, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014968 | * | |
| PX | 38 | Various Emails exchanged between Yves Bouvier and Mikhail Sazonov in April 2006, December 2007, and June-September 2008 | P0013991-92; P0014012-13; P0003120; P0014024; P0013945; P0014037-40: P0003122-23 | 403 | |
| PX | 39 | Various Emails exchanged among Yves Bouvier, Mikhail Sazonov, and Florent Giacobino in November 2007, June-October 2008, and June 2010 | P0013987: P0022945; P0014025; P0014037-40; P0022964; P0003122-23; P0014157 | 403 | |
| PX | 40 | August 7, 2013 Email from Yves Bouvier to Mikhail Sazonov | P0024740 | * | |
| PX | 41 | Purchase invoice for Picasso's *L'Homme Assis au Verre* | P0004136 | 402, 403 | Yes |
| PX | 42 | Purchase invoice for Maillol's *La Méditerranée* | P0014356 | 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| PX | 43 | Purchase invoice for Rodin's *Le Baiser* | P0014359 | 402, 403 | Yes |
| PX | 44 | Purchase invoice for Matisse's *Nu au Châle Vert ("Nude with Green Shawl")* | P0003051 | 402, 403 | Yes |
| PX | 45 | Purchase invoice for Rodin's *L'Éternel Printemps* | P0023220 | 402, 403 | Yes |
| PX | 46 | Purchase invoice for Giacometti's *Femme de Venise IX* | P0004090 | 402, 403 | Yes |
| PX | 47 | Purchase invoice for Magritte's *Le Domaine d'Arnheim* | P0014531-32 | * | |
| PX | 48 | Purchase invoice for Rodin's *Eve* | P0008277 | 402, 403 | Yes |
| PX | 49 | Purchase invoice for Klimt's *Wasserchlangen II* | P0014906-07 | * | |
| PX | 50 | Purchase invoice for Modigliani's *Tete* | P0014976-77 | * | |
| PX | 51 | Purchase invoice for the Green Toulouse-Lautrec's *Au Lit: Le Baiser* | P0015112 | 402, 403 | Yes |
| PX | 52 | Purchase invoice for Da Vinci's *Christ as Salvator Mundi* | P0024461-62 | * | |
| PX | 53 | November 19, 2010 Email from Mikhail Sazonov to Yves Bouvier | P0014263 | * | |
| PX | 54 | Commission invoice for Picasso's *L'Homme Assis au Verre* | P0042045 | 402, 403 | Yes |
| PX | 55 | Commission invoice for Maillol's *La Méditerranée* | P0014380 | 402, 403 | Yes |
| PX | 56 | Commission invoice for Rodin's *Le Baiser* | P0014378 | 402, 403 | Yes |
| PX | 57 | Commission invoice for Matisse's *Nu au Châle Vert ("Nude with Green Shawl")* | P0014414 | 402, 403 | Yes |
| PX | 58 | Commission invoice for Rodin's *L'Éternel Printemps* | P0014446 | 402, 403, 1002 | Yes |
| PX | 59 | Commission invoice for Giacometti's *Femme de Venise IX* | P0008040 | 402, 403 | Yes |
| PX | 60 | Commision invoice for Magritte's *Le Domaine d'Arnheim* | P0014535-36 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 61 | Commission invoice for Rodin's *Eve* | P0014635 | 402, 403 | Yes |
| PX | 62 | Commision invoice for Klimt's *Wasserchlangen II* | P0015389-90 | * | |
| PX | 63 | Commission invoice for Modigliani's *Tete* | P0015158-59 | * | |
| PX | 64 | Commission invoice for the Green Toulouse-Lautrec's *Au Lit: Le Baiser* | P0015184 | 402, 403 | Yes |
| PX | 65 | Commission invoice for Da Vinci's *Christ as Salvator Mundi* | P0025447 | * | |
| PX | 66 | December 15, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015622-24 | * | |
| PX | 67 | November 21, 2014 Email from Yuri Bogdanov to Mikhail Sazonov | P0023865 | * | |
| PX | 68 | February 24, 2015 Letter from Julie Vaisy to Yves Bouvier | P0009750-51 | 901, 403, 1002 | |
| PX | 69 | Purchase Invoice for Rothko's *No. 6 "Violet, green and red,"* including $60M credit in exchange Modigliani's *Tete* | P0015554 | * | |
| PX | 70 | Sotheby's catalog about Magritte's *Domaine D'Arnheim* | P0014480-90 | * | |
| PX | 71 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | STH0000713-17 | * | |
| PX | 72 | November 15, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014493-94 | * | |
| PX | 73 | December 23, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0023569-70 | * | |
| PX | 74 | June 26, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0022730-39 | * | |
| PX | 75 | July 9, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041084-88 | * | |
| PX | 76 | July 25, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014881-82 | * | |
| PX | 77 | Russian translation of Sotheby's catalog about Da Vinci's *Christ as Salvator Mundi* | P0024299-309 | * | |

| PX | 78 | Sotheby's catalog about Da Vinci's *Christ as Salvator Mundi* | DEFS0021687-97 | * | |
| PX | 79 | Cover email from Samuel Valette enclosing Sotheby's catalog about Da Vinci's *Christ as Salvator Mundi* | DEFS0022507-26 | * | |
| PX | 80 | Copy of restoration report by Diane Modestini concerning Da Vinci's *Chris as Salvator Mundi* | P0024249-70 | * | |
| PX | 81 | Sotheby's restoration report of Da Vinci's *Christ as Salvator Mundi* | DEFS0004535-57 | * | |
| PX | 82 | Sotheby's Form 10-K Annual Report for the Fiscal Year Ended December 31, 2014 | DEFS0000461-636 | 403 | Yes |
| PX | 83 | Sotheby's Code of Business Conduct | DEFS0001926-77 | 402, 403 | Yes |
| PX | 84 | Sotheby's Global Corporate Governance Policy | DEFS0062752-93 | 402, 403 | Yes |
| PX | 85 | Sotheby's Organizational Diagrams, dated June 3, 2015 | DEFS0067705-18 | 402, 403 | Yes |
| PX | 86 | December 21, 2011 Email from Samuel Valette to Bill Ruprecht | DEFS0042610-11 | * | |
| PX | 87 | June 29, 2011 Email from Amanda Carye to Rena Neville | DEFS0055703-12 | 402, 403 | |
| PX | 88 | June 2, 2013 Email from Bruno Vinciguerra to Bill Ruprecht | DEFS0055547-48 | * | |
| PX | 89 | June 25, 2012 Email from Samuel Valette to Jean-Marc Peretti | DEFS0041102-04 | * | |
| PX | 90 | October 29, 2015 Email from David Norman to Helena Newman | DEFS0046013-23 | 402, 403, 802 | |
| PX | 91 | Sale Estimates for Artworks | P0028378-99 | * | |
| PX | 92 | June 20, 2011 Email from Samuel Valette to Melanie Clore | DEFS0039275-77 | * | |
| PX | 93 | December 15, 2011 Email from Maureen Hooft Graafland to Bruno Vinciguerra | DEFS0011498-504 | 403[1] | Yes |

---

[1] Defendants have requested advanced rulings on PX 93, 94, 96, 99, 112, 114, 122, 123, 124, 127, 131, 136, 138, 139, 184, 185, 193, 223, 230, 231, 232, 255, 265, 278, 355, 365, 367, and 368 because they contain commercially sensitive or personal information which Plaintiff has not agreed to redact. Defendants request an advanced ruling that this information be redacted from the exhibits.

