UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> -against- <br><br> SOTHEBY'S and SOTHEBY'S INC., <br><br> Defendants. | Case No. 18-cv-9011(JMF) |

## DEFENDANTS' EXHIBIT LIST

| Exhibit | | Description | Bates Numbers | Plaintiff's Objections | Advanced Ruling Requested? |
|---|---|---|---|---|---|
| DX | 1 | 2003-06-12 - Email from Y. Bouvier to M. Sazonov | P0013916 P0013917-21 | FRE 802, 401-403 | |
| DX | 2 | 2003-07-26 - Landscape with Olive Tree Sales Agreement | P0041829-34 | FRE 802, 401-403 | |
| DX | 3 | 2004-01-21 - Letter from R. Lerner to M. Findlay | P0012780-87 | * | |
| DX | 4 | 2004-08-10 - Power of Attorney of The Eagle Overseas Company Limited | P0012833-36 | FRE 401-403, 802, 901 | |
| DX | 5 | 2004-10-19 - Letter from T. Takashima to Mr. Bouvier | P0012928 | * | |
| DX | 6 | 2004-10-22 - Agreement of Sale between Acquavella LLC and The Eagle Oversees Company Limited | P0012798-804 | * | |
| DX | 7 | 2004-10-25 - Les Noces de Pierrette Sales Agreement | P0020079-82 | FRE 802, 401-403 | |
| DX | 8 | 2004-12-16 - Email from D. Zarb to M. Sazonov | P0004765 (from 4704) | FRE 401-403 | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 9 | 2006-03-31 - Email from Y. Bouvier to M. Sazonov | P0004800-05 (from 4792) | FRE 802, 401-403, 1002-1003 | |
| DX | 10 | 2006-04-04 - Email from Y. Bouvier to M. Sazonov | P0030277-78 | FRE 401-403, 802, 901 | |
| DX | 11 | 2006-10-04 - Email from Y. Bouvier to M. Sazonov | P0013954-55 | * | |
| DX | 12 | 2006-10-06 - Email from Y. Bouvier to M. Sazonov | P0013956-57 | FRE 401-403, 802, 901 | |
| DX | 13 | 2006-10-11 - Email from Y. Bouvier to M. Sazonov | P0013958-59 | FRE 401-403, 802 | |
| DX | 15 | 2008-02-13 - Email from Y. Bouvier to M. Sazonov | P0013994 | * | |
| DX | 16 | 2009-01-05 - Email from Y. Bouvier to M. Sazonov | P0014057 P0014058-65 | FRE 401-403, 802, 901 | Yes |
| DX | 17 | 2009-02-26 - Email from M. Sazonov to Y. Bouvier | P0014067 | FRE 401-403, 802 | Yes |
| DX | 18 | 2010-03-15 - Email from M. Sazonov to Y. Bouvier | P0023020 | FRE 401-403, 802 | Yes |
| DX | 19 | 2010-10-11 - Email from F. Giacobino to M. Sazonov | P0023074 | FRE 401-403, 802 | |
| DX | 20 | 2010-10-13 - Email from M. Sazonov to Y. Bouvier | P0014213-14 | * | |
| DX | 21 | 2011-06-09 - Email from M. Sazonov to Y. Bouvier | P0014401-02 | * | |
| DX | 22 | 2011-12-05 - Invoice from MEI Invest to Accent Delight re Domaine d'Arnheim | P0014528 | * | |
| DX | 23 | 2011-12-16 - Invoice from Y. Bouvier to Accent Delight re Domaine d'Arnheim | P0014536 | * | |
| DX | 24 | 2011-12-20 - Email from J. Pissarro to S. Heller | SH0030 | FRE 401-403, 802, 901 | |
| DX | 25 | 2011-12-21 - Email from J. Pissarro to S. Heller | SH0035-36 | FRE 401-403, 802, 901 | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 26 | 2011-12-23 - Email from L. Pissarro to S. Heller | SH0044-45 | FRE 401-403, 802, 901 | |
| DX | 27 | 2011-12-24 - Email from S. Heller to C. Geary | SH0046 | FRE 401-403, 802, 901 | |
| DX | 28 | 2012-01-05 - Email from C. Geary to L. Pissarro | SH0275-76 | FRE 401-403, 802, 901 | |
| DX | 29 | 2012-01-06 - Email from C. Geary to S. Pissarro | SH0293-94 | FRE 401-403, 802, 901 | |
| DX | 30 | 2012-01-09 - Email from L. Pissarro to C. Geary, S. Pissarro | SH0303-04 | FRE 401-403, 802, 901 | |
| DX | 31 | 2012-01-14 - Email from L Pissarro to S. Heller | SH0323 | FRE 401-403, 802, 901 | |
| DX | 32 | 2012-09-09 - Email from M. Sazonov to Y. Bouvier | P0014901 | * | |
| DX | 33 | 2012-09-13 - Invoice from Mei Invest Limited to Accent Delight re Wasserschlangen | P0014907 | * | |
| DX | 34 | 2012-11-02 - Email from Y. Bouvier to E. Rybolovleva | P0030519-20 | * | |
| DX | 35 | 2012-11-14 - Email from Y. Bouvier to E. Rybolovleva | P0030526-28 | * | |
| DX | 36 | 2012-12-04 - Email from M. Sazonov to Y. Bouvier | P0014949-50 | * | |
| DX | 37 | 2012-12-04 - Email from M. Sazonov to Y. Bouvier | P0014951 | * | |
| DX | 38 | 2012-12-11 - Email from Yves Bouvier to M. Sazonov | P0014958 | * | |
| DX | 39 | 2012-12-17 - Email from M. Sazonov to Y. Bouvier | P0014963-64 | FRE 802, 901 | |
| DX | 40 | 2012-12-19 - Email from M. Sazonov to Y. Bouvier | P0014966 | * | |
| DX | 41 | 2012-12-29 - Email from Y. Bouvier to M. Sazonov | P0014968 | * | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 42 | 2013-01-03 - Email from M. Sazonov to Y. Bouvier | P0014970 | * | |
| DX | 43 | 2013-01-7 - Invoice from Mei Invest Limited to Accent Delight re Tete | P0014977 | * | |
| DX | 44 | 2013-03-11 - Invoice from Y. Bouvier to Accent Delight re Tete | P0015159 | * | |
| DX | 45 | 2013-03-18 - Email from M. Sazonov to Y. Bouvier | P0024220 | * | |
| DX | 46 | 2013-03-21 - Email from M. Sazonov to O. Khorobrykh | P0024238 | * | |
| DX | 47 | 2013-03-22 - Email from A. Warren to S. Robert, A. Parish, M. Simches | P0000617 | * | |
| DX | 48 | 2013-03-25 - Email from M. Sazonov to Y. Bouvier | P0015167-70 | FRE 802 | |
| DX | 50 | 2013-04-09 - Email from M. Sazonov to Y. Bouvier | P0015203 | * | |
| DX | 51 | 2013-05-03 - Invoice from MEI Invest to Accent Delight re Salvator Mundi | P0024462 | * | |
| DX | 52 | 2013-05-29 - Email from M. Sazonov to O. Khorobrykh | P0024548 P0024549-50 | FRE 401-403 | |
| DX | 53 | 2013-07-15 - Email from M. Sazonov to Y. Bouvier | P0015380-82 | FRE 401-403, 802 | Yes |
