UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD., <br><br>      Plaintiff, <br><br>  *-against-* <br><br>SOTHEBY'S and SOTHEBY'S INC., <br><br>      Defendants. | Case No. 18-cv-9011(JMF) |

**PROPOSED VOIR DIRE**

The parties, by and through their undersigned counsel, jointly submit the enclosed proposed *voir dire* questions pursuant to the Court's Individual Rule 6(D).

**General Questions**

1. Have you ever served on a jury?

  (a) How many times and when?

  (b) What type of case or cases did your jury service involve?

  (c) Did the jury on which you served reach a verdict?

  (d) Were you ever the foreperson?

  (e) What feelings, if any, do you have about that experience?

2. Have you or any member of your immediate family ever been involved in a lawsuit as a plaintiff or as a defendant?  If yes, please explain when and what happened.

  (a) What feelings, if any, do you have about that experience?

3.  Have you or any member of your immediate family ever been involved in a lawsuit as a witness?  If yes, please explain when and what happened.

    (a)  What feelings, if any, do you have about that experience?

4.  Do you have any difficulty understanding or reading English?

5.  Is there any reason, such as poor vision, difficulty hearing, another medical reason, or personal hardship, that would make it difficult for you to serve on this jury?

6.  How did you get to the courthouse this morning—for example, subway, bus, train, car, taxi, bicycle, walk?

    (a)  Do you have a reliable means of getting to the courthouse each day?  If so, what is that means of transportation?

7.  Do you have any ideas or prejudices about law, the legal profession, or any other topic that would make it difficult for you to follow my instructions as to the applicable law?

8.  Do you have any doubt that you will be able to apply the law as I explain it, even if you disagree with how I have instructed you?

9.  Do you have any religious or ethical beliefs that would make it difficult for you to reach a judgment on the conduct of another person or entity?

10. Have you, or has any close friend or relative, ever studied or practiced law or worked in any capacity for a law office or a court?

11. What views, if any, do you have on the legal system as a means of resolving civil lawsuits?

12. Counsel for the plaintiff, would you please introduce yourself and counsel sitting with you at the table and please tell the jury where you practice law and with what firm you are associated.

13. Counsel for the defendant, would you please do the same thing?

14. Do you or any of your immediate family members know any of the attorneys or law firms that have just been named?

   (a) Whom do you recognize? How do you know each other? Would that relationship affect your ability to give a fair trial to all of the parties in this case?

15. Counsel, I would now like for you to introduce any representatives of your client who have joined you in court, starting with counsel for the Plaintiff.

16. Counsel for the Defendants, please do the same for your clients.

17. Do you or any of your immediate family members know the party representatives who have just been named?

   (a) Whom do you recognize? How do you know each other? Would that relationship affect your ability to give a fair trial to all of the parties in this case?

18. Are any of you on the panel personally acquainted with each other?

   (a) Whom do you recognize? How do you know each other? Would that relationship affect your ability to come to your own judgment as to the facts of this case?

19. Each side is expected to call several witnesses in this case. I would like to inquire about whether you or any member of your immediate family, to your knowledge,

are acquainted with any of these witnesses.  Counsel for the Plaintiff, would you please read for the jury your list of anticipated witnesses?

20. Counsel for the Defendants, would you please do the same with regard to your list of anticipated witnesses?

21. Are any of you on the panel familiar with any of these witnesses?

   (a) Whom do you recognize?  How do you know each other?  Would that relationship affect your ability to give a fair trial to all of the parties in this case?

**Personal Background**

22. Without giving us your street address, please tell us the town or, if you live in New York City, neighborhood in which you live.

23. Where did you grow up?

24. How old are you?

25. Do you share a living space with any other person?  If so, who?

26. Please answer the following questions about your current job (if you are currently employed) or about your last job (if you are not employed):

27. Are you currently employed?

   (a) If not, what was your most recent job and when? How do you currently spend your time?

   (b) If you are retired, what was your last employment and when?

28. What is/was your occupation and what are/were your job duties or responsibilities?

   (a) What is/was your job title?

29. Who is/was your employer, and how long have you worked/did you work for this employer?

30. What other jobs, if any, have you had during the last 10 years?

31. What is the job that you have held for the longest period of time?

32. Do you own your own company or business, or have you in the past?  If so, describe the nature of that business and how long you have owned it/how long you owned it.

33. Have you ever had any job responsibilities in client service?  If so, describe your experiences in client service and the nature of your responsibilities.

34. Have you ever had any job responsibilities regarding sales?  If so, describe your experiences in sales and the nature of your responsibilities.

35. What is your spouse/partner/roommate's occupation?

36. Do you, or do any of your relatives or close friends, have experience or training as a fiduciary, agent, or broker whose job it is to act in another person's interests? If so, who? Please describe your or their experience or training.

