UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD.,<br><br>        Plaintiff,<br><br>  -against-<br><br>SOTHEBY'S and SOTHEBY'S, INC.,<br><br>        Defendants. | Case No. 18-cv-09011 (JMF) |

**DEFENDANTS' NOTICE OF MOTIONS *IN LIMINE***

            **ARNOLD & PORTER KAYE SCHOLER LLP**

            250 West 55th Street
            New York, NY 10019-9710

            **HOGAN LOVELLS US LLP**

            555 Thirteenth Street, N.W.
            Washington, D.C. 20004

            *Attorneys for Defendants Sotheby's and Sotheby's, Inc.*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the accompanying declaration of Benjamin C. Wolverton and the exhibits attached thereto, Defendants Sotheby's and Sotheby's, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby move, before the Honorable Jesse M. Furman in the United States District Court for the Southern District of New York and pursuant to Rule 6.B.i of the Court's Individual Rules and Practices in Civil Cases, for an order granting the relief requested in Defendants' motion.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order dated August 9, 2023, Plaintiff shall file any response in opposition to the motion by October 5, 2023, and Sotheby's shall file any reply in support of the motion by October 26, 2023.

Dated: New York, New York
August 31, 2023

        ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Marcus A. Asner*
    Marcus A. Asner
    Sara L. Shudofsky
    Benjamin C. Wolverton
    Yiqing Shi
    Sahrula Kubie
    250 W. 55th Street
    New York, NY 10019-9710
    Tel: 212.836.8000
    Fax: 212.836.8689
    marcus.asner@arnoldporter.com
    sara.shudofsky@arnoldporter.com
    benjamin.wolverton@arnoldporter.com
    yiqing.shi@arnoldporter.com
    sahrula.kubie@arnoldporter.com

    Neal Kumar Katyal *(Pro hac vice)*
    Will Havemann *(Pro hac vice forthcoming)*
    HOGAN LOVELLS US LLP
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004
    Tel: 202.637.5600
    Fax: 202.637.5910
    neal.katyal@hoganlovells.com
    will.havemann@hoganlovells.com

    *Attorneys for Defendants Sotheby's and Sotheby's, Inc.*