UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD.,           :
:
                Plaintiff,           :           18-CV-9011 (JMF)
:
      -v-           :           SCHEDULING ORDER
:
SOTHEBY'S et al.,           :
:
                Defendants.           :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that counsel for all remaining parties shall appear for a final pretrial conference on **January 3, 2024, at 2:30 p.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      It is FURTHER ORDERED that the trial will begin on **January 8, 2024, at 9:30 a.m.** Counsel should familiarize themselves with the Court's Individual Rules and Practices for Trials, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      **The trial date should be treated as a firm date.** (Counsel should immediately confirm the trial date with any and all witnesses and advise the Court if the date is a problem. If counsel fails to bring any such conflict to the Court's attention within the next three days, no adjournments will be granted on that basis.) The parties are advised that the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled.

      SO ORDERED.

Dated: September 6, 2023
       New York, New York
                                                     JESSE M. FURMAN
                                                 United States District Judge