# Arnold & Porter

Marcus A. Asner
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

November 13, 2023

**VIA ECF**

The Honorable Jessie M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Accent Delight International Ltd. v. Sotheby's et al.*, 18 Civ. 9011

Dear Judge Furman:

I write respectfully on behalf of Defendants Sotheby's and Sotheby's, Inc. to request that the Court reschedule the pre-trial conference currently set for November 30, 2023, because I would not be able to attend the conference that day due to an unmovable conflict.

Defendants have conferred with Plaintiff and can represent that the parties would be available on any day between November 27 and December 11 other than November 29, November 30, December 1, and December 6.

We thank the Court for its consideration of this letter.

Respectfully,

*/s/Marcus A. Asner*
Marcus A. Asner

cc:   All counsel of record (via ECF)

Application GRANTED. The conference scheduled for November 30 is hereby rescheduled for **November 28, 2023**, at **10:30 a.m.** in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY. The Clerk of Court is directed to terminate ECF No. 574.

SO ORDERED.

November 14, 2023

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com