December 15, 2023

**By ECF**

Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Accent Delight Int'l Ltd. et al. v. Sotheby's et al.*, No. 18 Civ. 9011

Dear Judge Furman:

    We write jointly, on behalf of both parties, and pursuant to the Court's direction (*see* ECF No. 580 at 2), to report that the parties' counsel spoke by telephone to address settlement. The parties respectfully submit that there is nothing further the Court can do at this time to facilitate settlement.

    Respectfully,

| /s | /s |
|---|---|
| Daniel J. Kornstein | Marcus A. Asner |

cc:    All counsel of record