UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCENT DELIGHT INTERNATIONAL LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>SOTHEBY'S and SOTHEBY'S INC.,<br><br>Defendants. | Case No. 18-cv-9011(JMF)<br><br>**APPENDIX A** |

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit | | Description | Bates Number | Defendants' Objections | Advanced Ruling Requested? |
|---|---|---|---|---|---|
| PX | 1 | July 15, 2014 Email from Yves Bouvier to Olga Khorobrykh | P0025176 | 402, 802 | |
| PX | 2 | Letter from Tsutomu Takashima, a Director of Acquavella Galleries, Inc., to Yves Bouvier | ACQ_AD0000323 | 901, 802, 402, 403 | ~~Yes~~ |
| PX | 3 | Letter from Tsutomu Takashima, a Director of Acquavella Galleries, Inc., to Yves Bouvier | ACQ_AD0000200 | 901, 802, 402, 403 | ~~Yes~~ |
| PX | 4 | October 19, 2004 Email from Yves Bouvier to Tsutomu Takashima and Michael Findlay, Directors of Acquavella Galleries, Inc. | ACQ_AD0000281 | 901, 802, 402, 403 | ~~Yes~~ |
| PX | 5 | Draft contract for the sale of Pablo Picasso's *Les Noces de Pierrette* | ACQ_AD0000181-84 | 901, 802, 402, 403 | ~~Yes~~ |
| ~~PX~~ | ~~6~~ | ~~Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Pablo Picasso's *L'Homme Assis au Verre*~~ | ~~STH0000001-3~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~7~~ | ~~Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and~~ | ~~STH0000004-6~~ | ~~402, 403~~ | Excluded |

| | | | | | |
|---|---|---|---|---|---|
| | | Sotheby's for the purchase of Aristide Maillol's *La Méditerranée* and Auguste Rodin's *Le Baiser* | | | |
| PX | 8 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Henri Matisse's *Nu au Châle Vert* ("Nude with Green Shawl") | STH0000009-10 | 402, 403 | Excluded |
| PX | 9 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Auguste Rodin's *L'Éternel Printemps* | STH0000007-8 | 402, 403 | Excluded |
| PX | 10 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Alberto Giacometti's *Femme de Venise IX* | STH0000011-12 | 402, 403 | Excluded |
| PX | 11 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of René Magritte's *Le Domaine d'Arnheim* | STH0000013-14 | * | |
| PX | 12 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Auguste Rodin's *Eve* | STH0000015-16 | 402, 403 | Excluded |
| PX | 13 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Gustav Klimt's *Wasserschlangen II* | STH0000028-30 | * | |
| PX | 14 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Amedeo Modigliani's *Tête* | STH0000031-33 | * | |
| PX | 15 | Fully executed contract between Yves Bouvier (on behalf of | STH0000034-35 | 402, 403 | Excluded |

| | | | | | |
|---|---|---|---|---|---|
| | | Blancaflor Investments Ltd) and Sotheby's for the purchase of Henri de Toulouse-Lautrec's Green *Au Lit: Le Baiser* | | | |
| PX | 16 | Fully executed contract between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the purchase of Leonardo da Vinci's *Christ as Salvator Mundi* | DEFS0007345 -64 | * | |
| PX | 17 | Fully executed consignment agreement between Yves Bouvier (on behalf of Blancaflor Investments Ltd) and Sotheby's for the sale of Amedeo Modigliani's *Tête* at auction | DEFS0000147 -57 | * | |
| PX | 18 | Sales receipt for Sotheby's November 4, 2014 auction | DEFS0038998 -39000 | * | Withdrawn |
| PX | 19 | December 4, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014951 | * | |
| PX | 20 | April 4, 2008 Email from Mikhail Sazonov to Yves Bouvier | P0013998- 4001 | * | |
| PX | 21 | September 3, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014893 | * | |
| PX | 22 | Various Emails exchanged between Yves Bouvier and Mikhail Sazonov in Novmber 2009 and February 2013 | P0014091-93; P0023007; P0015100-02; P0015115 | 402, 403 | Yes |
| PX | 23 | October 4, 2006 Email from Yves Bouvier to Mikhail Sazonov | P0013954 | * | |
| PX | 24 | June 18, 2010 Email from Yves Bouvier to Mikhail Sazonov | P0014148-52 | * | |
| PX | 25 | December 9, 2010 Email from Mikhail Sazonov to Yves Bouvier | P0014274-76 | * | |
| PX | 26 | April 10, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0015210-12 | * | |
| PX | 27 | Various Emails exchanged between Yves Bouvier and Mikhail Sazonov in April 2008, December 2009, October 2010, and November 2010 | P0014002; P0014095-96; P0014250-51 | 403 | |

| PX | 28 | November 26, 2009 Email from Yves Bouvier to Mikhail Sazonov | P0023010 | 402, 403, 901 | Yes |
|---|---|---|---|---|---|
| PX | 29 | March 31, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014347 | 402, 403 | Yes |
| PX | 30 | July 26, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014412 | 402, 403 | Yes |
| ~~PX~~ | ~~31~~ | ~~February 11, 2013 Email from Yves Bouvier to Mikhail Sazonov~~ | ~~P0015100-02~~ | ~~402, 403~~ | Excluded |
| PX | 32 | August 4, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015527-28 | * | |
