UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD.,       :
:
Plaintiff,     :
:    18-CV-9011 (JMF)
-v-            :
:    ORDER
SOTHEBY'S et al.,                         :
:
Defendants.    :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      No later than **December 27, 2023**, Defendants shall file any response to the new issues raised in Accent Delight's letter of December 15, 2023 — namely, the admissibility of certain exhibits pertaining to the issue of agency and certain valuation exhibits.  *See* ECF No. 589, at 2-6.  No later than the **same date**, Accent Delight shall file any response to Defendants' motion to preclude Accent Delight's purportedly new damages theory as to the Modigliani auction.  *See* ECF No. 591. No replies will be permitted absent leave of Court.

      The Court will address the parties' arguments concerning the trial time allotments at the final pretrial conference on January 4, 2024.  In the meantime, the parties should continue to make good faith efforts to streamline their cases.

      SO ORDERED.

Dated: December 19, 2023
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge