# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | | MONDAIRE JONES<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>DAVID BERMAN<br>NICK BOURLAND<br>DANIEL M. EISENBERG<br>ARIADNE M. ELLSWORTH<br>SARA LUZ ESTELA<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

January 2, 2024

*Via ECF*

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
U.S. Courthouse, 40 Foley Square
New York, NY 10007

   Re: *Accent Delight Int'l Ltd. v. Sotheby's et al.*, 18-cv-9011

Dear Judge Furman:

  We write to request that the Court direct that USMS permit the parties to bring physical copies of exhibits and deposition transcripts into 40 Foley Square. Ariadne Ellsworth, Lyra (Lauren) Straley, and Toby Shore, counsel for Accent, will transport approximately 11 file boxes on Thursday, January 4, 2023. Benjamin Wolverton, Yiqing Shi, and Sahrula Kubie, counsel for Defendants, will transport approximately 10 file boxes on Thursday, January 4, 2023, and Monday, January 8, 2023.

            Respectfully,
            */s Daniel J. Kornstein*
            Daniel J. Kornstein
            Counsel for Accent Delight Int'l Ltd.

c.  All Counsel of Record