## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | MONDAIRE JONES<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>DAVID BERMAN<br>NICK BOURLAND<br>DANIEL M. EISENBERG<br>ARIADNE M. ELLSWORTH<br>SARA LUZ ESTELA<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

January 8, 2024

*Via ECF*

Hon. Jesse M. Furman
United States District Judge
U.S. Courthouse, 40 Foley Square
New York, NY 10007

Re: *Accent Delight Int'l Ltd, v. Sotheby's et al.*, No. 18-cv-9011

Dear Judge Furman:

Pursuant to the Court's November 29, 2023 order, we submit Plaintiff's deposition designations, Defendants' counter-designations to Plaintiff's designations, objections, and responses to those objections. We seek rulings on the objections so that Plaintiff may introduce the deposition designations as early as Friday, January 12. Attached is the following:

(1) **Exhibit 1:** A chart containing Plaintiff's deposition designations, Defendants' counter-designations, objections, and responses to those objections.

(2) **Exhibit 2:** Excerpts of the following depositions showing Plaintiff's deposition designations in blue, Defendants' counter-designations in red, and testimony that has an objection highlighted in yellow.
    a. Alexander Bell;
    b. Samuel Valette;
    c. Defendants' Rule 30(b)(6) witness; and
    d. Yves Bouvier.

Respectfully,

*/s/ Daniel J. Kornstein*
Daniel J. Kornstein

cc:    All Counsel of Record