# Arnold & Porter

**Sara L. Shudofsky**
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

January 14, 2024

*VIA ECF*

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

   Re: *Accent Delight International Ltd. v. Sotheby's et al.*, 18 Civ. 9011

Dear Judge Furman:

  We write respectfully on behalf of Defendants to bring to the Court's attention a piece of information provided to us today by Plaintiff that is relevant to Defendants' motion to exclude PX-232, *see* ECF No. 644.

  Plaintiff informed us today that the document Plaintiff published to the jury during its opening statement was DX-598 rather than PX-232. Defendants do not recall seeing an exhibit sticker on the document used during opening, but in any event neither PX-232 nor DX-598 was part of the slide deck Plaintiff provided to Defendants in advance of its opening statement.

  Defendants included DX-598 on their exhibit list solely for use in the event the Court admitted PX-232 into evidence over Defendants' objections. The two exhibits are identical, except that DX-598 includes one later-in-time email showing that the Deputy Chairman of Sotheby's Europe was supportive of Valette and recommended that the management team decide how to divide the private sale incentive payments at issue to avoid "putting [Valette] in a difficult position vis-à-vis [D'Ursel]." *See* DX-598 at 4. Plaintiff could not have reasonably believed that Defendants intended to introduce this document affirmatively at trial. At the very least, however, Plaintiff should have notified Defendants of its intention to use either of the two documents before publishing them to the jury, in which case Defendants would have objected in accordance with the objections we raised in the Joint Pre-Trial Order under Rules 402, 403, and 404. For the avoidance of doubt, Defendants respectfully request that the Court exclude both PX-232 and DX-598 at trial for the reasons stated in our letter dated January 13. *See* ECF No. 644.

# Arnold&Porter

The Honorable Jesse M. Furman
January 14, 2024
Page 2

We thank the Court for its consideration of this letter.

Respectfully,

*/s/ Sara L. Shudofsky*
Sara L. Shudofsky

cc:  All Counsel of Record