UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD.,              :
:
Plaintiff,            :
:         18-CV-9011 (JMF)
-v-                  :
:         ORDER
SOTHEBY'S, INC. et al.,                         :
:
Defendants.            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On the record at trial this morning, Accent Delight withdrew its claim for aiding and abetting fraud with respect to the auction of Amedeo Modigliani's *Tête*. Accordingly, that claim is hereby dismissed.

    SO ORDERED.

Dated: January 26, 2024
       New York, New York

                                                       JESSE M. FURMAN
                                               United States District Judge