UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD., :
:
                          Plaintiff, : 18-CV-9011 (JMF)
:
     -v- : <u>ORDER</u>
:
SOTHEBY'S, INC. et al., :
:
                          Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Attached to this order are the notes sent by the jury to the Court during deliberations (Court Exhibits 5 & 7), the Court's response to the jury's first note (Court Exhibit 6), and the jury's verdict form (Court Exhibit 8), all with juror signatures redacted.

      Further, it is hereby ORDERED that, after conferring with Plaintiff, Defendants shall file on the Docket a proposed judgment consistent with the jury's verdict and the Court's prior Opinions no later than **February 1, 2024.**

      SO ORDERED.

Dated: January 30, 2024                      _____
      New York, New York                  JESSE M. FURMAN
                                          United States District Judge

**COURT EXHIBIT 5**

# JURY NOTE

Was the AML/CTF/TEF policy for Sotheby's in effect during the 2011-2015 time period? The version in evidence is Version 2019.1

Date: 1/30/24

Time: 1:30pm



Foreperson's signature

**COURT EXHIBIT 6**

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### THE THURGOOD MARSHALL UNITED STATES COURTHOUSE
### 40 CENTRE STREET, ROOM 2202
### NEW YORK, N.Y. 10007

**JESSE M. FURMAN**  
United States District Judge

(212) 805-0282  
Jesse_furman@nysd.uscourts.gov

January 30, 2024

To the Members of the Jury:

We received your note asking whether the AML/CTF/TEF Policy in evidence (as Plaintiff's Exhibit 221) was in effect during the 2011 to 2015 time period. As you heard at trial, and as is reflected in Plaintiff's Exhibit 302, the parties stipulated that the policy admitted as Plaintiff's Exhibit 221 is, in substance, the same as the policy or policies that were in effect in the 2011 to 2015 time period.

Thank you for your patience.

Thank you,

Judge Furman

**COURT EXHIBIT 7**

JURY NOTE

Court Exhibit 7

We have reached a verdict.

Date: 1/30/24
Time: 2:50 pm

[Foreperson's signature redacted]

Foreperson's signature

**COURT EXHIBIT 8**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ACCENT DELIGHT INTERNATIONAL LTD.,                :
:
                      Plaintiff,    :    18-CV-9011 (JMF)
:
      -v-    :
:    VERDICT FORM
SOTHEBY'S, INC. et al.,    :
:
                 Defendants.    :
:
-----------------------------------------------------------------------X

**PLEASE CIRCLE YOUR ANSWERS**
*All Answers Must Be Unanimous*

1. Did the Plaintiff prove, by clear and convincing evidence, that the Defendants aided and abetted fraud with respect to the Plaintiff's purchase of Magritte's *Le Domaine d'Arnheim*?

    YES        (NO)

2. Did the Plaintiff prove, by clear and convincing evidence, that the Defendants aided and abetted fraud with respect to the Plaintiff's purchase of Klimt's *Wasserschlangen II*?

    YES        (NO)

3. Did the Plaintiff prove, by clear and convincing evidence, that the Defendants aided and abetted fraud with respect to the Plaintiff's purchase of Modigliani's *Tête*?

    YES        (NO)

4. Did the Plaintiff prove, by clear and convincing evidence, that the Defendants aided and abetted fraud with respect to the Plaintiff's purchase of da Vinci's *Salvator Mundi*?

    YES        (NO)

***[If you answer NO to Questions 1 through 4, skip the remaining questions and proceed directly to sign the Verdict Form. If you answer YES to any one of the four above questions, proceed to the next set of questions.]***

Accent Delight International Ltd. v. Sotheby's, Inc. et al.
No. 18-CV-9011 (JMF)
Verdict Form

> [*Answer Question 5 only if you answered YES to Question 1. If you answered NO to Question 1, turn to the next page.*]

5. Did the Plaintiff prove, by clear and convincing evidence, that it is entitled to compensatory damages with respect to its aiding and abetting fraud claim concerning the purchase of Magritte's *Le Domaine d'Arnheim*?

    YES _____    NO _____

> [*If you answer NO to Question 5, skip the next two questions and turn to the next page. If you answer YES to Question 5, answer Questions 6 and 7.*]

6. What is the amount of compensatory damages you award the Plaintiff with respect to this claim?

    $ _____

7. What is the amount of punitive damages, if any, you award the Plaintiff with respect to this claim?

    $ _____

2

Accent Delight International Ltd. v. Sotheby's, Inc. et al.
No. 18-CV-9011 (JMF)
Verdict Form

> *[Answer Question 8 only if you answered YES to Question 2. If you answered NO to Question 2, turn to the next page.]*

8. Did the Plaintiff prove, by clear and convincing evidence, that it is entitled to compensatory damages with respect to its aiding and abetting fraud claim concerning the purchase of Klimt's *Wasserschlangen II*?

    YES _____   NO _____

> *[If you answer NO to Question 8, skip the next two questions and turn to the next page. If you answer YES to Question 8, answer Questions 9 and 10.]*

9. What is the amount of compensatory damages you award the Plaintiff with respect to this claim?

    $ _____

10. What is the amount of punitive damages, if any, you award the Plaintiff with respect to this claim?

    $ _____

3

Accent Delight International Ltd. v. Sotheby's, Inc. et al.
No. 18-CV-9011 (JMF)
Verdict Form

> *[Answer Question 11 only if you answered YES to Question 3. If you answered NO to Question 3, turn to the next page.]*

11. Did the Plaintiff prove, by clear and convincing evidence, that it is entitled to compensatory damages with respect to its aiding and abetting fraud claim concerning the purchase of Modigliani's *Tête*?

    YES _____   NO _____

> *[If you answer NO to Question 11, skip the next two questions and turn to the next page. If you answer YES to Question 11, answer Questions 12 and 13.]*

12. What is the amount of compensatory damages (in Euros) you award the Plaintiff with respect to this claim?

    €_____(Euros)

13. What is the amount of punitive damages (in U.S. dollars), if any, you award the Plaintiff with respect to this claim?

    $_____(U.S. Dollars)

4

Accent Delight International Ltd. v. Sotheby's, Inc. et al.
No. 18-CV-9011 (JMF)
Verdict Form

*[Answer Question 14 only if you answered YES to Question 4.  If you answered NO to Question 4, skip the remaining questions and proceed directly to sign the Verdict Form.]*

14. Did the Plaintiff prove, by clear and convincing evidence, that it is entitled to compensatory damages with respect to its aiding and abetting fraud claim concerning the purchase of da Vinci's *Salvator Mundi*?

    YES _____    NO _____

*[If you answer NO to Question 14, skip the remaining questions and proceed directly to sign the Verdict Form.  If you answer YES to Question 14, answer Questions 15 and 16.]*

15. What is the amount of compensatory damages you award the Plaintiff with respect to this claim?

    $_____

16. What is the amount of punitive damages, if any, you award the Plaintiff with respect to this claim?

    $_____

5

Accent Delight International Ltd. v. Sotheby's, Inc. et al.
No. 18-CV-9011 (JMF)
Verdict Form

> *Please review your answers to all of the Questions above to ensure that they accurately reflect your unanimous determinations. When you have done so, sign your names below, fill in the date and time, and inform the Court Security Officer — with a note, <u>not the Verdict Form itself</u> — that you have reached a verdict.*

After completing the form, each juror who agrees with this verdict must sign below:



Foreperson

Date: 1/30/24

Time: 2:50 pm

6