| | | | | | |
|---|---|---|---|---|---|
| PX | 94 | November 25, 2011 Email from Nisha Amin to Samuel Valette | DEFS0041903 | 403 | Yes |
| PX | 95 | November 25, 2011 Email from Nisha Amin to Holli Chandler | DEFS0031148 | * | |
| PX | 96 | Compliance Checklist for Magritte's *Domaine d'Arnheim* | DEFS0049933-39 | 403 | Yes |
| PX | 97 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0025416 | * | |
| PX | 98 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015630-31 | * | |
| PX | 99 | August 22, 2012 Email from Bruno Vinciguerra to Bill Ruprecht | DEFS0052639 | 403 | Yes |
| PX | 100 | September 11, 2012 Email from Antonia Serra to Bill Ruprecht and Others | DEFS0055144-45 | * | |
| PX | 101 | December 17, 2012 Email from Samuel Valette to Bruno Vinciguerra | DEFS0052781-82 | * | |
| PX | 102 | January 29, 2013 Email From Lucian Simmons to Maxl Rechtsanwalte | P0003418 | 901, 1002, 403 | |
| PX | 103 | Private Sale Documents for Klimt's *Wasserschlangen II* | DEFS0064327-78 | * | |
| PX | 104 | December 31, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0020825-27 | * | |
| PX | 105 | January 30, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0037817-18 | * | |
| PX | 106 | February 16, 2013 Email from Yves Bouvier to Samuel Valette and Franco Momente | DEFS0055122 | * | |
| PX | 107 | Excerpts from Administrative File for Klimt's *Wasserschlangen II* | P0008638-39; P0008641; P0008648-50 | 1002 | |
| PX | 108 | February 11, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0041764 | * | |
| PX | 109 | February 11, 2013 Email from Yves Bouvier to Mikhail Sazonov | P0015106 | * | |
| PX | 110 | August 22, 2012 Email from Daisy Edelson to Samuel Valette and Others | DEFS0016514-32 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 111 | August 27, 2012 Email from Yves Bouvier to Ekaterina Rybovleva | P0030482-501 | * | |
| PX | 112 | September 20, 2012 Email from Nisha Amin to Bill Ruprecht | DEFS0015995-96 | 403 | Yes |
| PX | 113 | September 27, 2011 Email from Holli Chandler to Melissa Fleming and others | DEFS0050155 | * | |
| PX | 114 | September 28, 2011 Email to Holli Chandler attaching Scan of Private Sale Documents for Modigliani's *Tête* | DEFS0050215-41 | 403 | Yes |
| PX | 116 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0025417 | * | |
| PX | 117 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015639-40 | * | |
| PX | 118 | Excerpts from the Administrative File for Da Vinci's *Salvator Mundi* Provided to Plaintiffs by Bouvier | P009250-58; P0009265-70; P0009293-376 | 1002 | |
| PX | 119 | September 30, 2014 Email from Samuel Valette to Daisy Edelson | DEFS0041628 | * | |
| PX | 120 | October 7, 2014 Email from Samuel Valette to Jean-Marc Peretti | DEFS0041598-606 | * | |
| PX | 122 | November 2, 2010 Email from Melanie Clore to Alexander Platon | DEFS0037057 | 403 | Yes |
| PX | 123 | November 11, 2010 Email from Melanie Clore to Helena Newman and Alexander Platon | DEFS0037053-54 | 403 | Yes |
| PX | 124 | November 24, 2010 Email from Alexander Platon to Samuel Valette and others | DEFS0037120-21 | 403 | Yes |
| PX | 125 | February 27, 2011 Email from Stephane Connery to Samuel Valette | DEFS0037760 | * | |
| PX | 126 | February 27, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0023155 | 402 | |
| PX | 127 | March 23, 2011 Email from Melanie Clore to Bill Ruprecht | DEFS0016015-16 | 403 | Yes |
| PX | 128 | March 27, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014340 | 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| PX | 129 | March 30, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0023176 | 402, 403 | Yes |
| PX | 130 | March 30, 2011 Email from Samuel Valette to Melanie Clore | DEFS0041898 | 402, 403 | Yes |
| PX | 131 | March 31, 2011 Email from Samuel Valette to Henry Wyndham | DEFS0041901 | 403 | Yes |
| PX | 132 | April 1, 2011 Email from Henry Wyndham to Samuel Valette and Melanie Clore | DEFS0038371 | * | |
| PX | 133 | April 9, 2011 Email from Yves Bouvier to Samuel Valette | DEFS0054960 | * | |
| PX | 134 | April 9, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0054961 | * | |
| PX | 135 | April 14, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0041770 -74 | * | |
| PX | 136 | June 23, 2011 Email from Samuel Valette to Nisha Amin and Philip Hook | DEFS0039196 | 403 | Yes |
| PX | 137 | Excerpts of the Administrative File for Magritte's *Le Domaine d'Arnheim* Provided to Plaintiffs by Bouvier | P0008140-56 | 1002 | |
| PX | 138 | June 23, 2011 Email from Melanie Clore to Bill Ruprecht | DEFS0020472 -73 | 403 | Yes |
| PX | 139 | June 5, 2012 Email from Samuel Valette to Philip Hook | DEFS0055238 -39 | 403 | Yes |
| PX | 140 | August 30, 2012 Email from Andrea Jungmann to Samuel Valette and others | DEFS0002096 -99 | * | |
| PX | 141 | June 27, 2015 Email from Olga Khorobrykh to Bojan Maric | P0028029 | 802 | |
| PX | 142 | March 21, 2013 Email from Marina Phelan to Alex Bell and Samuel Valette | DEFS0060374 | * | |
| PX | 143 | March 21, 2013 Email from Alex Bell to Warren Adelson and others | DEFS0007503 | * | |
| PX | 144 | March 18, 2013 Email from Samuel Valette to Daisy Edelson | DEFS0021646 | * | |
| PX | 145 | March 21, 2013 Email from Samuel Valette to Marina Phelan | DEFS0010438 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 146 | March 22, 2013 Email from Alexander Bell to Michael Simches and others | DEFS0007505 | * | |