| DX | 54 | 2013-07-18 - Email from Y. Bouvier to M. Sazonov, T. Bersheda | P0030715-16 | FRE 401-403, 802 | Yes |
| DX | 55 | 2013-07-19 - Email from T. Bersheda to Y. Bouvier, M. Sazonov | P0030718-19 | FRE 401-403, 802 | Yes |
| DX | 56 | 2013-07-23 - Email from T. Bersheda to Y. Bouvier, M. Sazonov | P0030720-21 | FRE 401-403, 802, 901 | Yes |
| DX | 57 | 2013-08-2 - Invoice from Y. Bouvier to Accent Delight re Wasserschlangen | P0015390 | * | |
| DX | 58 | 2013-09-24 - Email from Y. Bouvier to M. Sazonov | P0030723-24 | FRE 802, 901 | |
| DX | 59 | 2019-12-12 - Monaco Court of Appeals Decision | | FRE 401-403, 802, 901-902 | Yes |
| DX | 60 | 2015-02-22 - Email from Y. Bouvier to M. Sazonov | P0016039-41 | * | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 61 | 2014-07-28 - Email from M. Sazonov to Y. Bouvier | P0030828 | * | |
| DX | 62 | 2014-07-30 - Email from M. Sazonov to Y. Bouvier | P0015522-23 | * | |
| DX | 63 | 2014-08-03 - Email from M. Sazonov to Y. Bouvier | P0015525-26 | * | |
| DX | 64 | 2014-08-05 - Email from M. Sazonov to Y. Bouvier | P0015529-32 | * | |
| DX | 65 | 2014-08-12 - Email from C. Pacreau to O. Khorobrykh | P0025191-92 P0025193-96 | * | |
| DX | 66 | 2014-08-13 - Email from C. Pacreau to O. Khorobrykh | P0025199-200 | * | |
| DX | 67 | 2014-08-21 - Email from C. Pacreau to O. Khorobrykh | P0025201-02 P0025203-06 | * | |
| DX | 68 | 2014-08-21 - Email from C. Pacreau to O. Khorobrykh | P0025209-10 | * | |
| DX | 69 | 2014-08-22 - Email from O. Khorobrykh to C. Pacreau | P0025211 | * | |
| DX | 70 | 2014-08-26 - Email from C. Pacreau to O. Khorobrykh | P0025218-19 | * | |
| DX | 71 | 2014-09-09 - Email from M. Sazonov to Y. Bouvier | P0015534-36 | * | |
| DX | 72 | 2014-09-18 - Email from F. Giacobino to A. Yakovlev | P0015542 P0015544 | * | |
| DX | 73 | 2014-09-18 - Email from M. Sazonov to F. Giacobino | P0015546 P0015548 | * | |
| DX | 74 | 2014-09-18 - Email from F. Giacobino to A. Yakovlev | P0015549 P0015550 | * | |
| DX | 75 | 2014-10-13 - Email from M. Sazonov to Y. Bouvier | P0015561 | FRE 802 | |
| DX | 76 | 2014-10-13 - Email from Y. Bogdanov to Y. Bouvier | P0025259 | * | |
| DX | 77 | 2014-10-18 - Email from M. Macaulay to E. Rybolovleva | P0025284-86 P0025287 | FRE 401-403, 802 | |
| DX | 78 | 2014-10-22 - Email from Y. Bogdanov to Y. Bouvier | P0025290-91 | * | |
| DX | 79 | 2014-10-25 - Email from Y. Bouvier to Y. Bogdanov | P0015613 P0015614 | FRE 401-403, 802 | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 80 | 2014-11-10 - Email from E. Rybolovleva to M. Macaulay | P0025314-15 | FRE 401-403, 802 | |
| DX | 81 | 2014-11-12 - Email from E. Rybolovleva to M. Macaulay | P0025338-40 | FRE 401-403, 802 | |
| DX | 82 | 2014-11-13 - Email from M. Macaulay to E. Rybolovleva | P0025350 | FRE 401-403, 802 | |
| DX | 83 | 2014-11-21 - Email from M. Sazonov to Y. Bogdanov | P0025365 | * | |
| DX | 84 | 2014-11-22 - Email from Y. Bogdanov to O. Khorobrykh | P0025375 P0025377 | * | |
| DX | 85 | 2014-11-28 - Email from Y. Bogdanov to M. Sazonov | P0025385 | * | |
| DX | 86 | 2014-12-12 - Email from F. Giacobino to Y. Bogdanov | P0025394 P0025395-99 P0025400-04 P0025405-09 P0025410-14 | * | |
| DX | 87 | 2014-12-14 - Email from M. Sazonov to Y. Bouvier | P0015622-24 | * | |
| DX | 88 | 2006-04-10 - Sale Agreement between Xitrans Finance Ltd. and Kinsride Finance Ltd | P0015739-43 (in P0015727) | FRE 802, 401-403 | |
| DX | 89 | 2006-10-16 - Sale Agreement between Xitrans Finance Ltd. and MEI Invest | P0015811-15 | FRE 802, 401-403 | |
| DX | 90 | 2013-07-01 - Invoice from Y. Bouvier to Accent Delight re Salvator Mundi | P0025447 (in P0025446) | * | |
| DX | 91 | 2015-01-22 - Email from D. Turysk to E. Bechenit | P0015902-07 | FRE 401-403, 802 | |
| DX | 92 | 2015-01-22 - Email from M. Sazonov to Y. Bouvier | P0025458-61 | FRE 401-403, 802 | |
| DX | 93 | 2015-01-29 - Email from S. Heller to M. Sazonov | P0025518 P0025519-22 | FRE 401-403, 802 | Yes |
| DX | 94 | 2015-02-02 - Email from C. Geary to S. Heller | SH1172-73 | FRE 401-403, 802 | Yes |
| DX | 95 | 2015-02-03 - Email from C. Geary to M. Sazonov | P0015981 P0015982-83 P0015985 | FRE 401-403, 802 | |
| DX | 99 | 2015-02-11 - Agreement between Heller Group and Accent Delight | P0016013-21 | FRE 401-403 | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 100 | 2015-02-17 - Email from O. Khorobrykh to C. Pacreau | P0030901 | FRE 401-403 | Yes |
| DX | 101 | 2015-02-18 - Email from O. Khorobrykh to C. Pacreau | P0025581-83 | FRE 401-403 | Yes |
| DX | 102 | 2015-02-25 - Email from S. Chernitsyn to B. Cattell | P0016052 | * | |
| DX | 104 | 2015-03-11 - Email from S. Heller to M. Sazonov | P0031063-65 | * | |
| DX | 105 | 2015-04-27 - Consignment Agreement from the Heller Group LLC to Accent Delight | P0019730-32 | FRE 401-403 | Yes |
| DX | 106 | 2015-05-04 - May 4, 2015 Monaco Proceeding Transcript | P0002000-01 P0002002-03 | * | |
| DX | 107 | 2015-05-13 - Works Chart | P0027476-95 | * | |
| DX | 108 | 2015-05-14 - Email from C. Geary to M. Sazonov | P0027520-21 | * | |
| DX | 109 | 2015-05-15 - Email form Y. Bogdanov to A. Yakovlev | P0017996 P0017998-18001 | FRE 401-403, 802 | Yes |
| DX | 110 | 2015-05-22 - Consignment Agreement between the Heller Group LLC and Accent Delight | P0018108-09 | FRE 401-403 | Yes |