37. Do you or your employer retain or hire brokers, agents, fiduciaries? If so, please describe.

38. What is the highest level of education you completed?

39. Where did you go to school?

40. If you attended a 2-year college, 4-year college, or graduate school, what was your major area of study? What degree, if any, did you receive?

**Personal Interests and Activities**

41. From what media sources do you ordinarily get your news—TV,

newspaper, radio, internet? And which sites or publications do you typically review for news?

42. Roughly how much time do you spend per day surfing the Internet or social media?

43. What newspaper or magazines, if any, do you like to read?

44. What do you do with your spare time?

45. What are your hobbies and interests?

46. What television shows do you watch regularly?

47. Have you or anyone in your family been a collector of art, antiques, or other fine collectibles, such as cars, stamps, coins, books, or wine, for example? How did they/you build the collection?

48. Name a historical figure you admire. Why do you admire them?

**Knowledge of Art Market**

49. Are you interested in art?

50. How often do you go to museums or exhibits?

51. Do you have any personal experience with art?

52. Have you, or any of your family members and close friends, ever worked in the art world?

    (a) What feelings, if any, do you have about the market for fine art and those who make a living in that market?

53. Did you ever study art history or have any experience or training involving art history?

54. Have you ever purchased or sold a piece of art, whether that is a painting, print, sculpture, photograph, or something similar?

  (a)  If so, where and how did you buy/sell it?

  (b)  What feelings, if any, did you have about that experience?

55. Have you ever purchased or sold something at an auction? If so, what was it and when?

  (a)  What feelings, if any, did you have about that experience?

56. Do you have any understanding about how to price or value art?

57. Have you ever used the phrase "buyer beware"? How about trust but verify? Please describe the circumstances in which the saying was used? Do you have any training, education, or experience with anti-money laundering or US trade sanctions laws?

**Bias Against Litigants**

58. Have you heard of this lawsuit?

  (a)  Have you read any article that mentions the dispute between Dmitry Rybolovlev and Yves Bouvier? Or any article that mentions litigation between Dmitry Rybolovlev and Sotheby's?

  (b)  Have you read any article or seen any movie that discusses Leonardo Da Vinci's *Salvator Mundi*?

59. Do you have any impressions, opinions, or feelings about Dmitry Rybolovlev? If yes, what are they?

60. Do you have any impressions, opinion, or feelings about Sotheby's? If yes, what are they?

61.    Have you ever travelled to Russia or the former Soviet Union?  What is your opinion, if any, about that country or the people from there?

62.    Have you ever travelled to Switzerland?  What is your opinion, if any, about that country or the people from there?

63.    Have you ever travelled to the United Kingdom?  What is your opinion, if any, about that country or the people from there?

64.    Have you ever travelled to France?  What is your opinion, if any, about that country or the people from there?

   (a)    Have you ever travelled to the Corsica region of France?  What is your opinion, if any, about that region or the people from there?

65.    Have you ever travelled to Monaco? What is your opinion, if any, about that country or the people from there?

66.    Have you ever bought or sold property?

   (a)    If so, how was the price determined?

   (b)    What feelings, if any, did you have about that experience?

67.    Do you have any experience in evaluating or pricing property?

68.    Do you have any experience in obtaining an appraisal or valuation for property?

   (a)    What feelings, if any, did you have about that experience?

69.    Have you ever used an agent or broker to buy or sell property?

   (a)    What feelings, if any, did you have about that experience?

70.    Have you ever used an agent or broker to buy or sell stocks or securities?

   (a)    What feelings, if any, did you have about that experience?

71.    Have you ever been a client, either in your work or personally, where you were serviced by a personal client representative, such as a client relationship manager at a supplier or vendor, a personal shopper, or a wedding or party planner?

72.    Have you, or have any of your relatives or close friends, been accused of fraud or breaching a fiduciary relationship?

    (a)    In light of that experience, did you develop any strong feelings about people who assert that they have suffered harm because of a fraud or breach of a fiduciary relationship?  Do you still hold those strong feelings today?

73.    Do you believe that simply because someone brings a lawsuit that must mean the person is entitled to be compensated?

74.    Do you have concerns about giving people financial compensation for financial harm that they suffered as a result of wrongful conduct?  If so, what are they and why do you have such beliefs?

75.    Do you believe there should be a limit on the amount of money that can be recovered in a lawsuit?

Dated: August 31, 2023
      New York, New York

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

By: */s/ Danel J. Kornstein*

Daniel J. Kornstein
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorney for Plaintiff*

ARNOLD & PORTER KAYE SCHOLER
LLP

By: */s/ Marcus A. Asner*

Marcus A. Asner
Sara L. Shudofsky
Benjamin C. Wolverton
Yiqing Shi
Sahrula Kubie

250 W. 55th Street
New York, NY 10019-9710
(212) 836-8000

*Attorneys for Defendants Sotheby's and
Sotheby's, Inc.*