| PX | 33 | March 31, 2011 Email from Yves Bouvier to Mikhail Sazonov | P0014344 | 402, 403 | Yes |
| PX | 34 | November 16, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014500-04 | * | |
| PX | 35 | November 21, 2011 Email from Yves Bouvier to Mikhail Sazonov | P0014515 | * | |
| PX | 36 | Sept 11, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014904-05 | * | |
| PX | 37 | December 29, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014968 | * | |
| PX | 38 | Various Emails exchanged between Yves Bouvier and Mikhail Sazonov in April 2006, December 2007, and June-September 2008 | P0013991-92; P0014012-13; P0003120; P0014024; P0013945; P0014037-40: P0003122-23 | 403 | |
| PX | 39 | Various Emails exchanged among Yves Bouvier, Mikhail Sazonov, and Florent Giacobino in November 2007, June-October 2008, and June 2010 | P0013987: P0022945; P0014025; P0014037-40; P0022964; P0003122-23; P0014157 | 403 | |
| PX | 40 | August 7, 2013 Email from Yves Bouvier to Mikhail Sazonov | P0024740 | * | |
| ~~PX~~ | ~~41~~ | ~~Purchase invoice for Picasso's L'Homme Assis au Verre~~ | ~~P0004136~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~42~~ | ~~Purchase invoice for Maillol's La Méditerranée~~ | ~~P0014356~~ | ~~402, 403~~ | Excluded |

| | | | | | |
|---|---|---|---|---|---|
| ~~PX~~ | ~~43~~ | ~~Purchase invoice for Rodin's *Le Baiser*~~ | ~~P0014359~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~44~~ | ~~Purchase invoice for Matisse's *Nu au Châle Vert ("Nude with Green Shawl")*~~ | ~~P0003051~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~45~~ | ~~Purchase invoice for Rodin's *L'Éternel Printemps*~~ | ~~P0023220~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~46~~ | ~~Purchase invoice for Giacometti's *Femme de Venise IX*~~ | ~~P0004090~~ | ~~402, 403~~ | Excluded |
| PX | 47 | Purchase invoice for Magritte's *Le Domaine d'Arnheim* | P0014531-32 | * | |
| ~~PX~~ | ~~48~~ | ~~Purchase invoice for Rodin's *Eve*~~ | ~~P0008277~~ | ~~402, 403~~ | Excluded |
| PX | 49 | Purchase invoice for Klimt's *Wasserchlangen II* | P0014906-07 | * | |
| PX | 50 | Purchase invoice for Modigliani's *Tete* | P0014976-77 | * | |
| ~~PX~~ | ~~51~~ | ~~Purchase invoice for the Green Toulouse-Lautrec's *Au Lit: Le Baiser*~~ | ~~P0015112~~ | ~~402, 403~~ | Excluded |
| PX | 52 | Purchase invoice for Da Vinci's *Christ as Salvator Mundi* | P0024461-62 | * | |
| PX | 53 | November 19, 2010 Email from Mikhail Sazonov to Yves Bouvier | P0014263 | * | |
| PX | 54 | Commission invoice for Picasso's *L'Homme Assis au Verre* | P0042045 | 402, 403 | Yes |
| PX | 55 | Commission invoice for Maillol's *La Méditerranée* | P0014380 | 402, 403 | Yes |
| ~~PX~~ | ~~56~~ | ~~Commission invoice for Rodin's *Le Baiser*~~ | ~~P0014378~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~57~~ | ~~Commission invoice for Matisse's *Nu au Châle Vert ("Nude with Green Shawl")*~~ | ~~P0014414~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~58~~ | ~~Commission invoice for Rodin's *L'Éternel Printemps*~~ | ~~P0014446~~ | ~~402, 403, 1002~~ | Excluded |
| ~~PX~~ | ~~59~~ | ~~Commission invoice for Giacometti's *Femme de Venise IX*~~ | ~~P0008040~~ | ~~402, 403~~ | Excluded |
| PX | 60 | Commision invoice for Magritte's *Le Domaine d'Arnheim* | P0014535-36 | * | |

| | | | | | |
|---|---|---|---|---|---|
| ~~PX~~ | ~~61~~ | ~~Commission invoice for Rodin's *Eve*~~ | ~~P0014635~~ | ~~402, 403~~ | Excluded |
| PX | 62 | Commision invoice for Klimt's *Wasserchlangen II* | P0015389-90 | * | |
| PX | 63 | Commission invoice for Modigliani's *Tete* | P0015158-59 | * | |
| ~~PX~~ | ~~64~~ | ~~Commission invoice for the Green Toulouse-Lautrec's *Au Lit: Le Baiser*~~ | ~~P0015184~~ | ~~402, 403~~ | Excluded |
| PX | 65 | Commission invoice for Da Vinci's *Christ as Salvator Mundi* | P0025447 | * | |
| PX | 66 | December 15, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015622-24 | * | |
| PX | 67 | November 21, 2014 Email from Yuri Bogdanov to Mikhail Sazonov | P0023865 | * | |
| PX | 68 | February 24, 2015 Letter from Julie Vaisy to Yves Bouvier | P0009750-51 | 901, 403, 1002 | |
| PX | 69 | Purchase Invoice for Rothko's *No. 6 "Violet, green and red,"* including $60M credit in exchange Modigliani's *Tete* | P0015554 | * | |
| PX | 70 | Sotheby's catalog about Magritte's *Domaine D'Arnheim* | P0014480-90 | * | |
| PX | 71 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | STH0000713-17 | * | |
| PX | 72 | November 15, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014493-94 | * | |
| PX | 73 | December 23, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0023569-70 | * | |
| PX | 74 | June 26, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0022730-39 | * | |