| PX | 147 | Agreement executed between Sotheby's and Da Vinci sellers regarding Leonardo Da Vinci's *Christ as Salvator Mundi* | DEFS0015637 -41 | * | |
| PX | 148 | April 4, 2012 Email from Alexander Locke to Maureen Hooft Graafland | DEFS0060483 + NYT Article | * | |
| PX | 149 | November 12, 2014 Email from Michael Macaulay to Ekaterina Rybolovleva | P0025338-40 | * | |
| PX | 150 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | STH0000724- 31 | * | |
| PX | 151 | Defendants' Privilege Log, dated January 21, 2021 | | 106, 402, 403 | Yes |
| PX | 152 | December 18, 2014 Email from Samuel Valette to Yves Bouvier | DEFS0039548 | * | |
| PX | 153 | January 9, 2015 Email from Samuel Valette to Bruno Vinciguerra and Simon Shaw | DEFS0044010 | * | |
| PX | 154 | January 11, 2015 Email from Samuel Valette to Bruno Vinciguerra | DEFS0012679 | * | |
| PX | 155 | July 17, 2013 Email and attachment from Glynis Sullivan to Isadora Katsis | DEFS0044990 -91 | * | |
| PX | 156 | April 17, 2012 Email and attachment from Asya Varshisky to Bill Ruprecht and others | DEFS0047696 -97 | * | |
| PX | 157 | May 9, 2012 Email from Laura Upcott to Monique Birenbaum and Melanie Clore | DEFS0031280 -83 | * | |
| PX | 158 | October 5, 2012 Email from Irina Kronrod to Samuel Valette | DEFS0037484 | * | |
| PX | 159 | December 16, 2012 Email from Jennifer Roth to Samuel Valette | DEFS0037902 -08 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 160 | April 5, 2013 Calendar Invite from Fergus Duff to Samuel Valette and Others, and related email chain | DEFS0039917-18 | * | |
| PX | 161 | April 22, 2013 Email from Fergus Duff to Samuel Valette | DEFS0040944; DEFS0041023 | * | |
| PX | 162 | May 26, 2014 Email from Samuel Valette to Michael Macaulay | DEFS0043546 | * | |
| PX | 163 | October 8, 2013 Email from Ekaterina Rybolovleva to Yves Bouvier | P0030728-30 | * | |
| PX | 164 | October 13, 2013 Email from Ekaterina Rybolovleva to Samuel Valette | P0030742-43 | * | |
| PX | 165 | October 24, 2014 Email from Samuel Valette to Yves Bouvier | DEFS0041393-417 | 402, 403 | Yes |
| PX | 166 | Sotheby's Confidential Listing September 9, 2015 | DEFS0045308-17 | 402, 403 | Yes |
| PX | 167 | November 6, 2015 Email from Yuri Bogdanov to Mikhail Sazonov | P0033855-94 | 802 | |
| PX | 168 | December 24, 2011 Email from Yves Bouvier to Samuel Valette | DEFS0023575-77 | * | |
| PX | 169 | February 19, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0041666-73 | 402, 403 | Yes |
| PX | 170 | March 11, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0043590 | * | |
| PX | 171 | January 13, 2015 Email from Alexander Bell to Samuel Valette | DEFS0025004-05 | * | |
| PX | 172 | January 26, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0042192 | * | |
| PX | 173 | January 27, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0023628-50 | * | |
| PX | 174 | January 27, 2015 Email from Samuel Valette to Franka Haiderer, Pippa Dean, and Alexander Bell | DEFS0008489-91 | 403 | |
| PX | 175 | January 28, 2015 Email from Samuel Valette to Alexander Bell | DEFS0008503-05 | * | |
| PX | 176 | January 28, 2015 Email from Samuel Valette to Alexander Bell | DEFS0002142 | * | |
| PX | 177 | January 28, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0042316-36 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 178 | January 28, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0023765-66 | * | |
| PX | 179 | Sotheby's Criteria for Major Valuations | DEFS0001993-95 | * | |
| PX | 180 | February 5, 2015 Email from Tetiana Bersheda to Yuri Bogdanov | P0041165-86 | * | |
| PX | 181 | Sotheby's Valuation of Magritte's *Domaine d'Arnheim* and other works | DEFS0030449 | * | |
| PX | 182 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038756 | * | |
| PX | 183 | November 14, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038920 | * | |
| PX | 184 | Sotheby's Private Sale (Treaty) form for Magritte's *Domaine d'Arnheim* | DEFS0044957-64 | 403 | Yes |
| PX | 185 | Samuel Valette's Paper File for Modigliani's *Tête* | DEFS0065113-356 | 403, 802 | Yes |
| PX | 186 | July 24, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0002088 | * | |
| PX | 187 | July 25, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0002091 | * | |
| PX | 188 | December 7, 2012 Email from Gregoire Billault to Samuel Valette | DEFS0054818-19 | * | |
| PX | 189 | June 20, 2011 Email from Yves Bouvier to Samuel Valette | DEFS0039251 | * | |
| PX | 190 | June 20, 2011 Email from Samuel Valette to Holli Chandler | DEFS0039255 | * | |
| PX | 191 | December 12, 2011 Email from Samuel Valette to Holli Chandler | DEFS0042174-75 | * | |
| PX | 192 | December 12, 2011 Email from Nisha Amin to Holli Chandler | DEFS0031793-94 | * | |
| PX | 193 | October 23, 2012 Email from Nisha Amin to Melanie Clore | DEFS0043441 | 403 | Yes |
| PX | 194 | September 23, 2011 Email from Holli Chandler to Richard Purchase | DEFS0020693 | * | |
| PX | 195 | November 15, 2011 Email from Holli Chandler to Igor Polacek | DEFS0031595-602 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 196 | September 24, 2013 Email from Samuel Valette to Bruno Vinciguerra | DEFS0052310 -11 | * | |
| PX | 197 | September 24, 2013 Email from Samuel Valette to Jean-Marc Peretti | DEFS0022955 -56 | * | |