| DX | 111 | 2015-09-01 - Email from M. Sazonov to O. Khorobrykh | P0028361 P0028362-71 | * | |
| DX | 112 | 2015-10-08 - Consignment Agreement between the Heller Group LLC and Accent Delight | P0019475-91 | FRE 401-403 | Yes |
| DX | 113 | 2015-10-16 - Invoice from the Heller Group LLC to Accent Delight | P0019552-54 | FRE 401-403 | |
| DX | 114 | 2015-10-19 - Email from A. Sazonov to S. Chernitsyn | P0029025-28 | FRE 401-403, 802 | Yes |
| DX | 115 | 2015-10-20 - Email from G. Vladychenko to A. Yakovlev | P0019651 P0019652 | FRE 401-403 | Yes |
| DX | 116 | 2015-10-26 - Consignment Letter from the Heller Group LLC to Accent Delight | P0029099-101 | FRE 401-403 | Yes |
| DX | 117 | 2015-10-28 - Consignment Letter from the Heller Group LLC to Xitrans Finance | P0041314-18 | FRE 401-403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| DX | 118 | 2015-10-26 - Consignment letter from The Heller Group LLP to Xitrans Finance | P0041712-14 | FRE 401-403 | Yes |
| DX | 119 | 2015-11-02 - Consignment Letter from the Heller Group LLC to Accent Delight | P0041319-22 | FRE 401-403 | Yes |
| DX | 120 | 2015-11-07 - Email from S. Heller to M. Sazonov | P0029177-78 | FRE 401-403 | Yes |
| DX | 121 | 2015-11-07 - Consignment Letter from the Heller Group LLC to Accent Delight | P0029204-06 | FRE 401-403 | Yes |
| DX | 122 | 2015-11-07 - Consignment Letter from the Heller Group LLC to Xitrans Finance | P0041776-78 | FRE 401-403 | Yes |
| DX | 123 | 2015-11-12 - Consignment Letter from the Heller Group LLC to Accent Delight | P0019980-83 | FRE 401-403 | Yes |
| DX | 124 | 2015-11-12 - Consignment Letter from the Heller Group LLC to Accent Delight | P0020651-54 | FRE 401-403 | Yes |
| DX | 125 | 2015-11-12 - Consignment Letter from the Heller Group LLC to Accent Delight | P0020656-58 | FRE 401-403 | Yes |
| DX | 126 | 2015-11-12 - Consignment Letter from the Heller Group LLC to Accent Delight | P0041785-87 | FRE 401-403 | Yes |
| DX | 127 | 2015-11-12 - Consignment Letter from the Heller Group LLC to Xitrans Finance | P0019985-88 | FRE 401-403 | Yes |
| DX | 128 | 2015-11-17 - Sale Agreement re L'Homme Assis Au Verre | P0020272-323 | FRE 401-403 | Yes |
| DX | 129 | 2015-11-17 - Sale Agreement re Les Noces de Pierrette | P0020324-60 | FRE 401-403 | Yes |
| DX | 130 | Rybolovlev Background Information | P0003768-74 | FRE 401-403, 802 | Yes |
| DX | 131 | 2015-12-29 - Email from M. Sazonov to Y. Bogdanov | P0034683 P0034684 | FRE 401-403, 802 | Yes |
| DX | 132 | 2016-01-04 - Email from Y. Bogdanov to G. Vladychenko, A. Yakovlev | P0029698 P0029699 | FRE 401-403, 802 | Yes |
| DX | 133 | 2016-01-13 - Consignment Letter from the Heller Group LLC to Accent Delight | P0029743-46 | FRE 401-403 | Yes |
| DX | 134 | 2016-01-22 - Consignment Letter from the Heller Group LLC to Xitrans Finance | P0029779-82 | FRE 401-403 | Yes |

| DX | 135 | 2016-02-01 - Email from C. Geary to M. Sazonov | P0029812-15 | FRE 401-403 | Yes |
|---|---|---|---|---|---|
| DX | 136 | 2016-02-11 - Consignment Letter from the Heller Group LLC to Xitrans Finance | P0029942-45 | FRE 401-403 | Yes |
| DX | 137 | 2016-02-29 - Consignment Letter from the Heller Group LLC to Accent Delight | P0021018-21 | FRE 401-403 | Yes |
| DX | 138 | 2016-02-29 - Consignment Letter from the Heller Group LLC to Accent Delight | P0030079-82 | FRE 401-403 | Yes |
| DX | 139 | 2006-10-06 - Email from Y. Bouvier to R. Reynard | | FRE 401-403, 802, 901 | Yes |
| DX | 140 | Tete Auction Catalogue | P0008858-61 | * | |
| DX | 142 | 2016-10-21 - Privileged Documents (REDACTED) | | FRE 401-403 | Yes |
| DX | 147 | 2006-04-04 - Email from M. Sazonov to Y. Bouvier | | FRE 401-403, 802, 901 | |
| DX | 148 | 2021-02-21 – Plaintiffs' Supplemental Privilege Log re Sotheby's Documents | | FRE 401-403 | Yes |
| DX | 149 | 2013-02-15 - Email from S. Harrison to A. Hawkins | HARRISON_0002 | FRE 802, 901 | |
| DX | 150 | 2013-03-10 - Email from S. Harrison to M. Sazonov | HARRISON_0006-07 | FRE 802, 901 | |
| DX | 151 | 2013-03-11 - Email from M. Sazonov to S. Harrison | HARRISON_0015 | FRE 802, 901 | |
| DX | 152 | 2013-03-11 - Email from S. Harrison to M. Sazonov | HARRISON_0033-35 | FRE 802, 901 | |
| DX | 153 | 2013-03-11 - Email from M. Sazonov to S. Harrison | HARRISON_0036-38 | FRE 802, 901 | |
| DX | 154 | 2013-03-11 - Email from S. Harrison to A. Hawkins | HARRISON_0049 | FRE 802, 901 | |
| DX | 155 | 2013-03-11 - Email from S. Harrison to A. Hawkins | HARRISON_0055 | FRE 802, 901 | |
| DX | 156 | 2013-03-13 - Email from A. Hawkins to S. Harrison | HARRISON_0056 | FRE 802, 901 | |
| DX | 157 | 2013-03-13 - Email from S. Harrison to M. Sazonov | HARRISON_0057 | FRE 802, 901 | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 158 | 2013-03-13 - Email from S. Harrison to M. Sazonov | HARRISON_0062-64 | FRE 802, 901 | |
| DX | 159 | 2013-03-13 - Email from S. Harrison to M. Sazonov | HARRISON_0076 | FRE 802, 901 | |
| DX | 160 | 2013-03-16 - Email from M. Sazonov to S. Harrison | HARRISON_0087 | FRE 802, 901 | |
| DX | 161 | 2013-03-21 - Email from S. Harrison to M. Sazonov | HARRISON_0088 | FRE 802, 901 | |
| DX | 162 | 2013-03-22 - Email from S. Harrison to A. Hawkins | HARRISON_0098-100 | FRE 802, 901 | |