| PX | 75 | July 9, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041084-88 | * | |
| PX | 76 | July 25, 2012 Email from Yves Bouvier to Mikhail Sazonov | P0014881-82 | * | |
| PX | 77 | Russian translation of Sotheby's catalog about Da Vinci's *Christ as Salvator Mundi* | P0024299-309 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 78 | Sotheby's catalog about Da Vinci's *Christ as Salvator Mundi* | DEFS0021687-97 | * | |
| PX | 79 | Cover email from Samuel Valette enclosing Sotheby's catalog about Da Vinci's *Christ as Salvator Mundi* | DEFS0022507-26 | * | |
| PX | 80 | Copy of restoration report by Diane Modestini concerning Da Vinci's *Chris as Salvator Mundi* | P0024249-70 | * | |
| PX | 81 | Sotheby's restoration report of Da Vinci's *Christ as Salvator Mundi* | DEFS0004535-57 | * | |
| PX | 82 | Sotheby's Form 10-K Annual Report for the Fiscal Year Ended December 31, 2014 | DEFS0000461-636 | 403 | Yes |
| PX | 83 | Sotheby's Code of Business Conduct | DEFS0001926-77 | 402, 403 | ~~Yes~~ |
| PX | 84 | Sotheby's Global Corporate Governance Policy | DEFS0062752-93 | 402, 403 | ~~Yes~~ |
| PX | 85 | Sotheby's Organizational Diagrams, dated June 3, 2015 | DEFS0067705-18 | 402, 403 | Yes |
| PX | 86 | December 21, 2011 Email from Samuel Valette to Bill Ruprecht | DEFS0042610-11 | * | |
| PX | 87 | June 29, 2011 Email from Amanda Carye to Rena Neville | DEFS0055703-12 | 402, 403 | |
| PX | 88 | June 2, 2013 Email from Bruno Vinciguerra to Bill Ruprecht | DEFS0055547-48 | * | |
| PX | 89 | June 25, 2012 Email from Samuel Valette to Jean-Marc Peretti | DEFS0041102-04 | * | |
| PX | 90 | October 29, 2015 Email from David Norman to Helena Newman | DEFS0046013-23 | 402, 403, 802 | |
| PX | 91 | Sale Estimates for Artworks | P0028378-99 | * | |
| PX | 92 | June 20, 2011 Email from Samuel Valette to Melanie Clore | DEFS0039275-77 | * | |
| PX | 93 | December 15, 2011 Email from Maureen Hooft Graafland to Bruno Vinciguerra | DEFS0011498-504 | 403[1] | Yes |

[1] Defendants and Plaintiff are engaged in discussions about redactions. To the extent that there are any remaining disputes on redactions, Defendants will move for a ruling in advance of trial.

| PX | 94 | November 25, 2011 Email from Nisha Amin to Samuel Valette | DEFS0041903 | 403 | Yes |
|---|---|---|---|---|---|
| PX | 95 | November 25, 2011 Email from Nisha Amin to Holli Chandler | DEFS0031148 | * | |
| PX | 96 | Compliance Checklist for Magritte's *Domaine d'Arnheim* | DEFS0049933-39 | 403 | Yes |
| PX | 97 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0025416 | * | |
| PX | 98 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015630-31 | * | |
| PX | 99 | August 22, 2012 Email from Bruno Vinciguerra to Bill Ruprecht | DEFS0052639 | 403 | Yes |
| PX | 100 | September 11, 2012 Email from Antonia Serra to Bill Ruprecht and Others | DEFS0055144-45 | * | |
| PX | 101 | December 17, 2012 Email from Samuel Valette to Bruno Vinciguerra | DEFS0052781-82 | * | |
| PX | 102 | January 29, 2013 Email From Lucian Simmons to Maxl Rechtsanwalte | P0003418 | 901, 1002, 403 | |
| PX | 103 | Private Sale Documents for Klimt's *Wasserschlangen II* | DEFS0064327-78 | * | |
| PX | 104 | December 31, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0020825-27 | * | |
| PX | 105 | January 30, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0037817-18 | * | |
| PX | 106 | February 16, 2013 Email from Yves Bouvier to Samuel Valette and Franco Momente | DEFS0055122 | * | |
| PX | 107 | Excerpts from Administrative File for Klimt's *Wasserschlangen II* | P0008638-39; P0008641; P0008648-50 | 1002 | |
| PX | 108 | February 11, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0041764 | * | |
| PX | 109 | February 11, 2013 Email from Yves Bouvier to Mikhail Sazonov | P0015106 | * | |
| PX | 110 | August 22, 2012 Email from Daisy Edelson to Samuel Valette and Others | DEFS0016514-32 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 111 | August 27, 2012 Email from Yves Bouvier to Ekaterina Rybovleva | P0030482-501 | * | |
| PX | 112 | September 20, 2012 Email from Nisha Amin to Bill Ruprecht | DEFS0015995 -96 | 403 | Yes |
| PX | 113 | September 27, 2011 Email from Holli Chandler to Melissa Fleming and others | DEFS0050155 | * | |
| PX | 114 | September 28, 2011 Email to Holli Chandler attaching Scan of Private Sale Documents for Modigliani's *Tête* | DEFS0050215 -41 | 403 | Yes |
| PX | 116 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0025417 | * | |
| PX | 117 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015639-40 | * | |
| PX | 118 | Excerpts from the Administrative File for Da Vinci's *Salvator Mundi* Provided to Plaintiffs by Bouvier | P009250-58; P0009265-70; P0009293-376 | 1002 | |
| PX | 119 | September 30, 2014 Email from Samuel Valette to Daisy Edelson | DEFS0041628 | * | |