| PX | 198 | March 3, 2014 Email from Bruno Vinciguerra to Samuel Valette | DEFS0011020 -21 | * | |
| PX | 199 | March 4, 2014 Email from Alex Bell to Samuel Valette | DEFS0008425 -26 | * | |
| PX | 200 | November 21, 2014 Email from Yuri Bogdanov to Mikhail Sazonov | P0025364 | * | |
| PX | 201 | November 21, 2014 Email from Mikhail Sazonov to Yuri Bogdanov | P0025365 | * | |
| PX | 202 | Sotheby's Worldwide Anti-Corruption Policy | DEFS0061964 -83 | 402, 403 | Yes |
| PX | 203 | June 26, 2012 Email from Yves Bouvier to Samuel Valette | DEFS0041107 -08 | * | |
| PX | 204 | June 26, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041111 -12 | * | |
| PX | 205 | June 26, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041115 -23 | * | |
| PX | 206 | July 1, 2012 Email from Samuel Valette to Yves Bouvier | STH0001152 | * | |
| PX | 207 | July 9, 2012 Email from Samuel Valette to Yves Bouvier | STH0001156-57 | * | |
| PX | 208 | July 6, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014873 | * | |
| PX | 209 | July 14, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014875 | * | |
| PX | 210 | April 20, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0040912 -19 | * | |
| PX | 211 | June 25, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0010526 -38 | * | |
| PX | 212 | June 25, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0022690 -729 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 213 | August 25, 2011 Email from Samuel Valette to Jean-Marc Peretti | STH0000466-68 | * | |
| PX | 214 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015632-33 | * | |
| PX | 215 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015634-38 | 402, 403 | Yes |
| PX | 216 | December 23, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015647 | 402, 403 | Yes |
| PX | 217 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | STH0000682-91 | * | |
| PX | 218 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0025418 | * | |
| PX | 219 | February 20, 2015 Email from Samuel Valette to Yves Bouvier | STH0002552 | * | |
| PX | 220 | Sotheby's Private Sales and Post Auction Sales Policy | DEFS0001985-88 | 402, 403 | Yes |
| PX | 221 | Sotheby's Worldwide Anti-Money Laundering, Combatting Terrorist Financing Policy and Anti-Tax Evasion Facilitation Policy | DEFS0061984-62008 | 402, 403 | Yes |
| PX | 222 | Sotheby's "Know Your Client" Guidelines | DEFS0062009-13 | 402, 403 | Yes |
| PX | 223 | Chart of Sotheby's 2011 Private Treaty Sales | DEFS0017109 | 403 | |
| PX | 224 | January 10, 2012 Email from Holli Chandler to Nisha Amin | DEFS0017121-22 | * | |
| PX | 225 | October 16, 2014 Email from Simon Shaw to Samuel Valette | DEFS0042925-27 | * | |
| PX | 226 | List of Clients of Samuel Valette | DEFS0041448 | * | |
| PX | 227 | December 23, 2013 Email from Kevin Ching to Patti Wong | DEFS0055332-33 | * | |
| PX | 228 | January 20, 2015 Letter Regarding Samuel Valette Compensation | DEFS0014202-03 | * | |
| PX | 229 | April 6, 2011 Email from Samuel Valette to Nisha Amin | DEFS0039663 | * | |
| PX | 230 | June 9, 2011 Email from Holli Chandler to Victoria Holvik | DEFS0046604-05 | 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| PX | 231 | August 25, 2011 Email from Samuel Valette to Alexander Platon | DEFS0020890-91 | 402, 403 | Yes |
| PX | 232 | December 23, 2011 Email from Guillaume Cerutti to Samuel Valette | DEFS0041365-67 | 402, 403, 404 | Yes |
| PX | 233 | July 27, 2012 Letter from Sofia Fleming to Samuel Valette | DEFS0014200-01 | * | |
| PX | 234 | July 6, 2011 Email from Samuel Valette to Yves Bouvier | STH0000443 | * | |
| PX | 235 | March 1, 2012 Email from Melanie Clore to Jean-Marc Peretti | DEFS0030526 | 402, 403 | Yes |
| PX | 236 | January 29, 2014 Letter from Bruno Vinciguerra to Samuel Valette | DEFS0014197-99 | * | |
| PX | 237 | December 19, 2014 Email from Samuel Valette to Yves Bouvier | DEFS0039556-60 | 402, 403 | Yes |
| PX | 238 | December 19, 2014 Email from Samuel Valette to Yves Bouvier | DEFS0039562-66 | 402, 403 | Yes |
| PX | 239 | December 19, 2014 Email from Samuel Valette to Yves Bouvier | DEFS0039567-71 | 402, 403 | Yes |
| PX | 240 | December 21, 2014 Email from Samuel Valette to Yves Bouvier | DEFS0006964-65 | 402, 403 | Yes |
| PX | 241 | December 23, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015648-49 | 402, 403 | Yes |
| PX | 242 | December 23, 2014 Consignment Agreement Between Blancaflor and Sotheby's | DEFS0000158-66 | 402, 403 | Yes |
| PX | 243 | March 2, 2015 Email from sabi@artesing.sg to Samuel Valette | DEFS0020774; DEFS0020777 | 402, 403 | Yes |
| PX | 244 | March 4, 2015 Email from Bruno Vinciguerra to Patrick McClymont | DEFS0013822 | 402, 403 | Yes |
| PX | 245 | March 13, 2015 Email from Hannah Stuttard to Samuel Valette | DEFS0024127 | 402, 403 | Yes |
| PX | 246 | March 17, 2015 Sotheby's Payment Invoice to Yves Bouvier | DEFS0023090-91 | 402, 403 | Yes |
| PX | 247 | February 26, 2015 Email from Samuel Valette to Bruno Vinciguerra | DEFS0012290 | 403, 802 | |
| PX | 248 | December 12, 2014 Email from Florent Giacobino to Yuri Bogdanov and Alexey Yakovlev | P0025394-414 | 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| PX | 249 | Sotheby's Valuation of Gustav Klimt's *Wasserschlangen II* | DEFS0010540-41 | 402, 403 | Yes |
| PX | 250 | January 27, 2015 Email from Samuel Valette to Pippa Dean and Alexander Bell | DEFS0008439 | * | |