| DX | 163 | 2013-03-24 - Email from A. Hawkins to S. Harrison | HARRISON_0101-03 HARRISON_0104-24 | FRE 802, 901 | |
| DX | 164 | 2008-04-04 - Email from M. Sazonov to Y. Bouvier | P0013998-14001 | * | |
| DX | 165 | 2013-03-24 - Email from S. Harrison to M. Sazonov | HARRISON_0153-55 HARRISON_0156-76 | FRE 802, 901 | |
| DX | 166 | 2004-08-31 - Invoice from Eagle Overseas to Xitrans | P0015826-28 | FRE 802, 401-403 | |
| DX | 167 | 2013-03-24 - Email from M. Sazonov to S. Harrison | HARRISON_0205-07 | FRE 802, 901 | |
| DX | 168 | 2013-03-24 - Email from M. Sazonov to S. Harrison | HARRISON_0235-39 | FRE 802, 901 | |
| DX | 169 | Plaintiffs' Rule 30(b)(6) Deposition Notes | P0041978-42028 | FRE 401-403, FRE 106, FRE 802 | Yes |
| DX | 170 | 2015-02-11 - Agreement between Heller Group, LLC and Accent Delight International LTD | SH0016-24 | FRE 401-403 | |
| DX | 171 | 2015-01-23 - Email from S. Heller to M. Sazonov | SH1136-54 | FRE 802, 401-403 | |
| DX | 172 | 2015-01-29 - Email from M. Sazonov to S. Heller | SH1157-63 | FRE 802, 401-403 | |
| DX | 173 | 2015-02-05 - Email from A.L. Moore to C. Geary | SH1266-78 | FRE 802, 401-403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| DX | 174 | 2015-04-27 - Email from S. Heller to M. Sazonov | SH2177 | FRE 802, 401-403 | |
| DX | 175 | 2015-09-21 - Email from M. Sazonov to S. Heller | SH2595-96 | FRE 802, 401-403 | Yes |
| DX | 176 | 2017-09-14 - Email from S. Heller to Y. Bogdanov | SH3686-3709 | FRE 802, 401-403 | Yes |
| DX | 177 | 2019-10-07 - Plaintiffs' Responses and Objections to Sotheby's First Set of Interrogatories | | * | |
| DX | 178 | Xitrans Cert of Incorporation | P0011133 | * | |
| DX | 179 | Accent Delight Cert of Incorporation | P0011064 | * | |
| DX | 180 | 2005-06-03 - Xitrans Power of Attorney | P0011154 | * | |
| DX | 181 | 2010-10-09 - Accent Delight Power of Attorney | P0011155 | * | |
| DX | 182 | 2015-01-09 - Accent Delight Power of Attorney | P0011156 | * | |
| DX | 183 | 2015-02-27 - Accent Delight Power of Attorney | P0012466 | FRE 401-403 | |
| DX | 184 | 2015-02-28 - Xitrans Power of Attorney | P0012496 | FRE 401-403 | |
| DX | 185 | 2015-02-30 - Accent Delight Power of Attorney | P0012467 | * | |
| DX | 186 | 2015-03-31 - Accent Delight Power of Attorney | P0026593 | FRE 401-403 | |
| DX | 187 | Sales of the Works | | FRE 401-403 | Yes |
| DX | 188 | Insurance Coverage re Works | | FRE 401-403 | Yes |
| DX | 189 | All Artworks Acquired by Plaintiffs and-or DR - Revised 09.04.20 | | * | |
| DX | 190 | Financial Transactions Involving the Works - Revised 09.04.20 | | FRE 401-403 | Yes |
| DX | 191 | Plaintiffs' Second Amended Complaint | | FRE 106, FRE 802 | |
| DX | 192 | 2019-10-16 - Rybolovlev Supplemental Swiss Criminal Complaint | | FRE 401-403, FRE 106, FRE 802 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| DX | 194 | 2015-10-26 - Letter from the Heller Group to Accent Delight | P0041715-17 | FRE 401-403 | Yes |
| DX | 195 | 2013-03-14 - Email from M. Sazonov to Y. Bouvier | P0015164 | * | |
| DX | 196 | 2013-03-19 - Email from O. Khorobrykh to Y. Bouvier | P0024221-23 | * | |
| DX | 197 | 2003-04-01 - Letter from Y. Bouvier to D. Rybolovlev | P0005856-57 | * | |
| DX | 198 | 2013-10-24 - Redacted Copy of Letter from A. Serra | P0008638 P0008639 | * | |
| DX | 199 | 2015-01-20 - Excerpts from Testimony of M. Sazonov, Transcript from the Principality of Monaco | P0005298-300 | FRE 401-403; FRE 802; FRE 106 | Yes |
| DX | 200 | 2015-01-28 - Excerpts from Testimony of Y. Bogdanov, Transcript from the Principality of Monaco | P0005301-04 | FRE 401-403; FRE 802; FRE 106 | Yes |
| DX | 201 | 2020-03-04 - Excerpts from Minutes of Hearing from the Republic and Canton of Geneva | P0010930-40 | FRE 401-403; FRE 802; FRE 106 | |
| DX | 202 | 2013-03-11 - Email from S. Harrison to M. Sazonov | HARRISON_0 046-48 | * | |
| DX | 203 | 2015-10-29 - Email from C. Geary to D. Vogt | SH2738-39 SH2740-47 | FRE 401-403 | Yes |
| DX | 204 | 2012-05-14 - Verified Am. Compl. and Ex. A, *Rybolovleva v. Rybolovlev et. al.*, Index No. 102168/2012 (N.Y. Sup. Ct.) | | FRE 401-403 | Yes |
| DX | 205 | 2013-01-09 - Email from M. Sazonov to Y. Bouvier | P0014971-72 | FRE 401-403 | |
| DX | 206 | 2013-01-18 - Email from F. Giacobino to D. Mourtzi | P0024016-17 | FRE 401-403 | |
| DX | 207 | 2013-01-18 - Email from M. Sazonov to Y. Bouvier | P0024018 | FRE 401-403 | |
| DX | 208 | 2014-07-07 - Email from M. Sazonov to Y. Bouvier | P0015507-08 | * | |
| DX | 209 | 2014-07-25 - Email from M. Sazonov to Y. Bouvier | P0015516-20 | * | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 210 | 2014-07-29 - Email from M. Sazonov to Y. Bouvier | P0015521 | * | |
| DX | 211 | 2014-09-09 - Email from M. Sazonov to Y. Bouvier | P0015537-39 | * | |
| DX | 212 | 2014-09-19 - Email from F. Giacobino to M. Sazonov | P0025232 | * | |
| DX | 213 | 2014-10-21 - Email from Y. Bogdanov to M. Sazonov | P0025289 | FRE 401-403 | |
| DX | 214 | 2014-11-24 - Email from Y. Bouvier to Y. Bogdanov | P0025378 | FRE 401-403 | |
| DX | 215 | 2014-11-27 - Email from Y. Bouvier to Y. Bogdanov | P0025381-82 | * | |
| DX | 216 | 2014-12-5 - Email from Y. Bogdanov to Y. Bouvier | P0025392 P0025393 | FRE 401-403, FRE 106 | |
| DX | 217 | 2014-12-25 - Email from M. Sazonov to Y. Bouvier | P0015655 | * | |