| PX | 120 | October 7, 2014 Email from Samuel Valette to Jean-Marc Peretti | DEFS0041598 -606 | * | |
| PX | 122 | November 2, 2010 Email from Melanie Clore to Alexander Platon | DEFS0037057 | 403 | Yes |
| PX | 123 | November 11, 2010 Email from Melanie Clore to Helena Newman and Alexander Platon | DEFS0037053 -54 | 403 | Yes |
| PX | 124 | November 24, 2010 Email from Alexander Platon to Samuel Valette and others | DEFS0037120 -21 | 403 | Yes |
| PX | 125 | February 27, 2011 Email from Stephane Connery to Samuel Valette | DEFS0037760 | * | |
| PX | 126 | February 27, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0023155 | 402 | |
| PX | 127 | March 23, 2011 Email from Melanie Clore to Bill Ruprecht | DEFS0016015 -16 | 403 | Yes |
| PX | 128 | March 27, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014340 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 129 | March 30, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0023176 | * | |
| PX | 130 | March 30, 2011 Email from Samuel Valette to Melanie Clore | DEFS0041898 | * | |
| PX | 131 | March 31, 2011 Email from Samuel Valette to Henry Wyndham | DEFS0041901 | 403 | Yes |
| PX | 132 | April 1, 2011 Email from Henry Wyndham to Samuel Valette and Melanie Clore | DEFS0038371 | * | |
| PX | 133 | April 9, 2011 Email from Yves Bouvier to Samuel Valette | DEFS0054960 | * | |
| PX | 134 | April 9, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0054961 | * | |
| PX | 135 | April 14, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0041770 -74 | * | |
| PX | 136 | June 23, 2011 Email from Samuel Valette to Nisha Amin and Philip Hook | DEFS0039196 | 403 | Yes |
| PX | 137 | Excerpts of the Administrative File for Magritte's *Le Domaine d'Arnheim* Provided to Plaintiffs by Bouvier | P0008140-56 | 1002 | |
| PX | 138 | June 23, 2011 Email from Melanie Clore to Bill Ruprecht | DEFS0020472 -73 | 403 | Yes |
| PX | 139 | June 5, 2012 Email from Samuel Valette to Philip Hook | DEFS0055238 -39 | 403 | Yes |
| PX | 140 | August 30, 2012 Email from Andrea Jungmann to Samuel Valette and others | DEFS0002096 -99 | * | |
| PX | 141 | June 27, 2015 Email from Olga Khorobrykh to Bojan Maric | P0028029 | 802 | |
| PX | 142 | March 21, 2013 Email from Marina Phelan to Alex Bell and Samuel Valette | DEFS0060374 | * | |
| PX | 143 | March 21, 2013 Email from Alex Bell to Warren Adelson and others | DEFS0007503 | * | |
| PX | 144 | March 18, 2013 Email from Samuel Valette to Daisy Edelson | DEFS0021646 | * | |
| PX | 145 | March 21, 2013 Email from Samuel Valette to Marina Phelan | DEFS0010438 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 146 | March 22, 2013 Email from Alexander Bell to Michael Simches and others | DEFS0007505 | * | |
| PX | 147 | Agreement executed between Sotheby's and Da Vinci sellers regarding Leonardo Da Vinci's *Christ as Salvator Mundi* | DEFS0015637 -41 | * | |
| PX | 148 | April 4, 2012 Email from Alexander Locke to Maureen Hooft Graafland | DEFS0060483 + NYT Article | * | |
| PX | 149 | November 12, 2014 Email from Michael Macaulay to Ekaterina Rybolovleva | P0025338-40 | * | |
| PX | 150 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | STH0000724- 31 | * | |
| ~~PX~~ | ~~151~~ | ~~Defendants' Privilege Log, dated January 21, 2021~~ | - | ~~106, 402, 403~~ | Excluded |
| PX | 152 | December 18, 2014 Email from Samuel Valette to Yves Bouvier | DEFS0039548 | * | |
| PX | 153 | January 9, 2015 Email from Samuel Valette to Bruno Vinciguerra and Simon Shaw | DEFS0044010 | * | |
| PX | 154 | January 11, 2015 Email from Samuel Valette to Bruno Vinciguerra | DEFS0012679 | * | |
| PX | 155 | July 17, 2013 Email and attachment from Glynis Sullivan to Isadora Katsis | DEFS0044990 -91 | * | |
| PX | 156 | April 17, 2012 Email and attachment from Asya Varshisky to Bill Ruprecht and others | DEFS0047696 -97 | * | |
| PX | 157 | May 9, 2012 Email from Laura Upcott to Monique Birenbaum and Melanie Clore | DEFS0031280 -83 | * | |
| PX | 158 | October 5, 2012 Email from Irina Kronrod to Samuel Valette | DEFS0037484 | * | |
| PX | 159 | December 16, 2012 Email from Jennifer Roth to Samuel Valette | DEFS0037902 -08 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 160 | April 5, 2013 Calendar Invite from Fergus Duff to Samuel Valette and Others, and related email chain | DEFS0039917 -18 | * | |
| PX | 161 | April 22, 2013 Email from Fergus Duff to Samuel Valette | DEFS0040944; DEFS0041023 | * | |
| PX | 162 | May 26, 2014 Email from Samuel Valette to Michael Macaulay | DEFS0043546 | * | |
| PX | 163 | October 8, 2013 Email from Ekaterina Rybolovleva to Yves Bouvier | P0030728-30 | * | |
| PX | 164 | October 13, 2013 Email from Ekaterina Rybolovleva to Samuel Valette | P0030742-43 | * | |