| PX | 251 | November 10, 2011 Email from Isadora Katsis to Yves Bouvier | DEFS0010335-40 | * | |
| PX | 252 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | STH000713-17 | * | |
| PX | 253 | Sotheby's Letters to Samuel Valette Confirming Compensation | DEFS0060555-71 | * | |
| PX | 254 | Private Sale (Treaty) sheet for Klimt's *Wasserschlangen II* | DEFS0047529 | * | |
| PX | 255 | Private Sale (Treaty) sheet for Modigliani's *Tête* | DEFS0017257 | 403 | Yes |
| PX | 256 | May 3, 2013 Email from Samuel Valette to Rose Stella, Jonathan Olsoff, Mitchell Zuckerman | DEFS0052778 | * | |
| PX | 257 | Excerpts of the Administrative File for Modigliani's *Tête* Provided to Plaintiffs by Bouvier | P0008743-46; P0008755-8814 | 1002 | |
| PX | 258 | February 17, 2015 Email from Kate Silver to Samuel Valette | DEFS0010724 | * | |
| PX | 259 | Sotheby's Compliance Checklist for Private Sale | DEFS0062017 | 402, 403 | Yes |
| PX | 260 | October 1, 2012 Email from Samuel Valette to Jean-Marc Peretti | DEFS0042681-720 | * | |
| PX | 261 | May 20, 2013 Email from Samuel Valette to Jane Levine | DEFS0052496 | * | |
| PX | 262 | May 29, 2013 Email from Samuel Valette to Jane Levine | DEFS0055162 | * | |
| PX | 263 | April 12, 2011 Email from Melanie Clore to Henry Wyndham | DEFS0021640-41 | * | |
| PX | 264 | Sotheby's Private Sale Incentive Program | DEFS0021567-71 | * | |
| PX | 265 | Private Sale (Treaty) sheet for Magritte's *Le Domaine d'Arnheim* | DEFS0017189-91 | 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| PX | 266 | Complaint, *Sotheby's, Inc. v. R.W Chandler, LLC et al.*, 16 Civ. 9043 | | 402, 403 | Yes |
| PX | 267 | July 25, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015516-20 | 802 | |
| PX | 268 | July 30, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015522-23 | * | |
| PX | 269 | August 5, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015529 | * | |
| PX | 270 | Bank of Cyprus Account Statement | P0008123 | 802, 1002 | |
| PX | 271 | February 22, 2015 Email from Yves Bouvier to Mikhail Sazonov | P0016039-41 | 402, 403 | |
| PX | 272 | HSBC Bank Record Showing Payment of Yves Bouvier's Commission for Klimt's *Wasserschlangen II* | P0008653 | 802, 1002 | |
| PX | 273 | HSBC Bank Record and Commission Invoices for Modigliani's *Tête*, Toulouse-Lautrec's *Au lit - Le baiser*, and Picasso's *Tête de femme. Profil / Espangole à l'éventail"* | P0008838-41 | 802, 403, 1002 | |
| PX | 274 | Auction Details for Modigliani's *Tête* | P0008858-61 | 1002 | |
| PX | 275 | July 31, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0009674-75 | 1002 | |
| PX | 276 | August 12, 2014 Invoice for Rothko's *No. 6 (Violet, Green and Red)* | P0009685 | 403, 901, 802, 1002 | |
| PX | 277 | December 4, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014949-50 | * | |
| PX | 278 | Contract between Sotheby's and sellers of Modigliani's *Tête* | DEFS0023888 -91 | 403 | Yes |
| PX | 279 | July 16, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0023940 -41 | * | |
| PX | 280 | July 16, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0023942 -44 | * | |
| PX | 281 | July 24, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0023945 -46 | 403 | |
| PX | 282 | July 25, 2013 Email from Samuel Valette to kim@artesing.sg, | DEFS0042505 -06 | * | |

| | | | | | |
|---|---|---|---|---|---|
| | | sabi@artesing.sg, and Yves Bouvier | | | |
| PX | 283 | March 25, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0021648 -70 | * | |
| PX | 284 | April 15, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0022419 -21 | * | |
| PX | 285 | April 15, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0040798 -99 | * | |
| PX | 286 | Sotheby's Chart of Bouvier Transactions, Produced on 6/12/2020 | ECF No. 294-6 | * | |
| PX | 287 | October 7, 2013 Email from Samuel Valette to Fiorella Ballabio | DEFS0055068 -70 | * | |
| PX | 288 | January 9, 2015 Email from Samuel Valette to Bruno Vinciguerra and Simon Shaw | DEFS0012666 | 402, 403 | Yes |
| PX | 289 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038853 -57 | * | |
| PX | 290 | Purchase invoice for Magritte's *Le Domaine d'Arnheim* with associated records | P0003679-81 | * | |
| PX | 291 | May 14, 2013 Email from Florent Giacobino to Mikhail Sazonov | P0030698 | * | |
| PX | 292 | September 20, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0023866-67 | * | |
| PX | 293 | October 10, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0023902-03 | * | |
| PX | 294 | January 16, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0015002-03 | * | |
| PX | 295 | Sotheby's Private Sale Incentive Program, July 1, 2010 to January 1, 2012 | DEFS0062023 -28 | * | |
| PX | 296 | Sotheby's Private Sale Incentive Program, January 1, 2012 to March 6, 2013 | DEFS0062029 -34 | * | |
| PX | 297 | Sotheby's Private Sale Incentive Program, March 6, 2013 to January 1, 2015 | DEFS0062035 -40 | * | |
| PX | 298 | Sotheby's Letters to Samuel Valette Confirming Compensation | DEFS0014213 -19 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 299 | December 29, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014553 | * | |
| PX | 300 | January 10, 2018 Email from Daniel W. Levy to Marcus A. Asner | DEFS0060101-02 | 402, 403 | Yes |