| DX | 218 | 2015-01-16 - Email from M. Sazonov to Y. Bouvier | P0015887-90 | * | |
| DX | 219 | 2013-03-12 - Email from W. Adelson to R. Simon | P0000096-97 | * | |
| DX | 220 | 2013-03-13 - Email from W. Adelson to R. Simon | P0000099-100 | * | |
| DX | 221 | 2013-03-13 - Email from W. Adelson to R. Simon | P0000103-05 | * | |
| DX | 222 | 2013-03-15 - Email from W. Adelson to M. Simches | P0000113 | * | |
| DX | 223 | 2013-03-15 - Email from A. Parish to W. Adelson, A. Bell | P0000117 | * | |
| DX | 224 | 2013-03-15 - Email from W. Adelson to A. Bell | P0000120 | * | |
| DX | 225 | 2013-03-20 - Email from A. Hawkins to R. Simon | P0000532 | * | |
| DX | 226 | 2013-03-21 - Email from F. Schultz to A. Hawkins | P0000565-66 | * | |
| DX | 227 | 2013-03-22 - Email from W. Adelson to R. Simon, A. Parish | P0000606 | * | |
| DX | 228 | 2013-03-22 - Email from A. Parish to W. Adelson | P0000613 | * | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 229 | 2013-03-23 - Email from A. Hawkins to R. Simon, F. Schultz | P00000619 | * | |
| DX | 230 | 2013-03-23 - Email from W. Adelson to A. Parish, M. Simches | P0000627-28 | * | |
| DX | 231 | 2013-03-24 - Email from R. Simon to W. Adelson, A. Parish, M. Simches | P0000629-30 | FRE 901 | |
| DX | 232 | 2013-03-24 - Email from W. Adelson to R. Simon, A. Parish, M. Simches | P0000632 | * | |
| DX | 233 | 2013-03-24 - Email from R. Simon to W. Adelson | P0000633-36 | FRE 901, FRE 106 | |
| DX | 234 | 2013-03-24 - Email from W. Adelson to R. Simon, A. Parish, M. Simches | P0000638 | * | |
| DX | 235 | 2013-03-24 - Email from A. Hawkins to R. Simon | P0000651-53 | FRE 901, FRE 106 | |
| DX | 236 | 2013-03-24 - Email from A. Hawkins to R. Simon, F. Schultz | P0000701-05 | FRE 901, FRE 106 | |
| DX | 237 | 2013-03-24 - Email from F. Schultz to A. Hawkins | P0000731-39 | FRE 901, FRE 106 | |
| DX | 238 | 2013-03-25 - Email from A. Hawkins to R. Simon, F. Schultz | P0000743-51 | FRE 901, FRE 106 | |
| DX | 239 | 2013-03-27 - Email from W. Adelson to R. Simon, A. Parish, M. Simches, J. Adelson | P0000816 | * | |
| DX | 240 | 2013-03-27 - Email from W. Adelson to A. Parish | P0000950-51 | * | |
| DX | 241 | 2013-04-10 - Email from W. Adelson to A. Parish, R. Simon | P0001181 | * | |
| DX | 242 | 2013-04-10 - Email from W. Adelson to A. Parish, R. Simon | P0001182 P0001183 | * | |
| DX | 243 | Excerpts of Plaintiffs' Response to Defendants' Counterstatement of Material Facts Pursuant to Local Civil Rule 56.1 | | FRE 106, FRE 802, FRE 1002 | |
| DX | 244 | Excerpts of Plaintiffs' Response to Defendants' Statement of Material Facts Pursuant to Local Civil Rule 56.1 | | FRE 106, FRE 802, FRE 1002 | |
| DX | 245 | Plaintiffs' Response to Defendants' Statement of Material Facts Pursuant to Local Rule 56.1 | | FRE 106, FRE 802, FRE 1002 | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 246 | 2015-08-18 - Email from M. Sazonov to C. Geary | SH2362-67 | FRE 401-403, FRE 802 | Yes |
| DX | 247 | 2015-10-16 - Email from M. Sazonov to C. Geary | SH2672-80 | FRE 401-403, FRE 802 | Yes |
| DX | 248 | 2015-07-07 - Email from S. Heller to M. Sazonov | P0041563-64 | FRE 401-403 | Yes |
| DX | 249 | 2015-01-08 - Email from S. Heller to M. Sazonov | P0030868-69 | * | |
| DX | 250 | 2015-09-17 - Excerpts of Statement of Claim (Amendment No. 1) | P0011158-91 (in P0011157) | FRE 401-403, FRE 106, FRE 1002 | Yes |
| DX | 500 | 2011-01-05 - Email from R. Neville to B. Vinciguerra, M. Hooft, M. ten Holder | DEFS0043979 DEFS0043980 | * | |
| DX | 501 | 2011-08-30 - Email from M. Brehier to S. Valette | DEFS0040568 | * | |
| DX | 502 | 2011-09-02 - Email from S. Valette to A. Platon, H. Newman, N. Amin | DEFS0047071-72 | * | |
| DX | 503 | 2011-09-23 - Email from H. Chandler to R. Purchase, S. Brackley | DEFS0020693 | * | |
| DX | 504 | 2011-11-05 - Email from S. Valette to B. Stern | DEFS0039391 | * | |
| DX | 505 | 2011-11-09 - Email from A. Bell to G. Osborne | DEFS0007427 | * | |
| DX | 506 | 2011-11-10 - Email from I. Katsis to Y. Bouvier | DEFS0010338-39 | * | |
| DX | 507 | 2011-12-12 - Email from H. Chandler to S. Valette | DEFS0042176-77 | * | |
| DX | 508 | 2011-12-15 - Email from M. Hooft Graafland to B. Vinciguerra | DEFS0011498-99 DEFS0011500 | * | |
| DX | 509 | 2011-12-19 - Email from S. Valette to B. Ruprecht, T. Meyer, A. Rotter, S. Connery, D. Norman, B. Vinciguerra | DEFS0013351 | FRE 802, 401-403 | |
| DX | 510 | 2011-12-21 - Email from S. Valette to B. Ruprecht, T. Meyer | DEFS0042610-11 | * | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 511 | 2011-12-21 - Email from S. Valette to B. Ruprecht, T. Meyer | DEFS0022794 -95 | * | |
| DX | 512 | 2011-12-22 - Email from B. Ruprecht to S. Valette | DEFS0041342 -43 | FRE 802, 401-403 | |
| DX | 513 | 2011-12-24 - Email from Y. Bouvier to S. Valette | DEFS0023575 -77 | * | |
| DX | 514 | 2012-01-17 - Email from S. Valette to H. D'Ursel | DEFS0041387 | * | |
| DX | 515 | 2012-01-27 - Email from S. Valette to T. Meyer, B. Ruprecht re Modigliani | DEFS0042457 | FRE 802, 401-403 | |
| DX | 516 | 2012-01-28 - Email from Y. Bouvier to S. Valette | DEFS0042458 -62 | FRE 802, 401-403 | |
| DX | 517 | 2012-03-08 - Blancaflor file | DEFS0060390 -99 | FRE 802, 901 | |
| DX | 518 | 2012-04-24 - Email from F. Duff to S. Valette | DEFS0055225 DEFS0055226 | FRE 802, 401-403 | |