| ~~PX~~ | ~~165~~ | ~~October 24, 2014 Email from Samuel Valette to Yves Bouvier~~ | ~~DEFS0041393 -417~~ | ~~402, 403~~ | Excluded |
| PX | 166 | Sotheby's Confidential Listing September 9, 2015 | DEFS0045308 -17 | 402, 403 | Yes |
| PX | 167 | November 6, 2015 Email from Yuri Bogdanov to Mikhail Sazonov | P0033855-94 | 802 | |
| PX | 168 | December 24, 2011 Email from Yves Bouvier to Samuel Valette | DEFS0023575 -77 | * | |
| ~~PX~~ | ~~169~~ | ~~February 19, 2015 Email from Samuel Valette to Yves Bouvier~~ | ~~DEFS0041666 -73~~ | ~~402, 403~~ | Excluded |
| PX | 170 | March 11, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0043590 | * | |
| PX | 171 | January 13, 2015 Email from Alexander Bell to Samuel Valette | DEFS0025004 -05 | * | |
| PX | 172 | January 26, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0042192 | * | |
| PX | 173 | January 27, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0023628 -50 | * | |
| PX | 174 | January 27, 2015 Email from Samuel Valette to Franka Haiderer, Pippa Dean, and Alexander Bell | DEFS0008489 -91 | 403 | |
| PX | 175 | January 28, 2015 Email from Samuel Valette to Alexander Bell | DEFS0008503 -05 | * | |
| PX | 176 | January 28, 2015 Email from Samuel Valette to Alexander Bell | DEFS0002142 | * | |
| PX | 177 | January 28, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0042316 -36 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 178 | January 28, 2015 Email from Samuel Valette to Yves Bouvier | DEFS0023765-66 | * | |
| PX | 179 | Sotheby's Criteria for Major Valuations | DEFS0001993-95 | * | |
| PX | 180 | February 5, 2015 Email from Tetiana Bersheda to Yuri Bogdanov | P0041165-86 | * | |
| PX | 181 | Sotheby's Valuation of Magritte's *Domaine d'Arnheim* and other works | DEFS0030449 | * | |
| PX | 182 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038756 | * | |
| PX | 183 | November 14, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038920 | * | |
| PX | 184 | Sotheby's Private Sale (Treaty) form for Magritte's *Domaine d'Arnheim* | DEFS0044957-64 | 403 | Yes |
| PX | 185 | Samuel Valette's Paper File for Modigliani's *Tête* | DEFS0065113-356 | 403, 802 | Yes |
| PX | 186 | July 24, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0002088 | * | |
| PX | 187 | July 25, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0002091 | * | |
| PX | 188 | December 7, 2012 Email from Gregoire Billault to Samuel Valette | DEFS0054818-19 | * | |
| PX | 189 | June 20, 2011 Email from Yves Bouvier to Samuel Valette | DEFS0039251 | * | |
| PX | 190 | June 20, 2011 Email from Samuel Valette to Holli Chandler | DEFS0039255 | * | |
| PX | 191 | December 12, 2011 Email from Samuel Valette to Holli Chandler | DEFS0042174-75 | * | |
| PX | 192 | December 12, 2011 Email from Nisha Amin to Holli Chandler | DEFS0031793-94 | * | |
| PX | 193 | October 23, 2012 Email from Nisha Amin to Melanie Clore | DEFS0043441 | 403 | Yes |
| PX | 194 | September 23, 2011 Email from Holli Chandler to Richard Purchase | DEFS0020693 | * | |
| PX | 195 | November 15, 2011 Email from Holli Chandler to Igor Polacek | DEFS0031595-602 | * | |

| PX | 196 | September 24, 2013 Email from Samuel Valette to Bruno Vinciguerra | DEFS0052310-11 | * | |
|---|---|---|---|---|---|
| PX | 197 | September 24, 2013 Email from Samuel Valette to Jean-Marc Peretti | DEFS0022955-56 | * | |
| PX | 198 | March 3, 2014 Email from Bruno Vinciguerra to Samuel Valette | DEFS0011020-21 | * | |
| PX | 199 | March 4, 2014 Email from Alex Bell to Samuel Valette | DEFS0008425-26 | * | |
| PX | 200 | November 21, 2014 Email from Yuri Bogdanov to Mikhail Sazonov | P0025364 | * | |
| PX | 201 | November 21, 2014 Email from Mikhail Sazonov to Yuri Bogdanov | P0025365 | * | |
| PX | 202 | Sotheby's Worldwide Anti-Corruption Policy | DEFS0061964-83 | 402, 403 | ~~Yes~~ |
| PX | 203 | June 26, 2012 Email from Yves Bouvier to Samuel Valette | DEFS0041107-08 | * | |
| PX | 204 | June 26, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041111-12 | * | |
| PX | 205 | June 26, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041115-23 | * | |
| PX | 206 | July 1, 2012 Email from Samuel Valette to Yves Bouvier | STH0001152 | * | |
| PX | 207 | July 9, 2012 Email from Samuel Valette to Yves Bouvier | STH0001156-57 | * | |
| PX | 208 | July 6, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014873 | * | |
| PX | 209 | July 14, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014875 | * | |
| PX | 210 | April 20, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0040912-19 | * | |
| PX | 211 | June 25, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0010526-38 | * | |
| PX | 212 | June 25, 2012 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0022690-729 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 213 | August 25, 2011 Email from Samuel Valette to Jean-Marc Peretti | STH0000466-68 | * | |