| PX | 301 | May 14, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0030700 | * | |
| PX | 302 | Excerpts of Sotheby's Responses and Objections to Plaintiffs' First Set of Requests for Admission, August 30, 2021 | | 403 | |
| PX | 303 | Sotheby's Worldwide Guidelines Regarding Property Due Diligence | DEFS0001978-83 | 402, 403 | Yes |
| PX | 304 | January 28, 2015 Email from Alexander Bell to Samuel Valette, Franka Haiderer, and Pippa Dean | DEFS0002139-41 | * | |
| PX | 305 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0038842-46 | * | |
| PX | 307 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0038887-92 | * | |
| PX | 309 | October 4, 2013 Email from Laura Edmundson to Isadora Katsis and others | DEFS0045075-76 | * | |
| PX | 310 | Sotheby's High Value Lot Process | DEFS0062014-15 | 402, 403 | Yes |
| PX | 311 | Sotheby's High Value Lot Questionnaire | DEFS0062016 | 402, 403 | Yes |
| PX | 312 | May 29, 2009 Statement of Yves Bouvier | P0005369-82 | 901, 802, 402, 403 | Yes |
| PX | 313 | September 29, 2004 Letter from Acquavella Galleries to Yves Bouvier | P0012866 | 901, 802, 402, 403 | Yes |
| PX | 314 | September 29, 2004 Letter from Yves Bouvier to Acquavella Galleries | P0012867 | 901, 802, 402, 403 | Yes |
| PX | 315 | November 15, 2002 Letter from Yves Bouvier to Wildenstein & Co. | P0021123 | 901, 802, 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| PX | 316 | Carole Lambelet, "Ports Francs. Dédales et Mystères," in: Le Temps. Special Arts Edition, (Nov. 11, 2009), https://www.letemps.ch/sites/default/files/media/2010/02/24/1.0.565359813.pdf?uuid=Vh1nUM4SEd6UJ2uNGbb6xw | | 901, 802, 402, 403 | Yes |
| PX | 317 | "The Role of the Art Advisor," Sotheby's Inc., https://www.sothebysinstitute.com/news-and-events/news/the-role-of-the-art-advisor; | | 901, 802, 402, 403 | Yes |
| PX | 318 | "Uber-warehouses for the ultra-rich," The Economist, (Nov. 23, 2013), https://www.economist.com/briefing/2013/11/23/uber-warehouses-for-the-ultra-rich | | 901, 802, 402, 403 | Yes |
| PX | 319 | "What You Should Know If You Want To Be An Art Advisor," Sotheby's Institute, https://www.sothebysinstitute.com/news-and-events/news/what-you-should-know-if-you-want-tobe-an-art-advisor | | 901, 802, 402, 403 | Yes |
| PX | 320 | Stephane Joahny, "When the state 'laundered' the money of gambling circles," Le Journal du Dimanche, (Oct. 4, 2009), https://www.lejdd.fr/Societe/Faits-divers/Quand-l-Etat-blanchit-l-argent-des-cercles-de-jeux-139391-3244265 | | 901, 802, 402, 403, 404 | Yes |
| PX | 321 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Nisha Amin | DEFS0038834 | * | |
| PX | 322 | July 4, 2012 Email from Samuel Valette to Holli Chandler | DEFS0047276-77 | * | |
| PX | 323 | July 8, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041082 | * | |
| PX | 324 | July 17, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014876 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 325 | November 14, 2012 Email from Yves Bouvier to Ekaterina Rybolovleva | P0030526-28 | * | |
| PX | 326 | December 19, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014965 | * | |
| PX | 327 | December 19, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014966 | * | |
| PX | 328 | February 11, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0024101 | * | |
| PX | 329 | March 11, 2013 Email from Florent Giacobino to Yuri Bogdanov with attachment | P0015160-61 | * | |
| PX | 330 | October 1, 2014 Email from Samuel Valette to Jean-Marc Peretti | DEFS0043609 -17 | * | |
| PX | 331 | September 17, 2014 Email from Yves Bouvier to Vinciguerra Bruno and Jean-Marc Peretti | DEFS0011626 | * | |
| PX | 332 | October 16, 2014 Email from Simon Shaw to Samuel Valette, Caitlyn Frank, and Kate Reibel | DEFFS004292 5-27 | * | |
| PX | 333 | September 23, 2014 Email from Bill Ruprecht to Maarten ten Holder, Andrew Gully, Lauren Gioia, Alfredo Gangotena, Bruno Vinciguerra, and Patrick McClymont | DEFS0024699 | * | |
| PX | 334 | Blancaflor Private Sales Compensation Breakdown (2011 through 2014) | DEFS0068312 -14 | * | |
| PX | 335 | Fully executed agreement between Frau Ursula Ucicky and Sotheby's for the sale of Gustav Klimt's *Wasserschlangen II* | DEFS0054375 -80 | * | |
| PX | 336 | August 25, 2012 Email from Yves Bouvier to Ekaterina Rybolovleva | P0030474-81 | * | |
| PX | 337 | August 27, 2012 Emails from Mikhail Sazonov to Yves Bouvier | P0014885-86 | * | |
| PX | 338 | August 30, 2012 Email from Yves Bouvier to Olga Khorobrykh | P0023818-19 | 802 | |
| PX | 339 | August 30, 20212 Email from Yves Bouvier to Mikhail Sazonov | P0003931 | 901 | |
| PX | 340 | September 9, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014901 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 341 | September 11, 2012 Email from Bill Ruprecht to Bruno Vinciguerra | DEFS0052649 -50 | 402, 403 | |
| PX | 342 | May 29, 2015 Email from Florent Giacobino to Mikhail Sazonov | P0027839 | * | |
| PX | 343 | February 26, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0021180 -81 | * | |
| PX | 344 | February 26, 2013 Email from sabi@artesing.sg to Samuel Valette | DEFS0021146 -48 | * | |
| PX | 345 | July 16, 2013 Email from Samuel Valette to Yves Bouvier and ladym@artesing.sg | DEFS0042809 -11 | * | |
| PX | 346 | Octobre 28, 2002 Letter from Guy Wildenstein to Yves Bouvier | P0021124-25 | 402, 403, 802, 901 | Yes |