| DX | 519 | 2012-04-24 - Email from F. Duff to S. Valette | DEFS0055228 | FRE 802, 401-403 | |
| DX | 520 | 2012-04-24 - Email from S. Valette to H. Newman, A. Platon, S. Stock | DEFS0055230 | FRE 802, 401-403 | |
| DX | 521 | 2012-05-02 - Email from A. Bell to H. Wyndham | DEFS0024993 -94 | FRE 802, 401-403 | |
| DX | 522 | 2012-06-25 - Email from S. Valette to Y. Bouvier | DEFS0010526 | FRE 106 | |
| DX | 523 | 2012-06-26 - Email from S. Valette to Y. Bouvier | DEFS0041111 -12 | * | |
| DX | 524 | 2012-06-29 - Email from S. Valette to Y. Bouvier | DEFS0041071 | FRE 802 | |
| DX | 525 | 2012-07-03 - Email from E. Moureau to H. D'Ursel, G. Read, S. Valette | DEFS0041073 DEFS0041074 -77 | * | |
| DX | 526 | 2012-07-04 - Email from S. Valette to H. Chandler | DEFS0041078 -79 | * | |
| DX | 527 | 2012-09-20 - Email from S. Valette to H. D'Ursel | DEFS0042625 -26 | * | |
| DX | 528 | 2012-09-20 - Email from S. Valette to N. Amin, H. Newman, A. Platon, M. Clore, P. Hook | DEFS0042627 -28 | Incorrect Exhibit Stamp, FRE 802 | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 529 | 2012-09-20 - Email from N. Amin to B. Ruprecht | DEFS0015985 -86 | FRE 802 | |
| DX | 530 | 2012-09-20 - Email from N. Amin to B. Ruprecht | DEFS0015989 | FRE 802; 106 | |
| DX | 531 | 2012-10-04 - Email from S. Valette to B. Ruprecht | DEFS0037483 | FRE 802 | |
| DX | 532 | 2012-10-18 - Email from S. Valette to N. Sabi | DEFS0021545 | * | |
| DX | 533 | 2012-10-26 - Email from H. Chandler to S. Valette | DEFS0043453 | FRE 802; 106 | |
| DX | 534 | 2013-02-11 - Email from S. Valette to Y. Bouvier | DEFS0041764 | * | |
| DX | 535 | 2013-03-12 - Email from A. Bell to A. Bell | DEFS0001698 | FRE 802 | |
| DX | 536 | 2013-03-15 - Email from A. Parish to W. Adelson, A. Bell | DEFS0001712 | FRE 802 | |
| DX | 537 | 2013-03-15 - Email from A. Bell to S. Valette, B. Vinciguerra | DEFS0013260 -61 | FRE 802 | |
| DX | 538 | 2013-03-18 - Email from L. Hankin to W. Adelson, A. Bell | DEFS0008299 DEFS0008300 -20 DEFS0008321 -25 | FRE 802 | |
| DX | 539 | 2013-03-20 - Email from N. Sabi to S. Valette | DEFS0039840 | * | |
| DX | 540 | 2013-03-21 - Email from S. Valette to M. Phelan | DEFS0010438 | * | |
| DX | 541 | 2013-03-22 - Email from S. Valette to A. Martinat, B. Vinciguerra | DEFS0012281 -82 | * | |
| DX | 542 | 2013-03-22 - Email from A. Bell to M. Simches, R. Simon, A. Parish | DEFS0007505 | * | |
| DX | 543 | 2013-03-22 - Email from A. Bell to A. Parish | DEFS0007511 | * | |
| DX | 544 | 2013-03-23 - Email from S. Valette to A. Bell | DEFS0007512 | * | |
| DX | 545 | 2013-03-23 - Email from A. Bell to A. Parish | DEFS0007513 -18 | * | |
| DX | 546 | 2013-03-24 - Email from W. Adelson to A. Bell, S. Valette | DEFS0007519 | * | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 547 | 2013-03-24 - Email from S. Valette to W. Adelson, A. Bell | DEFS0007520 | FRE 802 | |
| DX | 548 | 2013-03-24 - Email from A. Bell to S. Valette | DEFS0007523 | FRE 802 | |
| DX | 549 | 2013-03-25 - Email from W. Adelson to A. Bell, S. Valette | DEFS0007526 | FRE 802 | |
| DX | 550 | 2013-03-25 - Email from A. Serra to S. Valette | DEFS0039915 | * | |
| DX | 551 | 2013-03-27 - Email from A. Bell to M. Simches, A. Parish | DEFS0007581 | FRE 802 | |
| DX | 552 | 2013-04-08 - Email from S. Valette to W. Adelson, A. Bell | DEFS0007815 DEFS0007816 | * | |
| DX | 553 | 2013-04-08 - Email from A. Bell to M. Simches, R. Simon, A. Parish | DEFS0007821 | * | |
| DX | 554 | 2013-10-07 - Email from F. Momente to J. Levine | DEFS0059977 DEFS0059985 - DEFS0060100 | FRE 802 | |
| DX | 555 | 2020-06-12 - Bouvier Transaction Chart | | * | |
| DX | 556 | 2013-10-07 - Email from S. Valette to G. Borthwick, F. Ballabio, L. Upcott | DEFS0055061 -62 | * | |
| DX | 557 | 2014-03-04 - Email from A. Bell to S. Valette | DEFS0008425 -26 | FRE 802 | |
| DX | 558 | 2014-03-04 - Email from S. Valette to Y. Bouvier | DEFS0038721 | FRE 802, 401-403 | |
| DX | 559 | 2014-03-04 - Email from S. Valette to A. Bell | DEFS0008430 | FRE 802, 401-403 | |
| DX | 560 | 2014-03-11 - Letter from Eric Bonnant | DEFS0055022 -24 | FRE 802, 401-403 | Yes |
| DX | 561 | 2014-05-20 - Email from S. Valette to M. Armstrong, L. Wear, O. Barker | DEFS0040344 | FRE 802 | |
| DX | 562 | 2014-08-26 - Email from M. Zuckerman to B. Ruprecht | DEFS0010828 -32 DEFS0010833 | FRE 802 | |
| DX | 563 | 2014-09-22 - Email from S. Valette to D. Edelson, S. Shaw | DEFS0047569 | * | |
| DX | 564 | 2014-09-29 - Email from B. Oechsle to S. Valette | DEFS0041618 DEFS0041619 -21 | * | |

| | | | | | |
|---|---|---|---|---|---|
| DX | 565 | 2014-09-30 - Email from S. Valette to D. Edelson | DEFS0041631 | * | |
| DX | 566 | 2014-10-01 - Email from B. Oechsle to E. Gorayeb, S. Shaw | DEFS0043624 DEFS0043625 -32 | FRE 802 | |
| DX | 567 | 2014-10-02 - Email from S. Valette to S. Shaw, D. Edelson, E. Gorayeb | DEFS0043658 | * | |
| DX | 568 | 2014-10-09 - Email from S. Valette to S. Shaw, E. Gorayeb, D. Edelson, T. Boyd-Bowman | DEFS0043697 | FRE 802 | |
| DX | 569 | 2014-10-23 - Email from S. Valette to K. Silver, J. Swarbrooke | DEFS0067814 | * | |
| DX | 570 | 2014-10-23 - Email from A. Chubb | DEFS0067815 | FRE 802 | |
| DX | 571 | 2014-12-18 - Email from S. Valette to Y. Bouvier | DEFS0039542 | * | |