| PX | 214 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015632-33 | * | |
| ~~PX~~ | ~~215~~ | ~~December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov~~ | ~~P0015634-38~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~216~~ | ~~December 23, 2014 Email from Mikhail Sazonov to Yves Bouvier~~ | ~~P0015647~~ | ~~402, 403~~ | Excluded |
| PX | 217 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | STH0000682-91 | * | |
| PX | 218 | December 19, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0025418 | * | |
| PX | 219 | February 20, 2015 Email from Samuel Valette to Yves Bouvier | STH0002552 | * | |
| PX | 220 | Sotheby's Private Sales and Post Auction Sales Policy | DEFS0001985-88 | 402, 403 | ~~Yes~~ |
| PX | 221 | Sotheby's Worldwide Anti-Money Laundering, Combatting Terrorist Financing Policy and Anti-Tax Evasion Facilitation Policy | DEFS0061984-62008 | 402, 403 | ~~Yes~~ |
| PX | 222 | Sotheby's "Know Your Client" Guidelines | DEFS0062009-13 | 402, 403 | ~~Yes~~ |
| PX | 223 | Chart of Sotheby's 2011 Private Treaty Sales | DEFS0017109 | 403 | |
| PX | 224 | January 10, 2012 Email from Holli Chandler to Nisha Amin | DEFS0017121-22 | * | |
| ~~PX~~ | ~~225~~ | ~~October 16, 2014 Email from Simon Shaw to Samuel Valette~~ | ~~DEFS0042925-27~~ | ~~*~~ | Withdrawn |
| PX | 226 | List of Clients of Samuel Valette | DEFS0041448 | * | |
| PX | 227 | December 23, 2013 Email from Kevin Ching to Patti Wong | DEFS0055332-33 | * | |
| PX | 228 | January 20, 2015 Letter Regarding Samuel Valette Compensation | DEFS0014202-03 | * | |
| PX | 229 | April 6, 2011 Email from Samuel Valette to Nisha Amin | DEFS0039663 | * | |
| PX | 230 | June 9, 2011 Email from Holli Chandler to Victoria Holvik | DEFS0046604-05 | 402, 403 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| PX | 231 | August 25, 2011 Email from Samuel Valette to Alexander Platon | DEFS0020890 -91 | 402, 403 | Yes |
| PX | 232 | December 23, 2011 Email from Guillaume Cerutti to Samuel Valette | DEFS0041365 -67 | 402, 403, 404 | Yes |
| PX | 233 | July 27, 2012 Letter from Sofia Fleming to Samuel Valette | DEFS0014200 -01 | * | |
| PX | 234 | July 6, 2011 Email from Samuel Valette to Yves Bouvier | STH0000443 | * | |
| PX | 235 | March 1, 2012 Email from Melanie Clore to Jean-Marc Peretti | DEFS0030526 | 402, 403 | Yes |
| PX | 236 | January 29, 2014 Letter from Bruno Vinciguerra to Samuel Valette | DEFS0014197 -99 | * | |
| ~~PX~~ | ~~237~~ | ~~December 19, 2014 Email from Samuel Valette to Yves Bouvier~~ | ~~DEFS0039556 -60~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~238~~ | ~~December 19, 2014 Email from Samuel Valette to Yves Bouvier~~ | ~~DEFS0039562 -66~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~239~~ | ~~December 19, 2014 Email from Samuel Valette to Yves Bouvier~~ | ~~DEFS0039567 -71~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~240~~ | ~~December 21, 2014 Email from Samuel Valette to Yves Bouvier~~ | ~~DEFS0006964 -65~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~241~~ | ~~December 23, 2014 Email from Mikhail Sazonov to Yves Bouvier~~ | ~~P0015648-49~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~242~~ | ~~December 23, 2014 Consignment Agreement Between Blancaflor and Sotheby's~~ | ~~DEFS0000158 -66~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~243~~ | ~~March 2, 2015 Email from sabi@artesing.sg to Samuel Valette~~ | ~~DEFS0020774; DEFS0020777~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~244~~ | ~~March 4, 2015 Email from Bruno Vinciguerra to Patrick McClymont~~ | ~~DEFS0013822~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~245~~ | ~~March 13, 2015 Email from Hannah Stuttard to Samuel Valette~~ | ~~DEFS0024127~~ | ~~402, 403~~ | Excluded |
| ~~PX~~ | ~~246~~ | ~~March 17, 2015 Sotheby's Payment Invoice to Yves Bouvier~~ | ~~DEFS0023090 -91~~ | ~~402, 403~~ | Excluded |
| PX | 247 | February 26, 2015 Email from Samuel Valette to Bruno Vinciguerra | DEFS0012290 | 403, 802 | |
| PX | 248 | December 12, 2014 Email from Florent Giacobino to Yuri Bogdanov and Alexey Yakovlev | P0025394-414 | 402, 403, ECF Nos. | Yes |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 510, 577, 580 | |
| PX | 249 | Sotheby's Valuation of Gustav Klimt's *Wasserschlangen II* | DEFS0010540 -41 | 402, 403, ECF Nos. 510, 577, 580 | Yes |
| PX | 250 | January 27, 2015 Email from Samuel Valette to Pippa Dean and Alexander Bell | DEFS0008439 | * | |
| PX | 251 | November 10, 2011 Email from Isadora Katsis to Yves Bouvier | DEFS0010335 -40 | * | |
| PX | 252 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | STH000713-17 | * | |
| PX | 253 | Sotheby's Letters to Samuel Valette Confirming Compensation | DEFS0060555 -71 | * | |