| PX | 347 | Letter from Yves Bouvier to Wildenstein & Co. | P0021126 | 402, 403, 802, 901 | Yes |
| PX | 348 | September 23, 2013 Email from Samuel Valette to Bruno Vinciguerra | DEFS0052261 -65 | * | |
| PX | 349 | September 23, 2013 Email from Lucian Simmons to Samuel Valette and Andrea Jungman | DEFS0047332 -41 | * | |
| PX | 350 | September 24, 2013 Email from Samuel Valette to Bruno Vinciguerra | DEFS0012266 -67 | * | |
| PX | 351 | Letter from Yves Bouvier to Wildenstein & Co. | P0021127 | 402, 403, 802, 901 | Yes |
| PX | 352 | October 10, 2013 Email from Florent Giacobino to Ingrid Leiduan, Cyril Condevaux, and Nathalie Goncalves | P0015421-23 | 802 | |
| PX | 353 | April 1, 2003 Letter from Yves Bouvier to Dmitriy Rybolovlev | P0005856-57 | 1002 | |
| PX | 354 | October 22, 2014 Email from John Swarbrooke to Samuel Valette and Kate Silver | DEFS0010539 -47 | 402, 403 | Yes |
| PX | 355 | March 15, 2013 Email from Bill Ruprecht to Bruno Vinciguerra | DEFS0013271 | 403 | Yes |
| PX | 356 | March 18, 2013 Email from Marina Phelan to Jan Prasens and Brooke Mellen | DEFS0008948 | * | |
| PX | 357 | March 18, 2013 Email from Warren Adelson to Alexander Parish, IGNOTO@aol.com, Michael Simches, Hubbard Toombs, Lisa Hankin, and Lewis Musillo | P0000312 | 802, 901 | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 358 | March 19, 2013 Email from Brooke Mellen to Lewis Musillo | P0000465-66 | 802, 901 | |
| PX | 359 | March 20, 2013 Email from Brooke Mellen to Marina Phelan | DEFS0008950 | * | |
| PX | 360 | April 10, 2013 Email from Bill Ruprecht to Bruno Vinciguerra | DEFS0012404 | * | |
| PX | 361 | May 6, 2013 Email from Jonathan Olsoff to Rose Stella and Jane Levine | DEFS0048514 -15 | 402, 403, 802 | Yes |
| PX | 362 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038893 -900 | * | |
| PX | 363 | November 21, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014514 | * | |
| PX | 364 | November 28, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014521 | * | |
| PX | 365 | November 28, 2011 Email from Holli Chandler to Antonia Serra and Samuel Valette | DEFS0051633 -34 | 403 | Yes |
| PX | 366 | November 28, 2011 Email from Holli Chandler to Julie Toussaint, Elisa Moureau, Dario Tabladini, and Richard Purchase | DEFS0031194 | * | |
| PX | 367 | June 23, 2011 Email from Melanie Clore to Bill Ruprecht | DEFS0020472 -73 | 403 | Yes |
| PX | 368 | November 11, 2010 Email from Melanie Clore to Helena Newman and Alexander Platon | DEFS0037053 -54 | 402, 403 | Yes |
| PX | 369 | September 1, 2015 Email from Sandy Heller to Simon Shaw, David Norman, Alex Rotter, and Tad Smith (subject to Court's ruling on motion in limine on resale) | DEFS0058369 -96 | 402, 403 | |
| PX | 370 | November 2, 2010 Purchase invoice from MEI Invest Ltd. for Renoir's *Jeunes Filles au Bord de l'Eau* | P0014253 | 402, 403 | |
| PX | 371 | July 4, 2011 Email from Yves Bouvier to Samuel Valette | DEFS0037978 -79 | 402, 403 | Yes |
| PX | 372 | September 26, 2011 Email from Samuel Valette to Jean-Marc Peretti | STH0000505- 06 | * | |
| PX | 373 | November 5, 2011 Email from Samuel Valette to Jean-Marc Peretti | STH0000661 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 374 | November 11, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014479 | * | |
| PX | 375 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038835-36 | * | |
| PX | 376 | November 21, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014513 | * | |
| PX | 377 | November 22, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014516 | * | |
| PX | 378 | May 3, 2016 Email from Helena Newman to Chloe Geary, Michael Macaulay, Sanford Heller, Grace Read, and David Norman (subject to Court's ruling on motion in limine on resale) | DEFS0058934-35 | 402, 403 | Yes |
| PX | 379 | November 23, 2011 Email from Samuel Valette to Yves Bouvier | STH0000739 | 402, 403 | |
| PX | 380 | December 8, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014534 | * | |
| PX | 381 | December 12, 2011 Email from Samuel Valette to Yves Bouvier | STH0000803-04 | * | |
| PX | 382 | July 17, 2013 Email from Sabi@artesing.sg to Samuel Valette | DEFS0042817 | * | |
| PX | 383 | August 31, 2012 Email from Yves Bouvier to Olga Khorobrykh | P0008577-79 | 901, 1002 | |
| PX | 384 | September 11, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0023852 | * | |
| PX | 385 | Accent Delight File for Payment of Klimt | P0003078-83 | * | |
| PX | 386 | February 16, 2013 Email from Yves Bouvier to Samuel Valette and Franco Momente | STH0001325 | * | |
| PX | 387 | July 17, 2013 Email from Samuel Valette to Jean-Marc Peretti | STH0002047 | * | |
| PX | 388 | July 23, 2013 Email from Samuel Valette to Jean-Marc Peretti and Yves Bouvier | STH0002068-69 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 389 | July 24, 2013 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | STH0002073 | * | |
| PX | 390 | February 2, 2014 Email from Yves Bouvier to Samuel Valette | STH0002126 | * | |
| PX | 391 | August 22, 2012 Email from Samuel Valette to Jean-Marc Peretti and Yves Bouvier | DEFS0041705 -06 | * | |
| PX | 392 | June 26, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0008672 | 901, 1002 | |
| PX | 393 | June 26, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0008684-85 | 901, 1002 | |
| PX | 394 | June 30, 2012 Email from Samuel Valette to Yves Bouvier | STH0001151 | * | |