| DX | 572 | 2014-12-18 - Email from S. Valette to Y. Bouvier | DEFS0039548 | * | |
| DX | 573 | 2014-12-18 - Email from S. Valette to Y. Bouvier | DEFS0039550 | * | |
| DX | 574 | 2015-01-23 - Email from Y. Bouvier to S. Valette | DEFS0020894 DEFS0020895 | FRE 802 | |
| DX | 575 | 2015-01-27 - Email from S. Catling to F. Haiderer | DEFS0019031 -32 | * | |
| DX | 576 | 2015-01-27 - Email from F. Haiderer to S. Catling | DEFS0019033 DEFS0019034 -45 | * | |
| DX | 577 | 2015-01-23 - Voice message from A. Bell to F. Haiderer | DEFS0067836 | * | |
| DX | 578 | 2015-01-23 - Voice message from A. Bell to F. Haiderer | DEFS0067838 | * | |
| DX | 579 | 2015-01-26 - Email from F. Haiderer to D. Pippa | DEFS0067844 -45 | * | |
| DX | 580 | 2015-01-26 - Email from F. Haiderer to F. Haiderer | DEFS0067850 DEFS0067851 -62 | * | |
| DX | 581 | 2017-02-28 - Christie's Catalogue - Magritte Excerpt | DEFS0068478, 551-559, 667-670 | FRE 401-403, 802 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| DX | 582 | 2015-01-27 - Email from F. Haiderer to A. Bell, S. Valette | DEFS0067871 | FRE 106 | |
| DX | 583 | 2015-02-17 - Email from K. Silver to S. Valette | DEFS0010724 | * | |
| DX | 584 | Bouvier Passport | DEFS0060400 | * | |
| DX | 585 | Rybolovleva Passport | DEFS0060580 | * | |
| DX | 586 | 2021-08-25 - Sotheby's High Value Lot Live Review Notes | DEFS0067900 -06 | FRE 802 | |
| DX | 587 | 2014 Valuation - Internal Comments | DEFS0061638 -716 | FRE 802 | |
| DX | 588 | Christie's Catalogue - Leonardo Excerpt | DEFS0068671, 675, 689, 743-762 | FRE 401-403, 802 | Yes |
| DX | 589 | 2014-11-04 - Sotheby's Auction Catalogue - Tete | DESF0067953 - DEFS0068278 | FRE 802 | |
| DX | 590 | 2011-06-20 – Email from H. Chandler to S. Valette | DEFS0039262 -63 | * | |
| DX | 591 | 2011-06-20 – Email from D. Tabladini to H. Chandler, R. Purchase | DEFS0036730 -31 | * | |
| DX | 592 | 2011-06-20 – Email from S. Valette to M. Clore, A. Platon | DEFS0039275 -77 | * | |
| DX | 593 | 2011-10-03 – Email from J. Suttner to G. Cerutti, S. Valette, M. Brehier, H. D'Ursel | DEFS0068319 -21 | FRE 401-403; FRCP 26, 37 | Yes |
| DX | 594 | 2011-11-08 – Email from S. Valette to H. Newman | DEFS0068332 | FRE 401-403; FRCP 26, 37 | Yes |
| DX | 595 | 2011-11-08 – Email from I. Katsis to S. Valette | DEFS0068333 DEFS0068334 -35 | FRE 401-403; FRCP 26, 38 | Yes |
| DX | 596 | 2011-11-09 – Email from A. Platon to S. Valette, H. Newman, M. Clore, P. Hook, S. Stock | DEFS0068339 | FRE 401-403; FRCP 26, 38 | Yes |
| DX | 597 | 2011-11-11 – Email from I. Katsis to S. Valette | DEFS0068340 DEFS0068341 -42 | FRE 401-403; FRCP 26, 38 | Yes |
| DX | 598 | 2011-12-23 – Email from S. Valette to G. Cerutti | DEFS0042152 -54 | * | |

| DX | 599 | 2012-07-04 – Email from S. Valette to H. Chandler | DEFS0022616 -18 | FRE 802 | |
|---|---|---|---|---|---|
| DX | 600 | 2014-09-04 – Email from S. Valette to S. Shaw | DEFS0046971 | * | |
| DX | 601 | 2014-09-04 – Email from C. Frank to H. Newman, S. Valette | DEFS0021529 | * | |
| DX | 602 | 2014-09-30 – Email from S. Valette to D. Edelson | DEFS0041628 | * | |
| DX | 603 | 2014-09-30 – Email from D. Edelson to S. Valette | DEFS0041629 | * | |
| DX | 604 | 2014-09-30 – Email from D. Edelson to S. Valette | DEFS0041630 | * | |
| DX | 605 | 2014-09-30 – Email from S. Valette to D. Edelson | DEFS0041631 | * | |
| DX | 606 | 2014-10-01 – Email from S. Valette to H. Newman, P. Hook, S. Stock, T. Boyd-Bowman | DEFS0043600 DEFS0043601 -08 | * | |
| DX | 607 | 2014-10-01 – Email from E. Gorayeb to B. Oechsle, S. Shaw | DEFS0043633 | * | |
| DX | 608 | 2014-10-01 – Email from H. Newman to B. Oechsle, E. Gorayeb, S. Shaw | DEFS0043634 | * | |
| DX | 609 | 2014-10-02 – Email from E. Gorayeb to S. Valette | DEFS0068316 | * | |
| DX | 610 | 2014-10-04 – Email from S. Shaw to S. Valette | DEFS0068317 | * | |
| DX | 611 | 2014-10-05 – Email from S. Valette to S. Shaw | DEFS0068318 | * | |
| DX | 612 | 2015-01-23 – Email from CallXpress to F. Haiderer | DEFS0067835 | * | |
| DX | 613 | 2015-01-23 – Email from CallXpress to F. Haiderer | DEFS0067837 | * | |
| DX | 614 | 2015-01-26 – Email from F. Haiderer to I. Woodhall | DEFS0045959 -60 | * | |
| DX | 615 | 2015-01-26 – Email from F. Haiderer to P. Dean | DEFS0045961 -62 | * | |
| DX | 616 | 2015-01-26 – Email from F. Haiderer to I. Woodhall | DEFS0050762 -63 | * | |
| DX | 617 | 2015-01-26 – Email from P. Dean to F. Haiderer | DEFS0050764 -65 | * | |

| | | | | | |
|---|---|---|---|---|---|
| | | | DEFS0050766 | | |
| DX | 618 | 2015-01-26 – Email from P. Dean to F. Haiderer | DEFS0008374<br>DEFS0008735<br>-86 | * | |
| DX | 619 | 2015-01-26 – Email from F. Haiderer to F. Haiderer | DEFS0019008<br>DEFS0019009<br>-20 | * | |
| DX | 620 | 2015-01-26 – Email from S. Valette to P. Dean, A. Bell, F. Haiderer | DEFS0008387 | * | |
| DX | 621 | 2015-01-27 – Email from F. Haiderer to S. Catling | DEFS0067864 | * | |
| DX | 622 | 2015-01-27 – Email from F. Haiderer to S. Catling | DEFS0019029<br>DEFS0019030 | * | |
| DX | 623 | 2015-01-27 – Email from S. Valette to F. Haiderer | DEFS0025010<br>-11 | * | |
| DX | 624 | 2015-01-27 – Email from F. Haiderer to S. Catling | DEFS0045944<br>-49 | * | |
| DX | 625 | 2015-01-27 – Email from F. Haiderer to S. Catling | DEFS0019031<br>-32 | * | |