| PX | 254 | Private Sale (Treaty) sheet for Klimt's *Wasserschlangen II* | DEFS0047529 | * | |
| PX | 255 | Private Sale (Treaty) sheet for Modigliani's *Tête* | DEFS0017257 | 403 | Yes |
| PX | 256 | May 3, 2013 Email from Samuel Valette to Rose Stella, Jonathan Olsoff, Mitchell Zuckerman | DEFS0052778 | * | |
| PX | 257 | Excerpts of the Administrative File for Modigliani's *Tête* Provided to Plaintiffs by Bouvier | P0008743-46; P0008755- 8814 | 1002 | |
| PX | 258 | February 17, 2015 Email from Kate Silver to Samuel Valette | DEFS0010724 | * | |
| PX | 259 | Sotheby's Compliance Checklist for Private Sale | DEFS0062017 | 402, 403 | ~~Yes~~ |
| PX | 260 | October 1, 2012 Email from Samuel Valette to Jean-Marc Peretti | DEFS0042681 -720 | * | |
| PX | 261 | May 20, 2013 Email from Samuel Valette to Jane Levine | DEFS0052496 | * | |
| PX | 262 | May 29, 2013 Email from Samuel Valette to Jane Levine | DEFS0055162 | * | |
| PX | 263 | April 12, 2011 Email from Melanie Clore to Henry Wyndham | DEFS0021640 -41 | * | |

| PX | 264 | Sotheby's Private Sale Incentive Program | DEFS0021567-71 | * | |
| PX | 265 | Private Sale (Treaty) sheet for Magritte's *Le Domaine d'Arnheim* | DEFS0017189-91 | 403 | Yes |
| PX | 266 | Complaint, *Sotheby's, Inc. v. R.W Chandler, LLC et al.*, 16 Civ. 9043 | | 402, 403 | Yes |
| PX | 267 | July 25, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0015516-20 | 802 | |
| PX | 268 | July 30, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015522-23 | * | |
| PX | 269 | August 5, 2014 Email from Mikhail Sazonov to Yves Bouvier | P0015529 | * | |
| PX | 270 | Bank of Cyprus Account Statement | P0008123 | 802, 1002 | |
| PX | 271 | February 22, 2015 Email from Yves Bouvier to Mikhail Sazonov | P0016039-41 | 402, 403 | |
| PX | 272 | HSBC Bank Record Showing Payment of Yves Bouvier's Commission for Klimt's *Wasserschlangen II* | P0008653 | 802, 1002 | |
| PX | 273 | HSBC Bank Record and Commission Invoices for Modigliani's *Tête*, Toulouse-Lautrec's *Au lit - Le baiser*, and Picasso's *Tête de femme. Profil / Espangole à l'éventail"* | P0008838-41 | 802, 403, 1002 | |
| ~~PX~~ | ~~274~~ | ~~Auction Details for Modigliani's Tête~~ | ~~P0008858-61~~ | ~~1002~~ | Withdrawn |
| PX | 275 | July 31, 2014 Email from Yves Bouvier to Mikhail Sazonov | P0009674-75 | 1002 | |
| PX | 276 | August 12, 2014 Invoice for Rothko's *No. 6 (Violet, Green and Red)* | P0009685 | 403, 901, 802, 1002 | |
| PX | 277 | December 4, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014949-50 | * | |
| PX | 278 | Contract between Sotheby's and sellers of Modigliani's *Tête* | DEFS0023888-91 | 403 | Yes |
| PX | 279 | July 16, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0023940-41 | * | |
| PX | 280 | July 16, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0023942-44 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 281 | July 24, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0023945 -46 | 403 | |
| PX | 282 | July 25, 2013 Email from Samuel Valette to kim@artesing.sg, sabi@artesing.sg, and Yves Bouvier | DEFS0042505 -06 | * | |
| PX | 283 | March 25, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0021648 -70 | * | |
| PX | 284 | April 15, 2013 Email from Samuel Valette to Yves Bouvier | DEFS0022419 -21 | * | |
| ~~PX~~ | ~~285~~ | ~~April 15, 2013 Email from Samuel Valette to Yves Bouvier~~ | ~~DEFS0040798 -99~~ | ~~*~~ | Withdrawn |
| PX | 286 | Sotheby's Chart of Bouvier Transactions, Produced on 6/12/2020 | ECF No. 294-6 | * | |
| PX | 287 | October 7, 2013 Email from Samuel Valette to Fiorella Ballabio | DEFS0055068 -70 | * | |
| ~~PX~~ | ~~288~~ | ~~January 9, 2015 Email from Samuel Valette to Bruno Vinciguerra and Simon Shaw~~ | ~~DEFS0012666~~ | ~~402, 403~~ | Excluded |
| PX | 289 | November 11, 2011 Email from Samuel Valette to Yves Bouvier | DEFS0038853 -57 | * | |
| PX | 290 | Purchase invoice for Magritte's *Le Domaine d'Arnheim* with associated records | P0003679-81 | * | |
| PX | 291 | May 14, 2013 Email from Florent Giacobino to Mikhail Sazonov | P0030698 | * | |
| PX | 292 | September 20, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0023866-67 | * | |
| PX | 293 | October 10, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0023902-03 | * | |
| PX | 294 | January 16, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0015002-03 | * | |
| PX | 295 | Sotheby's Private Sale Incentive Program, July 1, 2010 to January 1, 2012 | DEFS0062023 -28 | * | |
| PX | 296 | Sotheby's Private Sale Incentive Program, January 1, 2012 to March 6, 2013 | DEFS0062029 -34 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 297 | Sotheby's Private Sale Incentive Program, March 6, 2013 to January 1, 2015 | DEFS0062035 -40 | * | |
| PX | 298 | Sotheby's Letters to Samuel Valette Confirming Compensation | DEFS0014213 -19 | * | |