| PX | 395 | July 9, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041083 | * | |
| PX | 396 | July 9, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014874 | * | |
| PX | 397 | July 24, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014880 | * | |
| PX | 398 | July 19, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014877 | * | |
| PX | 399 | July 24, 2012 Email from Samuel Valette to Jean-Marc Peretti | DEFS0041712 | * | |
| PX | 400 | July 25, 2012 Email from Samuel Valette to Jean-Marc Peretti | DEFS0041713 | * | |
| PX | 401 | December 4, 2012 from Yves Bouvier to Mikhail Sazonov | P0008720 | * | |
| PX | 402 | December 27, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014967 | * | |
| PX | 403 | March 12, 2013 Email from Frederick Schultz to Robert B Simon | SPA.000094 | 901 | |
| PX | 404 | July 22, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014878 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 405 | March 20, 2013 Email from Marina Phelan to Michael Simches, Alex Bell, Rose Stella, Warren Adelson, Robert Simon, and Alex Parish | SPA.000524-25 | 901 | |
| PX | 406 | April 10, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0015209 | * | |
| PX | 407 | May 1, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0041066 | * | |
| PX | 408 | May 3, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0015248 | * | |
| PX | 409 | May 15, 2013 Email from Yves Bouvier to Samuel Valette and Savi@artesing.sg | DEFS0041763 | 802, 901 | |
| PX | 410 | May 22, 2013 Email from Yves Bouvier to Samuel Valette, Sabi@artesign.sg, and Franco Momente | DEFS0043350 | * | |
| PX | 411 | October 19, 2004 Letter signed by the Eagle Overseas Co. Ltd. and addressed to Fine Art Transports Natural Le Coultre SA | P0004761 | * | |
| PX | 412 | October 29, 2004 Email from Yves Bouvier to Mikhail Sazonov | P0004764 | * | |
| PX | 413 | October 4, 2006 Email from Yves Bouvier to Mikhail Sazonov | P0013954-55 | * | |
| PX | 414 | April 10, 2006 Letter signed by Kinsride Finance Ltd. and addressed to Xitrans Finance Limited. | P0015734 | * | |
| PX | 415 | File on Modigliani's *Nu Couche aux Bras Leves* signed by Kinsride Finance Ltd. and addressed to Xitrans Finance Limited. | P0015745-48 | * | |
| PX | 416 | November 10, 2014 Email from Ekaterina Rybolovleva to Michael Macaulay | P0025314 | * | |
| PX | 417 | November 13, 2014 Email from Michael Macaulay to Ekaterina Rybolovleva | P0025350 | * | |
| PX | 418 | April 11, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014352 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 419 | April 20, 2012 Email from Yves Bouvier to Olga Khorobrykh | P0023508-09 | * | |
| PX | 420 | January 9, 2013 Email from Yves Bouvier to Olga Khorobrykh | P0023987-88 | * | |
| PX | 421 | February 20, 2013 Email from Olga Khorobrykh to Yves Bouvier | P0030607-11 | * | |
| PX | 422 | November 10, 2013 from Yves Bouvier to Olga Khorobrykh | P0024906-08 | * | |
| PX | 423 | April 9, 2014 Email from Olga Khorobyrkh to Cedric Pacreau and Yves Bouvier | P0025063 | 802 | |
| PX | 424 | November 6, 2014 Email from Olga Khorobrykh to Yves Bouvier and Cedric Pacreau | P0025309 | * | |
| PX | 425 | October 13, 2013 Email from Ekaterina Rybolovleva to Olga Khorobrykh | P0030740-41 | * | |
| PX | 426 | February 30, 2015 Power of Attorney from Accent Delight International Ltd. to Dmitry Rybolovlev | P0012467 | * | |
| PX | 427 | October 9, 2010 Power of Attorney from Accent Delight International Ltd. to Dmitry Rybolovlev | P0011155 | * | |
| PX | 428 | January 22, 2015 Letters from Steven A. Cohen and Sandy Heller | DEFS0055922-23 | 402, 403, 802 | |
| PX | 429 | April 13, 2013 Email from Yves Bouvier to Samuel Valette | DEFS0004679 | * | |
| PX | 430 | HSBC Bank Record Showing Payment of Yves Bouvier's Commission for Da Vinci's *Christ as Salvator Mundi* | P0042213 | 802, 901 | |
| PX | 431 | April 16, 2015 Email from Nanne Dekking to Bruno Vinciguerra | DEFS0052820 | 402, 403 | |
| PX | 432 | April 29, 2013 Email from Samuel Valette to Anastasia Shatalova, Hooft Graafland, Irina Kronrad, Fiorella Ballabio, Fergus Duff, and Lilija Sitnika | DEFS0041022 | * | |
| PX | 433 | Mediation Statement of Alexander Parish, Warren Adelson and Robert Simon | ASP00001-37 | 402, 403, 802 | Yes |
| PX | 434 | Summary of Plaintiff's Purchases and Relevant Commissions | | 402, 403, 802, 1006 | |

| PX | 435 | Curriculum Vitae of Guy Sainty | | 402, 403, 802 | |
|----|-----|-----|-----|-----|-----|
| PX | 436 | Curriculum Vitae of Robert Wittman | | 402, 403, 802 | |
| PX | 437 | Defendants' Statement of Material Facts and Responses to Plaintiff's Statement of Material Facts Pursuant to Local Rule 56.1 | | 106, 402, 403, 801, 901 | |
| PX | 438 | March 27, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0015178-15179 | 402, 403 | |
| PX | 439 | Excerpts of Sotheby's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, Dkt. 442 | | 106, 402, 403, 802, 901 | |
| PX | 440 | Excerpts of Sotheby's Response to Plaintiffs' Statement of Material Facts and Counterstatement of Material Facts pursuant to Local Civil Rule 56.1, Dkt. 444 | | 106, 402, 403, 802, 901 | |
| PX | 441 | Excerpts of Sotheby's Response to Plaintiffs' Counterstatement of Material Facts Pursuant to Local Civil Rule 56.1, Dkt. 481 | | 106, 402, 403, 802, 901 | |