| DX | 626 | 2015-01-27 – Email from S. Catling to F. Haiderer | DEFS0019033<br>DEFS0019034<br>-45 | * | |
| DX | 627 | 2015-01-27 – Email from F. Haiderer to S. Catling | DEFS0067865 | * | |
| DX | 628 | 2015-01-27 – Email from S. Catling to F. Haiderer | DEFS0019046 | * | |
| DX | 629 | 2015-01-27 – Email from F. Haiderer to S. Catling | DEFS0045955<br>-56 | * | |
| DX | 630 | 2015-01-27 – Email from S. Catling to F. Haiderer | DEFS0019047<br>DEFS0019048<br>-59 | * | |
| DX | 631 | 2015-01-27 – Email from F. Haiderer to P. Dean | DEFS0008396<br>DEFS0008397<br>-408 | * | |
| DX | 632 | 2015-01-27 – Email from A. Bell to F. Haiderer, P. Dean, S. Valette | DEFS0067868 | * | |
| DX | 633 | 2015-01-27 – Email from S. Catling to F. Haiderer | DEFS0019060<br>DEFS0019061<br>-72 | * | |

| DX | 634 | 2015-01-27 – Email from F. Haiderer to S. Catling | DEFS0019253 DEFS0019254 -62 | * | |
| DX | 635 | 2015-01-27 – Email from S. Catling to F. Haiderer | DEFS0019263 DEFS0019264 -84 | * | |
| DX | 636 | 2015-01-27 – Email from F. Haiderer to P. Dean, A. Bell | DEFS0008440 DEFS0008441 -61 | * | |
| DX | 637 | 2015-01-27 – Email from P. Dean to F. Haiderer, A. Bell | DEFS0008462 DEFS0008463 | * | |
| DX | 638 | 2015-01-27 – Email from S. Valette to P. Dean, F. Haiderer | DEFS0008464 -65 | * | |
| DX | 639 | 2015-01-27 – Email from F. Haiderer to A. Bell | DEFS0067875 -76 | * | |
| DX | 640 | 2015-01-27 – Email from F. Haiderer to S. Valette | DEFS0008466 DEFS0008467 -88 | * | |
| DX | 641 | 2015-01-27 – Email from F. Haiderer to S. Valette | DEFS0008496 -97 | * | |
| DX | 642 | 2015-01-28 – Email from F. Haiderer to S. Catling | DEFS0067880 | * | |
| DX | 643 | 2015-01-28 – Email from P. Dean to F. Haiderer | DEFS0008498 -99 DEFS0008500 | * | |
| DX | 644 | 2015-01-28 – Email from F. Haiderer to S. Catling | DEFS0019022 -23 DEFS0019024 | * | |
| DX | 645 | 2015-01-28 – Email from F. Haiderer to S. Catling | DEFS0019027 -28 | * | |
| DX | 646 | 2015-01-28 – Email from A. Bell to S. Valette, F. Haiderer, P. Dean | DEFS0008510 -12 | * | |
| DX | 647 | 2015-01-28 – Email from F. Haiderer to S. Catling | DEFS0019426 -28 DEFS0019429 -48 | * | |
| DX | 648 | 2015-01-28 – Email from F. Haiderer to S. Catling | DEFS0067885 | * | |

| DX | 649 | 2015-01-28 – Email from S. Catling to F. Haiderer | DEFS0019285 -86 DEFS0019287 -306 | * | |
| --- | --- | --- | --- | --- | --- |
| DX | 650 | 2015-01-28 – Email from F. Haiderer to S. Valette | DEFS0008516 DEFS0008517 -36 | * | |
| DX | 651 | 2015-02-16 – Email from S. Valette to I. Cailleteau | DEFS0024093 DEFS0024094 -113 | * | |
| DX | 652 | 2014-11-06 – Sale Statement to Blancaflor Investments Ltd. | DEFS0038998 -9000 | * | |
| DX | 653 | Curriculum Vitae of William H. Smith | | FRE 401- 403, FRE 802 | |
| DX | 654 | 2014-09-02 - Email from D. Edelson to A. Martinat | DEFS0012027 | FRE 802 | |
| DX | 655 | 2014-09-05 - Email from S. Shaw to D. Edelson | DEFS0028540 -41 | FRE 401- 403, FRE 802 | |
| DX | 656 | 2014-09-04 - Email from B. Vinciguerra to S. Shaw | DEFS0011916 -17 | * | |
| DX | 657 | 2014-09-06 - Email from B. Ruprecht to B. Vinciguerra | DEFS0012169 | FRE 802 | |
| DX | 658 | 2014-09-11 - Email from D. Edelson to E. Gorayeb, S. Valette, T. Boyd- Bowman | DEFS0024033 DEFS0024034 -35 | * | |
| DX | 659 | 2014-09-11 - Email from T. Boyd- Bowman to C. Frank, E. Gorayeb, S. Valette | DEFS0024036 -37 DEFS0024038 -40 | * | |
| DX | 660 | 2014-09-11 - Email from D. Edelson to S. Valette | DEFS0010889 DEFS0010890 | FRE 802 | |
| DX | 661 | 2014-09-15 - Email from S. Shaw to S. Valette, B. Vinciguerra, D. Edelson | DEFS0011850 | FRE 802 | |
| DX | 662 | 2014-09-30 - Email from S. Shaw to S. Valette | DEFS0043591 DEFS0043592 -99 | * | |

| DX | 663 | 2014-10-02 - Email from C. Frank to B. Ruprecht et al. | DEFS0011701 DEFS0011702 -06 | * | |
| --- | --- | --- | --- | --- | --- |
| DX | 664 | 2013-03-11 - Email from A. Parish to A. Bell | DEFS0001697 | * | |
| DX | 665 | 2013-03-13 - Email from A. Bell to A. Parish | DEFS0001704 -05 | * | |
| DX | 666 | 2013-03-14 - Email from A. Parish to A. Bell | DEFS0001710 -11 | * | |
| DX | 667 | 2013-03-15 - Email from B. Vinciguerra to M. Zuckerman | DEFS0044046 -47 | * | |
| DX | 668 | 2013-03-16 - Email from G. Wachter to S. Valette | DEFS0013280 -81 | * | |
| DX | 669 | 2013-03-18 - Email from W. Adelson to A. Bell | DEFS0008329 -30 | FRE 106 | |
| DX | 670 | 2013-03-19 - Email from B. Ruprecht to M. Phelan | DEFS0048686 -88 | * | |
| DX | 671 | 2013-03-24 - Email from W. Adelson to S. Valette | DEFS0007524 | * | |
| DX | 672 | 2013-04-08 - Email from S. Valette to W. Adelson | DEFS0007841 -42 | * | |
| DX | 673 | 2017-02-28 - Christie's Catalogue – Magritte - Complete | DEFS0068478 -670 | FRE 401-403, FRE 802 | Yes |
| DX | 674 | Christie's Catalogue – Leonardo - Complete | DEFS0068671 -9058 | FRE 401-403, FRE 802 | Yes |
| DX | 675 | 2014-11-07 - Email from B. Ruprecht to B. Ruprecht et. al. | DEFS0024561 DEFS0024562 -66 | * | |
| DX | 676 | 2014-11-06 - Email from J. LaBombard to B. Ruprecht et. al. | DEFS0043962 DEFS0043966 (DEFS004396 3) | * | |
| DX | 677 | 2014-09-02 - Email from M. Zuckerman to B. Ruprecht, B. Vinciguerra | DEFS0012030 -34 DEFS0012035 | * | |
| DX | 678 | Photos of 15 Central Park West taken by S. Valette | DEFS0069059 -70 | FRE 901 | Yes |