| PX | 299 | December 29, 2011 Email from Mikhail Sazonov to Yves Bouvier | P0014553 | * | |
| ~~PX~~ | ~~300~~ | ~~January 10, 2018 Email from Daniel W. Levy to Marcus A. Asner~~ | ~~DEFS0060101 -02~~ | ~~402, 403~~ | Excluded |
| PX | 301 | May 14, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0030700 | * | |
| PX | 302 | Excerpts of Sotheby's Responses and Objections to Plaintiffs' First Set of Requests for Admission, August 30, 2021 | | 403 | |
| PX | 303 | Sotheby's Worldwide Guidelines Regarding Property Due Diligence | DEFS0001978 -83 | 402, 403 | ~~Yes~~ |
| PX | 304 | January 28, 2015 Email from Alexander Bell to Samuel Valette, Franka Haiderer, and Pippa Dean | DEFS0002139 -41 | * | |
| PX | 305 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0038842 -46 | * | |
| PX | 307 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Jean-Marc Peretti | DEFS0038887 -92 | * | |
| PX | 309 | October 4, 2013 Email from Laura Edmundson to Isadora Katsis and others | DEFS0045075 -76 | * | |
| PX | 310 | Sotheby's High Value Lot Process | DEFS0062014 -15 | 402, 403 | ~~Yes~~ |
| PX | 311 | Sotheby's High Value Lot Questionnaire | DEFS0062016 | 402, 403 | ~~Yes~~ |
| PX | 312 | May 29, 2009 Statement of Yves Bouvier | P0005369-82 | 901, 802, 402, 403 | Yes |
| PX | 313 | September 29, 2004 Letter from Acquavella Galleries to Yves Bouvier | P0012866 | 901, 802, 402, 403 | ~~Yes~~ |

| | | | | | |
|---|---|---|---|---|---|
| PX | 314 | September 29, 2004 Letter from Yves Bouvier to Acquavella Galleries | P0012867 | 901, 802, 402, 403 | ~~Yes~~ |
| PX | 315 | November 15, 2002 Letter from Yves Bouvier to Wildenstein & Co. | P0021123 | 901, 802, 402, 403 | ~~Yes~~ |
| PX | 316 | Carole Lambelet, "Ports Francs. Dédales et Mystères," in: Le Temps. Special Arts Edition, (Nov. 11, 2009), https://www.letemps.ch/sites/default/files/media/2010/02/24/1.0.565359813.pdf?uuid=Vh1nUM4SEd6UJ2uNGbb6xw | | 901, 802, 402, 403 | Yes |
| PX | 317 | "The Role of the Art Advisor," Sotheby's Inc., https://www.sothebysinstitute.com/news-and-events/news/the-role-of-the-art-advisor; | | 901, 802, 402, 403 | Yes |
| PX | 318 | "Uber-warehouses for the ultra-rich," The Economist, (Nov. 23, 2013), https://www.economist.com/briefing/2013/11/23/uber-warehouses-for-the-ultra-rich | | 901, 802, 402, 403 | Yes |
| PX | 319 | "What You Should Know If You Want To Be An Art Advisor," Sotheby's Institute, https://www.sothebysinstitute.com/news-and-events/news/what-you-should-know-if-you-want-tobe-an-art-advisor | | 901, 802, 402, 403 | Yes |
| PX | 320 | Stephane Joahny, "When the state 'laundered' the money of gambling circles," Le Journal du Dimanche, (Oct. 4, 2009), https://www.lejdd.fr/Societe/Faits-divers/Quand-l-Etat-blanchit-l-argent-des-cercles-de-jeux-139391-3244265 | | 901, 802, 402, 403, 404 | Yes |
| PX | 321 | November 11, 2011 Email from Samuel Valette to Yves Bouvier and Nisha Amin | DEFS0038834 | * | |

| | | | | | |
|---|---|---|---|---|---|
| PX | 322 | July 4, 2012 Email from Samuel Valette to Holli Chandler | DEFS0047276-77 | * | |
| PX | 323 | July 8, 2012 Email from Samuel Valette to Yves Bouvier | DEFS0041082 | * | |
| PX | 324 | July 17, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014876 | * | |
| PX | 325 | November 14, 2012 Email from Yves Bouvier to Ekaterina Rybolovleva | P0030526-28 | * | |
| PX | 326 | December 19, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014965 | * | |
| PX | 327 | December 19, 2012 Email from Mikhail Sazonov to Yves Bouvier | P0014966 | * | |
| PX | 328 | February 11, 2013 Email from Mikhail Sazonov to Yves Bouvier | P0024101 | * | |
| PX | 329 | March 11, 2013 Email from Florent Giacobino to Yuri Bogdanov with attachment | P0015160-61 | * | |
| PX | 330 | October 1, 2014 Email from Samuel Valette to Jean-Marc Peretti | DEFS0043609-17 | * | |
| PX | 331 | September 17, 2014 Email from Yves Bouvier to Vinciguerra Bruno and Jean-Marc Peretti | DEFS0011626 | * | |
| PX | 332 | October 16, 2014 Email from Simon Shaw to Samuel Valette, Caitlyn Frank, and Kate Reibel | DEFFS0042925-27 | * | |
| PX | 333 | September 23, 2014 Email from Bill Ruprecht to Maarten ten Holder, Andrew Gully, Lauren Gioia, Alfredo Gangotena, Bruno Vinciguerra, and Patrick McClymont | DEFS0024699 | * | |
| PX | 334 | Blancaflor Private Sales Compensation Breakdown (2011 through 2014) | DEFS0068312-14 | * | |
| PX | 335 | Fully executed agreement between Frau Ursula Ucicky and Sotheby's for the sale of Gustav Klimt's *Wasserschlangen II* | DEFS0054375-80 | * | |
| PX | 336 | August 25, 2012 Email from Yves Bouvier to Ekaterina Rybolovleva | P0030474-81 | * | |
| PX | 337 | August 27, 2012 Emails from Mikhail Sazonov to Yves Bouvier | P0014885-86 | * | |

| PX | 338 | August 30, 2012 Email from Yves Bouvier to Olga Khorobrykh |